**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARY R. SCOTT, Individually an as<br>Personal Representative of the Estate of<br>JONATHAN MAGBIE, Deceased, | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Civil Action 1:05-cv-01853-RWR |
| v. | ) <br> ) | |
| DISTRICT OF COLUMBIA, et al., | ) <br> ) | |
| Defendants. | ) <br> ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Corrections Corporation of America, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Corrections Corporation of America which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

By: _____/s/_____
Rebecca E. Kuehn, Counsel for
Corrections Corporation of America

Daniel P. Struck (D.C. Bar No. CO0037)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7323
Facsimile: (602) 200-7811

Kelvin L. Newsome (D.C. Bar No. 439206)
Rebecca E. Kuehn (D.C. Bar No. 447481)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Facsimile: (703) 684-8075