IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, Individually an as Personal Representative of the Estate of JONATHAN MAGBIE, Deceased,<br><br>                Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA<br>ODIE WASHINGTON<br>JOSEPH BASTIEN, M.D.<br>T. WILKINS DAVIS, M.D.<br>CENTER FOR CORRECTIONAL HEALTH<br>   AND POLICY STUDIES, INC.<br>CORRECTIONS CORPORATION OF AMERICA<br>MALEK MALEKGHASEMI, M.D.<br>SUNDAY NWOSU, M.D.<br>PAULINE OJELFO, L.P.N.<br>GBENGA OGUNDIPE, L.P.N.<br>OFFICER SINGLEY<br>GREATER SOUTHEAST COMMUNITY<br>   HOSPITAL CORPORATION, d/b/a/ GREATER<br>   SOUTHEASTER COMMUNITY HOSPITAL<br>WILLIAM S. VAUGHN, M.D.<br>ROTIMI A. ILUYOMADE, M.D.<br><br>                Defendants. | Civil Action 1:05-cv-01853-RWR |

**NOTICE OF APPEARANCE**

       Pursuant to LCvR 83.6, Daniel P. Struck, Esq. (D.C. Bar No. CO0037) hereby enters his appearance as counsel for Defendant, *Corrections Corporation of America*.

       The firm address, telephone and facsimile numbers, as well as e-mail address for Daniel P. Struck, Esq. is as follows:

Daniel P. Struck, Esq.
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
Telephone No.:     (602) 263-7323
Facsimile No.:      (602) 200-7811
E-Mail:        dstruck@jshfirm.com

                Respectfully submitted,

                JONES, SKELTON & HOCHULI, P.L.C.

                /s/   Daniel P. Struck
                Daniel P. Struck (D.C. Bar No. CO0037)
                JONES, SKELTON & HOCHULI, P.L.C.
                2901 North Central Avenue
                Suite 800
                Phoenix, Arizona 85012
                Telephone: (602) 263-7323
                Facsimile: (602) 200-7811(direct)

                Kelvin L. Newsome (D.C. Bar No. 439206)
                LECLAIR RYAN, A PROFESSIONAL CORPORATION
                225 Reinekers Lane
                Suite 700
                Alexandria, Virginia 22314
                Telephone No.:     (703) 647-5928
                Facsimile No.:      (703) 647-5978 (direct)

                Counsel for Defendant, *Corrections Corporation of America*

## CERTIFICATE OF MAILING

      I HEREBY certify that on the 16th day of November, 2005, the foregoing Notice of Appearance was mailed, via first-class mail to:

Donald M. Temple, Esq.
TEMPLE LAW OFFICE
1229 15th Street, NW
Washington, DC   20005
(202) 628-1101

Edward J. Connor, Esq.
5210 Auth Road
Suite 304
Camp Springs, MD 20746-4341
(301) 899-7801

Elizabeth Alexander, Esq.
NATIONAL PRISON PROJECT OF THE ACLU FOUNDATION
733 15th Street, NW
Washington, DC  20005-2112
(202) 393-4930

Arthur B. Spitzer, Esq.
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW
Suite 119
Washington, DC  20036
(202) 457-0800

Kelvin L. Newsome (D.C. Bar No. 439206)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane
Suite 700
Alexandria, Virginia 22314


        _s/ Carol S. Madden_____