UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY SCOTT, Individually and as Personal Representative of the Estate of JONATHAN MAGBIE, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 1: 05CV01853 (RWR) |
| DISTRICT OF COLUMBIA et. al, | : : | |
| Defendants | : | |

### MOTION OF DEFENDANT DISTRICT OF COLUMBIA FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b), defendant District of Columbia moves for an extension of time, within which to respond to the complaint herein. Presently, a response is due today. The request is for an extension of 60 days from the date that an order is approved.

The grounds for this motion are set forth in the attached memorandum of points and authorities.

.Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____
HOLLY M. JOHNSON
Chief, General Litigation Section III

_____
STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001

(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov

CERTIFICATION REGARDING CONSENT

I hereby certify that on November 16, 2005, I called plaintiff's counsel's office to seek consent to the relief requested in the instant motion.  However, I was informed that plaintiff's counsel was involved in a trial.  Accordingly, it is assumed that plaintiff does not consent.

_____
STEVEN ANDERSON  [334480]
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY SCOTT, Individually and<br>as Personal Representative of the Estate of<br>JONATHAN MAGBIE,<br><br>  Plaintiffs<br><br>  v.<br><br>DISTRICT OF COLUMBIA<br>et. al,<br>  Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br><br><br>Civil Action No. 1: 05CV01853<br>(RWR) |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION OF DEFENDANT DISTRICT OF COLUMBIA FOR ADDITIONAL TIME
WITHIN WHICH TO RESPOND THE COMPLAINT

Due to the exigencies of the upcoming holiday period and a previously planned vacation, undersigned counsel has insufficient time to adequately prepare a response to the Complaint. In addition, a 60 day period to respond is more appropriate for the District as a governmental entity.

Counsel for the District was assigned to handle the defense in this case today, the same day an answer is due. Clearly, this will not be possible. More time will be required to collect records and investigate the facts in this case and the relationships between the defendants, so that the District can properly defend itself.

Undersigned counsel will be out of the country, on vacation, from November 23, 2005, until December 6, 2005. Therefore, the undersigned will not be able to begin an investigation in earnest until December 6, 2005. The holiday season that occurs in December may also impede a complete investigation.

In the Superior Court of the District of Columbia the District is allowed 60 days to respond to a complaint. Super.Ct.Civ.R. 12(a)(3). The same time is allowed to the United States in both Superior Court and United States District Courts. *Id.;* Fed.R.Civ.P. 12(a)(3). This timing

is more appropriate for both governmental entities, given the time necessary to forward court documents, to contact knowledgeable employees and to investigate the allegations of a complaint.  Given that this is a very serious wrongful death case with many defendants, 60 days is an appropriate amount of time to allow the District to conduct its investigation of the relationships between the defendants and the facts surround the passing of plaintiff's decedent.

Under all the circumstances described, it is requested that the Court grant the relief sought herein.

                Respectfully Submitted,
                ROBERT J. SPAGNOLETTI
                Attorney General for the District of Columbia

                GEORGE C. VALENTINE
                Deputy Attorney General, Civil Litigation Division

                _____
                HOLLY JOHNSON
                Chief, General Litigation Section III

                _____
                STEVEN J. ANDERSON
                Assistant Attorney General
                Bar no. 334480
                Suite 600S
                441 Fourth Street, N.W.
                Washington, D.C. 20001
                (202) 724-6607
                (202) 727-3625 (fax)
                E-mail:   Steve.anderson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY SCOTT, Individually and : <br> as Personal Representative of the Estate of : <br> JONATHAN MAGBIE, : <br> : <br> Plaintiffs : <br> : <br> v. : <br> : <br> DISTRICT OF COLUMBIA : <br> et. al, : <br> Defendants : | Civil Action No. 1: 05CV01853 <br> (RWR) |

ORDER

Upon consideration of defendant District of Columbia's motion for additional time within which to respond to plaintiff's complaint, the memorandum in support thereof, and any opposition thereto, it is by the Court,  this _____ day of November, 2005,

ORDERED: that defendant's motion be, and the same hereby is, GRANTED; and it is further

ORDERED: that the time within which defendant District of Columbia may respond to plaintiff's complaint, is extended to 60 days after the date of this Order.

                                                                                                            _____
                                                                                                             RICHARD W. ROBERTS
                                                                                                             Judge, United States District Court for the
                                                                                                             District of Columbia

Copies to:

Steven J. Anderson, AAG
441-4th Street, NW
Washington, D.C. 20001

Donald M. Temple, Esquire
1220 15th Street, NW
Washington, D.C. 20005.