UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT,** | ) |
| | ) |
|     Plaintiff. | ) |
| | ) |
| v. | ) Civil Action No. 1:05-1853 (RWR) |
| | ) |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.* | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

**PRAECIPE OF APPEARANCE**

    The Clerk of the Court will please ENTER the appearance of Assistant Attorney General Shana L. Frost as counsel for the District of Columbia in the above-captioned matter.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    __/s/_____
    NICOLE L. LYNCH (471953)
    Chief, Section II

    ___/s/_____
    SHANA L. FROST (458021)
    Assistant Attorney General
    441 4th Street, NW, 6th Floor South
    Washington, DC 20001
    (202) 724-6534
    Fax: (202) 727-3625
    shana.frost@dc.gov