IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT, Individually and as )
Personal Representative of the Estate of )
JONATHAN MAGBIE, Deceased )
)
        Plaintiff, )
)
v. )  Civil Action No. 1:05CV01853 (RWR)
)
CENTER FOR CORRECTIONAL HEALTH )
AND POLICY STUDIES, INC., et al. )
1717 K Street, N.W. #600 )
Washington, DC 20036 )
)
)
        Defendants,  . )

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

      I, the undersigned Counsel of Record for the Center For Correctional Health & Policies

Studies, Inc., certify that to the best of my knowledge and belief, the following are parent

companies, subsidiaries, or affiliates of the Center For Correctional Health & Policy Studies,

Inc. which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that Judges of this court may determine the need for

recusal.

                                     Respectfully submitted.

HAMILTON ALTMAN CANALE & DILLON, LLC


_____/s/ Andrew J. Spence_____
Stephen L. Altman, Esquire              #954057
Andrew J. Spence, Esquire               #421341
10306 Eaton Place, Suite 200
Fairfax, Virginia 22030
(703) 591-9700-Phone
(703) 591-0023-Facsimile
*Counsel for Center For Correctional Health And*
*Policy Studies, Inc., T. Wilkins Davis, M.D., Malek*
*Malekghasemi, M.D., and Sunday Nwosu, M.D.*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia .was electronically filed with the Court this 22nd day of November, 2005 copies to:

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
*Counsel For Plaintiff*

Arthur B. Spitzer, Esquire
American Civil Liberties Union
1400 20th Street, NW
Suite 119
Washington, DC 20036

Edward J. Connor, Esquire
5210 Auth Road
Suite 304
Camp Springs, MD 20746-4341

Elizabeth Alexander, Esquire
National Prison Project of the ACLU Foundation
915 15th Street, NW
7th Floor
Washington, DC 20005

Catherine A. Hanrahan, Esquire
Alan J. Rumsey, Esquire
1341 G Street, N.W.
Suite 500
Washington, DC 20005
*Counsel for Greater Southeast Community*
 *Hospital Corporation*

Kevin L. Newsome, Esquire
Rebecca E. Kuehn, Esquire
LeClair Ryan, A Professional Corporation
225 Reinekers Lane
Suite 700
Alexandria, Virginia 22314
*Counsel for Corrections Corporation of America*

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli, PLC
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
*Counsel for Corrections Corporation of America*

District of Columbia
Serve:  Mayor Anthony Williams
441 4th Street, NW
Washington, DC 20032

Odie Washington
1923 Vermont Avenue, NW
Washington, DC 20001

Joseph Bastien, M.D.
1923 Vermont Avenue, NW
Washington, DC 20001

Pauline Ojelfo, LPN
1923 Vermont Avenue, NW
Washington, DC 20001

Gbenga Ogundipe, LPN
1923 Vermont Avenue, NW
Washington, DC 20001

Officer Singley
1923 Vermont Avenue, NW
Washington, DC 20001

William S. Vaughn, MD
1310 Southern Avenue, SE
Washington, DC 20032

Rotmi A. Illuyomade, MD
1310 Southern Avenue, SE
Washington, DC 20032

      /s/Andrew J. Spence  
Andrew J. Spence
