UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY SCOTT, Individually and as Personal Representative of the Estate of JONATHAN MAGBIE, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 1: 05CV01853 (RWR) |
| ODIE WASHINGTON et. al, | : : : | |
| Defendants | : | |

### MOTION OF DEFENDANT ODIE WASHINGTON FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Fed.R.Civ.P. 6(b), defendant Odie Washington moves for an extension of time, within which to respond to the complaint herein. Presently, a response is past due. The request is for an extension of 60 days from the date that an order is approved. This is the same as the District's request to enlarge. The grounds for this motion are set forth in the attached memorandum of points and authorities.

### CERTIFICATION REGARDING CONSENT

Defendant sought plaintiff's consent to this motion. Plaintiff's counsel indicated that he was considering the motion, but as of today could not consent.

.Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

HOLLY M. JOHNSON

      Chief, General Litigation Section III

      _____
      STEVEN J. ANDERSON
      Assistant Attorney General
      Bar no. 334480
      Suite 600S
      441 Fourth Street, N.W.
      Washington, D.C. 20001
      (202) 724-6607
      (202) 727-3625 (fax)
      E-mail:  Steve.anderson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY SCOTT, Individually and<br>as Personal Representative of the Estate of<br>JONATHAN MAGBIE,<br><br>    Plaintiffs<br><br>        v.<br><br>ODIE WASHINGTON<br>et. al,<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 1: 05CV01853<br>:  (RWR)<br>:<br>:<br>:<br>: |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT ODIE WASHINGTON'S MOTION FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND THE COMPLAINT

Due to the exigencies of the upcoming holiday period and a previously planned vacation, undersigned counsel has insufficient time to adequately prepare a response to the Complaint. Therefore, Defendant Washington joins in the District's motion for a 60 day extension to respond to plaintiff's complaint.

Counsel for Odie Washington was assigned to handle the defense in this week. Time will be required to collect records and investigate the facts in this case so that the defendant Odie Washington can be properly defended.

Undersigned counsel will be out of the country, on vacation, from November 23, 2005, until December 7, 2005. Therefore, the undersigned will not be able to begin an investigation in earnest until December 7, 2005. The holiday season that occurs in December may also impede a complete investigation.

In the Superior Court of the District of Columbia the District and its agents is allowed 60 days to respond to a complaint. Super.Ct.Civ.R. 12(a)(3). The same time is allowed to the United States and its agents in both Superior Court and United States District Courts. *Id.;*

Fed.R.Civ.P. 12(a)(3). This timing is more appropriate for governmental officials such as Mr. Washington. Given that this is a very serious wrongful death case with many defendants, 60 days is an appropriate amount of time to allow the defendant Odie Washington respond to plaintiff's complaint

Under all the circumstances described, it is requested that the Court grant the relief sought herein.

        Respectfully Submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        HOLLY JOHNSON
        Chief, General Litigation Section III

        STEVEN J. ANDERSON
        `Assistant Attorney General`
        Bar no. 334480
        Suite 600S
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6607
        (202) 727-3625 (fax)
        E-mail: Steve.anderson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY SCOTT, Individually and | : | |
| as Personal Representative of the Estate of | : | |
| JONATHAN MAGBIE, | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Civil Action No. 1: 05CV01853 |
| | : | (RWR) |
| ODIE WASHINGTON | : | |
| et. al, | : | |
| Defendants | : | |

ORDER

Upon consideration of defendant Odie Washington's motion for additional time within which to respond to plaintiff's complaint, the memorandum in support thereof, and any opposition thereto, it is by the Court, this _____ day of November, 2005,

ORDERED: that defendant's motion be, and the same hereby is, GRANTED; and it is further

ORDERED: that the time within which defendant Odie Washington may respond to plaintiff's complaint, is extended to 60 days after the date of this Order.

                                                                               _____
                                                                               RICHARD W. ROBERTS
                                                                               Judge, United States District Court for the
                                                                               District of Columbia

Copies to:
Steven J. Anderson, AAG
441-4th Street, NW
Washington, D.C. 20001

Donald M. Temple, Esquire
1220 15th Street, NW
Washington, D.C. 20005.