UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

MARY R. SCOTT,

          Plaintiff,

v.     No. 05-cv-1853 (RWR)

DISTRICT OF COLUMBIA, *et al.,*

          Defendants.

---

### ORDER

Upon consideration of the defendant District of Columbia's motion for an enlargement of time in excess of 60 days to respond to the complaint, and plaintiff's response thereto, it is hereby

ORDERED that the motion is GRANTED IN PART AND DENIED IN PART, and it is further

ORDERED that the District of Columbia shall answer or otherwise respond to the complaint by December 27, 2005.


Dated: _____, 2005

                                                  _____
                                                  Richard W. Roberts
                                                  United States District Judge

Copies to:
Donald M. Temple, Esq.
1229 15th Street, NW
Washington, DC 20005

Edward J. Connor, Esq.
5210 Auth Road, Suite 304
Camp Springs, MD 20746

Elizabeth Alexander, Esq.
915 15th Street, NW, 7th Floor
Washington, DC 20005

Arthur B. Spitzer, Esq.
1400 20th Street, NW, Suite 119
Washington, DC 20036

Robert J. Spagnolettie, AG
George C. Valentine, DAG
Holly M. Johnson
Steven J. Anderson, AAG
441 Fourth Street, NW
Suite 600S
Washington, DC 20001