UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY SCOTT, Individually and | : | |
| as Personal Representative of the Estate of | : | |
| JONATHAN MAGBIE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1: 05CV01853 |
| | : | (RWR) |
| ODIE WASHINGTON | : | |
| et. al, | : | |
| Defendants | : | |

## DEFENDANT ODIE WASHINGTON'S RESPONSE TO THE COURT'S DECEMBER 1, 2005, ORDER

On or about November 22, 2005, undersigned counsel was assigned to represent Odie Washington after a summons and complaint were delivered to the General Counsel's office at the D.C. Department of Corrections. Because undersigned counsel was leaving the country on vacation on November 23, 2005, a motion was filed more time to respond to plaintiff's complaint. On December 1, 2005, the Court granted defendants' motion, in part, allowing until December 20, 2005, for Mr. Washington to file a response.

It now appears that no response is due from Mr. Washington because he has not been served with a copy of the complaint and summons, nor has plaintiff filed a proof of service. Mr. Washington was formerly the Director of the D.C. Department of Corrections, however, before the complaint and summons were delivered to the General Counsel's Office at the D.C. Department of Corrections in November 2005, Mr. Washington left his employment with the District and relocated to the western United States. Undersigned counsel was unaware that Mr. Washington was separated from the District government until he interviewed Mr. Washington in early December. Mr. Washington indicated that he was not personally served with a copy of

plaintiff's complaint and summons and that he did not authorize the D.C. Department of

Corrections Office of the General Counsel to accept service for him. He is also unwilling to

waive his right to be served.

Since no proof of service has been filed, there is no reason to file a motion to quash for

Mr. Washington. Plaintiff's counsel was advised of the fact that the Office of the General

Counsel at the D.C. Department of Corrections erroneously purposed to accept service for Mr.

Washington. Counsel was advised that Mr. Washington would not waive his right to be served

and that plaintiff could opt to test Mr. Washington's service by filing a proof of service. To date,

no proof of service has been filed, nor has Mr. Washington been served.

Accordingly, Mr. Washington's response to the Court's December 1, 2005, order is that

he is not properly before this Court as he has not been served, and therefore no response is due

from him.

.Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____

HOLLY M. JOHNSON
Chief, General Litigation Section III

_____

STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov