# THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

MARY SCOTT,

    Plaintiff,

v.

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

C.A. No. 05-1853 (RWR)

## NOTICE OF ENTRY OF APPEARANCE

The Clerk will please enter the appearance of E. Louise R. Phillips, Assistant Attorney General, on behalf of the Correctional Corporation of America (CCA) for the medical allegations against CCA while the plaintiff's decedent was incarcerated within the Correctional Treatment Facility only. The remaining allegations against CCA will be handled by the current counsel of record.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    _____/s/_____
    NICOLE L. LYNCH [471953]
    Chief
    General Litigation Section II

BY:    _____/s/_____
    E. LOUISE R. PHILLIPS [422074]
    441 4th Street, N.W., Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6519, (main)(202) 724-6669
    fax: (202) 727-3625
    louise.phillips@dc.gov