UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARY SCOTT, Individually and As Personal Representative of the Estate of JONATHAN MAGBIE,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | )<br>)<br>)<br>) Civil Action No. 1:05-CV-01853-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

COMES NOW the Defendants WILLIAM S. VAUGHN, MD and ROTIMI ILUYOMADE, MD, by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP**, and requests that the Clerk of the Court enter the appearance of Juan M. Anderson, Esquire, as additional counsel for the Defendanst in this matter. D'Ana E. Johnson, Esquire, remains as lead counsel of record for the Defendants.

Respectfully submitted,

BONNER KIERNAN TREBACH & CROCIATA, LLP

/s/ D'Ana E. Johnson
D'Ana E. Johnson, #927913
Juan M. Anderson, #465404
1250 Eye Street, N.W., Suite 600
Washington, D.C. 20005
janderson@bktc.net

*Attorneys for Defendants William S. Vaughn, MD and Rotimi A. Ilouyomade, MD*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2005, I caused to be served via electronic mail a true and correct copy of the Notice of Appearance upon the following:

Donald M. Temple, Esquire
1229 15th Street, N.W.
Washington, DC 20005

Elizabeth Alexander, Esquire
National Prison Project of the ACLU
733 15th Street, NW
Washington, DC 20005

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, MD 20746

Arthur B. Spitzer, #235960
ACLU of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, DC 20036

Shana Lyn Frost, Esquire
Office of the Attorney General for DC
441 4th Street, NW
6th Floor south
Washington, DC 20001

Steven J. Anderson
Office of Corporation Counsel
441 4th Street, NW
Suite 6 South
Washington, DC 20001

Andrew J. Spence, Esquire
Hamilton Altman Canale & Dillon, LLC
10306 Eaton Place
Suite 100
Fairfax, VA 22030

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli
2901 North Central Ave.
Suite 800
Phoenix, AZ 85012

Rebecca Everett Kuehn, Esquire
Leclair Ryan
225 Reinekers Lane
Suite 700
Alexandria, VA  22314

Catherine A. Hanrahan, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker
1341 G Street, NW
Washington, DC  20005

Alan Janoske Rumsey
Jordan Coyne & Savits, LLP
1100 Connecticut Avenue, NW
Suite 600
Washington, DC  20036

                                        **/s/ D'Ana E. Johnson**
                                        D'Ana E. Johnson, Esquire