UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY SCOTT, Individually and                    :
as Personal Representative of the Estate of     :
JONATHAN MAGBIE,                                :
                                                :
    Plaintiff,                              :
                                                :
       v.                                 :    Civil Action No. 1: 05CV01853
                                                :    (RWR)
ODIE WASHINGTON,                                :
*et al.*,                                       :
                                                :
    Defendants.                             :

MOTION OF DEFENDANT DISTRICT OF COLUMBIA FOR LEAVE TO FILE AMENDED
MOTION TO DISMISS PLAINTIFF'S COMPLAINT *NUNC PRO TUNC*

      Defendant District of Columbia moves, *nunc pro tunc*, for a one-day extension of time to file an amendment to its motion to dismiss with exhibits. The basis of this request is that due to technical problems and scheduled holiday vacations the District's timely filed motion to dismiss needs to be amended. The grounds for this motion are set forth in the attached memorandum of points and authorities.

CERTIFICATION REGARDING CONSENT

      Defendant sought plaintiff's consent to this motion. Plaintiff's counsel did not return the defendant's telephone call so the defendant is not able to provide plaintiff's position on the motion.

                                    .Respectfully submitted,

                                    ROBERT J. SPAGNOLETTI
                                    Attorney General for the District of Columbia

                                    GEORGE C. VALENTINE
                                    Deputy Attorney General, Civil Litigation Division

HOLLY M. JOHNSON
Chief, General Litigation Section III

STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY SCOTT, Individually and as Personal Representative of the Estate of JONATHAN MAGBIE, | : : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 1: 05CV01853 (RWR) |
| ODIE WASHINGTON, *et al.*, | : : : | |
| Defendants. | : | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR LEAVE TO FILE AMENDED
MOTION TO DISMISS PLAINTIFF'S COMPLAINT *NUNC PRO TUNC*

By prior Court Order the due date for Defendant District of Columbia's Motion to Dismiss was set on December 27, 2005. The District filed its motion by that deadline but, however, was unable to organize and scan its exhibits by December 27, 2005. In addition, computer problems complicated the District's filing. The result is the District is seeking the extension to allow it to renumber and organize its exhibits and to include an additional footnote. The reorganized exhibits will promote the orderly consideration of the District's arguments. Plaintiff will not be prejudiced by the extension requested as these are very minor changes to defendant's timely filed brief, and excerpts of the exhibits were included in the text of defendant's timely filing.

An attempt was made to contact plaintiff's counsel to seek consent to this motion. However, the undersigned was informed that he was with a client. No return call was received, and therefore the District cannot include plaintiff's position.

Under all the circumstances described, it is requested that the Court grant the relief sought.

        Respectfully Submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        _____

        HOLLY JOHNSON
        Chief, General Litigation Section III

        _____

        STEVEN J. ANDERSON
        Assistant Attorney General
        Bar no. 334480
        Suite 600S
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6607
        (202) 727-3625 (fax)
        E-mail:  Steve.anderson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY SCOTT, Individually and : <br> as Personal Representative of the Estate of : <br> JONATHAN MAGBIE, : <br>  : <br> Plaintiff, : <br>  : <br> v. : <br>  : <br> ODIE WASHINGTON, : <br> *et al.*, : <br>  : <br> Defendants. : | Civil Action No. 1: 05CV01853 <br> (RWR) |

ORDER

Upon consideration of defendant District of Columbia's Motion for Leave to File an Amended Motion to Dismiss Plaintiff's Complaint, nunc pro tunc, the memorandum in support thereof, and any opposition thereto, it is by the Court, this _____ day of _____ _____, 2005,

ORDERED: that defendant's motion be, and the same hereby is, GRANTED; and it is further,

ORDERED: the District's Amended Motion to Dismiss and supporting exhibits shall be considered timely filed on December 28, 2005.

_____
RICHARD W. ROBERTS
Judge, United States District Court for the
District of Columbia

Copies to:

Steven J. Anderson, AAG
441-4th Street, NW, 6th Floor South
Washington, D.C. 20001

**Donald M. Temple**
TEMPLE LAW OFFICE
1229 15th Street, NW
Washington, DC 20005

**Elizabeth Alexander**
NATIONAL PRISON PROJECT OF THE ACLU FOUNDATION
733 15th Street, NW
Washington, DC 20005-2112

**Edward J. Connor**
5210 Auth Road
Suite 304
Camp Springs, MD 20746-4341

**Arthur B. Spitzer**
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW
Suite 119
Washington, DC 20036

**Andrew J. Spence**
HAMILTON ALTMAN CANALE & DILLON, LLC
10306 Eaton Place
Suite 100
Fairfax, VA 22030

**Daniel P. Struck**
JONES, SKELTON & HOCHULI
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012

**Rebecca Everett Kuehn**
LECLAIR RYAN
225 Reinekers Lane
Suite 700
Alexandria, VA 22314

**Catherine A. Hanrahan**
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
1341 G Street, NW
Washington, DC 20005

**Alan Janoske Rumsey**
JORDAN COYNE & SAVITS, LLP
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

**D'Ana E. Johnson**
BONNER KIERNAN TREBACH & CROCIATA
1250 Eye Street, NW
Suite 600
Washington, DC 20005