## GOVERNMENT OF THE DISTRICT OF COLUMBIA

### CHANGE ORDER/UNILATERAL MODIFICATION

Page No. 1 of __2__ pages

| | |
|---|---|
| DEPARTMENT:<br>Department of Corrections | ADDRESS:<br>1923 Vermont Avenue, N.W.<br>Washington, D.C.  20001 |
| ISSUED TO: (Contractor)<br>Center for Correctional Health Policy<br>and Studies, Inc.<br>1730 K Strret, N.W.<br>Suite 304<br>Washington, D.C. 20001 | RELATING TO: Medical and Mental Health<br>                      Services<br><br>CONTRACT No. _____C012-AA-FL-0-SC_____<br><br>Action No. 5_____ |
| USING AGENCY OR AGENCIES:<br>Department of Corrections | EFFECTIVE DATE:<br><br>          March 12, 2002 |

ACTION:  ☐ Change    ☒ Exercise of Option    ☐ Modification    ☐ Economic Price Adjustment    ☐ Other

IN ACCORDANCE WITH THE CONTRACT NO. C012-AA-FL-0-SC, SECTION I.I, CONTRACT TERM OF THE RFP, THE DISTRICT HEREBY EXERCISES ITS OPTION TO EXTEND THE CONTRACT FOR THE PERIOD OF MARCH 12, 2002 THROUGH MARCH 11, 2003.

1. The Contract is hereby extended for the period of March 12, 2002 through March 11, 2003 for option year two.

2. The total price for the option year two (2) contractual services is $11,422,832.41 from March 12, 2002 through March 11, 2003.

3. The cumulative contract price is hereby increased from $25,501,424.61 by $11,422,832.61 to $36,924,257.22.

4. Wage Determination No. 1994-2103, Revision No. 24, dated May 31, 2001, is made part of this contract.


RECAP:

| | | |
|---|---|---|
| Base Year - March 12, 2000 through March 11, 2001 | | $12,000,000.00 |
| Action 1 | Administrative Change | |
| Action 2 | Exercises Final Option for Option Year One<br>for the period of April 11, 2001 through<br>March 11, 2002 (Signed by District on April 3,<br>2001 after received City Council approval.) | $11,013,698.70 |

ALL OTHER CONTRACT TERMS AND CONDITIONS REMAIN UNCHANGED

3-7-02
_____
DATE

_Will / Watt_
_____
CONTRACTING OFFICER

**Case File**                    Contractor                    PSD                    Using Agency

DAS 91-401
1-1130



# GOVERNMENT OF THE DISTRICT OF COLUMBIA

## CHANGE ORDER/UNILATERAL MODIFICATION
### (Continuation)

CONTRACT NO. C012-AA-FL-0-SC          ACTION NO. 5                    PAGE 2 OF 2

| | | |
|---|---|---|
| Action 3 | Exercises Partial Option for Option Year One for the period of March 12, 2001 through April 10, 2001 (Signed by District on March 10, 2001 while waiting for City Council approval for Action No. 2) | $    986,301.30 |
| Action 4 | Modification | -$ 1,849,090.55 |

Case File                    Contractor                    PSD                    Using Agency

DAS 91-401A

1-1129

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

## BILATERAL MODIFICATION

Page No. 1 of _2_ pages

| DEPARTMENT:<br>Department of Corrections | ADDRESS:<br>1923 Vermont Avenue, N.W.<br>Washington, D.C. 20001 |
|---|---|
| ISSUED TO: (Contractor)<br><br>Center for Correctional Health<br>Policy and Studies, Inc.<br>1730 K Street, N.W.<br>Suite 304<br>Washington, D.C. 20001 | RELATING TO: Medical and Mental health<br>Services<br><br>Contract No.   C012-AA-FL-0-SC<br><br>Action No.      4 |
| USING AGENCY OR AGENCIES:<br>Department of Corrections | EFFECTIVE DATE:<br><br>November 20, 2001 |

IN ACCORDANCE WITH PARAGRAPH 19 "CHANGES CLAUSE" OF THE STANDARD CONTRACT PROVISIONS FOR USE WITH DISTRICT OF COLUMBIA GOVERNMENT SUPPLY AND SERVICES CONTRACT, DATED OCTOBER 1999, THE DISTRICT AND THE CONTRACTOR MUTUALLY AGREE TO THE FOLLOWING CHANGES:

1. DELETE, The Cover page, Table of Contents and Page Number 1 through 70.

2. INSERT, The Cover Page, Table of Contents and Page Number 1R through 53R.

3. ADMINISTRATIVE CORRECTIONS:

   A.  Best and Final Offer dated January 19, 2000 and accepted was $12,562,278.29 with a 3% increase for each option year.
   B.  Option Year One Contract value reads $12,000,000.00, it should read $12,939,146.46.

4. Revise Price Proposal submitted by Center for Correctional Health and Policy Studies, Inc., dated November 9, 2001 is accepted and made part of this contract.

5. The total cost for the option year one (1) contractual services is hereby decreased from $12, 939,146.46 by $1,849,017.91 to $11,090,128.55.

---

### ALL OTHER CONTRACT TERMS AND CONDITIONS REMAIN UNCHANGED

CONTRACTOR:

Center for Correctional Health Policy and Studies, Inc.

| Contractor's Name | | |
|---|---|---|
| By: _Stanley C. Hansper_ | _President_ | _11/20/01_ |
| Signature of Authorized Representative | Title | Date |

ACCEPTANCE BY THE DISTRICT:

| _11-21-01_ | |
|---|---|
| DATE | CONTRACTING OFFICER |

| Case File | Contractor | PSD | Using Agency |
|---|---|---|---|

S 91-401
30

**GOVE  .MENT OF THE DISTRICT OF C   UMBIA**

### BILATERAL MODIFICATION
(Continuation)

CONTRACT NO. C012-AA-FL-0-SC          ACTION NO.      4          PAGE 2   OF 2

6.  The total cost for the option year one (1) contractual service is
    $11,090,128.55.

7.  The cumulative value is hereby decreased from $25,501,424.61 by
    $1,849,017.91 to $23,652,406.70.

RECAP:

| | | |
|---|---|---:|
| Base | Year - March 12, 2000 though March 11, 2001 | $12,562,278.29 |
| Action 1 | Administrative Change | $       0.00 |
| Action 2 | Exercises final option for option year one for the period of April 11, 2001 through March 11, 2002 | $11,013,698.70 |
| Action 3 | Exercises partial option for option year one for the period of March 12, 2001 through April 10, 2001 | $   986,301.30 |
| Action 4 | Modification | -$ 1,849,090.55 |

---

**Case File**                Contractor                PSD                Using Agency

DAS 91-402A

1-1127

# RECEIVER FOR MEDICAL AND MENTAL HEALTH SERVICES

# FOR THE UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

# CENTRAL DETENTION FACILITY

## REQUEST FOR PROPOSAL
## COMPREHENSIVE HEALTH SERVICES

**DR. RONALD SHANSKY, RECEIVER**

**CENTRAL DETENTION FACILITY**

**1901 D STREET, S.E.**

**WASHINGTON, D.C.  20003**

**Original Issue: June 17, 1999**
**As Amended: December 3, 1999**
**Modified: November 20, 2001**

**RFP EXCERPTS: CONTRACT ATTACHMENT**

# TABLE OF CONTENTS

I.    REQUEST FOR PROPOSAL ............................................................................ 1R
      A.  SUMMARY ....................................................................................... 1R
      B.  REQUIRED RFP DATES ................................................................... 1R
      C.  QUALIFICATIONS OF THE OFFEROR ......................................... 1R
      D.  METHOD OF AWARD ...................................................................... 2R
      E.  EVALUATION CRITERIA ................................................................ 2R
      F.  SCORING .......................................................................................... 2R
      G.  DEFINITIONS ................................................................................... 3R
      H.  COMPARISON AND ALTERNATE PROPOSAL APPROACH .......... 4R
      I.  CONTRACT TERM ............................................................................ 4R

II.   SITUATIONAL OVERVIEW ....................................................................... 5R

III.  SCOPE OF WORK ......................................................................................... 5R
      A.  INTAKE HEALTH ASSESSMENT ................................................. 6R
      B.  DAILY TRIAGING OF COMPLAINTS ........................................... 8R
      C.  R.N. SICK CALL ............................................................................... 8R
      D.  PHYSICIAN PRIMARY CARE ......................................................... 9R
      E.  SPECIALTY SERVICES ................................................................. 10R
      F.  OFF-SITE INPATIENT SERVICES ................................................ 15R
      G.  EMERGENCY SERVICES ............................................................... 16R
      H.  INFIRMARY / SHORT STAY CARE .............................................. 17R
      I.  DENTAL SERVICES ....................................................................... 17R
      J.  MENTAL HEALTH SERVICES ...................................................... 18R
      K.  ANCILLARY SERVICES ................................................................ 22R
      L.  SUPPORT SERVICES .................................................................... 26R
      M.  MEDICAL EQUIPMENT ................................................................ 28R
      N.  RESPONSIBILITIES OF THE RECEIVER AND DOC ................... 29R
      O.  MEDICAL MANAGEMENT INFORMATION SYSTEM ................. 29R
      P.  CDF PHYSICAL PLANT RENOVATION ....................................... 33R
      Q.  COMMUNITY CORRECTIONS RESPONSIBILITY SUMMARY ..... 34R

IV.   PERSONNEL ................................................................................................ 35R
      A.  STAFFING REQUIREMENTS ........................................................ 35R
      B.  STAFFING DEPLOYMENT ........................................................... 36R
      C.  DISTRIBUTION OF HOURS WORKED ......................................... 36R
      D.  FRINGE BENEFITS ........................................................................ 37R
      E.  SALARY DETERMINATION .......................................................... 37R
      F.  STAFF QUALIFICATIONS ............................................................. 38R
      G.  POSITION DESCRIPTIONS ........................................................... 38R
      H.  PERSONNEL MANUAL .................................................................. 38R
      I.  PERSONNEL ISSUES & SPECIFICATIONS ................................. 39R
      J.  OTHER PERSONNEL PROGRAM REQUIREMENTS .................... 41R

V.    MINIMUM REPORTING REQUIREMENTS .............................................. 43R

VI.    COMPENSATION AND ADJUSTMENTS .............................................................. 43R
      A.  FIRM FIXED-PRICE CONTRACT ........................................................ 43R
      B.  MONTHLY PAYMENTS .......................................................................... 43R
      C.  QUARTERLY ADJUSTMENTS ............................................................... 44R
      D.  ADJUSTMENTS FOR STAFFING ........................................................... 44R
      E.  ADJUSTMENTS FOR UNFILLED POSITIONS ................................... 44R
      F.  FRINGE BENEFITS ADJUSTMENTS ................................................... 44R
      G.  RETROSPECTIVE ADJUSTMENTS FOR PERFORMANCE LEVEL ................ 45R
      H.  PROSPECTIVE ANNUAL ADJUSTMENTS ........................................ 45R
      I.  PERFORMANCE DEFICIENCY ADJUSTMENTS .............................. 46R
      J.  PERFORMANCE INCENTIVE FEE ...................................................... 46R
      K.  LIQUIDATED DAMAGES ...................................................................... 46R
      L.  MEDICAID AND MEDICARE PROVISIONS    ................................. 48R

VII.    REQUIRED FORMAT: TECH PROPOSAL (COMPARISON & ALTERNATE) ............. 49R

VIII.    REQUIRED FORMAT: PRICE PROPOSAL (COMPARISON & ALTERNATE ............. 49R

IX.    PRICE PROPOSAL INSTRUCTIONS ................................................................. 49R

X.    GENERAL TERMS AND CONDITIONS ............................................................ 49R
      A.  OTHER PROPOSAL CONDITIONS ..................................................... 49R
      B.  OTHER GENERAL TERMS .................................................................. 50R
      C.  DISPUTES ................................................................................................ 53R

I.  **REQUEST FOR PROPOSAL**

**A. SUMMARY**

Deleted.

**B. REQUIRED RFP DATES**

Deleted.

**C. QUALIFICATIONS OF THE OFFEROR**

To be considered for the award of the contract, the Offeror must, as of the date of award, meet the following minimum qualifications:

1.  The Offeror must either: a) be organized for the purpose of providing correctional health care services and be able to demonstrate correctional health care experience; or b) certify in its proposal that, if it is awarded the contract, it will establish a separate entity (e.g., corporation, joint venture, etc.) organized for the purpose of providing correctional health care services; or c) establish in its proposal, to the satisfaction of the Receiver and/or the DOC, that a separate entity is not necessary; and d) demonstrate in its proposal that the entity's contemplated officers, employees and key personnel will have the level of experience and expertise in the correctional health care services field necessary to successfully perform a contract of this scope.  In order to satisfy the experience criterion:  a) the Offeror must have at least five (5) years previous experience with proven effectiveness in administering correctional health care programs; or b) the Offeror should provide a Principal Leadership staff, which collectively offers at least twelve (12) years experience in administering or providing professional services for correctional health care programs and none of the individual principal leaders proposed should have less than three (3) years experience with correctional health care programs.  For purposes of this RFP section, Principal Leadership staff shall include the Medical Director, Mental Health Director, Health Care Administrator and Director of Nursing.

2.  The Offeror (or providers) must carry "occurrence" professional liability insurance in the amount of $1,000,000 per occurrence and $3,000,000 in aggregate.  A certificate of insurance (or Insurer Letter of Commitment) clearly stating "occurrence" coverage must be included with the proposal.  Should an Offeror carry "claims made" insurance, the Offeror must purchase a "tail" for coverage through the statute of limitations.

3.  The Offeror must carry general liability insurance coverage with $1,000,000 combined single limit for personal injury and property damage which incorporates said coverage for all of Offeror's employees or subcontractors.  This coverage is required to extend to services performed at the CDF or at any other sites where

services will be provided under the Contract.  The Offeror receiving the awarded contract will be required to provide a certificate naming the Receiver and DOC as additional insureds prior to Contract execution.

4. The Offeror must demonstrate the ability to provide a system of technical and medical support to the on-site personnel at the CDF.

5. The Offeror must have a proven ability to accomplish a contract start-up within 30 days after notice of contract award.  Satisfaction of this criterion includes:  a) the provision of a Gantt chart covering a 30 day period, which presents the Offeror's plan of action, incorporating key tasks and timeframes to accomplish start-up, b) the Offeror presents satisfactory evidence of preparedness, and c) the Offeror provides Principal Leadership staff curriculum vitae, which demonstrates leadership abilities and experience with major projects.

6. The Offeror must demonstrate recruiting capabilities for both professional and non-professional personnel.

7. The Offeror must have the management, administrative and professional capabilities to supervise and monitor the program, thus ensuring the satisfactory provision of services.

8. The Offeror must provide with this proposal: a) a Bid Bond in the amount of $25,000. and b) a Letter of Commitment which provides evidence of the ability to provide a Performance Bond in the amount of 1/12 of the proposed first year program costs. At the time of Contract signature, the selected Contractor is required to provide a Performance Bond in the amount of 1/12 of the proposed first year program costs.

9. For any joint venture to be considered, the joint venture agreement must be provided and must show in detail the organization and responsibilities of each party. The Offeror who executes the Contract for services must take full contractual responsibility for performance of the Contract.

## D.  METHOD OF AWARD

Deleted

## E.  EVALUATION CRITERIA

Deleted.

## F.  SCORING

Deleted.

## G. DEFINITIONS

Definitions for this Request for Proposal are provided as follows:

1.  "DOC" shall mean the District of Columbia, Department of Corrections.

2.  "Contractor" shall refer to the successful Offeror selected through the RFP process for contract award, who has executed the Contract.

3.  "Vendor" shall refer to the Contractor.

4.  "RFP" shall refer to the Request for Proposal for Medical and Mental Health Services issued by the Receiver, Central Detention Facility, on June 17, 1999, as subsequently amended December 3, 1999.

5.  "Services" or "Work" shall mean all of the goods, products, services and deliverables as described and required in the RFP, plus those goods, products, services and deliverables as may additionally be described and provided for in the Contractor's Proposal.

6.  "Receiver" shall refer to the Receiver for Medical and Mental Health Services (MMHS) for the United States District Court, District of Columbia, Central Detention Facility.

7.  "Receiver and/or DOC" shall refer to the Receiver, or to the DOC, upon assignment of the awarded Contract to the DOC.

8.  "Contracting Officer" is Ronald Shansky, M. D., Receiver for Medical and Mental Health Services, Central Detention Facility, unless otherwise designated.

9.  "Contract" shall refer to the awarded contract, which has been executed by the Receiver and Contractor.

10. "Initial Proposals" shall refer to the "Comparison Proposals" and "Alternate Proposals" received after the amendment of this RFP in accordance with the December 17, 1999 deadline, unless subsequently amended.

11. "Comparison Proposals" shall refer to proposals labeled "Comparison Proposal" received after the amendment of this RFP in accordance with the December 17, 1999 deadline, unless subsequently amended.

12. "Alternate Proposals" shall refer to proposals labeled "Alternate Proposal" received after the amendment of this RFP in accordance with the December 17, 1999 deadline, unless subsequently amended.

13. "Comprehensive Medical and Mental Health Services" shall refer to all Services

or Work in accordance with RFP requirements amended December 3, 1999, or as subsequently amended.

14. Italicized RFP sections shall refer to instructional sections, points of emphasis and/or points of clarification.

15. Other abbreviations:
   a. "CDF" shall mean the Central Detention Facility.

   b. "CTF" shall mean the Central Treatment Facility.

   c. "R&D" shall mean the Receiving and Discharge area and/or the Receiving and Discharge process for the Central Detention Facility.

   d. "FTE" shall mean Full Time Equivalent personnel, stated in terms of individuals working a regularly scheduled 40-hour week, or 2,080 hours worked per annum.

   e. "CCA" shall mean the Corrections Corporation of America.

   f. "PPD" shall mean the Purified Protein Derivative / Mantoux skin test used to screen for tuberculosis.

   g. "NCCHC" shall mean the National Commission on Correctional Healthcare.

   h. "ACA" shall mean the American Correctional Association.

   i. "AMA" shall mean the American Medical Association.

   j. "JCAHO" shall mean the Joint Commission on Accreditation of Healthcare Organizations.

## H. COMPARISON AND ALTERNATE PROPOSAL APPROACH

Deleted.

## I. CONTRACT TERM

The awarded Contract per this RFP will have a one-year initial term. The DOC will have the option, exercisable at his sole discretion, to renew said Contract upon the same terms and conditions for four (4) additional periods of one (1) year by notice given not less than (90) days before expiration of the then current term. The DOC may, at his sole option elect to renew all of the Services, or only selected aspects of the Services. In the event the DOC elects to renew less than all of the Services, the Service aspects to be deleted will be specified by reference to the appropriate paragraph numbers of the Contractor Proposal or by reference or amendment to the awarded Contract. No Services will be

paid for which are performed prior to the execution of the awarded Contract. Services will mean all of the goods, products, services and deliverables as described and required in the RFP and/or awarded Contract, plus those goods, products, services and deliverables as may additionally be described and provided in the Contractor's Proposal. If exercise of an option causes a decrease in Services, the DOC shall make an equitable adjustment in the Contract price.

## II.    SITUATIONAL OVERVIEW

Deleted

## III.    SCOPE OF WORK

The inmate population at the CDF is highly transient and exhibits a wide array of serious health problems, including tuberculosis, HIV / AIDS, sexually transmitted disease and mental illness. The Contractor selected through this RFP process must be committed to providing quality medical and mental health services to a population with significant health needs.

The CDF is responsible for a population including up to 1,674 pre-sentenced and sentenced males, females and juveniles. In this RFP, this population shall hereafter be referred to as "inmates."

The Scope of Work per this RFP will include the following populations / services:

| Facility / Address | Service Summary Description | Population |
|---|---|---|
| Central Detention Facility (DC Jail) 1901 D Street, SE Washington, DC 20003 | - Comprehensive Medical and Mental Health Services (Excludes direct costs for: a) off-site ambulatory visits; and b) medical or mental health off-site hospital inpatient services) | - All populations assigned to the CDF |
| Community Correctional Centers<br><br>Address (As defined in RFP, Section III.Q) | - Provision of Nurse Practitioner to provide evaluation and coordination for Medical and Mental Health Services<br>- Management of the medication continuum<br>- Provision of pharmaceuticals | Community Correctional Centers (Halfway Houses)<br><br>(As defined in RFP, Section III.Q) |
| DC General Hospital Locked-Ward Unit | - Medical management of all DC General inpatient admissions to the Locked-Ward Unit (Excludes DC General in-patient billed costs per stay) | Inpatient populations of DC General Locked-Ward, who are referred by:<br>- Central Detention Facility<br>- Correctional Treatment Facility<br>- Lorton Correctional Complex<br>- Court ordered assignment |

It has been indicated that prior to September 30, 2000, sentenced, stable mentally ill inmates will be transferred to the Federal Bureau of Prisons (FBOP). This would result in closing one mental health unit at the CDF, which will require associated staffing decreases. Also, the DC Jail will be increasingly holding pre-trial inmates, who when sentenced, will be assigned either to the Federal

Bureau of Prisons or contract facilities in other states rather than be transferred to Lorton facilities. These locations (FBOP & contract facilities) will have no electronic link with the medical record system at the DC Jail and will therefore require a paper copy of the medical record.

The Contractor will provide medical and mental health Services, which are compliant with the legal requirements of the U. S. Constitution, Federal and District of Columbia laws.

The Contractor is required to provide comprehensive medical and mental health Services to the inmate populations of the CDF as defined in this RFP. The selected Contractor is responsible for the provision of all on-site primary health care services and supplies to include, but not be limited to: intake health assessments; oversight of the daily triage of inmate health complaints by a registered nurse; provision of daily sick call; routine and non-invasive diagnostic procedures on site; provision of pharmaceuticals with medication administration and monitoring; and the identification and referral of conditions requiring secondary and tertiary services.
*The Scope of Work encompassed in this RFP is not intended to be an all-inclusive task description. Bidders are expected to demonstrate their understanding of correctional health care management through their responses to program and Work requirements.*

*Offerors are expected to include the following program aspects in their proposal. All Services are expected to be rendered for the CDF unless otherwise specified. Selected statistics are provided from 1998 or 1997 as a reference for historical activity levels.*

## A. INTAKE HEALTH ASSESSMENT

The intake process is initiated at the CDF Receiving & Discharge Unit (R&D) location and is among the most critical aspects of medical and mental health services. The intake services are to be performed by: a) qualified health care personnel; and b) within 24 hours after arrival at the CDF. All inmates will receive a screening history by an R.N., a P.A., or an MD, and will be referred to an advanced level provider for any acute or chronic problem. Inmates who have been referred by the R.N. to an advanced level provider will have a complete history and physical performed. All inmates not referred by the R.N. to an advanced level provider initially, will receive a mini-physical exam performed on intake. The intake assessment must include the following, unless an additional service or exception is documented per CDF, Health Services Division, policies and procedures:

1. Health Care Intake Services

   a. Review of demographic information, triage data and noting of any psychiatric and/or medical alerts.
   b. Complete set of vital signs, including measured weight.
   c. Urine dipstick for all patients; a finger stick blood sugar for all diabetics and peak expiratory flow rate for all patients with a history of asthma or emphysema.
   d. A medical history, physical examination, including oral examination, review of systems and substance abuse history performed by a licensed physician or licensed and certified physician assistant, licensed nurse practitioner.
   e. A complete gynecological exam for female inmates within 14 days of intake, including a Papanicolaou smear, is required only for inmates who present with

specific problems, or a history suggestive of a need, unless refused. All females shall receive a urine pregnancy test.

f.   A syphilis serology is required for all intakes. Any patient reentering the facility from the community shall have these tests regardless of the date of last such exam. Additional laboratory tests will be performed as directed by the examining physician.

g.   A tuberculosis skin test (Mantoux skin test). TB skin test applied if not previously applied at DC DOC Detention Facility within two weeks of last application in DC DOC.

h.   A posterior-anterior chest x-ray is performed to screen for tuberculosis to include: a) all male intake assessments; and b) all female intake assessments, after evidence of a negative pregnancy test. Additional x-rays will be performed as directed by the examining physician. Chest X-Ray not performed if the last Chest X-Ray was performed in pervious six months and, if and only if, the previous Chest X-Ray was normal and the Patient is asymptomatic for symptoms consistent with Tuberculosis

i.   Medical personnel review of chest x-ray, laboratory and tuberculosis skin test results within 72 hours of intake. Appropriate referrals for follow-up or further evaluation are required.

j.   Urgent or semi-urgent care, as appropriate, is to be provided immediately, and require a referral to the primary care physician for follow-up as indicated.

k.   First dose medications as prescribed by the examining physician before leaving the Medical Unit.

l.   Other tests and examinations as required and indicated.

m.   All inmates who have not been previously examined, who remain in the jail over seven (7) days, will have a complete physical examination by an advanced level provider.

2.   Mental Health Intake Services

An initial mental health screening is required for all intakes, regardless of their projected length of incarceration. A comprehensive mental health evaluation is required for intakes who are or have at least:

a.   Past or current mental health treatment.
b.   Major problems other than legal situation.
c.   Prior suicide attempts.
d.   Suicide by a family member or close associate.
e.   A position of prominence in the community.
f.   An absence of a support network.
g.   First incarceration.
h.   A recent major loss.
i.   A current suicidal ideation.
g.   Court ordered forensic evaluation.
k.   Returning from John Howard Pavilion or other inpatient psychiatric facility.

Statistics:

| 1998 | Jan | Feb | Mar | Apr | May | June | 6 mo Avg |
|------|-----|-----|-----|-----|-----|------|----------|
| Total Intake | 1349 | 1201 | 1377 | 1381 | 1323 | 1303 | 1322 |

## B. DAILY TRIAGING OF COMPLAINTS

Health complaints from inmates must be processed at least daily. All triage activities must be under the direction of a registered nurse. All non-lock-down inmates requesting assessment must be seen within one working day of the receipt of request.

## C. R.N. SICK CALL

Sick call services are required for inmates requesting routine or non-emergency medical care. Sick call is required on Monday through Friday (excluding holidays) for service to all housing units except those considered "Lock-Down Units," where sick call is provided seven (7) days per week.

There are eighteen housing units, each equipped with a nurse's office and a physician office / examination room. A nurse must be assigned to conduct sick call at each housing unit. In most cases, the nurse will initially evaluate presenting inmates in accordance with sick call protocols and will either manage the patient complaint and/or refer to the physician. All non-lock-down inmates requesting a Sick Call visit must be seen within one work day of the receipt of request, excluding weekends and holidays. All inmates in lock-down requesting a Sick Call visit must be seen on the day of the request.

Hours of Service:  Housing Units          Daily Monday - Friday, except holidays
                   Lock-Down Units        Daily

Housing Units:     Eighteen (18) CDF locations as follows:

South One*         Special Management (Lockdown)
South Two          Mental Health - Chronic
South Three        Mental Health - Acute

SouthEast One      General Population
SouthEast Two      General Population
SouthEast Three    General Population

SouthWest One      Female
SouthWest Two      General Population
SouthWest Three    General Population

North One*         Juvenile & Lockdown
North Two*         Lockdown
North Three        Temporarily Closed

NorthEast One       Intake & Protective Custody & Admin Segregation
NorthEast Two       General Population
NorthEast Three     Intake & General Population

NorthWest One       General Population & Detail
NorthWest Two       General Population
NorthWest Three     Intake & General Population
* Lockdown Units
Sick Call Statistics:

| Period: 1998 | Jan | Feb | Mar | Apr | May | June | 6 mo Avg |
|---|---|---|---|---|---|---|---|
| Total Requested | 3569 | 3719 | 3373 | 3216 | 2633 | 2874 | 3230 |
| Total Seen by Nurse | 2772 | 2481 | 2601 | 2433 | 1960 | 2295 | 2424 |

During the first six months of 1998, approximately 22% of inmates seen were by the
nurse only, with the remaining 78% being seen by the physician / nurse team. Inmate
transfers, inmate refusals and absences predominantly explain the difference between
total requested and total seen for court dates. A sample distribution of sick call by
housing unit location can be found in the July, 1998 Statistical Snapshot, included as
Attachment C.

## D.  PHYSICIAN PRIMARY CARE

Acute and chronic primary care services are provided by a physician or physician
assistant (under the direction of a physician.)

The Contractor will ensure inmates with chronic illnesses receive continuous and
appropriate health care services to prevent or reduce complications of chronic illnesses
and promote health maintenance. Any inmate with evidence of a chronic illness will be
enrolled in a Chronic Care Clinic.

Physicians provide both Chronic Care Clinics and Sick Call services concurrently when
assigned to a housing unit. Housing unit locations are the same as those defined in the
R.N. Sick Call section of this RFP. A nurse when assigned to a housing unit assists
physicians.

Hours of Service:   Housing Units      Monday - Friday, as assigned (except holidays)
                    Lock-Down Units    Daily

Housing Units:      Same eighteen (18) locations as defined in RFP - R.N. Sick Call.

Statistics:

| Sick Call 1998 | Jan | Feb | Mar | Apr | May | June | 6 mo Avg. |
|---|---|---|---|---|---|---|---|
| Excludes Chronic Clinic | | | | | | | |
| Inmates Seen by M.D. | 1874 | 1749 | 2006 | 2070 | 1676 | 1901 | 1879 |

## E. SPECIALTY SERVICES

The Contractor is responsible for the management and/or referral of medically necessary secondary services (i.e., specialty consultations / clinics, and all outside diagnostic services and procedures. Offerors are responsible for all inquiries or contractual pre-agreements they deem to be required to support their On-Site Services. The selected Contractor is: a) responsible for all of their applicable contract arrangements to be completed prior to the onset of work; and b) responsible for payment of all On-Site specialty care services provided per this RFP. The Contractor will not be responsible for medical or mental health Off-Site direct costs to include: a) Off-Site hospital inpatient billed costs per stay; or b) Off-Site ambulatory visit costs. The Contractor will be responsible for any and all ambulance transport costs.

1. On-Site Services

    The selected Contractor is responsible for the provision and payment of all specialties care services provided on-site. On-Site Special Services are those provided for patients with needs beyond routine care. These services are delivered in On-Site Clinics and involve evaluation and/or treatment by a physician with specialized knowledge / experience. These Clinics are managed by a nurse who assists the examining physician and is responsible for ensuring that patients receive follow-up care, treatment and/or tests within the time period indicated by that physician. Scheduling eligibility for an On-Site Clinic requires the referral of a CDF examining physician. Contract physician specialists predominantly provide on-Site Clinic services at this time. The On-Site Clinics: a) reduce reliance on DC General Hospital; b) eliminate transportation and security costs; and c) improve patient continuity of care.

    At a minimum the following On-Site Specialty Clinics are required at the CDF:

    - Cardiology
    - Dermatology
    - Gynecology
    - Neurology
    - Ophthalmology
    - Optometry
    - Orthopedics
    - General Surgery
    - Podiatry
    - Pulmonary

The Contractor is responsible for the cost and provision of: a) all required On-Site Specialty Clinics; and b) any additional On-Site clinics considered indicated based upon cost-effective or operational factors.

Each of the required On-Site Clinics have been provided according to indicated time-frame(s) as specified in Table E-1 on the following page.

Required On-Site Clinics and Schedule:                    **Table E-1**

| Clinic | Frequency | Current Cost per Clinic |
|---|---|---|
| Cardiology | 2 per month | $500 |
| Dermatology | 2 per week | $400 |
| Gynecology | 1 per week | Staff Physician |
| Neurology | 2 per week | $400 |
| Ophthalmology | 2 per week | $400 |
| Optometry | 2 per week | $200 |
| Orthopedic | 1 per week | $400 |
| Podiatry | 2 per week | $400 |
| Pulmonary | 2 per month | $500 |
| General Surgery | 2 per week | $400 |

All are four (4) hours each.

Table E-2 below provides statistical activity for the On-Site Clinics.

Statistics:                                                           **Table E-2**

| On-Site Clinics Jan - June 1998 | Six Month Sched Total | Six Month Seen Total | Average Sched / Mo | Average Seen / Mo | Sess # / Per |
|---|---|---|---|---|---|
| Cardiology | 174 | 83 | 29 | 14 | 2 / Mo |
| Dermatology | 655 | 324 | 109 | 54 | 2 / Wk 8 / Mo |
| Gynecology | 495 | 240 | 83 | 40 | 1 / Wk 4 / Mo |
| Neurology | 230 | 129 | 38 | 22 | 2 / Wk 8 / Mo |
| Ophthalmology | 569 | 370 | 95 | 61 | 2 / Wk 8 / Mo |
| Optometry | 1208 | 579 | 201 | 97 | 2 / Wk 8 / Mo |
| Orthopedics | 472 | 271 | 79 | 45 | 1 / Wk 4 / Mo |
| Podiatry | 353 | 205 | 59 | 34 | 2 / Wk 8 / Mo |
| Pulmonary | 70 | 26 | 12 | 4 | 2 / Mo (PRN) |
| Gen Surgery | 766 | 467 | 128 | 89 | 2 / Wk 8 / Mo |
| Total | | | | 46077 | |

Offerors should present a narrative encompassing two alternatives for On-Site Clinics, one in the Comparison Technical Proposal and one in the Alternate Technical Proposal. Offerors are to include: a) the required On-Site Clinics in their Comparison Technical Proposal; with b) any proposed changes included as part of the On-Site Specialty Clinics Alternate Technical Proposal Plan. Project cost impacts should be included only in the Price Proposal components. Care should be taken to assure separation of "Technical" and "Price" aspects of the proposal.

Offerors are encouraged to make recommendations regarding any Clinics they propose to shift from Off-Site to On-Site for cost-effectiveness. Table E-3, which follows, provides statistical activity for other ambulatory clinics, which might be candidates.

2.  Outpatient Off-Site Services

Off-Site Services are required to extend the care received at the CDF. Through a collaboration with Greater South East Community Hospital Health Care Safety Net Alliance and other community agencies such as Howard University Hospital and the Correctional Treatment Facility (Operated by CCA), specialty clinic services, residential female and juvenile care, infirmary care, and complex surgical and dental services for all inmates have been offered. All Off-Site Services are for inmates who require care exceeding the resources available at the CDF.

Each of the required Off-Site Clinic services must be provided: a) within a reasonable timeframe based upon the severity of the problem, and b) result in a report in the inmate's medical record within 72 hours of the encounter. Patients returning must have a report that at a minimum contains:

- Reason for the consultation (Subjective)
- Appropriate exam / lab findings (Objective)
- Diagnosis (Assessment)
- Discharge plan(s)
- Follow-up requirements or appointment if necessary

The "Top 25" Off-Site Clinics (Outpatient) encounters are reported on the following page as Table E-3.

The Contractor will not be fiscally responsible for medical or mental health Off-Site ambulatory visit costs.

Offerors are required to submit their approach and specific management plan for achieving optimal utilization of off-site medical or mental health outpatient services.

## TOP 25 OFF-SITE CLINICS (Outpatient)

Table E-3

| 1998 Off-Site Special Services | Six Month Schedule Total | Six Month Seen Total | Average / Mo Schedule | Average / Mo Seen |
|---|---|---|---|---|
| Emergency | N/A | 133 | 25 | 22.2 |
| Surgical Clinic | 137 | 69 | 22.8 | 11.5 |
| Physical Therapy | 129 | 36 | 21.5 | 6.0 |
| Oral Surgery | 124 | 82 | 20.7 | 13.7 |
| Surgery 24N | 94 | 46 | 15.7 | 6.6 |
| Urology | 84 | 28 | 14 | 4.7 |
| G.I. | 79 | 28 | 13.2 | 4.7 |
| E.N.T. | 77 | 32 | 12.8 | 5.3 |
| Sonogram | 61 | 30 | 10.2 | 5.0 |
| Orthopedic | 56 | 26 | 9.3 | 3.7 |
| Pretest | 49 | 29 | 8.2 | 4.8 |
| C.T. Scan | 48 | 37 | 8 | 6.2 |
| X-Ray General | 47 | 27 | 7.8 | 4.5 |
| Echo Cardiology | 44 | 16 | 7.3 | 2.7 |
| Eye | 41 | 16 | 6.8 | 2.7 |
| Cardiology | 27 | 4 | 4.5 | 0.8 |
| Dialysis | 22 | 3 | 3.7 | 0.5 |
| Mammogram | 20 | 5 | 3.3 | 0.8 |
| Neuro Surg | 17 | 7 | 2.8 | 1.2 |
| GYN Oncology | 16 | 3 | 2.6 | 0.5 |
| E.E.G. | 16 | 7 | 2.7 | 1.2 |
| GYN | 14 | 1 | 2.3 | 0.2 |
| Oncology | 13 | 4 | 2.2 | 0.7 |
| Physical / Medical Rehabilitation | 13 | 3 | 2.2 | 0.5 |
| Howard / M.R.I. | 12 | 6 | 2 | 1.0 |
| **TOP 25 SUBTOTALS** | 1240 | 678 | 231.6 | 111.7 |
| **ALL OTHER SUBTOTALS** | 120 | 43 | 19.6 | 7 |
| **GRAND TOTALS** | 1360 | 721 | 251.2 | 118.7 |

## F. OFF-SITE INPATIENT SERVICES

### 1. Inpatient Overview

Through a memorandum of understanding between DOC and DC Department of Health (DOH) physicians provide attending physician management for the inpatients admitted to a Locked-Ward Unit for inmates, which excludes juveniles receiving inpatient care. The DOC provides the security personnel, whether inmates are admitted to the Locked-Ward Unit or to an "outpost" location for inpatient management.

From the period October 1997 to September 1998, the DOC system admitted 648 inmates to DC General Hospital for a total of 4,524 Bed Days, with an average length of stay of 7.0 days. Bed Day calculations at DC General Hospital exclude the day of discharge. During this period the DOC paid a $900 All Inclusive Per Diem to DC General for inpatient services. A review of institutional sources identified the CDF with 38.8% of the DC General admissions for that period as compared to a combined total of 61.2% for the Correctional Treatment Facility (CTF) and Lorton.

### 2. Mental Health Off-Site Inpatient Admissions

Offerors are required to include management of Mental Health Inpatient Admissions as part of their Off-Site Inpatient Comparison and / or Alternate Proposals submitted. The Contractor will not be responsible for the hospital inpatient billed costs per stay for off-site Mental Health inpatient admissions. All forensic off-site inpatient admissions have been sent to John Howard Pavilion at Saint Elizabeth's Hospital. It is estimated the DOC Per Diem rate is $450 per Off-Site Mental Health inpatient day, excluding the day of discharge.

During the period October 1997 to September 1998, the CDF admitted 33 inmates to the John Howard Pavilion for an average of 2.75 admissions / month. Over the last six calendar months of 1998, activity has ranged from one to two admissions per month.

### 3. Other Off-Site Inpatient Admissions

On occasion inmates receive care at other institutions for specialty care. These institutions include Johns Hopkins and Howard University. Other community institutions are utilized by the DOC for emergency or specialty care, including but not limited to Washington Hospital Center, and Georgetown However, the Contractor will not be responsible for the hospital inpatient billed costs per stay for "Other Off-Site Inpatient Admissions." Preauthorization is required for non-urgent elective hospitalization at facilities other than the DC Health Alliance.

4. **Summary of Off-Site Inpatient Responsibility Assumptions**

As Offerors develop their proposals for Off-Site inpatient admissions, the following applies:

a. The DOC will pay all inpatient hospital billed costs per stay for the medical or mental health Off-Site admission of any CDF inmate.

b. The DOC or the CTF vendor will pay all inpatient hospital billed costs per stay for the medical or mental health Off-Site admission of any CTF inmate.

c. The Contractor will not be responsible for any Off-Site inpatient hospital billed costs per stay (medical or mental health.) unless preauthorization was not obtained for non-urgent elective hospitalization at facilities other than the DC Health Alliance.

d. The DOC will have sole responsibility for the cost of all autopsies.

## G. EMERGENCY SERVICES

Emergency medical services and ambulance services are provided for inmates and staff, 24 hours per day, seven days a week, when necessary.

Emergency Services for inmates are considered those services, which are urgent and/or emergent conditions that cannot be adequately treated in Sick Call and or Chronic Care Clinics. Staffing requires at least one (1) M.D. on site at all times. The Medical and Mental Health Services staff is expected to provide on-site emergency intervention for inmates and staff.

Offerors shall describe the program, standards and procedures of their proposed Emergency Services for both urgent and emergent conditions. The Contractor will be responsible for any and all ambulance transport service costs.

Statistics 1998:

| 1998 Emergency Services Managed at CDF or Transferred | Jan | Feb | Mar | Apr | May | June | 6 mo Avg |
|---|---|---|---|---|---|---|---|
| # Calls Received | 928 | 719 | 821 | 687 | 732 | 890 | 796 |
| Transfers to DCGH | 34 | 27 | 27 | 26 | 21 | 9 | 24 |
| Returned to Housing After Treatment & Eval | 893 | 692 | 766 | 643 | 647 | 879 | 753 |

## H. INFIRMARY / SHORT STAY CARE

The CDF currently maintains two (2) observation rooms on site, predominantly for management of mental health conditions. Renovation is planned within one-two years after the Contract is awarded, which will provide six (6) Infirmary / Short Stay beds as follows:
- Two (2) Beds for Medical
- Two (2) Beds for Mental Health / Observation
- Two (2) Beds TB / Isolation (With Reverse Air Flow)

As of now, inmates requiring an infirmary bed for short-term management of a medical condition are normally transferred to the CTF for accommodation.

Although the renovated CDF infirmary beds are not expected to be opened during the selected Contractor's first year Contract term, Offerors are required to include their program description in the RFP response to cover: a) Offeror acceptance of staffing, supply and equipment responsibility for the Infirmary when opened, subject to a subsequent proposal and pricing for services; b) description of program and proposed policies for Infirmary / Short Stay Care, which meet NCCHC, ACA and JCAHO standards; and c) the proposed staffing and equipment plan to start-up the six (6) bed Infirmary Unit described above. This narrative section of the RFP response should not exceed two (2) pages. An additional two (2) pages may be used for attachments to the Offeror's Infirmary / Short Stay narrative.

At a minimum the operation of the infirmary shall include:

1. A physician on call 24 hours a day. A physician progress note entered in the chart at least every 24 hours for all patients admitted.

2. Daily on-site supervision of the infirmary by a registered nurse. If intravenous medications are being administered, a registered nurse must be physically present in the infirmary at all times.

3. Sufficient and appropriate nursing staff on duty within sight and sound of inmate-patients 24 hours a day.

4. Providing a manual of nursing care procedures for infirmary care.

5. A complete inpatient record for each patient admitted to the infirmary, including an admission work-up and discharge planning.

## I. DENTAL SERVICES

Dental services will be provided to inmates consistent with local and Federal guidelines and community standards.

The Contractor is responsible for the provision of: a) all staffing, instrumentation and supplies, including prosthetics; and b) maintenance or replacement of equipment. The

dental lab agreement with Cabiness Dental Lab has expired. The selection of the dental lab vendor is at the option of the Contractor. The Contractor is required to provide a copy of maintenance or supply agreements to the DOC for review upon request.

Currently the dental suite supports two full operatories with one x-ray machine supported by an additional dental chair. The dental suite has a fully equipped dental laboratory. New construction during the upcoming year will result in an expansion to three full operatories, which will include two chairs sharing one x-ray machine.

Inmates are required to have routine as well as urgent and emergency dental services. Treatment based upon assessed needs shall include, but not be limited to the following services:
1. Prophylactic, Oral Hygiene
2. Restorative
3. Endodontic
4. Periodontal screening, evaluation and limited early treatment
5. Routine and simple surgical extractions
6. Prosthetics
7. Patient Education with nutritional / dietary counseling

Dental Procedural Statistics June 1998 to November 1998

| Dental Service Type | Jun 98 | Jul 98 | Aug 98 | Sep 98 | Oct 98 | Nov 98 | Average |
|---|---|---|---|---|---|---|---|
| Restorative | 159 | 239 | 276 | 249 | 287 | 276 | 247.7 |
| Prophylaxis | 103 | 95 | 59 | 56 | 66 | 45 | 70.7 |
| Extractions | 154 | 174 | 176 | 192 | 163 | 176 | 172.5 |
| Prosthetics | 3 | 1 | 0 | 2 | 0 | 0 | 1.0 |
| Periodontal Screening | 133 | 148 | 148 | 173 | 127 | 113 | 140.3 |
| Periodontal Evaluation | 13 | 12 | 13 | 10 | 5 | 10 | 10.5 |

## J. MENTAL HEALTH SERVICES

1. Mental Health Services are a central focus for the DOC, including, but not limited to:

   a. Suicide prevention and psychiatric emergencies
   b. Care of inmates with the most severe forms of mental illness
   c. Basic services for the general population

2. All intakes entering the CDF shall undergo an initial mental health screening, conducted by an intake provider. A comprehensive mental health evaluation is required for intakes in accordance with the criteria defined in Section III, Part A of this RFP. Contractor responsibility will include responsibility for all aspects of On-Site inpatient

or outpatient mental health care. The management of inmates transferred from other DOC facilities to the CDF for inpatient mental health services is the responsibility of the Contractor.

3.  The CDF has mental health special units and safe cells to serve the entire DOC. These special bed resources include:

Acute Mental Health Unit (CDF Location - South 3): Seventy-eight (78) beds are provided for inmates requiring a higher level of care for serious and persistent mental illnesses, arrestees at high risk for suicide and individuals who are clinically depressed.

Chronic Mental Health Unit (CDF Location - South 2): Seventy-eight (78) beds are provided for inmates suffering from a serious and persistent form of mental illness and/or other mental impairment (e.g., mental retardation, brain injury).

Two (2) CDF safe-cells for observation of mental health inmates.

4.  Offerors are required to provide a description of their proposed program plan for mental health, including staffing deployment and call coverage. The mental health narrative is required to include provisions for:

a.  Management and Staffing of Special Units and Beds:
    (1)  Acute Mental Health
    (2)  Chronic Mental Health
    (3)  Two (2) Safe-Cells for Observation

b.  Management and Oversight of Outside Admissions

c.  Required Mental Health Programs:

    (1)  Open Population / Outpatient Management / Clinics
    (2)  Mental Health Sick Call
    (3)  Management of High Acute Observations
    (4)  Use of Restraints
    (5)  Behavior Management and Individual Treatment Plans
    (6)  Management of Consultations (Routine and Emergency)
    (7)  Individual Counseling and Psychotherapy
    (8)  Discharge Planning
    (9)  Psychotropic Medication Management / Clinics

d.  Multidisciplinary approaches to promote integration between Mental Health and Medical.

e.  Currently the CDF has an early start-up for an in-house substance abuse program. Each Offeror is required to provide their recommended program approach for

substance abuse management (either in-house or off-site) with a narrative description of program structure and specifications for staffing. (Limit: two pages) *The Offeror's recommended substance abuse program is required to be provided only in the Technical narrative <u>as an option for consideration</u> by the Receiver.*

f.  South Two and Three: The DOC has a pending plan to transfer chronically mentally ill sentenced felons to the Federal Bureau of Prisons. It is expected this action would result in the closure of one mental health inpatient unit. Each Offeror is required to submit their contingency plan for program and/or staffing adjustments, which would be associated with such a change. (Limit: two pages) *The Offeror's recommended contingency plan assuming the closure of one mental health inpatient unit is required to be provided in the Technical narratives <u>as an option for consideration</u> by the Receiver.*

g.  For item e. above, Offerors are advised to include cost details or cost contingencies as a clearly separate option in their Price Proposal. Only the program and staffing narrative regarding item e. above is required in the Technical Proposal as an option for consideration by the DOC.

h.  For item f. above, Offerors are required to include cost details or cost contingencies as a clearly separate option in their Price Proposal. Only the program and staffing narrative regarding item f. above is required in the Technical Proposal as an option for consideration by the DOC.

**Mental Health Statistics:**

| Statistical Activity 1998 | Jan 98 | Feb 98 | Mar 98 |
|---|---|---|---|
| **Mental Health Unit (On-Site) Admissions** | | | |
| South Two (Chronic) 78 Beds - Admissions | 18 | 9 | 21 |
| South Two (Chronic) 78 Beds - % Occupancy | 84.6% | 83.3% | 79.5% |
| South Three (Acute) 78 Beds - Admissions | 61 | 55 | 40 |
| South Three (Acute) 78 Beds - % Occupancy | 61.5% | 61.5% | 61.5% |
| | | | |
| **Intake Screening** | | | |
| John H Pavilion Returns | 02 | 08 | 06 |
| Previous Mental Health | 98 | 103 | 111 |
| Juvenile | 14 | 05 | 06 |
| Forensic | 01 | 0 | 01 |
| Mental Status | 40 | 47 | 11 |
| First Time | 270 | 252 | 258 |
| Halfway House Returns | 0 | 02 | 03 |
| Court Alert | 02 | 0 | 0 |
| **Total Mental Health Intakes** | 427 | 417 | 393 |
| **Total CDF Intakes** | 1349 | 1203 | 1378 |
| **Percentage of Total MH Intakes Seen for Comprehensive Mental Health Assessments** | 32% | 35% | 29% |
| | | | |
| Consultations (Including Emergencies) | 105 | 124 | 150 |
| Individual Counseling and Psychotherapy | 203 | 237 | 216 |
| Clinician Responses to Inmates in Open Population | 166 | 156 | 249 |
| | | | |
| **Mental Health Clinics** | | | |
| Medication Clinics - South Three | 141 | 193 | 212 |
| Medication Clinic - South Two | 168 | 149 | 197 |
| Medication Clinic - Open Population | 157 | 198 | 214 |

## K. ANCILLARY SERVICES

The Contractor is responsible for the provision of all radiology, laboratory, pharmacy and other ancillary services and supplies.

### 1. Pharmacy Services

The Contractor is accountable for all aspects of Pharmacy Services, including but not limited to procurement, inventory control, dispensing and disposal of all pharmaceuticals. The population to be served includes all inmates at the CDF and the Community Correctional Centers defined in this RFP. Inmates sent to the Federal Bureau of Prisons shall receive a three days supply of medications for males and a seven days supply for females, upon transfer. The CDF utilizes a formulary of approximately 450 items. All dispensing must be in accordance with District of Columbia and Federal laws, and pharmacy regulatory boards. The Contractor is responsible for the cost of all prescription and non-prescription medications, including psychotropic medications. The CDF utilizes triple drug therapies for HIV / AIDS patients. Dispensing is accomplished with the support of an automated pharmacy system from Health Care Systems, Inc. (HCS).

Offerors are required to provide a description of their Pharmacy Services program, management controls, staffing plan, and expected quality improvement indicators.

Statistics:

| Pharmacy Statistics and Inmate Data | 1998 Snapshot |
|---|---|
| Prescriptions per Month (Monthly Average for Jan - June 1998) | 10,131 |
| Number of Inmates on HIV Meds / As of November 30, 1998 | 66 |
| Number of Inmates on Triple Therapy / As of November 30, 1998 | 57 |
| Number of Inmates on Psychotropic Orders (Study weeks of 10/16 & 10/23/98) | 237 |
| Number of Orders for Psychotropics (Study weeks of 10/16 & 10/23/98) | 551 |
| Number of Halfway House Orders / Mo (Past 6 month Average) | 116 |

### 2. Radiology

Radiology Services are required to support Intake Health Assessment, Sick Call and Emergency Services and other medical services. CDF radiology services are required during the day and evening shifts, Monday through Saturday. New equipment has been added to Radiology Services to provide:

- General Radiographic Equipment
- Chest Radiographic Equipment

Statistics for July 1998 are compared to the average monthly statistic for the period July 1997 - December 1997 in the table below. The July 1998 statistics are considered

representative.

| CDF Radiology Exams | 6 mo Avg 1997 | July 1998 |
|---|---|---|
| Total Intake Exams | 955 | 1,088 |
| Routine Exams | 263 | 195 |
| Emergency Exams | 90 | 76 |
| Total X-Ray Exams | 1,319 | 1,359 |

The CDF has utilized professional contract services for on-site radiology film interpretation.

3. **Laboratory**

Laboratory Services are provided by American Medical Laboratories, Inc. (formerly PLA). Results are reported to the CDF with hard copy until the interface with Medicalogic system is fully functional, hard copy reports may be discontinued. Offerors are required to describe their proposed Laboratory Service, which must include but not be limited to phlebotomy, specimen prep, stat results, expected turn-around times, panic values and any quality improvement indicators.

Offerors are required to utilize the American Medical Laboratory (AML) for at least Year 1 after Contract initiation due to the effort already expended on the interface between American Medical Laboratories, Inc. and MedicaLogic. Any Offeror electing to propose an alternate laboratory vendor and budget for Year 2, is required to: a) submit a laboratory budget for Year 2 with narrative in the Price Proposal; and b) cover the cost of development, installation and successful testing of the proposed interface prior to any change. The DOC reserves the right of approval for any laboratory vendor or laboratory interface change.

The DOC will use the American Medical Laboratories, Inc. Master Laboratory Agreement with the DOC, which incorporates a Cost Schedule for government purchasers. The CDF has purchased laboratory services under this Master Agreement through a separate Letter of Agreement signed by the DOC. The Offeror's Comparison Proposal for Year 1 is required to incorporate the fulfillment of all requirements of the DOC's Letter of Agreement with AML, including payment of costs. Offerors may submit any variance in approach with laboratory services in an Alternate Proposal, so long as laboratory testing and results are provided by AML during at least Year 1 as required in the above paragraph.

A three-month snapshot of cost experience at the CDF under the Letter of Agreement in force during 1998 is provided below. The DOC makes no representation regarding the Contractor's expected monthly or annual laboratory costs.

Statistics for August - October 1998:

| Laboratory Tests | Aug 1998 | Sep 1998 | Oct 1998 |
|---|---|---|---|
| # of Tests Performed (Profiles are Counted as one Test) | 3,048.00 | 3,611.00 | 4,504.00 |
| Total Test Charges / Month | 28,853.44 | 44,332.95 | 43,425.08 |
| Phlebotomy Contract Labor Costs Paid to AML | 10,833.34 | 10,833.34 | 10,833.34 |
| Total Charges / Month | 44,732.78 | 60,775.29 | 60,760.42 |

The AML Letter of Agreement with the DOC has included the provision of Phlebotomy services at the CDF for the hours stated in the table below. These Phlebotomy services have been provided at a contract rate of $10,833.34 per month. One of the AML Phlebotomists serves as the Supervisor / Manager for all of the AML Phlebotomists assigned to the CDF.

| # Staff | Days | Hours |
|---|---|---|
| 2 FTE | Monday - Friday | 8:00 am - 4:30 pm |
| 1 FTE | Monday - Friday | 2:00 pm - 10:30 pm |
| 1 FTE | Monday - Friday | 6:00 pm - 2:30 am |
| 0.2 FTE | Saturday | 3:30 pm - 12:00 am |

## 4. Medical Records

The Contractor is responsible for the maintenance, retention and timely transfer of a complete, standardized problem oriented medical record for all inmates in accordance with prevailing medical regulations for confidentiality, retention and access. Medical record forms and checklists utilized at the time of contract award will continue to be required for use by the Contractor. Any changes in medical record forms used currently will require the approval of the DOC. The Medical Record format is organized and maintained in accordance with CDF policies and procedures.

The CDF utilizes MedicaLogic, an electronic medical record system and a parallel paper record system. The selected Contractor is required to continue these systems and shall maintain the current level of medical records staff for the initial Contract year.

The CDF has a contract with Records Management Inc. to store certain archival paper medical records off-site. The Contractor will be responsible for fulfilling all requirements of the existing off-site storage contract, including payment of costs. Upon expiration of that contract, the selection of the off-site storage vendor will be at the option of the Contractor.

Offerors are encouraged to provide their projected system approach for Year 2 in the Technical Proposal narrative, including projected requirements for Medical Record staff.

5. **Nutrition Services / Therapeutic Diets**

The DOC provides medically necessary special diets. However, the Contractor is responsible for the assessment of nutritional requirements and management of medically necessary special diet orders, not for the cost of food provided. One dietician FTE is required to manage this program.

During July 1998 Nutrition Services managed:

| | |
|---|---|
| Medical Diet Orders | 164 |
| Nutrition Assessment | 164 |

6. **Clinical and Administrative Supplies**

The Contractor is responsible for all supplies, including but not limited to: pharmaceuticals, medical and mental health supplies, health education supplies, dental supplies, x-ray film, forms, office supplies, medical and mental health record supplies, books, periodicals, dentures, glasses, prosthetic devices and administrative supplies necessary to carry out the program and performance specifications of this RFP. Further detail for dentures, glasses and reference materials is provided below:

a. Glasses

During the 1998 budget year, 301 bifocal and 719 single vision glasses were issued and fitted.

The cost of glasses and fitting per pair has been: $35.00 for bifocals and $25.00 for single vision. These eyeglasses have been purchased through a contract with SEE, Inc. The required return time for glasses after order is ten (10) calendar days.

b. Dentures

It was estimated FY 1999 would require dentures for 84 inmates at a cost of $150 per patient (full denture set). Dentures have been purchased through an agreement with Cabiness Dental Lab, Inc.

c. Reference Materials

Providing a well-developed and up-to-date medical reference library is essential to good medical practice. The Receiver allocated $9,375 for FY 1999 which included the renewal of subscriptions, and purchase of mental health journals. The continued maintenance and quality of the medical reference library after contract award is the responsibility of the Contractor.

## L. SUPPORT SERVICES

### 1. Biohazardous Waste Collection and Disposal

The collection and disposal of all biohazardous waste at the CDF is the responsibility of the Contractor in accordance with Federal, District of Columbia and DOC requirements. The current biohazardous waste contractor is Browning-Ferris Industries (BFI), which charges $15.00 per box for weekly pickups. The CDF has generated an average of ten boxes of biohazardous waste per week.

### 2. Cleaning

The DOC provides support for cleaning, which includes the use of inmate labor and equipment. The Contractor is responsible for consumable medical cleaning supplies. The DOC has budgeted $20,000 annually for these supplies.

The DOC has maintained an additional contingency budget for services to clean 36 physician and nurse cellblock treatment rooms at a total cost of $80 per calendar day. This contingency budget has not been required recently, since the DOC environmental staff has performed cleaning.

Maintaining cleanliness for all medical areas at the CDF is a mandated function per the Court. The Contractor will have ultimate responsibility for the assurance of cleanliness with cooperative support from the DOC.

### 3. Pest Control

The DOC provides environmental services for pest control.

Maintaining sanitary conditions for all medical areas at the CDF is a mandated function per the Court. The Contractor will have ultimate responsibility for pest control services with cooperative support from the DOC. Although not recently required, the DOC has maintained a contingency budget for pest control services of $1,800 annually

### 4. Telephone Services

Telephone service; telephone maintenance costs and pager services are the responsibility of the Contractor. The DOC is separately funded to pay for it's ongoing telephone services. CDF service and costs for the period October 1997 - September 1998 include:

a. Services

    (1) Regular phone service in non-clinical areas
    (2) ISDN telephone technology in the Health Services Unit, Cellblock officer bubbles, physician and nurse sick call rooms and cellblock nursing offices

(149 lines)
    (3)    Annual maintenance for ISDN sets
    (4)    Long distance service, which is maintained for Health Services Unit telephones only
    (5)    Staff pagers (45 units) from Bell Atlantic

  b.  <u>Costs</u>

- $85,558    Bell Atlantic Local Service
- $ 6,814    Bell Atlantic Pagers
- $ 3,878    AT&T Long Distance (Health Service Unit only - Includes Admin)
- $ 1,000    Annual maintenance costs for ISDN sets

## 5. Equipment Support Agreements

The CDF has maintained equipment support agreements, which are not specified elsewhere in this RFP. Two of the three maintenance contracts in the table below expired on September 30, 1999. The maintenance contract with Xerox has been renewed and will expire during the summer of 2000. Prior to the initiation of work, the Contractor is responsible for completing their equipment maintenance arrangement with the vendor of their choice for those contracts, which have expired.

| Vendor | Description of Service |
|---|---|
| Patterson Dental | Dental chair and other equipment maintenance |
| Devices for Medicine | Maintenance and repair of medical equipment (excluding Dental and Radiology) |
| Xerox | Copier leases and maintenance for Xerox models 5680, 5100 and 7024. |

The CDF has an existing contract with Standard Medical Imaging for radiology equipment maintenance, which will expire August 2, 2000. The Contractor will be responsible for fulfilling all requirements, including payment of costs, for the Standard Medical Imaging maintenance contract. Upon contract expiration, selection of the radiology equipment maintenance vendor will be at the option of the Contractor.

## 6. Software Annual Support Agreements

The Contractor is required to maintain software annual support agreements as defined in the following table. Additional software requirements are included in RFP Section III, Part O.

| Software Vendor | Annual Cost |
|---|---|
| MedicaLogic | $27,300.00 |
| Health Care Systems (HCS) | $7,440.00 |
| Kronos Timekeeping System | $4,000.00 |

## M. MEDICAL EQUIPMENT

1. The Medical Equipment Inventory List of current equipment and the Management Information Systems Inventory List will be provided at the time of contract award to document equipment available and location. The Contractor will have an option at that time to walk through all departments to validate current equipment inventory levels.

2. Maintenance, repairs and/or replacement of medical, dental, and mental health equipment, including maintenance of service contracts, is the responsibility of the Contractor. Such equipment includes, but is not limited to electrical tables, x-ray machines, electrocardiogram equipment and equipment utilized in administrative functions, such as photocopiers and typewriters. If, during the Contract term, the Contractor demonstrates that unbudgeted repair or replacement of equipment is required due to unusual and unforeseen events or conditions beyond the control of the Contractor, and that the total repair or replacement cost will exceed $10,000, the Contractor may request an equitable adjustment of the Contract price to compensate the Contractor for the portion of the repair / replacement cost that exceeds $10,000.

3. Except as described in paragraph 2 above, any other equipment supplied by the Contractor to deliver quality medical care to the inmate population is the responsibility of the Contractor. At the end of the contract, all equipment used or provided by the Contractor will become the property of the DOC. At the end of the Contract, all equipment will be surrendered to the DOC in the same condition in which it was initially provided, except for ordinary wear and tear, and loss or damage by flood, fire or other perils covered by extended coverage insurance. The Contractor may only dispose of any equipment, which has exceeded its useful life and is considered by the Contractor to be surplus, with the prior written consent of the DOC.

4. The DOC provided equipment should not be used, loaned, or rented to a third party except with written permission of the DOC. The Contractor shall not, without consent of the DOC move equipment outside the Contract "facilities" specified in this RFP.

5. The Contractor shall not produce, store or use DOC facilities, equipment or inventories for other company-owned or contract operations, or for other individuals, groups or organizations without the written consent of the DOC.

6. The DOC reserves the right of approval for single item equipment purchases for

amounts greater than $1,000.

## N. RESPONSIBILITIES OF THE DOC

### 1. Space, Equipment, Supplies

The DOC will provide the space, equipment and furniture currently in place as indicated on the inventory list. The DOC will provide trash collection (excepting biohazardous waste), building maintenance and building access for telephone services (excepting the cost of telephone services). On hand, the DOC will provide including pharmaceuticals and standardized CDF forms, at the initiation of the Contract all clinical supplies. Conversely, all medical and administrative equipment, pharmaceutical and clinical supply inventories at the end of the Contract period will become the property of the DOC. The DOC will provide all non-emergency, scheduled medical transportation and security escort services for health services delivery functions in accordance with prevailing DOC policies and rules.

### 2. Contract Monitoring

The DOC will provide Contract monitoring and oversight services. To accomplish this objective, the Contractor must ensure the DOC and Special Officer of the Court or DOC officials access to all clinical files and all corporate files to include but not be limited to personnel records; payroll records; licensure certification records; employee evaluations; physician billing; hospital or other outside service invoices; or any other contract entered into by the Contractor for the purposes of carrying out the requirements of this RFP. The Contractor will assure the availability of adequate space and equipment to support the DOC or his designee with Contract monitoring.

The DOC will not reimburse the Contractor for any expenses outside of the contracted amount for Services to be provided.

## O. MEDICAL MANAGEMENT INFORMATION SYSTEM

### 1. Network Description

a. Server and Netware.

The Medical Management Information System (MMIS) includes a 130 PC Local Area Network (LAN) connected to a DOC Wide-Area Network (WAN) through a File Server located in the DOC Computer Center on the first floor of the CDF.

b. CDF

The Local Area Network (LAN) at the CDF is physically connected through the installation of cable composed of 100 MBS e-net twisted pair with a fiber-optic backbone. The Primary Hub of the LAN is located in Room #318 of the CDF. The

primary area of service is on the third floor of the CDF and encompasses the administrative areas, most of the examining rooms, physician and nurse stations and support staff. The LAN extends to the clinician visit rooms in the CDF Cell Block areas. The cabling also includes the mental health clinicians located on South 2 and South 3. The LAN includes over 100 cable drops at the CDF, including drops for printers.

c. CTF

The CTF is physically connected to the CDF local area network via a fiber optic cable run across the catwalk between the CDF and CTF at the third floor level. The CTF connection includes cable drops serving the CTF Pharmacy and a nurse workstation for medical records. However, PC Workstations have not been installed or purchased by CCA.

d. Lorton

The Lorton Facilities are attached to the network via dedicated phone lines from Lorton, which are provided by the DOC. Through these telephone connections the CDF connects to the Department of Correction's Pharmacy Warehouse at Lorton, other Pharmacy workstations and three Nurse Stations.

## 2. Objectives for MIS Development

Offeror proposals are expected to demonstrate a commitment to continued development of the Medical Management Information System (MMIS) at the CDF. Program objectives for development should include, but not be limited to:

a. Improve the network (capacity and speed) to enhance productivity and quality of care.
b. Continue development of the fully automated medical record to integrate all relevant patient information within applicable medical and legal standards.
c. Develop enhanced report capabilities to provide data for administrative reporting and the clinical evaluation and monitoring of medical and mental health services.
d. Maintain and develop, as required, the existing MedicaLogic interfaces with: a) the DOC Inmate Locator System; and b) the American Medical Laboratory.
e. Within one year of the awarded contract, per specifications approved by the DOC, develop and successfully install a working interface between MedicaLogic and the Health Care Systems, Inc. (HCS) pharmacy system, unless technically infeasible.
f. Maintain the currency of software and hardware products.

## 3. Other MIS Specifications

a. The proposal should include a program description for the MMIS covering hardware, software and the associated network with a workplan and timetable defining the Contractor approach to: a) maintenance; b) continued development;

and c) the objectives above. Staffing requirements and training functions should be identified. Contractor costs for MMIS program components are required to be separately identified by category in the Price Proposal.

b. Except for costs arising from unusual and unforeseeable circumstances that are beyond the control of the Contractor which arise without its fault or negligence, the Contractor will assume the costs for all hardware, including network cabling and active electronics.

c. The program description should describe the Contractor's plan both for hardware maintenance and the approach for hardware replacement or upgrades. The Price Proposal should include the Contractor allowance for the hardware plan.

d. The Contractor will assume program and cost responsibility for all other aspects of the network, including the project coordination, maintenance and management of continued development with two major applications at the CDF: a) MedicaLogic Logician, an electronic medical record and medical information system; b) HCS MEDICS Pharmacy Information system; and c) the interfaces defined above.

e. The Contractor is responsible for maintaining System documentation, application documentation and System procedures, including the conduct of testing and acceptance procedures for any new implementations. System procedures will include the development and implementation of: a) disaster recovery plan; b) proper procedures for back-up, data storage and security; and c) maintaining updated virus protection software. All System policies or procedures are subject to the approval of the DOC.

f. The Contractor will assume all responsibilities defined in: a) software license agreements; b) warranty agreements; and c) maintenance responsibilities defined in existing hardware and software agreements.

g. The MedicaLogic System will require continued support for enhancements of clinical input screens completed to date. The DOC estimates the MedicaLogic installation will be over 80% percent complete by the time of contract award. Therefore, the MedicaLogic System will require development of new input screens, including the design and/or redesign of some encounter screen pathways. The Contractor is required to demonstrate the capabilities and resources committed to this project.

h. The current staff for the MMIS includes one (1) computer analyst, full time, who has clinical expertise; and one (1) "contract" computer hardware / software / network specialist for operational maintenance and resolution of issues. The computer analyst is also a Certified MedicaLogic Trainer.

i. Offerors should include specifics in their program plan, including but not limited to hardware and software deliverables, the number of hours for project coordination,

approach to completion of the MedicaLogic installation, training, and warranty assumptions. It is expected the MIS project timetable and workplan will be finalized according to the mutual agreement of the DOC and the successful Contractor.

4. **Equipment**

   a. Network Hardware

   HP Netserver LX PRO
      10 GB RAID-5 Disk subsystem
      512 MB RAM
      Dual PPro-200 Processors
      10 GB HP Surestore DAT Tape Backup

   (5) 3Com Superstack II Hubs (10 mbs signaling rate, w/ fiber optic transceiver)

   (1) Cisco Microswitch model 1548 (8 port 10/100 autosensing)

   b. Workgroup Hardware

   Printers

   HP5 SI w/ Jetdirect
   HP 4000N w/ Jetdirect
   HP4 x 7
   HP6 x 2
     Lexmark Optra SC 1275 x 2
     HP Copyjet
     Okidata 320 x 5
     Okidata 16n

   c. 143 PC Workstations (P-75 to P-133)

   After notice of contract award, but prior to Contract execution, the successful Contractor will be provided a final inventory to support their facility walk through to verify MIS equipment status and locations. 130 Clinical Workstations are located at the CDF, plus three (3) workstations for Network Support. Ten (10) Clinical Workstations are located at the Lorton complex.

   d. Three (3) Laptop Computers

   Three (3) Laptop Computers are utilized at the CDF.

5. **MIS Contracts and Agreements List**

a. Correctional Quality Care Inc. (CQCI)  Term: 1 yr - Expired: 10/1/99
Description: CQCI is responsible for overall maintenance of all Information
Systems related issues. Network, hardware, software, database, and end-user
support are under the umbrella of MMIS support. Additionally CQCI is in charge
of on-site maintenance of hardware if the problem can be fixed without having to
return defective products. CQCI handles all accounting issues and maintains the
Kronos timekeeping system, in addition to its functionality as the MMIS contractor.

b. Computer Strategies Associates, Inc. (CSI, Inc.) Term: 1 yr - Expired 10/1/99
Description: CSI's service agreement covers the facility in case of a network
emergency or high-end system failure. They work in an "on call" capacity if there is
a significant network issue or mission critical failure. This contract does not cover
daily support or on-site repairable issues. This contract is geared to routing issues,
server failure, or systemic network problems, which cannot be traced.

c. Psyke Systems, Inc.  Term: 1 yr - Expired 10/1/99
Description: Psyke is responsible for the lab interface module for Logician. They
have provided ongoing support between American Medical Laboratories and the
CDF to capture data using a lab interface.

d. MedicaLogic, Inc.
Annual: Standard software support contract for support of Logician.

e. Health Care Systems, Inc. (HCS)
Annual: Standard software support contract for support of their HCS Pharmacy
system.

f. HP, 3COM, Cisco
Standard manufacturer warranty on the HP server, 3COM and Cisco equipment.
The Offeror can assume:  a) the warranty only extends into part of Year 1 for the
HP LX Pro Server equipment; and b) the warranty extends through Contract Year 1
for the "active electronics" - 3COM and Cisco equipment.

g. Toshiba Laptops
Standard Manufacturer warranty on all three (3) Toshiba laptops. The Offeror may
assume the warranty only extends into part of Year 1 for all three laptops.

h. Other Warranties
The Offeror should assume no warranty remains for all other MIS equipment.

**P. CDF PHYSICAL PLANT RENOVATION**

The CDF has a physical plant renovation planned for completion within one-two years from
the date of this RFP, as amended. The physical plant renovation and selected new

equipment additions after renovation are already separately budgeted by the DOC and do not require budgeting specifics by the Offerors to this RFP. Of note is the fact that: a) this renovation will cause a disruption in operations; and b) the Offeror will need to be prepared to provide and support contingency planning to assure the continued delivery of medical and mental health services. Significant areas which, will undergo renovation are as follows:

| Area | Impact |
|------|--------|
| • Third Floor Radiology | Likely requirement to provide alternate x-ray services |
| • Infirmary / Short Stay | Provision of six (6) new infirmary beds |
| • Dental Services | Temporary relocation of services for 6-12 months |
| • Infirmary Exam Rooms | Likely loss of certain Management Information System connections with the need for a manual back-up or technical work-around to provide continued service |
| • Intake | Will require alternate setting for 6-12 months |
| • Pharmacy | Will require alternate setting for 6-12 months |
| • Medical Records | Will require alternate setting for 6-12 months |
| • Specialty Services | Will require alternate setting for 6-12 months |

Offerors are encouraged to include a brief narrative section demonstrating their ability to plan and adapt to these environmental and operational challenges.

After notice of contract award but prior to Contract execution, the DOC will work with the selected Contractor to: a) define interim planning specifics; and b) develop a methodology for dealing with budgetary impacts.

## Q. COMMUNITY CORRECTIONS RESPONSIBILITY SUMMARY

The Contractor will provide a full-time Nurse Practitioner and a 30 days supply of all prescription drugs with exception of over the counter drugs to the District of Columbia Community Corrections (Halfway House) system at the following locations:

Effect House
1514 8th Street, NW
Washington, DC 20001
Capacity: 40 / Males

Hope Village
2844 & 2912 Langston Place, SE
Washington, DC 20020
Capacity: 130 / Males

Extended House
810 & 812 8th Street, NE
Washington, DC 20002
Capacity: 70 / Males

Fairview
1430 G Street, NE
Washington, DC 20002
Capacity: 35 / Females

Community Corrections Ctr # Four
1355 New York Avenue, NE
Washington, DC 20002
Capacity: 220 / Males
(Includes Handicapped Inmates)

Trudie Wallace
1816 19th Street, SE
Washington, DC 20009
Capacity: 22 / Females

1. **Summary of Responsibilities**

   The Nurse Practitioner (N.P.) will coordinate with Halfway House custody staff or clinical consultants to assess inmates with medical or mental health needs. The N.P. will visit each Halfway House at least once weekly. The N.P. will conduct quality assurance monitoring studies for the DOC as needed.

2. **Other Tasks**

   a. Evaluate Medication Status and Manage the Prescription Refill System
   b. Monitor Medication Compliance
   c. Coordinate with the CDF Pharmacy
   d. Provide Clinic Follow-Up for Medical
   e. Coordinate Care with the Psychiatrist
   f. Coordinate with Community Mental Health Centers
      (1) Daycare and Support Systems

## IV. PERSONNEL

Due to program changes and process efficiencies gained under the direction of the DOC, the Fiscal Year 1999 Budget was reduced to a total of 124.2 full time equivalent employees.

*After notice of contract award but prior to initial operation, the successful Offeror is encouraged to approach existing staff (both Receiver paid and the current DOC paid employees) for recruitment to the privatized program. The Contractor will not be required to maintain the employment status (or to manage separate payment) for any DOC employees who do not choose to accept the transition to the privatized program.*

*Total Staffing Requirements, Staffing Deployment, and the Distribution of Regular Hours Worked, Overtime and/or Nurse Per Diem Hours will: a) serve as an opportunity to demonstrate capabilities in resource management; and b) will comprise an important aspect of evaluation for RFP responses. Offerors are encouraged to utilize there recommended, "distribution of hours worked" as a tool to support their rationale for either of the Comparison and/or Alternate Proposals submitted. The presentation herein of Overtime / Nurse Per Diem utilization at the CDF should not be interpreted as a Receiver recommendation or approved budget parameter for RFP Offerors.*

### A. STAFFING REQUIREMENTS

Identification of required staffing (FTEs) for the Comparison Proposal response to this RFP is included in Table S-1 at the end of this RFP Section. *All Offerors are required to utilize the Staffing Requirements in Table S-1 in any Comparison Proposal submitted. All Offerors are encouraged to present one Alternate Proposal, which depicts any recommended changes to the staffing requirements.*