## B. STAFFING DEPLOYMENT

1. Offerors are required to submit Staff Deployment Schedule H-1 to summarize their staff assignments by position category and by shift for the Comparison Proposal. Offerors should utilize Schedule H-2 to present their Alternate Proposal for staffing deployment.

2. At the Offeror's option, one additional staff deployment presentation style of their choice may be submitted, which in their opinion best presents their program, staffing tactics / recommendations, and/or functional assignments.

3. The DOC reserves the right to review and approve any staff deployment schedules utilized at the CDF.

## C. DISTRIBUTION OF HOURS WORKED

The Receiver has utilized various types of "staffing hours worked" to fulfill program requirements through a combination of: a) Regular Hours Worked; b) Overtime Hours; and c) Nursing Per Diem Pool Hours. The Receiver's use of overtime and nursing per diem is described below.

The Technical proposal is required to include a description of the Offeror's approach and rationale for staffing to fulfill program requirements, which includes the proposed distribution of hours worked by regular hours, overtime hours, nursing per diem hours or other hours.

The form for submitting Base Salary x Regular Hours Worked is included as Schedule B-1 / B-2, and is a required component of the Price Proposal. In addition, each Offeror shall include any budget allocations for Overtime or Nursing Per Diem in the Summary Budget Schedule as part of the Price Proposal.

## 1. Overtime Expenditures

The Receiver has utilized overtime to ensure staff coverage during periods of vacations, holidays, continuing education, and unscheduled absences. Overtime hours expended during Fiscal Year 1998 and budgeted for Fiscal Year 1999 are shown below. Offerors should consider that employee payments for overtime have been based on each employee's annual salary or hourly rate and paid in "straight time" rather than time and one-half. Where applicable, the Contractor is required to comply with all District of Columbia law and overtime requirements.

| Positions Using OT | Hours Projected '99 |
|---|---|
| Physicians | 2,080 |
| Nursing (All) | 5,356 |
| All Other Positions | 3,796 |

2. **Nursing Per Diem Pool**

The Receiver has utilized a Nursing Per Diem Pool to provide supplemental nursing coverage for weekends, holidays, vacations, other scheduled leave and some unscheduled absences. A breakdown of the budgeted Per Diem Pool usage in total hours is shown below. Some supervisory coverage for weekends, holidays and vacation is included in Medical and Mental Health Nursing Hours.

| Per Diem Pool Usage | RN & LPN Hours |
|---|---|
| Medical Nursing (Weekends, Holiday, Leave) | 9,432 |
| Mental Health Nursing (Weekends - So. 2 and So. 3; Holiday, & Leave) | 9,022 |

## D. FRINGE BENEFITS

Since Fiscal Year 1996, Receiver employees, who are non-DOC, have not received the same level of fringe benefits provided to DOC employees.

Non-DOC Receiver employees have received 10-13 paid vacation days, seven paid sick days, eleven paid holidays and up to five (5) paid continuing education days. In addition, the IRS-required employer contribution to Social Security (FICA) has been accomplished, which totals 7.65% of base salary.

The current salary levels paid by the Receiver are considered competitive and have taken into consideration fringe benefit differences. However, the level of fringe benefits is considered an issue.

Offerors are required to submit a succinct presentation of their fringe benefit approach and structure, yet to highlight differentiating factors for their program. Offerors are encouraged to consider and include at least some "cafeteria style" benefit options.

*A criterion of award for this RFP is the Offeror's approach to salary determination (as discussed below) as well as fringe benefits provided to enhance competitiveness with the recruitment and retention of personnel.*

## E. SALARY DETERMINATION

As a part of the Price Proposal documentation, Offerors are required to submit a completed Salary Hiring Range form, Schedule C. This form will: a) depict by position category the salary ranges proposed for entry-level, mid-range (average) and max-hire; and b) express

fringe benefits as a percent of salary. If a budgeted starting salary for a new position is noncompetitive based on the local market and a higher salary is necessary, the Department must approve this higher salary.

## F. STAFF QUALIFICATIONS

The Court mandates the utilization of only qualified and experienced personnel for delivery of health care Services at the CDF. The successful Contractor is required to hire only personnel who meet or exceed the minimum qualifications included in this RFP as Attachment B.

The DOC shall reserve the right to remove any and all personnel who are considered unqualified. No payment will be made to the Contractor for the services of any personnel removed by the DOC. No personnel so removed may be returned to duty without the prior approval of the DOC.

## G. POSITION DESCRIPTIONS

1. Offerors are required to provide the position description for all key personnel as a part of their proposal. Key personnel are defined as:

| Directors and Administrators | Other Key Personnel |
|---|---|
| Medical Director<br>Mental Health Director<br>Health Services Administrator<br>Director of Nursing<br>Lead Dentist<br>Radiology Director<br>Pharmacy Director<br>Medical Records Director | Senior Staff Physician<br>Chief Psychiatrist<br>Nurse Practitioner<br>Quality Improvement Coordinator<br>Intake Coordinator<br>Infection Control Coordinator |

2. The selected Contractor must also prepare and submit to the Receiver all other proposed job descriptions for approval after notification of award but at least 10 calendar days before initiation of the contract.

3. Any initial, subsequent or revised position descriptions utilized for the CDF will require the approval of the DOC.

## H. PERSONNEL MANUAL

Offerors are required to provide a synopsis of their Personnel Manual, which demonstrates their human resource management program. This RFP requirement is included as an attachment to the Technical Proposal.

## I. PERSONNEL ISSUES & SPECIFICATIONS

1. The Contractor shall not bind any of its employees, or those under contract with the Contractor, to any agreement, which would inhibit, impede, prohibit, restrain, or in any manner restrict employees or independent contractors, in or from accepting employment with any subsequent medical care provider in the District of Columbia.

2. The Contractor is required to provide coverage for all physician positions in the event of unplanned absence, leave or in the event of resignation or termination of a physician. The Contractor is required to establish an annualized rate per physician position in the final Contract to provide a basis for contract adjustment if vacancies occur during the Contract period. Contract adjustments by the DOC are effective from the date the position(s) is (are) left opened until filled and will be at 100% of the cost of the position (Salary and Fringes.)

3. All clinical individuals hired for positions under the proposed contract are expected to attend forty (40) hours of Continuing Education training annually. Any expense required for off-site training is the responsibility of the Contractor.

4. The Medical Director of the CDF will have final local authority for the hiring or retention of all personnel. The DOC reserves: a) the right of approval for all CDF hiring; and b) the right to remove any personnel at the CDF.

5. Corporate functions and tasks of the Contractor shall not be performed at the expense of the DOC by using mandated positions or budgeted positions approved by the DOC to satisfy CDF program responsibilities. The Contractor shall provide for necessary corporate responsibilities such as submission of payroll documents and timekeeping, corporate personnel functions, and any accounts payable tasks to be performed through sources outside of direct service hours defined in the staffing plan, which is accepted as a part of the awarded Contract. Payments for Contractor corporate functions are included in the administrative overhead of the Contractor.

6. The Contractor is responsible for credentialing and certification of staff at the CDF. The CDF utilizes two categories of personnel for professional staff appointments:

   | Staff Appointment Category | Staff Disciplines |
   |---|---|
   | Medical Professional Staff | Physicians |
   | Non-Medical Professional Staff | Nursing, Psychology, Social Work, Pharmacy and Dietary. Physician Assistants (credentialing only) |

   Medical Professional Staff: The CDF has utilized the standards of the Joint Commission on Accreditation of Healthcare Organizations, Accreditation Manual for Hospitals (1993) for Medical Professional Staff appointments. The credentials of all Medical Professional Staff (physicians) appointed at the CDF will be validated through either a primary or secondary source. Credentials are reconfirmed annually and a record

of the credentialing activity is maintained as part of each employee's personnel file. Credentialing is defined as the process by which an applicant's training, degrees conferred, certification by specialty societies, state and other licenses, teaching positions, appointments and other professional experience is confirmed or reconfirmed.

Non-Medical Professional Staff: The CDF requires a process whereby applicants carry the burden to produce information for proper evaluation of competence, character, health status, ethics and other qualifications. Licenses or certifications are subject to a periodic appraisal for validity.

7.  The Contractor is responsible for assuring the fulfillment of any and all Medical Staff privilege requirements at DC General Hospital and for any other Hospital for which the Contractor proposes to provide attending physician services.

8.  Personnel files on all contract employees are required to be on file at the CDF. These records will be made available to the DOC. These files shall include but not be limited to copies of current professional licenses, privileges and/or proof of professional certification, evaluations and salary / payroll records.

9.  The Contractor will be responsible for warranting that all persons assigned by it to perform the Work requirements of this RFP will be employees of the Contractor or authorized subcontractors, and will hold all required licenses to perform the Work required herein. In addition, the Contractor is required to be fully qualified to perform the Work requirements of this RFP. The Contractor will include an identical provision, covering required licenses and full qualification for work assigned, in any contract with any approved subcontractor selected to perform Work hereunder. Any personnel commitments required per the RFP or the awarded contract will not be changed unless approved by the DOC in writing. Staffing will include any individuals named in the Contractor's Proposal at the level of effort proposed, except in cases whereby the DOC has approved a change. Failure of Contractor to continuously provide staffing as required by the RFP or as indicated in the Contractor's Proposal might, at the option of the DOC result in termination of the awarded Contract.

10. The DOC has the absolute right to require the immediate removal of any of Contractor's employees from this project. In the event the DOC, in his sole discretion, is dissatisfied with any of the persons assigned to perform any of the Services under the awarded Contract, the DOC may give written notice to Contractor of such dissatisfaction and the reasons therefore. In the event of removal of any of Contractor's employees, the Contractor will cover the duties of removed employees with appropriate part time personnel until an approved full time replacement can be hired. Contractor will have sixty (60) calendar days from the date the DOC provides written notice of dissatisfaction to find an approved full time replacement.

11. All personnel supplied by Contractor will be appropriately licensed and/or certified as required in the RFP. In addition, the performance of health personnel in the administration and delivery of health services will meet all performance standards set forth in the RFP.

12. The Contractor will verbally notify the DOC of any actual or impending administrator or medical director vacancy by the close of the next calendar day after Contractor receives written notice of the vacancy. Within five (5) calendar days of the verbal notification, Contractor will also notify the DOC in writing regarding the impending or anticipated vacancy.

13. The Contractor will not use any inmates in positions related to the delivery of any Services for any reasons whatsoever. The DOC restricts the use of inmates to housekeeping and maintenance functions.

## J. OTHER PERSONNEL PROGRAM REQUIREMENTS

This proposal section is subject to page limits as defined below:

1. Offerors are required to provide a description of their proposed "Staff Education / Development Plan." (Limit: one page)

2. (Optional) Offerors are encouraged to provide a narrative description of any other personnel program options for consideration by the DOC. (Limit: three pages)

| | REQUIRED FTEs PER RFP | |
|---|---|---|
| | TOTALS | # FTE |
| **A. Physicians** | | |
| Medical Director | | 1.00 |
| Dep. Med. Dir | | 1.00 |
| Physician (Full-Time) | | 7.85 |
| Subtotal A | | 9.85 |
| **B. Physician Assistants** | | |
| PA's | | 3.20 |
| Subtotal B | | 3.20 |
| **C. Medical Nurses** | | |
| RN's | | 13.00 |
| Clinical Manager | | 0.00 |
| Nurse Assistant | | 1.00 |
| LPN's | | 11.00 |
| Subtotal C | | 25.00 |
| **D. Mental Health Nurses** | | |
| RN's | | 11.00 |
| LPN's | | 4.00 |
| Subtotal D | | 15.00 |
| **E. Dentists** | | |
| Lead Dentist | | 1.00 |
| Dentist | | 0.50 |
| Dental Assistant | | 2.00 |
| Dental Hygienist | | 0.50 |
| Subtotal E | | 4.00 |
| **F. Pharmacy** | | |
| Pharmacy Supervisor | | 1.00 |
| Pharmacist | | 2.00 |
| Pharmacy Tech | | 4.00 |
| Subtotal F | | 7.00 |
| **G. Radiology** | | |
| Senior RadiologyTech Director | | 1.00 |
| Radiology Tech | | 3.10 |
| Radiology Aide | | 0.75 |
| Subtotal G | | 4.85 |
| **H. Medical Records** | | |
| Medical Records Director | | 1.00 |

| | REQUIRED FTEs PER RFP | |
|---|---|---|
| | TOTALS | # FTE |
| Medical Records Tech | | 7.25 |
| Subtotal H | | 8.25 |
| **I. Mental Health** | | |
| MH Director | | 1.00 |
| Executive Assistant | | 0.00 |
| Clerk / Typist | | 1.00 |
| Psychiatrist | | 1.00 |
| MH Unit Director | | 2.00 |
| Clinician | | 7.00 |
| Subtotal I | | 12.00 |
| **J. Administration** | | |
| Health Service Administrator | | 1.00 |
| Director of Nursing | | 1.00 |
| Staff Assistant | | 0.00 |
| Executive Secretary | | 1.00 |
| Secretary | | 1.00 |
| Procurement Officer | | 1.00 |
| Computer Analyst | | 1.00 |
| Dietician | | 1.00 |
| Materials Handler | | 1.00 |
| Appointment Clerk | | 1.00 |
| Infection Control/Health Educator | | 1.00 |
| Infection Control Coordinator | | 0.00 |
| Utilization Review Nurse | | 0.00 |
| Intake Coordinator | | 1.00 |
| Quality Improvement Coord. | | 1.00 |
| Quality Improvement Assist. | | 1.00 |
| Unit Clerks | | 2.00 |
| Subtotal J | | 15.00 |
| **CDF TOTALS** | | 104.15 |
| **K. Halfway Houses** | | |
| Nurse Practitioner | | 1.00 |
| RN | | 0.50 |
| Subtotal K | | 1.50 |
| **RFP TOTALS** | | 105.65 |

## V.  MINIMUM REPORTING REQUIREMENTS

The Contractor is required to make statistical and cost information reports available to the DOC upon request. All data collected and managed by the Contractor on behalf of the DOC will be considered the property of the DOC. On a monthly basis, the Contractor will track and report to the DOC all statistics and/or costs, as applicable, in accordance with a Schedule of Required Reports, which will be developed in final form between the DOC and the Contractor after award. The Contractor will provide any and all reports, which are included as a deliverable in their Technical or Price Proposals.

Each Offeror is required to submit their proposed Schedule of Reports in the Technical Proposals. The proposed Schedule of Reports should at a minimum include: a) a description of key data elements to be included (by report); and b) a sample report. *Simply re-stating that these reports will be provided is not considered an adequate response to this RFP. Offerors are expected to demonstrate their knowledge and management ability in the provision and presentation of information.* The Offeror is required to provide a detailed description of personnel management reports, including but not limited to a Monthly Position Control and Staffing Report, for support of the Contractor reimbursement process.

The Contractor will be required to submit a Quarterly Report and Annual Report to include at a minimum a summary of milestones, accomplishments, and major quality improvement issues and planned corrective actions. A copy of this report will be submitted to the DOC and to the Special Officer of the Court.

## VI.  COMPENSATION AND ADJUSTMENTS

### A.  FIRM FIXED-PRICE CONTRACT

The Contract will be a firm fixed-price contract, and the contract price established at award will constitute the total amount payable to the Contractor to perform the Scope of Work set forth in the Contract. Although this firm fixed contract price may be adjusted, either upward or downward, pursuant to the provisions in this solicitation and the resulting Contract that expressly permit price adjustments, the Contract price will not otherwise be increased or adjusted based on the Contractor's cost of performance.

Each Offeror must submit certain cost and budget related information in its proposal. This information will be used by the Receiver in evaluating both the reasonableness and realism of the proposed price and the Offeror's understanding of the Work. Notwithstanding this requirement to submit cost information in the proposal, the Contractor is responsible for performing all Work required by the Contract at the fixed price set forth in the Contract.

### B.  MONTHLY PAYMENTS

A payment of 1/12 of the total annual Contract amount will be made each month except for the final month of the Contract period. A payment of 1/24 of the total annual Contract

amount will be made for the final month, with the balance to be paid no later than 30 days after the end of the final month, subject to a reconciliation of:  a) any adjustments, as required by the Contract or as defined in the RFP, which have not been finalized over the previous eleven (11) months of the Contract period; and b) any adjustments required as a result of operations in the final month of the Contract period.

## C.  QUARTERLY ADJUSTMENTS

At the end of each quarterly interval during the Contract period, adjustments will be made for that quarterly period based upon:  a) any required adjustments for staffing; and  b) any requirements for performance level adjustments.  For the first three quarterly intervals during the Contract period, adjustments will be debited or credited to the second monthly payment during the subsequent quarter or as soon as possible after reconciliation between the DOC and the Contractor.  Quarterly adjustments for the final quarter of the Contract period will be debited or credited to the final payment of the Contract, which will be accomplished no later than 30 days after the end of the final month, based upon either:  a) a reconciliation between the DOC and the Contractor; or b) a reconciliation of amounts due as determined by the DOC. [A reconciliation between budgeted and actual expenditures for pharmacy services for all DOC inmates at CDF shall be made annually at the end of the contract year.] A reconciliation between budgeted and actual expenditures for staff overtime shall be made annually at the end of the contract year.

## D.  ADJUSTMENTS FOR STAFFING

Debit or credit adjustments for all Department approved positions shall utilize the hourly salary and fringe rate per position as defined in Schedule B-1 or B-2, as approved by the Department.  Adjustments shall be made upon the basis of filled positions providing service.  A filled position shall mean a regularly scheduled full or regular part-time position for which an approved candidate is in place.  No debit adjustments shall ~~not~~ be made for a filled position that is temporarily vacant due to an authorized absence.

## E.  ADJUSTMENTS FOR UNFILLED POSITIONS

Debit adjustments for unfilled positions shall be made only when a new position is left unfilled, or a full time or regular part-time position becomes vacant and is left unfilled in excess of thirty (30) days.  In addition to the hourly salary rates approved by the Department, unfilled positions shall have an additional fringe benefit reduction as reflected in the Budget Schedule.  provided, at the unfilled position is one for which fringe benefits were included in the proposed cost.

## F.  FRINGE BENEFITS ADJUSTMENTS

Adjustments for fringe benefits are made only when the following conditions are met:

1.  A new position is left unfilled.

2. A filled full time or regular part-time position becomes vacant and is left unfilled in excess of thirty (30) days.

3. The unfilled position is one for which fringe benefits were included in the proposed cost.

## G. RETROSPECTIVE ADJUSTMENTS FOR PERFORMANCE LEVEL

Quarterly adjustments will be made for deficiencies in performance, utilizing any defined liquidated damage amount or performance deficiency adjustment, for failure to maintain a required program level, which shall include unfilled positions, and/or unsatisfactory service (or other specified requirements) under the terms of the awarded Contract. No liquidated damage or performance deficiency adjustments will be made until written notice has been given to the Contractor. The procedures for implementing performance level adjustments for unsatisfactory Services will not be initiated until it is determined by the DOC or his designee that certain Services do not meet the minimum level as specified in the awarded Contract or this RFP.

Incentive fee adjustments for program achievements per the awarded Contract will be made in accordance with the compensation terms specified in Paragraph J below, when, in the opinion of the DOC, the Contractor has satisfied the incentive fee requirement.

## H. PROSPECTIVE ANNUAL ADJUSTMENTS

1. On each anniversary date of the awarded Contract, the Summary Budget - Schedule SUM proposal, approved by the DOC, will be increased by no more than the Guaranteed "Not to Exceed" Inflationary Increase Percentage (in Schedule F) applicable for each subsequent renewal year of the awarded Contract, unless amended by mutual agreement.

   The Contractor will provide the DOC with annualized prices for classification of each position, e.g., physician, physician assistant, RN, LPN, etc. The combination of price increases by classification of position proposed for subsequent years must not produce a total personnel contract obligation which (in combination with other budget inflation adjustments for clinical operations) exceeds the overall annual percentage rate of increase specified by the Contractor in Schedule F at the time of bid submission in response to this RFP. The budget inflation adjustment from Schedule F will not be applicable to Contractor administrative overhead or management fees.

2. At the time of Contract renewal, the DOC will have the right to: a) add, delete or modify incentive fee provisions; or b) add, delete or modify liquidated damage provisions, so long as the liquidated damage risk for the Contractor is not greater than that contained in this Section of the RFP; or c) add, delete or modify performance deficiency provisions.

3. At the end of each Contract year, the DOC for application to the subsequent Contract year subject to review for adjustments as deems the annual budget for On-Site Services and Off-Site Services appropriate.

4. At the end of each Contract year, the total annual budget for staffing, including regular hours, overtime and/or nurse per diem hours are subject to review and adjustments as deemed appropriate by the DOC to reconcile between cost efficiency and the continued satisfaction of program requirements.

## I.  PERFORMANCE DEFICIENCY ADJUSTMENTS

Performance deficiency adjustments may be incurred at the option of the DOC, if the following program deficiencies are determined by monitoring activities of the DOC or his designee as follows:

1. Repeated failure to pay bills within 60 days of receipt or to have an agreement with a subcontractor for payment could result in termination of the Contract.

2. Inmates referred to an On-Site Specialty Clinic at the CDF, who are not seen within thirty (30) days of said referral, will be immediately sent to an Off-Site Clinic and the Contractor shall bear the full cost of the Off-Site Clinic visit, including the cost of DOC transport at the rate of $80 / hour for each hour required to provide custody services outside the CDF.  This 30 day threshold shall not relieve the Contractor's responsibility to appropriately manage or refer inmates presenting with acute or urgent conditions, in accordance with clinical indications and accepted medical practices.

## J.  PERFORMANCE INCENTIVE FEE

The Contractor shall earn an annual incentive fee of $25,000 for accomplishing a staff turnover rate of less than 10% based upon their twelve month cumulative performance calculated for the Contract year being measured.

## K.  LIQUIDATED DAMAGES

1. If the Contractor leaves vacant a Principal Leadership position, as defined herein, for greater than sixty (60) days, the Contractor shall, in place of actual damages, pay to the Government, as fixed, agreed and liquidated damages, one and one half the salary rate per hour + fringe hourly rate defined in Schedule B-1 or B-2 (approved by the DOC) times the number of required hours the position is left vacant after 60 days.  These liquidated damages are in addition to the prior or ongoing adjustments made monthly for the "unfilled" positions.  A Principal Leadership position shall be defined as the Medical Director, Mental Health Director, Health Services Administrator or Director of Nursing. If an individual is performing the functions of a Principal Leadership position then this position is not considered vacant.

2.  If the Contractor leaves vacant any required position as accepted by the DOC in Schedule A-1 or A-2 (Non-Leadership) for greater than 120 days, the Contractor shall, in place of actual damages, pay to the Government, as fixed, agreed and liquidated damages, one and one-half the salary rate per hour + fringe hourly rate defined in Schedule B-1 or B-2 (approved by the DOC) times the number of required hours the position is left vacant after 120 days.  These liquidated damages are in addition to the prior or ongoing adjustments made monthly for the "unfilled" positions.

3.  The Contractor shall, in place of actual damages, pay to the Government, as fixed, agreed and liquidated damages the following amounts for the following situations as determined by monitoring activities of the DOC or his designee:

    a.  If less than 95% of CDF intakes are completed within 24 hours, the Contractor shall, in place of actual damages, pay to the Government, as fixed, agreed and liquidated damages, $200 times the number of intakes for whom services were not completed within 24 hours for the period being measured.  (Not to exceed a 30-day period.)

    b.  If less than 95% of the eligible inmate PPDs are placed and read, the Contractor shall, in place of actual damages, pay to the Government, as fixed, agreed and liquidated damages, $200 times the number of inmates for whom the PPD was not placed within the prescribed timeframe for the period being measured.  (Not to exceed a 30-day period.)  For this RFP item "eligible inmates" are inmates in the DC Jail for over 96 hours.

    c.  If less than 95% of the eligible positive PPDs fail to receive timely follow-up, the Contractor shall, in place of actual damages, pay to the Government, as fixed, agreed and liquidated damages, $100 times the number of eligible inmates who did not receive timely PPD (Purified Protein Derivative / Mantoux skin test used to screen for tuberculosis) follow-up for the period being measured.  (Not to exceed a 30-day period for measurement.)  For this RFP item "eligible inmates" are defined as inmates in the DC Jail for over 30 days.

    d.  If greater than 10% of the eligible jail inmates, known to have an abnormal blood pressure (BP greater than 140 / 90), do not have a plan documented in the medical record to control blood pressure levels ("BP Documented Plan"), the Contractor shall, in place of actual damages, pay to the Government, as fixed, agreed and liquidated damages, $100 times the number of eligible inmates, determined not to have received appropriate clinical intervention for abnormal blood pressure during the period being measured.  (Not to exceed a 30-day period.)  For this RFP item "eligible inmates" are defined as inmates in the DC Jail for over 15 days.

    e.  If greater than 15% of the eligible jail inmates known to have HIV have a clinical status warranting PCP prophylaxis, and are not receiving it, the Contractor shall, in place of actual damages, pay to the Government, as fixed, agreed and liquidated

damages, $100 per day for each of these eligible inmates not receiving PCP prophylaxis within the period being measured. (Not to exceed a 30-day period.) For this RFP item "eligible inmates" are defined as inmates in the DC Jail for over 15 days.

   f.   If greater than 15% of the eligible diabetics tested as part of an audit are found to have an Hgb A-1C level greater than 7% (and there is no documented clinical strategy to improve the outcome), the Contractor shall, in place of actual damages, pay to the Government, as fixed, agreed and liquidated damages, $100 for each diabetic inmate failing to meet the standard, in excess of the 15% threshold, within the period being measured. (Not to exceed a 30-day period.) For this RFP item "eligible inmates" are defined as inmates in the DC Jail for over 15 days who are known to have diabetes. A normal Hgb A-1C level is defined as less than 6.8%.

**4. Other Performance Level or Compensation Terms**

   a.   Liquidated damages, performance deficiency adjustments, material increases to staffing or other communication regarding material components of the Contract, including termination of the Contract, will be communicated only by formal written notice. All notices or other communications required or permitted under this agreement will be in writing and will be deemed to have been duly given if delivered or sent in accordance with the terms specified in the awarded contract.

   b.   Liquidated damages, performance deficiency adjustments, adjustments to compensation, and or the provisions for adjustments in this Section VI. shall not limit the rights and remedies of the DOC for any breach or default of the Contractor under the Contract.

   c.   The DOC will not approve the use of temporary / agency staffing.

**L. MEDICAID AND MEDICARE PROVISIONS**

1.   Should CDF inmates become eligible for Medicaid or Medicare, any funds collected are the property of the CDF. Using Medicaid as a "contingent" example, Offerors are required in their Technical Proposals to:

   a.   Define the Offeror's capabilities to manage a Medicaid reimbursement program
   b.   Specify their approach to initiating and managing a Medicaid program at the CDF
   c.   Define the intended approach to process inmates for eligibility
   d.   Identify the staffing requirements for eligibility processing and claims management
   e.   In the Price Proposal, Offerors are required to include a narrative with a brief program outline and proposed Contractor fees to manage a Medicaid program at the CDF. The proposed program assumptions and costs should be: a) limited to one page and labeled as "Schedule G"; b) included on a "contingency" basis only; and c) shall not be included in the Summary Annual Budget or FTE requirements.

VII.  **REQUIRED FORMAT: TECH PROPOSAL (COMPARISON & ALTERNATE)**

Deleted.

VIII.  **REQUIRED FORMAT: PRICE PROPOSAL (COMPARISON & ALTERNATE)**

Deleted.

IX.  **PRICE PROPOSAL INSTRUCTIONS**

Deleted.

X.  **GENERAL TERMS AND CONDITIONS**

A. **OTHER PROPOSAL CONDITIONS**

1.  By signing the proposal the Offeror agrees to be bound by all terms and conditions of the RFP. Any exceptions to the specified terms and conditions must be clearly set forth within the Offeror proposal.

2.  Deleted.

3.  Deleted.

4.  Deleted.

5.  Deleted.

6.  All information submitted pursuant to the RFP, is subject to the Freedom of Information Act (FOIA). Any information submitted with a proposal, including cost, price, and other information (whether or not marked as proprietary or confidential) that is made part of the Contract is subject to release in accordance with FOIA and/or applicable law.

7.  The successful Offeror, who executes the awarded Contract for service, is contractually responsible for the total performance of the Contract. Assignments for subcontracting may be allowable, but must be disclosed as a part of the proposal or otherwise approved in advance by the DOC. Any subcontractor, providing Services required in this RFP or in the awarded Contract, will meet or exceed the requirements set forth in the RFP.

8.  Offerors will have no right of substitution for the "Principal Leadership Staff" included in the proposal. In the event the Offeror or the Receiver requests a substitution for one of the "Principal Leadership Staff," after submission of the Initial Proposal in response to the amended RFP, but before execution of the final Contract,

the Offeror may submit another candidate for DOC approval. If the substitute candidate as part of the proposed Principal Leadership Staff is not found to be acceptable, the Offeror's proposal may be rejected at the sole discretion of the DOC.

9. Deleted.

10. Deleted

11. Deleted.

## B. OTHER GENERAL TERMS

1. The executed Contract and any renewals thereof are subject to the appropriation of funds or funds made available to the DOC to fulfill the Contract obligations of the DOC.

2. No interpretation of any provision of the Contract resulting from this RFP, including applicable specifications, are binding on the DOC unless furnished or agreed to in writing by the DOC or his designated representative.

3. The Contractor is liable for any loss, cost, claim, personal injury, death and any other damage, including incidental and consequential, that may be done or suffered by reason of the Contractor's negligence of failure to perform any obligation under the Contract. The Contractor shall carry and maintain in force liability, casualty, auto insurance and workers' compensation with an insurance company licensed or qualified to do business in the District as defined in this RFP, the Contract or as required by law.

4. Any and all personnel of the Contractor may be subject to pass a background investigation conducted by the DOC as a requisite for initial and/or continued employment.

5. The Contractor provision of Services shall comply with all of the current or future requirements of: Federal, District of Columbia, Local laws and Regulations, District Licensing or Professional Boards, Court Orders, DOC Department Rules or Administrative Directives.

6. The Contractor provision of Services are required to be in accordance with community standards and shall comply with the standards of the American Medical Association (AMA), American Correctional Association (ACA), National Commission on Correctional Health Care (NCCHC), and other standards as may be defined in the Policies and Procedures of the CDF as approved by the DOC.

7. If any requirement of this RFP exceeds the standards of the AMA, ACA, NCCHC, or standards or requirements defined in the Policies and Procedures of the CDF or DOC,

the requirements of this RFP will prevail. Any exception to this requirement must be specified in the awarded Contract or through a subsequent written mutual agreement, signed by the authorized representative of the DOC and the Contractor.

8. Within eighteen months from Contract execution, the Contractor is required to achieve NCCHC or JCAHO accreditation for the CDF facility. The Contractor is responsible for all fees and costs associated with the achievement of accreditation requirements.

9. The Contractor shall provide the DOC with a copy of all its maintenance or equipment contract agreements upon request, but will provide a copy of professional or service agreements with hospitals, physicians, dentists, etc. within thirty (30) days of the initiation of Services. The Contractor is responsible for all dealings with it's subcontractors and shall answer all questions posed by the DOC regarding them or their work.

10. The DOC will not be bound to any terms and conditions included in any Contractor or subcontractor documents; and no condition in subcontractor documents in variance with or in addition to the requirements of this RFP or the awarded Contract will in any way affect the Contractor's obligations with the awarded Contract.

11. The Contractor and its personnel are subject to and must comply with all security regulations and procedures of the DOC. Violation of these regulations may result in the employee being denied access to the CDF. In this event, the Contractor is responsible for providing alternate personnel, approved by the DOC, to supply the Services described herein.

12. If Medicaid, Medicare or other reimbursement is received from an external source, such as insurance or other benefit, such monies will be credited to the DOC on a monthly basis.

13. The Contractor shall, at all times, maintain the staff required by the RFP. Should the Contractor at any time: a) refuse or neglect to supply adequate and competent supervision, or sufficiently and properly skilled / trained / licensed personnel; b) fail to provide equipment / drugs of the proper quality or quantity; c) fail to perform the Services according to the specifications required in the RFP; d) fail in any respect to perform the service requirements of this RFP with promptness and diligence; or e) fail in the performance of any agreement contained in the awarded Contract, the DOC will have the option, after forty-eight (48) hours written notice to Contractor, or by posting in some conspicuous space on the job site, to take any one or more of the following actions:

    (1)    Withhold any monies then or next due to Contractor; or
    (2)    Provide such materials, supplies, equipment and labor as may be necessary to complete said Work or bring the rendition of the Services up to the specifications and standards required in the RFP or awarded Contract; pay

for same, and deduct the amount so paid from any money then or thereafter due Contractor; or

(3)    Terminate the Contract.

14. The Medical Management Information System and all Work product originated or prepared by Contractor and delivered to the DOC pursuant to this RFP are, or will be, the exclusive property of the DOC. The Contractor will assign and will further assign as necessary any and all rights of copyright that the Contractor may obtain with respect to any Work or Work product accomplished under the awarded Contract.

15. All documents, materials or data developed as a result of Work under the awarded Contract will be the property of the DOC. The DOC will have the right to use and reproduce any documents, materials, and data, including confidential information, used in or developed as a result of Contractor Work under the awarded Contract. The DOC may use this information for their own purposes, including reporting to federal agencies. The Contractor is required to have the rights to utilize any documents, materials or data, which are provided by the Contractor to fulfill requirements of this RFP. The Contractor will keep confidential all documents, materials and data prepared or developed by the Contractor or supplied by the DOC. The Contractor will supply all billings, records; the DOC for review and audit may require evidence of Services performed or other documents as.

16. Licensed Materials, used as a part of fulfilling the requirements of the awarded Contract, will be considered a valuable trade-secret to the Licensors. The Contractor will be responsible for the supervision, management, operation and control of materials licensed to the DOC. The Contractor will fulfill all obligations required of the DOC as well as for the Contractor under the DOC Licensure agreements as part of this Project. Upon the termination of the awarded Contract, or the termination of any DOC License Agreement, the Contractor will return any Licensed Material and documentation required by the Licensor and will certify in writing that such obligation has been fulfilled, should Licensor or DOC require that.

17. The "Standard Contract Provisions for Use with District of Columbia Government Supply and Services Contract," December 1984, (as subsequently amended), are incorporated by reference into this RFP to the extent the Standard Contract Provisions are not inconsistent with this RFP or the awarded contract.

18. The Contractor is an independent contractor. The Contractor's employees, agents and servants are not employees, agents or servants of the DOC or the District.

19. The DOC will not reimburse the Contractor for any expenses outside of the contracted amount for Services to be provided.

## C. DISPUTES

1.    Any dispute by a Contractor arising under or relating to the Contract and asserted

against the DOC shall be in writing, and shall be submitted to the DOC prior to the assignment of the Contract to the District of Columbia. The DOC shall issue a written decision within sixty (60) calendar days after receipt of the dispute. Pending such decision, the Contractor shall proceed diligently with performance of the Contract and shall comply with the terms of the Contract. Any dispute by a Contractor arising under or relating to the Contract, insofar as it concerns the period after assignment of the Contract to the District of Columbia, shall be in writing, and shall be submitted to the Contracting Officer for the decision. Such a dispute will be decided by the Contracting Officer, and is subject to administrative and judicial review, in accordance with the Procurement Practices Act, the District Procurement Regulations, and the dispute provision of the Standard Contract Provisions. Pending such decision, the Contractor shall proceed diligently with performance of the Contract and shall comply with the terms of the Contract.

2.   Upon assignment of the Contract to the District of Columbia the provisions of the Procurement Practices Act and the District Procurement Regulations are applicable to the Contract.

**CENTER FOR CORRECTIONAL HEALTH & POLICY STUDIES, INC.**
**1730 K STREET, NW**
**SUITE 304**
**WASHINGTON, D.C. 20006**

November 9, 2001

Willard Walton, Jr., CPPO
Agency Chief Contracting Officer
DC Department of Corrections
1923 Vermont Ave., NW
Washington, D.C. 20001

RE: Additions to Option Year One of Contract Number CO12-AA-FL-0-SC

Dear Mr. Walton:

As we discussed yesterday during our meeting, the department has approved increasing the
budget of our contract to fund the following positions:

| Position | FTE | Annual Salary | Fringe Benefits 15.83% | Total S+B |
|---|---|---|---|---|
| HWH Nurse Practitioner | 1.0 | $75,000.00 | $11,872.50 | $86,872.50 |
| HWH RN | 0.5 | 30,000.00 | 4,749.00 | 34,749.00 |
| Dietician | 1.0 | 52,000.00 | 8,231.60 | 60,231.60 |
| Dentist | 0.5 | 37,500.00 | 5,936.25 | 43,436.25 |
| Dental Hygienist | 0.5 | 24,000.00 | 3,799.20 | 27,799.20 |
| **SUBTOTAL** | **3.5** | **$218,500.00** | **$34,588.55** | **$253,088.55** |

Non-Personnel Costs

| | |
|---|---|
| Medical Supplies | $10,000.00 |
| Computer Equipment & Supplies | 5,000.00 |
| Laboratory Tests | 5,000.00 |
| Office Supplies | 1,000.00 |
| **SUBTOTAL** | **$21,000.00** |

**TOTAL**                                                        **$274,088.55**

Therefore the budget for Option Year one of the contract for health services at the Central Detention Facility and the Community Correctional Centers is increased from **$10,816,040 to $11,090,128.55.**

If you have any further questions, don't hesitate to contact me at 202-673-8445.

Respectfully yours,

Stanley Harper, M.D.,M.P.H.
President & Medical Director (C.D.F.)

cc:     Corporate Officers
        J. Anthony, Deputy Director
        L Willis, MPH,CHE, HSA, DC DOC
        E. Hunter, RN, HSA, C.D.F.
        J. Farmer, RN, Acting DON, C.D.F.

# CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES
## BEST AND FINAL OFFER

### SUMMARY BUDGET SCHEDULE
#### Corrected Copy - January 19, 2000          Schedule SUM-1

|  | COMPARISON PROPOSAL |  |
|---|---|---|
|  |  |  |
| Administrative Services | 110,000.00 |  |
| Off-Site Administrative Staff | 150,000.00 |  |
| Management Fee | 300,000.00 |  |
| Administrative Overhead Fee | 120,000.00 |  |
| INDIRECT COSTS SUBTOTAL | 680,000.00 |  |
|  |  |  |
| Annual Base Salary (Schedule B-1) | 7,205,541.13 |  |
| Annual Fringes (Schedule B-1) | 1,140,637.16 |  |
| Overtime Budget (Schedule I-1) | 175,200.00 |  |
| Per Diem Budget (Schedule I-1) | 200,900.00 |  |
| MMHS STAFFING SUBTOTAL | 8,722,278.29 |  |
|  |  |  |
| ON-SITE CLINIC BUDGET (Schedule D-1) | 288,000.00 |  |
| OTHER PROFESSIONAL FEES | 273,000.00 |  |
| SUPPLIES EXCLUDING PHARM | 380,000.00 |  |
| PHARMACEUTICALS | 1,000,000.00 |  |
| ANCILLARY CONTRACT SERVICES | 700,000.00 |  |
| EQUIP & MAINT CONTRACT SERVICES | 53,000.00 |  |
| MIS CONTRACT SERVICES | 297,000.00 |  |
| TRAVEL / STAFF DEVELOP | 20,000.00 |  |
| OTHER SERVICES / CHARGES | 33,000.00 |  |
| EQUIPMENT PURCHASES (> $500) | 90,000.00 |  |
| SMALL EQUIPMENT (< $500) | 26,000.00 |  |
|  |  |  |
|  |  |  |
| SUBTOTAL BUDGET | 3,160,000.00 |  |
|  |  |  |
| USING CDF POPULATION BASE OF 1,674 |  |  |
| SUBTOTAL / PER CAPITA | 7,504.00 |  |
|  |  |  |
| TOTAL BUDGET | 12,562,278.29 |  |

Corrected Copy - January 19, 2000                    B1

| | required fte | annual salary | fringe 15.83% | annual hours 2080 | avg. hr rate | fringes hourly | per unit 1 |
|---|---|---|---|---|---|---|---|
| **A. PHYSICIANS** | | | | | | | |
| medical director | 1.00 | 166,500.00 | 26,356.95 | 2,080.00 | 80.05 | 12.67 | 166,500.00 |
| senior physician | 1.00 | 118,800.00 | 18,806.04 | 2,080.00 | 57.12 | 9.04 | 118,800.00 |
| physician | 8.85 | 955,800.00 | 151,303.14 | 18,408.00 | 51.92 | 8.22 | 108,000.00 |
| subtotal | 10.85 | 1,241,100.00 | 196,466.13 | 22,568.00 | 189.09 | 29.93 | |
| **B. PHYSICIAN ASSISTANT** | | | | | | | |
| physician asst | 3.20 | 212,800.00 | 33,686.24 | 6,656.00 | 31.97 | 5.06 | 66,500.00 |
| **C. MEDICAL NURSES** | | | | | | | |
| RN's | 16.00 | 866,846.50 | 137,221.80 | 33,280.00 | 26.05 | 4.12 | 57,029.38 |
| Clin Manag | 1.00 | 66,500.00 | 10,526.95 | 2,080.00 | 31.97 | 5.06 | 66,500.00 |
| Nurse Assis | 1.00 | 17,680.00 | 2,798.74 | 2,080.00 | 8.50 | 1.35 | 17,030.00 |
| LPNs | 11.00 | 488,686.00 | 77,358.99 | 22,880.00 | 21.36 | 3.38 | 44,426.00 |
| subtotal c | 29.00 | 1,439,712.50 | 227,906.49 | 60,320.00 | 87.88 | 13.91 | |
| **D Mental Health N** | | | | | | | |
| RN's | 11.00 | 582,788.46 | 92,255.41 | 22,880.00 | 25.47 | 4.03 | 52,980.77 |
| LPN's | 4.00 | 161,020.00 | 25,489.47 | 8,320.00 | 19.35 | 3.06 | 40,255.00 |
| subtotal D | 15.00 | 743,808.46 | 117,744.88 | 31,200.00 | 44.82 | 7.10 | |
| **E. DENTISTS** | | | | | | | |
| LEAD | 1.00 | 94,500.00 | 14,959.35 | 2,080.00 | 45.43 | 7.19 | 94,500.00 |
| DENTISTS | 1.00 | 73,600.00 | 11,650.88 | 2,080.00 | 35.38 | 5.60 | 73,600.00 |
| DENTAL ASSISTANT | 3.00 | 93,120.00 | 14,740.90 | 6,240.00 | 14.92 | 2.36 | 31,040.00 |
| DENTAL HYGIENE | 0.50 | 21,790.08 | 3,449.37 | 1,040.00 | 20.95 | 3.32 | 43,580.16 |
| SUBTOTAL E | 5.50 | 283,010.08 | 44,800.50 | 11,440.00 | 116.69 | 18.47 | |
| **F. PHARMACY** | | | | | | | |
| PHARMACY DIR. | 1.00 | 75,900.00 | 12,014.97 | 2,080.00 | 36.49 | 5.78 | 75,900.00 |
| PHARMACIST | 3.00 | 185,250.00 | 29,325.08 | 6,240.00 | 29.69 | 4.70 | 61,750.00 |
| PHARMACY TECH | 4.00 | 133,410.89 | 21,118.94 | 8,320.00 | 16.03 | 2.54 | 33,352.72 |
| SUBTOTAL F | 8.00 | 394,560.89 | 62,458.99 | 16,640.00 | 82.21 | 13.01 | |
| **G. RADIOLOGY** | | | | | | | |
| RADIOLOGY Dir | 1.00 | 63,650.00 | 10,075.80 | 2,080.00 | 30.60 | 4.84 | 63,650.00 |
| RADIOLOGY TECH | 3.30 | 147,576.00 | 23,361.28 | 6,864.00 | 21.50 | 3.40 | 44,720.00 |
| RADIOLOGY AIDE | 0.75 | 15,750.00 | 2,493.23 | 1,560.00 | 10.10 | 1.60 | 21,000.00 |
| SUBTOTAL G | 5.05 | 226,976.00 | 35,930.30 | 10,504.00 | 62.20 | 9.85 | |
| **H. MEDICAL RECORDS** | | | | | | | |
| MEDICAL REC DIR | 1.00 | 61,750.00 | 9,775.03 | 2,080.00 | 29.69 | 4.70 | 61,750.00 |
| MEDICAL REC TEC | 8.50 | 212,500.00 | 33,638.75 | 17,680.00 | 12.02 | 1.90 | 25,000.00 |
| SUBTOTAL H | 9.50 | 274,250.00 | 43,413.78 | 19,760.00 | 41.71 | 6.60 | |

SCHEDULE B-1
COMPARISON PROPOSAL

Corrected Copy - January 19, 2000                                     B1

| | required fte | annual salary | fringe | annual hours | avg. hr rate | fringes hourly |
|---|---|---|---|---|---|---|
| **I. MENTAL HEALTH** | | | | | | |
| MH DIRECTOR | 1.00 | 106,704.00 | 16,891.24 | 2,080.00 | 51.30 | 8.12 | 106,704.00 |
| EXECUTIVE ASSIST | 1.00 | 30,070.00 | 4,760.08 | 2,080.00 | 14.46 | 2.29 | 30,070.00 |
| CLERK/TYPIST | 1.00 | 25,000.00 | 3,957.50 | 2,080.00 | 12.02 | 1.90 | 25,000.00 |
| PSYCHIATRIST | 2.60 | 336,700.00 | 53,299.61 | 5,408.00 | 62.26 | 9.86 | 129,500.00 |
| MH UNIT DIR | 3.00 | 211,600.00 | 33,496.28 | 6,240.00 | 33.91 | 5.37 | 70,533.33 |
| CLINICIAN | 9.00 | 583,300.00 | 92,336.39 | 18,720.00 | 31.16 | 4.93 | 64,811.11 |
| | 17.60 | 1,293,374.00 | 204,741.10 | 36,608.00 | 205.11 | 32.47 | 73,487.16 |
| | | | | | | |
| **J. ADMINISTRATION** | | | | | | |
| HEALTH SERV. ADM | 1.00 | 80,040.00 | 12,670.33 | 2,080.00 | 38.48 | 6.09 | 80,040.00 |
| DIR OF NURSE | 1.00 | 87,400.00 | 13,835.42 | 2,080.00 | 42.02 | 6.65 | 87,400.00 |
| STAFF ASSISTANT | 0.50 | 19,167.20 | 3,034.17 | 1,040.00 | 18.43 | 2.92 | 38,334.40 |
| EXEC SECRETARY | 1.00 | 43,650.00 | 6,909.80 | 2,080.00 | 20.99 | 3.32 | 43,650.00 |
| SECRETARY | 2.00 | 73,720.00 | 11,669.88 | 4,160.00 | 17.72 | 2.81 | 36,860.00 |
| PROCUREMENT | 1.00 | 40,546.00 | 6,418.43 | 2,080.00 | 19.49 | 3.09 | 40,546.00 |
| COMPUTER ANALY | 1.00 | 78,200.00 | 12,379.06 | 2,080.00 | 37.60 | 5.95 | 78,200.00 |
| DIETICIAN | 1.00 | 50,350.00 | 7,970.41 | 2,080.00 | 24.21 | 3.83 | 50,350.00 |
| MATERIALS N | 1.00 | 30,070.00 | 4,760.08 | 2,080.00 | 14.46 | 2.29 | 30,070.00 |
| APP CLERK | 4.00 | 98,570.00 | 15,603.63 | 8,320.00 | 11.85 | 1.88 | 24,642.50 |
| HEALTH EDUCAT | 1.00 | 43,650.00 | 6,909.80 | 2,080.00 | 20.99 | 3.32 | 43,650.00 |
| INFECTION COR | 1.00 | 65,075.00 | 10,301.37 | 2,080.00 | 31.29 | 4.95 | 65,075.00 |
| UTILIZATION | 1.00 | 47,530.00 | 7,524.00 | 2,080.00 | 22.85 | 3.62 | 47,530.00 |
| INTAKE COOR | 1.00 | 110,700.00 | 17,523.81 | 2,080.00 | 53.22 | 8.42 | 110,700.00 |
| QUALITY IMPRO | 1.00 | 66,500.00 | 10,526.95 | 2,080.00 | 31.97 | 5.06 | 66,500.00 |
| QUALITY IM ASSIS | 2.00 | 89,531.00 | 14,172.76 | 4,160.00 | 21.52 | 3.41 | 44,765.50 |
| SUBTOTAL J | 20.50 | 1,024,699.20 | 162,209.88 | 42,640.00 | 427.07 | 67.61 | 40,985.33 |
| | | | | | | |
| CDF TOTALS | 124.20 | 7,134,291.13 | 1,129,358.29 | 258,336.00 | 1,288.75 | 204.01 | 5,441.96 |
| | | | | | | |
| **K. HALFWAY HOUSES** | | | | | | |
| NURSE PRAC | 1.00 | 71,250.00 | 11,278.88 | 2,080.00 | 34.25 | 5.42 | 71,250.00 |
| | | | | | | |
| PROPOSED TOTAL | 125.20 | 7,205,541.13 | 1,140,637.16 | 260,416.00 | 1,323.00 | 209.43 | 57,552.25 |

## SALARY HIRING RANGE

Schedule C

### Corrected Copy - January 19, 2000

| | SALARY PER HOUR | | | FRINGES |
| --- | --- | --- | --- | --- |
| | ENTRY | MID OR AVG | MAX HIRE | AS % OF AVG |
| **I.  Medical Records** | | | | |
| Medical Records Director | 29.69 | 30.58 | 31.50 | 15.37 |
| Medical Records Tech | 12.02 | 12.38 | 12.75 | 15.37 |
| | | | | |
| **L.  Mental Health** | | | | |
| MH Director | 51.30 | 52.84 | 54.42 | 15.37 |
| Executive Assistant | 14.46 | 14.89 | 15.34 | 15.37 |
| Clerk / Typist | 12.02 | 12.38 | 12.75 | 15.37 |
| Psychiatrist | 62.26 | 64.13 | 66.05 | 15.37 |
| MH Unit Director | 33.91 | 34.93 | 35.98 | 15.37 |
| Clinician | 31.16 | 32.09 | 33.06 | 15.37 |
| | | | | |
| **J.  Administration** | | | | |
| Health Service Administrator | 38.48 | 39.64 | 40.82 | 15.37 |
| Director of Nursing | 42.02 | 43.28 | 44.58 | 15.37 |
| Staff Assistant | 18.43 | 18.98 | 19.55 | 15.37 |
| Executive Secretary | 20.99 | 21.62 | 22.26 | 15.37 |
| Secretary | 17.72 | 18.25 | 18.80 | 15.37 |
| Procurement Officer | 19.49 | 20.08 | 20.68 | 15.37 |
| Computer Analyst | 37.60 | 38.72 | 39.89 | 15.37 |
| Dietician | 24.21 | 24.93 | 25.68 | 15.37 |
| Materials Handler | 14.46 | 14.89 | 15.34 | 15.37 |
| Appointment Clerk | 11.85 | 12.20 | 12.57 | 15.37 |
| Health Educator | 20.99 | 21.62 | 22.26 | 15.37 |
| Infection Control Coordinator | 31.29 | 32.22 | 33.19 | 15.37 |
| Utilization Review Nurse | 22.85 | 23.54 | 24.24 | 15.37 |
| Intake Coordinator | 53.22 | 54.82 | 56.46 | 15.37 |
| Quality Improvement Coord. | 31.97 | 32.93 | 33.92 | 15.37 |
| Quality Improvement Assist. | 21.52 | 22.17 | 22.83 | 15.37 |
| | | | | |
| **K.  Halfway Houses** | | | | |
| Nurse Practitioner | 34.25 | 35.28 | 36.34 | 15.37 |
| | | | | |
| | | | | |
| **NO TOTALS REQUIRED** | | | | |

SCHEDULE C - Page 2 of 2

OVERTIME / NURSE PER DIEM

Schedule I-1

### Corrected Copy - January 19, 2000

| | COMPARISON PROPOSAL | | | | | | | |
| | ANNUAL OVERTIME HOURS | | | | ANNUAL NURSE PER DIEM HOURS | | ANNUAL BUDGET $ | |
| | MD | MED NURSE | MH NURSE | ALL OTHER | MED NURSE | MH NURSE | OVERTIME | NURSE PER DIEM |
|---|---|---|---|---|---|---|---|---|
| QTR 1 | 78 | 586.5 | 302 | 100 | 1270 | 658 | $43,800.00 | $50,225.00 |
| QTR 2 | 78 | 586.5 | 302 | 100 | 1270 | 658 | $43,800.00 | $50,225.00 |
| QTR 3 | 78 | 586.5 | 302 | 100 | 1270 | 658 | $43,800.00 | $50,225.00 |
| QTR 4 | 78 | 586.5 | 302 | 100 | 1270 | 658 | $43,800.00 | $50,225.00 |
| TOTALS | 312 | 2346 | 1208 | 400 | 5080 | 2632 | $175,200.00 | $200,900.00 |