**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY R. SCOTT, individually and** ) <br> **as Personal Representative of the Estate** ) <br> **of JONATHAN MAGBIE,** ) <br> ) <br>     **Plaintiff.** ) <br> ) <br> v. ) <br> ) <br> ) <br> **DISTRICT OF COLUMBIA,** *et al.* ) <br> ) <br>     **Defendants.** ) <br> _____) | Civil Action No. 5-1853 (RWR) |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO CORRECT ERRONEOUS
DOCKET ENTRY WITH REGARD TO THE DEFENDANT'S MOTION TO DISMISS
AND FOR LEAVE TO FILE A SECOND AMENDED MOTION TO DISMISS**

    Defendant District of Columbia ("the District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), respectfully requests that this Court permit the District to withdraw its Amended Motion to Dismiss, filed December 28, 2005, and replace it with a corrected Second Amended Motion to Dismiss, filed concurrently with this Motion. As grounds therefor, the District states as follows:

1. On December 27, 2005, the District filed a Motion to Dismiss the plaintiff's complaint. However, due to technical difficulties and problems encountered with numerous District employees' holiday schedules, the District was unable to file the related exhibits that day.

2. On December 28, 2005, the District completed its assembly of the exhibits, and renumbered the exhibits to allow for ease of review with regard to citations to the exhibits in the Motion to Dismiss. The District also added one additional substantive

footnote to the Motion to Dismiss. The District filed a *nunc pro tunc* Motion seeking leave to file its Amended Motion to Dismiss one day late in light of these difficulties.

3. However, when the new exhibit numbers were added to the Motion to Dismiss, they mistakenly were added to an draft version of the Motion, not the final version that had been filed on December 27, 2005. This was due to technical difficulties encountered on December 27, when several servers had been out of order for approximately three hours that evening.

4. The District now has corrected this erroneous submission, and asks once again for permission to file a Motion to Dismiss, in final and complete format, with appropriate contract citations, two days after its original due date. The final and complete Motion to Dismiss is filed concurrently with this Motion.

5. The District apologizes for any confusion or inconvenience caused by these difficulties. No party will be prejudiced by granting this Motion, as at least one defendant has not yet filed a responsive pleading to the complaint.

WHEREFORE, for the foregoing reasons, the District requests permission to withdraw its erroneously filed Amended Motion to Dismiss and substitute it with the correct version of its Second Amended Motion to Dismiss, filed concurrently with this Motion.

Pursuant to local rule, undersigned counsel attempted to contact plaintiff's counsel, Donald Temple, for consent to the relief requested in this Motion, but has received no response.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____

HOLLY JOHNSON
Chief, General Litigation Section III

_____

STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 727-3625 (fax) 727-2538
E-mail:  Steve.anderson@dc.gov

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT**, individually and <br> as Personal Representative of the Estate <br> of **JONATHAN MAGBIE**, <br><br> **Plaintiff.** <br><br> v. <br><br><br> **DISTRICT OF COLUMBIA**, *et al.* <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 5-1853 (RWR) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT
DISTRICT OF COLUMBIA'S MOTION TO CORRECT ERRONEOUS DOCKET
ENTRY WITH REGARD TO THE DEFENDANT'S MOTION TO DISMISS
AND FOR LEAVE TO FILE SECOND AMENDED MOTION TO DISMISS**

Defendant District of Columbia ("the District"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), respectfully requests that this Court permit the District to withdraw its Motion to Dismiss, filed December 28, 2005, and replace it with a correct Motion to Dismiss. Legal authority rests on the following:

1. Fed. R. Civ. P. Rule 6(b).

2. The inherent powers of the Court.

3. The interests of justice and the lack of prejudice to the other parties.

4. The record herein.

                        Respectfully submitted,

                        ROBERT J. SPAGNOLETTI
                        Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

_____
HOLLY JOHNSON
Chief, General Litigation Section III

_____
STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 727-3625 (fax) 727-2538
E-mail: Steve.anderson@dc.gov

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT**, individually and as Personal Representative of the Estate of **JONATHAN MAGBIE**,  ) ) ) ) | |
| **Plaintiff.**  ) ) | |
| v.  ) ) ) | Civil Action No. 5-1853 (RWR) |
| **DISTRICT OF COLUMBIA**, *et al.*  ) ) | |
| **Defendants.**  ) ) | |

### ORDER

Upon consideration of the District's Motion to Correct Erroneous Docket Entry with Regard to the Defendant's Motion to Dismiss and for Leave to File a Second Amended Motion to Dismiss, any opposition filed thereto, and for the reasons in the District's Motion, it is this ____ day of _____ 2006,

ORDERED, the District's Motion is GRANTED, the erroneously filed Motion to Dismiss, filed December 28, 2005, shall be deemed WITHDRAWN, and the Second Amended Motion to Dismiss, filed December 29, 2005, shall be deemed timely filed.

                                                                                            _____
                                                                                            Judge,
                                                                                            United States District Court for
                                                                                            The District of Columbia

Copies to:

**Steven J. Anderson, AAG**
441-4th Street, NW, 6th Floor South
Washington, D.C. 20001

**Donald M. Temple**
TEMPLE LAW OFFICE
1229 15th Street, NW
Washington, DC 20005

**Elizabeth Alexander**
NATIONAL PRISON PROJECT OF THE ACLU FOUNDATION
733 15th Street, NW
Washington, DC 20005-2112

**Edward J. Connor**
5210 Auth Road
Suite 304
Camp Springs, MD 20746-4341

**Arthur B. Spitzer**
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW
Suite 119
Washington, DC 20036

**Andrew J. Spence**
HAMILTON ALTMAN CANALE & DILLON, LLC
10306 Eaton Place
Suite 100
Fairfax, VA 22030

**Daniel P. Struck**
JONES, SKELTON & HOCHULI
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012

**Rebecca Everett Kuehn**
LECLAIR RYAN
225 Reinekers Lane
Suite 700
Alexandria, VA 22314

**Catherine A. Hanrahan**
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
1341 G Street, NW
Washington, DC 20005

2

**Alan Janoske Rumsey**
JORDAN COYNE & SAVITS, LLP
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

**D'Ana E. Johnson**
BONNER KIERNAN TREBACH & CROCIATA
1250 Eye Street, NW
Suite 600
Washington, DC 20005