| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. Contract Number C012-AA-FL-0-SC | Page of Pages 1 / 2 |
|---|---|---|
| 2. Amendment/Modification Number M0012 | 3. Effective Date 3/12/2004 | 4. Requisition/Purchase Request No. | 5. Solicitation Caption Medical and Mental Health Service |

6. Issued By: Code FL0
OFFICE OF CONTRACTING AND PROCUREMENT
Public Safety Cluster
1923 Vermont Avenue, N.W., Room No. N-224
Washington, D.C. 20001

7. Administered By (If other than line 6)
The Department of Corrections
1923 Vermont Avenue, N.W.
Washington, D.C. 20001

8. Name and Address of Contractor (No. Street, city, country, state and ZIP Code)
Center for Correctional Health Policy and Studies, Inc.
1717 K Street, N.W.
Suite 600
Washington, DC 20036

9A. Amendment of Solicitation No.
9B. Dated (See Item 11)
10A. Modification of Contract/Order No.  X
C012-AA-FL-0-SC
10B. Dated (See Item 13)
12-Mar-04

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment: (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or fax which includes a reference to the solicitation and amendment number. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or fax, provided each letter or telegram makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data (If Required)

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14**

| X | | In accordance with Contract Number C012-AA-FL-0-SC, Section I., i CONTRACT TERM |
|---|---|---|
| X | The changes set forth in Item 14 are made in the contract/order no. in item 10A. | |
| | B. The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation date, etc.) set forth in item 14, pursuant to the authority of 27 DCMR, Chapter 36, Section 3601.2. | |
| | C. This supplemental agreement is entered into pursuant to authority of: | |
| | D. Other (Specify type of modification and authority) | |

E. IMPORTANT: Contractor [X] is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. Description of amendment/modification (Organized by UCF Section headings, including solicitation/contract subject matter where feasible.)

In accordance with Section I of the contract, the District hereby exercises the option year four (4) to extend the contract for the period of March 12, 2004 through March 11, 2005.

1. The term of Contract for Option Year Four is hereby extended from March 12, 2004 through March 11, 2005.

2. The Contractor shall provide medical and mental health service to approximately 3200 inmates at the Department of Corrections, Central Detention Facility and Central Treatment Facility at the rate of $13.00 per diem for the period of March 12, 2004 through March 11, 2005.

3. The total extimated cost for this option is $15,184,000.00.

4. The estimated cumulative contract value is hereby increased from $50,259,239.25 by $15,184,000.00 to $65,443,239.25.

5. Wage Determination No. 1994-2104, Revision No. 28, dated June 3, 2003, is made part of this contract.

Except as provided herein, all terms and conditions of the document referenced in Item (9A or 10A) remain unchanged and in full force and effect

15A. Name and Title of Signer (Type or print)

16A. Name of Contracting Officer
John Soderberg

15B. Name of Contractor | 15C. Date Signed | 16B. District of Columbia | 16C. Date Signed 3/11/04

(Signature of person authorized to sign) | (Signature of Contracting Officer)

C012-AA-FL-0-SC

### RECAP:

| | | |
|---|---|---|
| **Base Year,** | Mach 12, 2000 through March 11, 2001 | $12,562,278.29 |
| **Action No. 1,** | Executed March 10, 2000, Administrative Changes. | $ 0.00 |
| **Action No. 2,** | Executed April 3, 2001, exercise option year one for 335 days. (Signed by the District on Mach 7, 2001 after received City Council Approval). | $ 1,063,491.30 |
| **Action No. 3,** | Executed March 9, 2001, exercise option year one for 30 days. (Signed by the District on Mach 9, 2001 while waiting for received City Council Approval). | $11,875,655.16 |
| **Action No. 4,** | Executed November 20, 2001, modification | $-1,849,017.91 |
| **Action No. 5,** | Executed March 7, 2002, exercise option year two | $11,422,832.41 |
| **Action No. 6,** | Executed March 11, 2003, exercise option year three for 30 days. (Signed by the District on Mach 11, 2003 while waiting for received City Council Approval). | $ 938,862.94 |
| **Action No. 7,** | Executed April 1, 2003, modification, new price sliding Scale, Contractor assume responsibility of CTF medical operation. | $ 81,091.36 |
| **Action No. 8,** | Executed April 9, 2003, exercise option year three for 30 days. (Signed by the District on April 9, 2003 while waiting for received City Council Approval). | $ 938,862.94 |
| **Action No. 9,** | Executed April 30, 2003, exercise option year three for 305 days. (Signed by the District on April 30, 2003 after received City Council Approval). | $13,225,182.76 |
| **Action No. 10,** | Executed October 22, 2003, Administrative Changes. | $ 0.00 |
| **Action No. 11,** | Executed November 6, 2003, added HIPPAA Privacy Compliance Clause. | $ 0.00 |