# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT, individually and as Personal Representative of the Estate of JONATHAN MAGBIE,** )<br>)<br>)<br>)<br>**Plaintiff.** )<br>)<br>v. )<br>)<br>)<br>**DISTRICT OF COLUMBIA,** *et al.* )<br>)<br>**Defendants.** )<br>_____ ) | Civil Action No. 05-1853 (RWR) |

## PRAECIPE OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Assistant Attorney General Dana K. DeLorenzo as attorney for the Defendant District of Columbia.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Holly M. Johnson /s/*
        HOLLY M. JOHNSON [476331]
        Section Chief
        General Litigation Section III

        */s/ Dana K. DeLorenzo /s/*
        Dana K. DeLorenzo [468306]
        Assistant Attorney General
        441 4th Street, N.W., 6S61
        Washington, D.C. 20001
        (202) 724-6515
        (202) 727-3625 (fax)
        Dana.delorenzo@dc.gov