UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT**, individually and as Personal Representative of the Estate of JONATHAN MAGBIE, )<br>)<br>)<br>)<br>**Plaintiff.** )<br>)<br>v. )<br>)<br>)<br>**DISTRICT OF COLUMBIA,** *et al.* )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 05-1853 (RWR) |

**DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A REPLY TO THE PLAINTIFF'S OPPOSITION TO THE DISTRICT'S MOTION TO DISMISS**

Defendant District of Columbia ("the District"), by and through undersigned counsel, respectfully requests that the Court permit it an extension of time within which to file a reply to Plaintiff's Opposition to the District's Motion to Dismiss. The District is only asking for an additional two weeks to respond to the Opposition.

On January 13, 2006, undersigned counsel left a voicemail message for Plaintiff's counsel, Elizabeth Alexander, seeking her consent to the relief requested herein. As of the filing of the instant motion, undersigned counsel has not received a responsive telephone call from Ms. Alexander.

                                                        Respectfully submitted,

                                                        ROBERT J. SPAGNOLETTI
                                                        Attorney General for the District of Columbia

                                                        GEORGE C. VALENTINE
                                                        Deputy Attorney General
                                                        Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Dana K. DeLorenzo /s/*
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT,** | ) |
|     **Plaintiff.** | ) |
| **v.** | ) Civil Action No. 05-1853 (RWR) |
| **DISTRICT OF COLUMBIA,** *et al.* | ) |
|     **Defendants.** | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA'S MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A REPLY TO THE PLAINTIFF'S OPPOSITION TO THE DISTRICT'S MOTION TO DISMISS**

Defendant District of Columbia ("the District"), by and through undersigned counsel, respectfully requests that the Court permit it an extension of time within which to file a reply to Plaintiff's Opposition to the District's Motion to Dismiss. In support of this request, the District states as follows:

1. On September 20, 2005, the Complaint was filed in the instant case.

2. On December 27, 2005, the District filed a Motion to Dismiss. On December 28, 2005 and December 29, 2005, the District subsequently filed corrected motions to dismiss.

3. On January 10, 2006, Plaintiff filed an Opposition to the Motion to Dismiss.

4. On January 9, 2006, undersigned counsel and co-counsel in this case, Steven J. Anderson, Esq., commenced a trial in United States District Court for the District of Columbia in the case of *Michael McKnight v. District of Columbia et al.*, 00-cv-2607 (AK). The trial concluded on January 17, 2006.

5.  Given that the attorneys of record were in trial in an unrelated matter from January 9, 2006 through January 17, 2006 and complexity of the issues in this case, the District is requesting an additional two weeks to respond to Plaintiff's Opposition. Such a brief delay would not prejudice the parties in this case.

WHEREFORE, the District respectfully requests that the Court permit it an extension of time within which to file a Reply to the Plaintiff's Opposition to the District's Motion to Dismiss.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Holly M. Johnson /s/*
    HOLLY M. JOHNSON [476331]
    Section Chief
    General Litigation Section III

    */s/ Dana K. DeLorenzo /s/*
    Dana K. DeLorenzo [468306]
    Assistant Attorney General
    441 4th Street, N.W., 6S61
    Washington, D.C. 20001
    (202) 724-6515
    (202) 727-3625 (fax)
    Dana.delorenzo@dc.gov