# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, individually and as Personal Representative of the Estate of JONATHAN MAGBIE,<br><br>    Plaintiff.<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>    Defendants. | Civil Action No. 05-1853 (RWR) |

## ORDER

Upon consideration of the District's Motion to Extend Time Within Which to File a Reply to Plaintiff's Opposition to the District's Motion to Dismiss Plaintiff's Complaint, any opposition filed thereto, and for the reasons in the District's Motion, it is this ____ day of _____ 2006,

ORDERED, the District's Motion is GRANTED; it is

FURTHER ORDERED, that the District has an additional two weeks to file a Reply to Plaintiff's Opposition.

 

_____
Judge Roberts
United States District Court for
The District of Columbia

Copies to:

**Steven J. Anderson, AAG**
441-4th Street, NW, 6th Floor South
Washington, D.C. 20001

**Dana K. DeLorenzo, AAG**
441-4th Street, NW, 6th Floor South
Washington, D.C. 20001

**Donald M. Temple**
TEMPLE LAW OFFICE
1229 15th Street, NW
Washington, DC 20005

**Elizabeth Alexander**
NATIONAL PRISON PROJECT OF THE ACLU FOUNDATION
733 15th Street, NW
Washington, DC 20005-2112

**Edward J. Connor**
5210 Auth Road
Suite 304
Camp Springs, MD 20746-4341

**Arthur B. Spitzer**
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW
Suite 119
Washington, DC 20036

**Andrew J. Spence**
HAMILTON ALTMAN CANALE & DILLON, LLC
10306 Eaton Place
Suite 100
Fairfax, VA 22030

**Daniel P. Struck**
JONES, SKELTON & HOCHULI
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012

**Rebecca Everett Kuehn**
LECLAIR RYAN
225 Reinekers Lane
Suite 700
Alexandria, VA 22314

**Catherine A. Hanrahan**
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER

1341 G Street, NW
Washington, DC 20005

**Alan Janoske Rumsey**
JORDAN COYNE & SAVITS, LLP
1100 Connecticut Avenue, NW
Suite 600
Washington, DC 20036

**D'Ana E. Johnson**
BONNER KIERNAN TREBACH & CROCIATA
1250 Eye Street, NW
Suite 600
Washington, DC 20005