UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**MARY R. SCOTT,**

     **Plaintiff,**

v.                                                                                                    No. 05-cv-1853 (RWR)

**DISTRICT OF COLUMBIA, et al.,**

     **Defendants.**

---

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

On January 19, 2006, the Court issued an order to show cause why this action should not be dismissed as to Defendant Singley because no proof of timely service had been filed. Plaintiff has now cured that deficiency, filing proof that Defendant Singley was served with the summons and the complaint in this case on October 27, 2005. Because the complaint was filed on September 20, 2005, service was accomplished well within the time period of 120 days established by Fed. R. Civ. P. 4(m).

Further, the process server affidavit recites that Defendant advised the process server through the door and by phone to place the complaint and summons in the door of Defendant's residence, so that service was accomplished in an appropriate manner. *See Novak v. World Bank,* 703 F.2d 1305, 1310 n.14 (D.C. Cir. 1983) (when a defendant refuses to accept service, service may be effected by leaving the papers at a location near the defendant); *Modern Electric Corp. v. Walsh,* 197 F.R.D. 196, 197-98 (D.D.C. 2000) (the defendant was properly served when the process server informed the defendant that the server had papers for him while the defendant

boarded the boat where he lived; the server attempted to give the papers to the defendant; and the server left the papers on the pier); 4A Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1095 (3d ed. 2002) (if a defendant refuses to accept service after being informed by the process server of the nature of the papers, it is usually sufficient, if touching the person is impossible, to leave the papers in the defendant's physical proximity).

For the above reasons, Plaintiff requests that the Court dismiss the order to show cause.

                                                Respectfully submitted,

                                                *s/ Donald M. Temple*
Donald M. Temple, D.C. Bar No. 408749
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
202-628-1101

Edward J. Connor, D.C. Bar No. 321505
5210 Auth Road, Suite 304
Camp Springs, MD 20746
301-899-7801

Elizabeth Alexander, D.C. Bar No. 412904
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005
202-393-4930

Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036
202-457-0800

Counsel for Plaintiff

January 25, 2006