IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT, Individually an as )
Personal Representative of the Estate of )
JONATHAN MAGBIE, Deceased, )
)
    Plaintiff )
) Civil Action 1:05-cv-01853-RWR
v. )
)
DISTRICT OF COLUMBIA et al., )
)
    Defendants. )
)

## AFFIDAVIT OF PATRICIA SINGLEY

Patricia Singley, being duly sworn, states as follows:

1. I am over the age of 18 years, and have personal knowledge of the facts stated in this affidavit. I make this affidavit in support of my Motion to Quash Service of Summons and Complaint.

2. I have reviewed the Return of Service filed by a M.M. Shapiro, process server, in this matter. The events described therein simply did not happen.

3. In particular, although I recall speaking to a process server by telephone toward the end of October, 2005, I did **not** instruct any process server—either through the door or via telephone—to leave the Summons and Complaint in my door.

4. The assertions of Shapiro are simply unfounded.

                                                     _/s/ Patricia Singley_
                                                   Patricia Singley

District of Columbia            )

Subscribed and Sworn to before me this 2nd day of February, 2006.

                                           _David S. Felter_
                                             Notary Public

My Commission Expires:

David S. Felter
Notary Public, District of Columbia
My Commission Expires 07-31-2007