IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, Individually an as<br>Personal Representative of the Estate of<br>JONATHAN MAGBIE, Deceased,<br><br>    Plaintiff<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>    Defendants. | Civil Action 1:05-cv-01853-RWR |

**ORDER GRANTING MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT
OF DEFENDANT PATRICIA SINGLEY**

Upon consideration of the Motion to Quash Service of Summons and Complaint of Defendant Patricia Singley, any opposition thereto, and any hearing held thereon, it is hereby

ORDERED that Defendant Patricia Singley's Motion to Quash is GRANTED, and Plaintiff's claims against Patricia Singley are dismissed without prejudice for failure to serve within 120-day period prescribed by Rule 4(m).

                                                          _____
                                                         UNITED STATES DISTRICT JUDGE

Dated: _____