UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT,** | ) |
| | ) |
|     Plaintiff. | ) |
| | ) |
| v. | ) Civil Action No. 1:05-1853 (RWR) |
| | ) |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.* | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## NOTICE OF WITHDRAWAL

The Clerk of the Court will please WITHDRAW the appearance of Assistant Attorney General Shana L. Frost as counsel for the District of Columbia in the above-captioned matter.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

\_\_/s/_____
NICOLE L. LYNCH (471953)
Chief, Section II

\_\_\_/s/_____
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov