UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, | ) |
|           Plaintiff, | ) |
| v. | )   No. 05-cv-1853 (RWR) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
|           Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO
DEFENDANT DISTRICT OF COLUMBIA'S MOTION TO DISMISS**

Plaintiff moves for leave to file a sur-reply to defendant District of Columbia's motion to dismiss. Plaintiff filed her opposition to the District's motion on January 10, 2006. In that opposition, Plaintiff inadvertently failed to respond to an argument contained in a footnote to the District's Amended Motion to Dismiss, Dec. 28, 2005 [R. Doc. 23], and Second Amended Motion to Dismiss, Dec. 29, 2005 [R. Doc. 25], but not in the District's initial Motion to Dismiss, Dec. 27, 2005 [R. Doc. 20]. *See* Def. Dist. of Columbia's Mot. to Correct Erroneous Docket Entry with Regard to the Def.'s Mot. to Dismiss and for Leave to File a Second Amended Mot. to Dismiss, Dec. 29, 2005, ¶ 2 [R. Doc. 24] ("The District also added one additional substantive footnote to the Motion to Dismiss."). The argument, which pertains only to Plaintiff's claims under the D.C. Human Rights Act, originally appeared in a single footnote, but now occupies over two pages in the District's reply brief. *Compare* [R. Doc. 25] at 22 n.11 *with* Def. Dist. of Columbia's Reply to Pl.'s Opp. to its Mot. to Dismiss, Feb. 1, 2006, 16-18 [R. Doc. 31].

The District acknowledged that the filing of three versions of its motion to dismiss might

1

create "confusion," and assured the Court that no party would be prejudiced by permitting the District to file a third version. [R. Doc. 24] at ¶ 5. Plaintiff's failure to respond to the argument contained in footnote 11 was due to the confusion created by the multiple versions of the District's motion. No party will be prejudiced if the Court now permits Plaintiff to file a concise sur-reply responding solely to that argument.

On February 3, 2006, Plaintiff's counsel left voicemail messages with Assistant Attorneys General Steven J. Anderson and Dana K. DeLorenzo, as well as Holly Johnson, Chief of General Litigation, Section III. Plaintiff's counsel has received no response from counsel for the District. The District's position with respect to this motion is therefore unknown.

A proposed order is filed herewith.

                                                                                           Respectfully submitted,

                                                                                           _s/ Donald M. Temple_
Donald M. Temple, D.C. Bar No. 408749
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
202-628-1101

Edward J. Connor, D.C. Bar No. 321505
5210 Auth Road, Suite 304
Camp Springs, MD 20746
301-899-7801

Elizabeth Alexander, D.C. Bar No. 412904
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005
202-393-4930

Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036
202-457-0800

Counsel for Plaintiff

February 6, 2006