UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, | ) |
|       Plaintiff, | ) |
| v. | )   No. 05-cv-1853 (RWR) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
|       Defendants. | ) |

### ORDER

Upon consideration of the Plaintiff's motion for leave to file a sur-reply to Defendant District of Columbia's motion to dismiss, and any response thereto, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Plaintiff's Sur-Reply to Defendant District of Columbia's Motion to Dismiss, filed February 6, 2006, shall be deemed filed.

Dated: _____, 2006

                                                                             _____
                                                                             Richard W. Roberts
                                                                             United States District Judge

Copies to:
Donald M. Temple, Esq.
1229 15th Street, NW
Washington, DC 20005

Edward J. Connor, Esq.
5210 Auth Road, Suite 304
Camp Springs, MD 20746

Elizabeth Alexander
915 15th Street, NW, 7th Floor
Washington, DC 20005

Arthur B. Spitzer
1400 20th Street, NW, Suite 119
Washington, DC 20036

Robert J. Spagnoletti, AG
George C. Valentine, DAG
Holly M. Johnson
Steven J. Anderson, AAG
Dana K. DeLorenzo, AAG
441 4th Street, NW, Suite 6S61
Washington, DC 20001