AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MARY R. SCOTT, Individually and as Personal Representative
of the Estate of JONATHAN MAGBIE, Deceased,

          Plaintiff,

    V.

DISTRICT OF COLUMBIA; ODIE WASHINGTON; JOSEPH BASTIEN, MD;
T. WILKINS DAVIS, MD; CENTER FOR CORRECTIONAL HELATH AND POLICY STUDIES, INC.;
CORRECTIONS CORPORATION OF AMERICA;
MALEK MALEKGHASEMI, MD; SUNDAY NWOBU, MD;
PAULINE OJELFO, LPN; GBENGA OGUNDIPE, LPN; OFFICER SINGLEY;
GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION I,
   d/b/a GREATER SOUTHEAST COMMUNITY HOSPITAL,
WILLIAM S. VAUGHN, MD; and ROTIMI A. ILUYOMADE, MD
          Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV01853

JUDGE: Richard W. Roberts

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 09/20/2005

TO: (Name and address of Defendant)

OFFICER SINGLEY
1923 Vermont Avenue, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald M. Temple
Temple Law Offices
1229 15th St., N.W.
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      SEP 20 2005

CLERK                                      DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10-27-05 @ 3:00pm |
| NAME OF SERVER (PRINT) M.M. SHAPIRO | TITLE PRS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Debis Schneider advised thru door + on phone to place papers in door

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-27-05          M.M. Shapiro
             Date              Signature of Server

             2020 Pa Ave NW DC.
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.