UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY R. SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-cv-1853 (RWR) |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

Upon consideration of the motion to quash service of summons and complaint of

defendant Patricia Singley, and Plaintiff's response thereto, it is hereby

ORDERED that the motion is DENIED.

Dated: _____, 2006

_____
Richard W. Roberts
United States District Judge

Copies to:
Donald M. Temple, Esq.
1229 15th Street, NW
Washington, DC 20005

Edward J. Connor, Esq.
5210 Auth Road, Suite 304
Camp Springs, MD 20746

Elizabeth Alexander
915 15th Street, NW, 7th Floor
Washington, DC 20005

Arthur B. Spitzer
1400 20th Street, NW, Suite 119
Washington, DC 20036

Daniel P. Struck
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012

Kevin L. Newsome
Rebecca E. Kuehn
LeClair Ryan, P.C.
225 Reinekers Lane
Suite 700
Alexandria, VA 22314