UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-cv-1853 (RWR) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF FILING OF A SECOND RETURN OF SERVICE ON
DEFENDANT ODIE WASHINGTON**

Plaintiff hereby gives notice of the filing of a second Return of Service on Defendant Odie Washington. A copy of the Return of Service is filed herewith.

Respectfully submitted,

 *s/ Elizabeth Alexander*
Elizabeth Alexander, D.C. Bar No. 412904
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005
202-393-4930

Donald M. Temple, D.C. Bar No. 408749
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
202-628-1101

Edward J. Connor, D.C. Bar No. 321505
5210 Auth Road, Suite 304
Camp Springs, MD 20746
301-899-7801

1

                                        Arthur B. Spitzer, D.C. Bar No. 235960
                                        American Civil Liberties Union
                                            of the National Capital Area
                                        1400 20th Street, NW, Suite 119
                                        Washington, DC 20036
                                        202-457-0800

                                        Counsel for Plaintiff

February 22, 2006.