AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MARY R. SCOTT, Individually and as Personal
Representative of the Estate of JONATHAN MAGBIE, Deceased,

Plaintiff,

V.

DISTRICT OF COLUMBIA, et al.,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV01853RWR

TO: (Name and address of Defendant)

ODIE WASHINGTON
500 North Market Place Drive
Centerville, UT 81014-1708

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Donald M. Temple
Temple Law Offices
1229 15th Street, NW
Washington, DC 20005

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

_Jackie Frazier_ (signature)

(By) DEPUTY CLERK

JAN 27 2006

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 02-06-06  @  3:14 PM |
| NAME OF SERVER *(PRINT)* Sherri Berrest | TITLE Private Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Centerville, Utah 84014    500 N Market Place Drive

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   02-06-06
              Date

Signature of Server: *Sherri Berrest*

Address of Server: PO Box 964  Sandy, Utah 84091

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.