IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MARY SCOTT, ET AL.** | * | |
| Plaintiffs, | * | Case No. 1:05-cv-01853-RWR |
| v. | * | |
| **DISTRICT OF COLUMBIA, ET AL.** | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ERRATA

Will the court of this Honorable court please substitute the 16.3 Statement which was filed on March 3, 2006 with the attached corrected 16.3 statement

Respectfully submitted,

_____
Donald M. Temple, Esq.
TEMPLE LAW OFFICES
1229 15TH Street, N.W.
Washington, D.C. 20005
202-628-1101
202-628-1149