UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No. 05-cv-1853 (RWR) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**PLAINTIFF'S MOTION FOR PERMISSION TO PARTICIPATE IN INITIAL
SCHEDULING CONFERENCE BY TELEPHONE**

Plaintiff, by her undersigned counsel, requests permission for Plaintiff's co-counsel

Elizabeth Alexander to participate by telephone in the Initial Scheduling Conference on May 5,

2006. The grounds for this motion are set forth in the accompanying memorandum.

Respectfully submitted,

_s/ Donald M. Temple_
Donald M. Temple, D.C. Bar No. 408749
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
202-628-1101

Counsel for Plaintiff

April 17, 2006