UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-cv-1853 (RWR) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR PERMISSION TO PARTICIPATE IN INITIAL SCHEDULING CONFERENCE BY TELEPHONE**

The Court has set the Initial Scheduling Conference in this case for 10:30 a.m. on May 5, 2006. Plaintiff's co-counsel Elizabeth Alexander will be in Geneva, Switzerland in connection with her work on May 3-May 9, 2006. Ms. Alexander is very actively involved in briefing this case and its preparation for trial.

Because of the large number of counsel in this case, rescheduling the Initial Scheduling Conference would be difficult. Rescheduling would also be likely to delay proceedings. For these reasons, rather than requesting rescheduling, Plaintiff asks that Ms. Alexander be allowed to participate in the Initial Scheduling Conference by telephone. Granting this request will allow the Initial Scheduling Conference to proceed without delay but with full participation by all counsel.

Plaintiff has attempted to determine the views of opposing counsel with regard to this request.[1] Opposing counsel for all Defendants except Greater Southeast Community Hospital

---

[1] In light of the relatively short time before the Initial Scheduling Conference, and the number of counsel involved, Plaintiff's counsel contacted opposing counsel by e-mail. A follow-up telephone call was made to those counsel not responding.

1

("Greater Southeast") do not oppose this request. Plaintiff has not received a response from counsel for Greater Southeast.

        Respectfully submitted,

        *s/ Donald M. Temple*
Donald M. Temple, D.C. Bar No. 408749
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
202-628-1101

Edward J. Connor, D.C. Bar No. 321505
5210 Auth Road, Suite 304
Camp Springs, MD 20746
301-899-7801

Elizabeth Alexander, D.C. Bar No. 412904
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005
202-393-4930

Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036
202-457-0800

Counsel for Plaintiff

April 17, 2006