UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, | ) |
|       Plaintiff, | ) |
| v. | ) No. 05-cv-1853 (RWR) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
|       Defendants. | ) |

**ORDER**

Upon consideration of Plaintiff's Motion for Permission to Participate in Initial Scheduling Conference by Telephone, and any response thereto, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Plaintiff's co-counsel Elizabeth Alexander may participate in the Initial Scheduling Conference on May 5, 2006 by telephone.

Date: _____, 2006

_____
Hon. Richard W. Roberts
United States District Judge

Copies to:

Donald M. Temple
TEMPLE LAW OFFICE
1229 15th Street, NW
Washington, DC 20005

Edward J. Connor
5210 Auth Road, Suite 304
Camp Springs, MD 20746

Elizabeth Alexander
NATIONAL PRISON PROJECT
  OF THE ACLU FOUNDATION
915 15th Street, NW, 7th Floor
Washington, DC 20005

Arthur B. Spitzer
AMERICAN CIVIL LIBERTIES UNION
  OF THE NATIONAL CAPITAL AREA
1400 20th Street, NW, Suite 119
Washington, DC 20036

Steven J. Anderson
OFFICE OF CORPORATION COUNSEL
441 Fourth Street, NW
Suite 600 S
Washington, DC 20001

Dana K. DeLorenzo
Shana Lyn Frost
E. Louise Phillips
OFFICE OF THE ATTORNEY GENERAL
  FOR THE DISTRICT OF COLUMBIA
441 Fourth Street, NW
6th Floor South
Washington, DC 20001

Andrew J. Spence
HAMILTON ALTMAN CANALE
  & DILLON, LLC
10306 Eaton Pl., Suite 100
Fairfax, VA 22030

Daniel P. Struck
JONES, SKELTON & HOCHULI
2901 N. Central Ave., Suite 800
Phoenix, AZ 85012

Rebecca Everett Kuehn
Megan Starace Ben'Ary
LECLAIR RYAN
225 Reinekers Lane, Suite 700
Alexandra, VA 22314

Catherine A. Hanrahan
Alan J. Rumsey
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER
1341 G Street, NW
Washington, DC 20005

D'Ana E. Johnson
BONNER KIERNAN TREBACH
 & CROCIATA
1250 Eye Street, NW
Suite 600
Washington, DC 20005