THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

MARY SCOTT,

    Plaintiff,

v.                                 C.A. No. 05-1853 (RWR)

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

**DEFENDANT'S DISTRICT OF COLUMBIA AND CCA (FOR MEDICAL ISSUES ONLY) SUPPLEMENT TO RULE 16.3(d) REPORT**

Defendant District of Columbia, by its counsel Steven Anderson and E. Louise R. Phillips, Assistant Attorney General, on behalf of the Correctional Corporation of America (CCA) for the medical allegations against CCA while the plaintiff's decedent was incarcerated within the Correctional Treatment Facility only, file the following supplement to the Rule 16(d) Report filed by the other parities:

    1. **Dispositive Motions:** DC has pending motions and E. Louise R. Phillips, Assistant Attorney General, on behalf of the Correctional Corporation of America (CCA) for the medical allegations against CCA while the plaintiff's decedent was incarcerated within the Correctional Treatment Facility only ("CCA-M") plans to file a motion to dismiss.

    **2. Joinder of Other Parities/Amendment to Pleadings/Narrowing Issues:** These defendants agree with the other parties. CCA-M suggest that joinder should occur within 3 months after its planned motion is decided.

    3. **Assignment to a Magistrate Judge**: These defendants agree with the other parties.

4**. Whether There is a Realistic Possibility of Settlement:** These defendants will consider a reasonable settlement offer.

**5. Whether the Case Could Benefit From ADR:** Defendants would like to participate in ADR after all dispositive motions are decided.

**6. Dispositive Motions:** These defendants agree with the other parties.

7. **Rule26(a)(1) Initial Disclosures**: CCA-M takes no position**.** The District requests that initial disclosures be waived.

**8.  Discovery Matters:**

**(a) Commencement of Discovery:**  The District requests that discovery against the District be stayed until its motions pending are decided.  CCA-M asks that discovery be stayed until after its planned motion to dismiss is decided.

(**b) Extent of Discovery:**  The District and CCA-M request that each party be allowed 25 interrogatories, that depositions be limited to four hours and five per party excluding experts.

**(c) Length of Discovery:**  These defendants propose that discovery be allowed for nine months.

**(d) Limits:** See (b) above.

**9. Expert Designations:** The District and CCA-M are opposed to rebuttal experts.  In the event plaintiff feels she needs a rebuttal expert she should file a motion showing why.  The District and CCA-M ask that they be allowed to name experts 60 days after plaintiff's expert is designated.

**10. Class Certification:** These defendants agree with the other parties.

**11. Bifurcation of Trial:** The District asks that the constitutional claim regarding municipal laiblity be tried separately from the claim regarding the incident involving plaintiff's decedent. CCA-M joins in the District request and also asks that a trial on punitive damages be bifurcated.

**12. Pretrial Conference:** These defendants agree with the other parties.

**13. Trial:** These defendants agree with the other parties.

**14. Other Matters:** These defendants agree with the other parties.

For the District of Columbia:

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    HOLLY JOHNSON
    Chief, General Litigation Section III

    STEVEN J. ANDERSON
    Assistant Attorney General
    Bar no. 334480
    Suite 600S
    441 Fourth Street, N.W.
    Washington, D.C. 20001
    (202) 724-6607
    (202) 727-3625 (fax)
    E-mail:  Steve.anderson@dc.gov

For CCA-M:

    Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
NICOLE L. LYNCH [471953]
Chief
General Litigation Section II

BY: _____
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6519, (main)(202) 724-6669
fax: (202) 727-3625
louise.phillips@dc.gov