IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, Individually an as Personal Representative of the Estate of JONATHAN MAGBIE, Deceased,<br><br>Plaintiff<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action 1:05-cv-01853-RWR |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6, Kelvin L. Newsome hereby enters his appearance as co-counsel for Defendants Corrections Corporation of America and Patricia Singley.

The firm address, telephone and facsimile numbers, as well as e-mail address for Kelvin L. Newsome is as follows:

    Kelvin L. Newsome
    LeClair Ryan
    999 Waterside Drive, Suite 2525
    Norfolk, VA  23510
    Telephone No.:  (757) 441-8938
    Facsimile No.:   (757) 441-8988
    kelvin.newsome@leclairryan.com

    Respectfully submitted,

    LECLAIR RYAN

    _____/s/_____
    Kelvin L. Newsome (D.C. Bar No. 439206)
    LeClair Ryan
    999 Waterside Drive, Suite 2525
    Norfolk, VA  23510
    Telephone No.:  (757) 441-8938
    Facsimile No.:   (757) 441-8988

Megan S. Ben'Ary (D.C. Bar No. 493415)
225 Reinekers Lane
Suite 700
Alexandria, VA  22314
(703) 684-8007
(703) 684-8075 (fax)

Daniel P. Struck (D.C. Bar No. CO0037)
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, AZ  85012
(602) 263-7323