IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, Individually an as Personal Representative of the Estate of JONATHAN MAGBIE, Deceased,<br><br>    Plaintiff<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>    Defendants. | Civil Action 1:05-cv-01853-RWR |

## NOTICE OF WITHDRAWAL

Please take notice that effective May 5, 2006, Rebecca E. Kuehn of LeClair Ryan, A Professional Corporation hereby withdraws as counsel for Defendants Corrections Corporation of America and Patricia Singley in the above-captioned matter as she is taking a position with the federal government. These defendants will continue to be represented by Kelvin L. Newsome and Megan S. Ben'Ary, of LeClair Ryan, and Daniel P. Struck, of Jones, Skelton & Hochuli, P.L.C.

Dated this 4th day of May 2006.

Respectfully submitted,

    /s/ Rebecca E. Kuehn
Rebecca E. Kuehn (D.C. Bar No. 447481)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane
Suite 700
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Facsimile: (703) 684-8075