### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT, Individually and as** | ) |
| **Personal Representative of the Estate of** | ) |
| **JONATHAN MAGBIE, Deceased** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No.  1:05CV01853 (RWR** |
| | ) |
| **CENTER FOR CORRECTIONAL HEALTH** | ) |
| **AND POLICY STUDIES, INC.** | ) |
| | ) |
| **Defendants.** | ) |

### PRAECIPE OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Karen R. Turner, Esquire as

Attorney for Center for Correctional Health and Policy Studies, Inc.


Respectfully submitted,



CENTER FOR CORRECTIONAL HEALTH AND
POLICY STUDIES, INC., ET AL.
By Counsel


HAMILTON ALTMAN CANALE & DILLON, LLC


    /s/ Andrew J. Spence
Stephen L. Altman, Esquire        #954057
Andrew J. Spence, Esquire         #421341
Karen R. Turner, Esquire          #434543
10306 Eaton Place, Suite 200
Fairfax, Virginia 22030
(703) 591-9700-Phone
(703) 591-0023-Facsimile
*Counsel for Center for Correctional Health*
*And Policy Studies, Inc.*


1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Praecipe of Appearance. was electronically filed with the Court this 5th day of May, 2006 copies to:

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
*Counsel For Plaintiff*

Arthur B. Spitzer, Esquire
American Civil Liberties Union
1400 20th Street, NW
Suite 119
Washington, DC 20036

Edward J. Connor, Esquire
5210 Auth Road
Suite 304
Camp Springs, MD 20746

Elizabeth Alexander, Esquire
National Prison Project of the ACLU Foundation
915 15th Street, NW
7th Floor
Washington, DC 20005

Catherine A. Hanrahan, Esquire
Alan J. Rumsey, Esquire
1341 G. Street, NW
Suite 500
Washington, DC 20005
*Counsel for Greater Southeast*
*Community Hospital Corporation*

Kevin L. Newsome, Esquire
Rebecca E. Kuehn, Esquire
LeClair Ryan, A Professional Corporation
225 Reinekers Lane
Suite 700
Alexandria, Virginia 22314
*Counsel for Corrections Corporation of America*
*And Officer Patricia Singley*

Daniel P. Struck, Esquire
Jones, Skelton & Hochulli, PLC
2901 North Central Avenue
Suite 800
Phoenix, Arizona 85012
Telephone:  (602) 263-7323
Facsimile:  (602) 200-7811
*Counsel for Defendant, Corrections of America*

Robert J. Spagnoletti, Attorney General
Shana L. Frost, Assistant Attorney General
George C. Valentine, Deputy Attorney General
Nicole L. Lynch, Chief, Section II
441 4th Street, NW, 6th Floor South
Washington, DC 20001
Phone:  202-724-6534
Fax:  202-727-3625
*Counsel for District of Columbia and Odie Washington*

D'Ana E. Johnson, Esquire
Juan M.  Anderson, Esquire
1250 Eye Street, NW
Suite 600
Washington, DC 20005
*Counsel for Rotmi A. Illuyomade, MD*
202-712-7000

/s/Andrew J. Spence
Andrew J. Spence