UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**MARY R. SCOTT,**

    **Plaintiff,**

v.   No. 05-cv-1853 (RWR)

**DISTRICT OF COLUMBIA,** *et al.***,**

    **Defendants.**

---

### PLAINTIFF'S CONSENT MOTION FOR PERMISSION TO DEPOSE PRISONERS

Plaintiff, by her undersigned counsel, and with the consent of all opposing parties, requests that the Court grant permission for Plaintiff to depose Daryl Carter and Jason Foster, both of whom are confined under sentence to the Bureau of Prisons. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Respectfully submitted,

   *s/ Donald M Temple*
Donald M. Temple, D.C. Bar No. 408749
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
202-628-1101

Edward J. Connor, D.C. Bar No. 321505
5210 Auth Road, Suite 304
Camp Springs, MD 20746
301-899-7801

Elizabeth Alexander, D.C. Bar No. 412904
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005
202-393-4930

                              Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036
202-457-0800

Counsel for Plaintiff

Dated:  May 18, 2006