UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**MARY R. SCOTT,**

    **Plaintiff,**

v.                                        No. 05-cv-1853 (RWR)

**DISTRICT OF COLUMBIA,** *et al.*,

    **Defendants.**

_____

**ORDER**

Upon consideration of Plaintiff's consent motion to depose prisoners Daryl Carter and Jason Foster, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that, pursuant to Fed. R. Civ. P. 30(a)(2), Plaintiff is granted leave to depose prisoners Daryl Carter and Jason Foster.


Dated: May ____ , 2006

                                                                        _____
                                                                         Hon. Richard W. Roberts
                                                                         United States District Judge