UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MARY R. SCOTT,**

      **Plaintiff,**

v.                                                                                No. 05-cv-1853 (RWR)

**DISTRICT OF COLUMBIA,** *et al.*,

      **Defendants.**

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: The Honorable Richard W. Roberts, United States District Judge:

      Daryl Carter (D.C. No. 229346 and Bureau of Prisons No. 11844016), serving a sentence in the Bureau of Prisons, is currently confined at the District of Columbia Central Detention Facility. Plaintiff wishes to take Mr. Carter's deposition, and it would be convenient for all parties to have Mr. Carter's deposition taken while he remains in the District of Columbia.

      WHEREFORE, petitioner Mary Scott, with the consent of all parties to this litigation, prays that the Court issue a writ of habeas corpus ad testificandum to require that Mr. Carter remain at the District of Columbia Central Detention Facility or the Correctional Treatment Facility until his deposition on June 20, 2006 is completed. Petitioner further prays that Mr. Carter be released to the United States Marshals for such transportation as is appropriate following completion of that deposition.

Respectfully submitted,

_s/ Donald M Temple_
Donald M. Temple, D.C. Bar No. 408749
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
202-628-1101

Edward J. Connor, D.C. Bar No. 321505
5210 Auth Road, Suite 304
Camp Springs, MD 20746
301-899-7801

Elizabeth Alexander, D.C. Bar No. 412904
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005
202-393-4930

Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036
202-457-0800

Counsel for Plaintiff

November 29, 2005