## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

**MARY R. SCOTT,**

       **Plaintiff,**

**v.**                               **No. 05-cv-1853 (RWR)**

**DISTRICT OF COLUMBIA,** *et al.*,

       **Defendants.**

_____

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: Devon Brown, Director
     District of Columbia Department of Corrections
     1923 Vermont Avenue
     Washington, D.C.

     We command that you have the body of Daryl Carter (D.C. No. 229346 and Bureau of Prisons No. 11844016), detained at the Central Detention Facility while serving a sentence in the Bureau of Prisons, available for deposition at the Central Detention Facility or the Correctional Treatment Facility in the District of Columbia on June 20, 2006. The prisoner shall be there to give testimony by deposition in this case. When that deposition has concluded, the prisoner shall be returned to the custody of the United States Marshals.

SO ORDERED THIS _____ day of _____, 2006.

                                      _____
                                      Hon. Richard W. Roberts
                                      United States District Judge