IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, Individually and as Personal Representative of the Estate of JONATHAN MAGBIE, Deceased,<br><br>                Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action 1:05-cv-01853 (RWR)<br>)<br>)<br>)<br>)<br>) |

MOTION FOR ADMISSION PRO HAC VICE

      COMES NOW the undersigned attorney, Megan S. Ben'Ary, Esquire, in accordance with the provisions of LCvR 83.2(d) and moves this Court for the entry of an order admitting Eugenia Vroustouris *pro hac vice* for purposes of participation at the trial of the above-styled case on behalf of Defendants Corrections Corporation of America and Patricia Singley, and

      IN ACCORDANCE with the provisions of LCvR 83.2(d), the Declaration of Eugenia Vroustouris Seeking Pro Hac Vice Admission is attached.

      Respectfully submitted,

      LECLAIR RYAN

      /s/ Megan S. Ben'Ary
      Megan S. Ben'Ary (D.C. Bar No. 493415)
      LeClair Ryan
      225 Reinekers Lane, Suite 700
      Alexandria, VA  22314
      Telephone No.:  (703) 684-8007
      Facsimile No.:   (703) 684-8075

        Kelvin L. Newsome (D.C. Bar No. 439206)
        LeClair Ryan
        999 Waterside Drive, Suite 2525
        Norfolk, VA  23510
        Telephone No.:  (757) 441-8938
        Facsimile No.:   (757) 441-8988

        Daniel P. Struck (D.C. Bar No. CO0037)
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Avenue
        Suite 800
        Phoenix, AZ  85012
        (602) 263-7323

Filed Electronically this 24th day of May, 2006.