IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, Individually and as Personal Representative of the Estate of JONATHAN MAGBIE, Deceased,<br><br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action 1:05-cv-01853 (RWR)<br>)<br>)<br>)<br>)<br>) |

ORDER ON MOTION FOR ADMISSION PRO HAC VICE

UPON CONSIDERATION of the motion for entry of an order admitting Eugenia Vroustouris *pro hac vice* in accordance with the provisions of LCvR 83.2(d),

IT IS HEREBY ORDERED that the motion is GRANTED and that Eugenia Vroustouris is admitted *pro hac vice* for purposes of participation at the trial of the above-styled case on behalf of Defendants Corrections Corporation of America and Patricia Singley.

ENTERED this _____ day of _____, 2006.

_____
Judge, United States District Court