UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MARY R. SCOTT,

    Plaintiff,

v.                                                                  No. 05-cv-1853 (RWR)

DISTRICT OF COLUMBIA, et al.,

    Defendants.

_____

**PLAINTIFF'S CONSENT MOTION FOR ORDER TO RETAIN PRISONER AT JAIL**

      Plaintiff, with the consent of all counsel, requests that this Court order that Daryl Carter (D.C. No. 229346 and Bureau of Prisons No. 11844016) be retained at the District of Columbia Central Detention Facility or the Correctional Treatment Facility until he completes his testimony at a deposition scheduled for June 20, 2006. The grounds for this motion are set forth in the accompanying memorandum.

                                            Respectfully submitted,

                                              *s/ Donald M. Temple*
                                         Donald M. Temple, D.C. Bar No. 408749
                                         Temple Law Office
                                         1229 15th Street, NW
                                         Washington, DC 20005
                                         202-628-1101

                                         Edward J. Connor, D.C. Bar No. 321505
                                         5210 Auth Road, Suite 304
                                         Camp Springs, MD 20746
                                         301-899-7801

Elizabeth Alexander, D.C. Bar No. 412904
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005
202-393-4930

Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036
202-457-0800

Counsel for Plaintiff

May 25, 2006