UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MARY R. SCOTT,

            Plaintiff,

v.                                        No. 05-cv-1853 (RWR)

DISTRICT OF COLUMBIA, et al.,

            Defendants.

_____

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S CONSENT MOTION FOR ORDER TO RETAIN PRISONER AT JAIL**

       Daryl Carter (D.C. No. 229346 and Bureau of Prisons No. 11844016) is serving a sentence in the Bureau of Prisons, but currently finds himself in the Central Detention Facility of the District of Columbia Department of Corrections. He was transferred to the District to testify in connection with his post-conviction challenge to his sentence pursuant to 28 U.S.C. § 2255. That challenge was until very recently pending before the Honorable Gladys Kessler but has now been denied. Mr. Carter believes that he will be transferred to USP-Orlando when he leaves the District of Columbia.

       Mr. Carter was a porter in the Infirmary in the Correctional Treatment Facility in September 2004 during the time that Jonathan Magbie was confined there, and had substantial contact with Mr. Magbie because of his duties in that unit. Plaintiff believes that his testimony will be highly relevant at trial. In light of Mr. Carter's current presence in the District of Columbia, it would be beneficial to all parties, including the District of Columbia, if Mr. Carter could be deposed in the District of Columbia prior to his retransfer to a Bureau of Prisons

facility.  Allowing the deposition to go forward here would also serve to reduce the costs and

burdens of this litigation, particularly in light of the number of parties involved.  Plaintiff

proposes to conduct that deposition on June 20, 2006.

This motion is filed with the consent of all opposing parties.[1]  Plaintiff's counsel has

spoken to the United States Attorney who represented the government in Mr. Carter's § 2255

motion.  Last week, she indicated that Mr. Carter would not be moved for at least another week,

and that the United States takes no position on this motion.  She has agreed not to contact the

U.S. Marshal's Service pending resolution of this motion.  Because it would advance this

litigation without interfering with any other significant interest to allow Mr. Carter to remain in

the District of Columbia until he can be deposed on June 20, 2006 Plaintiff urges that this

Petition be granted.

Respectfully submitted,
       *s/ Donald M. Temple*
Donald M. Temple, D.C. Bar No. 408749
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
202-628-1101

Edward J. Connor, D.C. Bar No. 321505
5210 Auth Road, Suite 304
Camp Springs, MD 20746
301-899-7801

Elizabeth Alexander, D.C. Bar No. 412904
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005
202-393-4930

---

[1]  All opposing counsel orally indicated consent during a telephone conference call on
May 17, 2006.

Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036
202-457-0800

Counsel for Plaintiff

May 25, 2006