UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

M<small>ARY</small> R. SCOTT,

    Plaintiff,

v.                                                                                  No. 05-cv-1853 (RWR)

DISTRICT OF COLUMBIA, et al.,

    Defendants.

_____

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Retain Prisoner at Jail, May 25, 2006, it is

ORDERED that the motion is GRANTED; and it is further

ORDERED that the U.S. Marshals Service shall allow Daryl Carter (D.C. No. 229346 and Bureau of Prisons No. 11844016) to remain in the District of Columbia Central Detention Facility or the Correctional Treatment Facility until the conclusion of his deposition scheduled for June 20, 2006. It is further

ORDERED that, at the conclusion of Mr. Carter's deposition, the U.S. Marshals Service shall return Mr. Carter to his designated Bureau of Prisons facility.

Dated: May ____, 2006

                                                                                                      _____
                                                                                                      Hon. Deborah A. Robinson
                                                                                                      United States Magistrate Judge