UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

Mary R. SCOTT,

      Plaintiff,

v.                                                                  No. 05-cv-1853 (RWR)

DISTRICT OF COLUMBIA, et al.,

      Defendants.

_____

**NOTICE OF WITHDRAWAL OF MOTION**

Plaintiff hereby withdraws Plaintiff's Consent Motion for Order to Retain Prisoner at Jail, filed May 25, 2006.

Respectfully submitted,

*s/ Donald M. Temple*
Donald M. Temple, D.C. Bar No. 408749
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
202-628-1101

Edward J. Connor, D.C. Bar No. 321505
5210 Auth Road, Suite 304
Camp Springs, MD 20746
301-899-7801

Elizabeth Alexander, D.C. Bar No. 412904
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005
202-393-4930

                                        Arthur B. Spitzer, D.C. Bar No. 235960
                                        American Civil Liberties Union
                                          of the National Capital Area
                                        1400 20th Street, NW, Suite 119
                                        Washington, DC 20036
                                        202-457-0800

                                        Counsel for Plaintiff

May 30, 2006