IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT, individually and as )
Personal Representative of the Estate of )
JONATHAN MAGBIE, Deceased )
                                         )
            Plaintiff,                   )
                                         )   Civil Action 1:05-cv-01853 (RWR)
      v.                                 )
                                         )
DISTRICT OF COLUMBIA, et al.             )
                                         )
_____)

MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW the undersigned attorney, Megan S. Ben'Ary, Esquire, in accordance with the provisions of LCvR 83.2(d) and moves this Court for the entry of an Order admitting Shannon M. Ivanyi *pro hac vice* for purposes of participation in depositions and at the trial of the above-styled case on behalf of Defendants Corrections Corporation of America and Patricia Singley, and

IN ACCORDANCE with the provisions of LCvR 83.2(d), the Declaration of Shannon Ivanyi Seeking *Pro Hac Vice* Admission is attached.

Respectfully submitted,

LECLAIR RYAN


                    /s/ Megan S. Ben'Ary
Megan S. Ben'Ary (D.C. Bar No. 493415)
LeClair Ryan
225 Reinekers Lane, Suite 700
Alexandria, VA   22314
Telephone No.:  (703) 684-8007
Facsimile No.:  (703) 684-8075

1

        Kelvin L. Newsome (D.C. Bar No. 439206)
        LeClair Ryan
        999 Waterside Drive, Suite 252
        Norfolk, VA  23510
        Telephone No.:  (757) 441-8938
        Facsimile No.:  (737) 441-8988

        Daniel P. Struck (D.C. Bar No. CO0037)
        Jones, Skelton & Hochuli, P.L.C.
        2901 North Central Avenue
        Suite 800
        Phoenix, AZ  85012
        Telephone No.:  (602) 263-7323
        Facsimile No.:  (602) 200-7811

Filed Electronically this 7th day of June, 2006.