IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT, individually and as )
Personal Representative of the Estate of )
JONATHAN MAGBIE, Deceased )
)
)
Plaintiff, )
) Civil Action 1:05-cv-01853 (RWR)
v. )
)
DISTRICT OF COLUMBIA, et al. )
)
_____ )

## DECLARATION OF SHANNON M. IVANYI
## SEEKING PRO HAC VICE ADMISSION

I, Shannon M. Ivanyi, hereby declare that:

1. My full name is Shannon M. Ivanyi.

2. My office address and phone number are: 2901 North Central Avenue, Suite 800, Phoenix, Arizona, 85012; (602) 263-1708.

3. I am admitted to the Arizona State Bar, as well as the United States District Court for the District of Arizona.

4. I have never been disciplined by any Bar and have attached a Certificate of Good Standing issued by the United States District Court for the District of Arizona.

5. I have never been admitted *pro hac vice* in this Court.

6. I do not practice law from an office located in the District of Columbia.

_____
Shannon M. Ivanyi

SWORN TO AND SUBSCRIBED before me this 6th day of June, 2006.

_____
Notary Public

My Commission Expires: August 2, 2006

OFFICIAL SEAL
CHERYL A. SAVAGE
NOTARY PUBLIC - STATE OF ARIZONA
MARICOPA COUNTY
My Commission Expires Aug. 2, 2006

1

AO136 (Rev. 9/98) Certificate of Good Standing

# United States District Court

DISTRICT OF **Arizona**

**CERTIFICATE OF GOOD STANDING**

I, __Richard H. Weare__, Clerk of this Court,

certify that __Shannon M. Ivanyi__ as duly admitted

to practice in this Court on __July 12, 1999__,
                                    *DATE*

and is in good standing as a member of the Bar of this Court.

Dated at __Phoenix, AZ__ on __June 6, 2006__
           *LOCATION*              *DATE*

__Richard H. Weare__          *[signature]*
       *CLERK*                         *DEPUTY CLERK*