IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, individually and as Personal Representative of the Estate of JONATHAN MAGBIE, Deceased<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.* | )<br>)<br>)<br>)<br>)<br>)   Civil Action 1:05-cv-01853 (RWR)<br>)<br>)<br>)<br>)<br>) |

ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

UPON CONSIDERATION of the motion for entry of an Order admitting Shannon M. Ivanyi *pro hac vice* in accordance with the provisions of LCvR 83.2(d),

IT IS HEREBY ORDERED that the motion is GRANTED and that Shannon M. Ivanyi is admitted *pro hac vice* for purposes of participation in depositions and at the trial of the above-styled case on behalf of Defendants Corrections Corporation of America and Patricia Singley.

ENTERED this _____ day of _____, 2006.

_____
Judge, United States District Court