UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT,

    Plaintiff,

v.

                                                   C.A. No. 05-1853 (WRW) RWR

DISTRICT OF COLUMBIA, *ET AL.*,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that the Odie Washington, defendant in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order of the District Court, which denied, in part, his motion to dismiss the complaint on grounds of qualified immunity, entered in this action the 23rd day of May 2006.

                                        ROBERT J. SPAGNOLETTI
                                        Attorney General for
                                        the District of Columbia

                                        /s/ Edward Schwab
                                        EDWARD E. SCHWAB
                                        Deputy Solicitor General
                                        Office of the Solicitor General
                                        441 Fourth Street, N.W., 6S102
                                        Washington, D.C. 20001

**RECEIVED**

JUN 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT