UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT, individually and as Personal Representative of the Estate of JONATHAN MAGBIE,** ) ) ) ) | |
| **Plaintiff.** ) ) | |
| v. ) ) ) | Civil Action No. 05-1853 (RWR) |
| **DISTRICT OF COLUMBIA,** *et al.* ) ) | |
| **Defendants.** ) ) | |

**DISTRICT OF COLUMBIA'S AND ODIE WASHINGTON'S MOTION FOR LEAVE TO LATE FILE A RESPONSIVE PLEADING**

The defendants, by and through undersigned counsel, herein submit the following Motion for leave to late file a responsive pleading. The defendants request that the responsive pleading, attached hereto as Exhibit A, be accepted for filing *nunc pro tunc* to June 6, 2006. A memorandum of points and authorities is also attached hereto.

Pursuant to LCvR 7.1(m), the defendants attempted to obtain the consent of all of the parties to the relief requested herein via email. Undersigned counsel also spoke via telephone on June 23, 2006 with Donald, Temple, Esq., lead counsel for the plaintiff, who indicated that he did not object to the relief requested herein. Additionally, counsel for Greater Southeast indicated that it took no position on the request. The defendants have not received a responsive telephone call or email from any of the other affected parties.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Steven Anderson /s/*
STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail: Steve.anderson@dc.gov

*/s/ Dana K. DeLorenzo /s/*
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY R. SCOTT**, individually and as Personal Representative of the Estate of **JONATHAN MAGBIE**, )<br>)<br>)<br>)<br>**Plaintiff.** )<br>)<br>v. )<br>)<br>)<br>**DISTRICT OF COLUMBIA**, *et al.* )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 05-1853 (RWR) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRICT OF COLUMBIA'S AND ODIE WASHINGTON'S MOTION FOR LEAVE TO LATE FILE A RESPONSIVE PLEADING**

The defendants, by and through undersigned counsel, hereby submit the following memorandum in support of their motion for leave to late file a responsive pleading, which is attached hereto as Exhibit A. The defendants state herein:

1. On May 23, 2006, the Court issued a Memorandum Opinion which denied the District's motion to dismiss in its entirety and granted in part and denied in part defendant Odie Washington's motion to dismiss.

2. Unfortunately, after the Court issued the Memorandum Opinion, the deadline for filing the defendants' responsive pleading was not properly calendared in the Office of the Attorney General.

3. Once the Office of the Attorney General realized this error, it prompted drafted the attached responsive pleading. The Office of the Attorney General requests that the attached responsive pleading be accepted for filing, *nunc pro tunc* to June 6, 2006.

4. Depositions have been taken and the parties have already met for early mediation.

5. The plaintiff does not object to the relief requested herein.

6. None of the parties will be prejudiced by the relief requested herein.

WHEREFORE the defendants respectfully request that the Court grant the relief sought herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Steven Anderson /s/*
STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail: Steve.anderson@dc.gov

*/s/ Dana K. DeLorenzo /s/*
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY R. SCOTT**, individually and as Personal Representative of the Estate of **JONATHAN MAGBIE**, | ) ) ) ) |
| **Plaintiff.** | ) ) |
| v. | ) ) ) |
| **DISTRICT OF COLUMBIA**, *et al.* | ) ) ) |
| **Defendants.** | ) ) ) |

Civil Action No. 05-1853 (RWR)

**ORDER GRANTING DISTRICT OF COLUMBIA'S AND ODIE WASHINGTON'S
MOTION FOR LEAVE TO LATE FILE A RESPONSIVE PLEADING**

Based on the defendants' motion, any opposition thereto, and the facts and law considered, it is this \_\_\_\_ day of June, 2006,

HEREBY ORDERED that the defendants' motion is GRANTED; it is

FURTHER ORDERED that the defendants' responsive pleading, attached hereto as Exhibit A, is accepted for filing, *nunc pro tunc* to June 6, 2006.

_____
United States District Court
Judge Roberts