UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT**, individually and as Personal Representative of the Estate of JONATHAN MAGBIE, <br><br> Plaintiff. <br><br> v. <br><br> **DISTRICT OF COLUMBIA**, *et al.* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-1853 (RWR) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DISTRICT OF COLUMBIA'S AND ODIE WASHINGTON'S RULE 26(a)(1) DISCLOSURES**

Defendants, District of Columbia and Odie Washington, by and through undersigned counsel, hereby makes the following disclosures pursuant to this Court's scheduling order and F.R.C.P. 26(a)(1):

(A)   **Relevant witnesses:** The following individuals may have information relevant to the disputed facts alleged in the Complaint:

1. Fire/EMS crew members Robin Green & Carlton Pinkney;

2. Chief Medical Examiner Marie-Lydie Y. Pierre-Louis, MD;

3. District's contracting officers that handled the contracts for the other parties; and

4. These defendants reserve the right to contact anyone named in any of the documents listed below.

These witnesses are expected to provide testimony regarding the allegations set forth in Plaintiff's Complaint.

1

The defendants reserve the right to identify such other and further factual witnesses as necessary upon further inquiry and investigation, and to call any and all such witnesses to testify at the trial of this matter.

(B)     **Relevant documents and tangible things:**

1. Jonathan Magbie's Photo;

2. Letter of Condolence from Deputy Mayor Robert C. Cupp to Ms. Mary Scott;

3. Preliminary Incident/Situation Notification Report;

4. DC Department of Corrections (DOC) Inmate Record;

5. DC DOC Clothing, Personal Property, and Cash Records;

6. DC DOC Electronic Criminal Inquiry;

7. DC Jail MMHS Record;

8. DC DOC Health Services Medical Record;

9. DC DOC Health Services Administration - Health Care Safety Net Administration report;

10. DC Department of Health (DOH) Summary Statement;

11. DC DOH Reports;

12. Letter indicating receipt of POC;

13. Inspector General Report;

14. Response to the Office of the Inspector General's Report on Jonathan Magbie;

15. Autopsy Report;

16. Response to inquiry about the death of Jonathan Magbie: Letter from Deputy Mayor Robert C. Bobb to Councilmember Kathy Patterson;

17. DC Commission on Judicial Disabilities and Tenure determination;

18. Operations and Management Agreement by and between The District of Columbia and Corrections Corporation of America;

19. Lease Agreement by and between Corrections Corporation of America as Lessor and The District of Columbia as Lessee;

20. Request for Proposal: Comprehensive Health Services;

21. "Correctional Treatment Facility Firearms Registration and Health Occupations Licensing Emergency Amendment Act of 1998";

22. "Correctional Treatment Facility Act of 1996";

23. Letter from CDF President to Agency Chief Contracting Officer for the DC DOC regarding budget increase;

24. Amendment of Solicitation/Modification of Contract and Staff Deployment;

    - 3-12-2004
    - 11-6-2003
    - 4-1-2003
    - 1-1-2003

25. Staff Deployment by Shift and Position at Correctional Treatment Facility;

26. DC Change Order/Unilateral Modification;

27. Economic Analysis – Magbie's Lost Insurance Income;

28. Annuity; and

29. Fire & EMS report.

Defendants reserve the right to identify such other and relevant documents and tangible things as necessary upon further inquiry and investigation, and/or to object to the production of documents based on available privileges.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        */s/ Holly M. Johnson /s/*
        HOLLY M. JOHNSON [476331]
        Section Chief
        General Litigation Section III

        */s/ Steven Anderson /s/*
        STEVEN J. ANDERSON
        Assistant Attorney General
        Bar no. 334480
        Suite 600S
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6607
        (202) 727-3625 (fax)
        E-mail: Steve.anderson@dc.gov

        */s/ Dana K. DeLorenzo /s/*
        DANA K. DELORENZO [468306]
        Assistant Attorney General
        441 4th Street, N.W., 6S61
        Washington, D.C. 20001
        (202) 724-6515
        (202) 727-3625 (fax)
        Dana.delorenzo@dc.gov