## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

MARY R. SCOTT, individually and   )
as Personal Representative of the Estate   )
of JONATHAN MAGBIE,   )
   )
      Plaintiff.   )
   )
v.   )      Civil Action No. 05-1853 (RWR)
   )
   )
DISTRICT OF COLUMBIA, *et al.*   )
   )
      Defendants.   )
_____)

### Correctional Corporation of America (CCA) for the Medical Allegations Only
### RULE 26(a)(1) DISCLOSURES

This Defendant, by and through undersigned counsel, hereby makes the following disclosures pursuant to this Court's scheduling order and F.R.C.P. 26(a)(1), states that it has no corporate documents or known corporate witnesses, other than those disclosed by the other parties in this matter.

(A)    **Relevant witnesses:** The following individuals may have information relevant to the disputed facts alleged in the Complaint:

    1.      Fire/EMS crew members Robin Green & Carlton Pinkney.

    2.      Chief Medical Examiner Marie-Lydie Y. Pierre-Louis, MD

    3.      This defendant reserves the right to contact anyone named in any of the documents listed below.

    4.      The named parties.

    5.      All witnesses identified in the documents of the corporate defendants.

These witnesses are expected to provide testimony regarding the allegations set forth in Plaintiff's Complaint.

This defendant reserves the right to identify such other and further factual witnesses as necessary upon further inquiry and investigation, and to call any and all such witnesses to testify at the trial of this matter.

**(B)    Relevant documents and tangible things:**

1.  Jonathan Magbie's Photo

2.  Letter of Condolence from Deputy Mayor Robert C. Cupp to Ms. Mary Scott

3.  Preliminary Incident/Situation Notification Report

4.  DC Department of Corrections (DOC) Inmate Record

5.  DC DOC Clothing, Personal Property, and Cash Records

6.  DC DOC Electronic Criminal Inquiry

7.  DC Jail MMHS Record

8.  DC DOC Health Services Medical Record

9.  DC DOC Health Services Administration - Health Care Safety Net Administration report

10. DC Department of Health (DOH) Summary Statement

11. DC DOH Reports

12. Letter indicating receipt of POC

13. Inspector General Report

14. Response to the Office of the Inspector General's Report on Jonathan Magbie

15. Autopsy Report

16. Response to inquiry about the death of Jonathan Magbie: Letter from Deputy Mayor Robert C. Bobb to Councilmember Kathy Patterson

17. DC Commission on Judicial Disabilities and Tenure determination

18. Operations and Management Agreement by and between The District of Columbia and Corrections Corporation of America

19. Lease Agreement by and between Corrections Corporation of America as Lessor and The District of Columbia as Lessee

20. Request for Proposal: Comprehensive Health Services

21. "Correctional Treatment Facility Firearms Registration and Health Occupations Licensing Emergency Amendment Act of 1998"

22. "Correctional Treatment Facility Act of 1996"

23. Letter from CDF President to Agency Chief Contracting Officer for the DC DOC regarding budget increase

24. Amendment of Solicitation/Modification of Contract and Staff Deployment

    - 3-12-2004
    - 11-6-2003
    - 4-1-2003
    - 1-1-2003

25. Staff Deployment by Shift and Position at Correctional Treatment Facility

26. DC Change Order/Unilateral Modification

27. Economic Analysis – Magbie's Lost Insurance Income

28. Annuity

29. Fire & EMS report

30. Greater Southeast Hospital records concerning Mr. Magbie

31. Hospital records from all Mr. Magbie's health care providers

This Defendant reserves the right to identify such other and relevant documents and tangible things as necessary upon further inquiry and investigation, and/or to object to the production of documents based on available privileges.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of
Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II


_____/s/_____
E. LOUISE R. PHILLIPS [422074]
Assistant Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6519, (main)(202) 724-6669
FAX (202) 727-3625
louise.phillips@cd.gov