UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARY SCOTT, Individually and<br>As Personal Representative of the Estate of<br>JONATHAN MAGBIE,<br><br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>        Defendants. | )<br>)<br>)<br>) Civil Action No. 1:05-CV-01853-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ANSWER OF DEFENDANT WILLIAM S. VAUGHN, M.D. TO CROSS-CLAIM OF DEFENDANTS CORRECTIONS CORPORATION OF AMERICA AND PATRICIA SINGLEY

### FIRST DEFENSE

The Cross-Claim against this Defendant fails to state a cause of action upon which relief may be based.

### SECOND DEFENSE

1. The allegations of paragraph 1 of the Cross-Claim are admitted.

2. The allegations of paragraph 2 are admitted as stated.

3. The allegations of paragraph 3 are denied.

4. The allegations of paragraph 4 are denied.

### THIRD DEFENSE

Plaintiff's injuries or damages, if any, were the result of the sole actions, behavior, or conduct of the Defendants Corrections Corporation of America and Patricia Singley and others, barring indemnity and/or contribution from this Defendant.

## FOURTH DEFENSE

Plaintiff's injuries or damages, if any, were the result of the acts, omissions or negligence of other entities or parties, barring indemnity or contribution from this Defendant.

## FIFTH DEFENSE

This Defendant expressly denies that any act, omission, or negligence on his part contributed to or caused the death of the Decedent, Jonathan Magbie.

## SIXTH DEFENSE

This Defendant asserts that if Jonathan Magbie died in the manner as alleged in the Complaint and, if such be proven, then this death was the result of the conduct or the actions, behavior, or conduct of all Defendants jointly, barring indemnity or contribution from this Defendant.

WHEREFORE, this Defendant William S. Vaughn, M.D. prays that the Cross-Claim shall stand dismissed.

This 12th day of July, 2006.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____/s/_____
D'Ana E. Johnson, #927913
Juan M. Anderson, #465404
1250 Eye Street, N.W., Suite 600
Washington, D.C. 20005
(202) 712-7000

**Attorneys for Defendant William S. Vaughn, M.D.**

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this _____ day of July, 2006, I caused to be served a true and correct copy of *Answer Of Defendant William S. Vaughn, MD To Cross-Claim Of Defendants Corrections Corporation Of America And Patricia Singley*, via Electronic Filing.

                                                                                                       D'Ana E. Johnson

153897-1