UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARY SCOTT, Individually and <br> As Personal Representative of the Estate of <br> JONATHAN MAGBIE, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:05-CV-01853-RWR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT ROTIMI A. ILUYOMADE, M.D.'S**
**RULE 26(A)(1) INITIAL DISCLOSURES**

COMES NOW, Defendant, Rotimi A. Iluyomade, M.D., by and through counsel, Bonner, Kiernan, Trebach & Crociata, LLP, and pursuant to FRCP 26(a)(1), hereby provides Plaintiff with their initial disclosures based upon present information:

(A) **The Identity of Individuals This Defendant May Use to Support Their Claims or Defenses**

The following individuals may support the defenses of Dr. Rotimi A. Iluyomade at trial of this matter:

1. William S. Vaughn, M.D. – Defendant

2. Rotimi Iluyomade, M.D. – Defendant

3. Mary R. Scott – Plaintiff

4. Malek Malekghasemi, M.D. - Defendant

5. Joseph Bastien, M..D. – Defendant

6. Odie Washington – Defendant

7. T. Wilkins Davis, M.D. – Defendant

8. Ofc. Patricia Singley – Defendant

9. Sunday Nwosu, M.D. – Defendant

10. Gbenga Ogundipe, LPN – Defendant

11. Pauline Ojelfo, LPN – Defendant

12. Lorella Willis – Administrator, Department of Corrections, District of Columbia

13. Beverly Hilliard – Greater Southeast Community Hospital, Nurse Liason

14. Christopher Ackerman, M.D. – Greater Southeast Community Hospital

15. Dr. Haghighi – Greater Southeast Community Hospital

16. Dr. Nuni – Greater Southeast Community Hospital

17. Peter Berkman, M.D. – Plaintiff Magbie's primary care physician:
    106 Irving Street, N.W.
    Suite 403
    Washington, D.C.

18. Kathi Williams-Young, RN – Greater Southeast Community Hospital

19. Tawala Cooper, RN – Greater Southeast Community Hospital

20. Monica James, CRT – Greater Southeast Community Hospital

21. Sheina Prudent, RN – Greater Southeast Community Hospital

22. Brenda Dockery, RN – Greater Southeast Community Hospital

23. Marie –Lydie Y. Pierre-Louisi, M.D. – Chief Medical Examiner for the District of Columbia

24. Darryl Carter – inmate; D.C. #2229346; Fed #111844016; Central Detention Center; District of Columbia

153988-1

25. Jason Foster - inmate; D.C. #229346; Fed #111844016; FCI Butner Medium; Butner, N.C. 27509

26. EMS Campbell (#318)
    D.C. Fire Department

27. EMS Watson (#524)
    D.C. Fire Department

28. Robin Green – D.C. Fire/EMS crew member
    D.C. Fire Department

29. Carlton Pinkney – D.C. Fire/EMS crew member
    D.C. Fire Department

30. Honorable Judith Retchin – Associate Judge
    Superior Court of the District of Columbia

31. 2004 Law Clerk to Honorable Judith Retchin (2004)
    Address unknown.

32. Defendant reserves the right to call any witness disclosed pursuant to FRCP 26(a)(1) by any other party.

33. Defendant reserves the right to call any witness identified in discovery by any other party.

34. Defendant reserves the right to supplement this Rule 26(a)(1) Disclosure as discovery is ongoing.

**(B)    Documents, Data Compilations, and Tangible Things**

This Defendant may use the following tangible things to support his claims or defenses in a trial of this matter.

1. Medical records of Jonathan Magbie from Greater Southeast Community Hospital from 9/20/04 – 9/21/04.

2. Medical records of Jonathan Magbie from Greater Southeast Community Hospital from 9/24/04.

3. All medical records of Jonathan Magbie from D.C. Jail – MMHS.

4. All medical/electronic records of Jonathan Magbie from CCHPS.

5. All medical records of Jonathan Magbie's treating physicians and healthcare providers.

6. Staff deployment by Shift and Position from Greater Southeast Community Hospital from 9/20/04 – 9/21/04 and 9/24/04.

7. D.C. Dept. of Corrections Health Services Medical Record

8. D.C. Dept. of Health Reports

9. D.C. Inspector General Report

10. D.C. Dept. of Corrections criminal records – Jonathan Magbie

11. Autopsy Report – Jonathan Magbie

12. D.C. Commission on Judicial Disabilities and Tenure determination – Hon. Judith Retchin

13. CCHPS written policies regarding patient health care.

14. D.C. Dept. of Corrections written policies/manuals regarding patient health care.

15. Schedule of CCHPS physicians and nurses 9/20/04 – 9/24/04.

16. Insurance/Annuity documents – Jonathan Magbie

17. Economic Loss Report – Dr. Edelman

18. Receipts, checks, bills, invoices, and billing statements of Plaintiff, Mary Scott reflecting personal consumption from 1999-2004.

19. Defendants reserve the right to identify such other and relevant documents and tangible things as necessary during discovery and further investigation.

**(C)    Computation of Damages**

Defendant is not making any claim of damages in this case, therefore, he has nothing to disclose in this category. Defendant reserves the right to rebut the damage calculations set forth by Plaintiff and to present evidence and testimony in support of such rebuttal.

153988-1

**(D)    Insurance Agreements Which May be Liable to Satisfy Part or All of a Judgment**

The applicable policy is available for inspection and copying upon request pursuant to FRCP 34.

DATED this 13th day of July, 2006.

                Respectfully submitted,

                **BONNER KIERNAN TREBACH & CROCIATA, LLP**


                _____
                D'Ana E. Johnson, #927913
                Juan M. Anderson, #465404
                1233 20th Street, N.W., Suite 800
                Washington, D.C. 20036
                (202) 712-7000
                **Attorneys for Defendant Rotimi A. Iluyomade, M.D.**

Case 1:05-cv-01853-RWR   Document 76   Filed 07/13/2006   Page 5 of 6

153988-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of July, 2006, I caused to be served a true and correct copy of Defendant Rotimi A. Iluyomade, M.D.'s Rule 26(A)(1) Initial Disclosures, via Electronic Filing.

/s/
D'Ana E. Johnson