IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT, Individually and as )
Personal Representative of the Estate of )
JONATHAN MAGBIE, Deceased, )
)
    Plaintiff )
) Civil Action 1:05-cv-01853-RWR
v. )
)
DISTRICT OF COLUMBIA *et al.*, )
)
    Defendants. )
)
)

## ORDER DENYING PLAINTIFF'S MOTION TO STRIKE

Upon consideration of the Plaintiff's Motion to Strike Defendants' Cross-Claim Against Co-Defendants and the Answers of Co-Defendants herein, the Opposition of Defendants Corrections Corporation of America and Patricia Singley thereto, and any Reply filed by Plaintiff, it is hereby

ORDERED that Plaintiff's Motion to Strike Defendants' Cross-Claim is DENIED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____