UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, individually and as Personal Representative of the Estate of JONATHAN MAGBIE,<br><br>    Plaintiff.<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1853 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S PARTIAL CONSENT MOTION TO EXPAND THE SCHEDULING ORDER BY 90 DAYS

Defendants, District of Columbia and Odie Washington, with the consent of some of the parties, herein respectfully request a 90-day extension of the deadlines in the May 5, 2006 scheduling order. A Memorandum of Points and Authorities and a proposed Order is attached hereto.

Pursuant to LCvR 7.1(m), on Friday, July 28, 2006, Steven J. Anderson, Esq., counsel for the District and Odie Washington, left a voicemail message for Donald Temple, Esq., lead counsel for the plaintiff, seeking his consent to the relief sought herein. Also on this date, Mr. Anderson sent an email to all of the parties involved in the instant case requesting their respective consent. As of the time the motion was filed, the defendants obtained the consent of Greater Southeast Community Hospital and Corrections Corporation of America to the relief requested herein.

                    Respectfully submitted,

                    ROBERT J. SPAGNOLETTI
                    Attorney General for the District of Columbia

1

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Steven Anderson /s/*
STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov

*/s/ Dana K. DeLorenzo /s/*
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY R. SCOTT**, individually and as Personal Representative of the Estate of **JONATHAN MAGBIE**, )<br>)<br>)<br>)<br>**Plaintiff.** )<br>)<br>v. )<br>)<br>)<br>**DISTRICT OF COLUMBIA**, *et al.* )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 05-1853 (RWR) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S PARTIAL CONSENT MOTION TO EXPAND THE SCHEDULING ORDER BY 90 DAYS**

Defendants, District of Columbia and Odie Washington, with the consent of Greater Southeast Community Hospital and Corrections Corporation of America, herein respectfully request a 90-day expansion of the deadlines in the May 5, 2006, scheduling order. In support of this Motion, the defendants state as follows:

1. The plaintiff filed the instant Complaint on September 20, 2005.

2. On May 5, 2006, a status conference was held. At that hearing, the following scheduling order was established:

   - Amended pleadings due by 8/3/2006;

   - Joinder of parties due by 8/3/2006;

   - Joint Status Report About Mediation due by 8/3/2006;

   - Defendants' expert witness designations due by 9/5/06;

   - Plaintiff's rebuttal expert witness designations due by 10/2/06;

   - All discovery closed by 11/30/2006;

3

- Dispositive Motions due by 1/30/2007; and
- Status Conference set for 12/1/2006 09:15 a.m. in Courtroom 9.

3. The basis for these defendants' motion for an extension of the deadlines is that that there are no funds for the District to allocate to such things as purchasing deposition transcripts, obtaining expert witnesses, deposing plaintiff's experts, or other discovery costs until after the current discovery period ends. The District expects that additional funds will become available at the beginning of the 2007 fiscal year, which starts on October 1, 2006. Granting the District's motion to expand the scheduling order will allow the District to be able to participate fully in the discovery process and properly defend itself and Mr. Washington.[1]

4. All of the parties will benefit from the expansion of the deadlines. The parties have been working cooperatively to schedule numerous depositions and serve and respond to written discovery requests. In fact, more depositions are scheduled to occur in September 2006.

5. Additionally, the parties have engaged in private mediation and settlement discussions are ongoing. Another mediation date has been scheduled for September 14, 2006.

6. Cross-claims have also been filed, which will require additional investigation and discovery and may also play a role in settlement discussions.

7. Accordingly, the defendants respectfully move the Court to expand the scheduling order an additional 90 days. The defendants propose the following new deadlines:

- Amended pleadings due by 11/1/2006;

---

[1] This is especially so given the nature of the plaintiff's claims against the District defendants, including claims of medical negligence, Eighth Amendment violations and violations pursuant to the Americans with Disabilities Act and the D.C. Human Rights Act.

- Joinder of parties due by 11/1/2006;

- Joint Status Report about Mediation due by 11/1/2006;

- Defendants' expert witness designations due by 12/4/06;

- Plaintiff's rebuttal expert witness designations due by 1/2/07;

- All discovery closed by 2/28/07; and

- Dispositive Motions due by 4/30/2007.

8. The defendants also request that the Court continue the status conference date, to be set for a date preferably around March 1, 2006.

9. None of the other parties will be prejudiced by the relief requested herein. This is also the first request for an expansion of the scheduling order.

WHEREFORE, the defendants respectfully request that the Court expand the scheduling order as requested herein.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    */s/ Holly M. Johnson /s/*
    HOLLY M. JOHNSON [476331]
    Section Chief
    General Litigation Section III

    */s/ Steven Anderson /s/*
    STEVEN J. ANDERSON
    Assistant Attorney General
    Bar no. 334480
    Suite 600S
    441 Fourth Street, N.W.
    Washington, D.C. 20001
    (202) 724-6607

(202) 727-3625 (fax)  
E-mail: Steve.anderson@dc.gov

*/s/ Dana K. DeLorenzo /s/*  
DANA K. DELORENZO [468306]  
Assistant Attorney General  
441 4th Street, N.W., 6S61  
Washington, D.C. 20001  
(202) 724-6515  
(202) 727-3625 (fax)  
Dana.delorenzo@dc.gov

Case 1:05-cv-01853-RWR   Document 82   Filed 08/03/2006   Page 6 of 8

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT**, individually and as Personal Representative of the Estate of **JONATHAN MAGBIE**, )<br><br>Plaintiff. )<br><br>v. )<br><br>**DISTRICT OF COLUMBIA**, *et al.* )<br><br>Defendants. ) | Civil Action No. 05-1853 (RWR) |

## ORDER GRANTING DEFENDANTS DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S PARTIAL CONSENT MOTION TO EXPAND THE SCHEDULING ORDER BY 90 DAYS

Upon consideration of the defendants' partial consent motion to expand the scheduling order for an additional 90 ninety days, the memorandum in support thereof, any opposition thereto, and the facts and law considered, it is by the Court, this _____ day of _____, 2006,

**ORDERED**: that defendants' Motion is **GRANTED;** it is

**FURTHER ORDERED**: that each of the deadlines are extended as follows:

- Amended pleadings due by 11/1/2006;

- Joinder of parties due by 11/1/2006;

- Joint Status Report About Mediation due by 11/1/2006;

- Defendants' expert witness designations due by 12/4/06;

- Plaintiff's rebuttal expert witness designations due by 1/2/07;

- All discovery closed by 2/28/07; and

- Dispositive Motions due by 4/30/2007; it is

7

**FURTHER ORDERED** that the December 1, 2006 status conference will be continued to _____.

 

                                                                               _____
Judge Roberts
United States District Court