## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT, Individually and as )
Personal Representative of the Estate of )
JONATHAN MAGBIE, Deceased, )
                                              )
          Plaintiffs, )
                                                )
v. )     Case Number: 1:-05cv01853 (RWR)
                                              )
DISTRICT OF COLUMBIA, et al. )
                                              )
          Defendants. )

## GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION I'S CROSS-CLAIM AGAINST CO-DEFENDANTS

The Defendant/Cross-Plaintiff, Greater Southeast Community Hospital Corporation I (hereinafter "Greater Southeast"), by and through counsel, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and pursuant to Rule 13 of the Federal Rules of Civil Pocedure, hereby files its Cross-Claim against the Co-Defendants/Cross-Defendants Corrections Corporation of America, Patricia Singley, Joseph Bastien, M.D., T. Wilkins Davis, M.D., Center for Correctional Health and Policy Studies, Inc., Malek Malekghasemi, M.D., Sunday Nwosu, M.D., Pauline Ojelfo, LPN, Gbenga Ogundipe, LPN, William S. Vaughn, M.D., Rotimi A. Iluyomade, M.D., District of Columbia and Odie Washington on the following grounds:

1.     This Cross-Claim is brought pursuant Rule 13(g) of the Federal Rules of Civil Procedure in that the Cross-Claim arises out of the same occurrence that is the subject matter of the Plaintiff's Complaint.

2.     The Plaintiff filed the instant lawsuit seeking damages for injuries allegedly sustained by the Plaintiff's decedent, Jonathan Magbie, which resulted in his death. The

236136.1

Plaintiff's Complaint alleges violations of 42 U.S.C. § 1983, the Americans with Disability Act, the District of Columbia Human Rights Law, and negligence.

3.     If Plaintiff's decedent sustained injuries, losses and damages as alleged in the Complaint, then said injuries, losses and damages, if any, were sustained as a result of the sole or concurrent, active and primary negligence of the Co-Defendants/Cross-Defendants. Greater Southeast exercised no control over the actions or omissions of said Co-Defendants/Cross-Defendants and, therefore, Greater Southeast is not responsible or liable to the Plaintiff for the claims set forth in the Complaint.

4.     If Plaintiff obtains a judgment against Greater Southeast, then the Co-Defendants/Cross-Defendants are liable for contribution and indemnification for any and all sums adjudged against Greater Southeast in favor of the Plaintiff, as Greater Southeast has in no way caused or contributed to the occurrence alleged by the Plaintiff in the Complaint.

WHEREFORE, the Defendant/Cross-Plaintiff, Greater Southeast Community Hospital Corporation I, demands judgment against the Co-Defendants/Cross-Defendants for contribution and indemnification for any and all sums adjudged against Greater Southeast in favor of the Plaintiff herein, together with the costs of this action as provided by law.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By:    /s/ Catherine A. Hanrahan
        Catherine A. Hanrahan, Esq. #441775
        Alan J. Rumsey, Esq. #468047
        1341 G Street, N.W., Suite 500
        Washington, DC 20005
        Tel: (202) 626-7660
        Attorneys for Greater Southeast
        Community Hospital Corporation I

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing **Greater Southeast Community**

**Hospital Corporation I's Cross-Claim Against Co-Defendants** was served, via electronic

mail, this 2nd day of August, 2006 to:

Donald M. Temple, Esq.
Temple Law Office
1229 15th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Arthur B. Spitzer, Esq.
American Civil Liberties Union
1400 20th Street, NW, Suite 119
Washington, DC  20036
*Counsel for Plaintiff*

Edward J. Connor, Esq.
5210 Auth Road, Suite 304
Camp Springs, MD  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*

Megan S. Ben'Ary, Esq.
Kevin L. Newson, Esq.
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
*Counsel for Co-Defendants Corrections Corporation of America
and Patricia Singley*

Steven J. Anderson, Esq.
Office of Corporation Counsel
441 4th Street, N.W., Sixth Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia and Odie Washington*

3

Dana K. DeLorenzo, Esq.
Office of the Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia*

Steve Altman, Esq.
Andrew J. Spence, Esq.
Hamilton, Altman, Canale & Dillon, LLC
10306 Eaton Place, Suite 100
Fairfax, VA 22030
*Counsel for Center for Correctional Health*
*and Policy Studies, Inc., Joseph Bastien, T. Wilkins Davis,*
*Malek Malekghasemi, Sunday Nwosu*

E. Louise R. Phillips, Esq.
441 4th Street, N.W., Sixth Floor South
Washington, DC 20001
*Counsel for Corrections Corporation of America*

D'Ana E. Johnson, Esq.
Juan M. Anderson, Esq.
Bonner, Kiernan, Trebach & Crociata
1250 Eye Street, N.W., Suite 600
Washington, DC 20005
*Counsel for William S. Vaughn and Rotimi Iloyomade*

Daniel P. Struck, Esq.
Jones, Skelton & Hochulli, PLC
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012


                                        */s/ Catherine A. Hanrahan*
                                        Catherine A. Hanrahan