UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MARY R. SCOTT,

    Plaintiff,

v.                                                                                  No. 05-cv-1853 (RWR)

DISTRICT OF COLUMBIA, et al.,

    Defendants.
_____

**MOTION FOR LEAVE TO AMEND COMPLAINT AND ADD PARTIES**

Pursuant to Fed. R. Civ. P. 15 and 21, Plaintiff seeks leave to amend her complaint and add parties. A copy of the proposed amended complaint is filed with this motion. The grounds for this motion are set forth in the accompanying brief.

    Respectfully submitted,

    _____/s/DONALD M. TEMPLE_____
    Donald M. Temple, D.C. Bar No. 408749
    Temple Law Office
    1229 15th Street, NW
    Washington, DC 20005
    202-628-1101

    Edward J. Connor, D.C. Bar No. 321505
    5210 Auth Road, Suite 304
    Camp Springs, MD 20746
    301-899-7801

    Elizabeth Alexander, D.C. Bar No. 412904
    National Prison Project of the ACLU Foundation
    915 15th Street, NW, 7th Floor
    Washington, DC 20005
    202-393-4930

                                                        Arthur B. Spitzer, D.C. Bar No. 235960
                                                        American Civil Liberties Union
                                                          of the National Capital Area
                                                        1400 20th Street, NW, Suite 119
                                                        Washington, DC 20036
                                                        202-457-0800

Dated: August 3, 2006