UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

Mary R. Scott,

    Plaintiff,

v.                                         No. 05-cv-1853 (RWR)

DISTRICT OF COLUMBIA, et al.,

    Defendants.

_____

**ORDER**

Upon consider of Plaintiff's Motion for Leave to Amend Complaint and Add Parties, and any response thereto, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the proposed amended complaint attached to Plaintiff's motion shall be filed as Plaintiff's Complaint in this case.

Dated:_____, 2006

                                                                   _____
                                                                    Hon. Richard W. Roberts
                                                                    United States District Judge

Copies to:

D'Ana E. Johnson, Esq.
Juan M. Anderson, Esq.
Bonner, Kiernan, Trebach & Crociatta, LLP
1250 Eye Street, NW Suite 600
Washington, DC 20005

Andrew J. Spence, Esq.
Hamilton Altman Canale & Dillon, LLC
10306 Eaton Place, Suite 200
Fairfax, VA 22030

Daniel P. Struck, Esq.
Jones, Skelton & Hochuli, PLC
2901 N. Central Avenue
Suite 800
Phoenix, AZ 85012

Megan S. Ben'Ary
Kelvin Newsome
LeClair Ryan, A Prof. Corp.
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
E. Louise R. Phillips
Office of the Atty General
441 Fourth St., NW, 6 Floor S
Washington, DC 20001

Alan J. Rumsey, Esq.
Wilson, Elser, Moskowitz, Edelman &
Dicker LLP
1341 G Street, NW, Suite 500
Washington, DC 20005

Dana K. DeLorenzo
Office of the Attorney General
441 Fourth St., NW
6th Floor South
Washington, DC 20001

Holly Johnson
Steven J. Anderson
Office of Corporation Counsel
441 Fourth St., NW, Suite 600S
Washington, DC 20001