**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MARY R. SCOTT, Individually and as | ) | |
| Personal Representative of the Estate of | ) | |
| JONATHAN MAGBIE, Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05CV01853 |
| | ) | (RWR) |
| DISTRICT OF COLUMBIA; | ) | |
| | ) | |
| ODIE WASHINGTON; | ) | |
| | ) | |
| CORRECTIONS CORPORATION OF | ) | |
| AMERICA; | ) | |
| | ) | |
| BEVERLY HILLARD, R.N. | ) | |
| 1923 Vermont Avenue, NW | ) | |
| Washington, DC 20001; | ) | |
| | ) | |
| PATRICIA SINGLEY; | ) | |
| | ) | |
| CAPTAIN JOHNSON | ) | |
| 1901 D Street, SE | ) | |
| Washington, DC 20005; | ) | |
| | ) | |
| WARDEN FRED FIGUEROA | ) | |
| 1901 D Street, SE | ) | |
| Washington, DC 20005; | ) | |
| | ) | |
| GREATER SOUTHEAST COMMUNITY | ) | |
| HOSPITAL CORPORATION, | ) | |
| d/b/a GREATER SOUTHEAST COMMUNITY | ) | |
| HOSPITAL; | ) | |
| | ) | |
| WILLIAM S. VAUGHN, M.D.; | ) | |
| | ) | |
| PARHAM HAGHIGHI, M.D. | ) | |
| 6355 Walker Lane | ) | |
| Apt. #300 | ) | |
| Alexandria, VA 22310; | ) | |
| | ) | |

DR. NUNOI                                          )
1310 Southern Avenue, SE                           )
Washington, DC 20032;                              )
                                                   )
ROTIMI A. ILUYOMADE, M.D.;                         )
                                                   )
CHRISTOPHER J. ACKERMAN, M.D.                      )
1310 Southern Avenue, SE                           )
Washington, DC 20032;                              )
                                                   )
MONICA JAMES, L.R.T.                               )
1310 Southern Avenue, SE                           )
Washington, DC 20032;                              )
                                                   )
and                                                )
                                                   )
NATIONAL EMERGENCY SERVICES                        )
DISTRICT OF COLUMBIA, INC.                         )
SERVE: CT Corporation                              )
1090 Vermont Avenue, NW                            )
Washington, DC 20005,                              )
                                                   )
                        Defendants.                )
_____        )

## MEDIATION STATUS REPORT

The parties met with mediator Harlow R. Case of Jack H. Olender and Associates, P.C.

on June 20 and July 20.   As a result of that mediation, Plaintiff has reached a settlement with the

Center for Correctional Health and Policy Studies, Inc. and its employees, contingent on

confirmation of insurance coverage.   The remaining parties have made some progress on

settlement, although significant obstacles remain, and are scheduled for mediation with Mr. Case

again on September 14, 2006.   All Defendants have been contacted with regard to the Joint

Status Report.  Defendants Corrections Corporation of America; and Greater Southeast

Community Hospital have consented to this report; no Defendants have objected.

Respectfully submitted,

_____/s/DONALD M. TEMPLE
Donald M. Temple, D.C. Bar No. 408749
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
202-628-1101

Edward J. Connor, D.C. Bar No. 321505
5210 Auth Road, Suite 304
Camp Springs, MD 20746
301-899-7801

Elizabeth Alexander, D.C. Bar No. 412904
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005
202-393-4930

Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036
202-457-0800

Dated: August 3, 2006