UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARY SCOTT, Individually and As Personal Representative of the Estate of JONATHAN MAGBIE, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:05-CV-01853-(RWR) |

### DEFENDANTS WILLIAM S. VAUGHN, M.D. AND ROTIMI A. ILUYOMADE, M.D.'S CROSS-CLAIM AGAINST CO-DEFENDANTS

COMES NOW Defendants, William S. Vaughn, M.D. and Rotimi A. Iluyomade, M.D., by and through undersigned counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, and pursuant to Rule 13 of the Federal Rules of Civil Pocedure, hereby file their Cross-Claim against the Co-Defendants/Cross-Defendants Corrections Corporation of America, Patricia Singley, Joseph Bastien, M.D., T. Wilkins Davis, M.D., Center for Correctional Health and Policy Studies, Inc., Malek Malekghasemi, M.D., Sunday Nwosu, M.D., Pauline Ojelfo, LPN, Gbenga Ogundipe, LPN, Greater Southeast Community Hospital Corporation I, District of Columbia and Odie Washington on the following grounds:

1.   This Cross-Claim is brought pursuant Rule 13(g) of the Federal Rules of Civil Procedure in that the Cross-Claim arises out of the same occurrence that is the subject matter of the Plaintiffs' Complaint.

2.   The Plaintiffs filed the instant lawsuit seeking damages for injuries allegedly sustained by the Plaintiff decedent, Jonathan Magbie, which resulted in his death. The

Plaintiffs' Complaint alleges violations of 42 U.S.C. § 1983, the Americans with Disability Act, the District of Columbia Human Rights Law, and negligence.

3. If Plaintiff decedent sustained injuries, losses and damages as alleged in the Complaint, then said injuries, losses and damages, if any, were sustained as a result of the sole or concurrent, active and primary negligence of the Co-Defendants/Cross-Defendants. William S. Vaughn, M.D. and Rotimi A. Iluyomade, M.D. exercised no control over the actions or omissions of said Co-Defendants/Cross-Defendants and, therefore, William S. Vaughn, M.D. and Rotimi A. Iluyomade, M.D. are not responsible or liable to the Plaintiffs for the claims set forth in the Complaint.

4. If Plaintiffs obtain a judgment against William S. Vaughn, M.D. and Rotimi A. Iluyomade, M.D., then the Co-Defendants/Cross-Defendants are liable for contribution and indemnification for any and all sums adjudged against William S. Vaughn, M.D. and Rotimi A. Iluyomade, M.D. in favor of the Plaintiffs as William S. Vaughn, M.D. and Rotimi A. Iluyomade, M.D. have in no way caused or contributed to the occurrence alleged by the Plaintiff in the Complaint.

**WHEREFORE**, the Defendants/Cross-Plaintiffs, William S. Vaughn, M.D. and Rotimi A. Iluyomade, M.D., demand judgment against the Co-Defendants/Cross-Defendants

for contribution and indemnification for any and all sums adjudged against William S. Vaughn, M.D. and Rotimi A. Iluyomade, M.D. in favor of the Plaintiffs herein, together with the costs of this action as provided by law.

DATED this 3rd day of August, 2006.

        Respectfully submitted,

        **BONNER KIERNAN TREBACH & CROCIATA, LLP**

        _/s/_
D'Ana E. Johnson, #927913
Juan M. Anderson, #465404
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
(202) 712-7000
**Attorneys for Defendants William S. Vaughn, M.D. and Rotimi A. Iluyomade, M.D.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2006, I caused to be served a true and correct copy of Defendants William S. Vaughn, M.D. and Rotimi A. Iluyomade, M.D.'s Cross-Claim Against Co-Defendants, *via* Electronic Filing to the following parties:

Donald M. Temple, Esquire
Temple Law Office
1229 – 15th Street, NW
Washington, DC 20005
*Counsel for Plaintiffs*

Arthur B. Spitzer, Esquire
American Civil Liberties Union
1400 Auth Road, Suite 304
Camp Springs, Maryland 20746-4341
*Counsel for Plaintiffs*

Elizabeth Alexander, Director
National Prison Project of the ACLU
Foundation
915 – 15th Street, NW, 7th Floor
Washington, DC 20005-2302
*Counsel for Plaintiffs*

Megan S. Ben'Ary, Esquire
Kevin L. Newson, Esqurie
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
*Counsel for Co-Defendants Corrections Corporation of America and Patricia Singley*

Steven J. Anderson, Esquire
Office of Corporation Counsel
441 – 4th Street, NW, 6th Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia and Odie Washington*

Dana K. DeLorenzo, Esquire
Office of the Attorney General
441 – 4th Street, N.W., 6th Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia*

Steve Altman, Esquire
Andrew J. Spence, Esqurie
Hamilton, Altman, Canale & Dillon, LLC
10306 Eaton Place, Suite 100
Fairfax, VA 22030
*Counself or Center for Correctional Health and Policy Studies, Inc., Joseph Bastien, T. Wilkins Davis, Malek Malekghasemi, and Sunday Nwosu*

E. Louis R. Phillips, Esquire
441 – 4th Street, NW, 6th Floor South
Washington, DC 20001
*Counsel for Corrections Corporation of America*

Daniel P. Struck, Esquire
Jones, Skelton & Hochulli, PLC
2901 North Central Avenue, Suie 800
Phoenix, Arizona 85012

Catherine A. Hanrahan, Esquire
Alan J. Rumsey, Esquire
1341 G Street, NW, Suite 500
Washington, DC 20005
*Attorneys for Greater Southeast Community Hospital Corporation I*

/s/
_____
D'Ana E. Johnson