IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, Individually and as Personal Representative of the Estate of JONATHAN MAGBIE, Deceased,<br><br>　　　　Plaintiff<br><br>v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>　　　　Defendants. | Civil Action 1:05-cv-01853-RWR |

### DEFENDANTS CORRECTIONS CORPORATION OF AMERICA AND PATRICIA SINGLEY'S CROSS-CLAIM AGAINST CO-DEFENDANTS DISTRICT OF COLUMBIA AND ODIE WASHINGTON

Defendants Corrections Corporation of America ("CCA") and Patricia Singley ("Officer Singley"), by counsel, and pursuant to Rule 13 of the Federal Rules of Civil Procedure, hereby file this Cross-Claim against Co-Defendants District of Columbia and Odie Washington (hereinafter "Co-Defendants") on the following grounds:

　　　1.　　This Cross-Claim is brought pursuant to Rule 13(g) of the Federal Rules of Civil Procedure in that the claim arises out of the same occurrence that is the subject matter of the Plaintiff's Complaint.

　　　2.　　The Plaintiff filed the instant lawsuit seeking damages for the injuries allegedly sustained by the Plaintiff's decedent, Jonathan Magbie, which resulted in his death. The Plaintiff's Complaint alleges claims for the violation of 42 U.S.C. § 1983 and for medical negligence against all Defendants, and claims under the Americans with Disabilities Act and the District of Columbia Human Rights Law against the District of Columbia and Greater Southeast Community Hospital.

1

3. If Plaintiff's decedent sustained injuries, losses and damages as alleged in the Complaint, then said injuries, losses and damages, if any, were sustained as a result of the sole or concurrent, active and primary negligence of the Co-Defendants. Defendants CCA and Officer Singley exercised no control over the actions and omissions of said Co-Defendants and are therefore not responsible or liable to the Plaintiff for the claims set forth in the Complaint.

4. In the event that the Plaintiff obtains a judgment against Defendants CCA and/or Officer Singley, then Co-Defendants are liable for contribution or indemnification to said Defendants for any and all sums adjudged against them and in favor of the Plaintiff, as Defendants CCA and Officer Singley have in no way caused or contributed to the occurrence alleged by the Plaintiff in the Complaint.

WHEREFORE, Defendants Corrections Corporation of America and Patricia Singley demand judgment against Co-Defendants for contribution or indemnification for any and all sums adjudged against them and in favor of the Plaintiff herein, together with the costs of this action as provided by law.

Respectfully submitted,

  /s/ Megan S. Ben'Ary
Kelvin L. Newsome (D.C. Bar No. 439206)
Megan S. Ben'Ary (D.C. Bar No. 493415)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
Telephone: (703) 684-8007
Facsimile: (703) 684-8075

Daniel P. Struck (D.C. Bar No. CO0037)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7323
Facsimile: (602) 200-7811

Filed electronically this 3rd day of August, 2006.