**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MARY R. SCOTT, Individually and as Personal Representative of the Estate of Jonathan Magbie, Deceased,<br><br>           Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA<br>ODIE WASHINGTON<br>JOSEPH BASTIEN, M.D.<br>T. WILKINS DAVIS, M.D.<br>CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC.<br>CORRECTIONS CORPORATION OF AMERICA<br>MALEK MALEKGHASEMI, M.D.<br>SUNDAY NWOSU, M.D.<br>PAULINE OJELFO, L.P.N.<br>GBENGA OGUNDIPE, L.P.N.<br>OFFICER SINGLEY<br>GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION, d/b/a GREATER SOUTHEASTERN COMMUNITY HOSPITAL<br>WILLIAM S. VAGHAN, M.D.<br>ROTIMI A. ILUYOMADE, M.D.,<br><br>           Defendants. | Civil Action: 1:05-CV-01853-RWR |

**ANSWER OF CORRECTIONS CORPORATION OF AMERICA**
**AND OFFICER PATRICIA SINGLEY TO**
**THE DISTRICT OF COLUMBIA'S AND ODIE WASHINGTON'S**
**CROSS-CLAIM FOR INDEMNIFICATION AND CONTRIBUTION**

    Defendants CORRECTIONS CORPORATION OF AMERICA and OFFICER

PATRICIA SINGLEY ("CCA Defendants"), through counsel, hereby respond to the District of

Columbia's and Odie Washington's Cross-Claim as follows:

    1.    CCA Defendants admit that Mary R. Scott, individually and as personal

representative of the Estate of Jonathan Magbie, filed a lawsuit seeking damages for injuries

allegedly sustained by and resulting in the death of Jonathan Magbie.  The remaining allegations contained in Paragraph 1 are conclusions of law to which no response is required.  To the extent that a response is required, CCA Defendants deny the allegations contained therein.

2.     CCA Defendants deny the allegations contained in Paragraph 2 of Co-Defendants District of Columbia's and Odie Washington's Cross-Claim.

3.     CCA Defendants deny the allegations contained in Paragraph 3 of Co-Defendants District of Columbia's and Odie Washington's Cross-Claim.

4.     CCA Defendants deny the allegations contained in Paragraph 4 of Co-Defendants District of Columbia's and Odie Washington's Cross-Claim.

## RELIEF REQUESTED

CCA Defendants deny that the District of Columbia and/or Odie Washington are entitled to any of the relief they seek.

## DENIAL OF MATTERS NOT SPECIFICALLY ADMITTED

CCA Defendants deny each and every allegation contained in the District of Columbia's and Odie Washington's Cross-Claim not specifically admitted herein.  CCA Defendants further deny that they are liable for contribution or indemnification to the District of Columbia and/or Odie Washington under any theory of law or fact.

## AFFIRMATIVE DEFENSES

5.     As a separate defense or in the alternative, CCA Defendants allege that the District of Columbia's and Odie Washington's Cross-Claim fails to state a claim upon which relief can be granted.

6.     As a separate defense or in the alternative, CCA Defendants allege that their conduct was not negligent and did not violate the applicable standard of care.

7.     As a separate defense or in the alternative, CCA Defendants allege that their actions or inactions were not the proximate cause of the injuries, losses and damages.

WHEREFORE, having fully answered the District of Columbia's and Odie Washington's Cross-Claim, CCA Defendants request that they be dismissed and that they be awarded their reasonable fees and costs.

Respectfully submitted,

  /s/ Megan S. Ben'Ary

Daniel P. Struck (D.C. Bar No. CO0037)
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone:    (602) 263-1700
Facsimile:    (602) 263-1784

Kevin L. Newsome (D.C. Bar No. 439206)
Megan S. Ben'Ary (D.C. Bar No. 493415)
LECLAIR RYAN, A PROFESSIONAL CORPORATION
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
Telephone:    (703) 684-8007
Facsimile:    (703) 684-8075

*Counsel for Defendants*
*Corrections Corporation of America and Officer Singley*

Filed Electronically this 7th day of August, 2006.