UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, Individually and as Personal Representative of the Estate of JONATHAN MAGBIE, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case Number: 1:-05cv01853 (RWR) <br> ) <br> ) <br> ) <br> ) <br> ) |

**GREATER SOUTHEAST'S MOTION TO PARTIALLY DISMISS CROSS-CLAIM OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

The Defendant/Cross-Defendant, Greater Southeast Community Hospital Corporation I (hereinafter "Greater Southeast"), by and through counsel, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and pursuant to Fed. R. Civ. P. 12(b)(6) and 12(e), hereby requests that the Cross-Claim filed by Odie Washington and the District of Columbia (hereinafter "Cross-Plaintiffs"), be dismissed for failure to state a claim upon which relief may be granted or, in the alternative, requests that the Cross-Plaintiffs be required to provide a more definite statement as to the alleged breach of contract contained within paragraph 2 of the Cross-Claim. In support thereof, Greater Southeast submits the following:

1.  Plaintiff's Complaint seeks damages for injuries allegedly sustained by the Plaintiff's decedent, Jonathan Magbie, which resulted in his death. Plaintiff filed suit against the following fourteen (14) defendants: District of Columbia, Odie Washington, Joseph Bastien, T. Wilkins Davis, Center for Correctional Health and Policy Studies, Inc., Corrections Corporation of America, Malek Malekghasemi, Sunday Nwosu, Pauline Ojelfo, Gbenga Ogundipe, Officer

238780.1

Singley, Greater Southeast Community Hospital Corporation, William Vaughn, Rotimi Uluyomade[1].

2. In response thereto, Cross-Plaintiffs' filed a Cross-Claim against "all co-defendants" for contribution or indemnification. The Cross-Claim appears to assert claims for breach of contract (paragraph 2) and negligence (paragraph 3).

3. Cross-Plaintiffs' claim for breach of contract contained within paragraph 2 of the Cross-Claim should be dismissed for failure to state a claim upon which relief may be granted. Even under the liberalized rules of notice pleading, the Cross-Claim is fundamentally deficient.

4. In the alternative, Cross-Plaintiffs should be required to provide a more definite statement as to the alleged breach of contract. Specifically, Cross-Plaintiffs should be required to identify the precise terms, dates, and signatories to any alleged contract, including the manner and date of breach thereof and identity of breaching party.

5. And for such other reasons as set forth in the Memorandum of Points and Authorities, which is attached hereto and incorporated herein by reference.

WHEREFORE, the Defendant/Cross-Defendant, Greater Southeast Community Hospital Corporation I, requests that the Cross-Claim for breach of contract filed by Odie Washington and the District of Columbia be dismissed or, in the alternative, that the Cross-Plaintiffs be required to provide a more definite statement as to the alleged breach of contract.

---

[1] In addition, Plaintiff's Motion to Amend Complaint seeks to add the following eight (8) additional defendants: Beverly Hilliard, Captain Johnson, Warden Fred Figueroa, Parham Haghighi, Dr. Nunoi, Christopher Ackerman, Monica James, and National Emergency Services District of Columbia, Inc.

238780.1

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP


By:   /s/ *Catherine A. Hanrahan*
     Catherine A. Hanrahan, Esq. #441775
     Alan J. Rumsey, Esq. #468047
     1341 G Street, N.W., Suite 500
     Washington, DC 20005
     Tel: (202) 626-7660
     Attorneys for Greater Southeast
     Community Hospital Corporation I


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing **Greater Southeast's Motion for More Definite Statement or, in the Alternative, Motion to Partially Dismiss Cross-Claim** was served, via electronic mail, this 7th day of August, 2006 to:

Donald M. Temple, Esq.
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
*Counsel for Plaintiff*

Arthur B. Spitzer, Esq.
American Civil Liberties Union
1400 20th Street, NW, Suite 119
Washington, DC 20036
*Counsel for Plaintiff*

Edward J. Connor, Esq.
5210 Auth Road, Suite 304
Camp Springs, MD 20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005-2302
*Counsel for Plaintiff*

Megan S. Ben'Ary, Esq.
Kevin L. Newson, Esq.
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
*Counsel for Co-Defendants Corrections Corporation of America and Patricia Singley*

Steven J. Anderson, Esq.
Office of Corporation Counsel
441 4th Street, N.W., Sixth Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia and Odie Washington*

Dana K. DeLorenzo, Esq.
Office of the Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia*

Steve Altman, Esq.
Andrew J. Spence, Esq.
Hamilton, Altman, Canale & Dillon, LLC
10306 Eaton Place, Suite 100
Fairfax, VA 22030
*Counsel for CCHPS, Joseph Bastien, T. Wilkins Davis, Malek Malekghasemi, Sunday Nwosu*

E. Louise R. Phillips, Esq.
441 4th Street, N.W., Sixth Floor South
Washington, DC 20001
*Counsel for Corrections Corporation of America*

D'Ana E. Johnson, Esq.
Juan M. Anderson, Esq.
Bonner, Kiernan, Trebach & Crociata
1250 Eye Street, N.W., Suite 600
Washington, DC 20005
*Counsel for William S. Vaughn and Rotimi Iloyomade*

238780.1

4

Daniel P. Struck, Esq.
Jones, Skelton & Hochulli, PLC
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

                                              */s/ Catherine A. Hanrahan*
                                              Catherine A. Hanrahan