UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, Individually and as Personal Representative of the Estate of JONATHAN MAGBIE, Deceased,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case Number: 1:-05cv01853 (RWR)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING GREATER SOUTHEAST'S
MOTION TO PARTIALLY DISMISS CROSS-CLAIM
OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT**

Upon consideration of *Greater Southeast's Motion To Partially Dismiss Cross-Claim Or, In The Alternative, Motion For More Definite Statement*, and upon further consideration of any opposition thereto, it is this _____ day of _____, 2006,

**ORDERED**, that Greater Southeast's Motion To Paritally Dismiss the Cross-Claim filed by Odie Washington and the District of Columbia is GRANTED, and it is further,

**ORDERED**, that breach of contract asserted in the Cross-Claim filed by Odie Washington and the District of Columbia is hereby DISMISSED.

**OR, IN THE ALTERNATIVE, it is hereby**

**ORDERED**, that Greater Southeast's Motion To For More Definite Statement is GRANTED, and it is further,

**ORDERED**, that the Cross-Claim for breach of contract asserted by Odie Washington and the District of Columbia will be dismissed unless an Amended Cross-Claim containing the

238780.1                                            10

following information is filed within ten (10) days of this order: (a) the date of the alleged contract; (b) the terms of the alleged contract; (c) the parties to the alleged contract; (d) the signatories to the alleged contract; (e) the date of the alleged breach; (f) the location of the alleged breach; and (g) the manner of the alleged breach.

_____
UNITED STATES DISTRICT JUDGE