IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, Individually and as Personal Representative of the Estate of JONATHAN MAGBIE, Deceased | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:05CV01853 (RWR) ) |
| JOSEPH BASTIEN, M.D. 1717 K Street, N.W. #600 Washington, DC 20036 | ) ) ) ) ) |
| Defendants, et al. | ) |

**ANSWER OF DEFENDANTS JOSEPH BASTIEN, M.D., T. WILKINS DAVIS, M.D., CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI, M.D., SUNDAY NWOSU, M.D., PAULINE OJELFO, LPN, AND GBENGA OGUNDIPE, LPN TO CROSS-CLAIM OF DEFENDANTS WILLIAM S. VAUGHN, M.D. AND ROTIMI A. ILUYOMADE, M.D.**

The Defendants, Joseph Bastien, M.D., T. Wilkins Davis, M.D., The Center For Correctional Health And Policy Studies, Inc., Malek Malekghasemi, M.D., Sunday Nwosu, M.D., Pauline Ojelfo, LPN, and Gbenga Ogundipe, LPN, through their attorneys, Hamilton Altman Canale & Dillon, LLC, respectfully serve the following the Answer To Cross-Claim of Defendants William S. Vaughn, M.D. and Rotimi A. Iluyomade, M.D.:

**FIRST DEFENSE**

The Cross-Claim fails to state a cause of action against these Defendants and should, therefore, be dismissed.

**SECOND DEFENSE**

Responding to the allegations specifically this Defendant states as follows:

1. The allegations contained in paragraph one are admitted.

2. The allegations contained in paragraph two are admitted.

3. The allegations contained in paragraph three are denied.

4. The allegations contained in paragraph four are denied.

## FOURTH DEFENSE

The medical care furnished by these Defendants, including their agents and employees, complied with the applicable standard of care at all times.

## FIFTH DEFENSE

No act or omission on the part of these Defendants proximately caused any injury or death to the Plaintiff or her decedent.

## SIXTH DEFENSE

Defendants, Joseph Bastien, M.D., T. Wilkins Davis, M.D., Malek Malekghasemi, M.D., Sunday Nwosu, M.D., Pauline Ojelfo, LPN, and Gbenga Ogundipe, LPN raise Qualified Immunity as an affirmative defense to the Cross-Claim.

WHERFORE, have fully answered, these Defendants move this Honorable Court to dismiss Defendants' Cross-Claim and for an award of costs on their behalf expended.

Respectfully submitted,

JOSEPH BASTIEN, M.D., et al.
By Counsel

HAMILTON ALTMAN CANALE & DILLON, LLC


    /s/ Andrew J. Spence
Stephen L. Altman, Esquire               #954057
Andrew J. Spence, Esquire              #421341
10306 Eaton Place, Suite 200
Fairfax, Virginia 22030
(703) 591-9700-Phone
(703) 591-0023-Facsimile
Andrew.spence@hacdlaw.com
*Counsel for Joseph Bastien, M.D., et al.*


CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true copy of the foregoing Answer of Defendants Joseph Bastien, M.D., T. Wilkins Davis, M.D., Center For Correctional Health and Policy Studies, Inc, Malek Malekghasemi, M.D. Sunday Nwosu, M.D., Pauline Ojelfo, LPN, and Gbenga Ogundipe, LPN to Cross-Claim of Defendants William S. Vaughn, M.D. and Rotimi A. Ilyuomade, M.D. was electronically filed with the Court this 9th day of August 2006 to:

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
202-628-1101
Dtemplelaw@aol.com
*Counsel For Plaintiff*

Arthur B. Spitzer, Esquire
American Civil Liberties Union
1400 20th Street, NW, Suite 119
Washington, DC 20036
202-457-0800
artspitzer@aol.com

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, MD 20746
301-899-7801
Edconn1952@juno.com

3

Elizabeth Alexander, Esquire
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005
202-393-4930
ealexander@npp-aclu.org

Catherine A. Hanrahan, Esquire
Alan J. Rumsey, Esquire
1341 G. Street, NW, Suite 500
Washington, DC 20005
Phone (202) 626-7668
Catherine.hanrahan@wilsonelser.com
Alan.rumsey@wilsonelser.com
*Counsel for Greater Southeast*
*Community Hospital Corporation*

Kevin L. Newsome, Esquire
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA  22314
Phone-(757) 441-8938
Kelvin.newsome@leclairryan.com
*Counsel for Corrections Corporation of America*

Daniel P. Struck, Esquire
Jones, Skelton & Hochulli, PLC
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone:  (602) 263-7304
Facsimile:  (602) 200-7811
dstruck@jshfirm.com
*Counsel for Defendant, Corrections of America*

E. Louise Phillips Bar No. 422074
4414th Street, NW, Sixth Floor South
Washington, DC 20001
Louise.phillips@dc.gov

Robert J. Spagnoletti, Attorney General
George C. Valentine, Deputy Attorney General
Dana K. DeLorenzo, Assistant Attorney General
Nicole L. Lynch, Chief, Section II
E. Louise R. Phillips, Esquire (202-724-6519)
Holly M. Johnson, Section Chief, General Litigation Section III

441 4th Street, NW, 6th Floor South
Washington, DC 20001
*Counsel for District of Columbia and Odie Washington*

D'Ana E. Johnson, Esquire
Juan M. Anderson, Esquire
1250 Eye Street, NW, Suite 600
Washington, DC 20005
*Counsel for Rotmi A. Illuyomade, MD and*
*William S. Vaughn, M.D*
janderson@bktc.net
djohnson@bktc.net

Steven J. Anderson, Esquire
441 4th Street, NW
Sixth Floor South
Washington, DC 20001
Phone: 202-724-6607
Fax: 202-727-3625
Steve.anderson@dc.gov

                                            /s/Andrew J. Spence
                                            Andrew J. Spence