UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY SCOTT, | : |
| | : |
| Plaintiff, | : |
| | : CA No. 05-1853 (RWR) |
| v. | : |
| | : |
| DISTRICT OF COLUMBIA, et al, | : |
| | : |
| Defendants. | : |
| | : |
| | : |

## PRAECIPE OF DISMISSAL

The Clerk will please note that Plaintiff hereby dismisses with prejudice the following Defendants:

Malek Malekghasemi, MD

Sunday Nwosu, MD

Joseph Bastien, MD

T. Wilkins Davis, MD

Pauline Ojelfo, LPN

Gbenga Ogundipe, LPN


Respectfully submitted,                                    Respectfully submitted,


/s/                                                          /s/
Donald M. Temple, Esq. [408749]          Edward J. Connor, Esq. [321505]
1229 15th Street, N.W.                            5210 Auth Road #304
Washington, DC 20005                           Camp Springs, MD 20746
202-628–1101                                         301-899-7801



/s/                                                          /s/

Elizabeth Alexander, Esq. [412904]
National Prison Project of the ACLU
915 15th Street, N.W.
7th Floor
Washington, DC. 20005

Arthur B. Spitzer, Esq. [235960]
American Civil Liberties Union
 of the National Capital Area
1400 20th Street, N.W. #119
Washington, DC 20036