UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY SCOTT, | : |
| | : |
| Plaintiff, | : |
| | : CA No. 05-1853 (RWR) |
| v. | : |
| | : |
| DISTRICT OF COLUMBIA, et al, | : |
| | : |
| Defendants. | : |

**PRAECIPE OF DISMISSAL**

The Clerk will please note that Plaintiff hereby dismisses Defendant Center for Correctional Health and Policy Studies, Inc. ("CCHPS") with prejudice.


Respectfully submitted,                                  Respectfully submitted,


  /s/                                                                     /s/
Donald M. Temple, Esq. [408749]            Edward J. Connor, Esq. [321505]
1229 15th Street, N.W.                              5210 Auth Road #304
Washington, DC 20005                             Camp Springs, MD 20746
202-628–1101                                            301-899-7801



  /s/                                                                     /s/
Elizabeth Alexander, Esq. [412904]          Arthur B. Spitzer, Esq. [235960]
National Prison Project of the ACLU       American Civil Liberties Union
915 15th Street, N.W.                                   of the National Capital Area
7th Floor                                                   1400 20th Street, N.W. #119
Washington, DC. 20005                            Washington, DC 20036