UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, individually and as Personal Representative of the Estate of JONATHAN MAGBIE,<br><br>　　Plaintiff.<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-1853 (RWR)<br>)<br>)<br>)<br>)<br>) |

**DISTRICT OF COLUMBIA'S AND ODIE WASHINGTON'S ANSWER TO THE DEFENDANTS WILLIAM S. VAUGHN, M.D. AND ROTIMI A. ILUYOMADE, M.D.'S CROSS CLAIM**

Defendants District of Columbia (District) and Odie Washington ("defendants"), by and through undersigned counsel, hereby answers the cross claim of defendants Vaughn and Iluyomade. The defendants assert that anything not specifically admitted herein is denied, and answer the cross claim as follows:

**First Defense**

The complaint fails to state a claim upon which relief may be granted.

**Second Defense**

1. The defendants admit that the cross claim is brought pursuant to F.R.C.P. 13(g) and that the facts in the cross claim arise out of the same occurrence that is the subject matter of the plaintiff's Complaint.

2. The defendants admit that the cross claim accurately reflects the claims in the plaintiff's Complaint.

3. The allegations in Paragraph 3 are the legal conclusions of and by the pleader to which no response is required. However, if a response is required defendants deny the allegations and demand strict proof thereof at trial.

4. The allegations in Paragraph 4 are the legal conclusions of and by the pleader to which no response is required. However, if a response is required defendants deny the allegations and demand strict proof thereof at trial.

### Third Defense

If plaintiff was injured and damaged as alleged in the Complaint, such injuries and damages were the result of the sole or concurring negligence and/or intentional conduct of a person or persons other than these defendants, its employees, agents and/or servants acting within the scope of their employment.

### Fourth Defense

If the plaintiff was injured or otherwise damaged as alleged in the Complaint, such injuries and/or damages were the result of the plaintiff's sole, joint, or concurring negligence with a person or persons other than these defendants, its agents, employees or servants acting within the scope of employment.

### Fifth Defense

Plaintiff's claim might be barred by the applicable statute of limitations.

### Sixth Defense

All actions performed by the District, its employees, servants, or agents acting within the scope of their employment, met or exceeded the applicable standard of care.

### Seventh Defense

Plaintiff has failed to mitigate any damages that she may have incurred.

### Eighth Defense

The defendants may be able to assert the defenses of absolute immunity, qualified immunity and discretionary function immunity.

### Ninth Defense

The defendants deny all allegations of wrongdoing, including but not limited to violations of common law, statutory and operational standards, negligence, deliberate indifference, and unconstitutional policy or custom.

### Tenth Defense

All actions of defendants, its agents, servants and employees, were acting within the scope of their employment, were taken in good faith and reasonable belief in their lawfulness.

### Eleventh Defense

Plaintiff and cross claim plaintiffs may have failed to comply with the mandatory notice requirements of D.C. Code § 12-309.

### Twelfth Defense

The injury that plaintiff suffered is the result of a superceding and/or intervening cause.

### Set-off

Defendants assert a set-off for all funds and services provided to the plaintiff through Medicare, Medicaid, public assistance, or other sources.

WHEREFORE, the defendants pray the Court dismiss the complaint and award them the expense of this litigation, costs and interest, and such other relief as the Court deems just and proper.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

*/s/ Holly M. Johnson /s/*
HOLLY M. JOHNSON [476331]
Section Chief
General Litigation Section III

*/s/ Steven Anderson /s/*
STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail: Steve.anderson@dc.gov

*/s/ Dana K. DeLorenzo /s/*
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov