UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT, Individually and as )
Personal Representative of the Estate of )
JONATHAN MAGBIE, Deceased, )
)
      Plaintiffs, )
)
v. ) Case Number: 1:-05cv01853 (RWR)
)
DISTRICT OF COLUMBIA, et al. )
)
      Defendants. )
_____)

## GREATER SOUTHEAST'S ANSWER TO
## CROSS-CLAIM OF VAUGHN AND ILUYOMADE

The co-defendant/cross-defendant, Greater Southeast Community Hospital Corporation I (hereinafter "Cross-Defendant"), by counsel, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby files the following Answer to the Cross-Claim of the co-defendants/cross-plaintiffs, William S. Vaughn and Rotimi A. Iluyomade (hereinafter "Cross-Plaintiffs"):

### FIRST DEFENSE

The Cross-Claim fails to state a cause of action against Cross-Defendant and should therefore be dismissed.

### SECOND DEFENSE

1. The allegations set forth in Paragraph 1 of the Cross-Claim are jurisdictional in nature to which no response is required. To the extent that a response is required, the allegations are admitted.

2. The allegations contained in Paragraph 2 of the Cross-Claim are admitted.

3. The allegations contained in Paragraph 3 of the Cross-Claim are denied.

240156.1

4.     The allegations contained in Paragraph 4 of the Cross-Claim are denied.

### THIRD DEFENSE

No act or omission in part of Cross-Defendant proximately caused any injury of death to the plaintiff or decedent.

### FOURTH DEFENSE

Cross-Defendant contends that the alleged injuries and death of the decedent were caused by the acts or omissions of others, to include Cross-Plaintiffs, for which Cross-Defendant is not and may not be liable.

### FIFTH DEFENSE

The care provided by Cross-Defendant, including its agents and employees, complied with the applicable standard of care.

### SEVENTH DEFENSE

Cross-Defendant reserves the right to supplement its Answer to the Cross-Claim as discovery proceeds.

WHEREFORE, having fully answered the Cross-Claim, Cross-Defendant moves this Honorable Court to dismiss the Cross-Claim, with costs awarded to Cross-Defendant.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By:   */s/ Catherine A. Hanrahan*
Catherine A. Hanrahan, Esq. #441775
Alan J. Rumsey, Esq. #468047
1341 G Street, N.W., Suite 500
Washington, DC 20005
Tel: (202) 626-7660
*Attorneys for Greater Southeast
Community Hospital Corporation I*

240156.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing **Greater Southeast's Answer to Cross-Claim of Vaughn and Iluyomade** was served via electronic mail, this 23rd day of August, 2006 to:

Donald M. Temple, Esq.
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
*Counsel for Plaintiff*

Arthur B. Spitzer, Esq.
American Civil Liberties Union
1400 20th Street, NW, Suite 119
Washington, DC 20036
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005-2302
*Counsel for Plaintiff*

Edward J. Connor, Esq.
5210 Auth Road, Suite 304
Camp Springs, MD 20746-4341
*Counsel for Plaintiff*

Kevin L. Newson, Esq.
Megan S. Ben'Ary, Esq.
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
*Counsel for Co-Defendants Corrections Corporation of America and Patricia Singley*

Steven J. Anderson, Esq.
Office of Corporation Counsel
441 4th Street, N.W., Sixth Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia and Odie Washington*

Dana K. DeLorenzo, Esq.
Office of the Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia*

Steve Altman, Esq.
Andrew J. Spence, Esq.
Hamilton, Altman, Canale & Dillon, LLC
10306 Eaton Place, Suite 100
Fairfax, VA 22030
*Counsel for Center for Correctional Health
and Policy Studies, Inc., Joseph Bastien, T. Wilkins Davis,
Malek Malekghasemi, Sunday Nwosu*

Karen R. Turner, Esq.
Hamilton, Altman, Canale & Dillon, LLC
10306 Eaton Place, Suite 100
Fairfax, VA 22030
*Counsel for Center for Correctional Health
and Policy Studies, Inc.*

E. Louise R. Phillips, Esq.
441 4th Street, N.W., Sixth Floor South
Washington, DC 20001
*Counsel for Corrections Corporation of America*

Daniel P. Struck, Esq.
Shannon Ivanyi, Esq.
Jones, Skelton & Hochulli, PLC
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
*Counsel for Corrections Corporation of America
and Patricia Singley*

D'Ana E. Johnson, Esq.
Juan M. Anderson, Esq.
Bonner, Kiernan, Trebach & Crociata
1250 Eye Street, N.W., Suite 600
Washington, DC 20005
*Counsel for William S. Vaughn and Rotimi Iloyomade*

                                                    */s/ Catherine A. Hanrahan*
                                                    Catherine A. Hanrahan

240156.1