UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARY SCOTT, Individually and<br>As Personal Representative of the Estate of<br>JONATHAN MAGBIE,<br><br>    Plaintiff,<br><br>  v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>    Defendants. | )<br>)<br>)<br>) Civil Action No. 1:05-CV-01853-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ANSWER OF DEFENDANT ROTIMI A. ILUYOMADE, M.D. TO CROSS-CLAIM OF DEFENDANTS GREATER SOUTHEAST COMMUNITY HOSPITAL

### FIRST DEFENSE

The Cross-Claim against this Defendant fails to state a cause of action upon which relief may be based.

### SECOND DEFENSE

1. The allegations of paragraph 1 of the Cross-Claim are admitted.

2. The allegations of paragraph 2 are admitted as stated.

3. The allegations of paragraph 3 are denied.

4. The allegations of paragraph 4 are denied.

### THIRD DEFENSE

Plaintiff's injuries or damages, if any, were the result of the sole actions, behavior, or conduct of the Defendant Greater Southeast Community Hospital and others, barring indemnity and/or contribution from this Defendant.

## FOURTH DEFENSE

Plaintiff's injuries or damages, if any, were the result of the acts, omissions or negligence of other entities or parties, barring indemnity or contribution from this Defendant.

## FIFTH DEFENSE

This Defendant expressly denies that any act, omission, or negligence on his part contributed to or caused the death of the Decedent, Jonathan Magbie.

## SIXTH DEFENSE

This Defendant asserts that if Jonathan Magbie died in the manner as alleged in the Complaint and, if such be proven, then this death was the result of the conduct or the actions, behavior, or conduct of all Defendants jointly, barring indemnity or contribution from this Defendant.

**WHEREFORE**, this Defendant Rotimi A. Iluyomade, M.D. prays that the Cross-Claim shall stand dismissed.

This 28th day of August, 2006.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

/s/
_____
D'Ana E. Johnson, #927913
Juan M. Anderson, #465404
1250 Eye Street, N.W., Suite 600
Washington, D.C. 20005
(202) 712-7000

**Attorneys for Defendant Rotimi A. Iluyomade, M.D.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, 2006, I caused to be served a true and correct copy of *Answer Of Defendant Rotimi A. Iluyomade, MD To Cross-Claim Of Defendants Greater Southeast Community Hospital*, via Electronic Filing to:

Donald M. Temple, Esquire
Temple Law Office
1229 1th Street, NW
Washington, DC 20005
*Counsel for Plaintiff*

Arthur B. Spitzer, Esquire
American Civil Liberties Union
1400 20th Street, NW, Suite 119
Washington, DC 20036
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland 20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005-2302
*Counsel for Plaintiff*

Megan S. Ben'Ary, Esquire
Kevin L. Newson, Esquire
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia 22314
*Counsel for Co-Defendants Corrections
   Corporation of America & Patricia
Singley*

Steven J. Anderson, Esquire
Office of Corporation Counsel
441 4th Street, NW, 6th Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia
    & Odie Washington*

Dana K. DeLorenzo, Esquire
Office of the Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia*

Steve Altman, Esquire
Andrew J. Spence, Esquire
Hamilton, Altman, Canale & Dillon, LLC
10306 Eaton Place, Suite 100
Fairfax, Virginia 22030
*Counsel for Center for Correctional
    Health and Policy Studies, Inc.,
    Joseph Bastien, T. Wilkins Davis,
    Malek Malekghasemi, and Sunday Nwosu*

E. Louise R. Phillips, Esquire
441 4th Street, NW, 6th Floor South
Washington, DC 20001
*Counsel for Corrections Corporation of
    America*

Daniel P. Struck, Esquire
Jones, Skelton & Hochulli, PLC
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

156441_1

Catherine A. Hanrahan, Esquire
Alan J. Rumsey, Esquire
1341 G Street, NW, Suite 500
Washington, DC  20005
*Counsel for Greater Southeast Community
  Hospital Corporation I*

                                                          /s/
                                           D'Ana E. Johnson