UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MARY R. SCOTT, | : | |
| Plaintiff, | : | Case No. 05-cv-1853(RWR) |
| v. | : | |
| DISTRICT OF COLUMBIA, et al., | : | |
| Defendants. | : | |
| _____ | : | |

**DEFENDANTS DISTRICT OF COLUMBIA, ODIE WASHINGTON AND CORRECTION CORPORATION OF AMERICA'S PRELIMINARY RULE 26(a)(2) STATEMENT**

Defendants District of Columbia's, Odie Washington, and Corrections Corporation of America hereby give notice of their intent to call the following expert witnesses during the trial in this matter. The District's motion to enlarge the present deadline for defendants' designation of experts by 90 days is presently pending. Defendants retain their right to name additional experts if this motion is granted.

1. Steven Day, Ph.d., Life Expectancy Project, 1439-17th Avenue, San Francisco, California 94122-3402, (415) 731-0290. Dr. Day is an expert in life expectancy and statistics. He will comment upon and refute the testimony of plaintiff's experts. He will base his testimony on his education and experience and the discovery produced in this case. He is also expected to testify that plaintiff's quadriplegia, history of bed sores, urinary tract tack infections, and pneumonia, *inter alia*, resulted in a life expectancy that was considerable shorter than average. A copy of Dr. Day's resume, fee schedule and a list of the cases he has be deposed in, or testified in is attached. Defendants will provide a copy of Dr. Day's report as soon as it is available.

2. Charles Betsey, Ph.d. 1608 Taylor Street, NW, Washington, D.C. 20011 (202) 545-0589. Dr. Betsey is a professor of economics at Howard University, and expert in economics. He is expected to reduce the expected losses to decedent's estate to their present day value. Dr. Betsey will comment upon and refute the testimony of plaintiff's economics expert. He will base his testimony on his education and experience and the discovery material produced in this case. A copy of Dr. Betsey's resume, fee schedule and a list of the cases he has been deposed in, or testified in is attached. Defendants will provide a copy of Dr. Betsey's report as soon as it is available.

3. Defendants District of Columbia and Odie Washington adopts and incorporates Corrections Corporation of America's 26(a)(2) filing regarding Dr. Cooper and reserves the right to call him as an expert.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

---

KIMBERLY JOHNSON
Bar no. 435163
Chief, General Litigation Section I

---

STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.

Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail: Steve.anderson@dc.gov