**CHARLES L. BETSEY, PH.D.**
**Professor**
**Department of Economics**
**Howard University**
**Washington, DC 20059**

## EDUCATION

1976    Ph.D., Economics, The University of Michigan

1975    Graduate courses in Public Policy and Urban Affairs, Boston University

1968    A.B., Economics and Spanish Literature, The University of Michigan

## EXPERIENCE

Professor, Department of Economics, Howard University, July 1990 to present. Teaching, research, and service responsibilities. Courses taught: Principles of Economics (macroeconomics); Labor Economics; Economics of Black Community Development; Human Resources (graduate); Public Finance (graduate).

Graduate Professor and Chairman, Department of Economics, Howard University, Washington, DC, July 1990 to June 1996. Responsible for administration of department of 14 full-time faculty as well as part-time faculty in undergraduate, M.A., and Ph.D. economics programs. Budget administration, staff supervision, class scheduling, chairing various meetings; directing doctoral dissertations; providing job placement information; recruitment of faculty and students; conducting research; fund-raising. Service on college- and university-wide committees. Teaching undergraduate courses Principles of Economics, Economics of Black Community Development; graduate course Economics of Poverty and Manpower.

Associate Research Director and Senior Research Economist, United States Sentencing Commission, Washington, DC, 1986 to 1990.

Study Director, National Research Council, National Academy of Sciences, 1984-1986. Direction of study assessing evaluations of the Youth Employment and Demonstration Projects Act (YEDPA). Author of YEDPA, Duties included hiring and supervision of staff of professionals and an administrative assistant; preparation of agenda and materials for committee of experts; selection of authors and oversight of preparation of commissioned papers; drafting committee reports; budgetary and administrative responsibilities for the project. As a consultant, organized a major conference on youth employment focusing on the committee's report.

Associate Professor of Economics, University of the District of Columbia, 1982-1985. Taught courses in Principles of Economics (macroeconomics); Labor Economics (Labor and Industrial Relations); Independent Studies. Other duties included performing research and service on departmental Curriculum Committee, and Executive Committee,

among others.

Consultant, The Urban Institute, 1981-1984.  Principal Investigator for a study of the career mobility of minorities and women in the federal sector.  Duties included proposal preparation and marketing; identification, acquisition, and analysis of a large dataset of federal employment records; writing final report to the sponsor (the Rockefeller Foundation).

Principal Investigator for a study of the employment of minorities and women in state and local government funded by the Alfred P. Sloan Foundation.  Consultant on various studies including an econometric analysis of the effects of participation in Comprehensive Employment and Training Act (CETA) programs on the employment and earnings of youth and the economically disadvantaged; a study of racial differences in adolescent fertility.

Associate Professorial Lecturer, School of Government and Business Administration, George Washington University, Fall 1981.  Taught graduate level course on intergovernmental relations.

Executive Director, Urban Policy Analysis and Research Unit, National Urban Coalition, 1979 to 1981.  Principal Investigator on $500,000 grant project devoted to analyzing various policy proposals including public service employment, welfare reform, and alternative policies to stimulate employment.  Responsible for developing an internship for minority students in conjunction with Atlanta University.

Consultant, Congressional Budget Office, 1976.  Analysis of the literature on the economic impact of equal employment opportunity efforts under Title VII of the 1964 Civil Rights Act.

Director of Research, Black Economic Research Center, New York, NY, 1976.  Directed research program and staff; fund-raising; report writing.

Instructor and Assistant Professor, Department of Political Economy, University of Massachusetts at Boston, 1973 to 1977.  Taught courses in Labor Economics (Labor and Industrial Relations); Economic Literacy; Political Economy of the Black Ghetto; Independent Studies; and Senior Honors Theses.  Served on departmental Appointments, Promotions, and Tenure Committee; Executive Committee; Curriculum Committee; and various university-wide committees.

Labor Economist, Policy Research Division, Office of Economic Opportunity, Executive Office of the President, 1971 to 1973.  Duties included research on labor market aspects of poverty; measurement of central city-suburban racial wage differentials; review of effectiveness of manpower training efforts.  Other duties involved monitoring a research grant (Poverty in the Labor Market) awarded to the National Bureau of Economic Research; reviewing grant applications; commenting upon proposed legislation; and other administrative duties.

Research Assistant, Institute on Labor and Industrial Relations, Wayne State University-University of Michigan, 1967-71.  Duties included data collection and analysis in connection with various studies, including a study of union constitutional provisions in light of the Labor Management Reporting and Disclosure Act (Landrum-Griffin); a study of the determinants of earnings in union/non-union environments; a study to develop a method for computerized literature search on equal employment opportunity subject matter.

**PUBLICATIONS, PRESENTATIONS, GRANTS, CONSULTING**

PUBLICATIONS

"Human Resources Management and Development in the Telework Environment," (co-author), in U.S. Department of Labor report Telework: The New Workplace of the 21st Century, Washington, 2000, (and on Department of Labor website, www.dol.gov).

"Increasing Labor Demand and Productivity in Ghana,"(coauthor), EAGER Policy Brief #46, August 2000.

Increasing Labor Demand and Productivity in Ghana, (coauthor), EAGER Final Report to the U.S. Agency for International Development, June 2000.

Youth Job Search and Employment: Youth and Employer Perspectives, Final Report to the U.S Department of Labor, June 1997

"Litigation of Employment Discrimination Under Title VII: The Case of African-American Women," American Economic Review, May 1994, pp. 98-102.

"The Role of Race-Conscious Policies in Addressing Past and Present Discrimination," Review of Black Political Economy, Fall 1992, pp. 1-35.

Birmingham's Changing Economy: Opportunities for Disadvantaged Businesses, Birmingham: City of Birmingham, Office of Economic Development, February 1992.

Choice and Circumstance: Racial Differences in Adolescent Sexuality and Fertility (coauthor), New Brunswick: Transaction Books, 1986

Youth Employment and Training Programs: The YEDPA Years (coauthor), Washington, DC: National Academy Press, 1985

Report of the Compensation Task Force (coauthor), Rockville: Montgomery County Government, 1985.

Report of the Discrimination Analysis Committee of the Compensation Task Force (coauthor), Rockville: Montgomery County Government, 1985.

"The High Tech Revolution and Its Implications for Black America,"

(coauthor) in <u>The State of Black America 1984</u>, New York: National Urban League, 1984

<u>Measuring the Effect of CETA on Youth and the Economically Disadvantaged</u> (coauthor), Washington: The Urban Institute, 1983

"Federal Minimum Wage Laws and the Employment of Minority Youth," (coauthor), <u>Papers and Proceedings of the American Economic Association</u>, May, 1981

"Employment at Low Wages" (coauthor), in J. E. King (ed.), <u>Readings in Labour Economics</u>, Oxford: Oxford University Press, 1980

<u>CETA Reauthorization Issues</u>, Washington: Congressional Budget Office, August, 1978

"Differences in Unemployment Experiences between Blacks and Whites," <u>Papers and Proceedings of the American Economic Association</u>, May, 1978.

"Statement" in Youth Employment Programs in the President's Budget Proposals for Fiscal Year 1979, Washington, DC: U.S. House of Representatives, Committee on the Budget, Task Force on Human Resources, February 13, 1978.

<u>Work Experience and Earnings of Inner-City Blacks and Whites</u>, Ph.D. dissertation, Ann Arbor: University Microfilms, 1976

<u>The Unemployment of Nonwhite Americans: The Effect of Alternative Policies</u>, Parts II-V, Washington, DC: Congressional Budget Office, July 19, 1976.

"A Reply," <u>The Review of Black Political Economy</u>, Winter, 1976.

"Low Wage Workers and the Dual Labor Market: An Empirical Investigation" (with H. M. Wachtel), <u>The Review of Black Political Economy</u>, Spring, 1975.

"Employment at Low Wages" (with H. M. Wachtel), <u>Review of Economics and Statistics</u>, May, 1972.

"The Determinants of Working Poverty," in Harold Sheppard, et al. (eds.), <u>The Political Economy of Public Service Employment</u>, Lexington: D.C. Heath, 1972.

<u>PRESENTATIONS</u>

"Skills Assessment Component of Labor Shortages in the Washington, DC Area," Workforce Assessment Conference, Howard University, November 19, 2001.

"Income and Wealth Transfer Effects of Discrimination in Prison Sentencing," Allied Social Science Associations Meetings, New Orleans, LA, January 4-8, 2001.

"What Graduate Students Should Know About Writing A Thesis/Dissertation," presentation to Economics Department Graduate Research Seminar, Fall 2000.

"Credit Outcomes for African-Americans," (coauthor), Southern Economic Association Meetings, Rosslyn, VA, November 10, 2000.

"Human Resources Management and Development in the Telework Environment," (coauthor), U.S. Department of Labor Conference, Xavier University, New Orleans, LA, October 16, 2000.

Participant, Opening Doors to Homeownership: Freddie Mac Symposium on Consumer Credit Education, Howard University, October 11-12, 2000.

Participant, White House Conference on the New Economy, The White House, Washington, DC, April 5, 2000.

Participant, Second Nature Conference, Shaping a Sustainable Future: Best Practices in Higher Education, Atlanta, GA, March 16-19, 2000.

Participant, Federal Home Loan Bank Board (Freddie Mac), Consumer Credit Research Conference, Amelia Island, FL, December 6-12, 1999.

Participant, Joint Center for Political and Economic Studies Conference, Skills Development for Black Workers in the 21st Century, Washington, DC, November 3, 1999.

Participant, Association for Public Policy Analysis and Management, Annual Meetings, New York, NY, October 28-30, 1999.

"Labor Productivity and African Economic Growth," paper presented at the Allied Social Science Associations Meetings, January 4, 1999, New York, NY.

Session Chair and Rapporteur, "Trade, Growth and Equity in Sub-Saharan Africa," EAGER Regional Workshop, Dar es Salaam, Tanzania, August 11-15, 1997, sponsored by the United States Agency for International Development.

Discussant and Rapporteur, "Trade, Growth and Equity in Sub-Saharan Africa," Third Annual EAGER Conference, Accra, Ghana, February 5-8, 1997, sponsored by the United States Agency for International Development.

Discussant, "Regulatory Reform and Labor Markets," Southern Economic Association Meetings, Washington, DC, November 25, 1996.

Panelist, "Where Is the Payoff?" Asa T. Spaulding Memorial Forum, Gamma Iota Sigma Professional Insurance Fraternity, Howard University, March 19, 1996.

Panelist, "The Status of Black Economists," National Economic Association Twenty-fifth Anniversary Symposium, Allied Social Science

Associations Meetings, January 6, 1996, San Francisco, CA.

"Economic Status of African Americans: Labor Force Status and Income Distribution," Keynote Lecture, Symposium in Honor of Phyllis A. Wallace, Morgan State University, December 7, 1994.

"Employment and Training Programs for Welfare Recipients: A Review of JTPA Programs and Adult Women on Welfare: Using Training to Raise AFDC Recipients Above Poverty," paper presented at National Commission for Employment Policy Welfare Issue Forum, Rayburn House Office Building, March 25, 1994.

"Litigation of Employment Discrimination Under Title VII: The Case of African-American Women," paper presented at the Allied Social Science Associations Meetings, January 3, 1994, Boston, MA.

"Implications of the North American Free Trade Agreement," paper presented at Council for the United States and Italy, Ninth Annual Young Leaders Conference, December 16-18, 1992, Miami, FL.

"The Role of Evaluation Studies in Federal Labor Market Policy-Making," presentation at The American University, Washington Semester in Economic Policy, October 7, 1992, Washington, DC.

"Race-Conscious Policies and Black Business Development: A Case Study of Birmingham, Alabama", paper presented at Research in the Nineties, 1992 Howard University Graduate Research Symposium, April 13, 1992, Washington, DC.

"The Economic Outlook," paper presented at Economic Policy Workshop, Sixth National Policy Institute, Joint Center for Political and Economic Studies, January 23, 1992, Washington, DC.

"The Role of Race-Conscious Policies for Past and Present Discrimination," Presidential Address, National Economic Association, Allied Social Science Associations Meetings, January 3, 1992, New Orleans, LA.

Discussant, "The Economic Status of African-American Males," National Economic Association, Allied Social Science Associations Meetings, January 3, 1992, New Orleans, LA.

Chair, "Neighborhood Choice and Housing Segregation," joint panel of the American Real Estate and Urban Economics Association and the National Economic Association, Allied Social Science Associations Meetings, December 28, 1990, Washington, DC.

Discussant, "Drug Policy and Legalization: Alternative Views," joint panel of the American Economic Association and the National Economic Association, Allied Social Science Associations Meetings, December 29, 1990, Washington, DC.

"Racial Differences in Sentencing Outcomes," paper presented at Allied Social Science Associations Meetings, December 29, 1989,

Atlanta, GA.

"Trade Policy Since the Tokyo Round: Outcomes for Low-Skilled and Minority Workers," paper presented at the Allied Social Science Associations Meetings, December 28, 1989, New York, NY.

"Education and Training Issues," paper presented at the Congressional Black Caucus Legislative Weekend, Issue Forum: Toward the Year 2000, September 15, 1988, Washington, DC.

"Assessing the Effectiveness of Youth Employment and Training Programs," paper presented at Conference on Youth Employment, National Academy of Sciences, March 28, 1986, Washington, DC.

"Report of the Committee on Youth Employment Programs Pertaining to the Job Corps," testimony before Subcommittee on Employment and Housing, Committee on Government Operations, U.S. House of Representatives, May 21, 1985, Washington, DC.

"Improving the Socio-Economic Status of Black Americans: Competing Educational Strategies," paper presented at panel on Education for Equality: Technical Skills or Liberal Arts?, April 10, 1984, Graduate School of Public Policy, University of California, Berkeley, CA.

"Current U.S. Economic Theory and Terminology," paper presented at a seminar for visiting African economics editors, Meridian House International, April 22, 1983, Washington, DC.

"Enterprise Zones: Some Issues to Address in Evaluating Them," paper presented at National Commission for Employment Policy Conference, Directions for the 1980s: An Invitational Conference on Employment Policy Analysis, April 28-29, 1982, Washington, DC.

"Enterprise Zones: A Solution to Black America's Problems?," paper presented at Panel on Urban Problems, Whitney M. Young Memorial Lecture, University of Pennsylvania, April 4, 1981, Philadelphia, PA.

Participant, Project Group on Urban Finance, Ad Hoc Group on Urban Problems, Organization for Economic Co-Operation and Development (OECD), June 18-19, 1980, Bonn, West Germany.

Panel Moderator, "Social Experimentation: A Way to Plan the Future," National Conference on Social Welfare, Annual Forum, May 18-20, 1980, Cleveland, OH.

Chair, "Future of Minority Involvement in School Finance"; Discussant, "State and Local Tax Policy," Ford Foundation Conference on School Finance, May 12-14, 1980, San Antonio, TX.

Moderator, "School Finance and Low-Income/Minority Populations," American Education Finance Association Meetings, March 16-18, 1980, San Diego, CA.

Economics Workshops Coordinator, Richmond Conference on a Black Agenda for the 1980s, February 28-March 2, 1980, Richmond, VA.

"Public Service Employment As a Tool for Addressing Structural Unemployment and Poverty," paper presented at Howard University Conference on Blacks, Presidential Politics and Public Policy, October 25-27, 1979, Washington, DC.

Witness, Hearings of the Task Force on Human Resources, Committee on the Budget, U.S. House of Representatives, February 13, 1978, Washington, DC.

GRANTS

Principal Investigator, Equity and Growth Through Economic Research (EAGER), subcontract from Harvard University under U.S. Agency for International Development cooperative agreement, 1995-2001 ($700,000).

CONSULTING

Howard University, Center for Urban Progress, U.S. Department of Labor, Workforce Development Program, 2001-present.

Economic Consultant, 1989-Present.  Conducted analyses for various clients related to assessing present and future economic damages involving personal and commercial tort issues: lost earnings, lost profits, lost benefits, medical costs.  Clients have included District of Columbia Corporation Counsel, City of Baltimore, Washington Hospital Center, George Washington University, and First Union Bank, among others.

City of Birmingham, Office of Economic Development, September 1991-January 1992.  Conducted study of Birmingham's changing economy and the opportunities for minority- and women-owned  businesses.  The study drew upon a variety of sources on information including published reports and interviews with a cross-section of Birmingham citizens. A multi-regional input-output model of the Birmingham economy  was used to identify potential impacts on the local economy of new spending on highways and local transit, as well as the fast-growing industries in the local economy such as health care, business services, and finance, insurance, and  real estate, among others. Continued efforts to increase opportunities for minority- and women-owned businesses are encouraged.

Dallas Area Rapid Transit, Availability Study of Minority/Women/Disadvantaged Business Enterprises, November 1990-February 1991.  Research Economist responsible for advising on the relevant geographic study area, data collection, and determination of a model for predicting the growth of DBEs in the study area.

City of Baltimore, Availability/Disparity Study of Minority/Women Business Enterprises, July-December, 1990.  Economic Analyst for a project to determine the availability and utilization of minority and

women-owned business enterprises in the City of Baltimore.
Responsibility for advising on data collection needs, sampling
methodology, preparation and review of final report.

<u>Washington Suburban Sanitary Commission, Minority Business
Utilization Study of Architecture and Engineering Programs</u>, June-
December, 1990.  Research Economist for a project to determine the
availability and utilization of minority-owned architecture and
engineering firms.  Responsibility for advising on collection of
census and contract data, and for analyzing contract, survey and
interview data collected on the utilization of minority businesses.

<u>Maryland State Department of Transportation, Minority Business
Utilization Study</u>, January-March 1990.  Principal Economist for a
study of availability and utilization of minority businesses by the
State of Maryland.  Responsibility for developing sampling
methodology for surveys and interviews conducted during the study.
Participated in analyses of contract and other data collected during
project, in development of recommendations and in the preparation of
the final report.

**GRADUATE TEACHING EXPERIENCE**

Public Finance
Human Resources I, Fall Semester
Human Resources II, Spring Semester

**UNIVERSITY SERVICE**

Member, Howard University Service Learning Committee, 2001-present.

Member, Committee on International Affairs Curriculum, College of
Arts and Sciences, 2001-present.

Member, Executive Committee, Graduate School of Arts and Sciences,
2000-present.

Member, Lucy Moten Scholarship Committee, College of Arts and
Sciences, 1999-present.

Member, Committee to Review Criteria for Academic Rank, College of
Arts and Sciences, 2000-present.

Member, Appointments, Promotions, and Tenure Committee, Department of
Economics, 1996-present.

Member, Graduate Studies Committee, Department of Economics, 1996-
present.

Member, Department of Economics, Undergraduate Studies Committee,
1996-present.

Member, Department of Economics, Financial Assistance Committee,
1998-present.

Chair, Ph.D. Dissertation Committee, Princess Awonoor Williams, 2000-Present.

Member, Ph.D. Dissertation Committee, Kim Coleman, 2001-Present.

## COMMUNITY SERVICE

Member, Board of Directors, Fair Employment Council of Greater Washington, 1994 to Present.

Member, Mayor's Council of Economic Advisors, Washington, DC, 1992 to 1994.

Member, Montgomery County Council Compensation Task Force, 1983 to 1985.  Member of Task Force designed to review salary and benefits for five County-funded agencies, and to recommend possible changes in compensation practices.  Also charged with reviewing issues of comparable worth.

Chair, Benefits Committee of the Compensation Task Force, 1983 to 1985.  Chaired committee, developed methodology, and authored report on comparative study of various benefits provided employees of County-funded agencies, including pensions, health and life insurance, and time-off with pay.

Co-Chair, Discrimination Analysis Committee, 1985.  Co-Chair of committee appointed to evaluate whether there were systematic practices of discrimination on the basis of race, sex, or ethnicity in County-funded agencies.

## PROFESSIONAL AFFILIATIONS

Member, Council, Inter-University Consortium for Political and Social Research, The University of Michigan, 1998-2002;
President, National Economic Association, 1991-92;
Member, American Economic Association;
Member, Board of Editorial Advisors, Review of Black Political Economy, 1976 to present;
Member, Board of Editorial Advisors, Harvard Journal of African-American Public Policy, 1992 to present;
Member, Board of Editors, Evaluation Review: A Journal of Applied Social Research, 1987-1990;
Member, Board of Editors, Papers in the Social Sciences, University of the District of Columbia, 1982-1985.

**HONORS, AWARDS, AND FELLOWSHIPS**

"Howard 2000" Recognition Award, Center for Urban Affairs Committee, 1992;
Faculty Research Grant, Howard University, 1991-92;
Member, Omicron Delta Epsilon, Economics Honors Society;
<u>Who's Who in the East</u>, (beginning 1984-85 edition);
Community Service Award, Metropolitan Washington Housing and Planning Association, 1982;
Who's Who in Black America, 1980-81;
University of Massachusetts, Faculty Research Grant, 1974-75;
University of Michigan, University Fellowship, 1970-71;
University of Michigan, Rackham Opportunity Fellowship, 1969-70;
University of Michigan, Ford Foundation Fellowship, 1968-69;
University of Michigan, Opportunity Award, 1964-68;
Ann Arbor High School Scholarship Award, 1964.