**Charles L. Betsey, Ph.D.**
**Previous Trial or Deposition Testimony**
**January 2000-September 2005**

| Case | Jurisdiction | Date | Client |
|---|---|---|---|
| Coates v. Columbia Hospital for Women | District of Columbia Superior Court | 03/00 | Jackson & Campbell |
| Griffin v. Washington Convention Center | United States District Court (DC) | 04/00 | DC Corporation Counsel |
| Heppel et al., v. GWU and Mt. Vernon College | District of Columbia Superior Court | 02/01 | Arnold & Porter |
| Lewis v. Booz-Allen & Hamilton | United States District Court (DC) | 02/00 | Latham & Watkins |
| McKoy v. District of Columbia | District of Columbia Superior Court | 10/02 | DC Corporation Counsel |
| Means v. District of Columbia | District of Columbia Superior Court | 07/02 | DC Corporation Counsel |
| Melendez v. Children's Hospital | District of Columbia Superior Court | 06/00 | Jackson & Campbell |
| Peyton v. DiMario | United States District Court (DC) | 08/03 | Karr & Allison |
| Price v. WMATA | District of Columbia Superior Court | 02/01 | Coale Cooley |
| Roche v. Holly | Circuit Court for Howard County, MD | 08/00 | Rickey Nelson Jones, Esq. |
| Steele Software v. First Union National Bank | Circuit Court for Baltimore City, MD | 02/02 | Venable |
| Stulich v. ACandS, Inc. et al. | Circuit Court for Baltimore City, MD | 02/05 | Ashcraft & Gerel |
| Walker v. District of Columbia | United States District Court (DC) | 09/00 | DC Corporation Counsel |
| Willingham v. Crooke, et al. | United States District Court (ED VA) | 08/03 | Gloria Willingham, Esq. |
| Willingham v. Ashcroft | United States District Court (DC) | 09/04 | Gloria Willingham, Esq. |