**Strauss & Shavelle, Inc.**

| | | |
|---|---|---|
| David Strauss, PhD, FASA | 1439 - 17th Avenue | (415)731-0250 |
| Robert Shavelle, PhD, MBA | San Francisco, CA 94122-3402 | (415)731-0240 |
| Steven Day, PhD | www.LifeExpectancy.com | (415)731-0276 |

# Expert Witness and Consulting Fee Schedule

Consultation, analyses and report preparation:   $400/hour

Deposition:   $1,000
[time over 2 hours billed at $500/hour]

Long distance travel and overnight trips:   $4,000/day

Air-travel is generally business class.

A preliminary life expectancy analysis and discussion of the results generally requires 3-5 hours, and a formal written report an additional 3-5 hours.

Complex cases involving multiple medical risk factors require additional hours for research, analyses, and the written report.

Pre-deposition preparation usually requires 4-6 hours to review the materials and analyses. Pre-trial preparation, often a week prior to trial, usually requires 6-10 hours to review the case in detail, prepare for direct- and cross-exam, and produce exhibits.

**Employer Identification Number (EIN):**
**95-4741460 (Strauss & Shavelle, Inc.)**

**Revised August 2006**

# Steven M. Day
# Curriculum Vitae
# December 2005

Life Expectancy Project
1439 17th Avenue, San Francisco, CA 94122-3402
Phone: (415) 731-0276
Fax: (415) 731-0290
Cell: (951) 764-4656
Day@LifeExpectancy.com
www.LifeExpectancy.org

**Employment**

1996-Present
　Life Expectancy Project, Principal Researcher
　Consultant, Strauss & Shavelle, Inc.

1995-2001
　Associate Professor of Mathematics, Riverside Community College

1990-1995
　Assistant Professor of Mathematics, The Ohio State University

1989
　Community Teaching Fellow, Valley High School, South Sacramento

1985-1987
　Mathematics Instructor, Minaki Secondary School, Tanzania

**Education**

PhD, Applied Statistics December 2001
　Substantive Field: Epidemiology
　University of California, Riverside

MS, Statistics, December 2000
　University of California, Riverside

MA, MAT, Mathematics, June 1990
　University of California, Davis

BA, Mathematics, June 1983
　University of California, Los Angeles

**Teaching**

A wide variety of mathematics courses at UCLA, The Ohio State University, and Riverside Community College. Courses included beginning level Algebra through Advanced Calculus as well as introductory and applied Statistics.

**Professional Service**

Peer reviewer for the journal Pediatrics, 2005/2006

**Peer Reviewed Publications**

Shavelle RM, Strauss DJ, Day SM, Ojdana KA (in press). Life Expectancy. In: ND Zasler, D Katz & R Zafonte (Eds.), Neurorehabilitation of Traumatic Brain Injury, 2nd Edition. New York: Demos Medical Publishing.

Shavelle RM, Strauss DJ, Day SM (2005). Deinstitutionalization in California: Mortality of persons with developmental disabilities after transfer into community care, 1997-1999. Journal of Data Science, 3:371-380.

Day SM, Wu YW, Strauss DJ, Shavelle RM, Reynolds RJ (2005). Causes of death in remote symptomatic epilepsy. Neurology, 65:216-222.

Wu Y, Day SM, Strauss DJ, Shavelle RM (2004). Prognosis for ambulation in cerebral palsy: A population-based study. Pediatrics, 114:1264-1271.

Day SM, Strauss DJ, Shavelle RM, Reynolds RJ (2005). Mortality and causes of death in Down syndrome in California. Developmental Medicine And Child Neurology, 47:171-176.

Strauss DJ, Shavelle RM, Day SM (2004). Letter to the editor re: Plioplys article. Seminars in Pediatric Neurology, 11:236.

Day S, Strauss D, Shavelle R, Wu YV (2003). Excess mortality in remote symptomatic epilepsy. Journal of Insurance Medicine, 35:155-160.

Strauss DJ, Day SM, Shavelle R, Wu YW (2003). Remote symptomatic epilepsy: Does seizure severity increase mortality? Neurology, 60:395-399.

Shavelle RM, Strauss DJ, Day SD (2003). Comparative mortality of persons with mental retardation in California, 1980-1999. Journal of Insurance Medicine, 35:5-8.

Shavelle RM, Strauss DJ, Day SM (2001). Comparison of survival in cerebral palsy between countries [letter]. Developmental Medicine & Child Neurology, 43:574.

Shavelle RM, Strauss DJ, Whyte J, Day SM, Yu YL (2001). Long-term causes of death after traumatic brain injury. American Journal of Physical Medicine & Rehabilitation, 80:510-516.

**Trial and Deposition Testimony of Steven M. Day, PhD**

**July 25, 2006**

**Trial Testimony**

| | |
|---|---|
| July 17, 2006 | Alexis Hayes, et al. v. Childrens Hospital, et al.<br>Court of Common Pleas, Franklin County, Ohio<br>Peter Van Ligten (Arnold, Todaro & Welch, Columbus, OH) |
| June 13, 2006 | Paul Hashim v. Kern America<br>Superior Court of California, County of Kern, California<br>Anthony A. DiMonte (The Law Offices of Virgil L. Roth, PC, Pasadena, CA) |
| February 1, 2006 | Fred Schubert v. Crossroads Mental Health Services, Inc., et al.<br>Circuit Court of Taylor County, Wisconsin<br>Peter Farb (Stilp & Cotton, Appleton, WI) |
| July 19, 2005 | Vincent v. Jonathan H. Bates, MD et al.<br>District Court of Minnesota, Anoka County<br>J. Richard Bland (Meagher & Geer, Minneapolis, MN) |
| April 25, 2005 | Monske v. Banner Health Care<br>Superior Court of Arizona, in and for the County of Maricopa<br>Jim Vieh (Campana, Vieh & Loeb, AZ) |
| October 19, 2004 | Misty Campbell v. Mary Ann Dean-Onayemi, MD, et al.<br>Circuit Court of Cook County, Illinois<br>Scott Rendleman (Pretzel & Stouffer, IL) |
| January 21, 2004 | Emily R. Collen et al. v. Michael G. McHenry, MD et al.<br>Circuit Court of Brown County, Wisconsin<br>Patrick F. Koenen (Hinshaw & Culbertson, WI) |
| May 5, 2003 | James F. Bowman, et al. v. United States of America, et al.<br>United States District Court for the Western District of Texas, San Antonio Division<br>James Gilligan (United States Department of Justice, TX) |
| January 29, 2003 | Grove v. Hershey Medical Center, et al.<br>Court of Common Pleas of Dauphin County, Harrisburg, PA<br>Daniel L. Grill (Thomas, Thomas & Hafer LLP; Harrisburg, PA) |
| January 15, 2003 | Hicks v. Home Select, et al.<br>Superior Court of Arizona, Maricopa County<br>Michael Carter (Doyle, Berman & Boyack; Phoenix, AZ) |

**Depositions**

| | |
|---|---|
| May 16, 2006 | Russell McGowen et al. v. Randal Vinther, MD<br>District Court of Nacogdoches County, Texas<br>D. Wayne Clawater (Cruse, Scott, Henderson & Allen, Houston, TX) |
| April 4, 2006 | Allen Hudson et al. v. Dimensions Health Corporation, et al.<br>Circuit Court for Prince George's County<br>Phillip R. Zuber (Sasscer, Clagett & Bucher, Upper Marlboro, MD) |
| March 16, 2006 | Alex Rogers et al. v. Evan K. Saunders, MD<br>Circuit Court of Washington County, Wisconsin<br>Robert L. McCracken (Nash, Spindler, Grimstad & McCracken, Manitowoc, WI) |
| February 24, 2006 | Leslie Richter et al. v. G. Sam Wilson, MD<br>Second Judicial District Court of Davis County, Utah<br>Philip R. Fishler (Strong & Hanni, Salt Lake City, UT) |
| January 25, 2006 | Fred Schubert v. Crossroads Mental Health Services, Inc., et al.<br>Circuit Court of Taylor County, Wisconsin<br>Peter Farb (Stilp & Cotton, Appleton, WI) |
| January 20, 2006 | Tiffany Knox et al. v. Christie Emuobo Obukofe, et al.<br>District Court of Harris County, Texas<br>Lee Thibodeaux (Fulbright & Jaworski, Houston, TX) |
| January 18, 2006 | Alexis Hayes, et al., v. Childrens Hospital, et al.<br>Court of Common Pleas of Franklin County, Ohio<br>Peter Van Ligten (Arnold Todaro & Welch) |
| November 11, 2005 | Nicholas Andrew Cowles ppa, et al. v. Peter J. Doegler, MD, et al.<br>Superior Court of the Judicial District of Hartford, Connecticut<br>Russell A. Green (Carmody & Torrence, Waterbury, CT) |
| November 10, 2005 | Jacob Smotherman v. St. Joseph Mercy Hospital<br>(Court?) Oakland, Michigan<br>Verlin R. Nafziger (Johnson & Wyngaarden, MI) |
| October 25, 2005 | John M. Honisch, et al. v. The Medical Protective Company, et al.<br>Circuit Court of Milwaukee County, Wisconsin<br>Lynn R. Laufenberg (Laufenberg & Hoefle, WI) |
| October 4, 2005 | Edward Orlich, Jr. v. Luis Ugarte, MD et al.<br>The Circuit Court of Cook County, Illinois, Law division - Fifth district<br>Justin Relihan (Johnson & Bell, Chicago, IL) |

| | |
|---|---|
| September 20, 2005 | Michael T. Reece v. Palace Station Hotel & Casino, inc.<br>District Court of Clark County, Nevada<br>Brian K. Terry (Thorndal, Armstrong, Delk, Balkenbush & Eisinger, NV) |
| September 6, 2005 | Karin Coppernoll, et al. v. Eastside Midwives, et al.<br>Superior Court of the State of Washington in and for the County of King, Washington<br>Elizabeth McAmis (Williams, Kastner & Gibbs, WA) |
| August 31, 2005 | Daniel Kuffer v. Mount Clemens General Hospital, et al.<br>Circuit Court for the County of Macomb, Michigan<br>Chirstopher J. Keane (The Keane Law Firm, MI) |
| August 17, 2005 | Marcia Saladin, et al. v. University of Miami et al.<br>Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida<br>Helenmarie M. Blake (Fowler White Burnett, FL) |
| August 15, 2005 | Nicholas Andrew Cowles ppa, et al. v. Peter J. Doegler, MD, et al.<br>Superior Court of the Judicial District of Hartford, Connecticut<br>Russell A. Green (Carmody & Torrence, Waterbury, CT) |
| July 1, 2005 | Edward Orlich, Jr. v. Luis Ugarte, MD et al.<br>The Circuit Court of Cook County, Illinois, Law division - Fifth district<br>Justin Relihan (Johnson & Bell, Chicago, IL) |
| June 21, 2005 | Emma Burbridge v. Daughters of Charity Health Services of Austin<br>District Court of Travis County, Texas, 200th Judicial District<br>Paige A. Lueking (Cooper & Scully; Dallas, TX) |
| May 10, 2005 | Anne F. Todd v. Robert French, MD, et al.<br>Superior Court of The District of Columbia, Civil Division<br>Dana Orquiza (Wilson, Elser, Moskowitz, Edelman & Dicker; Washington, DC) |
| March 29, 2005 | Derrick Loftis, et al. v. The United States of America<br>United States District Court for the District of Maryland, Greenbelt Division<br>Neil White (United States Department of Justice, Baltimore, MD) |
| March 2, 2005 | Donald Mattson v. Regent Insurance Company, et al.<br>Circuit Court of Marathon County, Wisconsin<br>Arthur Simpson (Simpson & Deardorff, Milwaukee, WI) |
| February 28, 2005 | Berto Valdes and Juana Valdes v. The University of Miami et al.<br>Circuit Court of the 11th Judicial Court in and for Miami-Dade County, Florida<br>Kimberly A. Cook (Abadin Jaramillo Cook & Heffernan, Miami, FL) |

| | |
|---|---|
| February 9, 2005 | Howard Rudnick et al. v. The Children's Hospital, et al.<br>District Court of City and County of Denver, Colorado<br>Kathleen M. Shea (Martin Conklin, Denver, CO) |
| February 2, 2005 | Rosa Rendon, et al. v. Daphne Rommereim-Madden, MD, et al.<br>District Court of Weld County, Colorado<br>Kurt Bohn (United States Department of Justice, Denver, CO) |
| December 29, 2004 | Devin Scott Viverette, et. al. v. Jennifer Wells Orr, MD, et. al.<br>North Carolina<br>O. Drew Grice, Jr. (Walker, Clark, Allen, Grice & Ammons, Goldsboro, NC) |
| December 21, 2004 | Carlos A. Pachas et al. v. Valley Health System et al.<br>District Court of Clark County, Nevada<br>Barbara I. Johnston (Gage & Gage; Las Vegas, NV) |
| December 1, 2004 | Washington v. Gerard, et. al.<br>Circuit Court, Milwaukee County, Wisconsin<br>Monica L. Walrath (Leib & Katt; Milwaukee, Wisconsin) |
| October 22, 2003 | Roy Landry v. United Agri-Products<br>Louisiana<br>Lawrence J. Duplass (Duplass, Zwain, Bourgeois & Morton, Metairie, LA) |
| September 30, 2004 | Carlton v. Doctors Medical Center-San Pablo<br>Contra Costa Superior Court, Martinez, California<br>Charles "Scott" Nichols (Dummit, Briegleb, Boyce & Buchholz; San Francisco, CA) |
| September 24, 2004 | Monske v. Banner Health et al.<br>Superior Court of Arizona, in and for the County of Maricopa<br>James E. Vieh (Campana, Vieh & Loeb, AZ) |
| September 21, 2004 | Doris Kay Hicks v. The United States of America<br>United States District Court for the District of Colorado<br>Kurt Bohn (United States Department of Justice, CO) |
| September 9, 2004 | Garrison D. Shepherd et al. v. Deborah Levich, MD, et al.<br>State Court of Fulton County, Georgia<br>Richard G. Tisinger (Law Offices of Tisinger, Tisinger, Vance & Greer, GA) |
| August 31, 2004 | Russell D. Verner et al. v. Columbia Hospital et al.<br>District Court of Dallas County, Texas, 101st Judicial District<br>John David Hart (Law Offices of John David Hart, TX) |

| | |
|---|---|
| June 30, 2004 | Derek Van Voris et al. v. United States of America<br>United States District Court for the Western District of Texas, El Paso Division<br>Johnny Sutton (United States Department of Justice, TX) |
| June 29, 2004 | Corey Cannon et al. v. Grant Medical Center, et al.<br>Court of Common Pleas of Franklin County, Ohio<br>David C. Levine (Baker & Hostetler, OH) |
| May 4, 2004 | Misty Campbell v. Mary Ann Dean-Onayemi, MD, et al.<br>Circuit Court of Cook County, Illinois<br>Paula Besler (Pretzel & Stouffer, IL) |
| April 6, 2004 | Sydney Elizabeth Reich, PPA, et. al. v. Seonard Lippman, et. al.<br>Superior Court Complex Litigation Docket at Waterbury, Connecticut<br>Robert E. Kiley (Danaher, Lagnese & Neal, CT) |
| March 25, 2004 | Lovisa Gamble, et al. v. Kaiser Foundation Health Plan of the Mid-Atlantic States, et al.<br>Superior Court for the District of Columbia<br>Susan B. Boyce (Armstrong, Donohue, Ceppos & Vaughan, MD) |
| March 22, 2004 | Brittany Lynn Carr, et al. v. Estate of A. Robert Marks, MD, et al.<br>United States District Court for the Northern District of West Virginia<br>David Z. Myerberg (Jackson Kelly, WV) |
| March 9, 2004 | Naranjo v. Lutheran General Hospital, et al.<br>Circuit Court of Cook County, Illinois<br>Charles Bletsas (Anderson, Bennett & Partners) |
| February 17, 2004 | Sandra Dominguez et al. v. United States of America<br>United States District Court for the Western District of Texas, San Antonio Division<br>Jim Jennings (United States Department of Justice, TX) |
| February 9, 2004 | Sephanie M. Croston et al. v. Ila Shah, MD, et al.<br>Circuit Court for Charles County, Maryland<br>Eric Rhodes (Armstrong, Donohue, Ceppos & Vaughan, MD) |
| December 23, 2003 | Emily R. Collen et al. v. Michael G. McHenry, MD, et al.<br>Circuit Court of Brown County, Wisconsin<br>Patrick F. Koenen (Hinshaw & Culbertson, WI) |
| November 6, 2003 | Evelyn Arkebauer v. Stanley Friedell, MD, et al.<br>Circuit Court of Cook County, Illinois<br>Dan Rowin (Pugh, Jones & Johnson, IL) |

| | |
|---|---|
| October 22, 2003 | Jasper Lanado v. Christus Spohn Health System et al.<br>District court of Nueces County, Texas<br>John Langley (Donnell & Abernathy) |
| October 21, 2003 | Jo Ann Carbonara v. John T. Fitzgerald, MD et al.<br>Circuit court of Cook County, Illinois<br>William Cirignani (Cirignani & Heller, IL) |
| September 22, 2003 | Allison Hope Winkler et al. v. Eliseo H. Paulino, MD et al.<br>United States District Court for the Southern District of Maryland, Northern Division<br>Larry Ceppos (Armstrong, Donahue, Ceppos & Vaughan, MD) |
| September 19, 2003 | Monica Lopez v. United States of America, et al.<br>United States District Court for the Southern District of Florida<br>Marlene Rodriguez (United States Department of Justice, FL) |
| August 18, 2003 | Osbaldo Mejia, etc., et al., v. Manheim Auctions et al.<br>Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Forida<br>Walter G. Latimer (Marlow, Connell, Valerius, Abrams, Adler & Newman) |
| May 23, 2003 | Michelle Ball and Leo Ball v. Rockford Health System et al.<br>Circuit Court of The 17th Judicial Circuit, Winnebago County, Illinois<br>David P. Faulkner (Faulkner & Jensen, LLC) |
| April 29, 2003 | Cynthia Holmes Cooper, et al., v. Dimensions Health Corporation, et al.<br>Circuit Court of Maryland in and for Prince George's County, Maryland<br>Phillip R. Zuber (Sasscer, Clagett & Bucher, MD) |
| March 27, 2003 | Anthony Phillips v. Robert Rhodes MD et al.<br>District Court of Lancaster County, Nebraska<br>Mark Christensen (Cline, Williams, Wright, Johnson & Oldfather, LLP) |
| March 25, 2003 | Sixten Helm Kurz et al. v. Holy Cross Hospital et al.<br>Circuit Court for Prince George's County, Maryland<br>Pamela Kincheloe (Armstrong, Donahue, Ceppos & Vaughan; Rockville, MD) |
| March 20, 2003 | Ballou, et al. v. Marriott Hotel & Resort Corporation, et al.<br>Orange County Superior Court, California<br>Regis A. Guerin (Lewis Brisbois Bisgaard & Smith; Los Angeles, CA) |
| March 11, 2003 | Blanche Hullum v. Jay Pinkerton, MD, et al.<br>Court of Common Pleas, Cuyahoga County, Ohio<br>Kevin Norchi (Norchi and Associates; Beachwood, OH) |

October 31, 2002	Simpson v. Baptist Healthcare System, et. al.
	Jefferson Circuit Court, Commonwealth of Kentucky
	Kennedy Simpson (Thomson, Miller & Simpson; Louisville, KY)

October 22, 2002	Hicks v. Home Select, et al.
	Superior Court of Arizona, Maricopa County
	Michael Carter (Doyle, Berman & Boyack; Phoenix AZ)

September 26, 2002	Austin v. Oglesbay, et al.
	United States Disctrict Court, District of Shawnee
	John D. Tongier (Strausbaugh & Tongier; Overland Park, KS)

August 9, 2002	Underwood v. Boyer et al.
	Superior Court of North Carolina, Buncombe County
	Frederick S. Barbour (McGuire, Wood & Bissette; Asheville, NC)

June 5, 2002	Lopez, et al. v. Victorian Medical Consultants
	Circuit Court of 11th Judicial Circuit in Florida, Dade County
	Naomi A. Zimmerman (Mintzer Sarowitz Zeris Ledva & Meyers; Coral Gables, FL)