UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MARY R. SCOTT,

    Plaintiff,

v.                                                                                          No. 05-cv-1853 (RWR)

DISTRICT OF COLUMBIA, et al.,

    Defendants.

_____

**STATUS REPORT**

Following discussions between Plaintiff and Defendants Corrections Corporation of America ("CCA") and Patricia Singley, these parties jointly request that the Court extend the time until Friday, September 22, 2006 for the parties to report on whether Plaintiff continues to seek permission to file an amended complaint, or whether Defendants CCA and Singley oppose the filing of Plaintiff's proposed amended complaint. The parties believe that allowing this additional time for a response is reasonably likely to remove the necessity for the Court to address the issue.

Respectfully submitted,

                                                                            /s/DONALD M. TEMPLE
                                                      Donald M. Temple, D.C. Bar No. 408749
                                                      Temple Law Office
                                                      1229 15th Street, NW
                                                      Washington, DC 20005
                                                      202-628-1101

                                                      Edward J. Connor, D.C. Bar No. 321505
                                                      5210 Auth Road, Suite 304
                                                      Camp Springs, MD 20746
                                                      301-899-7801

                                            Elizabeth Alexander, D.C. Bar No. 412904
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005
202-393-4930

Arthur B. Spitzer, D.C. Bar No. 235960
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036
202-457-0800

Dated: September 18, 2006