```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____ )
                                )
**MARY R. SCOTT,**              )
                                )
      **Plaintiff,**        )
                                )
  **v.**                        )   Civil Action No. 05-1853 (RWR)
                                )
**DISTRICT OF COLUMBIA et al.,** )
                                )
      **Defendants.**       )
_____ )

## ORDER

    Defendants District of Columbia, Odie Washington, and Greater Southeast Community Hospital have filed unopposed motions to extend by 90 days all the deadlines in the scheduling order dated May 5, 2006. Particularly since plaintiff Scott by separate order is being granted leave to amend her complaint, good reason exists to extend the discovery schedule as requested. Accordingly, it is hereby

    ORDERED that the motions [82, 113] to extend the deadlines in the May 5, 2006 scheduling order be, and hereby are, GRANTED. The new deadlines are as follows:

| | |
|---|---|
| Joinder of parties; amended complaint | November 1, 2006 |
| Joint status report about mediation | November 1, 2006 |
| Defendants' expert witness designations | December 4, 2006 |
| Plaintiff's rebuttal expert witness designations | January 2, 2007 |
| <u>All</u> discovery closed | February 28, 2007 |

-2-

Dispositive motions                                April 30, 2007

The post discovery status conference is rescheduled for March 2, 2007 at 9:15 a.m.

    SIGNED this 21st day of September, 2006.


                                                 /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge