UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____  )
                             )
**MARY R. SCOTT,**           )
                             )
       **Plaintiff,**    )
                             )
   v.                     )   Civil Action No. 05-1853 (RWR)
                             )
**DISTRICT OF COLUMBIA et al.,** )
                             )
       **Defendants.**   )
_____  )

### MEMORANDUM ORDER

    Defendants District of Columbia and Odie Washington filed a cross-claim against all co-defendants, alleging breach of contract, negligence, and entitlement to indemnification or contribution.  Defendant Greater Southeast Community Hospital has filed a motion to dismiss the District and Washington's cross-claim for breach of contract for failure to state a claim upon which relief may be granted, Fed. R. Civ. P. 12(b)(6), or in the alternative, for a more definite statement.  Fed. R. Civ. P. 12(3).  The District and Washington oppose, arguing that they have adequately stated a claim.[1]

---

[1] The District and Washington's request that Greater Southeast's motion be denied for failure to comply with Local Civil Rule 7(m) will be denied.  However, all counsel are reminded to comply with that rule, which requires that "[b]efore filing any nondispositive motion in a civil action, counsel shall **discuss** the anticipated motion with opposing counsel, either in person or by telephone, in a good faith effort to determine whether there is any opposition to the relief sought and, if there is opposition, to narrow the areas of disagreement."  LCvR 7(m)(emphasis added).

-2-

On a motion to dismiss for failure to state a claim, a "court need not accept . . . legal conclusions cast in the form of factual allegations." Kowal v. MCI Communications Corp., 16 F.3d 1271, 1276 (D.C. Cir. 1994). The breach of contract cross-claim states only that "[c]o-defendants breached their contractual obligations to the District and therefore should be required to contribute to, or indemnify, the District or Mr. Washington for any judgment entered against them." (Cross-claim of the District of Columbia and Washington ¶ 2.) The cross-claim for breach of contract filed by the District and Washington is devoid of any factual allegations except by reference to Scott's original complaint. Scott's original complaint does not state a claim for breach of contract as to any of the co-defendants. The District and Washington's breach of contract pleading is conclusory and will be dismissed for failure to state a claim upon which relief may be granted. Accordingly, it is hereby

ORDERED that Greater Southeast's motion [92] to dismiss for failure to state a claim the breach of contract cross-claim of the District and Washington be, and hereby is, GRANTED. The breach of contract cross-claim is dismissed without prejudice.

SIGNED this 21st day of September, 2006.

                                                    _____/s/_____
                                                  RICHARD W. ROBERTS
                                                  United States District Judge