UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT, Individually and as )
Personal Representative of the Estate of )
JONATHAN MAGBIE, Deceased, )
)
      Plaintiffs, )
)
v. )  Case Number: 1:-05cv01853 (RWR)
)
DISTRICT OF COLUMBIA, et al. )
)
      Defendants. )
_____)

**GREATER SOUTHEAST'S MOTION FOR LEAVE OF COURT**
**TO FILE AN AMENDED ANSWER TO COMPLAINT**

The defendant, Greater Southeast Community Hospital Corporation I (hereinafter "Greater Southeast"), by and through counsel, requests leave of Court to file an amended Answer to Plaintiff's Complaint and, as grounds, states the following:

1. This lawsuit arises out of the death of Jonathan Magbie, who died in the custody of the District of Columbia while serving a ten (10) day jail sentence. Plaintiff filed suit against the following fourteen (14) defendants: District of Columbia, Odie Washington, Joseph Bastien, T. Wilkins Davis, Center for Correctional Health and Policy Studies, Inc., Corrections Corporation of America, Malek Malekghasemi, Sunday Nwosu, Pauline Ojelfo, Gbenga Ogundipe, Officer Singley, Greater Southeast Community Hospital Corporation, William Vaughn, Rotimi Uluyomade.

2. Greater Southeast's Answer to Complaint, filed on November 10, 2005, did not assert any Cross-Claims.

242386.1

3.  On August 2, 2006, within the deadline to amend pleadings, Greater Southeast filed a Cross-Claim against the co-defendants, seeking contribution and/or indemnification for any and all sums adjudged against Greater Southeast in favor of Plaintiff. The Cross-Claim was filed as a stand-alone document and was not contained within an Answer to Complaint.

4.  No party to this action filed an objection and/or opposition to the Cross-Claim filed by Greater Southeast, and each cross-defendant answered the Cross-Claim.

5.  On September 21, 2006, the Court *sua sponte* ordered that Greater Southeast's Cross-Claim be striken for failure to comply with Rule 13(g), which requires that a cross-claim be contained within a pleading.

6.  Accordingly, Greater Southeast seeks leave of Court to file the attached Amended Answer to Complaint and Cross-Claim, which adds a Cross-Claim against the co-defendants. See *Amended Answer to Complaint and Cross-Claim*, attached as Exhibit A.

7.  The proposed *Amended Answer to Complaint and Cross-Claim* will not prejudice the non-moving parties and will not affect the timely resolution of this matter. As stated previously, no party filed an objection and/or opposition to the Cross-Claim when originally filed on August 2, 2006.

8.  And for such other reasons as set forth more fully in the Statement of Points and Authorities In Support of the Motion for Leave of Court to File Amended Answer to Complaint, attached hereto and incorporated by reference.

WHEREFORE, Greater Southeast respectfully requests the its *Motion for Leave of Court to File an Amended Answer to Complaint* be granted and that the attached *Amended Answer to Complaint and Cross-Claim* be deemed as filed as of the date of this Court's order.

242386.1

2

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP


By: */s/ Alan J. Rumsey*
    Catherine A. Hanrahan, Esq. #441775
    Alan J. Rumsey, Esq. #468047
    1341 G Street, N.W., Suite 500
    Washington, DC 20005
    Tel: (202) 626-7660
    *Attorneys for Greater Southeast*
    *Community Hospital Corporation I*


## LCvR 7(m) CERTIFICATION

In accordance with LCvR 7(m), Greater Southeast sought consent to the relief sought in this motion via e-mail on September 22, 2006. Andrew Spence, Esq., the attorney for CCHPS, Dr. Bastien, Dr. Davis, Dr. Malekghasemi, and Dr. Nwosu, advised that his clients oppose the relief sought in this motion. No other parties responded to Greater Southeast's request for consent.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing **Greater Southeast's Motion for Leave of Court to File an Amended Answer to Complaint** was served, via electronic mail, this 25th day of September, 2006 to:

Donald M. Temple, Esq.
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
*Counsel for Plaintiff*

Arthur B. Spitzer, Esq.
American Civil Liberties Union
1400 20th Street, NW, Suite 119
Washington, DC 20036
*Counsel for Plaintiff*

Edward J. Connor, Esq.
5210 Auth Road, Suite 304
Camp Springs, MD 20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005-2302
*Counsel for Plaintiff*

Megan S. Ben'Ary, Esq.
Kevin L. Newson, Esq.
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, VA 22314
*Counsel for Defendant CCA and Patricia Singley*

Steven J. Anderson, Esq.
Office of Corporation Counsel
441 4th Street, N.W., Sixth Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia and Odie Washington*

Dana K. DeLorenzo, Esq.
Office of the Attorney General
441 4th Street, N.W., Sixth Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia*

Steve Altman, Esq.
Andrew J. Spence, Esq.
Hamilton, Altman, Canale & Dillon, LLC
10306 Eaton Place, Suite 100
Fairfax, VA 22030
*Counsel for CCHPS, Joseph Bastien, T. Wilkins Davis,
Malek Malekghasemi, Sunday Nwosu*

E. Louise R. Phillips, Esq.
441 4th Street, N.W., Sixth Floor South
Washington, DC 20001
*Counsel for CCA*

D'Ana E. Johnson, Esq.
Juan M. Anderson, Esq.
Bonner, Kiernan, Trebach & Crociata
1250 Eye Street, N.W., Suite 600
Washington, DC 20005
*Counsel for William S. Vaughn and Rotimi Iloyomade*

Daniel P. Struck, Esq.
Jones, Skelton & Hochulli, PLC
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
*Counsel for Defendant CCA and Patricia Singley*

                                                                          */s/ Alan J. Rumsey*
                                                                          Alan J. Rumsey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, Individually and as Personal Representative of the Estate of JONATHAN MAGBIE, Deceased,<br><br>Plaintiffs,<br><br>vi.<br><br>DISTRICT OF COLUMBIA, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case Number: 1:-05cv01853 (RWR) |

**STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT OF
GREATER SOUTHEAST'S MOTION FOR LEAVE OF COURT
TO FILE AN AMENDED ANSWER TO COMPLAINT**

The defendant, Greater Southeast Community Hospital Corporation I (hereinafter "Greater Southeast"), by and through counsel, submits the following *Statement of Points and Authorities in support of Greater Southeast's Motion for Leave of Court to File an Amended Answer to Complaint*:

## I. FACTUAL BACKGROUND

This lawsuit arises out of the death of Jonathan Magbie, who died in the custody of the District of Columbia while serving a ten (10) day jail sentence. Plaintiff filed suit against the following fourteen (14) defendants: District of Columbia, Odie Washington, Joseph Bastien, T. Wilkins Davis, Center for Correctional Health and Policy Studies, Inc., Corrections Corporation of America, Malek Malekghasemi, Sunday Nwosu, Pauline Ojelfo, Gbenga Ogundipe, Officer Singley, Greater Southeast Community Hospital Corporation, William Vaughn, Rotimi Uluyomade.

242386.1

Greater Southeast's Answer to Complaint, which was filed on November 10, 2005, did not assert any Cross-Claims. On August 2, 2006, Greater Southeast filed a Cross-Claim against the co-defendants, seeking contribution and/or indemnification for any and all sums adjudged against Greater Southeast in favor of Plaintiff. The Cross-Claim was filed as a stand-alone document and was not contained within an Answer to Complaint. No party to this action filed an objection and/or opposition to the Cross-Claim filed by Greater Southeast.

On September 21, 2006, the Court *sua sponte* ordered that Greater Southeast's Cross-Claim be striken for failure to comply with Rule 13(g), which requires that a cross-claim be contained within a pleading. Greater Southeast seeks leave of Court to file the attached Amended Answer to Complaint, which adds a Cross-Claim against the co-defendants. See *Amended Answer to Complaint and Cross-Claim*, attached as Exhibit A.

**II.   LAW**

Leave to amend shold be freely granted when justice requires it. Fed. R. Civ. P. 15(a). Although the grant or denial of an opportunity to amend is within the discretion of the trial court, "outright refusal to grant the leave without any justifying reason … is not a exercise of discretion; it is merely abuse of that discretion and inconsistent with the spirit of the Federal Rules." Firestone v. Firestone, 76 F.3d 1205, 1209 (D.C. Cir.1996), *citing* Foman v. Davis, 371 U.S. 178, 182; 83 S.Ct. 227; 9 L.Ed.2d 222 (1962). Among the factors to consider in deciding a motion for leave to amend are: (1) undue delay; (2) bad faith or dilatory motive on the part of the movant; (3) repeated failure to cure deficiencies by previous amendments; and (4) undue prejudice to the opposing party. Foman at 182.

### III. ARGUMENT

Greater Southeast's proposed *Amended Answer to Complaint and Cross-Claim* should be permitted for the following reasons: (1) No party to this action filed an objection and/or opposition to the Cross-Claim filed by Greater Southeast on August 2, 2006; (2) The proposed *Amended Answer to Complaint and Cross-Claim* represents Greater Southeast's first request to amend its pleadings; (2) Since all of the proposed cross-defendants are already a party to this lawsuit, the proposed Cross-Claim will not affect the timely reslution of this matter, nor will it exhaust any additional judicial resources; (3) The proposed Cross-Claim is being filed in good faith, without any dilatory purpose; and (4) The proposed Cross-Claim will not prejudice the non-moving parties.

### IV. CONCLUSION

For all of these reasons, Greater Southeast respectfully requests that its *Motion for Leave of Court to File an Amended Answer to Complaint* be granted and that the attached *Amended Answer to Complaint and Cross-Claim* be deemed filed as of the date of this Court's order.

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: /s/ Alan J. Rumsey
Catherine A. Hanrahan, Esq. #441775
Alan J. Rumsey, Esq. #468047
1341 G Street, N.W., Suite 500
Washington, DC 20005
Tel: (202) 626-7660
*Attorneys for Greater Southeast
Community Hospital Corporation I*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT, Individually and as )
Personal Representative of the Estate of )
JONATHAN MAGBIE, Deceased, )
                                        )
        Plaintiffs, )
                                        )
v.                                      )   Case Number: 1:-05cv01853 (RWR)
                                        )
DISTRICT OF COLUMBIA, et al.            )
                                        )
        Defendants.                     )
_____ )

**ORDER GRANTING GREATER SOUTHEAST'S MOTION FOR
LEAVE OF COURT TO FILE AN AMENDED ANSWER TO COMPLAINT**

Upon consideration of *Greater Southeast's Motion for Leave of Court to File an Amended Answer to Complaint*, it is this _____ day of _____, 2006,

**ORDERED**, that *Greater Southeast's Motion for Leave of Court to File an Amended Answer to Complaint* is hereby GRANTED, and it is further,

**ORDERED**, that Greater Southeast's proposed *Amended Answer to Complaint and Cross-Claim* shall be deemed filed as of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

242386.1

9