UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT, individually and as Personal Representative of the Estate of JONATHAN MAGBIE,** ) ) ) ) | |
| **Plaintiff.** ) ) | |
| v. ) ) ) | Civil Action No. 05-1853 (RWR) |
| **DISTRICT OF COLUMBIA,** *et al.* ) ) | |
| **Defendants.** ) ) | |

**DEFENDANT DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S MOTION (WITH PLAINTIFF'S CONSENT) FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE AN ANSWER TO THE AMENDED COMPLAINT AND TO RESPOND TO ANY PENDING CROSS CLAIMS**

Defendants, District of Columbia ("the District") and Odie Washington, by and through undersigned counsel, respectfully request that the Court permit them a 30-day extension of time within which to file an Answer to the Amended Complaint and to respond to any of the pending cross-claims.

On October 19, 2006, Assistant Attorney General Steven Anderson spoke to plaintiff's counsel, Elizabeth Alexander, Esq., who indicated that she consented to the relief requested herein. Also on this date, counsel for these defendants sent an email to the remaining parties, seeking their respective consent to the relief requested herein. As of the date the instant motion was filed, counsel for these defendants received a response from counsel for the Corrections Corporation of America and counsel for Greater Southeast Community Hospital, who indicated that their respective clients' consent to the relief requested herein. Counsel for these defendants has not received any other responses to the email.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
KIMBERLY M. JOHNSON [435163]
Chief, General Litigation Section I

_____/s/_____
STEVEN J. ANDERSON [334480]
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov

_____/s/_____
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov
*Counsel for the District of Columbia and Odie Washington*

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY R. SCOTT,** | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | ) Civil Action No. 05-1853 (RWR) |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.* | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S MOTION (WITH PLAINTIFF'S CONSENT) FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE AN ANSWER TO THE AMENDED COMPLAINT AND TO RESPOND TO ANY PENDING CROSS CLAIMS**

Defendants, District of Columbia ("the District") and Odie Washington, by and through undersigned counsel, respectfully request that the Court permit them a 30-day extension of time within which to file an Answer to the Amended Complaint and to respond to any of the pending cross-claims In support of this request, the District states as follows:

1. On September 20, 2005, the Complaint was filed in the instant case.

2. The plaintiffs were given leave to amend the complaint and on October 3, 2006, the plaintiff filed the Amended Complaint. Other defendants have answered the Amended Complaint, which includes cross-claims against the District and Odie Washington.

3. The District defendants and the plaintiff have reached a tentative settlement agreement in this case. Although some of the details still have to be worked out, the parties are working in good faith to resolve the pending issues.

4. Such a brief delay will not prejudice any of the parties.

WHEREFORE, the defendants respectfully request and additional thirty (30) days to file an Answer to the Amended Complaint and respond to any cross-claims.

>Respectfully submitted,
>
>ROBERT J. SPAGNOLETTI
>Attorney General for the District of Columbia
>
>GEORGE C. VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>          */s/*
>―――――――――――――――――――
>KIMBERLY M. JOHNSON [435163]
>Chief, General Litigation Section I
>
>          */s/*
>―――――――――――――――――――
>STEVEN J. ANDERSON [334480]
>Assistant Attorney General
>Bar no. 334480
>Suite 600S
>441 Fourth Street, N.W.
>Washington, D.C. 20001
>(202) 724-6607
>(202) 727-3625 (fax)
>E-mail: Steve.anderson@dc.gov
>
>          */s/*
>―――――――――――――――――――
>DANA K. DELORENZO [468306]
>Assistant Attorney General
>441 4th Street, N.W., 6S61
>Washington, D.C. 20001
>(202) 724-6515
>(202) 727-3625 (fax)
>Dana.delorenzo@dc.gov
>*Counsel for the District of Columbia and Odie Washington*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT**, individually and as Personal Representative of the Estate of JONATHAN MAGBIE,<br><br>    Plaintiff.<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*<br><br>    Defendants. | Civil Action No. 05-1853 (RWR) |

**ORDER GRANTING DEFENDANT DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S MOTION (WITH PLAINTIFF'S CONSENT) FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE AN ANSWER TO THE AMENDED COMPLAINT AND TO RESPOND TO ANY PENDING CROSS CLAIMS**

Upon consideration of the defendants' Motion and any opposition hereto, it is this ____ day of October 2006, hereby

ORDERED: that the defendants' Motion is GRANTED. It is

FURTHER ORDERED: that the defendants have an additional thirty (30) days from when this Order is entered to file an Answer to the Amended Complaint and to respond to any cross-claims.

_____
Judge Roberts
United States District Court

3