IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SCOTT, Individually and Personal Representative of the Estate of JONATHAN MAGBIE, Deceased,** : : : : | |
| Plaintiff, : | |
| : | Civil Action No.: 1:05-CV-01853-RWR |
| v. : | |
| : | |
| **DISTRICT OF COLUMBIA,** : | |
| **et al.** : | |
| Defendants. : | |

**STIPULATION FOR EXTENSION OF TIME
FOR DESIGNATION OF EXPERTS AS TO DEFENDANTS
WILLIAM VAUGHN, M.D. AND ROTIMI ILUYOMADE, M.D.'S ONLY**

Plaintiff, by and through counsel and Defendants William Vaughn, M.D. and Rotimi Iluyomade, M.D., by and through counsel, hereby stipulate and agree that the time for Defendants to designate experts as per Fed. R. Civ. 26(a)(2) is extended to on or before December 22, 2006.

Respectfully submitted,

| | |
|---|---|
| _/s/_ | _/s/_ |
| Edward J. Connor, Esquire | D'Ana E. Johnson, #927913 |
| 5210 Auth Road, Suite 304 | Juan M. Anderson, #465404 |
| Camp Springs, Maryland  20746-4341 | **BONNER KIERNAN TREBACH** |
| *Counsel for Plaintiff* | **& CROCIATA, LLP** |
| | 1233 20th Street, NW, Suite 800 |
| | Washington, DC  20036 |
| | Telephone:  (202) 712-7000 |
| | *Counsel for Defendants* |
| | *William Vaughn, M.D. and* |
| | *Rotimi Iluyomade, M.D.* |

161488-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of December, 2006, I caused to be served a true and correct copy of STIPULATION FOR EXTENSION OF TIME FOR DESIGNATION OF EXPERTS AS TO DEFENDANTS WILLIAM VAUGHN, M.D. AND ROTIMI ILUYOMADE, M.D.'S ONLY, *via* Electronic Filing to:

Donald M. Temple, Esquire
Temple Law Office
1229 1th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Arthur B. Spitzer, Esquire
American Civil Liberties Union
1400 20th Street, NW, Suite 119
Washington, DC  20036
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
   Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*

Megan S. Ben'Ary, Esquire
Kevin L. Newson, Esquire
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314
*Counsel for Co-Defendants Corrections
   Corporation of America & Patricia
Singley*

Steven J. Anderson, Esquire
Office of Corporation Counsel
441 4th Street, NW, 6th Floor South
Washington, DC  20001
*Counsel for Defendant District of Columbia
& Odie Washington*

Dana K. DeLorenzo, Esquire
Office of the Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC  20001
*Counsel for Defendant District of
 Columbia*

Steve Altman, Esquire
Andrew J. Spence, Esquire
Hamilton, Altman, Canale & Dillon, LLC
10306 Eaton Place, Suite 100
Fairfax, Virginia  22030
*Counsel for Center for Correctional
   Health and Policy Studies, Inc.,
   Joseph Bastien, T. Wilkins Davis,
   Malek Malekghasemi, and Sunday
   Nwosu*

E. Louise R. Phillips, Esquire
441 4th Street, NW, 6th Floor South
Washington, DC  20001
*Counsel for Corrections Corporation of
   America*

Daniel P. Struck, Esquire
Jones, Skelton & Hochulli, PLC
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012

Catherine A. Hanrahan, Esquire
Alan J. Rumsey, Esquire
1341 G Street, NW, Suite 500
Washington, DC  20005
*Counsel for Greater Southeast Community*
  *Hospital Corporation I*

                                                /s/
                                    D'Ana E. Johnson