UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, individually and as Personal Representative of the Estate of JONATHAN MAGBIE, )<br>)<br>)<br>)<br>    Plaintiff. )<br>)<br>v. )<br>)<br>)<br>DISTRICT OF COLUMBIA, *et al.* )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 05-1853 (RWR) |

**DEFENDANT DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S THIRD MOTION (WITH PLAINTIFF'S CONSENT) FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE AN ANSWER TO THE AMENDED COMPLAINT AND TO RESPOND TO ANY PENDING CROSS CLAIMS**

Defendants, District of Columbia ("the District") and Odie Washington, by and through undersigned counsel, respectfully request that the Court permit them a 30-day extension of time within which to file an Answer to the Amended Complaint and to respond to any of the pending cross-claims.

On December 18, 2006, Assistant Attorney General Dana DeLorenzo obtained consent to the relief requested herein from plaintiff's counsel, Elizabeth Alexander, Esq., via email. Also on this date, counsel for these defendants sent an email to the remaining parties, seeking their respective consent to the relief requested herein. As of the date the instant motion was filed, counsel for these defendants received a response from counsel for Greater Southeast Community Hospital, who indicated that her client consented to the relief requested herein. Counsel for these defendants also received a response from counsel for the Corrections Corporation of America,

who indicated that his client did not object to the relief requested herein. These defendants have not received a response from any of the other parties.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

_____/s/_____
STEVEN J. ANDERSON [334480]
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail: Steve.anderson@dc.gov

_____/s/_____
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov
*Counsel for the District of Columbia and Odie Washington*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT,** | ) |
| Plaintiff. | ) ) ) |
| v. | ) Civil Action No. 05-1853 (RWR) ) ) |
| **DISTRICT OF COLUMBIA,** *et al.* | ) ) |
| Defendants. | ) ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S THIRD MOTION (WITH PLAINTIFF'S CONSENT) FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE AN ANSWER TO THE AMENDED COMPLAINT AND TO RESPOND TO ANY PENDING CROSS CLAIMS**

Defendants, District of Columbia ("the District") and Odie Washington, by and through undersigned counsel, respectfully request that the Court permit them a 30-day extension of time within which to file an Answer to the Amended Complaint and to respond to any of the pending cross-claims  In support of this request, the District states as follows:

1. On September 20, 2005, the Complaint was filed in the instant case.

2. The plaintiffs were given leave to amend the complaint and, on October 3, 2006, the plaintiff filed the Amended Complaint. Other defendants have answered the Amended Complaint, which includes cross-claims against the District and Odie Washington.

3. On October 20, 2006, the District defendants filed a Motion for an Extension of Time to Answer the Amended Complaint and Respond to Any Pending Cross-Claims. The plaintiff, Corrections Corporation of America and Greater Southeast Community Hospital consented to this request and it was unopposed by the remaining parties. On November 13, 2006, the

Court issued an Order, requiring the District and Odie Washington to file their Answers by November 19, 2006.

4. On November 17, 2006, the District defendants filed a Second Motion for an Extension of Time to Answer the Amended Complaint and Respond to Any Pending Cross-Claims. The plaintiff, Corrections Corporation of America and Greater Southeast Community Hospital consented to this request and it was unopposed by the remaining parties.

5. On November 20, 2006, the Court issued an Order, requiring the District and Odie Washington to file their Answers by December 19, 2006.

6. As indicated in the first two Motions, the District defendants and the plaintiff have reached a tentative settlement agreement in this case. Counsel for the plaintiff and the District defendants have had several productive settlement meetings, most recently on December 14, 2006. Counsel for the plaintiff and the District defendants are working cooperatively to resolve all remaining issues in order to bring closure to this case.

7. Such a brief delay will not prejudice any of the parties.

WHEREFORE, the District defendants respectfully request an additional thirty (30) days from the date the Court issues an Order to file an Answer to the Amended Complaint and respond to any cross-claims.

Respectfully submitted,

EUGENE A. ADAMS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

2

/s/
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

/s/
STEVEN J. ANDERSON [334480]
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail: Steve.anderson@dc.gov

/s/
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov
*Counsel for the District of Columbia and Odie Washington*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, individually and ) <br> as Personal Representative of the Estate ) <br> of JONATHAN MAGBIE, ) <br>  ) <br> Plaintiff. ) <br>  ) <br> v.  ) <br>  ) <br>  ) <br> DISTRICT OF COLUMBIA, *et al.*  ) <br>  ) <br> Defendants.  ) <br> _____) | Civil Action No. 05-1853 (RWR) |

**ORDER GRANTING DEFENDANT DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S THIRD MOTION (WITH PLAINTIFF'S CONSENT) FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE AN ANSWER TO THE AMENDED COMPLAINT AND TO RESPOND TO ANY PENDING CROSS CLAIMS**

Upon consideration of the defendants' Third Motion (with Plaintiff's Consent) and any opposition hereto, it is this \_\_\_\_ day of December 2006, hereby

ORDERED: that the defendants' Motion is GRANTED. It is

FURTHER ORDERED: that the defendants have an additional thirty (30) days from when this Order is entered to file an Answer to the Amended Complaint and to respond to any cross-claims.

_____
Judge Roberts
United States District Court

4