IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT, Individually and as
Personal Representative of the Estate of
JONATHAN MAGBIE, Deseased,

                Plaintiff

   v.                                 Civil Action No. 1:05cv01853 RWR

DISTRICT OF COLUMBIA, et al.,

                Defendants


**PLAINTIFF S REBUTTAL EXPERT WITNESS DESIGNATIONS**

COMES NOW Mary Scott, Plaintiff, and, pursuant to the Court s Order of September 21, 2006, makes the following rebuttal expert witness designations:

1. Kevin R. Cooper, MD
   1200 East Broad Street
   Richmond, Virginia 23298

Dr. Cooper is a board certified specialist in internal medicine, pulmonary disease and critical care. He is a professor at the Virginia Commonwealth University School of Medicine in Richmond, Virginia. His CV has been previously provided to all counsel and is incorporated by reference herein.

Dr. Cooper is expected to testify that the emergency care provided/withheld at Greater Southeast Community Hospital during Jonathan Magbie s two visits there in September, 2004 fell below accepted standards and was a proximate cause of his death. Dr. Cooper s narrative report has been previously provided to all counsel and is incorporated by reference herein.

      2. Jeffrey Smith, MD
        2150 Pennsylvania Avenue, NW
        Washington, DC 20037

Dr. Smith is a board certified physician in the fields of internal medicine and emergency medicine. His CV and narrative report have been previously provided to all counsel and are incorporated by reference herein.

Dr. Smith is expected to testify that the emergency care provided/withheld at Greater Southeast Community Hospital during Jonathan Magbie s two visits there in September, 2004 fell below accepted standards and was a proximate cause of his death.

      3. Other Experts.

Plaintiff reserves the right to supplement this list of rebuttal expert witnesses, based upon a stipulation made with counsel for the remaining defendants, Drs. Vaughn and Iluyomade, on December 22, 2006. Specifically, counsel agreed that (1) plaintiff would waive objection to these defendants failure to file a narrative report of the opinions expected from their experts identified on December 22, 2006, provided that (2) the plaintiff, once provided with the substantive opinions and bases therfor, would have 30 days to list additional expert rebuttal witnesses, if necessary. The remaining parties agreed that it would be unfair to plaintiff to further limit her time to rebut opinions which have not yet been revealed.

      Respectfully submitted,

_____/s/_____        _____/s/_____
Donald M. Temple, #408749        Edward J. Connor #321505
1229 15th Street, NW        5210 Auth Raod, #304
Washington, DC 20005        Camp Springs, MD 20746
(202) 628-1101        (301) 899-7801

_____/s/_____
Elizabeth Alexander, #412904
915 15th Street, NW
7th Floor
Washington, DC 20005
(202) 393-4930


CERTIFICATE OF SERVICE


_____I hereby certify that a copy of the foregoing was electronically served, this 2nd day of January, 2007, to:

Steven Altman, Esquire, 10306 Eaton Place, #200, Fairfax, VA 22030
Andrew Spence, Esquire, 10306 Eaton Place, #200, Fairfax, VA 22030
Catherine Hanrahan, Esquire, 1341 G Street, NW, #500, Washington, DC 20005
D Ana Johnson, Esquire, 1250 Eye Street, NW, #600, Washington, DC 20005
Daniel Struck, Esquire, 2901 N. Central Ave., #800, Phoenix, AZ 85012
Steve Groom, Esquire, 10 Burton Hills Blvd., Nashville, TN 37215
Steven Anderson, Esquire, 441 4th Street, NW, #600, Washington, DC 20001
E. Louise Phillips, Esquire, 441 4th Street, NW, #600, Washington, DC 20001.

                              _____
                              Edward J. Connor #321505