UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, individually and as Personal Representative of the Estate of JONATHAN MAGBIE,  )<br>)<br>)<br>)<br>**Plaintiff.**  )<br>)<br>v.  )<br>)<br>)<br>DISTRICT OF COLUMBIA, *et al.*  )<br>)<br>**Defendants.**  )<br>_____) | Civil Action No. 05-1853 (RWR) |

**DEFENDANT DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S MOTION TO HAVE UNTIL FEBRUARY 1, 2007 TO FILE AN ANSWER TO THE AMENDED COMPLAINT AND TO RESPOND TO ANY PENDING CROSS CLAIMS (WITH PLAINTIFF'S CONSENT)**

The District of Columbia and Odie Washington (hereinafter, "District defendants"), by and through undersigned counsel, respectfully request that the Court permit them to have until February 1, 2007, to file an Answer to the Amended Complaint and to respond to any of the pending cross-claims.

On January 15, 2007, Assistant Attorney General Dana DeLorenzo obtained consent to the relief requested herein from plaintiff's counsel, Elizabeth Alexander, Esq., via email. On January 16, 2007, counsel for these defendants sent an email to the remaining parties, seeking their respective consent to the relief requested herein. As of the date the instant motion was filed, counsel for the District defendants has not received a responsive email from any of the parties.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

_____/s/_____
STEVEN J. ANDERSON [334480]
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail: Steve.anderson@dc.gov

_____/s/_____
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov
*Counsel for the District of Columbia and Odie Washington*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT,** | ) |
| Plaintiff. | ) |
| v. | ) Civil Action No. 05-1853 (RWR) |
| **DISTRICT OF COLUMBIA,** *et al.* | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S MOTION TO HAVE UNTIL FEBRUARY 1, 2007 TO FILE AN ANSWER TO THE AMENDED COMPLAINT AND TO RESPOND TO ANY PENDING CROSS CLAIMS (WITH PLAINTIFF'S CONSENT)**

The District of Columbia and Odie Washington (hereinafter, "District defendants"), by and through undersigned counsel, respectfully request that the Court permit them to have until February 1, 2007, to file an Answer to the Amended Complaint and to respond to any of the pending cross-claims. In support of this request, the defendants state as follows:

1. On September 20, 2005, the Complaint was filed in the instant case.

2. The plaintiffs were given leave to amend the complaint and, on October 3, 2006, the plaintiff filed the Amended Complaint. Some of the other defendants have answered the Amended Complaint, and those responses included cross-claims against the District and Odie Washington.

3. The District defendants have made several requests (with plaintiff's consent) for an extension of time to file an Answer to the Amended Complaint and to respond to any cross-claims. All of the previous requests have been granted. The District defendants' Answer to the Amended Complaint and response to any cross-claims are due on January 18, 2007.

4. The reason for these requests was because the District defendants and the plaintiff have reached a tentative settlement agreement in this case. Counsel for the plaintiff and the District defendants have had several productive settlement meetings, most recently on December 14, 2006. Counsel for the plaintiff and the District defendants continue to work cooperatively to resolve all remaining issues in order to bring closure to this case.

5. Such a brief delay will not prejudice any of the parties.

WHEREFORE, the District defendants respectfully request that the Court permit them to have until February 1, 2007, to file an Answer to the Amended Complaint and to respond to any of the pending cross-claims.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III


_____/s/_____
STEVEN J. ANDERSON [334480]
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail: Steve.anderson@dc.gov

2

          */s/*
_____
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov
*Counsel for the District of Columbia and Odie Washington*

3

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT, individually and as Personal Representative of the Estate of JONATHAN MAGBIE,** | ) ) ) ) |
| **Plaintiff.** | ) ) |
| v. | ) ) ) |
| **DISTRICT OF COLUMBIA,** *et al.* | ) ) ) |
| **Defendants.** | ) ) ) |

Civil Action No. 05-1853 (RWR)

**ORDER GRANTING DEFENDANT DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S MOTION TO HAVE UNTIL FEBRUARY 1, 2007 TO FILE AN ANSWER TO THE AMENDED COMPLAINT AND TO RESPOND TO ANY PENDING CROSS CLAIMS (WITH PLAINTIFF'S CONSENT)**

Upon consideration of the defendants' Motion (with Plaintiff's Consent) and any opposition hereto, it is this ____ day of January 2007, hereby

ORDERED: that the defendants' Motion is GRANTED. It is

FURTHER ORDERED: that the defendants have until February 1, 2007 to file an Answer to the Amended Complaint and to respond to any cross-claims.

_____
Judge Roberts
United States District Court

4