**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY R. SCOTT, individually and as Personal Representative of the Estate of JONATHAN MAGBIE,** )<br>)<br>)<br>) | |
| **Plaintiff.** ) | |
| ) | |
| v. ) | Civil Action No. 05-1853 (RWR) |
| ) | |
| **DISTRICT OF COLUMBIA,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**DEFENDANT DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S MOTION TO HAVE UNTIL FEBRUARY 16, 2007 TO FILE AN ANSWER TO THE AMENDED COMPLAINT AND TO RESPOND TO ANY PENDING CROSS CLAIMS (WITH PLAINTIFF'S CONSENT)**

The District of Columbia and Odie Washington (hereinafter, "District defendants"), by and through undersigned counsel, respectfully request that the Court permit them to have until February 16, 2007, to file an Answer to the Amended Complaint and to respond to any of the pending cross-claims.

On January 31, 2007, Assistant Attorney General Steven Anderson contacted Donald Temple, Esq., counsel for the plaintiff, to obtain his consent to the relief requested herein. In a follow up conversation on this same date, Assistant Attorney General Dana DeLorenzo spoke to Hernan Liciliano, Mr. Temple's paralegal, who indicated that Mr. Temple consented to the relief requested herein. On January 31, 2007, counsel for these defendants sent an email to the remaining parties, seeking their respective consent to the relief requested herein. As of the date the instant motion was filed, counsel for the District defendants only received a responsive email

from counsel for the Corrections Corporation of America, who did not object to the relief requested herein.

                                        Respectfully submitted,

                                        LINDA SINGER
                                        Acting Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General
                                        Civil Litigation Division

                                                  /s/
                                        PHILLIP A. LATTIMORE, III [422968]
                                        Section Chief
                                        General Litigation Section III

                                                  /s/
                                        STEVEN J. ANDERSON [334480]
                                        Assistant Attorney General
                                        Bar no. 334480
                                        Suite 600S
                                        441 Fourth Street, N.W.
                                        Washington, D.C. 20001
                                        (202) 724-6607
                                        (202) 727-3625 (fax)
                                        E-mail: Steve.anderson@dc.gov

                                                  /s/
                                        DANA K. DELORENZO [468306]
                                        Assistant Attorney General
                                        441 4th Street, N.W., 6S61
                                        Washington, D.C. 20001
                                        (202) 724-6515
                                        (202) 727-3625 (fax)
                                        Dana.delorenzo@dc.gov
                                        *Counsel for the District of Columbia and Odie Washington*

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY R. SCOTT,** )<br>)<br>   **Plaintiff.** )<br>)<br>**v.** )  **Civil Action No. 05-1853 (RWR)**<br>)<br>)<br>**DISTRICT OF COLUMBIA,** *et al.* )<br>)<br>   **Defendants.** )<br>_____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT
DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S MOTION TO HAVE UNTIL
FEBRUARY 16, 2007 TO FILE AN ANSWER TO THE AMENDED COMPLAINT AND
TO RESPOND TO ANY PENDING CROSS CLAIMS (WITH PLAINTIFF'S CONSENT)**

The District of Columbia and Odie Washington (hereinafter, "District defendants"), by and through undersigned counsel, respectfully request that the Court permit them to have until February 16, 2007, to file an Answer to the Amended Complaint and to respond to any of the pending cross-claims. In support of this request, the defendants state as follows:

1. On September 20, 2005, the Complaint was filed in the instant case.

2. The plaintiffs were given leave to amend the complaint and, on October 3, 2006, the plaintiff filed the Amended Complaint. Some of the other defendants have answered the Amended Complaint, and those responses included cross-claims against the District and Odie Washington.

3. The District defendants have made several requests (with plaintiff's consent) for an extension of time to file an Answer to the Amended Complaint and to respond to any cross-claims. All of the previous requests have been granted. The District defendants' Answer to the Amended Complaint and response to any cross-claims are due on February 1, 2007.

4. The reason for these requests was because the District defendants and the plaintiff have reached a tentative settlement agreement in this case. Counsel for the plaintiff and the District defendants have had several productive settlement meetings, most recently on December 14, 2006. Counsel for the plaintiff and the District defendants continue to work cooperatively to resolve all remaining issues in order to bring closure to this case.

5. The parties had hoped to resolve the remaining details by the February 1, 2007 deadline. Unfortunately, this did not occur. Upon information and belief, Elizabeth Alexander, Esq. counsel for the plaintiff, will be out of the office for a trial from January 30, 2007 – February 2, 2007. Upon her return, the District defendants are hopeful that the remaining details will be promptly resolved.

6. Such a brief delay will not prejudice any of the parties.

WHEREFORE, the District defendants respectfully request that the Court permit them to have until February 16, 2007, to file an Answer to the Amended Complaint and to respond to any of the pending cross-claims.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

_____/s/_____
STEVEN J. ANDERSON [334480]
Assistant Attorney General
Bar no. 334480

Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail: Steve.anderson@dc.gov


        /s/
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov
*Counsel for the District of Columbia and Odie Washington*

3

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT**, individually and as Personal Representative of the Estate of JONATHAN MAGBIE,<br><br>    Plaintiff.<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 05-1853 (RWR)

**ORDER GRANTING DEFENDANT DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S MOTION TO HAVE UNTIL FEBRUARY 16, 2007 TO FILE AN ANSWER TO THE AMENDED COMPLAINT AND TO RESPOND TO ANY PENDING CROSS CLAIMS (WITH PLAINTIFF'S CONSENT)**

Upon consideration of the defendants' Motion (with Plaintiff's Consent) and any opposition hereto, it is this ____ day of February 2007, hereby

ORDERED: that the defendants' Motion is GRANTED. It is

FURTHER ORDERED: that the defendants have until February 16, 2007 to file an Answer to the Amended Complaint and to respond to any cross-claims.

_____
Judge Roberts
United States District Court

4