IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| MARY SCOTT, Individual and as Personal Representative of the Estate of JONATHAN MAGBIE, Deseased )<br><br>Plaintiff )<br><br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al. )<br>)<br>Defendants. ) | Civil Action No.:1:05cv01853 RWR |

## PRAECIPE OF DISMISSAL

The Clerk will please note that Plaintiff hereby dismisses Defendant Great Southeast Community Hospital Corporation with prejudice.

Respectfully submitted,
TEMPLE LAW OFFICES

/s/
Donald M. Temple, Esq.
1229 15th Street, NW
Washington, D.C. 20005
(202) 628-1101

/s/
Edward J. Connor, Esq.
5210 Auth Road
Suite 304
Camp Springs, MD 20746

Case 1:05-cv-01853-RWR    Document 135    Filed 02/15/2007    Page 2 of 2