## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY R. SCOTT, individually and as Personal Representative of the Estate of JONATHAN MAGBIE, <br><br> Plaintiff. <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 05-1853 (RWR) |

### DEFENDANT DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S MOTION TO HAVE UNTIL FEBRUARY 23, 2007 TO FILE AN ANSWER TO THE AMENDED COMPLAINT AND TO RESPOND TO ANY PENDING CROSS CLAIMS (WITH PLAINTIFF'S CONSENT)

The District of Columbia and Odie Washington (hereinafter, "District defendants"), by and through undersigned counsel, respectfully request that the Court permit them to have until February 23, 2007, to file an Answer to the Amended Complaint and to respond to any of the pending cross-claims.

On February 15, 2007, undersigned counsel sought consent from Elizabeth Alexander, Esq., counsel for the plaintiff. Ms. Alexander indicated that she consent to this extension. On February 15, 2007, counsel for these defendants sent an email to the remaining parties, seeking their respective consent to the relief requested herein. As of the date the instant motion was filed, counsel for the District defendants only received a responsive email from counsel for the Corrections Corporation of America and counsel for the Greater Southeast Community Hospital, who indicated that their respective clients did not object to the relief requested herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

_____/s/_____
STEVEN J. ANDERSON [334480]
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov

_____/s/_____
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov
*Counsel for the District of Columbia and Odie Washington*

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARY R. SCOTT,** | ) |
| | ) |
|     Plaintiff. | ) |
| | ) |
| v. | ) Civil Action No. 05-1853 (RWR) |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.* | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S MOTION TO HAVE UNTIL FEBRUARY 23, 2007 TO FILE AN ANSWER TO THE AMENDED COMPLAINT AND TO RESPOND TO ANY PENDING CROSS CLAIMS  (WITH PLAINTIFF'S CONSENT)**

The District of Columbia and Odie Washington (hereinafter, "District defendants"), by and through undersigned counsel, respectfully request that the Court permit them to have until February 23, 2007, to file an Answer to the Amended Complaint and to respond to any of the pending cross-claims.  In support of this request, the defendants state as follows:

1. On September 20, 2005, the Complaint was filed in the instant case.

2. The plaintiffs were given leave to amend the complaint and, on October 3, 2006, the plaintiff filed the Amended Complaint.  Some of the other defendants have answered the Amended Complaint, and those responses included cross-claims against the District and Odie Washington.

3. The District defendants have made several requests (with plaintiff's consent) for an extension of time to file an Answer to the Amended Complaint and to respond to any cross-claims.  All of the previous requests have been granted.  The reason for these requests was because the District defendants and the plaintiff reached a tentative settlement agreement and were

working cooperatively to resolve the remaining details. The District defendants' Answer to the Amended Complaint and response to any cross-claims are due on February 16, 2007.

4. The Court's most recent order indicated that "Any further requests for extensions when no meeting of the parties has occurred will be disfavored." The District defendants submit that the follow facts demonstrate good cause to extend this deadline one last time to February 23, 2007.

5. The Office of the Attorney General believed that the case was resolved but on February 14, 2007, the OAG was informed that some details remained outstanding.

6. On February 15, 2007, a conference call was held between Elizabeth Alexander, Esq., counsel for the plaintiff, undersigned counsel and other OAG and D.C. Department of Corrections officials. During this conference call, the outstanding issues were discussed and appear to have been resolved. Undersigned counsel is awaiting confirmation that these details are resolved and has requested that a praecipe of dismissal be filed.

7. Undersigned counsel are out of the office and unavailable on February 16, 2007. Also, Monday, February 19, 2007 is a federal holiday.

8. Given that the Office of the Attorney General is awaiting confirmation that the remaining details are resolved and that a praecipe of dismissal will be filed as to the District defendants, the District defendants respectfully request an additional week, until February 23, 2007, to file their Answer.

9. Such a brief delay will not prejudice any of the parties.

WHEREFORE, the District defendants respectfully request that the Court permit them to have until February 23, 2007, to file an Answer to the Amended Complaint and to respond to any of the pending cross-claims.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

           /s/
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

           /s/
STEVEN J. ANDERSON [334480]
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov


           /s/
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov
*Counsel for the District of Columbia and Odie Washington*