UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY R. SCOTT**, individually and as Personal Representative of the Estate of **JONATHAN MAGBIE**,<br><br>  Plaintiff.<br><br>v.<br><br>**DISTRICT OF COLUMBIA**, *et al.*<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1853 (RWR)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING DEFENDANT DISTRICT OF COLUMBIA AND ODIE WASHINGTON'S MOTION TO HAVE UNTIL FEBRUARY 23, 2007 TO FILE AN ANSWER TO THE AMENDED COMPLAINT AND TO RESPOND TO ANY PENDING CROSS CLAIMS  (WITH PLAINTIFF'S CONSENT)**

Upon consideration of the District defendants' Motion and any opposition hereto, it is this ____ day of February 2007, hereby

ORDERED: that the District defendants' Motion is GRANTED.  It is

FURTHER ORDERED: that the District defendants have until February 23, 2007 to file an Answer to the Amended Complaint and to respond to any cross-claims.

_____
The Honorable Richard W. Roberts
United States District Court Judge