IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT, Individually and as
Personal Representative of the Estate of
JONATHAN MAGBIE, Deceased,

                        Plaintiff

      v.                                                    Civil Action No. 1:05cv01853 RWR

DISTRICT OF COLUMBIA, et al.,

                        Defendants

## PRAECIPE OF DISMISSAL

The Clerk will please note that Mary Scott, Plaintiff, hereby dismisses with prejudice all claims against the following defendants:

Corrections Corporation of America
Patricia Singley
Greater Southeast Community Hospital Corporation I
Monica James, L.R.T.

                                                         Respectfully submitted,

_____/s/_____                    _____/s/_____
Donald M. Temple, #408749           Edward J. Connor #321505
1229 15th Street, NW                      5210 Auth Raod, #304
Washington, DC 20005                 Camp Springs, MD 20746
(202) 628-1101                             (301) 899-7801

_____/s/_____
Elizabeth Alexander, #412904
915 15th Street, NW
7th Floor
Washington, DC 20005
(202) 393-4930