## THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

MARY SCOTT,

     Plaintiff,

     v.

DISTRICT OF COLUMBIA, *et al.*,

     Defendants.

C.A. No. 05-1853 (RWR)

### PRAECIPE OF DISMISSAL

The Clerk will please note that the claims and cross-claims against Corrections

Corporation of America (CCA) for any and all medical issues raised in the pleadings are

hereby dismissed.  The remaining claims against CCA will continue in litigation.

Respectfully submitted,

Donald M. Temple, Esquire [408749]
1229 15th Street, N.W.
Washington, D.C.  20005
(202) 628-1101

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

NICOLE L. LYNCH [471953]
Chief
General Litigation Section II

BY: _____

E. LOUISE R. PHILLIPS [422074]
441 4th Street, N.W., Sixth Floor South
Washington, D.C.  20001
(202) 724-6519, (main)(202) 724-6669
fax: (202) 727-3625
louise.phillips@dc.gov
Attorney for CCA–Medical Allegations
Only


ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
KIMBERLY M. JOHNSON [435163]
Chief, General Litigation Section I

_____
STEVEN J. ANDERSON
Assistant Attorney General
Bar no. 334480
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail:  Steve.anderson@dc.gov

_____
DANA K. DELORENZO [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov

Attorneys for Odie Washington and District
of Columbia

2

Catherine A. Hanrahan, Esq.
Alan J. Rumsey, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER
1341 G Street, N.W., Suite 500
Washington, DC 20005
(202) 626-7668

Counsel for Greater Southeast Community
Hospital Corporation

Daniel P. Struck, Esquire
Jones, Skelton & Hochuli, P.L.C.
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012
(602) 263-7304

Counsel for Corrections Corporation of
America

D'Ana E. Johnson
BONNER KIERNAN TREBACH &
CROCIATA
1250 Eye Street, NW
Suite 600
Washington, DC 20005
(202) 712-7055
Fax: (202) 712-7100
Email: djohnson@bktc.net

3