IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT, Individually and as
Personal Representative of the Estate of
JONATHAN MAGBIE, Deceased,

                    Plaintiff

     v.                                      Civil Action No. 1:05cv01853 RWR

DISTRICT OF COLUMBIA, et al.,

                    Defendants

### PRAECIPE OF DISMISSAL

The Clerk will please note that Mary Scott, Plaintiff, hereby dismisses with prejudice all claims against the following defendants:

District of Columbia
Odie Washington
Captain Johnson
Warden Fred Figueroa

                                                                Respectfully submitted,

_____/s/_____                      _____/s/_____
Donald M. Temple, #408749           Edward J. Connor #321505
1229 15th Street, NW                     5210 Auth Raod, #304
Washington, DC 20005                Camp Springs, MD 20746
(202) 628-1101                             (301) 899-7801

_____/s/_____
Elizabeth Alexander, #412904
915 15th Street, NW
7th Floor
Washington, DC 20005
(202) 393-4930