UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SCOTT, Individually and** <br> **As Personal Representative of the Estate of** <br> **JONATHAN MAGBIE,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **DISTRICT OF COLUMBIA, et al.,** <br><br> **Defendants.** | ) <br> ) <br> ) <br> )  **Civil Action No. 1:05-CV-01853-RWR** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' WILLIAM VAUGHN, M.D., ROTIMI A. ILUYOMADE, M.D.
AND NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC.'S,
<u>CONSENT MOTION TO CONTINUE STATUS CONFERENCE</u>**

COME NOW, Defendants, William Vaughn, M.D., Rotimi A. Iluyomade, M.D., and National Emergency Services District of Columbia, Inc., by and through counsel, Bonner, Kiernan, Trebach & Crociata, LLP, and, with the consent of the Plaintiff, respectfully request that this Court continue the Status Conference presently set for Friday, March 2, 2007 to March 19, 2007 or for a mutually agreeable date and time subsequent to March 16, 2007.  In support of this request, Defendants state as follows:

1. A Status Conference is presently set in this matter for Friday, March 2, 2007 at 9:15 a.m.

2. All defendants have reached settlement with the Plaintiff in this case except Defendants William Vaughn, M.D., Rotimi Iluyomade, M.D., and National Emergency Services District of Columbia Inc. who are all represented by undersigned counsel.

3.      The remaining parties have arranged to conduct private mediation with the Hon. William Pryor (Ret.) in an effort to also reach settlement with Plaintiff without further Court intervention. The private mediation is presently scheduled to take place on Friday, March 16, 2007 at 10:00 a.m.

4.      In light of the upcoming private mediation and the enhanced potential for resolution of this matter between Plaintiff and the only remaining defendants, the parties seek to continue the Status Conference Monday, March 19, 2007 or to a mutually agreeable date and time following mediation. This will allow the parties to fully explore settlement and hopefully obviate the need for the further involvement of this Court.

5.      Plaintiff consents to the relief requested herein.

6.      The instant Consent Motion is not brought for purposes of delay, no party will be prejudiced, the business of the Court will not be substantially disrupted and the best interests of justice will be served.

**WHEREFORE**, Defendants William Vaughn, M.D., Rotimi Iluyomade, M.D., and national Emergency Services District of Columbia, Inc., and with the consent of Plaintiff, respectfully request that the Status Conference set for March 2, 2007 be rescheduled to Monday,

March 19, 2007 or for a date and time subsequent to March 16, 2007 and for such further and additional relief as may be necessary.

DATED this 1st day of March, 2007.

          Respectfully submitted,

          **BONNER KIERNAN TREBACH & CROCIATA, LLP**

          */s/ D'Ana E. Johnson*
D'Ana E. Johnson, #927913
Juan M. Anderson, #465404
1233 20th Street, N.W., Suite 800
Washington, D.C.  20036
(202) 712-7000
**Attorneys for Defendants**
**Rotimi A. Iluyomade, M.D.**
**William Vaughn, M.D. and**
**National Emergency Services District of Columbia, Inc.**

## **CERTIFICATE OF SERVICE**

       I HEREBY CERTIFY that on this 1st day of March, 2007, I caused to be served a true and correct copy of Defendants' Consent Motion to Continue Status Conference via Electronic Filing to all parties.

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
   Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*

                                        */s/ D'Ana E. Johnson*
                                        D'Ana E. Johnson

166420-1