UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SCOTT, Individually and As Personal Representative of the Estate of JONATHAN MAGBIE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>) **Civil Action No. 1:05-CV-01853-RWR**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendants' Consent Motion to Continue Scheduling Conference, good cause having been shown, and there being no opposition thereto, it is this _____ day of March, 2007, hereby,

**ORDERED**, that the Consent Motion shall be, and it hereby is, **GRANTED**; and it is further,

**ORDERED**, that the Status Conference scheduled for March 2, 2007 shall be and it hereby is continued to _____, 2007.

_____
Honorable Richard W. Roberts
U.S. District Court Judge for the District of Columbia

Copies to:

D'Ana E. Johnson, Esquire
Juan M. Anderson, Esquire
BONNER KIERNAN TREBACH & CROCIATA, LLP
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
(202) 712-7000
*Attorneys for Defendants Rotimi A. Iluyomade, M.D.,*
   *William Vaughn, M.D. and National Emergency*
   *Services District of Columbia, Inc.*

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland 20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005-2302
*Counsel for Plaintiff*