**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | | |
|---|---|---|
| **MARY SCOTT, Individual and as** | ) | |
| **Personal Representative of the Estate of** | ) | |
| **JONATHAN MAGBIE,  Deseased** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | **Civil Action No.:1:05cv01853** |
| | ) | **RWR** |
| **DISTRICT OF COLUMBIA, et al.** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**PARTIES' STATUS REPORT**

Please be advised that Plaintiffs and the remaining Defendants were unable to reach a mutual agreement at the recent mediation on Friday, March 16, 2007.  Hence, Plaintiffs request that this court schedule a pretrial hearing and a trial date.  Defendants objet to Plaintiffs' request and request a status hearing to discuss revision of the sheduling order.  Plaintiffs object thereto.

Respectfully submitted,
TEMPLE LAW OFFICES


_____/s/_____
Donald M. Temple, Esq.
1229 15th Street, NW
Washington, D.C.  20005
(202) 628-1101


_____/s/_____
Edward J. Connor, Esq.
5210 Auth Road
Suite 304
Camp Springs, MD 20746

_____/s/_____
Elizabeth Alexander, Esq.
ACLU Foundation
915 15th Street, N.W.
7th Floor
Washington, DC. 20005


_____/s/_____
D'Ana E. Johnson , Esq.
Juan Anderson , Esq.
1233 20th Street, N.W.
Suite 800
Washington, DC 20036