UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SCOTT, Individually and As Personal Representative of the Estate of JONATHAN MAGBIE,** )<br>)<br>) | |
| **Plaintiff,** ) | Civil Action No. 1:05-CV-01853-RWR |
| )<br>v.   )<br>) | |
| **DISTRICT OF COLUMBIA, et al.,** ) | |
| **Defendants.** ) | |

### DEFENDANTS' WILLIAM VAUGHN, M.D., ROTIMI A. ILUYOMADE, M.D. AND NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC.'S, EMERGENCY CONSENT MOTION TO CONTINUE STATUS CONFERENCE

COME NOW, Defendants, William Vaughn, M.D., Rotimi A. Iluyomade, M.D., and National Emergency Services District of Columbia, Inc., by and through counsel, Bonner, Kiernan, Trebach & Crociata, LLP, and, with the consent of the Plaintiff, respectfully request that this Court continue the Status Conference presently set for Friday, April 13, 2007 to Friday, April 20, 2007. In support of this request, Defendants state as follows:

1.  By Order of this Court dated April 3, 2007 a Status Conference is presently set in this matter for Friday, April 13, 2007 at 9:30 a.m.

2.  Undersigned counsel represents all of the remaining defendants in this matter. However, lead counsel, D'Ana E. Johnson, Esquire will be conducting a jury trial in the matter of *Baltimore County, Maryland v. Carrier Corporation*, Case No. 03-C-04-012406, in the Circuit

Court for Baltimore County, in Towson, Maryland. The trial is expected to last approximately one week. Further, co-defense counsel Juan Anderson, Esquire will be out of the jurisdiction on April 13, 2007 and is also unable to attend.

3. In light of the unavailability of defense counsel, the parties seek to continue the Status Conference to the following **Friday, April 20, 2007 at any time** the Court wishes to conduct the conference.

4. Counsel for Plaintiff has consented to the relief requested herein and has also communicated his availability for the proposed date and time. This will allow all trial counsel to attend the Status Conference and fully explore mutually agreeable Pretrial Conference and trial dates as suggested by this Court's Order.

5. The instant Emergency Consent Motion is not brought for purposes of delay, no party will be prejudiced, the business of the Court will not be substantially disrupted and the best interests of justice will be served.

**WHEREFORE**, Defendants William Vaughn, M.D., Rotimi Iluyomade, M.D., and National Emergency Services District of Columbia, Inc., and with the consent of Plaintiff,

respectfully request that the Status Conference set for Friday, April 13, 2007 be rescheduled to Friday, April 20, 2007 at any time that date.

DATED this 9th day of April, 2007.

                                            Respectfully submitted,

                                            **BONNER KIERNAN TREBACH & CROCIATA, LLP**

                                                              */s/ D'Ana E. Johnson*
                                            D'Ana E. Johnson, #927913
                                            Juan M. Anderson, #465404
                                            1233 20th Street, N.W., Suite 800
                                            Washington, D.C.  20036
                                            (202) 712-7000
                                            **Attorneys for Defendants**
                                            **Rotimi A. Iluyomade, M.D.**
                                            **William Vaughn, M.D. and**
                                            **National Emergency Services District of Columbia, Inc.**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 9th day of April, 2007, I caused to be served a true and correct copy of Defendants' Emergency Consent Motion to Continue Status Conference *via* Electronic Filing to all parties.

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*

                              */s/ D'Ana E. Johnson*
                              D'Ana E. Johnson

168578-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SCOTT, Individually and As Personal Representative of the Estate of JONATHAN MAGBIE,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**DISTRICT OF COLUMBIA, et al.,** )<br>)<br>**Defendants.** )<br>) | **Civil Action No. 1:05-CV-01853-RWR** |

## ORDER

Upon consideration of Defendants' Emergency Consent Motion to Continue Status Conference, good cause having been shown, and there being no opposition thereto, it is this _____ day of April, 2007, hereby,

**ORDERED**, that the Emergency Consent Motion shall be, and it hereby is, **GRANTED**; and it is further;

**ORDERED**, that the Status Conference scheduled for Friday, April 13, 2007 shall be and it hereby is, continued to Friday, April 20, 2007 at _____ a.m./p.m.

_____
Honorable Richard W. Roberts
U.S. District Court Judge for the District of Columbia

Copies to:

D'Ana E. Johnson, Esquire
Juan M. Anderson, Esquire
BONNER KIERNAN TREBACH & CROCIATA, LLP
1233 20th Street, N.W., Suite 800
Washington, D.C.  20036
(202) 712-7000
*Attorneys for Defendants Rotimi A. Iluyomade, M.D.,*
   *William Vaughn, M.D. and National Emergency*
   *Services District of Columbia, Inc.*

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
     Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*