# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 06-7109            September Term, 2006

05cv01853

Filed On:

Mary R. Scott, Individually and as Personal
Representative of the Estate of Jonathan Magbie,
Deceased and Jonathan Magbie, Deceased,
        Appellees

v.

District of Columbia and Odie Washington,
        Appellants

Joseph Bastian, M.D.,
        Appellees



STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

FILED MAR 29 2007

CLERK

### ORDER

Upon consideration of appellants' motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/ Nancy G. Dunn
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk