UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY SCOTT,

    Plaintiff,

v.   C.A. No. 05-1853 (RWR)

DISTRICT OF COLUMBIA, *et al.*,

    Defendants.

## PRAECIPE OF WITHDRAWAL OF APPEARANCE

Will the Court please note the withdrawal of Assistant Attorney General Dana K. DeLorenzo as counsel for the defendant District of Columbia and Odie Washington.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

    /s/
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

    /s/
Dana K. DeLorenzo [468306]
Assistant Attorney General
441 4th Street, N.W., 6S61
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
Dana.delorenzo@dc.gov