IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT, Individually and as
Personal Representative of the Estate of
JONATHAN MAGBIE, Deceased,

    Plaintiff,

v.                                                     Civil Action No. 1:05cv01853 RWR

DISTRICT OF COLUMBIA et al.,

    Defendants.

**FILED**
APR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

This matter having come before the Court for a status conference on April 20, 2007, and the parties having been heard, it is, this 23rd day of April, 2007; it is hereby

ORDERED, that the remaining defendants shall serve all required Rule 26 expert disclosures by May 4, 2007. It is further

ORDERED, that discovery be reopened until May 31, 2007, during which time each side may take no more than three (3) additional discovery depositions. It is further

ORDERED, that any dispositive motions shall be filed by April 30, 2007. It is further

ORDERED, that this matter be set for a follow up status conference on June 1, 2007 at 11:00 a.m.

_____
Richard W. Roberts, United States District Judge