## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT, Individually and as
Personal Representative of the Estate of
JONATHAN MAGBIE, Deceased,

                              Plaintiff

      v.                                          Civil Action No. 1:05cv01853 RWR

DISTRICT OF COLUMBIA, et al.,

                              Defendants

### NOTICE OF DISMISSAL

The Clerk will please note that Mary Scott, Plaintiff, hereby dismisses with prejudice all claims against the following defendants:

District of Columbia
Odie Washington
Corrections Corporation of America
Beverly Hillard, R.N.
Patricia Singley
Captain Johnson
Warden Fred Figueroa
Greater Southeast Community Hospital Corporation I
Parham Haghighi, M.D.
Dr. Nunoi
Christopher J. Ackerman, M.D.
Monica James, L.R.T.
Joseph Bastien, M.D.
T. Wilkins Davis, M.D.
Center for Correctional Health and Policy Studies, Inc.
Malek Malekghasemi, M.D.
Sunday Nwosu, M.D.

Pauline Ojelfo, L.P.N.
Gbenga Ogundipe, L.P.N.

Respectfully submitted,

_____/s/_____
Donald M. Temple, #408749
1229 15th Street, NW
Washington, DC 20005
(202) 628-1101

_____/s/_____
Edward J. Connor #321505
5210 Auth Road, #304
Camp Springs, MD 20746
(301) 899-7801

_____/s/_____
Elizabeth Alexander, #412904
915 15th Street, NW
7th Floor
Washington, DC 20005
(202) 393-4930

_____/s/_____
Andrew J. Spence, #421341
10306 Eaton Place, #200
Fairfax, Va. 22030
(703) 591-9700

_____/s/_____
Catherine A. Hanrahan
1341 G Street, NW #500
Washington, DC 20005
(202) 626-7660

_____/s/_____
Daniel P. Struck
2901 North Central Avenue, #800
Phoenix, AZ 85012
(602) 263-7323

_____/s/_____
Juan Anderson, #465404
1233 20th Street, #800
Washington, D.C. 20005
(202) 712-7037

_____s_____
Steven J. Anderson, #334480
441 4th Street, NW #600S
Washington, DC 20001
(202) 724-6515