UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| MARY SCOTT, Individually and<br>As Personal Representative of the Estate of<br>JONATHAN MAGBIE,<br><br>      Plaintiff,<br><br>  v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>      Defendants. | )<br>)<br>)<br>) Civil Action No. 1:05-CV-01853-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

COMES NOW the Defendants WILLIAM S. VAUGHN, MD, ROTIMI ILUYOMADE, MD, and NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP**, and requests that the Clerk of the Court enter the appearance of Ronald G, Guziak, Esquire, as additional counsel for the Defendants in this matter. D'Ana E. Johnson, Esquire, remains as lead counsel and Juan M. Anderson, Esquire of record for the Defendants.

      Respectfully submitted,

      **BONNER KIERNAN TREBACH & CROCIATA, LLP**

      */s/ Ronald G. Guziak*
      D'Ana E. Johnson, #927913
      Ronald G. Guziak, #233940
      Juan M. Anderson, #465404
      1233 20th Street, N.W., Suite 800
      Washington, D.C. 20036
      djohnson@bktc.net
      rguziak@bktc.net
      janderson@bktc.net
      *Attorneys for Defendants William S. Vaughn, MD, Rotimi A.*
       *Ilouyomade, MD and National Emergency Services*
       *District of Columbia*

169589-1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 25th day of April, 2007, I caused to be served *via* electronic mail a true and correct copy of the Notice of Appearance upon the following:

Donald M. Temple, Esquire  
Temple Law Office  
1229 15th Street, NW  
Washington, DC  20005  
*Counsel for Plaintiff*

Edward J. Connor, Esquire  
5210 Auth Road, Suite 304  
Camp Springs, Maryland  20746-4341  
*Counsel for Plaintiff*

Elizabeth Alexander, Director  
National Prison Project of the ACLU  
   Foundation  
915 15th Street, NW, 7th Floor  
Washington, DC  20005-2302  
*Counsel for Plaintiff*

                                                */s/ Ronald G. Guziak*  
                                                Ronald G. Guziak

169589-1