UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

MARY SCOTT, Individually and                           )
As Personal Representative of the Estate of            )
JONATHAN MAGBIE,                                        )
                                                        )    Civil Action No. 1:05-CV-01853-RWR
                    Plaintiff,                          )
                                                        )
        v.                                              )
                                                        )
DISTRICT OF COLUMBIA, et al.,                          )
                                                        )
                    Defendants.                         )
_____

### NOTICE OF APPEARANCE

COMES NOW the Defendants WILLIAM S. VAUGHN, MD, ROTIMI ILUYOMADE, MD, and NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, by and through counsel, **BONNER KIERNAN TREBACH & CROCIATA, LLP**, and requests that the Clerk of the Court enter the appearance of Ronald G, Guziak, Esquire, as additional counsel for the Defendants in this matter.   D'Ana E. Johnson, Esquire, remains as lead counsel and Juan M. Anderson, Esquire of record for the Defendants.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_/s/ Ronald G. Guziak_
_____
D'Ana E. Johnson, #927913
Ronald G. Guziak, #233940
Juan M. Anderson, #465404
1233 20th Street, N.W., Suite 800
Washington, D.C.  20036
djohnson@bktc.net
rguziak@bktc.net
janderson@bktc.net
*Attorneys for Defendants William S. Vaughn, MD, Rotimi A. Ilouyomade, MD and National Emergency Services District of Columbia*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 25th day of April, 2007, I caused to be served *via* electronic mail a true and correct copy of the Notice of Appearance upon the following:

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*


_____/s/ Ronald G. Guziak_____
Ronald G. Guziak