UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY SCOTT, Individually and ) <br> As Personal Representative of the Estate of ) <br> JONATHAN MAGBIE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA, et al., ) <br> ) <br> Defendants. ) <br> _____ | Civil Action No. 1:05-CV-01853-RWR |

**DEFENDANTS' WILLIAM VAUGHN, M.D., ROTIMI A. ILUYOMADE, M.D. AND NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC.'S, MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS**

COME NOW, Defendants, William Vaughn, M.D., Rotimi A. Iluyomade, M.D., and National Emergency Services District of Columbia, Inc., by and through counsel, Bonner, Kiernan, Trebach & Crociata, LLP, and respectfully request that this Court extend the time to file dispositive motions from April 30, 2007 to a date following the close of discovery on May 31, 2007. In support of this request, Defendants state as follows:

1. A Status Conference was recently held in this matter on Friday, April 20, 2007.

2. At that time, the Court set a new discovery deadline of May 31, 2007 for the remaining parties to conduct additional depositions which were determined necessary prior to trial.

3. The Court also inquired as to whether the parties wished to extend the deadline for the filing of dispositive motions which had been set pursuant to the previous deadline for discovery of February 28, 2007. At that time, Defendants informed the Court that it would motion the Court if such an extension was determined to be necessary.

4. In light of the upcoming series of additional depositions between now and May 31, 2007, Defendants request that the deadline for the filing of dispositive motions be extended accordingly to a date subsequent to the close of newly opened discovery so that all factual predicates can be ascertained prior to such filing. This will allow the parties to present a full and complete record of discovery before the Court in support of the relief requested.

5. Undersigned counsel attempted to secure the consent of counsel for Plaintiff. However, due to the unavailability of said counsel, such consent could not be secured prior to the filing of the instant motion.

6. The instant Consent Motion is not brought for purposes of delay, no party will be prejudiced, the business of the Court will not be substantially disrupted and the best interests of justice will be served.

**WHEREFORE**, Defendants William Vaughn, M.D., Rotimi Iluyomade, M.D., and National Emergency Services District of Columbia, Inc., respectfully request that the deadline for

the filing of dispositive motions be extended to a date following the close of discovery on May 31, 2007.

DATED this 30th day of April, 2007.

                                      Respectfully submitted,

                                      **BONNER KIERNAN TREBACH & CROCIATA, LLP**

                                      */s/ D'Ana E. Johnson*

D'Ana E. Johnson, #927913
Ronald G. Guziak, #233940
Juan M. Anderson, #465404
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
(202) 712-7000
**Attorneys for Defendants**
*Rotimi A. Iluyomade, M.D.*
*William Vaughn, M.D. and*
*National Emergency Services District of Columbia, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of April, 2007, I caused to be served a true and correct copy of Defendants' Motion for Extension of Time to File Dispositive Motions *via* Electronic Filing to all parties.

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*

*/s/ D'Ana E. Johnson*
D'Ana E. Johnson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARY SCOTT, Individually and As Personal Representative of the Estate of JONATHAN MAGBIE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.,**<br><br>**Defendants.** | )<br>)<br>)<br>)  **Civil Action No. 1:05-CV-01853-RWR**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of Defendants' Consent Motion for Extension of Time to File Dispositive Motions, any opposition thereto, and good cause having been shown, it is this _____ day of May, 2007, hereby,

**ORDERED**, that the Motion shall be, and it hereby is, **GRANTED**; and it is further,

**ORDERED**, that the deadline for the filing of dispositive motions be and hereby is set for the _____ day of June, 2007.

_____
Honorable Richard W. Roberts
U.S. District Court Judge for the District of Columbia

Copies to:

D'Ana E. Johnson, Esquire
Ronald G. Guziak, Esquire
Juan M. Anderson, Esquire
BONNER KIERNAN TREBACH & CROCIATA, LLP
1233 20th Street, N.W., Suite 800
Washington, D.C.  20036
(202) 712-7000
*Attorneys for Defendants Rotimi A. Iluyomade, M.D.,
   William Vaughn, M.D. and National Emergency
   Services District of Columbia, Inc.*

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*

2

169868-1