## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARY SCOTT, Individually and Personal Representative of the Estate of JONATHAN MAGBIE, Deceased<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DISTRICT OF COLUMBIA, et al.<br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:　Civil Action No.:  1:05-CV-01853-RWR<br>:<br>:<br>:<br>:<br>: |

### DEFENDANTS' WILLIAM S. VAUGHN, M.D., ROTIMI ILUYOMADE, M.D., AND NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA'S SUPPLEMENT TO PRELIMINARY DESIGNATION OF EXPERT WITNESSES

COME NOW Defendants William S. Vaughn, M.D., Rotimi Iluyomade, M.D., and National Emergency Services District of Columbia, by and through counsel Bonner Kiernan Trebach & Crociata, LLP, and submit the following designation of experts:[1]

1. **Adoption of Experts Identified by Co-Defendant District of Columbia.**

Defendants William S. Vaughn, M.D., and Rotimi Iluyomade, M.D., expressly adopt and incorporate by reference hereto the identity, opinions, and such other materials proffered in connection with the designation of Co-Defendant District of Columbia as to its experts in the field of life expectancy, Steven M. Day, Life Expectancy Project, 1439 17th Avenue, San Francisco, CA 94122-3402; and in the field of economics, Charles L. Betsey, Ph.D., Department of Economics, Howard University, Washington, D.C. 20059, as set forth in the Rule 26(a)(2) Statement of Defendant District of Columbia dated and filed with this Court on September 5, 2006.

---

[1] As per this Court's oral ruling on April 20, 2007, Defendant's file this Supplement to their previously filed Expert Designation to include written reports from the experts identified therein.

170200_1.DOC

2.  **Philip M. Buttaravoli, M.D.**
    **Emergency Department**
    **Palm Beach Gardens Medical Center**
    **3360 Burns Road**
    **Palm Beach Gardens, FL  33410**

Dr. Buttaravoli is a board-certified emergency medicine physician.  Dr. Buttaravoli received his medical degree from the University of Vermont, College of Medicine and is the Medical Director for Emergency Services at the Palm Beach Gardens Medical Center. Dr. Buttaravoli will testify as an expert in the field of Emergency Medicine.

Dr. Buttaravoli will testify, within a reasonable degree of medical certainty, as to the standard of care as it applies to the care and treatment rendered to the decedent Plaintiff by William Vaughn, M.D. and as to all issues related to the emergent care and treatment rendered to the decedent Plaintiff on or about September 20-21, 2004 in the Emergency Department at Greater Southeast Community Hospital.  Dr. Buttaravoli's opinions will be based upon his education, training, and experience, his review of the decedent Plaintiff's medical records, his review of all relevant deposition testimony from Plaintiff, fact and expert witnesses, and all relevant records, materials, and/or documents generated regarding the decedent Plaintiff's medical care and treatment in this litigation.

Dr. Buttaravoli is further expected to testify that the treatment of the decedent Plaintiff rendered by Dr. Vaughn in the Emergency Room at Greater Southeast Community Hospital on September 20-21, 2004 complied with the standard of care and that no actions or inactions on the part of Dr. Vaughn caused or contributed to the death of Jonathan Magbie on September 24, 2004.  Dr. Buttaravoli will also testify that the care provided to Jonathan Magbie prior to, and on,

September 20, 2004 while incarcerated by the District of Columbia and its agents, employees, and contractors, was below the standard of care. A copy of Dr. Buttaravoli's written report is attached hereto.[2]

    3.      **Roger Johns, M.D., M.H.S.**
           **Professor of Medicine, Division of Pulmonary/CCM**
           **720 Rutland Avenue. Ross 361**
           **Johns Hopkins University**
           **Baltimore, MD  21205**

Dr. Johns is a board-certified physician specializing in pulmonary critical care medicine. Dr. Johns received his medical degree from Wayne State University School of Medicine and is the former Chief, Division of Anesthesiology and Critical Care Medicine at Johns Hopkins University Hospital, Baltimore, MD. Dr. Johns is currently a Professor of Medicine, Division of Pulmonary/Critical Care Medicine at the Johns Hopkins University School of Medicine. Dr. Johns will testify as an expert in the field of Pulmonary Critical Care Medicine.

Dr. Johns will testify, within a reasonable degree of medical certainty, as to the standard of care as it applies to the care and treatment rendered to the decedent Plaintiff by Rotimi Iluyomade, M.D. and as to all issues related to the emergent care and treatment rendered to the decedent Plaintiff on or about September 24, 2004 in the Emergency Department at Greater Southeast Community Hospital. Dr. Johns' opinions will be based upon his education, training, and experience, his review of the decedent Plaintiff's medical records, his review of all relevant deposition testimony from Plaintiff, fact and expert witnesses, and all relevant records, materials,

---

[2] Dr. Buttaravoli's *curriculum vitae* was previously submitted as attached to Defendants' Expert Designation filed December 22, 2006.

3

and/or documents generated regarding the decedent Plaintiff's medical care and treatment in this litigation.

Dr. Johns is further expected to testify that the treatment of the decedent Plaintiff rendered by Dr. Iluyomade in the Emergency Room at Greater Southeast Community Hospital on September 24, 2004 complied with the standard of care and that no actions or inactions on the part of Dr. Iluyomade caused or contributed to the death of Jonathan Magbie. Dr. Johns will also testify that the care provided to Jonathan Magbie which intervened between September 21-24, 2004 while incarcerated by the District of Columbia and its agents, employees, and contractors was below the standard of care. A copy of Dr. Johns' written report is attached hereto.[3]

4.  **Noah Lechtzin, M.D., M.H.S., F.C.C.P.**
    **Johns Hopkins Medical Institutions**
    **Pulmonary and Critical Care**
    **1830 East Monument Street, 5th Floor**
    **Baltimore, MD  21205**

Dr. Lechtzin is a board-certified physician in the fields of Critical Care Medicine and Pulmonary Disease. Dr. Lechtzin received his medical degree from Temple University School of Medicine, and is also an Assistant Professor, Department of Medicine, Division of Pulmonary and Critical Care, Johns Hopkins University School of Medicine, Baltimore, MD. Dr. Lechtzin will testify as an expert in the field of Critical Care Medicine and Pulmonary Disease.

Dr. Lechtzin will testify, within a reasonable degree of medical certainty, as to the standard of care as it applies to the care and treatment rendered to the decedent Plaintiff by Rotimi Iluyomade, M.D. and as to all issues related to the emergent care and treatment rendered

---

[3] Dr. John's *curriculum vitae* was previously submitted as attached to Defendants' Expert Designation dated December 22, 2006.

4

to the decedent Plaintiff on or about September 24, 2004 in the Emergency Department at Greater Southeast Community Hospital. Dr. Lechtzin's opinions will be based upon his education, training, and experience, his review of the decedent Plaintiff's medical records, his review of all relevant deposition testimony from Plaintiff, fact and expert witnesses, and all relevant records, materials, and/or documents generated regarding the decedent Plaintiff's medical care and treatment in this litigation.

Dr. Lechtzin is further expected to testify that the treatment of the decedent Plaintiff rendered by Dr. Iluyomade in the Emergency Room at Greater Southeast Community Hospital on September 24, 2004 complied with the standard of care and that no actions or inactions on the part of Dr. Iluyomade caused or contributed to the death of Jonathan Magbie. Dr. Lechtzin also testify that the care provided to Jonathan Magbie which intervened between September 21-24, 2004 while incarcerated by the District of Columbia and its agents, employees, and contractors was below the standard of care. A copy of Dr. Lechtzin's *curriculum vitae* was previously submitted as attached to Defendants Preliminary Expert Designation filed December 22, 2006.

5.      As discovery and investigation in this civil action is ongoing and incomplete through May 31, 2007, Defendants William S. Vaughn, M.D., Rotimi Iluyomade, M.D., and

National Emergency Services District of Columbia expressly reserve the right to further amend and/or supplement this expert witness designation to conform to the evidence therefrom.

DATED this 4th day of May, 2007.

        **BONNER KIERNAN TREBACH & CROCIATA**, **LLP**

        */s/ D'Ana E. Johnson*
        D'Ana E. Johnson, #927913
        Ronald G. Guziak, #233940
        Juan M. Anderson, #465404
        1233 20th Street, N.W., Suite 800
        Washington, D.C.  20036
        (202) 712-7000

        **Counsel for Defendants,**
        **William Vaughn, M.D.,**
        **Rotimi Iluyomade, M.D., and**
        **National Emergency Services District of Columbia**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendants William S. Vaughn, M.D., Rotimi Iluyomade, M.D., and National Emergency Services District of Columbia's Supplement to Preliminary Designation of Expert Witness was served *via* electronic filing on this 4th day of May, 2007 upon:

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*

　　　　　　　　　　　　　　　　　　　　／s／ *D'Ana E. Johnson*
　　　　　　　　　　　　　　　　　　　　D'Ana E. Johnson