UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MARY R. SCOTT,

    Plaintiff,

v.                                                 No. 05-cv-1853 (RWR)

DISTRICT OF COLUMBIA, et al.,

    Defendants.
_____

**ORDER**

    Upon consideration of Plaintiff's Motion to Exclude Expert Witnesses, as well as any opposition thereto, it is this _____ day of _____, 2007;

    ORDERED, that the Court finds that the remaining Defendants (i.e., William Vaughn, MD; Rotimi Iluyomade, MD and National Emergency Services) have failed to comply with this Court's Orders of May 5, 2006; September 21, 2006 and April 23, 2007, requiring timely disclosure of the expert witness information required by Rule 26(a)(2); it is therefore

    ORDERED, that the remaining Defendants are hereby barred from offering any testimony from the expert witnesses they have identified (i.e., Steven M. Day; Charles Betsey; Phillip Buttaravoli, MD; Roger Johns, MD, and Noah Lechtzin, MD), but for whom complete Rule 26 disclosures have not been served.

                                                               _____

                                                               Richard W. Roberts, U.S. District Judge

DATED: _____