**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| **MARY SCOTT, Individually and** )<br>**As Personal Representative of the Estate of** )<br>**JONATHAN MAGBIE,** )<br> )<br>**Plaintiff,** )<br> )<br>**v.** )<br> )<br>**DISTRICT OF COLUMBIA, et al.,** )<br> )<br>**Defendants.** )<br>_____ | **Civil Action No. 1:05-CV-01853-RWR** |

**<u>ORDER</u>**

Upon consideration of Plaintiff's Motion to Exclude Expert Witnesses, and Defendant's

Opposition thereto, it is this _____day of May, 2007, hereby,

**ORDERED**, that Plaintiff's Motion shall be, and it hereby is, **DENIED**; and it is further,

**ORDERED**, that Defendant's shall be allowed to call Philip Buttaravoli, M.D., Roger

Johns, M.D., and Steven Day, Ph.D. as expert witnesses at the trial of this matter as set forth in

their Designation of Expert Witnesses.


_____
Honorable Richard W. Roberts
United States District Court for the District of Columbia

Copies to:

D'Ana E. Johnson, Esquire
Ronald G. Guziak, Esquire
Juan M. Anderson, Esquire
BONNER KIERNAN TREBACH & CROCIATA, LLP
1233 20th Street, N.W., Suite 800
Washington, D.C.  20036
(202) 712-7000
*Attorneys for Defendants Rotimi A. Iluyomade, M.D.,*
*   William Vaughn, M.D. and National Emergency*
*   Services District of Columbia, Inc.*

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
   Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*

171130-1
1:05-cv-01853