## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARY SCOTT, Individually and : 
Personal Representative of the :
Estate of JONATHAN MAGBIE, :
Deceased :
          Plaintiff, :
                 :    Civil Action No.: 1:05-CV-01853-RWR
    v. :
                 :
DISTRICT OF COLUMBIA, :
et al. :
          Defendants. :

### DEFENDANTS WILLIAM S. VAUGHN, M.D., ROTIMI ILUYOMADE, M.D.'S, PRELIMINARY DESIGNATION OF EXPERT WITNESSES

COME NOW Defendants William S. Vaughn, M.D., and Rotimi Iluyomade, M.D., by and through counsel Bonner Kiernan Trebach & Crociata, LLP, and submits the following designation of experts:[1]

1.    **Adoption of Experts Identified by Co-Defendant District of Columbia.**

Defendants William S. Vaughn, M.D., and Rotimi Iluyomade, M.D., expressly adopt and incorporate by reference hereto the identity, opinions, and such other materials proffered in connection with the designation of Co-Defendant District of Columbia as to its experts in the field of life expectancy, Steven M. Day, Life Expectancy Project, 1439 17th Avenue, San Francisco, CA 94122-3402; and in the field of economics, Charles L. Betsey, Ph.D., Department of Economics, Howard University, Washington, D.C. 20059, as set forth in the

---

[1] With the consent of Plaintiff, expert reports are not included due to the naming of additional defendants in the Amended Complaint who also will likely be represented by undersigned counsel upon perfection of service. Defendants will file the appropriate supplemental designation at that time.

156842_1

DEFENDANT'S EXHIBIT
1

Rule 26(a)(2) Statement of Defendant District of Columbia dated and filed with this Court on September 5, 2006.

> **2.    Philip M. Buttaravoli, M.D.**
> **Emergency Department**
> **Palm Beach Gardens Medical Center**
> **3360 Burns Road**
> **Palm Beach Gardens, FL  33410**

Dr. Buttaravoli is a board-certified emergency medicine physician.  Dr. Buttaravoli received his medical degree from the University of Vermont, College of Medicine and is the Medical Director for Emergency Services at the Palm Beach Gardens Medical Center. Dr. Buttaravoli will testify as an expert in the field of Emergency Medicine.

Dr. Buttaravoli will testify, within a reasonable degree of medical certainty, as to the standard of care as it applies to the care and treatment rendered to the decedent Plaintiff by William Vaughn, M.D. and as to all issues related to the emergent care and treatment rendered to the decedent Plaintiff on or about September 20-21, 2004 in the Emergency Department at Greater Southeast Community Hospital.  Dr. Buttaravoli's opinions will be based upon his education, training, and experience, his review of the decedent Plaintiff's medical records, his review of all relevant deposition testimony from Plaintiff, fact and expert witnesses, and all relevant records, materials, and/or documents generated regarding the decedent Plaintiff's medical care and treatment in this litigation.

Dr. Buttaravoli is further expected to testify that the treatment of the decedent Plaintiff rendered by Dr.  Vaughn in the Emergency Room at Greater Southeast Community Hospital on September 20-21, 2004 complied with the standard of care and that no actions or inactions

156842_1
156842-1

on the part of Dr. Vaughn caused or contributed to the death of Jonathan Magbie on September 24, 2004. Dr. Buttaravoli will also testify that the care provided to Jonathan Magbie prior to, and on, September 20, 2004 while incarcerated by the District of Columbia and its agents, employees, and contractors, was below the standard of care. A copy of Dr. Buttaravoli's *curriculum vitae* is attached hereto.

3. **Noah Lechtzin, M.D., M.H.S., F.C.C.P.**
**Johns Hopkins Medical Institutions**
**Pulmonary and Critical Care**
**1830 East Monument Street, 5th Floor**
**Baltimore, MD 21205**

Dr. Lechtzin is a board-certified physician in the fields of Critical Care Medicine and Pulmonary Disease. Dr. Lechtzin received his medical degree from Temple University School of Medicine, and is also an Assistant Professor, Department of Medicine, Division of Pulmonary and Critical Care, Johns Hopkins University School of Medicine, Baltimore, MD. Dr. Lechtzin will testify as an expert in the field of Critical Care Medicine and Pulmonary Disease.

Dr. Lechtzin will testify, within a reasonable degree of medical certainty, as to the standard of care as it applies to the care and treatment rendered to the decedent Plaintiff by Rotimi Iluyomade, M.D. and as to all issues related to the emergent care and treatment rendered to the decedent Plaintiff on or about September 24, 2004 in the Emergency Department at Greater Southeast Community Hospital. Dr. Lechtzin's opinions will be based upon his education, training, and experience, his review of the decedent Plaintiff's medical

3

records, his review of all relevant deposition testimony from Plaintiff, fact and expert witnesses, and all relevant records, materials, and/or documents generated regarding the decedent Plaintiff's medical care and treatment in this litigation. Dr. Lechtzin is further expected to testify that the treatment of the decedent Plaintiff rendered by Dr. Iluyomade in the Emergency Room at Greater Southeast Community Hospital on September 24, 2004 complied with the standard of care and that no actions or inactions on the part of Dr. Iluyomade caused or contributed to the death of Jonathan Magbie. Dr. Lechtzin also testify that the care provided to Jonathan Magbie which intervened between September 21-24, 2004 while incarcerated by the District of Columbia and its agents, employees, and contractors was below the standard of care. A copy of Dr. Lechtzin's *curriculum vitae* is attached hereto.

4.    **Roger Johns, M.D., M.H.S.**
      **Professor of Medicine, Division of Pulmonary/CCM**
      **720 Rutland Avenue. Ross 361**
      **Johns Hopkins University**
      **Baltimore, MD 21205**

Dr. Johns is a board-certified physician specializing in pulmonary critical care medicine. Dr. Johns received his medical degree from Wayne State University School of Medicine and is the former Chief, Division of Anesthesiology and Critical Care Medicine at Johns Hopkins University Hospital, Baltimore, MD. Dr. Johns is currently a Professor of Medicine, Division of Pulmonary/Critical Care Medicine at the Johns Hopkins University School of Medicine. Dr. Johns will testify as an expert in the field of Pulmonary Critical Care Medicine.

4

156842_1
156842-1

Dr. Johns will testify, within a reasonable degree of medical certainty, as to the standard of care as it applies to the care and treatment rendered to the decedent Plaintiff by Rotimi Iluyomade, M.D. and as to all issues related to the emergent care and treatment rendered to the decedent Plaintiff on or about September 24, 2004 in the Emergency Department at Greater Southeast Community Hospital.  Dr. Johns' opinions will be based upon his education, training, and experience, his review of the decedent Plaintiff's medical records, his review of all relevant deposition testimony from Plaintiff, fact and expert witnesses, and all relevant records, materials, and/or documents generated regarding the decedent Plaintiff's medical care and treatment in this litigation.

Dr. Johns is further expected to testify that the treatment of the decedent Plaintiff rendered by Dr. Iluyomade in the Emergency Room at Greater Southeast Community Hospital on September 24, 2004 complied with the standard of care and that no actions or inactions on the part of Dr. Iluyomade caused or contributed to the death of Jonathan Magbie. Dr. Johns will also testify that the care provided to Jonathan Magbie which intervened between September 21-24, 2004 while incarcerated by the District of Columbia and its agents, employees, and contractors was below the standard of care.  A copy of Dr. Johns' *curriculum vitae* is attached hereto.

5.      As discovery and investigation in this civil action is ongoing and incomplete, Defendants William S. Vaughn, M.D. and Rotimi Iluyomade, M.D., expressly reserve the right to further amend and/or supplement this expert witness designation to conform to the evidence therefrom.

DATED this 22nd day of December, 2006.

5

156842_1
156842-1

**BONNER KIERNAN TREBACH & CROCIATA, LLP**


_____/s/_____
D'Ana Johnson, #927913
Juan M. Anderson, #465404
1233 20th Street, N.W.
Suite 800
Washington, D.C.  20005
(202) 712-7000

**Counsel for Defendants,
William Vaughn, M.D. and
Rotimi Iluyomade, M.D.**

6

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Defendants William S. Vaughn,

M.D. and Rotimi Iluyomade, M.D.'s Preliminary Designation of Expert Witness was served

*via* first-class, mail, postage prepaid on this 22nd day of December, 2006 upon:


Donald M. Temple, Esquire
Temple Law Office
1229 1th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Arthur B. Spitzer, Esquire
American Civil Liberties Union
1400 20th Street, NW, Suite 119
Washington, DC  20036
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*

Megan S. Ben'Ary, Esquire
Kevin L. Newson, Esquire
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314
*Counsel for Co-Defendants Corrections
    Corporation of America & Patricia Singley*


7

156842_1
156842-1

Steven J. Anderson, Esquire
Office of Corporation Counsel
441 4th Street, NW, 6th Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia*
   *& Odie Washington*

Dana K. DeLorenzo, Esquire
Office of the Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia*

Steve Altman, Esquire
Andrew J. Spence, Esquire
Hamilton, Altman, Canale & Dillon, LLC
10306 Eaton Place, Suite 100
Fairfax, Virginia 22030
*Counsel for Center for Correctional*
   *Health and Policy Studies, Inc.,*
   *Joseph Bastien, T. Wilkins Davis,*
   *Malek Malekghasemi, and Sunday Nwosu*

E. Louise R. Phillips, Esquire
441 4th Street, NW, 6th Floor South
Washington, DC 20001
*Counsel for Corrections Corporation of*
   *America*

Daniel P. Struck, Esquire
Jones, Skelton & Hochulli, PLC
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

Catherine A. Hanrahan, Esquire
Alan J. Rumsey, Esquire
1341 G Street, NW, Suite 500
Washington, DC 20005
*Counsel for Greater Southeast Community*
   *Hospital Corporation I*

_____/s/_____
                D'Ana E. Johnson

8

156842_1
156842-1

1233 20th Street, NW
Suite 800
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100
bktc@bktc.net
www.bktc.net

# BONNER KIERNAN TREBACH & CROCIATA, LLP

Connecticut
Maryland
Massachusetts
New Jersey
New York
Pennsylvania
Rhode Island
Virginia
Washington, DC

May 9, 2007

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC 20005

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland 20746-4341

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005-2302

        Re:    *Mary Scott v. Greater Southeast Community Hospital, et al.*
               USDC No.: 1:05cv01853
               BKTC File No.: 0597.0009

Dear Counsel:

        Please be advised that it has, for the first time, been brought to our attention that you are not in receipt of the *Curriculum Vitaes* for designated defense experts Dr. Johns, Dr. Buttaravoli, and Dr. Lechtzin. It was our understanding that these documents were filed along with our initial Designation of Experts on December 22, 2006. In fact, we have never been informed, until today by virtue of your motion, that counsel or the Court had not received the aforementioned *Curriculum Vitaes*. Indeed, they were explicitly referenced both within the text of the December 22, 2006 filing as well as the Supplemental Designation filed, as per the Court's Order, on May 4, 2007.

        In an abundance of caution, and while we confirm with PACER as to the attached contents of the December 22, 2006 filing, we forward the subject *Curriculum Vitaes* to you to accompany our Rule 26(a)(2) reports. If they *Curriculum Vitaes* were omitted from the December 22, 2006 filing, it was a clerical and/or technological e-filing inadvertence. We further note that Defendants did not receive a written report from Noah Lechtzin, M.D. which is the reason why none was submitted as to him.



DEFENDANT'S EXHIBIT
2
tabbies

170429-1

Donald M. Temple, Esquire
Edward J. Conner, Esquire
Elizabeth Alexander, Director
May 9, 2007
Page 2

Should you have any questions, please contact me, D'Ana E. Johnson, Esquire or Ronald G. Guziak, Esquire at your earliest convenience.

Very truly yours,

Juan M. Anderson

JMA/vpm
Enclosures
cc:     D'Ana E. Johnson, Esquire (w/o enclosures)
        Ronald G. Guziak, Esquire (w/o enclosures)

BONNER
KIERNAN
TREBACH &
CROCIATA, LLP

170429-1

APPEAL, JURY, TYPE-L

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-01853-RWR

SCOTT et al v. DISTRICT OF COLUMBIA et al
Assigned to: Judge Richard W. Roberts
Case in other court: USCA, 06-07109
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 09/20/2005
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**MARY R. SCOTT**
*Individually and as Personal*
*Representative of the Estate of*
*JONTHAN MAGBIE, Deceased*

represented by **Donald M. Temple**
TEMPLE LAW OFFICE
1229 15th Street, NW
Washington, DC 20005
(202)628-1101
Fax: (202)628-1149
Email: TemplePC@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur B. Spitzer**
AMERICAN CIVIL LIBERTIES
UNION
1400 20th Street, NW
Suite 119
Washington, DC 20036
(202) 457-0800
Fax: (202) 452-1868
Email: artspitzer@aol.com
*ATTORNEY TO BE NOTICED*

**Edward J. Connor**
5210 Auth Road
Suite 304
Camp Springs, MD 20746-4341
(301) 899-7801
Fax: (301) 423-1372
Email: edconn1952@juno.com
*ATTORNEY TO BE NOTICED*

**Elizabeth Alexander**
NATIONAL PRISON PROJECT OF
THE ACLU FOUNDATION
733 15th Street, NW
Washington, DC 20005-2112
(202) 393-4930



Fax: 202-393-4931
Email: ealexander@npp-aclu.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JONATHAN MAGBIE**             represented by    **Donald M. Temple**
*Deceased*                                           (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Arthur B. Spitzer**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Edward J. Connor**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Elizabeth Alexander**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DISTRICT OF COLUMBIA**        represented by    **Ronald George Guziak**
                                                   BONNER KIERNAN TREBACH &
                                                   CROCIATA LLP
                                                   1233 20th Street, NW
                                                   Eighth Floor
                                                   Washington, DC 20036
                                                   (202) 712-7000
                                                   Fax: (202) 712-7100
                                                   Email: rguziak@bktc.net
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Steven J. Anderson**
                                                   OFFICE OF ATTORNEY GENERAL
                                                   FOR DC
                                                   441 Fourth Street, NW
                                                   Suite 600 S
                                                   Washington, DC 20001
                                                   (202) 724-6607
                                                   Fax: (202) 727-3625
                                                   Email: steve.anderson@dc.gov;
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Dana K. DeLorenzo**

OFFICE OF THE ATTORNEY
GENERAL FOR D.C.
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
(202) 724-6515
Email: dana.delorenzo@dc.gov
*TERMINATED: 04/25/2007*
*ATTORNEY TO BE NOTICED*

**Shana Lyn Frost**
OFFICEOF THE ATTORNEY
GENERAL FOR THE DISTRICT OF
COLUMBIA
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
(202) 724-6534
Email: shana.frost@dc.gov
*TERMINATED: 02/02/2006*
*ATTORNEY TO BE NOTICED*

**Defendant**
**ODIE WASHINGTON**                represented by **Steven J. Anderson**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Dana K. DeLorenzo**
                                                  (See above for address)
                                                  *TERMINATED: 04/25/2007*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**
**JOSEPH BASTIEN**                 represented by **Andrew J. Spence**
*M.D.*                                            HAMILTON ALTMAN CANALE &
                                                  DILLON, LLC
                                                  10306 Eaton Place
                                                  Suite 200
                                                  Fairfax, VA 22030
                                                  (703) 591-9700
                                                  Fax: (703) 591-0023
                                                  Email: andrew.spence@hacdlaw.com
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**
**T. WILKINS DAVIS**               represented by **Andrew J. Spence**
*MD*                                              (See above for address)
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**CENTER FOR CORRECTIONAL**          represented by **Andrew J. Spence**
**HEALTH AND POLICY STUDIES,**                      (See above for address)
**INC.**                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**CORRECTIONS CORPORATION**          represented by **Daniel P. Struck**
**OF AMERICA**                                      JONES, SKELTON & HOCHULI
                                                    2901 North Central Avenue
                                                    Suite 800
                                                    Phoeniz, AZ 85012
                                                    (602) 263-1700
                                                    Fax: 602-200-7811
                                                    Email: dstruck@jshfirm.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **E. Louise Phillips**
                                                    OFFICE OF THE ATTORNEY
                                                    GENERAL
                                                    441 Fourth Street, NW
                                                    Sixth Floor South
                                                    Washington, DC 20001
                                                    (202) 724-6519
                                                    Fax: (202) 727-3625
                                                    Email: louise.phillips@dc.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Eugenia Vroustouris**
                                                    LECLAIR RYAN
                                                    225 Reinekers Lane
                                                    Suite 700
                                                    Alexandria, VA 22314
                                                    (703) 647-5938
                                                    Fax: (703) 684-8075
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Kelvin L. Newsome**
                                                    LECLAIR RYAN
                                                    999 Waterside Drive
                                                    Suite 2525
                                                    Norfolk, VA 23510
                                                    (757) 441-8938
                                                    Fax: (757) 441-8988
                                                    Email:
                                                    kelvin.newsome@leclairryan.com
                                                    *ATTORNEY TO BE NOTICED*

**Megan Starace Ben'Ary**
LECLAIR & RYAN
225 Reinekers Lane
Suite 700
Alexandria, VA 22314
(703) 684-8007
Fax: (703) 684-8075
Email: megan.ben'ary@leclairryan.com
*ATTORNEY TO BE NOTICED*

**Rebecca Everett Kuehn**
FEDERAL TRADE COMMISSION
Division of Privacy and Identity
Protection
600 Pennsylvania Avenue, N.W.
Mail Stop NJ-3158
Washington, DC 20580
202-326-2017
Fax: 202-326-3629
Email: rkuehn@ftc.gov
*TERMINATED: 05/04/2006*
*ATTORNEY TO BE NOTICED*

**Shannon M. Ivanyi**
JONES, SKELTON & HOCHULI, PLC

2901 North Central Avenue
Suite 800
Phoenix, AZ 85012
(602) 263-1708
*ATTORNEY TO BE NOTICED*

**Defendant**
**MALEK MALEKGHASEMI**
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**SUNDAY NWOSU**
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**PAULINE OJELFO**
*LPN*

**Defendant**
**GBENGA OGUNDIPE**
*LPN*

**Defendant**

**SINGLEY**                              represented by **Rebecca Everett Kuehn**
*OFFICER*                                               (See above for address)
                                                        *TERMINATED: 05/04/2006*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Eugenia Vroustouris**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kelvin L. Newsome**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Megan Starace Ben'Ary**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Shannon M. Ivanyi**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**GREATER SOUTHEAST**                    represented by **Catherine A. Hanrahan**
**COMMUNITY HOSPITAL**                                  WILSON, ELSER, MOSKOWITZ,
**CORPORATION**                                         EDELMAN & DICKER
*TERMINATED: 02/15/2007*                                1341 G Street, NW
*doing business as*                                     Suite 500
GREATER SOUTHEAST                                       Washington, DC 20005
COMMUNITY HOSPITAL                                      (202) 626-7660
                                                        Fax: (202) 628-3606
                                                        Email: hanrahanc@wilsonelser.com
                                                        *TERMINATED: 02/15/2007*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Alan Janoske Rumsey**
                                                        PRESSLER & SENFTLE, P.C.
                                                        937 15th Street, NW
                                                        12th Floor
                                                        Washington, DC 20005
                                                        (202) 626-7660
                                                        Email:
                                                        Alan.Rumsey@WilsonElser.com
                                                        *TERMINATED: 02/15/2007*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**WILLIAM S. VAUGHN**
*MD*

represented by  **D'Ana E. Johnson**
BONNER KIERNAN TREBACH &
CROCIATA
1233 20th Street, NW
8th Floor
Washington, DC 20036
(202) 712-7055
Fax: (202) 712-7100
Email: djohnson@bktc.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan M. Anderson**
BONNER, KIERNAN, TREBACH &
CROCIATA
1250 I Street, NW
6th Floor
Washington, DC 20005
(202)712-7017
Fax: (202) 712-7000
Email: janderson@bktc.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ROTIMI A. ILUYOMADE**
*MD*

represented by  **D'Ana E. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan M. Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**NATIONAL EMERGENCY
SERVICES DISTRICT OF
COLUMBIA, INC.**

represented by  **Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**NATIONAL EMERGENCY**

represented by  **Ronald George Guziak**

**SERVICES DISTRICT OF COLUMBIA, INC.**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**CORRECTIONS CORPORATION OF AMERICA**

**Cross Claimant**

**SINGLEY**
*OFFICER*

V.

**Cross Defendant**

**JOSEPH BASTIEN**
*M.D.*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**T. WILKINS DAVIS**
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC.**

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**MALEK MALEKGHASEMI**
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**SUNDAY NWOSU**
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**PAULINE OJELFO**
*LPN*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**GBENGA OGUNDIPE**
*LPN*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

District of Columbia live database - Docket Report
Page 9 of 35
Case 1:05-cv-01853-RWR    Document 154-3    Filed 05/22/2007    Page 19 of 57

**GREATER SOUTHEAST
COMMUNITY HOSPITAL
CORPORATION**
*TERMINATED: 02/16/2007*

represented by  **Catherine A. Hanrahan**
(See above for address)
*TERMINATED: 02/15/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Janoske Rumsey**
(See above for address)
*TERMINATED: 02/15/2007*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**WILLIAM S. VAUGHN**
*MD*

represented by  **D'Ana E. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan M. Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ROTIMI A. ILUYOMADE**
*MD*

represented by  **D'Ana E. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan M. Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**DISTRICT OF COLUMBIA**

represented by  **Dana K. DeLorenzo**
(See above for address)
*TERMINATED: 04/25/2007*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**ODIE WASHINGTON**

represented by  **Dana K. DeLorenzo**
(See above for address)

District of Columbia live database – Docket Report
Page 10 of 35
Case 1:05-cv-01853-RWR     Document 154-3     Filed 05/22/2007     Page 20 of 57

*TERMINATED: 04/25/2007*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**JOSEPH BASTIEN**
*M.D.*

**Cross Defendant**

**T. WILKINS DAVIS**
*MD*

**Cross Defendant**

**CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES,
INC.**

**Cross Defendant**

**CORRECTIONS CORPORATION
OF AMERICA**

**Cross Defendant**

**MALEK MALEKGHASEMI**
*MD*

**Cross Defendant**

**SUNDAY NWOSU**
*MD*

**Cross Defendant**

**PAULINE OJELFO**
*LPN*

**Cross Defendant**

**GBENGA OGUNDIPE**
*LPN*

**Cross Defendant**

**SINGLEY**
*OFFICER*

**Cross Defendant**

**GREATER SOUTHEAST          represented by  Catherine A. Hanrahan**
**COMMUNITY HOSPITAL                          (See above for address)**
**CORPORATION**                              *TERMINATED: 02/15/2007*
*TERMINATED: 02/16/2007*                     *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

Alan Janoske Rumsey
(See above for address)
*TERMINATED: 02/15/2007*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**WILLIAM S. VAUGHN**                    represented by    **D'Ana E. Johnson**
*MD*                                                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Juan M. Anderson**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ronald George Guziak**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ROTIMI A. ILUYOMADE**                  represented by    **D'Ana E. Johnson**
*MD*                                                       (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Juan M. Anderson**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Ronald George Guziak**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**GREATER SOUTHEAST**                    represented by    **Catherine A. Hanrahan**
**COMMUNITY HOSPITAL**                                     (See above for address)
**CORPORATION**                                            *TERMINATED: 02/15/2007*
*TERMINATED: 02/16/2007*                                   *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Alan Janoske Rumsey**
                                                           (See above for address)
                                                           *TERMINATED: 02/15/2007*
                                                           *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**DISTRICT OF COLUMBIA**                    represented by   **Dana K. DeLorenzo**
                                                             (See above for address)
                                                             *TERMINATED: 04/25/2007*
                                                             *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**ODIE WASHINGTON**                         represented by   **Dana K. DeLorenzo**
                                                             (See above for address)
                                                             *TERMINATED: 04/25/2007*
                                                             *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**JOSEPH BASTIEN**
*M.D.*

**Cross Defendant**

**T. WILKINS DAVIS**
*MD*

**Cross Defendant**

**CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES,
INC.**

**Cross Defendant**

**CORRECTIONS CORPORATION
OF AMERICA**

**Cross Defendant**

**MALEK MALEKGHASEMI**
*MD*

**Cross Defendant**

**SUNDAY NWOSU**
*MD*

**Cross Defendant**

**PAULINE OJELFO**
*LPN*

**Cross Defendant**

**GBENGA OGUNDIPE**
*LPN*

**Cross Defendant**

**SINGLEY**
*OFFICER*

**Cross Defendant**

District of Columbia live database - Docket Report
Page 13 of 35
Case 1:05-cv-01853-RWR    Document 154-3    Filed 05/22/2007    Page 23 of 57

**WILLIAM S. VAUGHN**
*MD*

represented by **D'Ana E. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan M. Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ROTIMI A. ILUYOMADE**
*MD*

represented by **D'Ana E. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan M. Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**CORRECTIONS CORPORATION
OF AMERICA**

**Cross Claimant**

**SINGLEY**
*OFFICER*

V.

**Cross Defendant**

**DISTRICT OF COLUMBIA**

represented by **Dana K. DeLorenzo**
(See above for address)
*TERMINATED: 04/25/2007*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ODIE WASHINGTON**

represented by **Dana K. DeLorenzo**
(See above for address)
*TERMINATED: 04/25/2007*

*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**WILLIAM S. VAUGHN**          represented by   **D'Ana E. Johnson**
*MD*                                            (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Juan M. Anderson**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Ronald George Guziak**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**ROTIMI A. ILUYOMADE**        represented by   **D'Ana E. Johnson**
*MD*                                            (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Juan M. Anderson**
                                                (See above for address)
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Ronald George Guziak**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**DISTRICT OF COLUMBIA**       represented by   **Dana K. DeLorenzo**
                                                (See above for address)
                                                *TERMINATED: 04/25/2007*
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ODIE WASHINGTON**            represented by   **Dana K. DeLorenzo**
                                                (See above for address)
                                                *TERMINATED: 04/25/2007*
                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**JOSEPH BASTIEN**             represented by   **Andrew J. Spence**
*M.D.*                                          (See above for address)

District of Columbia live database - Docket Report
Page 15 of 35
Case 1:05-cv-01853-RWR    Document 154-3    Filed 05/22/2007    Page 25 of 57

*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**T. WILKINS DAVIS**
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES,
INC.**

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CORRECTIONS CORPORATION
OF AMERICA**

**Cross Defendant**

**MALEK MALEKGHASEMI**
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**SUNDAY NWOSU**
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**PAULINE OJELFO**
*LPN*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**GBENGA OGUNDIPE**
*LPN*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**SINGLEY**
*OFFICER*

**Cross Defendant**

**GREATER SOUTHEAST
COMMUNITY HOSPITAL
CORPORATION**
*TERMINATED: 02/16/2007*

represented by **Catherine A. Hanrahan**
(See above for address)
*TERMINATED: 02/15/2007
LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Alan Janoske Rumsey**
(See above for address)

*TERMINATED: 02/15/2007*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**GREATER SOUTHEAST
COMMUNITY HOSPITAL
CORPORATION**
*TERMINATED: 02/16/2007*

V.

**Cross Defendant**

**DISTRICT OF COLUMBIA**

**Cross Defendant**

**ODIE WASHINGTON**

**Cross Defendant**

**JOSEPH BASTIEN**                    represented by    **Andrew J. Spence**
*M.D.*                                                  (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**T. WILKINS DAVIS**                  represented by    **Andrew J. Spence**
*MD*                                                    (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CENTER FOR CORRECTIONAL**           represented by    **Andrew J. Spence**
**HEALTH AND POLICY STUDIES,**                          (See above for address)
**INC.**                                                *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CORRECTIONS CORPORATION
OF AMERICA**

**Cross Defendant**

**MALEK MALEKGHASEMI**                represented by    **Andrew J. Spence**
*MD*                                                    (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**SUNDAY NWOSU**                      represented by    **Andrew J. Spence**
*MD*                                                    (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**PAULINE OJELFO**                    represented by    **Andrew J. Spence**
*LPN*                                                   (See above for address)

*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**GBENGA OGUNDIPE**                    represented by **Andrew J. Spence**
*LPN*                                                  (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**SINGLEY**
*OFFICER*

**Cross Defendant**

**WILLIAM S. VAUGHN**                  represented by **Ronald George Guziak**
*MD*                                                   (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


**Cross Defendant**

**ROTIMI A. ILUYOMADE**                represented by **Ronald George Guziak**
*MD*                                                   (See above for address)
                                                       *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|------------|---|-------------|
| 09/20/2005 | 1 | COMPLAINT against DISTRICT OF COLUMBIA, ODIE WASHINGTON, JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE (Filing fee $ 250) filed by MARY R. SCOTT, JONATHAN MAGBIE.(jf, ) (Entered: 09/21/2005) |
| 09/20/2005 |   | Summons (14) Issued as to DISTRICT OF COLUMBIA, ODIE WASHINGTON, JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE. (jf, ) (Entered: 09/21/2005) |
| 11/10/2005 | 2 | ANSWER to Complaint by JONATHAN MAGBIE.(Rumsey, Alan) (Entered: 11/10/2005) |
| 11/11/2005 | 3 | ANSWER to Complaint *of Defendants* by T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI.(Spence, Andrew) (Entered: 11/11/2005) |

| 11/14/2005 | 4 | ANSWER to Complaint with Jury Demand by CORRECTIONS CORPORATION OF AMERICA.(Kuehn, Rebecca) (Entered: 11/14/2005) |
|---|---|---|
| 11/14/2005 | 5 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CORRECTIONS CORPORATION OF AMERICA (Kuehn, Rebecca) (Entered: 11/14/2005) |
| 11/16/2005 | 6 | NOTICE of Appearance by Daniel P. Struck on behalf of CORRECTIONS CORPORATION OF AMERICA (Struck, Daniel) (Entered: 11/16/2005) |
| 11/16/2005 | 7 | MOTION for Extension of Time to File Answer re 1 Complaint, by DISTRICT OF COLUMBIA. (Anderson, Steven) (Entered: 11/16/2005) |
| 11/18/2005 | 8 | ANSWER to Complaint by SUNDAY NWOSU.(Spence, Andrew) (Entered: 11/18/2005) |
| 11/21/2005 | 9 | NOTICE of Appearance by Shana Lyn Frost on behalf of DISTRICT OF COLUMBIA (Frost, Shana) (Entered: 11/21/2005) |
| 11/22/2005 | 10 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC. (Spence, Andrew) (Entered: 11/22/2005) |
| 11/22/2005 | 11 | MOTION for Extension of Time to File Answer re 1 Complaint, by ODIE WASHINGTON. (Anderson, Steven) (Entered: 11/22/2005) |
| 11/28/2005 | 12 | ANSWER to Complaint by WILLIAM S. VAUGHN.(Johnson, D'Ana) (Entered: 11/28/2005) |
| 11/29/2005 | 13 | Memorandum in opposition to motion re 7 *Plaintiff's Opposition to Def. District of Columbia's Motion for an Enlargement of Time* filed by MARY R. SCOTT. (Attachments: # 1 Proposed Order)(Alexander, Elizabeth) (Entered: 11/29/2005) |
| 11/29/2005 | 14 | Memorandum in opposition to motion re 11 *Plaintiff's Opposition to Def. Washington's Motion for an Enlargement of Time* filed by MARY R. SCOTT. (Attachments: # 1 Proposed Order)(Alexander, Elizabeth) (Entered: 11/29/2005) |
| 11/29/2005 | 15 | ANSWER to Complaint by ROTIMI A. ILUYOMADE.(Johnson, D'Ana) (Entered: 11/29/2005) |
| 12/01/2005 | | MINUTE ORDER: It is hereby ORDERED that defendant Odie Washington's untimely motion 11 for extension of time to answer be, and hereby is, GRANTED in part and DENIED in part. Defendant shall have until December 20 to respond to the complaint. Issued by Judge Richard W. Roberts on 12/1/2005. (EHS) (Entered: 12/01/2005) |
| 12/01/2005 | | MINUTE ORDER: It is hereby ORDERED that defendant District of Columbia's untimely motion 7 for extension of time to answer be, and hereby is, GRANTED in part and DENIED in part. Defendant shall have until December 27, 2005 to respond to the complaint. Issued by Judge |

| | | Richard W. Roberts on 12/1/2005. (EHS) (Entered: 12/01/2005) |
|---|---|---|
| 12/08/2005 | | Set/Reset Deadlines: Answer due by 12/20/2005. (lin, ) (Entered: 12/08/2005) |
| 12/12/2005 | 16 | ANSWER to Complaint by PAULINE OJELFO, GBENGA OGUNDIPE.(Spence, Andrew) (Entered: 12/12/2005) |
| 12/20/2005 | 17 | NOTICE *of Response to December 1, 2005, Court Order* by ODIE WASHINGTON re Order on Motion for Extension of Time to Answer, (Anderson, Steven) (Entered: 12/20/2005) |
| 12/21/2005 | 18 | ANSWER to Complaint by JOSEPH BASTIEN.(Spence, Andrew) (Entered: 12/21/2005) |
| 12/22/2005 | 19 | NOTICE *of Appearance on behalf of CCA for Medical Allegations Only* by CORRECTIONS CORPORATION OF AMERICA (Phillips, E.) (Entered: 12/22/2005) |
| 12/27/2005 | 20 | MOTION to Dismiss by DISTRICT OF COLUMBIA. (Anderson, Steven) (Entered: 12/27/2005) |
| 12/28/2005 | 21 | NOTICE of Appearance by D'Ana E. Johnson on behalf of ROTIMI A. ILUYOMADE (Johnson, D'Ana) (Entered: 12/28/2005) |
| 12/28/2005 | 22 | MOTION for Extension of Time to *file amended motion to dismiss & exhibits* by DISTRICT OF COLUMBIA. (Anderson, Steven) (Entered: 12/28/2005) |
| 12/28/2005 | 23 | Amended MOTION to Dismiss by DISTRICT OF COLUMBIA. (Attachments: # 1 Exhibit Exh 1, CCA Contract pt. 1# 2 Exhibit Exh 1 CCA Contract pt. 2# 3 Exhibit Exh 2 CCA Contr. Mod # 4# 4 Exhibit Exh 3. CCHPS contr. Mod. # 12# 5 Exhibit Exh 4. CCHPS 2002 Contract pt. 1# 6 Exhibit Exh. 4, CCHPS 2002 contract pt. 2)(Anderson, Steven) (Entered: 12/28/2005) |
| 12/29/2005 | 24 | Second MOTION for Extension of Time to *File Motion to Dismiss* by DISTRICT OF COLUMBIA. (Anderson, Steven) (Entered: 12/29/2005) |
| 12/29/2005 | 25 | Second MOTION to Dismiss *(Corrected Amended)* by DISTRICT OF COLUMBIA. (Attachments: # 1 Exhibit Exh. 1, CCA Master Contract, pt. 1# 2 Exhibit Exh 1 CCA Master Contract, pt. 2# 3 Exhibit Exh 2, CCA mod # 4# 4 Exhibit Exh 3, CCHPS mod # 12# 5 Exhibit Exh 4 CCHPS Contract 2002 pt. 1# 6 Exhibit Exh 4 CCHPS 2002 contract pt 2) (Anderson, Steven) (Entered: 12/29/2005) |
| 01/10/2006 | 26 | Memorandum in opposition to re 25 *Defendant District of Columbia's Motion to Dismiss* filed by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 01/10/2006) |
| 01/13/2006 | | MINUTE ORDER: It is hereby ORDERED that defendant District of Columbia's two motions 22 and 24 for extension of time to file and for leave to amend its motion to dismiss be, and hereby are, GRANTED. Issued by Judge Richard W. Roberts on 1/13/06. (EHS) (Entered: |

| | | 01/13/2006) |
|---|---|---|
| 01/13/2006 | 27 | NOTICE of Appearance by Dana K. DeLorenzo on behalf of DISTRICT OF COLUMBIA (DeLorenzo, Dana) (Entered: 01/13/2006) |
| 01/18/2006 | 28 | MOTION for Extension of Time to File Response/Reply as to 26 Memorandum in Opposition *by an Additional Two Weeks* by DISTRICT OF COLUMBIA. (Attachments: # 1 Text of Proposed Order) (DeLorenzo, Dana) (Entered: 01/18/2006) |
| 01/19/2006 | | MINUTE ORDER: It is hereby ORDERED that defendant District of Columbia's motion 28 for an extension of time to file its reply be, and hereby is, GRANTED. Reply due by 2/1/2006. Issued by Judge Richard W. Roberts on 1/19/06. (EHS) (Entered: 01/19/2006) |
| 01/19/2006 | | Set/Reset Deadlines: Replies due by 2/1/2006. (lin, ) (Entered: 01/19/2006) |
| 01/19/2006 | | MINUTE ORDER TO SHOW CAUSE: Plaintiff has filed no proof that defendant Singley has been served within the time required under Fed. Rules Civ. P. 4(m). Therefore, it is hereby ORDERED that plaintiff SHOW CAUSE in writing by January 30, 2006 why this case should not be dismissed as to defendant Singley. Show Cause Response due by 1/30/2006. Issued by Judge Richard W. Roberts on 1/19/2006. (EHS) (Entered: 01/19/2006) |
| 01/20/2006 | | Set/Reset Deadlines: Response to Show Cause due by 1/30/2006. (lin, ) (Entered: 01/20/2006) |
| 01/23/2006 | 29 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SINGLEY served on 10/27/2005, answer due 11/16/2005 (Alexander, Elizabeth) (Entered: 01/23/2006) |
| 01/25/2006 | 30 | RESPONSE TO ORDER OF THE COURT re Order to Show Cause, *Plaintiffs' Response to Order to Show Cause* filed by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 01/25/2006) |
| 01/27/2006 | | SUMMONS REISSUED (1) as to ODIE WASHINGTON (jf, ) (Entered: 01/27/2006) |
| 01/30/2006 | | MINUTE ORDER: It is hereby ORDERED that the show cause order issued to plaintiff on January 19, 2006 be, and hereby is, DISCHARGED. Issued by Judge Richard W. Roberts on 1/25/2006. (EHS) (Entered: 01/30/2006) |
| 02/01/2006 | 31 | REPLY to opposition to motion re 25 filed by DISTRICT OF COLUMBIA. (Anderson, Steven) (Entered: 02/01/2006) |
| 02/02/2006 | 32 | MOTION for Extension of Time to *Effect Service on Defendant Odie Washington* by MARY R. SCOTT, JONATHAN MAGBIE. (Attachments: # 1 Exhibit Return of Service for Odie Washington) (Alexander, Elizabeth) (Entered: 02/02/2006) |
| 02/02/2006 | 33 | MOTION to Quash *Service of Summons and Complaint* by SINGLEY. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Affidavit Affidavit in Support of Motion to Quash# 2 Text of Proposed Order Proposed Order on Motion to Quash)(Kuehn, Rebecca) (Entered: 02/02/2006) |
| 02/02/2006 | 34 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DISTRICT OF COLUMBIA. Attorney Shana Lyn Frost terminated. (Frost, Shana) (Entered: 02/02/2006) |
| 02/06/2006 | 35 | MOTION for Leave to File *A SUR-REPLY TO DEFENDANT DISTRICT OF COLUMBIA?S MOTION TO DISMISS* by MARY R. SCOTT. (Attachments: # 1 Proposed Order)(Alexander, Elizabeth) (Entered: 02/06/2006) |
| 02/06/2006 | 36 | SURREPLY to re 35 MOTION for Leave to File *A SUR-REPLY TO DEFENDANT DISTRICT OF COLUMBIA?S MOTION TO DISMISS* filed by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 02/06/2006) |
| 02/14/2006 | 37 | Memorandum in opposition to re 33 *Singley's Motion to Quash Service of Summons and Complaint* filed by MARY R. SCOTT. (Attachments: # 1 Exhibit Return of Service for Officer Singley# 2 Exhibit Declaration of MM Shapiro# 3 Text of Proposed Order)(Alexander, Elizabeth) (Entered: 02/14/2006) |
| 02/15/2006 | 38 | Memorandum in opposition to re 32 filed by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (Anderson, Steven) (Entered: 02/15/2006) |
| 02/22/2006 | 39 | NOTICE *of Filing of a Second Return of Service on Defendant Odie Washington* by MARY R. SCOTT (Attachments: # 1 Odie Washington Return)(Alexander, Elizabeth) (Entered: 02/22/2006) |
| 02/22/2006 | 40 | REPLY to opposition to motion re 37 Memorandum in Opposition,, 33 MOTION to Quash *Service of Summons and Complaint* filed by SINGLEY. (Attachments: # 1 Exhibit Copy of Williams v. Harris) (Kuehn, Rebecca) (Entered: 02/22/2006) |
| 02/22/2006 | 41 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ODIE WASHINGTON served on 2/6/2006, answer due 2/27/2006 (jf, ) (Entered: 02/23/2006) |
| 02/24/2006 | 42 | REPLY to opposition to motion re 32 MOTION for Extension of Time to *Effect Service on Defendant Odie Washington* filed by MARY R. SCOTT, JONATHAN MAGBIE. (Attachments: # 1 Unpublished Opinion Cited in Plaintiff's Reply Memorandum)(Alexander, Elizabeth) (Entered: 02/24/2006) |
| 02/27/2006 | | MINUTE ORDER: It is hereby ORDERED that plaintiff's unopposed motion 35 for leave to file a sur-reply to defendant District of Columbia's motion to dismiss be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 2/27/2006. (EHS) (Entered: 02/27/2006) |
| 02/28/2006 | 43 | SURREPLY to re 25 Second MOTION to Dismiss *(Corrected Amended)* filed by MARY R. SCOTT, JONATHAN MAGBIE. (Alexander, |

|  |  | Elizabeth) (Entered: 02/28/2006) |
|---|---|---|
| 03/02/2006 | 44 | MEET AND CONFER STATEMENT. (Temple, Donald) (Entered: 03/02/2006) |
| 03/09/2006 | 45 | ERRATA *Corrected 16.3 statement* by JONATHAN MAGBIE. (Attachments: # 1)(Temple, Donald) (Entered: 03/09/2006) |
| 03/24/2006 |  | MINUTE ORDER: It is hereby ORDERED that plaintiff's motion 32 seeking more time to serve defendant Odie Washington be, and hereby is, GRANTED, nunc pro tunc. Plaintiff has until 2/6/06 to effect service as required by FRCP 4(m) on defendant Washington. Issued by Judge Richard W. Roberts on 3/24/2006. (EHS) (Entered: 03/24/2006) |
| 03/24/2006 |  | MINUTE ORDER: It is hereby ORDERED that defendant Officer Singley's motion 33 to quash service of the summons and complaint be, and hereby is, DENIED. Officer Singley's response to the complaint is due April 13, 2006. Issued by Judge Richard W. Roberts on 3/24/2006. (EHS) (Entered: 03/24/2006) |
| 03/28/2006 | 46 | MOTION to Dismiss by ODIE WASHINGTON. (Anderson, Steven) (Entered: 03/28/2006) |
| 03/28/2006 |  | Set/Reset Deadlines: Answer due by 4/13/2006. (lin, ) (Entered: 03/28/2006) |
| 04/07/2006 | 47 | ANSWER to Complaint with Jury Demand by SINGLEY. Related document: 1 Complaint, filed by MARY R. SCOTT,, JONATHAN MAGBIE,.(Ben'Ary, Megan) (Entered: 04/07/2006) |
| 04/10/2006 | 48 | ORDER setting initial scheduling conference for May 5, 2006 at 10:30 a.m. See order for add'l details. Signed by Judge Richard W. Roberts on 4/10/06. (EHS) (Entered: 04/10/2006) |
| 04/11/2006 |  | Set/Reset Hearings: Status Conference set for 5/5/2006 10:30 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/11/2006) |
| 04/11/2006 | 49 | RESPONSE to *Motion of Defendant Odie Washington to Dismiss Plaintiff's Complaint 46 filed by MARY R. SCOTT. (Alexander, Elizabeth) . (Entered: 04/11/2006)* |
| 04/17/2006 | 50 | ENTERED IN ERROR.....MEMORANDUM by MARY R. SCOTT. (Alexander, Elizabeth) Modified on 4/18/2006 (nmw, ). (Entered: 04/17/2006) |
| 04/17/2006 | 51 | ENTERED IN ERROR.....NOTICE *Plaintiff's Motion For Permission to Participate in Initial Scheduling Conference By Telephone* by MARY R. SCOTT (Attachments: # 1 Memorandum in Support of Motion# 2 Text of Proposed Order Proposed Order)(Alexander, Elizabeth) Modified on 4/18/2006 (nmw, ). (Entered: 04/17/2006) |
| 04/18/2006 |  | NOTICE OF CORRECTED DOCKET ENTRY: Document Nos. 50 and 51 were entered in error and counsel was instructed to refile said pleading |

District of Columbia live database - Docket Report
Page 23 of 35
Case 1:05-cv-01853-RWR    Document 154-3    Filed 05/22/2007    Page 33 of 57

|  |  |  |
|---|---|---|
|  |  | using the proper ECF event. (nmw, ) (Entered: 04/18/2006) |
| 04/18/2006 | 52 | MOTION to Permit *Plaintiff's Motion for Permission to Participate in Initial Scheduling Conference by Telephone* by MARY R. SCOTT. (Attachments: # 1 Memorandum in Support of Motion# 2 Text of Proposed Order Proposed Order)(Alexander, Elizabeth) (Entered: 04/18/2006) |
| 04/21/2006 | 53 | REPLY to opposition to motion re 46 MOTION to Dismiss filed by ODIE WASHINGTON. (Anderson, Steven) (Entered: 04/21/2006) |
| 04/25/2006 |  | MINUTE ORDER: It is hereby ORDERED that plaintiff's unopposed motion 52 for co-counsel to participate in scheduling conference by telephone be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 4/25/06. (EHS) (Entered: 04/25/2006) |
| 05/04/2006 | 54 | MEET AND CONFER STATEMENT. (Anderson, Steven) (Entered: 05/04/2006) |
| 05/04/2006 | 55 | NOTICE of Appearance by Kelvin L. Newsome on behalf of CORRECTIONS CORPORATION OF AMERICA, SINGLEY (Newsome, Kelvin) (Entered: 05/04/2006) |
| 05/04/2006 | 56 | NOTICE OF WITHDRAWAL OF APPEARANCE as to CORRECTIONS CORPORATION OF AMERICA, SINGLEY. Attorney Rebecca Everett Kuehn terminated. (Kuehn, Rebecca) (Entered: 05/04/2006) |
| 05/05/2006 | 57 | ENTERED IN ERROR.....NOTICE of Appearance by Andrew J. Spence on behalf of CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC. (Spence, Andrew) Modified on 5/8/2006 (nmw, ). (Entered: 05/05/2006) |
| 05/05/2006 |  | Minute Entry for proceedings held before Judge Richard W. Roberts : Status Conference held on 5/5/2006. Second motion to dismiss by District of Columbia denied; Motion to dismiss by Odie Washington granted in part and denied in part; Amended Pleadings due by 8/3/2006. Discovery due by 11/30/2006. Dispositive Motions due by 1/30/2007. Joinder of Parties due by 8/3/2006. Status Report due by 8/3/2006. Status Conference set for 12/1/2006 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (Court Reporter Scott Wallace.) (lin, ) (Entered: 05/08/2006) |
| 05/08/2006 |  | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 57 was entered in error and counsel was instructed to refile said pleading with appearing attorney's signature. (nmw, ) (Entered: 05/08/2006) |
| 05/08/2006 | 58 | SCHEDULING ORDER: All discovery to close November 30, 2006; post-discovery status conference set for December 1, 2006 at 9:15 a.m. See Order for additional deadlines. Signed by Judge Richard W. Roberts on 5/5/2006. (EHS) (Entered: 05/08/2006) |
| 05/10/2006 |  | CASE REFERRED to Magistrate Judge Deborah A. Robinson for Discovery Disputes. (jsc) (Entered: 05/11/2006) |

| | | |
|---|---|---|
| 05/18/2006 | 59 | MOTION to Take Deposition from Daryl Carter and Jason Foster *Plaintiffs' Consent Motion for Permission to Depose Prisoners* by MARY R. SCOTT. (Attachments: # 1 Memorandum in Support of Motion# 2 Text of Proposed Order)(Alexander, Elizabeth) (Entered: 05/18/2006) |
| 05/18/2006 | | Minute Order by Magistrate Judge Deborah A. Robinson on 5/18/06 granting 59 Consent Motion to Depose Prisoners. (EW) (Entered: 05/18/2006) |
| 05/18/2006 | 60 | MOTION for Writ of Habeas Corpus ad testificandum by MARY R. SCOTT. (Attachments: # 1 Statement of Facts Memorandum in Support# 2 Text of Proposed Order)(Alexander, Elizabeth) (Entered: 05/18/2006) |
| 05/23/2006 | 61 | MEMORANDUM OPINION AND ORDER denying the District of Columbia's motion to dismiss 25 and granting in part and denying in part Odie Washington's motion to dismiss 46. Signed by Judge Richard W. Roberts on 05/23/2006. (EHS) (Entered: 05/23/2006) |
| 05/24/2006 | 62 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Eugenia Vroustouris. :Address- LeClair Ryan, 225 Reinekers Lane, Suite 700, Alexandria, VA 22314. Phone No. - 703-684-8007. Fax No. - 703-684-8075 by CORRECTIONS CORPORATION OF AMERICA, SINGLEY. (Attachments: # 1 Affidavit # 2 Text of Proposed Order)(Ben'Ary, Megan) (Entered: 05/24/2006) |
| 05/25/2006 | 63 | MOTION for Order *to Retain Prisoner at Jail* by MARY R. SCOTT. (Attachments: # 1 Memorandum in Support of Motion# 2 Text of Proposed Order ORDER)(Alexander, Elizabeth) (Entered: 05/25/2006) |
| 05/30/2006 | 64 | NOTICE OF WITHDRAWAL OF MOTION by MARY R. SCOTT re 63 MOTION for Order *to Retain Prisoner at Jail* (Alexander, Elizabeth) (Entered: 05/30/2006) |
| 06/01/2006 | | MINUTE ORDER: It is hereby ORDERED that the motion 62 for leave for Eugenia Vroustouris to appear pro hac vice be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 6/1/2006. (EHS) (Entered: 06/01/2006) |
| 06/07/2006 | 65 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Shannon Ivanyi. :Address- Jones, Skelton & Hochuli, P.L.C., 2901 North Central Avenue, Suite 800, Phoenix, AZ 85012. Phone No. - (602) 263-7323. Fax No. - (602) 200-7811 by CORRECTIONS CORPORATION OF AMERICA, SINGLEY. (Attachments: # 1 Affidavit # 2 Text of Proposed Order)(Ben'Ary, Megan) (Entered: 06/07/2006) |
| 06/15/2006 | | MINUTE ORDER: It is hereby ORDERED that the motion 65 to permit Shannon M. Ivanyi to appear pro hac vice on behalf of defendants Corrections Corporation of America and Patricia Singley be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 6/15/2006. (EHS) (Entered: 06/15/2006) |
| 06/22/2006 | 66 | NOTICE OF APPEAL as to 61 Memorandum & Opinion by ODIE |

District of Columbia live database – Docket Report
Case 1:05-cv-01853-RWR    Document 154-3    Filed 05/22/2007    Page 25 of 35
Page 35 of 57

| | | |
|---|---|---|
| | | WASHINGTON. No fee paid/D.C. Government (jf, ) (Entered: 06/23/2006) |
| 06/23/2006 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 66 Notice of Appeal (jf, ) (Entered: 06/23/2006) |
| 06/23/2006 | 67 | MOTION for Leave to File *Responsive Pleading* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (Attachments: # 1 Exhibit District of Columbia's and Odie Washington's Answer and Cross-claims) (DeLorenzo, Dana) (Entered: 06/23/2006) |
| 06/27/2006 | 68 | CROSSCLAIM against JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADEfiled by CORRECTIONS CORPORATION OF AMERICA, SINGLEY.(nmw, ) (Entered: 06/27/2006) |
| 07/03/2006 | | USCA Case Number 06-7109 for 66 Notice of Appeal filed by ODIE WASHINGTON,. (tg, ) (Entered: 07/05/2006) |
| 07/05/2006 | 69 | RULE 26a1 STATEMENT. (DeLorenzo, Dana) (Entered: 07/05/2006) |
| 07/05/2006 | 70 | RULE 26a1 STATEMENT. (Phillips, E.) (Entered: 07/05/2006) |
| 07/06/2006 | 71 | CLAIM Answer to Cross-Claim by JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE. (Spence, Andrew) (Entered: 07/06/2006) |
| 07/07/2006 | 72 | MOTION to Strike 71 Claim, 68 Crossclaim, by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 07/07/2006) |
| 07/12/2006 | 73 | ANSWER to Crossclaim 68 of Defendants Corrections Corp. of America and Patricia Singley by WILLIAM S. VAUGHN.(Johnson, D'Ana). (Entered: 07/12/2006) |
| 07/12/2006 | 74 | ANSWER to Crossclaim 68 of Defendants Corrections Corp. of America and Patricia Singley by ROTIMI A. ILUYOMADE.(Johnson, D'Ana) . (Entered: 07/12/2006) |
| 07/13/2006 | 75 | RULE 26a1 STATEMENT. (Johnson, D'Ana) (Entered: 07/13/2006) |
| 07/13/2006 | 76 | RULE 26a1 STATEMENT. (Johnson, D'Ana) (Entered: 07/13/2006) |
| 07/17/2006 | | MINUTE ORDER: It is hereby ORDERED that defendants Odie Washington and the District of Columbia's unopposed motion 67 for leave to late-file a responsive pleading be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 7/17/2006. (EHS) (Entered: 07/17/2006) |
| 07/18/2006 | 77 | *District of Columbia's and Odie Washington's* ANSWER to Complaint, CROSSCLAIM against JOSEPH BASTIEN, T. WILKINS DAVIS, |

| | | |
|---|---|---|
| | | CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE by DISTRICT OF COLUMBIA, ODIE WASHINGTON. Related document: 1 Complaint, filed by MARY R. SCOTT,, JONATHAN MAGBIE,.(DeLorenzo, Dana) (Entered: 07/18/2006) |
| 07/19/2006 | 78 | Memorandum in opposition to re 72 MOTION to Strike 71 Claim, 68 Crossclaim, filed by CORRECTIONS CORPORATION OF AMERICA, SINGLEY. (Attachments: # 1)(Newsome, Kelvin) (Entered: 07/19/2006) |
| 07/24/2006 | 79 | ENTERED IN ERROR.....CLAIM Answer to CounterClaim by MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN). (Spence, Andrew) Modified on 7/25/2006 (nmw, ). (Entered: 07/24/2006) |
| 07/24/2006 | 80 | ANSWER to 77 Crossclaim by JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN).(nmw, ) (Entered: 07/25/2006) |
| 07/25/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 79 Claim was entered in error and will be refiled by the Clerk's Office. (nmw, ) (Entered: 07/25/2006) |
| 08/02/2006 | 81 | ENTERED IN ERROR.....CLAIM Cross-Claim by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. (Hanrahan, Catherine) Modified on 8/3/2006 (jf, ). (Entered: 08/02/2006) |
| 08/02/2006 | 83 | CROSSCLAIM against DISTRICT OF COLUMBIA, ODIE WASHINGTON, JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADEfiled by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION.(jf, ) (Entered: 08/03/2006) |
| 08/03/2006 | 82 | MOTION for Extension of Time to Complete Discovery *(Partial Consent)* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 08/03/2006) |
| 08/03/2006 | 84 | MOTION for Leave to File *as Written Motion for Leave to Amend Complaint and Add Parties* by MARY R. SCOTT. (Attachments: # 1 Brief in Support of Motion# 2 Proposed Amended Complaint# 3 Text of Proposed Order Proposed Order)(Alexander, Elizabeth) (Entered: 08/03/2006) |

| | | |
|---|---|---|
| 08/03/2006 | 85 | STATUS REPORT *Mediation Status Report* by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 08/03/2006) |
| 08/03/2006 | 86 | ERRATA *Defendants Cross-Claim Against Co-Defendants* by WILLIAM S. VAUGHN. (Anderson, Juan) (Entered: 08/03/2006) |
| 08/03/2006 | 88 | CROSSCLAIM against DISTRICT OF COLUMBIA, ODIE WASHINGTONfiled by CORRECTIONS CORPORATION OF AMERICA, SINGLEY.(nmw, ) (Entered: 08/04/2006) |
| 08/04/2006 | 87 | ERRATA *Motion For Leave to Amend Complaint and Add Parties* by MARY R. SCOTT 84 MOTION for Leave to File *as Written Motion for Leave to Amend Complaint and Add Parties* filed by MARY R. SCOTT,. (Attachments: # 1 Brief in Support of Motion# 2 Amended Complaint# 3 Text of Proposed Order Order)(Alexander, Elizabeth) (Entered: 08/04/2006) |
| 08/04/2006 | 89 | CROSSCLAIM against DISTRICT OF COLUMBIA, ODIE WASHINGTON, JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATIONfiled by WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE.(nmw, ) (Entered: 08/04/2006) |
| 08/07/2006 | 90 | ANSWER to Crossclaim 89*of the District of Columbia and Odie Washington* by CORRECTIONS CORPORATION OF AMERICA, SINGLEY(OFFICER).(Ben'Ary, Megan) Modified on 8/7/2006 (ks, ). (Entered: 08/07/2006) |
| 08/07/2006 | 91 | ANSWER to Cross-Claim 89 by JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN). (Spence, Andrew) Modified on 8/7/2006 (ks, ). (Entered: 08/07/2006) |
| 08/07/2006 | 92 | MOTION to Dismiss *Cross-Claim or, in the Alternative, Motion for More Definite Statement* by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. (Attachments: # 1 # 2 Text of Proposed Order)(Hanrahan, Catherine) (Entered: 08/07/2006) |
| 08/09/2006 | 93 | ENTERED IN ERROR.....CLAIM Answer to Cross-Claim of Defendants William S. Vaughn, M.D. and Rotimi Iluyomade, M.D. by JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN). (Spence, Andrew) Modified on 8/10/2006 (jf, ). (Entered: 08/09/2006) |
| 08/10/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 93 Claim, was entered in error and counsel was instructed to refile said |

| | | |
|---|---|---|
| | | pleading using the correct category. (jf, ) (Entered: 08/10/2006) |
| 08/10/2006 | 94 | ANSWER to 89 Crossclaim by JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN).(Spence, Andrew) Modified on 8/11/2006 (nmw, ). (Entered: 08/10/2006) |
| 08/16/2006 | 95 | NOTICE of Voluntary Dismissal re Malek Malekghasemi, MD, Sunday Nwosu, MD, Joseph Bastien, MD, T. Wilkins Davis, MD, Pauline Ojelfo, LPN, Gbenga Ogundipe, LPN (Temple, Donald) (Entered: 08/16/2006) |
| 08/16/2006 | 96 | NOTICE of Voluntary Dismissal re Center for Correctional Health and Policy Studies, Inc. (Temple, Donald) (Entered: 08/16/2006) |
| 08/17/2006 | 97 | *District of Columbia's and Odie Washington's* ANSWER to Crossclaim *of Corrections Corporation of America and Patricia Singley 88 by DISTRICT OF COLUMBIA, ODIE WASHINGTON.(DeLorenzo, Dana). (Entered: 08/17/2006)* |
| 08/17/2006 | 98 | District of Columbia's and Odie Washington's ANSWER to Crossclaim by Drs. Vaughn and Iluyomade 89 by DISTRICT OF COLUMBIA, ODIE WASHINGTON.(DeLorenzo, Dana). (Entered: 08/17/2006) |
| 08/17/2006 | 99 | Memorandum in opposition to re 84 MOTION for Leave to File *as Written Motion for Leave to Amend Complaint and Add Parties* filed by CORRECTIONS CORPORATION OF AMERICA, SINGLEY. (Struck, Daniel) (Entered: 08/17/2006) |
| 08/18/2006 | 100 | ANSWER to Crossclaim 83 filed by Greater Southeast Community Hospital Corporation I by DISTRICT OF COLUMBIA, ODIE WASHINGTON.(DeLorenzo, Dana). (Entered: 08/18/2006) |
| 08/21/2006 | 101 | MOTION for Protective Order *(Partial Consent)* by DISTRICT OF COLUMBIA. (DeLorenzo, Dana) (Entered: 08/21/2006) |
| 08/21/2006 | 102 | Memorandum in opposition to re 92 MOTION to Dismiss *Cross-Claim or, in the Alternative, Motion for More Definite Statement* filed by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (Anderson, Steven) (Entered: 08/21/2006) |
| 08/22/2006 | 103 | SUPPLEMENTAL MEMORANDUM to re 84 MOTION for Leave to File *as Written Motion for Leave to Amend Complaint and Add Parties Plaintiff's Reply Brief In Support Of Motion For Leave To Amend Complaint And Add Parties* filed by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 08/22/2006) |
| 08/22/2006 | 104 | ANSWER to Crossclaim 83 of Greater Southeast Community Hospital Corporation I by CORRECTIONS CORPORATION OF AMERICA, SINGLEY.(Ben'Ary, Megan). (Entered: 08/22/2006) |
| 08/22/2006 | 105 | ANSWER to Crossclaim 83 of William S. Vaughn, M.D. and Rotimi A. Iluyomade, M.D. by CORRECTIONS CORPORATION OF AMERICA, |

District of Columbia live database - Docket Report
Page 29 of 35
Case 1:05-cv-01853-RWR    Document 154-3    Filed 05/22/2007    Page 39 of 57

|  |  |  |
|---|---|---|
|  |  | SINGLEY.(Ben'Ary, Megan). (Entered: 08/22/2006) |
| 08/23/2006 | 106 | ENTERED IN ERROR.....CLAIM Answer to Cross-Claim of CCA and Singley by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. (Hanrahan, Catherine) Modified on 8/23/2006 (lc, ). (Entered: 08/23/2006) |
| 08/23/2006 |  | NOTICE OF CORRECTED DOCKET ENTRY: re 106 Claim was entered in error and counsel was instructed to refile said pleading in the correct category. (lc, ) (Entered: 08/23/2006) |
| 08/23/2006 | 107 | ANSWER to Crossclaim *of CCA and Singley* by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION.(Hanrahan, Catherine) (Entered: 08/23/2006) |
| 08/23/2006 | 108 | ANSWER to Crossclaim *of Vaughn and Iluyomade* by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION.(Hanrahan, Catherine) (Entered: 08/23/2006) |
| 08/25/2006 |  | Set Hearing: Status Conference set for Tuesday, 9/12/2006 @ 02:30 PM in Courtroom 4-2nd Floor, E. Barrett Prettyman Building before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 08/25/2006) |
| 08/28/2006 | 109 | ENTERED IN ERROR.....CLAIM Answer to Crossclaim by ROTIMI A. ILUYOMADE. (Anderson, Juan) Modified on 8/29/2006 (jf, ). (Entered: 08/28/2006) |
| 08/28/2006 | 110 | ENTERED IN ERROR.....CLAIM Vaughn's Answer to Crossclaim of GSECH by WILLIAM S. VAUGHN. (Anderson, Juan) Modified on 8/29/2006 (jf, ). (Entered: 08/28/2006) |
| 08/28/2006 | 111 | ANSWER to Crossclaim by ROTIMI A. ILUYOMADE(MD). Related document: 83 Crossclaim, filed by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION,.(jf, ) Additional attachment(s) added on 8/29/2006 (jf, ). (Entered: 08/29/2006) |
| 08/28/2006 | 112 | ANSWER to Crossclaim by WILLIAM S. VAUGHN(MD). Related document: 83 Crossclaim, filed by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION,.(jf, ) Additional attachment(s) added on 8/29/2006 (jf, ). (Entered: 08/29/2006) |
| 08/29/2006 |  | NOTICE OF CORRECTED DOCKET ENTRY: Document Nos. re 110 Claim, 109 Claim was entered in error and re-filed by the Clerk's Office. (jf, ) (Entered: 08/29/2006) |
| 09/05/2006 | 113 | Consent MOTION for Extension of Time to Complete Discovery by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. (Hanrahan, Catherine) (Entered: 09/05/2006) |
| 09/05/2006 | 114 | RULE 26a2 STATEMENT. (Attachments: # 1 Exhibit Dr. Betsey Resume# 2 Exhibit Dr. Betsey list of cases deposed or testified# 3 Exhibit Dr. Day fees, resume, cases deposed or testified)(Anderson, Steven) (Entered: 09/05/2006) |
|  |  |  |

| | | |
|---|---|---|
| 09/12/2006 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson : Motion Hearing held on 9/12/2006. re 101 MOTION for Protective Order (unopposed) is granted. Motions for Extention of time to complete discovery re [82, 113] is stayed; Counsel for parties shall meet and confer in an effort to agree on discovery plan, and shall fill status report regarding efforts no later than 9/22/06; plaintiff shall file any opposition to Greater Southeast's motion for extension of time to complete discover re113 by 9/22/06. Plaintiff, CCA and Singley shall file a status report regarding plaintiff's motion for leave to amend by 9/18/06. (Court Reporter Pro-Typists.) (lm, ) (Entered: 09/14/2006) |
| 09/18/2006 | 115 | STATUS REPORT by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 09/18/2006) |
| 09/18/2006 | | Set/Reset Deadlines:deadline for filing Status Report regarding proposed amendment of the pleadings extended to 9/22/2006. (EW) (Entered: 09/18/2006) |
| 09/21/2006 | 116 | ORDER granting 82 Motion for Extension of Time to Complete Discovery, granting 113 Motion for Extension of Time to Complete Discovery. All discovery must close February 28, 2007, and a post-discovery status conference is set for March 2, 2007. Signed by Judge Richard W. Roberts on 9/21/2006. (EHS) (Entered: 09/21/2006) |
| 09/21/2006 | | Set/Reset Deadlines: Discovery due by 2/28/2007. (clv, ) (Entered: 09/21/2006) |
| 09/21/2006 | 117 | ORDER granting plaintiff's 84 motion for leave to file amended complaint and add parties. Signed by Judge Richard W. Roberts on 9/21/2006. (EHS) (Entered: 09/21/2006) |
| 09/21/2006 | 118 | ORDER granting defendant Greater Southeast Community Hospital's motion 92 to dismiss the breach of contract cross claim filed by defendants the District of Columbia and Odie Washington. Signed by Judge Richard W. Roberts on 9/21/2006. (EHS) (Entered: 09/21/2006) |
| 09/21/2006 | 119 | ORDER denying plaintiff's motion 72 to strike, but STRIKING, sua sponte, documents identified as cross-claims filed by defendants Corrections Corporation of America, Singley, Greater Southeast Community Hospital Corporation, Vaughn and Iluyomade, and all answers to them. Signed by Judge Richard W. Roberts on 9/21/2006. (EHS) (Entered: 09/21/2006) |
| 09/21/2006 | 121 | AMENDED COMPLAINT against all defendants filed by MARY R. SCOTT, JONATHAN MAGBIE.(jf, ) (Entered: 10/03/2006) |
| 09/25/2006 | 120 | MOTION for Leave to File *an Amended Answer to Complaint* by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. (Attachments: # 1 Exhibit Amended Answer to Complaint and Cross Claim Exhibit)(Rumsey, Alan) (Entered: 09/25/2006) |
| 10/05/2006 | 122 | *Greater Southeast Community Hospital Corporation I* ANSWER to |

| | | Amended Complaint *of Plaintiff*, CROSSCLAIM *by Greater Southeast Community Hospital Corporation I* against DISTRICT OF COLUMBIA, ODIE WASHINGTON, JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. Related document: 121 Amended Complaint filed by MARY R. SCOTT,, JONATHAN MAGBIE,. (Hanrahan, Catherine) (Entered: 10/05/2006) |
|---|---|---|
| 10/13/2006 | 123 | ANSWER to Crossclaim 122 of Greater Southeast Community Hospital Corporation I by JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN).(Spence, Andrew). (Entered: 10/13/2006) |
| 10/20/2006 | 124 | MOTION for Extension of Time to File Answer re 121 Amended Complaint, 122 Answer to Amended Complaint,,, Crossclaim,, *(With Plaintiff's Consent)* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 10/20/2006) |
| 10/23/2006 | 125 | ANSWER to Crossclaim 122 of Greater Southeast Community Hospital Corporation I by CORRECTIONS CORPORATION OF AMERICA, SINGLEY.(Ben'Ary, Megan) . (Entered: 10/23/2006) |
| 11/13/2006 | | MINUTE ORDER: It is hereby ORDERED that the unopposed joint motion by defendant District of Columbia and Odie Washington 124 for extension of time to answer be, and hereby is, GRANTED. Their answers are due November 19, 2006. Issued by Judge Richard W. Roberts on 11/13/2006. (EHS) (Entered: 11/13/2006) |
| 11/13/2006 | | Set Deadline: Answer due by 11/19/2006. (mm) (Entered: 11/13/2006) |
| 11/17/2006 | 126 | MOTION for Extension of Time to File Answer re 121 Amended Complaint, 122 Answer to Amended Complaint,,, Crossclaim,, *With Plaintiff's Consent* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 11/17/2006) |
| 11/20/2006 | | MINUTE ORDER: It is hereby ORDERED that the joint motion of the District of Columbia and Odie Washington 126 for an extension of time to answer the amended complaint and any pending cross-claims. Responses now due December 19, 2006. Issued by Judge Richard W. Roberts on 11/20/2006. (EHS) (Entered: 11/20/2006) |
| 12/04/2006 | 127 | STIPULATION *for Extention of Time for Designation of Experts as to Defendants William Vaughn, M.D. and Rotimi Iluyomade, M.D.'s Only* by WILLIAM S. VAUGHN. (Anderson, Juan) Modified on 12/5/2006 (nmw, ). (Entered: 12/04/2006) |
| 12/19/2006 | 128 | Third MOTION for Extension of Time to File Answer re 121 Amended |

| | | |
|---|---|---|
| | | Complaint, 122 Answer to Amended Complaint,,, Crossclaim,, *(With Plaintiff's Consent)* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 12/19/2006) |
| 12/21/2006 | 129 | *Defendant Iluyomade* ANSWER to Amended Complaint by ROTIMI A. ILUYOMADE. Related document: 121 Amended Complaint filed by MARY R. SCOTT,, JONATHAN MAGBIE,.(Anderson, Juan) (Entered: 12/21/2006) |
| 12/21/2006 | 130 | *Defendant Vaugh's* ANSWER to Amended Complaint by WILLIAM S. VAUGHN. Related document: 121 Amended Complaint filed by MARY R. SCOTT,, JONATHAN MAGBIE,.(Anderson, Juan) (Entered: 12/21/2006) |
| 12/22/2006 | | MINUTE ORDER: It is hereby ORDERED that defendants Odie Washington and the District of Columbia's motion 128 for an extension of time to respond to complaint and cross-claims, to which plaintiff and some defendants consent, be, and hereby is, GRANTED. Movants' response to complaint is due January 18, 2007. Issued by Judge Richard W. Roberts on 12/22/06. (EHS) (Entered: 12/22/2006) |
| 12/22/2006 | | Set/Reset Deadlines: Answer due by 1/18/2007. (lin, ) (Entered: 12/22/2006) |
| 12/22/2006 | 131 | RULE 26b4 STATEMENT. (Anderson, Juan) (Entered: 12/22/2006) |
| 01/02/2007 | 132 | RULE 26b4 STATEMENT. (Connor, Edward) (Entered: 01/02/2007) |
| 01/17/2007 | 133 | MOTION for Extension of Time to File Answer re 121 Amended Complaint, 122 Answer to Amended Complaint,,, Crossclaim,, *by February 1, 2007 (With Plaintiff's Consent)* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 01/17/2007) |
| 01/18/2007 | | MINUTE ORDER: It is hereby ORDERED that defendant District of Columbia and Odie Washington's motion 133 for extension of time to answer, to which plaintiff has consented, be, and hereby is GRANTED. Responsive pleadings are due February 1, 2007. Issued by Judge Richard W. Roberts on 1/18/07. (EHS) (Entered: 01/18/2007) |
| 01/19/2007 | | Set/Reset Deadlines: Answer due by 2/1/2007. (lin, ) (Entered: 01/19/2007) |
| 02/01/2007 | 134 | MOTION for Extension of Time to File Answer re 122 Answer to Amended Complaint,,, Crossclaim,,, 121 Amended Complaint *By February 16, 2007 (With Plaintiff's Consent)* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 02/01/2007) |
| 02/05/2007 | | MINUTE ORDER: Based on counsel's representation that a meeting to finalize settlement will be scheduled promptly, it is hereby ORDERED that defendants District of Columbia and Odie Washington's motion 134 for an extension of time until February 16, 2007 to respond to the complaint and cross claims, be, and hereby is, GRANTED. Any further |

| | | |
|---|---|---|
| | | requests for extensions when no meeting of the parties has occurred will be disfavored. Answer or other response due February 16, 2007. Issued by Judge Richard W. Roberts on 2/5/2007. (EHS) (Entered: 02/05/2007) |
| 02/05/2007 | | Set/Reset Deadlines: Answer due by 2/16/2007. (lin, ) (Entered: 02/05/2007) |
| 02/15/2007 | 135 | NOTICE of Voluntary Dismissal by JONATHAN MAGBIE (Temple, Donald) (Entered: 02/15/2007) |
| 02/15/2007 | 136 | MOTION for Extension of Time to *answer complaint and cross-claims* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (Attachments: # 1 Text of Proposed Order)(Anderson, Steven) (Entered: 02/15/2007) |
| 02/16/2007 | 137 | STIPULATION of Dismissal by MARY R. SCOTT. (Connor, Edward) (Entered: 02/16/2007) |
| 02/16/2007 | 138 | STIPULATION of Dismissal *with Prejudice for Medical Issues Only* by CORRECTIONS CORPORATION OF AMERICA. (Phillips, E.) (Entered: 02/16/2007) |
| 02/20/2007 | | MINUTE ORDER: It is hereby ORDERED that the District defendants' motion 136 for extension of time to answer or otherwise respond to the amended complaint and cross claims be, and hereby is, GRANTED. The District defendants' response to the amended complaint and cross claims is due 2/23/07. Issued by Judge Richard W. Roberts on 2/20/2007. (EHS) (Entered: 02/20/2007) |
| 02/21/2007 | | Set/Reset Deadlines: Answer due by 2/23/2007. (lin, ) (Entered: 02/21/2007) |
| 02/26/2007 | 139 | NOTICE of Voluntary Dismissal by MARY R. SCOTT (Connor, Edward) (Entered: 02/26/2007) |
| 03/01/2007 | | Set/Reset Hearings: Status Conference set for 3/2/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 03/01/2007) |
| 03/01/2007 | 140 | Consent MOTION to Continue *Status Conference by William Vaughn, M.D., National Emergency Services District of Columbia and* by ROTIMI A. ILUYOMADE. (Attachments: # 1)(Johnson, D'Ana) (Entered: 03/01/2007) |
| 03/01/2007 | | MINUTE ORDER: It is hereby ORDERED that parties' motion 140 to continue be, and hereby is, GRANTED. Parties are ORDERED to submit a joint status report by March 19, 2007. Issued by Judge Richard W. Roberts on 3/1/07. (lcrwr1) (Entered: 03/01/2007) |
| 03/06/2007 | | Set/Reset Deadlines: Status Report due by 3/19/2007. (lin, ) (Entered: 03/06/2007) |
| 03/19/2007 | 141 | STATUS REPORT by JONATHAN MAGBIE. (Temple, Donald) (Entered: 03/19/2007) |
| 04/03/2007 | | MINUTE ORDER: Now that discovery has closed and dispositive |

| | | |
|---|---|---|
| | | motions, if any, are due by April 30, 2007, it is hereby ORDERED that the parties appear at a conference on Friday, April 13, 2007, at 10:00 a.m. to schedule a pretrial hearing and a trial. Issued by Judge Richard W. Roberts on 4/3/1007. (EHS) (Entered: 04/03/2007) |
| 04/03/2007 | | Set/Reset Hearings: Status Conference set for 4/13/2007 10:00 AM in Courtroom 9 before Judge Richard W. Roberts. (zlin, ) (Entered: 04/03/2007) |
| 04/03/2007 | 143 | ORDER of USCA (certified copy) as to 66 Notice of Appeal filed by ODIE WASHINGTON; It is hereby ordered that the motion to dismiss appeal be granted and this case is hereby dismissed; USCA#06-7109 (jsc) (Entered: 04/20/2007) |
| 04/09/2007 | 142 | Emergency MOTION to Continue *Status Conference by Rotimi A. Iluyomade, M.D., National Emergency Services District of Columbia, and* by WILLIAM S. VAUGHN (Johnson, D'Ana) (Entered: 04/09/2007) |
| 04/10/2007 | | MINUTE ORDER: It is hereby ORDERED that defendants' consent motion 142 to continue the status conference set for April 13, 2007 be, and hereby is, GRANTED. The status conference is RESCHEDULED for Friday, April 20, 2007 at 12:30 p.m. Issued by Judge Richard W. Roberts on 4/10/07. (EHS) (Entered: 04/10/2007) |
| 04/18/2007 | | NOTICE of Hearing:Status Conference reset for 4/19/2007 12:00 PM (Previously set for 12:30 p.m.) in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/18/2007) |
| 04/18/2007 | | Set/Reset Hearings: Status Conference set for 4/20/2007 12:00 PM in Courtroom 9 before Judge Richard W. Roberts. PLEASE NOTE THAT PREVIOUS NOTICE HAD INCORRECT DATE. (lin, ) (Entered: 04/18/2007) |
| 04/18/2007 | | NOTICE TO COUNSEL: Counsel for defendants that have been dismissed from this case or have already settled with the plaintiff are NOT required to appear at the status conference set for April 20, 2007 at noon. (EHS) (Entered: 04/18/2007) |
| 04/20/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts : Status Conference held on 4/20/2007. Discovery due by 5/31/2007.,Status Conference set for 6/1/2007 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. (Court Reporter Scott Wallace.) (lin, ) (Entered: 04/23/2007) |
| 04/23/2007 | 145 | SCHEDULING ORDER: Discovery due by 5/31/2007.,Dispositive Motions due by 4/30/2007.,Expert Witness List due by 5/4/2007.,Status Conference set for 6/1/2007 11:00 AM in Courtroom 9 before Judge Richard W. Roberts.. Signed by Judge Richard W. Roberts on 4/23/07. (mon, ) (Entered: 04/25/2007) |
| 04/25/2007 | 144 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DISTRICT OF COLUMBIA, ODIE WASHINGTON. Attorney Dana K. DeLorenzo terminated. (DeLorenzo, Dana) (Entered: 04/25/2007) |

| 04/25/2007 | 146 | NOTICE of Voluntary Dismissal by MARY R. SCOTT (Connor, Edward) (Entered: 04/25/2007) |
|---|---|---|
| 04/25/2007 | 147 | ENTERED IN ERROR.....NOTICE of Appearance by Ronald George Guziak on behalf of DISTRICT OF COLUMBIA (Guziak, Ronald) Modified on 4/26/2007 (jf, ). (Entered: 04/25/2007) |
| 04/25/2007 | 148 | NOTICE of Appearance by Ronald George Guziak on behalf of WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE, NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC. (jf, ) (Entered: 04/26/2007) |
| 04/26/2007 |  | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 147 Notice of Appearance was entered in error and has been re-filed by the Clerk's Office. (jf, ) (Entered: 04/26/2007) |
| 04/30/2007 | 149 | MOTION for Extension of Time to File *Dispositive Motions by Rotimi A. Iluyomade, M.D., National Emergency Services District of Columbia, and* by WILLIAM S. VAUGHN (Johnson, D'Ana) (Entered: 04/30/2007) |
| 05/02/2007 | 150 | Memorandum in opposition to re 149 MOTION for Extension of Time to File *Dispositive Motions by Rotimi A. Iluyomade, M.D., National Emergency Services District of Columbia, and* filed by MARY R. SCOTT. (Attachments: # 1 Text of Proposed Order)(Alexander, Elizabeth) (Entered: 05/02/2007) |
| 05/04/2007 | 151 | ENTERED IN ERROR.....RULE 26a2 STATEMENT. (Attachments: # 1)(Johnson, D'Ana) Modified on 5/7/2007 (lc, ). (Entered: 05/04/2007) |
| 05/04/2007 | 152 | RULE 26a2 STATEMENT. (Attachments: # 1 Exhibit Dr. Buttaravoli's report# 2 Exhibit Dr. Johns's Report)(Johnson, D'Ana) (Entered: 05/04/2007) |
| 05/07/2007 |  | NOTICE OF CORRECTED DOCKET ENTRY: re 151 Rule 26a2 Statement was entered in error and was refiled correctly in docket entry 152. (lc, ) (Entered: 05/07/2007) |
| 05/08/2007 | 153 | MOTION To exclude Defendants' expert witnesses by MARY R. SCOTT (Attachments: # 1 Text of Proposed Order)(Alexander, Elizabeth) (Entered: 05/08/2007) |

| **PACER Service Center** | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/22/2007 10:09:46 | | |
| **PACER Login:** | bk0443 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-01853-RWR |
| **Billable Pages:** | 19 | **Cost:** | 1.52 |

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT, Individually and as
Personal Representative of the Estate of
JONATHAN MAGBIE, Deseased,

               Plaintiff

   v.                                     Civil Action No. 1:05cv01853 RWR

DISTRICT OF COLUMBIA, et al.,

               Defendants


## PLAINTIFF S REBUTTAL EXPERT WITNESS DESIGNATIONS

      COMES NOW Mary Scott, Plaintiff, and, pursuant to the Court s Order of September 21, 2006, makes the following rebuttal expert witness designations:


1. Kevin R. Cooper, MD
   1200 East Broad Street
   Richmond, Virginia 23298

      Dr. Cooper is a board certified specialist in internal medicine, pulmonary disease and critical care. He is a professor at the Virginia Commonwealth University School of Medicine in Richmond, Virginia. His CV has been previously provided to all counsel and is incorporated by reference herein.

      Dr. Cooper is expected to testify that the emergency care provided/withheld at Greater Southeast Community Hospital during Jonathan Magbie s two visits there in September, 2004 fell below accepted standards and was a proximate cause of his death. Dr. Cooper s narrative report has been previously provided to all counsel and is incorporated by reference herein.

1



2. Jeffrey Smith, MD
   2150 Pennsylvania Avenue, NW
   Washington, DC 20037

Dr. Smith is a board certified physician in the fields of internal medicine and emergency medicine. His CV and narrative report have been previously provided to all counsel and are incorporated by reference herein.

Dr. Smith is expected to testify that the emergency care provided/withheld at Greater Southeast Community Hospital during Jonathan Magbie s two visits there in September, 2004 fell below accepted standards and was a proximate cause of his death.

3. Other Experts.

Plaintiff reserves the right to supplement this list of rebuttal expert witnesses, based upon a stipulation made with counsel for the remaining defendants, Drs. Vaughn and Iluyomade, on December 22, 2006. Specifically, counsel agreed that (1) plaintiff would waive objection to these defendants failure to file a narrative report of the opinions expected from their experts identified on December 22, 2006, provided that (2) the plaintiff, once provided with the substantive opinions and bases therfor, would have 30 days to list additional expert rebuttal witnesses, if necessary. The remaining parties agreed that it would be unfair to plaintiff to further limit her time to rebut opinions which have not yet been revealed.

Respectfully submitted,

_____/s/_____
Donald M. Temple, #408749
1229 15th Street, NW
Washington, DC 20005
(202) 628-1101

_____/s/_____
Edward J. Connor #321505
5210 Auth Raod, #304
Camp Springs, MD 20746
(301) 899-7801

2

_____/s/_____
Elizabeth Alexander, #412904
915 15th Street, NW
7th Floor
Washington, DC 20005
(202) 393-4930


### CERTIFICATE OF SERVICE


_____I hereby certify that a copy of the foregoing was electronically served, this 2nd day of January, 2007, to:

Steven Altman, Esquire, 10306 Eaton Place, #200, Fairfax, VA 22030
Andrew Spence, Esquire, 10306 Eaton Place, #200, Fairfax, VA 22030
Catherine Hanrahan, Esquire, 1341 G Street, NW, #500, Washington, DC 20005
D Ana Johnson, Esquire, 1250 Eye Street, NW, #600, Washington, DC 20005
Daniel Struck, Esquire, 2901 N. Central Ave., #800, Phoenix, AZ 85012
Steve Groom, Esquire, 10 Burton Hills Blvd., Nashville, TN 37215
Steven Anderson, Esquire, 441 4th Street, NW, #600, Washington, DC 20001
E. Louise Phillips, Esquire, 441 4th Street, NW, #600, Washington, DC 20001.


_____
Edward J. Connor #321505

3

# LIFE EXPECTANCY PROJECT

Steven Day, PhD
Day@LifeExpectancy.com
(415) 731-0276

1439 - 17th Avenue
San Francisco, CA 94122-3402
Fax (415) 731-0290
www.LifeExpectancy.org

David Strauss, PhD, FASA
Strauss@LifeExpectancy.com
(415) 731-0250

May 20, 2007

Juan M. Anderson, Esq
Bonner, Kiernan, Trebach & Crociata, LLP
1233 20th Street, NW
Washington, DC 20036

Re: **Life Expectancy of Jonathan Magbie: Preliminary Report**
Your ref: 0597.0009
Our ref: 3931

Dear Mr Anderson:

I respond to your request for my opinions regarding the life expectancy of Jonathan Magbie, and for the scientific bases for those opinions. As you know, Mr Magbie was involved in a motor vehicle accident when he was a child and sustained a high level spinal cord injury. On September 24, 2004 Mr Magbie died of acute respiratory failure. You have asked me to consider Mr Magbie's life expectancy just prior to his September 2004 death and before being incarcerated at the Central Detention Facility of the District of Columbia. If additional information regarding Mr Magbie's medical conditions prior to his death should become available, this report may require revision.

1. **My information on Mr Magbie is taken from the following materials:**

- Reports:
    › Dr Richard B. Edelman, economist, May 13, 2005
    › Autopsy by Dr Marie-Lydie Pierre-Louis, December 7, 2004
    › Charles J. Willoughby, Inspector General, October 2005
- Depositions:
    › Mary R. Scott, September 6, 2006
    › Dr Rotima Iluyomade, July 19, 2006
    › Dr William Vaughn, July 19, 2006
- Medical Records:
    › Greater Southeast Community Hospital
    › Notes from the Office of the Medical Examiner
- Other Records:
    › Complaint
    › Plaintiff's Answers to Interrogatories
    › Expert witness designation of defendants
    › Department of Corrections Health Services Transportation Request

1


DEFENDANT'S EXHIBIT
5

&rsaquo;    Records from John Hancock life insurance company
&rsaquo;    Memorandum of Interview of Dr Peter Berkman, May 26, 2005

2.    *Life expectancy* has a specific meaning. When it is said, for example, that the life expectancy for US males at age 27.6 is 48.8 years,[1] i.e., to age 76.4, this means they will live to this age *on average*. This is not a prediction of the actual number of years anyone will live. The same table that tells us the life expectancy for US males age 27.6 is to age 76.4 also tells us that 10% of these men will not live to age 57, and another 10% will live past age 92.

3.    Standard US life tables take account of age, sex, and to a limited extent, race or ethnicity in reporting life expectancies.[1] These factors are known to have a significant impact on mortality rates, and thus on life expectancy. For example, mortality rates for males are higher than those for females, and the life expectancy for US males (at birth) is 5 years lower than that of females. Peer reviewed medical literature demonstrates that mortality rates are higher (and life expectancy is consequently lower) for persons with spinal cord injuries with or without ventilator dependence,[2-8] or persons with chronic obstructive pulmonary disease.[9-13]

4.    **Mr Magbie's Risk Factors**

Mr Magbie was born on February 10, 1977, and was 27.6 years of age at the time of his death. The life expectancy of a 27.6 year-old US male (accounting only for age and gender) is 48.8 additional years,[1] i.e. to age 76.4. However, the reports and records reviewed indicate the following factors that need to be considered in determining Mr Magbie's life expectancy:

- Spinal cord injury:
  - &rsaquo; Level C1 to C3[*]
  - &rsaquo; ASIA grade A - *complete injury*[*]
  - &rsaquo; Unable to move any limb
  - &rsaquo; Permanent tracheostomy
  - &rsaquo; Required periodic ventilator support
  - &rsaquo; Internal breathing pacemaker and phrenic nerve stimulator
- Chronic obstructive pulmonary disease (per Dr William Vaughn's deposition, July 19, 2006)

[*] Though the records did not specify Mr Magbie's level or grade of injury, descriptions of his functional and sensory abilities lead me to believe that his was level C3 at the lowest, and a complete injury (ASIA grade A). If Mr Magbie in fact had an injury at a level lower than C3, or if he retained some motor or sensory function below his level of injury, my analysis may need to be revised.

2

5.  My estimate of Mr Magbie's life expectancy is based on (a) clinical information provided in the records and reports reviewed, (b) review of the relevant medical literature,[2-13] and (c) standard calculations of life expectancy[12-15] based on mortality rates taken from the peer reviewed scientific literature on persons with spinal cord injuries who with or without ventilator dependence,[2-8] and persons with chronic obstructive pulmonary disease.[9-13]

6.  **Summary of opinions on the life expectancy of Jonathan Magbie**

    I hold the following opinion to be true to a reasonable degree of scientific certainty.

    **Accounting for Mr Magbie's age, gender, spinal cord injury, and breathing problems, I estimate his life expectancy just prior to his incarceration and death to have been 20 additional years.**

    *Life expectancy* is defined, and some related questions answered, in Appendix A. Appendix B outlines the methodology for calculating life expectancy of persons with significant risk factors for mortality. Appendix C provides a life table for Mr Magbie corresponding to the life expectancy of 20 additional years from September 2004.

7.  **Additional factors, not explicitly accounted for in my analyses, include:**

    *   Decubitus ulcers
    *   History of urinary tract infections, urosepsis
    *   History of osteomyelitis
    *   Scoliosis
    *   Hypertensive cardiomegaly (per autopsy)
    *   Possible alcohol and cannabis abuse

    These factors may have had some additional impact on Mr Magbie's long-term risk of mortality, and a negative impact on life expectancy. I am unable to quantify that impact at this time. The figure reported in paragraph 6 may overestimate his life expectancy to some degree, however.

8.  My professional qualifications are set out fully in my curriculum vitae. In brief: I am currently a Principal Researcher with the Life Expectancy Project, an internationally recognized research team whose focus is statistical and epidemiological studies on children and adults with developmental disabilities, traumatic brain injuries, and spinal cord injuries. I have given evidence in litigation in the United States, Canada, Australia and Great Britain regarding life expectancy of persons with cerebral palsy, traumatic brain injuries, and a wide variety of other medical conditions or risk factors, including obesity, coronary artery disease, diabetes, renal failure, alcoholism, and smoking. I have lectured on the topic of life expectancy and related issues to audiences of medical professionals, life care planners, forensic economists, and attorneys in the United States, Canada, and England. I earned a

3

PhD in Applied Statistics with substantive field Epidemiology from the University of California in 2001 while working with Dr David Strauss, Director of the Life Expectancy Project. I am a Fellow of the American Academy of Cerebral Palsy and Developmental Medicine.

9.    I have personally performed all calculations described in this report, and I am responsible for their accuracy.

Please contact me if you have any questions or would like further assistance.

Sincerely yours,

Steven Day, PhD
Life Expectancy Project

4

**References**

1.    Arias E (2005). United States Life Tables, 2003. National Vital Statistics Reports, Volume 54, Number 14. Bethesda, MD: National Center for Health Statistics.

2.    DeVivo MJ, Stover SL (1995). Long-term survival and causes of death. In: SL Stover, JA DeLisa and GG Whiteneck (Eds.), Spinal cord injury: Clinical outcomes from the model systems, chapter 14.

3.    Yeo JD, Walsh J, Rutkowski S, et al. (1998). Mortality following spinal cord injury. Spinal Cord, 36:329-336.

4.    Frankel HL, Coll JR, Charlifue MA, et al (1998). Long-term survival in spinal cord injury: A fifty year investigation. Spinal Cord; 36:266-274.

5.    Strauss DJ, DeVivo MJ, Paculdo DR, Shavelle, RM (2006). Trends in life expectancy after spinal cord injury. Archives of Physical Medicine and Rehabilitation, 87:1079-1085.

6.    Shavelle RM, DeVivo MJ, Strauss DJ, Paculdo DR, Lammertse DP, Day SM (2006). Long-term survival of persons ventilator dependent after spinal cord injury. Journal of Spinal Cord Medicine, 29:511-519.

7.    DeVivo MJ, Ivie SC (1995). Life expectancy of ventilator-dependent persons with spinal cord injuries. Chest, 108:226-232.

8.    Shavelle RM, DeVivo MJ, Paculdo DR, Vogel LC, Strauss DJ (in press). Long-term survival after childhood spinal cord injury. Journal of Spinal Cord Medicine.

9.    Mannino DM, Buist AS, Petty TL, Enright PL, Redd SC (2003). Lung function and mortality in the United States: data from the First National Heath and Nutrition Examination Survey follow up study. Thorax, 58:388-393.

10.   Yohannes AM, Baldwin RC, Connolly M (2002). Mortality predictors in disabling chronic obstructive pulmonary disease in old age. Age and Aging, 31: 137-40.

11.   Marti S, Munoz X, Rios J, Morell F, Ferrer J (2006). Body weight and comorbidity predict mortality in COPD patients treated with oxygen therapy. European journal of respiratory diseases, 27:689-696.

12.   Brackenridge RDC, Elder WJ (Eds.) (1998). Medical selection of life risks, 4th edition. New York: Stockton Press.

13.   Lew EA, Gajewski (Eds.) (1990). Medical risks: Trends in mortality by age and time elapsed. New York: Praeger.

14.   Anderson TW (2002). Life expectancy in court: A textbook for doctors and lawyers. Vancouver, BC: Teviot Press.

15.   Strauss DJ, Vachon PJ, Shavelle RM (2005). Estimation of future mortality rates and life expectancy in chronic medical conditions. Journal of Insurance Medicine, 37:20-34.

16.   Porth CM (2002). Pathophysiology: Onset of Altered Health States, 6th edition, Lippincott, Williams and Wilkins, p. 241.

5

**Appendix A: Some Questions on Life Expectancy**

1. **What is meant by the term *life expectancy*?**

   The *life expectancy* of an individual is the arithmetic *average survival time* in a large group of comparable persons. Groups differ, and so can their life expectancies. U.S. males have a shorter life expectancy than U.S. females, for example.

2. **How is life expectancy calculated?**

   Methods vary depending on the context and technical assumptions made. In principle, life expectancy is easy to calculate, because it is a simple average. For example, if one third of a group of 3000 people survive exactly one more year, and another third survive exactly two more years, and the remaining third survive nine more years, the life expectancy is

   $$[(1000 \cdot 1) + (1000 \cdot 2) + (1000 \cdot 9)] / 3000 = 4 \text{ additional years.}$$

   In cases where a group can not be followed until all have died, or in cases where many features need to be taken into account, somewhat more complicated calculations are required. The methods are described in textbooks or articles such as references 12-15.

3. **What is meant by the plaintiff's *median survival time*?**

   The point in time when half of a group's members have died and half are still living defines the *median survival time*. If the survival times are ordered from shortest to longest, the median is the middle value. In the simple example above the median survival time is 2 additional years.

4. **Is it possible or necessary to predict a plaintiff's actual survival time?**

   No. Statistical and actuarial sciences were developed to deal with uncertainty in a sound and rational manner, and life insurance companies have functioned successfully for over a century without attempting to predict anyone's actual survival time. All that is needed to help us determine the financial needs of a seriously debilitated patient is a reasonable estimate of the probabilities of living one more year, two years, and so on. These probabilities can be estimated with considerable accuracy.

5. **Why does impaired mobility increase mortality risk, and decrease life expectancy?**

   An increase in mortality risk results in a decrease in life expectancy. This fact depends only on the definition of life expectancy and standard life table methods.[12-15] That persons who have limited purposeful mobility after SCI are at greater risk of mortality than the general population is demonstrated by many scientific studies (see references 2-8 in this report, for examples). As to the mechanism of the increased risk, a review by Porth[16] explains that immobility rapidly leads to loss of muscle tissue and demineralization of the bones with increased calcium excretion. The calcium is transported to the kidneys and may cause

6

kidney stones.  Lung function declines markedly.  Circulation slows and there is increased risk of clots, which can be life-threatening if they lodge in the vessels of the brain or lungs. Pressure sores are apt to develop, which can result in infections and sepsis (this had already occurred with Mr Magbie).  Also, immobility can lead to impaired responsiveness to insulin or insulin resistance and increased difficulty in maintaining normal glucose control.  All of the above problems lead to impaired ability of ones body to fight what would normally be routine upper respiratory infections, urinary tract infections, or other illnesses, thus unquestionably increasing mortality risk.

## Appendix B: Actuarial methodology for calculating life expectancy of persons with risk factors

The basic steps in computing an individual's life expectancy are outlined below. For further details see references 12-15 for example.

1.  If nothing is known about the individual except the age and sex, a standard government life table applies.[1] One column of the life table specifies the mortality rate "m(x)" for each age x, and all other columns, including the "e(x)" column giving life expectancies at all ages, derive from these mortality rates. An abbreviated life table for U.S. males age 27 is provided below for illustration.

### Table 1. Life table for U.S. males age 27 years.[1]

| age | l(x) | d(x) | q(x) | m(x) | L(x) | T(x) | e(x) |
|-----|------|------|------|------|------|------|------|
| 27 | 100000 | 132 | 0.0013 | 0.0013 | 99934 | 4935253 | 49.4 |
| 28 | 99868 | 130 | 0.0013 | 0.0013 | 99803 | 4835319 | 48.4 |
| 29 | 99738 | 136 | 0.0014 | 0.0014 | 99670 | 4735516 | 47.5 |
| 30 | 99602 | 139 | 0.0014 | 0.0014 | 99533 | 4635846 | 46.5 |
| 31 | 99463 | 141 | 0.0014 | 0.0014 | 99393 | 4536313 | 45.6 |
| 32 | 99322 | 151 | 0.0015 | 0.0015 | 99247 | 4436920 | 44.7 |
| 33 | 99171 | 149 | 0.0015 | 0.0015 | 99097 | 4337673 | 43.7 |
| 34 | 99022 | 158 | 0.0016 | 0.0016 | 98943 | 4238577 | 42.8 |
| 35 | 98864 | 171 | 0.0017 | 0.0017 | 98778 | 4139634 | 41.9 |
| 36 | 98693 | 185 | 0.0019 | 0.0019 | 98600 | 4040855 | 40.9 |
| 37 | 98508 | 198 | 0.0020 | 0.0020 | 98409 | 3942255 | 40.0 |
| 38 | 98310 | 209 | 0.0021 | 0.0021 | 98205 | 3843846 | 39.1 |
| 39 | 98101 | 230 | 0.0023 | 0.0023 | 97986 | 3745641 | 38.2 |
| 40 | 97871 | 248 | 0.0025 | 0.0025 | 97747 | 3647655 | 37.3 |
| 50 | 94203 | 544 | 0.0058 | 0.0058 | 93931 | 2684918 | 28.5 |
| 60 | 86883 | 1097 | 0.0126 | 0.0127 | 86334 | 1775554 | 20.4 |
| 70 | 72164 | 2051 | 0.0284 | 0.0288 | 71138 | 972539 | 13.5 |
| 80 | 46232 | 3220 | 0.0697 | 0.0722 | 44622 | 370640 | 8.0 |
| 90 | 15460 | 2432 | 0.1573 | 0.1711 | 14244 | 67890 | 4.4 |
| 100 | 1179 | 416 | 0.3526 | 0.4348 | 971 | 2754 | 2.3 |

2.  Certain risk factors have a known effect on mortality. In the present case, spinal cord injury is such a factor. Increases in mortality risk may be expressed as **relative risks** (RRs) or **excess death rates** (EDRs). If we know that the individual has a spinal cord injury, we can adjust his age-specific mortality rates m(x) appropriately to obtain a new schedule of rates.

3.  The resulting schedule of mortality rates can be used to construct a new life table,[12-15] from which the life expectancy and other quantities of interest are obtained. The adjustments I have made to account for Mr Magbie's risk factors are based on evidence in the cited studies.[2-13] Further details on the specific adjustments made for Mr Magbie's risk factors are omitted but can be provided.

8

**Appendix C: Life Table for Jonathan Magbie**

| age | l(x) | d(x) | q(x) | m(x) | L(x) | T(x) | e(x) |
|---|---|---|---|---|---|---|---|
| 27 | 100000 | 3269 | 0.0327 | 0.0332 | 98365 | 1969087 | 19.7 |
| 28 | 96731 | 3155 | 0.0326 | 0.0332 | 95153 | 1870721 | 19.3 |
| 29 | 93575 | 3061 | 0.0327 | 0.0333 | 92045 | 1775569 | 19.0 |
| 30 | 90514 | 2958 | 0.0327 | 0.0332 | 89035 | 1683524 | 18.6 |
| 31 | 87556 | 2865 | 0.0327 | 0.0333 | 86124 | 1594489 | 18.2 |
| 32 | 84692 | 2774 | 0.0328 | 0.0333 | 83305 | 1508365 | 17.8 |
| 33 | 81917 | 2672 | 0.0326 | 0.0332 | 80582 | 1425060 | 17.4 |
| 34 | 79246 | 2585 | 0.0326 | 0.0332 | 77953 | 1344479 | 17.0 |
| 35 | 76661 | 2499 | 0.0326 | 0.0331 | 75411 | 1266526 | 16.5 |
| 36 | 74161 | 2425 | 0.0327 | 0.0332 | 72949 | 1191115 | 16.1 |
| 37 | 71737 | 2340 | 0.0326 | 0.0332 | 70567 | 1118166 | 15.6 |
| 38 | 69397 | 2260 | 0.0326 | 0.0331 | 68267 | 1047599 | 15.1 |
| 39 | 67137 | 2193 | 0.0327 | 0.0332 | 66041 | 979331 | 14.6 |
| 40 | 64944 | 2122 | 0.0327 | 0.0332 | 63883 | 913290 | 14.1 |
| 41 | 62822 | 2204 | 0.0351 | 0.0357 | 61720 | 849407 | 13.5 |
| 42 | 60618 | 2274 | 0.0375 | 0.0382 | 59481 | 787687 | 13.0 |
| 43 | 58344 | 2333 | 0.0400 | 0.0408 | 57178 | 728206 | 12.5 |
| 44 | 56011 | 2399 | 0.0428 | 0.0438 | 54812 | 671029 | 12.0 |
| 45 | 53612 | 2449 | 0.0457 | 0.0468 | 52388 | 616217 | 11.5 |
| 46 | 51163 | 2509 | 0.0490 | 0.0503 | 49908 | 563829 | 11.0 |
| 47 | 48654 | 2543 | 0.0523 | 0.0537 | 47382 | 513921 | 10.6 |
| 48 | 46111 | 2573 | 0.0558 | 0.0574 | 44824 | 466539 | 10.1 |
| 49 | 43537 | 2598 | 0.0597 | 0.0615 | 42238 | 421715 | 9.7 |
| 50 | 40940 | 2608 | 0.0637 | 0.0658 | 39635 | 379476 | 9.3 |
| 51 | 38331 | 2610 | 0.0681 | 0.0705 | 37026 | 339841 | 8.9 |
| 52 | 35721 | 2593 | 0.0726 | 0.0754 | 34425 | 302815 | 8.5 |
| 53 | 33128 | 2560 | 0.0773 | 0.0804 | 31848 | 268390 | 8.1 |
| 54 | 30567 | 2516 | 0.0823 | 0.0859 | 29310 | 236542 | 7.7 |
| 55 | 28052 | 2468 | 0.0880 | 0.0921 | 26818 | 207233 | 7.4 |
| 56 | 25584 | 2396 | 0.0937 | 0.0983 | 24386 | 180415 | 7.1 |
| 57 | 23188 | 2290 | 0.0988 | 0.1040 | 22043 | 156029 | 6.7 |
| 58 | 20898 | 2202 | 0.1054 | 0.1114 | 19797 | 133986 | 6.4 |
| 59 | 18696 | 2110 | 0.1128 | 0.1197 | 17641 | 114190 | 6.1 |
| 60 | 16586 | 1987 | 0.1198 | 0.1276 | 15592 | 96549 | 5.8 |
| 70 | 2945 | 630 | 0.2139 | 0.2406 | 2630 | 10423 | 3.5 |
| 80 | 120 | 43 | 0.3542 | 0.4373 | 99 | 258 | 2.1 |
| 90 | 0 | 0 | 0.5175 | 0.7288 | 0 | 1 | 1.4 |
| 100 | 0 | 0 | 0.6985 | 1.1990 | 0 | 0 | 0.9 |

9