UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MARY SCOTT, Individually and As Personal Representative of the Estate of JONATHAN MAGBIE,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | )<br>)<br>)<br>) Civil Action No. 1:05-CV-01853-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendants' Motion for Reconsideration of the Court's Order of May 29, 2007, and any opposition thereto, it is by the Court this _____ day of _____, 2007 hereby

**ORDERED**, that Defendants' Motion for Reconsideration is **GRANTED**; and it is further hereby

**ORDERED**, that Defendants' are allowed to call Philip Buttaravoli, M.D., Roger Johns, M.D., and Steven Day, Ph.D., as experts at the trial of this matter.

_____
Hon. Richard W. Roberts
United States District Court for the District of Columbia

Copies to:

D'Ana E. Johnson, Esquire
Ronald G. Guziak, Esquire
Juan M. Anderson, Esquire
BONNER KIERNAN TREBACH & CROCIATA, LLP
1233 20th Street, N.W., Suite 800
*Counsel for Defendants*

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland 20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005-2302
*Counsel for Plaintiff*