1233 20th Street, NW
Suite 800
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100
bktc@bktc.net
www.bktc.net

# BONNER KIERNAN TREBACH & CROCIATA, LLP

Connecticut
Maryland
Massachusetts
New Jersey
New York
Pennsylvania
Rhode Island
Virginia
Washington, DC

May 9, 2007

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC 20005

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland 20746-4341

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005-2302

> Re:   *Mary Scott v. Greater Southeast Community Hospital, et al.*
>        USDC No.: 1:05cv01853
>        BKTC File No.: 0597.0009

Dear Counsel:

Please be advised that it has, for the first time, been brought to our attention that you are not in receipt of the *Curriculum Vitaes* for designated defense experts Dr. Johns, Dr. Buttaravoli, and Dr. Lechtzin. It was our understanding that these documents were filed along with our initial Designation of Experts on December 22, 2006. In fact, we have never been informed, until today by virtue of your motion, that counsel or the Court had not received the aforementioned *Curriculum Vitaes*. Indeed, they were explicitly referenced both within the text of the December 22, 2006 filing as well as the Supplemental Designation filed, as per the Court's Order, on May 4, 2007.

In an abundance of caution, and while we confirm with PACER as to the attached contents of the December 22, 2006 filing, we forward the subject *Curriculum Vitaes* to you to accompany our Rule 26(a)(2) reports. If they *Curriculum Vitaes* were omitted from the December 22, 2006 filing, it was a clerical and/or technological e-filing inadvertence. We further note that Defendants did not receive a written report from Noah Lechtzin, M.D. which is the reason why none was submitted as to him.

DEFENDANT'S EXHIBIT

170429-1

Donald M. Temple, Esquire
Edward J. Conner, Esquire
Elizabeth Alexander, Director
May 9, 2007
Page 2

    Should you have any questions, please contact me, D'Ana E. Johnson, Esquire or Ronald G. Guziak, Esquire at your earliest convenience.

Very truly yours,

Juan M. Anderson

JMA/vpm
Enclosures
cc:    D'Ana E. Johnson, Esquire (w/o enclosures)
       Ronald G. Guziak, Esquire (w/o enclosures)

BONNER
KIERNAN
TREBACH &
CROCIATA, LLP

170429-1