UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY R. SCOTT,                           :

          Plaintiff,          :          Case No. 05-cv-1853(RWR)

          v.                   :

DISTRICT OF COLUMBIA, et al.,            :

          Defendants.          :

_____         :

## DEFENDANTS DISTRICT OF COLUMBIA, ODIE WASHINGTON AND CORRECTION CORPORATION OF AMERICA'S PRELIMINARY RULE 26(a)(2) STATEMENT

Defendants District of Columbia's, Odie Washington, and Corrections Corporation of America hereby give notice of their intent to call the following expert witnesses during the trial in this matter. The District's motion to enlarge the present deadline for defendants' designation of experts by 90 days is presently pending. Defendants retain their right to name additional experts if this motion is granted.

1. Steven Day, Ph.d., Life Expectancy Project, 1439-17th Avenue, San Francisco, California 94122-3402, (415) 731-0290. Dr. Day is an expert in life expectancy and statistics. He will comment upon and refute the testimony of plaintiff's experts. He will base his testimony on his education and experience and the discovery produced in this case. He is also expected to testify that plaintiff's quadriplegia, history of bed sores, urinary tract tack infections, and pneumonia, *inter alia*, resulted in a life expectancy that was considerable shorter than average. A copy of Dr. Day's resume, fee schedule and a list of the cases he has been deposed in, or testified in is attached. Defendants will provide a copy of Dr. Day's report as soon as it is available.

2. Charles Betsey, Ph.d. 1608 Taylor Street, NW, Washington, D.C. 20011

(202) 545-0589. Dr. Betsey is a professor of economics at Howard University, and

expert in economics.  He is expected to reduce the expected losses to decedent's estate to

their present day value.  Dr. Betsey will comment upon and refute the testimony of

plaintiff's economics expert.  He will base his testimony on his education and experience

and the discovery material produced in this case.  A copy of Dr. Betsey's resume, fee

schedule and a list of the cases he has been deposed in, or testified in is attached.

Defendants will provide a copy of Dr. Betsey's report as soon as it is available.

3.  Defendants District of Columbia and Odie Washington adopts and incorporates

Corrections Corporation of America's  26(a)(2) filing regarding Dr. Cooper and reserves

the right to call him as an expert.

                    Respectfully submitted,

                    ROBERT J. SPAGNOLETTI
                    Attorney General for the District of Columbia

                    GEORGE C. VALENTINE
                    Deputy Attorney General, Civil Litigation Division


                    _____
                    KIMBERLY JOHNSON
                    Bar no. 435163
                    Chief, General Litigation Section I


                    _____
                    STEVEN J. ANDERSON
                    Assistant Attorney General
                    Bar no. 334480
                    Suite 600S
                    441 Fourth Street, N.W.

Washington, D.C. 20001
(202) 724-6607
(202) 727-3625 (fax)
E-mail: Steve.anderson@dc.gov

**CHARLES L. BETSEY, PH.D.**
Professor
Department of Economics
Howard University
Washington, DC 20059

## EDUCATION

1976    Ph.D., Economics, The University of Michigan

1975    Graduate courses in Public Policy and Urban Affairs,
        Boston University

1968    A.B., Economics and Spanish Literature, The University
        of Michigan

## EXPERIENCE

Professor, Department of Economics, Howard University, July 1990 to
present. Teaching, research, and service responsibilities. Courses
taught: Principles of Economics (macroeconomics); Labor Economics;
Economics of Black Community Development; Human Resources (graduate);
Public Finance (graduate).

Graduate Professor and Chairman, Department of Economics, Howard
University, Washington, DC, July 1990 to June 1996. Responsible for
administration of department of 14 full-time faculty as well as part-
time faculty in undergraduate, M.A., and Ph.D. economics programs.
Budget administration, staff supervision, class scheduling, chairing
various meetings; directing doctoral dissertations; providing job
placement information; recruitment of faculty and students; conducting
research; fund-raising. Service on college- and university-wide
committees. Teaching undergraduate courses Principles of Economics,
Economics of Black Community Development; graduate course Economics of
Poverty and Manpower.

Associate Research Director and Senior Research Economist, United
States Sentencing Commission, Washington, DC, 1986 to 1990.

Study Director, National Research Council, National Academy of
Sciences, 1984-1986. Direction of study assessing evaluations of the
Youth Employment and Demonstration Projects Act (YEDPA). Author of
YEDPA. Duties included hiring and supervision of staff of
professionals and an administrative assistant; preparation of agenda
and materials for committee of experts; selection of authors and
oversight of preparation of commissioned papers; drafting committee
reports; budgetary and administrative responsibilities for the
project. As a consultant, organized a major conference on youth
employment focusing on the committee's report.

Associate Professor of Economics, University of the District of
Columbia, 1982-1985. Taught courses in Principles of Economics
(macroeconomics); Labor Economics (Labor and Industrial Relations);
Independent Studies. Other duties included performing research and
service on departmental Curriculum Committee, and Executive Committee,

among others.

Consultant, The Urban Institute, 1981-1984. Principal Investigator for a study of the career mobility of minorities and women in the federal sector. Duties included proposal preparation and marketing; identification, acquisition, and analysis of a large dataset of federal employment records; writing final report to the sponsor (the Rockefeller Foundation).

Principal Investigator for a study of the employment of minorities and women in state and local government funded by the Alfred P. Sloan Foundation. Consultant on various studies including an econometric analysis of the effects of participation in Comprehensive Employment and Training Act (CETA) programs on the employment and earnings of youth and the economically disadvantaged; a study of racial differences in adolescent fertility.

Associate Professorial Lecturer, School of Government and Business Administration, George Washington University, Fall 1981. Taught graduate level course on intergovernmental relations.

Executive Director, Urban Policy Analysis and Research Unit, National Urban Coalition, 1979 to 1981. Principal Investigator on $500,000 grant project devoted to analyzing various policy proposals including public service employment, welfare reform, and alternative policies to stimulate employment. Responsible for developing an internship for minority students in conjunction with Atlanta University.

Consultant, Congressional Budget Office, 1976. Analysis of the literature on the economic impact of equal employment opportunity efforts under Title VII of the 1964 Civil Rights Act.

Director of Research, Black Economic Research Center, New York, NY, 1976. Directed research program and staff; fund-raising; report writing.

Instructor and Assistant Professor, Department of Political Economy, University of Massachusetts at Boston, 1973 to 1977. Taught courses in Labor Economics (Labor and Industrial Relations); Economic Literacy; Political Economy of the Black Ghetto; Independent Studies; and Senior Honors Theses. Served on departmental Appointments, Promotions, and Tenure Committee; Executive Committee; Curriculum Committee; and various university-wide committees.

Labor Economist, Policy Research Division, Office of Economic Opportunity, Executive Office of the President, 1971 to 1973. Duties included research on labor market aspects of poverty; measurement of central city-suburban racial wage differentials; review of effectiveness of manpower training efforts. Other duties involved monitoring a research grant (Poverty in the Labor Market) awarded to the National Bureau of Economic Research; reviewing grant applications; commenting upon proposed legislation; and other administrative duties.

Research Assistant, Institute on Labor and Industrial Relations, Wayne State University-University of Michigan, 1967-71. Duties included data collection and analysis in connection with various studies, including a study of union constitutional provisions in light of the Labor Management Reporting and Disclosure Act (Landrum-Griffin); a study of the determinants of earnings in union/non-union environments; a study to develop a method for computerized literature search on equal employment opportunity subject matter.

PUBLICATIONS, PRESENTATIONS, GRANTS, CONSULTING

PUBLICATIONS

"Human Resources Management and Development in the Telework Environment," (co-author), in U.S. Department of Labor report Telework: The New Workplace of the 21st Century, Washington, 2000, (and on Department of Labor website, www.dol.gov).

"Increasing Labor Demand and Productivity in Ghana," (coauthor), EAGER Policy Brief #46, August 2000.

Increasing Labor Demand and Productivity in Ghana, (coauthor), EAGER Final Report to the U.S. Agency for International Development, June 2000.

Youth Job Search and Employment: Youth and Employer Perspectives, Final Report to the U.S Department of Labor, June 1997

"Litigation of Employment Discrimination Under Title VII: The Case of African-American Women," American Economic Review, May 1994, pp. 98-102.

"The Role of Race-Conscious Policies in Addressing Past and Present Discrimination," Review of Black Political Economy, Fall 1992, pp. 1-35.

Birmingham's Changing Economy: Opportunities for Disadvantaged Businesses, Birmingham: City of Birmingham, Office of Economic Development, February 1992.

Choice and Circumstance: Racial Differences in Adolescent Sexuality and Fertility (coauthor), New Brunswick: Transaction Books, 1986

Youth Employment and Training Programs: The YEDPA Years (coauthor), Washington, DC: National Academy Press, 1985

Report of the Compensation Task Force (coauthor), Rockville: Montgomery County Government, 1985.

Report of the Discrimination Analysis Committee of the Compensation Task Force (coauthor), Rockville: Montgomery County Government, 1985.

"The High Tech Revolution and Its Implications for Black America,"

(coauthor) in <u>The State of Black America 1984</u>, New York: National
Urban League, 1984

<u>Measuring the Effect of CETA on Youth and the Economically
Disadvantaged</u> (coauthor), Washington: The Urban Institute, 1983

"Federal Minimum Wage Laws and the Employment of Minority Youth,"
(coauthor), <u>Papers and Proceedings of the American Economic
Association</u>, May, 1981

"Employment at Low Wages" (coauthor), in J. E. King (ed.), <u>Readings
in Labour Economics</u>, Oxford: Oxford University Press, 1980

<u>CETA Reauthorization Issues</u>, Washington: Congressional Budget Office,
August, 1978

"Differences in Unemployment Experiences between Blacks and Whites,"
<u>Papers and Proceedings of the American Economic Association</u>, May,
1978.

"Statement" in Youth Employment Programs in the President's Budget
Proposals for Fiscal Year 1979, Washington, DC: U.S. House of
Representatives, Committee on the Budget, Task Force on Human
Resources, February 13, 1978.

<u>Work Experience and Earnings of Inner-City Blacks and Whites</u>, Ph.D.
dissertation, Ann Arbor: University Microfilms, 1976

<u>The Unemployment of Nonwhite Americans: The Effect of Alternative
Policies</u>, Parts II-V, Washington, DC: Congressional Budget Office,
July 19, 1976.

"A Reply," <u>The Review of Black Political Economy</u>, Winter, 1976.

"Low Wage Workers and the Dual Labor Market: An Empirical
Investigation" (with H. M. Wachtel), <u>The Review of Black Political
Economy</u>, Spring, 1975.

"Employment at Low Wages" (with H. M. Wachtel), <u>Review of Economics
and Statistics</u>, May, 1972.

"The Determinants of Working Poverty," in Harold Sheppard, et al.
(eds.), <u>The Political Economy of Public Service Employment</u>,
Lexington: D.C. Heath, 1972.

<u>PRESENTATIONS</u>

"Skills Assessment Component of Labor Shortages in the Washington, DC
Area," Workforce Assessment Conference, Howard University, November
19, 2001.

"Income and Wealth Transfer Effects of Discrimination in Prison
Sentencing," Allied Social Science Associations Meetings, New
Orleans, LA, January 4-8, 2001.

"What Graduate Students Should Know About Writing A Thesis/Dissertation," presentation to Economics Department Graduate Research Seminar, Fall 2000.

"Credit Outcomes for African-Americans," (coauthor), Southern Economic Association Meetings, Rosslyn, VA, November 10, 2000.

"Human Resources Management and Development in the Telework Environment," (coauthor), U.S. Department of Labor Conference, Xavier University, New Orleans, LA, October 16, 2000.

Participant, Opening Doors to Homeownership: Freddie Mac Symposium on Consumer Credit Education, Howard University, October 11-12, 2000.

Participant, White House Conference on the New Economy, The White House, Washington, DC, April 5, 2000.

Participant, Second Nature Conference, Shaping a Sustainable Future: Best Practices in Higher Education, Atlanta, GA, March 16-19, 2000.

Participant, Federal Home Loan Bank Board (Freddie Mac), Consumer Credit Research Conference, Amelia Island, FL, December 6-12, 1999.

Participant, Joint Center for Political and Economic Studies Conference, Skills Development for Black Workers in the 21st Century, Washington, DC, November 3, 1999.

Participant, Association for Public Policy Analysis and Management, Annual Meetings, New York, NY, October 28-30, 1999.

"Labor Productivity and African Economic Growth," paper presented at the Allied Social Science Associations Meetings, January 4, 1999, New York, NY.

Session Chair and Rapporteur, "Trade, Growth and Equity in Sub-Saharan Africa," EAGER Regional Workshop, Dar es Salaam, Tanzania, August 11-15, 1997, sponsored by the United States Agency for International Development.

Discussant and Rapporteur, "Trade, Growth and Equity in Sub-Saharan Africa," Third Annual EAGER Conference, Accra, Ghana, February 5-8, 1997, sponsored by the United States Agency for International Development.

Discussant, "Regulatory Reform and Labor Markets," Southern Economic Association Meetings, Washington, DC, November 25, 1996.

Panelist, "Where Is the Payoff?" Asa T. Spaulding Memorial Forum, Gamma Iota Sigma Professional Insurance Fraternity, Howard University, March 19, 1996.

Panelist, "The Status of Black Economists," National Economic Association Twenty-fifth Anniversary Symposium, Allied Social Science

Associations Meetings, January 6, 1996, San Francisco, CA.

"Economic Status of African Americans: Labor Force Status and Income Distribution," Keynote Lecture, Symposium in Honor of Phyllis A. Wallace, Morgan State University, December 7, 1994.

"Employment and Training Programs for Welfare Recipients: A Review of JTPA Programs and Adult Women on Welfare: Using Training to Raise AFDC Recipients Above Poverty," paper presented at National Commission for Employment Policy Welfare Issue Forum, Rayburn House Office Building, March 25, 1994.

"Litigation of Employment Discrimination Under Title VII: The Case of African-American Women," paper presented at the Allied Social Science Associations Meetings, January 3, 1994, Boston, MA.

"Implications of the North American Free Trade Agreement," paper presented at Council for the United States and Italy, Ninth Annual Young Leaders Conference, December 16-18, 1992, Miami, FL.

"The Role of Evaluation Studies in Federal Labor Market Policy-Making," presentation at The American University, Washington Semester in Economic Policy, October 7, 1992, Washington, DC.

"Race-Conscious Policies and Black Business Development: A Case Study of Birmingham, Alabama", paper presented at Research in the Nineties, 1992 Howard University Graduate Research Symposium, April 13, 1992, Washington, DC.

"The Economic Outlook," paper presented at Economic Policy Workshop, Sixth National Policy Institute, Joint Center for Political and Economic Studies, January 23, 1992, Washington, DC.

"The Role of Race-Conscious Policies for Past and Present Discrimination," Presidential Address, National Economic Association, Allied Social Science Associations Meetings, January 3, 1992, New Orleans, LA.

Discussant, "The Economic Status of African-American Males," National Economic Association, Allied Social Science Associations Meetings, January 3, 1992, New Orleans, LA.

Chair, "Neighborhood Choice and Housing Segregation," joint panel of the American Real Estate and Urban Economics Association and the National Economic Association, Allied Social Science Associations Meetings, December 28, 1990, Washington, DC.

Discussant, "Drug Policy and Legalization: Alternative Views," joint panel of the American Economic Association and the National Economic Association, Allied Social Science Associations Meetings, December 29, 1990, Washington, DC.

"Racial Differences in Sentencing Outcomes," paper presented at Allied Social Science Associations Meetings, December 29, 1989,

Atlanta, GA.

"Trade Policy Since the Tokyo Round: Outcomes for Low-Skilled and Minority Workers," paper presented at the Allied Social Science Associations Meetings, December 28, 1989, New York, NY.

"Education and Training Issues," paper presented at the Congressional Black Caucus Legislative Weekend, Issue Forum: Toward the Year 2000, September 15, 1988, Washington, DC.

"Assessing the Effectiveness of Youth Employment and Training Programs," paper presented at Conference on Youth Employment, National Academy of Sciences, March 28, 1986, Washington, DC.

"Report of the Committee on Youth Employment Programs Pertaining to the Job Corps," testimony before Subcommittee on Employment and Housing, Committee on Government Operations, U.S. House of Representatives, May 21, 1985, Washington, DC.

"Improving the Socio-Economic Status of Black Americans: Competing Educational Strategies," paper presented at panel on Education for Equality: Technical Skills or Liberal Arts?, April 10, 1984, Graduate School of Public Policy, University of California, Berkeley, CA.

"Current U.S. Economic Theory and Terminology," paper presented at a seminar for visiting African economics editors, Meridian House International, April 22, 1983, Washington, DC.

"Enterprise Zones: Some Issues to Address in Evaluating Them," paper presented at National Commission for Employment Policy Conference, Directions for the 1980s: An Invitational Conference on Employment Policy Analysis, April 28-29, 1982, Washington, DC.

"Enterprise Zones: A Solution to Black America's Problems?," paper presented at Panel on Urban Problems, Whitney M. Young Memorial Lecture, University of Pennsylvania, April 4, 1981, Philadelphia, PA.

Participant, Project Group on Urban Finance, Ad Hoc Group on Urban Problems, Organization for Economic Co-Operation and Development (OECD), June 18-19, 1980, Bonn, West Germany.

Panel Moderator, "Social Experimentation: A Way to Plan the Future," National Conference on Social Welfare, Annual Forum, May 18-20, 1980, Cleveland, OH.

Chair, "Future of Minority Involvement in School Finance"; Discussant, "State and Local Tax Policy," Ford Foundation Conference on School Finance, May 12-14, 1980, San Antonio, TX.

Moderator, "School Finance and Low-Income/Minority Populations," American Education Finance Association Meetings, March 16-18, 1980, San Diego, CA.

Economics Workshops Coordinator, Richmond Conference on a Black Agenda for the 1980s, February 28-March 2, 1980, Richmond, VA.

"Public Service Employment As a Tool for Addressing Structural Unemployment and Poverty," paper presented at Howard University Conference on Blacks, Presidential Politics and Public Policy, October 25-27, 1979, Washington, DC.

Witness, Hearings of the Task Force on Human Resources, Committee on the Budget, U.S. House of Representatives, February 13, 1978, Washington, DC.

GRANTS

Principal Investigator, Equity and Growth Through Economic Research (EAGER), subcontract from Harvard University under U.S. Agency for International Development cooperative agreement, 1995-2001 ($700,000).

CONSULTING

Howard University, Center for Urban Progress, U.S. Department of Labor, Workforce Development Program, 2001-present.

Economic Consultant, 1989-Present.  Conducted analyses for various clients related to assessing present and future economic damages involving personal and commercial tort issues: lost earnings, lost profits, lost benefits, medical costs.  Clients have included District of Columbia Corporation Counsel, City of Baltimore, Washington Hospital Center, George Washington University, and First Union Bank, among others.

City of Birmingham, Office of Economic Development, September 1991-January 1992.  Conducted study of Birmingham's changing economy and the opportunities for minority- and women-owned    businesses.  The study drew upon a variety of sources on information including published reports and interviews with a cross-section of Birmingham citizens. A multi-regional input-output model of the Birmingham economy  was used to identify potential impacts on the local economy of new spending on highways and local transit, as well as the fast-growing industries in the local economy such as health care, business services, and finance, insurance, and  real estate, among others. Continued efforts to increase opportunities for minority- and women-owned businesses are encouraged.

Dallas Area Rapid Transit, Availability Study of Minority/Women/Disadvantaged Business Enterprises, November 1990-February 1991.  Research Economist responsible for advising on the relevant geographic study area, data collection, and determination of a model for predicting the growth of DBEs in the study area.

City of Baltimore, Availability/Disparity Study of Minority/Women Business Enterprises, July-December, 1990.  Economic Analyst for a project to determine the availability and utilization of minority and

8

women-owned business enterprises in the City of Baltimore.
Responsibility for advising on data collection needs, sampling
methodology, preparation and review of final report.

<u>Washington Suburban Sanitary Commission, Minority Business
Utilization Study of Architecture and Engineering Programs</u>, June-
December, 1990.  Research Economist for a project to determine the
availability and utilization of minority-owned architecture and
engineering firms.  Responsibility for advising on collection of
census and contract data, and for analyzing contract, survey and
interview data collected on the utilization of minority businesses.

<u>Maryland State Department of Transportation, Minority Business
Utilization Study</u>, January-March 1990.  Principal Economist for a
study of availability and utilization of minority businesses by the
State of Maryland.  Responsibility for developing sampling
methodology for surveys and interviews conducted during the study.
Participated in analyses of contract and other data collected during
project, in development of recommendations and in the preparation of
the final report.

### GRADUATE TEACHING EXPERIENCE

Public Finance
Human Resources I, Fall Semester
Human Resources II, Spring Semester

### UNIVERSITY SERVICE

Member, Howard University Service Learning Committee, 2001-present.

Member, Committee on International Affairs Curriculum, College of
Arts and Sciences, 2001-present.

Member, Executive Committee, Graduate School of Arts and Sciences,
2000-present.

Member, Lucy Moten Scholarship Committee, College of Arts and
Sciences, 1999-present.

Member, Committee to Review Criteria for Academic Rank, College of
Arts and Sciences, 2000-present.

Member, Appointments, Promotions, and Tenure Committee, Department of
Economics, 1996-present.

Member, Graduate Studies Committee, Department of Economics, 1996-
present.

Member, Department of Economics, Undergraduate Studies Committee,
1996-present.

Member, Department of Economics, Financial Assistance Committee,
1998-present.

Chair, Ph.D. Dissertation Committee, Princess Awonoor Williams, 2000-Present.

Member, Ph.D. Dissertation Committee, Kim Coleman, 2001-Present.


**COMMUNITY SERVICE**

Member, Board of Directors, Fair Employment Council of Greater Washington, 1994 to Present.

Member, Mayor's Council of Economic Advisors, Washington, DC, 1992 to 1994.

Member, Montgomery County Council Compensation Task Force, 1983 to 1985. Member of Task Force designed to review salary and benefits for five County-funded agencies, and to recommend possible changes in compensation practices. Also charged with reviewing issues of comparable worth.

Chair, Benefits Committee of the Compensation Task Force, 1983 to 1985. Chaired committee, developed methodology, and authored report on comparative study of various benefits provided employees of County-funded agencies, including pensions, health and life insurance, and time-off with pay.

Co-Chair, Discrimination Analysis Committee, 1985. Co-Chair of committee appointed to evaluate whether there were systematic practices of discrimination on the basis of race, sex, or ethnicity in County-funded agencies.


**PROFESSIONAL AFFILIATIONS**

Member, Council, Inter-University Consortium for Political and Social Research, The University of Michigan, 1998-2002;
President, National Economic Association, 1991-92;
Member, American Economic Association;
Member, Board of Editorial Advisors, Review of Black Political Economy, 1976 to present;
Member, Board of Editorial Advisors, Harvard Journal of African-American Public Policy, 1992 to present;
Member, Board of Editors, Evaluation Review: A Journal of Applied Social Research, 1987-1990;
Member, Board of Editors, Papers in the Social Sciences, University of the District of Columbia, 1982-1985.

<u>HONORS, AWARDS, AND FELLOWSHIPS</u>

"Howard 2000" Recognition Award, Center for Urban Affairs Committee, 1992;
Faculty Research Grant, Howard University, 1991-92;
Member, Omicron Delta Epsilon, Economics Honors Society;
<u>Who's Who in the East</u>, (beginning 1984-85 edition);
Community Service Award, Metropolitan Washington Housing and Planning Association, 1982;
Who's Who in Black America, 1980-81;
University of Massachusetts, Faculty Research Grant, 1974-75;
University of Michigan, University Fellowship, 1970-71;
University of Michigan, Rackham Opportunity Fellowship, 1969-70;
University of Michigan, Ford Foundation Fellowship, 1968-69;
University of Michigan, Opportunity Award, 1964-68;
Ann Arbor High School Scholarship Award, 1964.

## Charles L. Betsey, Ph.D.
### Previous Trial or Deposition Testimony
### January 2000-September 2005

| Case | Jurisdiction | Date | Client |
|------|-------------|------|--------|
| Coates v. Columbia Hospital for Women | District of Columbia Superior Court | 03/00 | Jackson & Campbell |
| Griffin v. Washington Convention Center | United States District Court (DC) | 04/00 | DC Corporation Counsel |
| Heppel et al., v. GWU and Mt. Vernon College | District of Columbia Superior Court | 02/01 | Arnold & Porter |
| Lewis v. Booz-Allen & Hamilton | United States District Court (DC) | 02/00 | Latham & Watkins |
| McKoy v. District of Columbia | District of Columbia Superior Court | 10/02 | DC Corporation Counsel |
| Means v. District of Columbia | District of Columbia Superior Court | 07/02 | DC Corporation Counsel |
| Melendez v. Children's Hospital | District of Columbia Superior Court | 06/00 | Jackson & Campbell |
| Peyton v. DiMario | United States District Court (DC) | 08/03 | Karr & Allison |
| Price v. WMATA | District of Columbia Superior Court | 02/01 | Coale Cooley |
| Roche v. Holly | Circuit Court for Howard County, MD | 08/00 | Rickey Nelson Jones, Esq. |
| Steele Software v. First Union National Bank | Circuit Court for Baltimore City, MD | 02/02 | Venable |
| Stulich v. ACandS, Inc. et al. | Circuit Court for Baltimore City, MD | 02/05 | Ashcraft & Gerel |
| Walker v. District of Columbia | United States District Court (DC) | 09/00 | DC Corporation Counsel |
| Willingham v. Crooke, et al. | United States District Court (ED VA) | 08/03 | Gloria Willingham, Esq. |
| Willingham v. Ashcroft | United States District Court (DC) | 09/04 | Gloria Willingham, Esq. |

**Strauss & Shavelle, Inc.**

David Strauss, PhD, FASA                     1439 - 17th Avenue                        (415)731-0250
Robert Shavelle,  PhD, MBA                   San Francisco, CA 94122-3402             (415)731-0240
Steven Day, PhD                              www.LifeExpectancy.com                   (415)731-0276

# Expert Witness and Consulting Fee Schedule

Consultation, analyses and report preparation:       $400/hour

Deposition:                                          $1,000
[time over 2 hours billed at $500/hour]

Long distance travel and overnight trips:            $4,000/day

Air-travel is generally business class.

A preliminary life expectancy analysis and discussion of the results generally requires 3-5 hours, and a formal written report an additional 3-5 hours.

Complex cases involving multiple medical risk factors require additional hours for research, analyses, and the written report.

Pre-deposition preparation usually requires 4-6 hours to review the materials and analyses. Pre-trial preparation, often a week prior to trial, usually requires 6-10 hours to review the case in detail, prepare for direct- and cross-exam, and produce exhibits.

**Employer Identification Number (EIN):**
**95-4741460 (Strauss & Shavelle, Inc.)**

**Revised August 2006**

**Steven M. Day**
**Curriculum Vitae**
**December 2005**

Life Expectancy Project
1439 17th Avenue, San Francisco, CA 94122-3402
Phone: (415) 731-0276
Fax: (415) 731-0290
Cell: (951) 764-4656
Day@LifeExpectancy.com
www.LifeExpectancy.org

## Employment

1996-Present
Life Expectancy Project, Principal Researcher
Consultant, Strauss & Shavelle, Inc.

1995-2001
Associate Professor of Mathematics, Riverside Community College

1990-1995
Assistant Professor of Mathematics, The Ohio State University

1989
Community Teaching Fellow, Valley High School, South Sacramento

1985-1987
Mathematics Instructor, Minaki Secondary School, Tanzania

## Education

PhD, Applied Statistics December 2001
Substantive Field: Epidemiology
University of California, Riverside

MS, Statistics, December 2000
University of California, Riverside

MA, MAT, Mathematics, June 1990
University of California, Davis

BA, Mathematics, June 1983
University of California, Los Angeles

**Teaching**

A wide variety of mathematics courses at UCLA, The Ohio State University, and Riverside Community College.  Courses included beginning level Algebra through Advanced Calculus as well as introductory and applied Statistics.

**Professional Service**

Peer reviewer for the journal Pediatrics, 2005/2006

**Peer Reviewed Publications**

Shavelle RM, Strauss DJ, Day SM, Ojdana KA (in press). Life Expectancy. In:  ND Zasler, D Katz & R Zafonte (Eds.), Neurorehabilitation of Traumatic Brain Injury, 2nd Edition. New York: Demos Medical Publishing.

Shavelle RM, Strauss DJ, Day SM (2005). Deinstitutionalization in California: Mortality of persons with developmental disabilities after transfer into community care, 1997-1999. Journal of Data Science, 3:371-380.

Day SM, Wu YW, Strauss DJ, Shavelle RM, Reynolds RJ (2005).  Causes of death in remote symptomatic epilepsy.  Neurology, 65:216-222.

Wu Y, Day SM, Strauss DJ, Shavelle RM (2004). Prognosis for ambulation in cerebral palsy: A population-based study. Pediatrics, 114:1264-1271.

Day SM, Strauss DJ, Shavelle RM, Reynolds RJ (2005).  Mortality and causes of death in Down syndrome in California.  Developmental Medicine And Child Neurology, 47:171-176.

Strauss DJ, Shavelle RM, Day SM (2004). Letter to the editor re: Plioplys article. Seminars in Pediatric Neurology, 11:236.

Day S, Strauss D, Shavelle R, Wu YV (2003). Excess mortality in remote symptomatic epilepsy. Journal of Insurance Medicine, 35:155-160.

Strauss DJ, Day SM, Shavelle R, Wu YW (2003).  Remote symptomatic epilepsy: Does seizure severity increase mortality?  Neurology, 60:395-399.

Shavelle RM, Strauss DJ, Day SD (2003). Comparative mortality of persons with mental retardation in California, 1980-1999. Journal of Insurance Medicine, 35:5-8.

Shavelle RM, Strauss DJ, Day SM (2001). Comparison of survival in cerebral palsy between countries [letter]. Developmental Medicine & Child Neurology, 43:574.

Shavelle RM, Strauss DJ, Whyte J, Day SM, Yu YL (2001). Long-term causes of death after traumatic brain injury. American Journal of Physical Medicine & Rehabilitation, 80:510-516.

2

**Trial and Deposition Testimony of Steven M. Day, PhD**

**July 25, 2006**

**Trial Testimony**

| | |
|---|---|
| July 17, 2006 | Alexis Hayes, et al. v. Childrens Hospital, et al.<br>Court of Common Pleas, Franklin County, Ohio<br>Peter Van Ligten (Arnold, Todaro & Welch, Columbus, OH) |
| June 13, 2006 | Paul Hashim v. Kern America<br>Superior Court of California, County of Kern, California<br>Anthony A. DiMonte (The Law Offices of Virgil L. Roth, PC, Pasadena, CA) |
| February 1, 2006 | Fred Schubert v. Crossroads Mental Health Services, Inc., et al.<br>Circuit Court of Taylor County, Wisconsin<br>Peter Farb (Stilp & Cotton, Appleton, WI) |
| July 19, 2005 | Vincent v. Jonathan H. Bates, MD et al.<br>District Court of Minnesota, Anoka County<br>J. Richard Bland (Meagher & Geer, Minneapolis, MN) |
| April 25, 2005 | Monske v. Banner Health Care<br>Superior Court of Arizona, in and for the County of Maricopa<br>Jim Vieh (Campana, Vieh & Loeb, AZ) |
| October 19, 2004 | Misty Campbell v. Mary Ann Dean-Onayemi, MD, et al.<br>Circuit Court of Cook County, Illinois<br>Scott Rendleman (Pretzel & Stouffer, IL) |
| January 21, 2004 | Emily R. Collen et al. v. Michael G. McHenry, MD et al.<br>Circuit Court of Brown County, Wisconsin<br>Patrick F. Koenen (Hinshaw & Culbertson, WI) |
| May 5, 2003 | James F. Bowman, et al. v. United States of America, et al.<br>United States District Court for the Western District of Texas, San Antonio Division<br>James Gilligan (United States Department of Justice, TX) |
| January 29, 2003 | Grove v. Hershey Medical Center, et al.<br>Court of Common Pleas of Dauphin County, Harrisburg, PA<br>Daniel L. Grill (Thomas, Thomas & Hafer LLP; Harrisburg, PA) |
| January 15, 2003 | Hicks v. Home Select, et al.<br>Superior Court of Arizona, Maricopa County<br>Michael Carter (Doyle, Berman & Boyack; Phoenix, AZ) |

**Depositions**

| | |
|---|---|
| May 16, 2006 | Russell McGowen et al. v. Randal Vinther, MD<br>District Court of Nacogdoches County, Texas<br>D. Wayne Clawater (Cruse, Scott, Henderson & Allen, Houston, TX) |
| April 4, 2006 | Allen Hudson et al. v. Dimensions Health Corporation, et al.<br>Circuit Court for Prince George's County<br>Phillip R. Zuber (Sasscer, Clagett & Bucher, Upper Marlboro, MD) |
| March 16, 2006 | Alex Rogers et al. v. Evan K. Saunders, MD<br>Circuit Court of Washington County, Wisconsin<br>Robert L. McCracken (Nash, Spindler, Grimstad & McCracken, Manitowoc, WI) |
| February 24, 2006 | Leslie Richter et al. v. G. Sam Wilson, MD<br>Second Judicial District Court of Davis County, Utah<br>Philip R. Fishler (Strong & Hanni, Salt Lake City, UT) |
| January 25, 2006 | Fred Schubert v. Crossroads Mental Health Services, Inc., et al.<br>Circuit Court of Taylor County, Wisconsin<br>Peter Farb (Stilp & Cotton, Appleton, WI) |
| January 20, 2006 | Tiffany Knox et al. v. Christie Emuobo Obukofe, et al.<br>District Court of Harris County, Texas<br>Lee Thibodeaux (Fulbright & Jaworski, Houston, TX) |
| January 18, 2006 | Alexis Hayes, et al., v. Childrens Hospital, et al.<br>Court of Common Pleas of Franklin County, Ohio<br>Peter Van Ligten (Arnold Todaro & Welch) |
| November 11, 2005 | Nicholas Andrew Cowles ppa, et al. v. Peter J. Doegler, MD, et al.<br>Superior Court of the Judicial District of Hartford, Connecticut<br>Russell A. Green (Carmody & Torrence, Waterbury, CT) |
| November 10, 2005 | Jacob Smotherman v. St. Joseph Mercy Hospital<br>(Court?) Oakland, Michigan<br>Verlin R. Nafziger (Johnson & Wyngaarden, MI) |
| October 25, 2005 | John M. Honisch, et al. v. The Medical Protective Company, et al.<br>Circuit Court of Milwaukee County, Wisconsin<br>Lynn R. Laufenberg (Laufenberg & Hoefle, WI) |
| October 4, 2005 | Edward Orlich, Jr. v. Luis Ugarte, MD et al.<br>The Circuit Court of Cook County, Illinois, Law division - Fifth district<br>Justin Relihan (Johnson & Bell, Chicago, IL) |

| | |
|---|---|
| September 20, 2005 | Michael T. Reece v. Palace Station Hotel & Casino, inc.<br>District Court of Clark County, Nevada<br>Brian K. Terry (Thorndal, Armstrong, Delk, Balkenbush & Eisinger, NV) |
| September 6, 2005 | Karin Coppernoll, et al. v. Eastside Midwives, et al.<br>Superior Court of the State of Washington in and for the County of King, Washington<br>Elizabeth McAmis (Williams, Kastner & Gibbs, WA) |
| August 31, 2005 | Daniel Kuffer v. Mount Clemens General Hospital, et al.<br>Circuit Court for the County of Macomb, Michigan<br>Chirstopher J. Keane (The Keane Law Firm, MI) |
| August 17, 2005 | Marcia Saladin, et al. v. University of Miami et al.<br>Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida<br>Helenmarie M. Blake (Fowler White Burnett, FL) |
| August 15, 2005 | Nicholas Andrew Cowles ppa, et al. v. Peter J. Doegler, MD, et al.<br>Superior Court of the Judicial District of Hartford, Connecticut<br>Russell A. Green (Carmody & Torrence, Waterbury, CT) |
| July 1, 2005 | Edward Orlich, Jr. v. Luis Ugarte, MD et al.<br>The Circuit Court of Cook County, Illinois, Law division - Fifth district<br>Justin Relihan (Johnson & Bell, Chicago, IL) |
| June 21, 2005 | Emma Burbridge v. Daughters of Charity Health Services of Austin<br>District Court of Travis County, Texas, 200th Judicial District<br>Paige A. Lueking (Cooper & Scully; Dallas, TX) |
| May 10, 2005 | Anne F. Todd v. Robert French, MD, et al.<br>Superior Court of The District of Columbia, Civil Division<br>Dana Orquiza (Wilson, Elser, Moskowitz, Edelman & Dicker; Washington, DC) |
| March 29, 2005 | Derrick Loftis, et al. v. The United States of America<br>United States District Court for the District of Maryland, Greenbelt Division<br>Neil White (United States Department of Justice, Baltimore, MD) |
| March 2, 2005 | Donald Mattson v. Regent Insurance Company, et al.<br>Circuit Court of Marathon County, Wisconsin<br>Arthur Simpson (Simpson & Deardorff, Milwaukee, WI) |
| February 28, 2005 | Berto Valdes and Juana Valdes v. The University of Miami et al.<br>Circuit Court of the 11th Judicial Court in and for Miami-Dade County, Florida<br>Kimberly A. Cook (Abadin Jaramillo Cook & Heffernan, Miami, FL) |

February 9, 2005    Howard Rudnick et al. v. The Children's Hospital, et al.
                    District Court of City and County of Denver, Colorado
                    Kathleen M. Shea (Martin Conklin, Denver, CO)

February 2, 2005    Rosa Rendon, et al. v. Daphne Rommereim-Madden, MD, et al.
                    District Court of Weld County, Colorado
                    Kurt Bohn (United States Department of Justice, Denver, CO)

December 29, 2004   Devin Scott Viverette, et. al. v. Jennifer Wells Orr, MD, et. al.
                    North Carolina
                    O. Drew Grice, Jr. (Walker, Clark, Allen, Grice & Ammons, Goldsboro, NC)

December 21, 2004   Carlos A. Pachas et al. v. Valley Health System et al.
                    District Court of Clark County, Nevada
                    Barbara I. Johnston (Gage & Gage; Las Vegas, NV)

December 1, 2004    Washington v. Gerard, et. al.
                    Circuit Court, Milwaukee County, Wisconsin
                    Monica L. Walrath (Leib & Katt; Milwaukee, Wisconsin)

October 22, 2003    Roy Landry v. United Agri-Products
                    Louisiana
                    Lawrence J. Duplass (Duplass, Zwain, Bourgeois & Morton, Metairie, LA)

September 30, 2004  Carlton v. Doctors Medical Center-San Pablo
                    Contra Costa Superior Court, Martinez, California
                    Charles "Scott" Nichols (Dummit, Briegleb, Boyce & Buchholz;
                    San Francisco, CA)

September 24, 2004  Monske v. Banner Health et al.
                    Superior Court of Arizona, in and for the County of Maricopa
                    James E. Vieh (Campana, Vieh & Loeb, AZ)

September 21, 2004  Doris Kay Hicks v. The United States of America
                    United States District Court for the District of Colorado
                    Kurt Bohn (United States Department of Justice, CO)

September 9, 2004   Garrison D. Shepherd et al. v. Deborah Levich, MD, et al.
                    State Court of Fulton County, Georgia
                    Richard G. Tisinger (Law Offices of Tisinger, Tisinger, Vance & Greer, GA)

August 31, 2004     Russell D. Verner et al. v. Columbia Hospital et al.
                    District Court of Dallas County, Texas, 101st Judicial District
                    John David Hart (Law Offices of John David Hart, TX)

| | |
|---|---|
| June 30, 2004 | Derek Van Voris et al. v. United States of America<br>United States District Court for the Western District of Texas, El Paso Division<br>Johnny Sutton (United States Department of Justice, TX) |
| June 29, 2004 | Corey Cannon et al. v. Grant Medical Center, et al.<br>Court of Common Pleas of Franklin County, Ohio<br>David C. Levine (Baker & Hostetler, OH) |
| May 4, 2004 | Misty Campbell v. Mary Ann Dean-Onayemi, MD, et al.<br>Circuit Court of Cook County, Illinois<br>Paula Besler (Pretzel & Stouffer, IL) |
| April 6, 2004 | Sydney Elizabeth Reich, PPA, et. al. v. Seonard Lippman, et. al.<br>Superior Court Complex Litigation Docket at Waterbury, Connecticut<br>Robert E. Kiley (Danaher, Lagnese & Neal, CT) |
| March 25, 2004 | Lovisa Gamble, et al. v. Kaiser Foundation Health Plan of the Mid-Atlantic States, et al.<br>Superior Court for the District of Columbia<br>Susan B. Boyce (Armstrong, Donohue, Ceppos & Vaughan, MD) |
| March 22, 2004 | Brittany Lynn Carr, et al. v. Estate of A. Robert Marks, MD, et al.<br>United States District Court for the Northern District of West Virginia<br>David Z. Myerberg (Jackson Kelly, WV) |
| March 9, 2004 | Naranjo v. Lutheran General Hospital, et al.<br>Circuit Court of Cook County, Illinois<br>Charles Bletsas (Anderson, Bennett & Partners) |
| February 17, 2004 | Sandra Dominguez et al. v. United States of America<br>United States District Court for the Western District of Texas,<br>San Antonio Division<br>Jim Jennings (United States Department of Justice, TX) |
| February 9, 2004 | Sephanie M. Croston et al. v. Ila Shah, MD, et al.<br>Circuit Court for Charles County, Maryland<br>Eric Rhodes (Armstrong, Donohue, Ceppos & Vaughan, MD) |
| December 23, 2003 | Emily R. Collen et al. v. Michael G. McHenry, MD, et al.<br>Circuit Court of Brown County, Wisconsin<br>Patrick F. Koenen (Hinshaw & Culbertson, WI) |
| November 6, 2003 | Evelyn Arkebauer v. Stanley Friedell, MD, et al.<br>Circuit Court of Cook County, Illinois<br>Dan Rowin (Pugh, Jones & Johnson, IL) |

| | |
|---|---|
| October 22, 2003 | Jasper Lanado v. Christus Spohn Health System et al.<br>District court of Nueces County, Texas<br>John Langley (Donnell & Abernathy) |
| October 21, 2003 | Jo Ann Carbonara v. John T. Fitzgerald, MD et al.<br>Circuit court of Cook County, Illinois<br>William Cirignani (Cirignani & Heller, IL) |
| September 22, 2003 | Allison Hope Winkler et al. v. Eliseo H. Paulino, MD et al.<br>United States District Court for the Southern District of Maryland, Northern Division<br>Larry Ceppos (Armstrong, Donahue, Ceppos & Vaughan, MD) |
| September 19, 2003 | Monica Lopez v. United States of America, et al.<br>United States District Court for the Southern District of Florida<br>Marlene Rodriguez (United States Department of Justice, FL) |
| August 18, 2003 | Osbaldo Mejia, etc., et al., v. Manheim Auctions et al.<br>Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Forida<br>Walter G. Latimer (Marlow, Connell, Valerius, Abrams, Adler & Newman) |
| May 23, 2003 | Michelle Ball and Leo Ball v. Rockford Health System et al.<br>Circuit Court of The 17th Judicial Circuit, Winnebago County, Illinois<br>David P. Faulkner (Faulkner & Jensen, LLC) |
| April 29, 2003 | Cynthia Holmes Cooper, et al., v. Dimensions Health Corporation, et al.<br>Circuit Court of Maryland in and for Prince George's County, Maryland<br>Phillip R. Zuber (Sasscer, Clagett & Bucher, MD) |
| March 27, 2003 | Anthony Phillips v. Robert Rhodes MD et al.<br>District Court of Lancaster County, Nebraska<br>Mark Christensen (Cline, Williams, Wright, Johnson & Oldfather, LLP) |
| March 25, 2003 | Sixten Helm Kurz et al. v. Holy Cross Hospital et al.<br>Circuit Court for Prince George's County, Maryland<br>Pamela Kincheloe (Armstrong, Donohue, Ceppos & Vaughan; Rockville, MD) |
| March 20, 2003 | Ballou, et al. v. Marriott Hotel & Resort Corporation, et al.<br>Orange County Superior Court, California<br>Regis A. Guerin (Lewis Brisbois Bisgaard & Smith; Los Angeles, CA) |
| March 11, 2003 | Blanche Hullum v. Jay Pinkerton, MD, et al.<br>Court of Common Pleas, Cuyahoga County, Ohio<br>Kevin Norchi (Norchi and Associates; Beachwood, OH) |

October 31, 2002    Simpson v. Baptist Healthcare System, et. al.
Jefferson Circuit Court, Commonwealth of Kentucky
Kennedy Simpson (Thomson, Miller & Simpson; Louisville, KY)

October 22, 2002    Hicks v. Home Select, et al.
Superior Court of Arizona, Maricopa County
Michael Carter (Doyle, Berman & Boyack; Phoenix AZ)

September 26, 2002    Austin v. Oglesbay, et al.
United States Disctrict Court, District of Shawnee
John D. Tongier (Strausbaugh & Tongier; Overland Park, KS)

August 9, 2002    Underwood v. Boyer et al.
Superior Court of North Carolina, Buncombe County
Frederick S. Barbour (McGuire, Wood & Bissette; Asheville, NC)

June 5, 2002    Lopez, et al. v. Victorian Medical Consultants
Circuit Court of 11th Judicial Circuit in Florida, Dade County
Naomi A. Zimmerman (Mintzer Sarowitz Zeris Ledva & Meyers; Coral Gables, FL)

7