1233 20th Street, NW
Suite 800
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100
bktc@bktc.net
www.bktc.net

# BONNER KIERNAN TREBACH & CROCIATA, LLP

Connecticut
Maryland
Massachusetts
New Jersey
New York
Pennsylvania
Rhode Island
Virginia
Washington, DC

February 5, 2007

**VIA FACSIMILE**
Donald M. Temple
Temple Law Offices
1229 15th Street, NW
Washington, DC 20005

Re: Frontier /Western Indemnity Insurance v. Magbie
BKTC File No.: 0597.0009

Dear Mr. Temple:

This will acknowledge your correspondence of January 29, 2007. I have been unsuccessful in my numerous attempts to contact you. Furthermore, I have not received a return telephone call from you and did not want to delay responding any longer.

While we disagree that any conduct on the part of our client rises to the level of "bad faith", we agree in substantial part with the proposals set forth in your letter. That is, we concur that mediation should be set as soon as possible. We also agree that "no further deposition or discovery be undertaken until after such mediation." We do not agree that the mediation shall be scheduled with Judge Shuker. We propose that the mediation be schedules with Judge William Pryor. We are sure you are familiar with Judge Pryor's background and extensive experience as a jurist. Since there may be other individuals to whom my client would be agreeable, I suggest a conference call at your earliest convenience. Would you please call my office with proposed dates?

Very truly yours,

D'Ana E. Johnson

## Confirmation Report – Memory Send

```
                              Page       : 001
                              Date & Time: Feb-05-2007  09:40am
                              Line 1     : 2027127005
                              Machine ID : BKTC Washington DC
```

| | | |
|---|---|---|
| Job number | : | 636 |
| Date | : | Feb-05 09:39am |
| To | : | ☎0699#0188#0277#6281149# |
| Number of pages | : | 002 |
| Start time | : | Feb-05 09:39am |
| End time | : | Feb-05 09:40am |
| Pages sent | : | 002 |
| Status | : | OK |

Job number   : 636         \*\*\* SEND SUCCESSFUL \*\*\*

---

1233 20th Street, N.W.
8th Floor
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100
www.bktc.net

**BONNER KIERNAN TREBACH & CROCIATA LLP**

Connecticut
Maryland
Massachusetts
New Jersey
New York
Rhode Island
Virginia
Washington, D.C.

## FACSIMILE TRANSMISSION

| **To:** | Donald Temple, Esq.<br>Temple Law Office | **Fax:** | 202-628-1149 |
|---|---|---|---|
| **From:** | D'Ana Johnson, Esq. | **Date:** | February 5, 2007 |
| **Re:** | See Attached | **Pages:** | 2 |

☐ Urgent   |   X For Review   |   ☐ Please Comment   |   ☐ Please Reply   |   ☐ Please Recycle

**Comments:**


If there is a problem with transmission or if you did not receive the complete facsimile please call (202) 712-7000, Ext. 7124.     Client Matter No.: 0188.0277
                                                                               User ID: 0699

THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE ADDRESSEE SHOWN ABOVE. IT MAY CONCERN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE. ANY REVIEW, DISSEMINATION OR USE OF THIS TRANSMISSION OR ITS CONTENTS BY PERSONS OTHER THAN THE ADDRESSEE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AND MAIL THE ORIGINAL TO THE ABOVE ADDRESS. THANK YOU.

1233 20th Street, N.W.
8th Floor
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100
www.bktc.net

BONNER
KIERNAN
TREBACH &
CROCIATA
LLP

Connecticut
Maryland
Massachusetts
New Jersey
New York
Rhode Island
Virginia
Washington, D.C.

# FACSIMILE TRANSMISSION

**To:** Donald Temple, Esq.
Temple Law Office

**Fax:** 202-628-1149

**From:** D'Ana Johnson, Esq.

**Date:** February 5, 2007

**Re:** *See Attached*

**Pages:** 2

☐ Urgent   |   X For Review   |   ☐ Please Comment   |   ☐ Please Reply   |   ☐ Please Recycle

**Comments:**

If there is a problem with transmission or if you did not receive the complete facsimile please call (202) 712-7000, Ext. 7124.

**Client Matter No.:** 0188.0277
**User ID:** 0699

THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE ADDRESSEE SHOWN ABOVE. IT MAY CONCERN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR OTHERWISE PROTECTED FROM DISCLOSURE. ANY REVIEW, DISSEMINATION OR USE OF THIS TRANSMISSION OR ITS CONTENTS BY PERSONS OTHER THAN THE ADDRESSEE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AND MAIL THE ORIGINAL TO THE ABOVE ADDRESS. THANK YOU.