# ATTACHMENT 2

| | | |
|---|---|---|
| 1233 20th Street, NW<br>Suite 800<br>Washington, DC 20036<br>Telephone: (202) 712-7000<br>Facsimile: (202) 712-7100<br>bktc@bktc.net<br>www.bktc.net | **BONNER<br>KIERNAN<br>TREBACH &<br>CROCIATA, LLP** | Connecticut<br>Maryland<br>Massachusetts<br>New Jersey<br>New York<br>Pennsylvania<br>Rhode Island<br>Virginia<br>Washington, DC |

June 4, 2007

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302

    Re:   *Mary Scott v. Greater Southeast Community Hospital, et al.*
           USDC No.: 1:05cv01853
           BKTC File No.: 0597.0009

Dear Counsel:

    In follow-up to the Status Conference held on June 1, 2007 and to confirm receipt of Defendants' Rule 26(a)(2) package of materials hand-delivered to Edward Connor, Esquire at the conclusion of the conference, enclosed please find additional copies of the aforementioned materials for your review.  The package includes the following for each designated expert:

    1.    *Curriculum vitae.*

    2.    Narrative Report

    3.    Fee Schedule

    4.    List of Cases (within last four years)

    As mentioned to Mr. Connor, please let us know if any of the above documents are missing from the package(s) provided.

                                          Very truly yours,

                                          Juan M. Anderson

JMA/vpm
Enclosures

    cc:    D'Ana E. Johnson, Esquire (w/o enclosures)
            Ronald G. Guziak, Esquire (w/o enclosures)

172006-1

Juan M. Anderson, Esquire
Bonner, Kiernan, Trebach & Crociata, LLP
1233 20th Street, N.W.
Suite 800
Washington, D.C. 20036

Mr. Anderson:

I have not kept a record or documented any civil cases in which I have either been deposed or testified at trial over the past four years.

My fees are as follows:

|  |  |
|---|---|
| Review of records - | $350.00/hour |
| Deposition | $350.00/hour (3 hour minimum) |
| Trial Appearance | $350.00/hour (6 hour minimum) |

Please inform me if you should require additional information.

Sincerely,

Philip M. Buttaravoli, M.D.