# ATTACHMENT 3

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

MARY R. SCOTT, Individually and as
Personal Representative of the Estate of
JONATHAN MAGBIE, Deceased,

                        Plaintiff

     v.                                                Civil Action No. 1:05cv01853 RWR

DISTRICT OF COLUMBIA


ODIE WASHINGTON
1923 Vermont Avenue, NW
Washington, DC 20001

JOSEPH BASTIEN, MD
1923 Vermont Avenue, NW
Washington, DC 20001

T. WILKINS DAVIS, MD
1923 Vermont Avenue, NW
Washington, DC 20001

CORRECTIONS CORPORATION OF
AMERICA
102 Woodmont Boulevard
Suite 800
Nashville, TN 37205

MALEK MALEKGHASEMI, MD
1923 Vermont Avenue, NW
Washington, DC 20001

SUNDAY NWOSU, MD
1923 Vermont Avenue, NW
Washington, DC 20001

1

MARTHA BROWN, LPN
1923 Vermont Avenue, NW
Washington, DC 20001

PAULINE OJELFO, LPN
1923 Vermont Avenue, NW
Washington, DC 20001

GBENGA OGUNDIPE, LPN
1923 Vermont Avenue, NW
Washington, DC 20001

OFFICER SINGLEY
1923 Vermont Avenue, NW
Washington, DC 20001

GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION I,
d/b/a GREATER SOUTHEAST COMMUNITY
HOSPITAL

WILLIAM S. VAUGHN, MD
1310 Southern Avenue, SE
Washington, DC 20032

ROTIMI A. ILUYOMADE, MD
1310 Southern Avenue, SE
Washington, DC 20032

                Defendants

## PLAINTIFF'S EXPERT WITNESS DESIGNATIONS

    COMES NOW Mary Scott, Plaintiff, and, pursuant to the Court's Order of May 5, 2006, makes the following expert witness designations:

1. Frank J. Baker, MD
   89 Timber Court
   Oakbrook, IL 60523

Dr. Baker is a board certified specialist in emergency medicine and former chairman of the division of emergency medicine at the University of Chicago Hospital. His CV is attached hereto and incorporated by reference herein.

Dr. Baker is expected to testify that the emergency care provided/withheld at Greater Southeast Community Hospital during Jonathan Magbie's two visits there in September, 2004 fell below accepted standards and was a proximate cause of his death. Dr. Baker's narrative report is attached hereto and incorporated by reference herein.

2. Jerry S. Walden, MD
   3174 Packard Road
   Ann Arbor, MI 48108

Dr. Walden is a board-certified physician in the field of family practice and a specialist in the area of prison medicine. His CV and narrative report are attached hereto and incorporated by reference herein.
Dr. Walden is expected to testify that the medical care provided to Jonathan Magbie was obviously deficient and caused an obvious substantial risk of serious harm to Mr. Magbie. Dr. Walden's narrative report is attached hereto and incorporated by reference herein.

3. Peter M. Berkman, MD
   106 Irving Street, NW, #403
   Washington, DC 20010

Dr. Berkman is board certified in internal medicine and nephrology. He practices at the National Rehabilitation Hospital in Washington and was Jonathan Magbie's primary care physician up to and at the time of his death. He has extensive experience in treating long term quadriplegia patients.

Dr. Berkman has not been "retained or specially employed to provide expert testimony." Under the Advisory Committee notes following Rule 26, "a treating physician, for example, can be deposed or called to testify at trial without any requirement for a written report." Therefore, plaintiff will not be providing a narrative report from this witness, other than his treatment notes, which have been requested. He is expected to testify to plaintiff's decedent's general state of health and expectation of life *circa* 2004.

    4. Richard B. Edelman, Ph.D.
       8515 Whittier Boulevard
       Bethesda, MD 20817

    Dr. Edelman is a professor emeritus of finance at the American University in Washington, DC. He has extensive experience as a forensic economist. His CV and narrative report are attached hereto and incorporated herein by reference.

    Dr. Edelman is expected to testify concerning the present value of the lost income to the estate of Jonathan Magbie and to the wrongful death claim of Mary Scott, based on the life annuity which decedent enjoyed, and which terminated upon his death.

    5. Other Experts.

    Plaintiff reserves the right to supplement this list of expert witnesses, based upon the submissions of defendants, the availability of witnesses, the Court's Order of May 5, 2006, and for any other reason which the Court may deem just.

_____
Donald M. Temple, #408749
1229 15th Street, NW
Washington, DC 20005
(202) 628-1101

_____
Edward J. Connor, #321505
5210 Auth Raod, #304
Camp Springs, MD 20746
(301) 899-7801

_____
Elizabeth Alexander, #412904
915 15th Street, NW
7th Floor
Washington, DC 20005
(202) 393-4930

4

## CERTIFICATE OF SERVICE

I hereby certfy that a copy of the foregoing was mailed, postage prepaid, this 5th day of July, 2006, to:

Steven Altman, Esquire, 10306 Eaton Place, #200, Fairfax, VA 22030
Andrew Spence, Esquire, 10306 Eaton Place, #200, Fairfax, VA 22030
Catherine Hanrahan, Esquire, 1341 G Street, NW, #500, Washington, DC 20005
D'Ana Johnson, Esquire, 1250 Eye Street, NW, #600, Washington, DC 20005
Daniel Struck, Esquire, 2901 N. Central Ave., #800, Phoenix, AZ 85012
Steve Groom, Esquire, 10 Burton Hills Blvd., Nashville, TN 37215
Steven Anderson, Esquire, 441 4th Street, NW, #600, Washington, DC 20001
E. Louise Phillips, Esquire, 441 4th Street, NW, #600, Washington, DC 20001.

_____
Edward J. Connor #321505