Attachment 3-2

# Richard B. Edelman, Ph.D.
Economic Analysis for Litigation Support • www.economic-analysis.com

8515 Whittier Boulevard
Bethesda, MD 20817-6816
(301) 469-9575 • (800) 257-8626
Fax (301) 469-9598
E-Mail Richard@economic-analysis.com

May 13, 2005

Mr. Edward Connor
Attorney at Law
Suite 304
5210 Auth Road
Camp Springs, MD  20746

RE: Jonathan Magbie

Dear Mr. Connor:

    I have performed a valuation of Mr. Jonathan Magbie's lost insurance income from September 2004 forward.  The results of this valuation are shown in this report.

    Documentation provided includes Mr. Steinhilber's January 18, 2005 letter and a summary of the insurance annuity, the Application for Immediate Annuity and answers to questions asked by this analyst.

    Mr. Magbie was an Afro-American resident of Prince Georges County, Maryland and was born on February 10, 1977.  On September 24, 2004 at the age of twenty-seven years and seven months, Mr. Magbie passed away.  As a result of his passing, monthly insurance payments that were contingent on survival were terminated.  Those payments were $32,071 in the month of his passing and were adjusted for cost-of-living by six percent on January 13 of each year.  Life expectancy for an Afro-American male resident of Maryland between age twenty-seven and twenty-eight was forty-one years through age sixty-nine 2046[1].

---

[1]The U.S. Department of Health and Human Services, U.S. Decennial Life Tables: Maryland.

    Although age sixty-nine was Mr. Magbie's life expectancy, it is possible that he would not have survived to that age because of unrelated incidents or illnesses.  Alternatively, he could have survived beyond that age.  That is, age sixty-nine is the average age of death and not the absolute date of death.  For this reason, the appropriate treatment of life expectancy is to reduce future income figures by actuarial probabilities of survival.  The probabilities of survival for each year from the present forward are derived from the life tables and these

Future values are brought to present value using a discount rate based on a riskless portfolio of maturity matched securities.  That rate is 4.04 percent[2].

The loss, in May 2005 dollars, is **$26,185,014**[3] and is shown in Table 1 (attached) and summarized below:

| May 2005 Present Values | Before May 15, 2005 | After May 15, 2005 | Total |
|---|---|---|---|
| Lost Insurance Income... | $241,843 | $25,943,171 | **$26,185,014** |

The calculation means that if this amount is invested at prevailing interest rates, the past loss is replaced and future losses can be withdrawn each year over Mr. Magbie's actuarial life.  At the end of that time, the investment is depleted.

Thank you.

Sincerely,

Dr. Richard B. Edelman

---

probabilities are used to reduce all future values over Mr. Magbie's actuarial life time.  This process is consistent with the survival contingency provision in the annuity policy.

[2]Business Week, "Investment Figures of the Week", May 23, 2005.  No prejudgment interest is applied.

[3]If normal personal consumption expenditures are deducted from this amount, the loss **$20,520,003**.  Ruble et. al. report for a male with income of $407,943 (e.g., Mr. Magbie's 2005 income), personal consumption expenditures are found using the estimating equation: $LN(PC) = 9.264129 + (LN(Income) \times .479131)$ with a coefficient of determination of 98.45 percent.  The equation shows an expenditure of 21.6 percent.  (The coefficient of determination is significant at the .001 level.)  See Michael R. Ruble, Robert T. Patton and David M. Nelson, "Patton-Nelson Personal Consumption Tables 2000-2001", Journal of Forensic Economics, Fall 2002.

TABLE 1

PRESENT VALUE OF LOST INSURANCE INCOME
Reduced by Survival Probabilities

<- May 2005 Present Values ->

| Year | Age | Survival Probabilities | Income: No-Incident | Cumulative Lost Income |
|------|-----|------------------------|---------------------|------------------------|
| 2004 | 27 | 99.64% | $95,867 | $95,867 |
| 2005 | 28 | 99.28% | $389,268 | $485,135 |
| 2006 | 29 | 98.90% | $395,089 | $880,225 |
| 2007 | 30 | 98.50% | $400,923 | $1,281,148 |
| 2008 | 31 | 98.09% | $406,767 | $1,687,915 |
| 2009 | 32 | 97.66% | $412,604 | $2,100,518 |
| 2010 | 33 | 97.21% | $418,439 | $2,518,957 |
| 2011 | 34 | 96.74% | $424,260 | $2,943,217 |
| 2012 | 35 | 96.25% | $430,072 | $3,373,289 |
| 2013 | 36 | 95.74% | $435,861 | $3,809,150 |
| 2014 | 37 | 95.21% | $441,628 | $4,250,778 |
| 2015 | 38 | 94.66% | $447,358 | $4,698,135 |
| 2016 | 39 | 94.09% | $453,045 | $5,151,180 |
| 2017 | 40 | 93.51% | $458,700 | $5,609,881 |
| 2018 | 41 | 92.90% | $464,319 | $6,074,199 |
| 2019 | 42 | 92.28% | $469,889 | $6,544,088 |
| 2020 | 43 | 91.63% | $475,412 | $7,019,500 |
| 2021 | 44 | 90.97% | $480,881 | $7,500,381 |
| 2022 | 45 | 90.30% | $486,291 | $7,986,672 |
| 2023 | 46 | 89.60% | $491,625 | $8,478,297 |
| 2024 | 47 | 88.88% | $496,863 | $8,975,160 |
| 2025 | 48 | 88.13% | $501,963 | $9,477,122 |
| 2026 | 49 | 87.35% | $506,876 | $9,983,998 |
| 2027 | 50 | 86.52% | $511,547 | $10,495,546 |
| 2028 | 51 | 85.65% | $515,929 | $11,011,475 |
| 2029 | 52 | 84.72% | $519,972 | $11,531,447 |
| 2030 | 53 | 83.74% | $523,622 | $12,055,069 |
| 2031 | 54 | 82.68% | $526,735 | $12,581,803 |
| 2032 | 55 | 81.52% | $529,150 | $13,110,954 |
| 2033 | 56 | 80.25% | $530,711 | $13,641,664 |
| 2034 | 57 | 78.85% | $531,312 | $14,172,977 |
| 2035 | 58 | 77.34% | $530,917 | $14,703,894 |
| 2036 | 59 | 75.71% | $529,560 | $15,233,454 |
| 2037 | 60 | 74.00% | $527,318 | $15,760,772 |
| 2038 | 61 | 72.21% | $524,268 | $16,285,041 |
| 2039 | 62 | 70.36% | $520,442 | $16,805,482 |
| 2040 | 63 | 68.44% | $515,800 | $17,321,282 |
| 2041 | 64 | 66.45% | $510,258 | $17,831,540 |
| 2042 | 65 | 64.38% | $503,672 | $18,335,212 |
| 2043 | 66 | 62.22% | $495,928 | $18,831,140 |
| 2044 | 67 | 59.97% | $486,968 | $19,318,109 |

TABLE 1 (Continued)

PRESENT VALUE OF LOST INSURANCE INCOME
Reduced by Survival Probabilities

<- May 2005 Present Values ->

| Year | Age | Survival Probabilities | Income: No-Incident | Cumulative Lost Income |
|------|-----|------------------------|---------------------|------------------------|
| 2045 | 68  | 57.63% | $476,834 | $19,794,942 |
| 2046 | 69  | 55.23% | $465,558 | $20,260,500 |
| 2047 | 70  | 52.76% | $453,155 | $20,713,655 |
| 2048 | 71  | 50.24% | $439,621 | $21,153,276 |
| 2049 | 72  | 47.66% | $424,900 | $21,578,176 |
| 2050 | 73  | 45.02% | $408,914 | $21,987,090 |
| 2051 | 74  | 42.31% | $391,551 | $22,378,641 |
| 2052 | 75  | 39.54% | $372,792 | $22,751,433 |
| 2053 | 76  | 36.72% | $352,773 | $23,104,207 |
| 2054 | 77  | 33.88% | $331,620 | $23,435,827 |
| 2055 | 78  | 31.04% | $309,576 | $23,745,403 |
| 2056 | 79  | 28.25% | $287,065 | $24,032,468 |
| 2057 | 80  | 25.55% | $264,521 | $24,296,990 |
| 2058 | 81  | 22.97% | $242,237 | $24,539,226 |
| 2059 | 82  | 20.51% | $220,364 | $24,759,591 |
| 2060 | 83  | 18.17% | $198,965 | $24,958,556 |
| 2061 | 84  | 15.98% | $178,231 | $25,136,786 |
| 2062 | 85  | 13.94% | $158,415 | $25,295,201 |
| 2063 | 86  | 12.07% | $139,788 | $25,434,990 |
| 2064 | 87  | 10.40% | $122,626 | $25,557,616 |
| 2065 | 88  | 8.89%  | $106,894 | $25,664,510 |
| 2066 | 89  | 7.56%  | $92,561  | $25,757,071 |
| 2067 | 90  | 6.38%  | $79,543  | $25,836,614 |
| 2068 | 91  | 5.33%  | $67,740  | $25,904,353 |
| 2069 | 92  | 4.41%  | $57,154  | $25,961,508 |
| 2070 | 93  | 3.62%  | $47,744  | $26,009,252 |
| 2071 | 94  | 2.93%  | $39,416  | $26,048,667 |
| 2072 | 95  | 2.34%  | $32,083  | $26,080,751 |
| 2073 | 96  | 1.84%  | $25,710  | $26,106,460 |
| 2074 | 97  | 1.42%  | $20,252  | $26,126,712 |
| 2075 | 98  | 1.09%  | $15,723  | $26,142,435 |
| 2076 | 99  | 0.81%  | $12,026  | $26,154,461 |
| 2077 | 100 | 0.60%  | $9,039   | $26,163,500 |
| 2078 | 101 | 0.44%  | $6,677   | $26,170,178 |
| 2079 | 102 | 0.31%  | $4,831   | $26,175,009 |
| 2080 | 103 | 0.22%  | $3,432   | $26,178,441 |
| 2081 | 104 | 0.15%  | $2,371   | $26,180,812 |
| 2082 | 105 | 0.10%  | $1,616   | $26,182,428 |
| 2083 | 106 | 0.06%  | $1,062   | $26,183,491 |
| 2084 | 107 | 0.04%  | $686     | $26,184,176 |

TABLE 1 (Continued)

PRESENT VALUE OF LOST INSURANCE INCOME
Reduced by Survival Probabilities

<- May 2005 Present Values ->

| Year | Age | Survival Probabilities | Income: No-Incident | Cumulative Lost Income |
|------|-----|------------------------|---------------------|------------------------|
| 2085 | 108 | 0.02% | $423 | $26,184,599 |
| 2086 | 109 | 0.01% | $262 | $26,184,861 |
| 2087 | 110 | 0.01% | $153 | $26,185,014 |

Total: $26,185,014

Signature Page

Future analysis and testimony will be billed at $300 per hour.

_____    5/13/05
Richard B. Edelman          Date

## RESUME - FEBRUARY 2005

**RICHARD BRUCE EDELMAN**
8515 Whittier Boulevard
West Bethesda, Maryland 20817-6816

**TELEPHONE/EMAIL:**

**Telephone**: 301-469-9575; 1-800-257-8626;
**Website:**    www.economic-analysis.com

## EMPLOYMENT

Professor Emeritus, Department of Finance and Real Estate, The American University, January 2004 - Present.

Professor of Finance, Department of Finance and Real Estate, The American University, September 1983 - December 2003. (Chairman 1985 - 1987; Tenure granted in 1987.)

Director of Economic and Regulatory Research, Communications Satellite Corporation, Washington, D.C., 1980 - 1983.

Associate Professor of Finance, Department of Finance, University of Hawaii, 1978 - 1980. (Tenure granted in 1980.)

Assistant Professor of Finance, Department of Finance, University of Hawaii, 1975 - 1977.

Instructor of Finance, University of Maryland, 1970 - 1975.

## EDUCATION

Doctor of Business Administration, 1975, University of Maryland. Major Area: Financial Economics. Dissertation Area: Public Utility Financial Economics.

Master of Business Administration, 1970, University of Maryland. Major Area: Finance.

Bachelor of Science with High Honors, 1968, University of Maryland. Major: Business Administration - Finance.

1

**RESUME**
**RICHARD BRUCE EDELMAN**

**PUBLICATIONS**

The Effect of Announcements of Corporate Misconduct and Insider Trading on Shareholder Returns, Business and Professional Ethics, Spring 1999.

The Market Reaction to Discontinuing Regular Stock Dividends, The Financial Review, November 1997.

The Impact of Implementing the Airline Deregulation Act on Stock Returns, Journal of Economics and Finance, Spring 1996.

Competition Versus Consolidation of Order Flow: Common Stock Listing on Dual Domestic Exchanges, Quarterly Journal of Business and Economics, Autumn 1995.

The Post-Dual Listing Anomaly, Journal of Economics and Business, October 1994.

The Post-Listing Returns Anomaly Revisited, Quarterly Journal of Business and Economics, Spring 1994.

Listing Effects on Short Sales, Southern Business Review, Fall 1993.

The Impact of Company Pre-Listing Attributes on the Market Reaction to New York Stock Exchange Listing, Financial Review, August 1993.

AMEX-to-NYSE Transfers: Market Microstructure and Shareholder Wealth, Financial Management, Winter 1992. Abstracted in The CFA Digest, Summer 1993.

The Decision to Change a Stock's Listing from AMEX to NYSE: Impact on Price and Volume, Western Decision Sciences Institute Proceedings, Spring 1992.

The Effect on Bid-Ask Spreads of Switching to the NASDAQ National Market System, The Financial Analysts Journal, January/February 1992. Abstracted in Bowne's Review for CFO's and Investment Bankers, June 1992.

The Signaling Effects of AMEX Listing, Akron Business and Economic Review, Summer 1991. Abstracted in Bowne's Review for CFO's and Investment Bankers, September 1991.

**RESUME**
**RICHARD BRUCE EDELMAN**

**PUBLICATIONS** (Continued)

OTC Market Switching and Stock Returns: Some Empirical Evidence,
    Journal of Financial Research, Winter 1990.

Valuation Implications of AMEX Listings: A Joint Test of the Liquidity
    and Managerial Signalling Hypothesis, Quarterly Journal of Business
    and Economics, Winter 1990.

Liquidity and Stock Exchange Listing, Financial Review, May 1990.

The Relationship Between Inclusion on the National Market System and
    Stock Returns: An Empirical Investigation (Abstract), Proceedings:

The Relationship Between Inclusion on the National Market System and
    Stock Returns: An Empirical Investigation (Abstract), Proceedings:
    Washington Consortium Schools of Business Annual Forum, May 1990.

Delisting Effects on Common Stock Prices, Southern Business Review,
    Spring 1989.

The Market Reaction to AMEX Listings: A Test of the Informational Value
    Hypothesis, (Abstract), Proceedings: Washington Consortium Schools of
    Business Annual Forum, May 1989.

Merger, Disinvestment and the Limit to Diversification: An Empirical Study
    of Mergers, (Abstract), Proceedings: Washington Consortium Schools of
    Business Annual Forum, May 1989.

A Survey of Management Views on Dividend Policy, Advances in Business
    Financial Management: A Collection of Readings, Dryden Press, 1989.

The Dynamics of Neglect and Return (Abstract), The CFA Digest, Spring
    1988.

Reply: The Dynamics of Neglect and Return, The Journal of Portfolio
    Management, Winter 1988.

The Dynamics of Neglect and Return, The Journal of Portfolio Management,
    Fall 1987.

3

**RESUME**
**RICHARD BRUCE EDELMAN**


**PUBLICATIONS** (Continued)

Corporate Dividends: Views of the Policymakers, Akron Business and
  Economic Review, Winter 1986.

A Survey of Management Views on Dividend Policy (Abstract), The CFA
  Digest, Spring 1986.

Properties of Utility Company Betas, Akron Business and Economic
  Review, Spring 1986.

A Survey Of Management's Views on Dividend Policy, Financial
  Management, Fall/Winter, 1985.

An Analysis of Public Utility Dividend Policy in the Changing Regulatory
  Environment (Abstract), The Financial Review, August 1985.

Public Utility Dividend Policy: A Survey and Recommendations for Change,
  Public Utilities Fortnightly, February 21, 1985.

An Analysis of Issues Involving Corporate Dividend Policy (Abstract with
  H. Kent Baker and Gail Farrelly), The Financial Review, June 1984.

Telecommunications Betas: Are They Stable and Unique?, The Journal of
  Portfolio Management, Fall 1983.

Rate Base Valuation and Its Effect on the Rate-of-Return in the Electric
  Utility Industry, Public Utility Fortnightly, September 2, 1982.

A Note on the Use of Beta in Regulatory Proceedings: An Empirical
  Examination, Proceedings of the Eastern Finance Association, July 1982.

A Note on Using Principle Component Analysis to Rate Bonds, Review of
  Business and Economic Research, Spring 1982.

Rate Base Valuation and Its Effect on the Rate-of-Return, Proceedings:
  Pacific Telecommunications Conference, Spring 1981.

A New Approach to Ratings on Utility Bonds: Reply, The Journal of
  Portfolio Management, Summer 1980.

4

**RESUME**
**RICHARD BRUCE EDELMAN**

**PUBLICATIONS** (Continued)

A Numerical Rating System for Eurobonds Issued by U.S. Firms (Abstract),
Eastern Finance Association Proceedings, April 1979.

A New Approach to Ratings on Utility Bonds, The Theory and Practice of
Bond Portfolio Management, Volume II, Institutional Investor
Books: New York, 1980.

A New Approach to Ratings on Utility Bonds, The Journal of Portfolio
Management, Spring 1979.

The Impact on Electric Utility Bond Ratings When Substituting Debt for
Preferred Stock, Financial Management, Spring 1979.

Handbook of Wealth Management (Review), Journal of Finance, May 1978.

An Objective Technique to Score Publicly Issued Bonds (Abstract), Eastern
Finance Association Proceedings, April 1978.

A Filter Rule Program for the Undergraduate Investment Course, Journal
of Financial Education, Fall 1977.

Predicting Common Stock Price Appreciation in Efficient Markets: Cross
Section Screening Tests of Historical and Perfectly Predicted Accounting
Information, Southern Business Review, Fall 1977

Using Statistical Models to Rate Municipal Bonds, Proceedings: Creating
Investor Confidence for Municipal Bonds, Lincoln Institute of Land
Policy, June 1977.

Underwriters' Commissions on Utility Securities from 1970 to 1976, Public
Utilities Fortnightly, March 3, 1977.

Hawaiian Electric Company: A Rate of Return Case Study, Intercollegiate
Case Clearing House, February 1977.

The Relationship Between Bond Ratings and Preferred Stock Financing in
the Electric Utility Industry, American Institute of Decision
Sciences Proceedings, November 1976.

**RESUME**
**RICHARD BRUCE EDELMAN**


## WORK IN PROGRESS

Liquidity and Size Effects: Replicating the U.S. Event Studies.

Impact of Degregulation in the Cable TV Industry: Valuation Effects on Outstanding Common Stock, with Martha Kroph.


## MEDIA INTERVIEWS AND PUBLICATIONS

Impact of Energy Costs on Food Prices, WRC-TV, Washington D.C., October 2004.

SEC Regulation of Hedge Funds, Chicago Tribune, July 2004.

Determination of Net Worth of Privately Held Corporations, Pittsburgh Tribune Review, December 2003.

Economic Implications of the Tax Cut, Boston Globe, May 2003.

Domestic and International Economic Conditions, XM Radio, May 2003.

Determinants of Stock Price Movements, Associated Press, October 2002.

Treatment of Financial Data by the SEC, Scripps Howard News Service, July 2002.

Shareholder Voting Characteristics, Times Herald, April 2002.

Characteristics of U.S. 401k Plans, BBC World Service, January 2002.

The Expert Witness in Economic Litigation, Fortune Small Business Edition, August 2001.

The Economic Outlook in the Washington, D.C. Area, Metro News Network, January 2001.

Professional Salary Levels in the U.S. Economy, Chicago-Sun Times, December 2000.

**RESUME**
**RICHARD BRUCE EDELMAN**

**MEDIA INTERVIEWS AND PUBLICATIONS** (Continued)

Impact of CPI Revisions on U.S. Economic Activity, <u>NPR All Things Considered</u>, September 2000.

Overseas IPO Financing, <u>Washington Business Journal</u>, July 2000.

Academic vs. On-Line Courses for Investors, <u>Christain Science Monitor</u>, Nov. 1999.

Effects of Wall Street Layoffs on the Economy, <u>Newhouse Papers</u>, October 1998.

Unemployment in the District of Columbia, <u>Washington Times</u>, April 1998.

Determining Economic Damages in Wrongful Death Civil Actions, <u>The Associated Press</u>, March 1998.

The NASDAQ-AMEX Merger, <u>USA Today</u>, March 1998

Calculating the CPI using the Arithmetic and Geometric Means, <u>NPR's Marketplace</u>, April 1997.

The Relationship Between the Congress, Executive Branch and the Federal Reserve, <u>Bloomberg Business News</u>, June 1996.

The Effect of FRB Interest Rate Changes on Economic Activity, <u>Hearst Newspapers</u>, July 1995.

Personal Finance and Investment Strategies, <u>Boston Globe</u>, June 1994.

Comments on the Decline in Durable Goods Orders, <u>Christian Science Monitor Radio</u>, August 1993.

Financial Implications of the IBM Restructuring, <u>Toronto Sun</u>, July 1993.

Factors Behind the Increase in Housing Prices, <u>NBC Radio News</u>, February 1993.

7

**RESUME**
**RICHARD BRUCE EDELMAN**

**MEDIA INTERVIEWS AND PUBLICATIONS** (Continued)

Arbitration in the Securities Industry, The Boston Globe, The Baltimore Sun,
The Houston Post, The Miami Herald, July 1991.

Economic Conditions in the Washington Area, (30 Minute Segment with Diane
Rehm), WAMU Radio, Washington, DC, June 1991.

Economic Recovery in the U.S., CS Monitor Radio, May 1991.

The Recession and Interest Rates, (One Hour Segment with Derek McGinty),
WAMU Radio (Washington, DC), May 1991.

The Implications of Twenty-Four Trading on the NYSE, Associated Press and
NBC News, May 1991.

The Economic Outlook for 1991, WRC Radio (Washington, DC), May 1991.

The Economic Outlook for Energy Prices, Northern Virginia/Springfield Times,
April 1991.

IBM's Stock Price and its Reaction to Lowered Earnings Announcement,
NBC/Mutual Radio Network News, March 1991.

Financial and Economic Analysis: What to Expect from an Expert Witness,
Virginia Lawyers Weekly, March 1991.

Commentary on Interest Rates, the Stock Market and Currencies, WPGC
Business Radio (Washington, DC), February 1991.

The U.S. Deficit After the Persian Gulf War, Yomiuri Shimbun (Tokyo),
January 1991.

Financing Military Operations in the Middle East, KSDO Radio (San Diego),
January 1991.

The Financial Outlook for 1991, CBS News Nightwatch, January 1991.

Bond Rating Agencies and International Financing, Associated Press,
January 1991.

9

**RESUME**
**RICHARD BRUCE EDELMAN**


**MEDIA INTERVIEWS AND PUBLICATIONS** (Continued)

Clinton's Inaugural Speech: Economic Implications, <u>Bloomberg Business News</u>, January 1993.

Prospects for an Economic Recovery, <u>WTOP Radio</u>, January 1993.

Causes of Housing Start Declines, <u>NBC Television News</u>, December 1992.

Investments in a Period of Low Inflation, <u>Boston Globe</u>, September 1992.

Housing Prices in Various Regions in the U.S., <u>NBC News</u>, August 1992.

The Investment Scene for 1992, <u>WRC-TV News</u>, (Washington, DC), Dec. 1991.

High-end Retail Bankruptcies, <u>NBC News</u>, December 1991.

Outlook for Retailing and the Economy in 1992, <u>Fox Morning News</u>, Nov. 1991.

The Implications of Rising Unemployment Figures, <u>National Public Radio Morning Edition</u>, November 1991.

The Outlook for Stock Prices, <u>NBC Radio News</u>, November 1991.

Reasons for the 70 Point Drop in the Dow Average, <u>NBC Radio News</u>, November 1991.

The Outlook for Treasury Auction Policy, <u>Associated Press</u>, <u>Bloomberg Business News Wire</u>, September 1991.

The Salomon Brothers Resignations, <u>NBC News</u> and Diane Rehm Show, <u>WAMU Radio</u>, August 1991.

Stock Prices and Changes in the USSR, <u>Voice of America</u>, August 1991.

Gasoline Prices in the Washington Area, <u>The Springfield Times</u>, August 1991.

The IBM-Apple Agreement and Anti-Trust, <u>Associated Press</u>, July 1991.

**RESUME**
**RICHARD BRUCE EDELMAN**

**MEDIA INTERVIEWS AND PUBLICATIONS** (Continued)

Investment Planning for the 1990's (One Hour Segment with M. Coats),
    WAMU Radio (Washington, DC), December 1990.

The Recession and the Economic Outlook, WTTG-Television (Washington, DC)
    December 1990.

The Financial Outlook for the Christmas Shopping Season, WASH Radio
    (Washington, DC), December 1990.

Structural Problems in the Retailing Industry, WRC Radio (Washington, DC),
    Voice of America, KPSI Radio (Palm Springs) and WTAE Radio (Pittsburgh),
    November 1990.

Trends in Consumer Bankruptcies, NBC Radio Network News, November 1990.

The Outlook for Gasoline Prices in the United States, KSDO, November 1990.

Financial Impact of Airport Construction, Christian Science Monitor,
    November 1990.

Housing Start Declines, NBC Radio Network News, October 1990.

Municipal Bonds and Their Role in Financing Cities in the United States,
    Voice of America, September 1990.

Economic Impact of Increased Energy Prices, Dallas Times Herald, August
    1990.

The Outlook for International Energy Prices, WUSA-Television Evening News,
    (Washington, D.C.), August 1990.

Oil Prices in the Washington Area, WUSA-Television Evening News,
    (Washington, D.C.), August 1990.

The International Oil Pricing Situation, KSDO Radio (San Diego), August 1990.

Financing Strategies for New Businesses, Newsday, July 1990.

10

**RESUME**
**RICHARD BRUCE EDELMAN**

**MEDIA INTERVIEWS AND PUBLICATIONS** (Continued)

The Dow Record High and Interest Rates, <u>NBC Radio News</u>, July 1990.

Financing Strategies and Economic Implications (One Hour Segment), The Mike
  Cuthbert Show, <u>WAMU Radio</u> (Washington, D.C.), June 1990.

The Donald Trump Leverage Crisis, <u>The Christian Science Monitor</u>, <u>WCCO
  Radio</u> (Minneapolis), <u>WPBR Radio</u> (Palm Beach), <u>KMOX Radio</u> (St. Louis),
  <u>KLBJ Radio</u> (Austin), June 1990.

Housing Prices in the United States, <u>NBC Radio Network News</u>, June 1990.

The Garfinkles Department Store Bankruptcy, <u>WTOP Radio News</u>, (Washington,
  D.C.), June 1990.

Reaction to Private Placements in the United States by Japanese
  Firms, <u>The Voice of America</u>, June 1990.

Implications of Low Operating Margins, <u>Forbes</u>, May 1990.

The Record Dow-Jones High, <u>ABC Radio Network News</u>, May 1990.

Reaction of the Securities Markets to the Milken Agreement, <u>CBS Radio
  Network News</u>, <u>The Christian Science Monitor</u>, <u>WHUR-FM Evening
  News</u>, April 1990.

The Economic Downturn and Bankruptcies in the Washington Area, <u>The
  Washington Post</u>, April 1990.

Financial Implications of Changes in AT&T's Contributions to Non-Profit
  Institutions, <u>NBC Nightly News with Tom Brokaw</u>, April 1990.

The Drexel Burnham Lambert Bankruptcy, <u>WTTG-Television Evening News</u>,
  (Washington, DC) February 1990.

The Financial and Economic Outlook for 1990, <u>ABC Radio Network
  News</u> and <u>ABC Radio Perspectives</u>, December 1989.

Leveraged Buyouts and Retailing, <u>KING-TV</u>, (Seattle), December 1989.

RESUME
RICHARD BRUCE EDELMAN


**MEDIA INTERVIEWS AND PUBLICATIONS** (Continued)

Industry Performance in 1989, <u>NBC/Mutual Radio Network News</u>, November 1989.

The October 1989 Stock Market Price Decline, <u>NBC's Today Show</u>, October 1989.

The Stock Market Outlook, <u>WTTG-Television Evening News</u>, October 1989.

Taking a Gamble on U.S. Memories, <u>Los Angeles Times</u>, July 2, 1989.

Deregulation: Views From the Academy, <u>Business Week</u>, January 26, 1987.

A Discussion of the Washington Area Scatter Plan, <u>The Washington Post</u>, January 14, 1984.

Producer and Speaker, Personal Finance: A Weekly Segment on the Evening News, <u>KITV Television</u>, Honolulu, 1980.

Bonds Continue to be Popular with Investors, <u>Pacific Business Review</u>, December 26, 1977.

Market Efficiency: A Test of Investor Proficiency, <u>Pacific Business Review</u>, December 20, 1976.

**PRESENTATIONS**

Disscusant, The Time Series Behavior of the Medical Cost Net Discount Rate: Implications for Total Offset and Forecasting, <u>Southern Economics Association</u>, November 2001.

The Effects of Accouncements of Corporate Misconduct and Insider Trading on Shareholder Returns, <u>Eastern Finance Association</u>, April 1999.

The Role of Financial and Economic Analysis in Wrongful Death Litigation, <u>Maryland State Bar Association</u>, June 1997.

Discontinuance of Common Stock Dividends, Pre-discontinuance Attributes and the Impact on Price Behavior, <u>Decision Sciences Institute</u>, November 1994.

**RESUME**
**RICHARD BRUCE EDELMAN**


**PRESENTATIONS** (Continued)

Market Behavior Around a Change in Dividend Policy: The Case of
Discontinuing Regular Stock Dividends, <u>Southern Finance Association</u>,
November 1994.

The Market Reaction to Discontinuing Regular Stock Dividends, <u>Financial
Management Association</u>, October 1994.

The Post-Dual Listing Anomaly, <u>Southern Finance Association</u>, November 1993.

Trading Architecture, Stock Returns and Liquidity: An Examination of Dual
Listed Stocks, <u>Decision Sciences Institute</u>, November 1993.

Dividend Discontinuance: Signaling from Stock Dividends, <u>Eastern Finance
Association</u>, April 1993.

The Feasibility of Direct Capital Market Participation and The Development
of Cash Management Systems by the U.S. Postal Service, The House
Subcommittee on Postal Operations and Services, <u>United States Congress</u>,
Washington, DC, August 1992.

The Listing Effects of Short Sales, <u>Southern Finance Association</u>, November
1992.

The Decision to Change a Stock's Listing from AMEX to NYSE:  Impact on
Price and Volume, <u>Western Decision Sciences Institute</u>, March 1992.

The Post-Listing Returns Anomaly Revisited, <u>Financial Management Association</u>,
October 1991.

The Effect of Exchange Listing on the Trading Volume: Empirical Evidence
and Explanation, <u>Eastern Finance Association</u>, April 1991.

A Joint Test of the Liquidity and Managerial Signaling Hypotheses,
<u>Southwestern Finance Association</u>, March 1991.

The Effect of a Change in Marketplace on Bid-Ask Spreads, <u>Southern
Finance Association</u>, November 1990.

13

**RESUME**
**RICHARD BRUCE EDELMAN**


**PRESENTATIONS** (Continued)

The Joint Impact of Company Pre-Listing Attributes on NYSE Post-Listing
Returns, Southern Finance Association, November 1990.

Wealth Effects of Listing on the New York Stock Exchange, Financial
Management Association, October 1990.

The Relationship Between Inclusion on the National Market System and
Stock Returns: An Empirical Investigation, Washington Consortium
Schools of Business, March 1990.

Trading Architecture, Stock Returns and Liquidity: An Examination of Dual
Listed Stocks, Decision Sciences Institute, November 1993.

OTC Market Switching and Stock Returns: Some Empirical Evidence,
First National Bank of Maryland Colloquia in Finance (Invited Paper),
University of Maryland, March 1990.

The Price Behavior of Common Stocks Surrounding Inclusion on the
NASDAQ National Market System, Southwestern Finance Association,
March 1990.

Value Implications of AMEX Listings: A Joint Test of the Liquidity and
Managerial Signalling Hypothesis, Financial Management Association,
October 1989.

The Informational Effects of AMEX Listing, The Eastern Finance
Association, April 1989.

Merger, Disinvestment and the Limits to Diversification: An Empirical Study,
Midwest Finance Association, March 1989 and Washington Consortium
Schools of Business, April 1989.

The Informational Value of Listing on the American Stock Exchange,
Southwest Finance Association, March 1989.

The Effect of a Change in Marketplace on Bid-Ask Spreads, Southern
Finance Association, November 1990.

**RESUME**
**RICHARD BRUCE EDELMAN**


**PRESENTATIONS** (Continued)

Market Reaction to American Stock Exchange Listing: A Test of the
Marketability Gains Hypothesis, The Southern Finance Association,
November 1988 and Finance Faculty Seminar Series, The American
University, November 1988.

Discussant, Junk Bond Pricing and The LTD Bankruptcy, The Financial
Management Association, October 1988.

The Marketability Gains Hypothesis, The Financial Management
Association, October 1988.

Discussant, Electric Utilities and the APT, The Financial Management
Association, October 1988.

Dividend Reinvestment Plans Among Utilities: A Survey of Current
Practices, The Eastern Finance Association, April 1988.

The Effect of NASDAQ/NMS Inclusion on the Price Behavior of Common
Stock, The Eastern Finance Association, April 1988.

Dividend Reinvestment Plans: A Survey of Current Practice, Midwest
Finance Association, April 1988

A Survey of Management Attitudes Toward Stock Exchange Listing,
Southwestern Finance Association, March 1988.

The Effects of Delisting on the Price Behavior of Common Stocks, Financial
Management Association, October 1987.

Discussant, Market Response to Regulation: The Case of Nuclear Power,
Financial Management Association, October 1987.

Discussant, The Effect of Chernobyl on Electric Utility Stock Prices, The
Eastern Finance Association, April 1987.

The Dynamics of Popularity Flow and Common Stock Returns, Washington
Consortium Schools of Business, February 1987 and Finance Faculty
Research Seminar Series, March 1987.

15

**RESUME**
**RICHARD BRUCE EDELMAN**


**PRESENTATIONS** (Continued)

Impact of Decay in Neglected Firm Effects on Common Stock Returns,
    <u>Southern Finance Association</u>, November 1986.

The Relationship Between Neglected Firm Returns and Institutional
    Ownership, <u>Financial Management Association</u>, October 1986.

Discussant, Quality Adjusted Total Return Indexes for Corporate Bonds,
    <u>Financial Management Association</u>, October 1986.

Capital Budgeting Applications in the Print Media, <u>Department of Defense</u>,
    October 1985.

Discussant, Depreciation Risk in the Public Utility Regulatory Environment,
    <u>Financial Management Association</u>, October 1985.

Discussant, Investors' Perceptions of Airline, Trucking and Natural Gas
    Deregulation Acts, <u>Eastern Finance Association</u>, April 1985.

An Analysis of Public Utility Dividend Policy in the Changing Regulatory
    Environment, <u>Eastern Finance Association</u>, April 1985.

Discussant, Government Bond Portfolios: A Multifactor Model for Portfolio
    Selection, <u>Financial Management Association</u>, October 1984.

Discussant, Mutual Fund Performance and Risk Level Differences by
    Objectives, 1972-1981, <u>Eastern Finance Association</u>, April 1984.

Sources of Financing for New Start-up Businesses, Entrepreneurism Day,
    <u>The American University</u>, March 1984.

Discussant, Differences Among Subsidiaries of Electric Utility Holding
    Companies, <u>Southern Finance Association</u>, November 1983.

Analyzing Dividend Policy: A Questionnaire Survey, (with H. Kent Baker and
    G. Farrelly), <u>Financial Management Association</u>, October 1983.

**RESUME**
**RICHARD BRUCE EDELMAN**

**PRESENTATIONS** (Continued)

Discussant, Asymmetry of Information, Incentives and Optimal Procurement Contracts for the Regulated Firm, <u>Western Finance Association</u>, June 1983.

Discussant, Synthetic Fixed Rate Instruments for Utility Companies, <u>Southern Finance Association</u>, November 1982.

The Influence of Product Market Variables on Systematic Risk: Empirical Results, <u>Financial Management Association</u>, October 1982.

Evolution of Telecommunications Regulation, Seminar on Business and Government Relations, <u>The American University</u>, April 1982.

A Note on the Use of Beta in Regulatory Proceedings: An Empirical Examination, <u>Eastern Finance Association</u>, April 1982.

Discussant, A Multivariate Analysis of Public Utility Preferred Stock Ratings, <u>Financial Management Association</u>, October 1981.

Discussant, Dividend Yield, Regulation and Public Utility Return, <u>Western Finance Association</u>, June 1981.

Discussant, An Analysis of Mutual Fund Performance: Diversification Through Selection, <u>Eastern Finance Association</u>, April 1981.

Rate Base Valuation and Its Effect on the Rate of Return in the Electric Utility Industry: Revisited, <u>Pacific Telecommunications Conference</u>, January 1981.

Determination of the Rate of Return in the Regulated Environment, <u>Hawaiian Telephone Management Seminar</u>, June 1980.

Rate Base Valuation and Its Effect on the Rate of Return in the Electric Utility Industry: Revisited, <u>Financial Management Association</u>, October 1979.

Numerically Evaluating the Quality of Newly Issued State Bonds, <u>Western Finance Association</u>, June 1979.

17

**RESUME**
**RICHARD BRUCE EDELMAN**


**PRESENTATIONS** (Continued)

A Numerical Rating System for Eurobonds Issued by U.S. Firms (with F.D.S. Choi), Eastern Finance Association, April 1979.

Cost Analysis of Alternative Care Home Treatment Facilities, Hawaii State Senate, Spring 1978.

Determination of the Rate of Return in the Regulated Environment, Hawaiian Telephone Management Seminar, August 1978.

Using COMPUSTAT for Financial Analysis, Technical Update Seminar Series, University of Hawaii, October 1977.

Using Statistical Models to Rate Municipal Bonds, Lincoln Institute of Land Policy, (Invited Paper), May 1977.

Predicting Common Stock Price Appreciation in Efficient Markets, Faculty Seminar, University of Hawaii, April 1977.

Numerically Scoring Electric Utility Bonds, Faculty Seminar, University of Hawaii, February 1977.

Hawaiian Electric Company Case Study, Intercollegiate Case Clearing House Workshop, December 1976.

The Relationship Between Bond Ratings and Preferred Stock Financing in the Electric Utility Industry, American Institute for Decision Sciences, (National Meeting), November 1976.

Bond Ratings and Yield Differentials in the Electric Utility Industry, Financial Management Association, October 1976.

Cost of Service, Rate Base and Rate of Return Determination in the Utility Sector, Seminar on Utility Regulation, University of Hawaii, August 1976.

Discussant, Bond Risk Premia, Western Finance Association, June 1976.

**RESUME**
**RICHARD BRUCE EDELMAN**


**PRESENTATIONS** (Continued)

Applications of Multivariate Analysis in Financial Research, Information and
Computing Sciences Seminar, <u>University of Hawaii</u>, April 1976.

The Sensitivity of Bond Ratings to Capital Structure Modifications, Faculty
Seminar, <u>University of Hawaii</u>, March 1976.


**COURSES TAUGHT:**

Graduate:

Managerial Finance
Security Analysis
Short Term Funds Management
Advanced Financial Management

Undergraduate:

Business Finance
Cases in Financial Management
Investment Analysis
Public Utility Regulation and Economics
Management Theory
Business Enterprise


**SERVICE**

Expert Witness, Moot Court, Washington College of Law, <u>American University</u>,
January 2005.

Reviewer, Patent Infringement: A Statistical Analysis of Royalty Rates in Recent
Court Cases, <u>Journal of Forensic Economics</u>, August 2004

Reviewer, Copyright, Patent and Trademark Infringement: A Framework for
Calculating Plaintiffs' Damages, <u>Journal of Forensic Economics</u>, December
2002.

**RESUME**
**RICHARD BRUCE EDELMAN**

**SERVICE** (Continued)

Reviewer, Empirical Evidence on the Effects of Delisting from the NMS,
<u>Journal of Economics and Finance</u>, July 2002.

Member, University Benefits Committee, <u>The American University</u>, 2002-
2003.

Member, Rank and Tenure Committee, Kogod School of Business
Administration, <u>The American University</u>, 2001 - 2003.

Member, Dean's Communication Committee, Kogod School of Business,
<u>The American University</u>, 2001 - 2003.

Reviewer, Do Institutions Care About Market Structure? A Case Study of Listing
Firms, <u>Journal of Economics and Finance</u>, September 2001.

Reviewer, Simultaneous Equations in Antidumping Investigations, <u>Journal of
Forensic Economics</u>, February 2001.

Reviewer, Corporate Finance Track, <u>Washington Area Finance Association
2001 Conference</u>, 2001.

Member, Editorial Board, <u>Journal of Forensic Economics</u>, December 2000-Present.

Reviewer, Exogenous Cash: Testing Financing Constraints on Inventory
Investment  Using Dynamic Panels with Additional Information from Annual
Reports", <u>The Quarterly Review of Economics and Finance</u>, December 2000.

Member, Auxiliary Services Project Team, American University, 2000-Present.

Member, Educational Policy Committee, Kogod School of Business, 1999 - 2001.

Member, Rank and Tenure Committee, Kogod College of Business
Administration, <u>The American University</u>, 1997 - 1999.

Member, University Physical Plant Committee, <u>The American University</u>,
1997-98.

Expert Witness, Moot Court, Georgetown University School of Law, March 1999.

**RESUME**
**RICHARD BRUCE EDELMAN**


**SERVICE** (Continued)

Member, Program Committee - 1998 Meeting, <u>Eastern Finance Association</u>.

Member, Department Personnel Committtee, Kogod College of Business
    Administration, 1997 - Present.

Reviewer, Predicate Studies and Regression Analysis: A Look at Dade County,
    <u>Journal of Forensic Economics</u>, December 1996.

Reviewer, Liquidity Effects of Commercial Bank Stocks Switching from the
    NASDAQ to the NYSE, <u>Journal of Economics and Business</u>, July 1995.

Reviewer, Testing for Liquidity Gains in the Market Reaction to National Market
    System 'Phase-Ins', <u>Financial Review</u>, December 1994; August 1995.

Member, Field Studies Committee, Kogod College of Business, <u>The American
    University</u>, 1994.

Reviewer, The Effects of Stock Exchange Listing on the Financial
    Characteristics of Firms, <u>The Financial Review</u>, February 1994.

Reviewer, Liquidity, Visibility and the Value of Exchange Listing, <u>The Financial
    Review</u>, December 1993.

Reviewer, Comsat: An Innovative Twist on an Old Case, <u>Financial Practice and
    Education</u>, November 1993.

Reviewer, Interrelationship Among the Price Indexes of the NYSE, AMEX and
    OTC, A Note: <u>International Review of Economics and Finance</u>,
    September 1993 and July 1994.

Reviewer, Regulation and Systematic Risk in the Electric Utility Industry:
    A Test of the Buffering Hypothesis, <u>Journal of Financial Research</u>,
    May 1993 and July 1994.

Member, Rank and Tenure Committee, Kogod College of Business
    Administration, <u>The American University</u>, 1989 - 1993.

**RESUME**
**RICHARD BRUCE EDELMAN**

**SERVICE** (Continued)

Chairman, Faculty Research Committee, Kogod College of Business Administration, The American University, 1984-1998.

Member, University Computer Resources Committee, The American University, 1990-1996.

Chairman, University Computer Resources Subcommittee on Faculty Software Funding, The American University, 1990-1993.

Reviewer, An Examination of the Size Effect After Transaction Costs and With Alternative Market Proxies, Journal of Financial Research, January 1993.

Reviewer, Further Evidence on the Information Content of Bond Rating Change: A Test of the Differential Information Hypothesis, Financial Review, September 1992.

Chairman, Session on Futures and Mergers, Western Decision Sciences Institute, March 1992.

Member, University Computer Resources Subcommittee on Mainframe and Standards Issues, 1991-1992.

Member, University Computer Resources Subcommittee Long-Range Planning, 1992.

Member, Department of Finance and Real Estate Recruiting Committee, 1990.

Reviewer, The Impact of Elected Versus Appointed Public Regulatory Commissions on Mandated Rates of Return, Financial Management, September 1991.

Reviewer, The Theory and Practice of Finance in the 1990's, Financial Management, May 1991.

Member, Program Committee-1991 Annual Meeting, Southern Finance Association, 1991.

Reader, MS Comprehensive Examinations, The American University, April 1991.

**RESUME**
**RICHARD BRUCE EDELMAN**

**SERVICE** (Continued)

Reviewer, Fundamentals of Financial Management, 6th ed., (E. Brigham),
  Dryden Press, March 1991.

Reviewer, A Further Investigation of the Day-of-the-Week Effect in the OTC
  Market, Journal of Financial Research, February 1991.

Reviewer, Closed-End Bond Funds: Factors Affecting the Size of Their
  Discounts, Akron Business and Economic Review, February 1991,
  December, 1990, October 1990 and August 1990.

Reviewer, The Pricing of Callable Preferred Stock, Akron Business and
  Review, December 1990.

Speaker, Economic Outlook, The American University Northern New Jersey
  Alumni Meeting, Ridgewood, NJ, November 1990.

Reviewer, Leveraged Buyouts and Bondholder Wealth: The Role of Indenture
  Covenants, Akron Business and Economic Review, February 1991 and
  October 1990.

Reviewer, Information Content of Bond Ratings, Akron Business and Economic
  Review, September 1990.

Reviewer, The Determinants of Stock Prices, Journal of Financial Research,
  August 1990.

Reviewer, Wall Street: A Case in Ethics, Financial Practice and Education,
  August 1990.

Reviewer, "Changes in Working Capital Management Practices: 1988 v.
  1978", Financial Management, July 1990.

Reviewer, "Reclassification Announcements and Market Response: The
  Case of Junk Bonds", Akron Business and Economic Review, July 1990.

Reviewer, A Smoothing Methodology for Implementing the Residual
  Dividend Policy, Financial Management, March 1990.

23

RESUME
RICHARD BRUCE EDELMAN

**SERVICE** (Continued)

Reviewer, Mean-Reverting Stock-Bond Yield Spreads as a Premise for
Active Asset Allocation, Akron Business and Economic Review,
January 1990; July 1990.

Reviewer, Factors Affecting the Maturity Structure of Corporate Debt,
Journal of Financial Research, May 1990.

Reviewer, Corporate Dividend Policy and the Partial Adjustment Model,
Journal of Economics and Business, December 1989.

Reviewer, The Issuer Effect in the Secondary Market for Default
Risk Insured Tax-Exempt Bonds, Journal of Financial Research,
December 1989.

Member, Subcommittee on Communications: University Computer
Resources Committee, The American University, 1989-91.

Reader, MS Comprehensive Examinations, Fall 1989.

Reviewer, An Analysis of Bond Fund Performance, Akron Business
and Economic Review, November 1989.

Member, Faculty Teaching and Development Committee, Department of
of Finance, The American University, 1989-1990.

Reviewer, Are Rate Base Regulated Companies Being Slighted Due to
Mis-stated Market ROE's?, Financial Management, October 1989.

Reviewer, The Search for Industry Financing Patterns, Akron Business and
Economic Review, August 1989.

Reviewer, Security Returns, Institutional Investors and the CAPM, Journal
of Financial Research, July, 1989.

Reviewer, A Survey of Stock Repurchase Motivations and Practices of
Major U.S. Corporations, Financial Management, May 1989.

**RESUME**
**RICHARD BRUCE EDELMAN**

**SERVICE** (Continued)

Reviewer, An Examination of the Simultaneity Between Bond Yields and
Credit Ratings, Akron Business and Economic Review, April 1989.

Reviewer, Debt Extinguishment: Analysis of the Available Alternatives,
Akron Business and Economic Review, April 1989.

Reviewer, Risk Adjusted Discount Rates and Capital Project Selection: A
Note, Akron Business and Economic Review, March 1989.

Reviewer, What Corporate Managers Think About Capital Structure Theory:
A Survey, Financial Management, March 1988, February 1989.

Member, Subcommittee on Graduate Administrative Procedures,
The American University, 1989.

Reader, MS Comprehensive Examinations, 1988-1989.

Advisor, Faculty Renewal Program, The American University, 1988-89.

Reviewer, Vertical Integration and Regulation in the Electric Utility Industry,
Akron Business and Economic Review, November 1988.

Reviewer, A New Approach for Jointly Evaluating the Six C's of Loan
Analysis, Akron Business and Economic Review, August 1988.

Reviewer, Dividend Payout Policy Related to Tobin's Q-Ratio, Financial
Management, August 1988.

Reviewer, A Reexamination of the Effect of Personal Taxes and Dividends
on Capital Asset Prices, Akron Business and Economic Review, August
1988.

Reviewer, A Reexamination of Residuals Around the Ex-Dividend Date,
Akron Business and Economic Review, May 1988.

Reviewer, Traditional Determinants of Debt Ratios: Current Financial Theory
and Empirical Evidence, Akron Business and Economic Review,
March 1988.

**RESUME**
**RICHARD BRUCE EDELMAN**

**SERVICE** (Continued)

Member, Graduate Studies Committee, <u>The American University</u>, 1988.

Reviewer, Factors that Influence Public Utility Performance, <u>Akron Business and Economic Review</u>, March 1988.

Reviewer, Financial Management Techniques Used by Manufacturers, <u>Financial Management</u>, November, 1987.

Chairman, Market Responses to Dividend Signals Session, <u>Southern Finance Association</u>, November, 1987.

Reviewer, Quarterly Discounted Cash Flow Methodology in Utility Ratemaking, <u>Akron Business and Economic Review</u>, October 1987.

Chairman, Industry Deregulation: Risk and Responses Session, <u>Financial Management Association</u>, October 1987.

Reviewer, Debt Ratios: Current Financial Theory and Empirical Evidence, <u>Akron Business and Economic Review</u>, May 1987.

Reviewer, Corporate Dividend Policies in U.K. Public Companies, <u>Financial Management</u>, April 1987.

Chairman, Computer Software Acquisition Committee, Kogod College of Business Administration, <u>The American University</u>, 1987 - 1990.

Chairman, Department of Finance and Real Estate, Kogod College of Business Administration, <u>The American University</u>, 1985 & 1986.

Chairman, Ad Hoc Faculty Research Committee, Kogod College of Business Administration, <u>The American University</u>, 1984 - 1994.

Reader, MS Comprehensive Examinations, <u>The American University</u>, 1983 - 1990.

Reviewer, The Price/Sales Ratio: An Alternative to the Price/Earnings Ratio?, <u>Akron Business and Economic Review</u>, February 1987.

**RESUME**
**RICHARD BRUCE EDELMAN**


**SERVICE** (Continued)

Reviewer, The Borrow-and-Buy or Lease Decision for a Cooperative,
    Akron Business and Economic Review, December 1986.

Member, Editorial Review Board, Akron Business and Economic Review,
    1986 - 1991.

Reviewer, Nuclear Commitment by Utilities: Some Market Risk Perceptions,
    Akron Business and Economic Review, October 1986.

Reviewer, AFUDC and Electric Utility Valuation, Akron Business and
    Economic Review, October 1986.

Reviewer, Dividend Policy of Financial Institutions, Financial Management,
    August 1986.

Member, Dean's Council, Kogod College of Business Administration,
    The American University, 1985 - 1986.

Washington Coordinator, 1986 CFA Examination, The Institute of Chartered
    Financial Analysts, June 1986.

Member, Nominating Committee for the Nothman Award for Academic
    Research, The American University, April 1986.

Member, Business Research Forum Committee, Association of Washington
    Consortium Business Schools, 1984 - Present.

Reviewer, Capital Budgeting Practices, Financial Management, July 1985.

Reviewer, Standardized Unexpected Earnings, Journal of Financial
    Research, June 1985.

Member, Advisory Committee, Institute for Study of Regulation,
    1985 - 1986.


Participant, AU100 Retreat, The American University, December 1984.

**RESUME**
**RICHARD BRUCE EDELMAN**


**SERVICE** (Continued)

Member, KCBA Strategic Planning Committee, The American University, 1984-1985.

Member, MBA Program Committee, The American University, 1984-1985.

Reviewer, Deferred Taxes, Journal of Financial Research, 1984

Reviewer, Corporate Bond Betas, Journal of Economics and Business, 1984.

Commissioner, Advisory Neighborhood Commission 3-D, Government of the District of Columbia, 1984

Member, 1985 Program Committee, Eastern Finance Association.

Reviewer, Forecasting Methodologies, Senate Research Committee, The American University, March 1984.

Member, Kogod College of Business Ad Hoc Faculty Research Committee, The American University, 1983-1984.

Reviewer, Public Utility Rate Cases and Systematic Risk, Journal of Economics and Business, December 1983.

Chairman, Individual Investors and Financial Markets, Financial Management Association, October 1983.

Member, Ad Hoc Committee on Collegiate Chapters, Financial Management Association, 1982-1983.

Chairman, Fixed Income Contracts, Western Finance Association, June 1982.

Institutional Director, Financial Management Association, 1982-1984.

Reviewer, Journal of Economics and Business, 1981.

**RESUME**
**RICHARD BRUCE EDELMAN**

**SERVICE** (Continued)

Chairman, World Allocation Radio Conference Issues, Pacific
Telecommunications Conference, January 1981.

Reader, Return Characteristics of Fundamentally Screened Portfolios,

Chairman, Equity Risk Premia in an Inflationary Environment, Advanced
Seminar on Earnings Regulation, Institute for Study of Regulation,
November 1981.

Honors Thesis, University of Hawaii, May 1980.

Reviewer, A Single and Multiperiod Asset Pricing Model, Masters Thesis,
University of Hawaii, December 1979.

Reviewer, Cost of Capital and the Political Environment, The Journal of
Portfolio Management, December 1979.

Expert Witness, Financing Long Term Energy Alternatives, Hawaii State
Senate Committee on Public Utilities, August 1979.

Expert Witness, Economics of Energy Self-Sufficiency, Hawaii State Senate
Committee on Public Utilities, August 1979.

Consultant, Cost Analysis of Alternative Home Care Treatment Facilities,
Hawaii State Senate, April 1979.

Advisor to THC Depositors' Committee, (A Thrift and Savings Association),
1978.

Financial Project Advisor, Junior Achievement, 1978.

Faculty Advisor, Finance Club, University of Hawaii, 1978-1980.

Honors Council, University of Hawaii, 1977-78.

Faculty Advisor, Honors Program, University of Hawaii, 1977-1978.

Member, Graduate Governing Council, University of Hawaii, 1977-1978.

**RESUME**
**RICHARD BRUCE EDELMAN**


**GRANTS, AWARDS AND FELLOWSHIPS**

Member, Research Advisory Committee, <u>University of Hawaii</u>, 1977-1978.

Director, COMPUSTAT Development, <u>University of Hawaii</u>, 1977-1980.

Chairman, Department Personnel Committee, <u>University of Hawaii</u>, 1978.

Faculty Coordinator, Seminar on Public Utility Pricing and Demand
    Forecasting, <u>Hawaii Institute for Management Analysis in Government</u>,
    October 1977.

Chairman, College Curriculum Committee, <u>University of Hawaii</u>, 1976-1977.
    Faculty Coordinator, Seminar on Public Utility Regulation, <u>University of
    Hawaii</u>, 1976 and 1977.

Member, Information Systems Committee, <u>University of Hawaii</u>, 1975-1980.

UPS Faculty Scholar, "The Impact of Changing Airline Infrastructure on
    Equity Value", Research Grant: <u>The American University</u>, Summer 1994.

Nominated, Outstanding Ph.D. Alumnus Award, <u>The University of Maryland</u>,
    February 1994.

Nominated, Outstanding Teaching - Full Time Appointment, <u>Kogod College-
    The American University</u>, February 1994.

Award for Outstanding Scholarship, Research and Other Professional
    Contributions, Kogod College, <u>The American University</u>, 1992 Academic
    Year.

Research Grant, Dual Impact of Earnings Performance and Trading Activity on
    Common Stock Prices, <u>Kogod College, The American University</u>, Summer
    1991.

The American Association of Individual Investors Award for the
    Best Paper in Investments at the <u>Southwestern Finance Association</u>
    Annual Meeting, March 1990.

**RESUME**
**RICHARD BRUCE EDELMAN**


**OTHER ACTIVITIES**

Fellowship Awarded by Data-Tech Institute for a course in <u>Local Area Network Management</u>, August 1990.

Research Grant, Announcement Effects of Repurchase Tender Offers, <u>The American University</u>, Summer 1989.

Research Grant, Market Reaction to American Stock Exchange Listing: A Test of the Marketability Gains Hypothesis, <u>The American University</u>, Summer 1988.

Research Grant, Effects of NASDAQ/NMS Inclusion on the Price Behavior of Common Stock, <u>The American University</u>, Summer 1987.

Research Grant, Dividend Reinvestment Plans, Kogod College of Business Administration, <u>The American University</u>, 1986-1987.

Research Grant, Neglected Firm Returns and Institutional Ownership, <u>The American University</u>, 1985-1986.

Professor of the Year Award for Outstanding Teaching (College), <u>University of Hawaii</u>, 1979.

Professor of the Year Award for Outstanding Teaching (MBA), <u>University of Hawaii</u>, 1978.

Research Grant, Numerically Rating General Obligation State  Bonds, <u>University of Hawaii</u>, 1978.

Research Grant, Scoring U.S. Eurobonds, <u>University of Hawaii</u>, 1978.

Faculty Fellow, <u>Pacific Coast Banking School</u>, Seattle, August 1978.

Faculty Fellow, <u>Bank of Hawaii</u>, August 1976.

Seminar, Time Series Analysis and Forecasting with SPSS Trends, October 1993.

31

**RESUME**
**RICHARD BRUCE EDELMAN**


**OTHER ACTIVITIES** (Continued)

The Outlook for the Supply and Demand of Electric Power in the United States: Implications for the Industry and Regulatory Agencies, Nuclear Regulatory Commission, 1993.

An Economic Analysis of Nuclear Power Operations in New England, U.S. Nuclear Regulatory Commission, 1991.

Development of a Financial Information System to Evaluate the Financial Strength of Nuclear Reactor Operators, U.S. Nuclear Regulatory Commission, 1990.

Financial Advisor, Nuclear Reactor Regulatory Branch-Financial Evaluation Staff, U.S. Nuclear Regulatory Commission, 1990 - Present.

Textbook Review for Publisher, Brigham's Financial Management, 5th Edition, 1987; 6th Edition, 1991.

Development of a Financial Business Plan for Cellular Telephone Leasing, 1985.

Introduction to MUSIC, Academic Computer Services Seminar, The American University, July 1984.

Textbook Review for Publisher, Financial Software on Personal Computers, 1984.

Working Capital, Attrition, Depreciation and Construction Work in Progress, Testimony in Hawaii PUC Docket #4588, Hawaiian Telephone Company, 1983.

Pricing Cellular Telephone Service, 1983.

Valuation of a New High Technology Business, 1983.

Analysis of Bond Call Provisions, 1981.

**RESUME**
**RICHARD BRUCE EDELMAN**

**OTHER ACTIVITIES** (Continued)

Lecturer, Rate of Return in the Regulatory Environment, Hawaiian
   Telephone Management Seminar, June 1980.

Lecturer, Cost of Capital and Capital Budgeting for Telephone
   Utilities, Hawaiian Telephone Company, 1979.

Lecturer, The Economics of Real Estate, PMS School of Real Estate, 1979.

Textbook Review for Publisher, Public Utility Economics, 1979.

Meeting Ground Transportation Peaking Demand at an International Airport,
   Testimony to the Hawaii Public Utilities Commission, 1979.

Development of A Time Sharing Financial Information System, 1979.

Valuation of Lost Income in the Retail Food Sector, 1979.

Allocation of Fixed Costs for Rate making in a Water Utility, 1978.

Airline/Rental Car Anti-Trust Issues, 1978.

Financial Analysis of Agricultural Operations, 1978.

Textbook Review for Publisher, Managerial Finance, 1976.

Demand/Price Elasticity in Retail Foods, 1976.

Textbook Review for Publisher, Business Finance, 1976.

Textbook Review for Publisher, Financial Mathematics, 1973.


**PROFESSIONAL AFFILIATIONS**

American Academy of Economic and Financial Experts

American Board of Forensic Examiners

33

**RESUME**
**RICHARD BRUCE EDELMAN**

**PROFESSIONAL AFFILIATIONS** (Continued)

American Economics Association

American Finance Association

Decision Sciences Institute

Eastern Economic Association

Eastern Finance Association

Financial Management Association

Institute of Business Appraisers

Midwestern Finance Association

National Association of Forensic Economists

Southern Economic Association

Southern Finance Association

Southwestern Finance Association

Western Finance Association

**HONORARY SOCIETY**

Beta Gamma Sigma

EXPERT WITNESS TESTIMONY
Dr. Richard B. Edelman

| Case | Type | Status |
|------|------|--------|
| Lost Income - Melgar | Personal Injury | Deposed 2/05 Federal: S. MD |
| Lost Business Income - James | Employment | Trial 1/05 Arlington |
| Lost Income - Montgomery | Wrongful Death | Trial 1/05 Federal: N. MD |
| Lost Income - Wade | Discrimination | Deposed 1/05 Federal: D.C. |
| Lost Income - Johnson, T. | Personal Injury | Deposed 1/05 DC Superior |
| Lost Business Income - James | Employment | Deposed 12/04 Arlington |
| Lost Income - Kalkunte | Wrongful Discharge | Hearing 12/04 OHSA D.C. |
| Lost Income - Helal | Deportation | Deposed 12/04 Montgomery |
| Lost Income - Hudley | Wrongful Death | Trial 11/04 Federal: D.C. |
| Lost Income - Whittaker | Personal Injury | Trial (Video) 11/04 Arlington |
| Lost Income - Whittaker | Personal Injury | Deposed 11/04 Arlington |
| Lost Income - Pate et. al. | Defamation | Hearing 11/04 AAA |
| Lost Income - Williams, R. | Personal Injury | Deposed 11/04 DC Superior |
| Lost Income - Leahy | Wrongful Discharge | Deposed 10/04 DC Superior |
| Lost Income - Derringer | Wrongful Death | Deposed 9/04 Federal: D.C. |
| Lost Income - Gooch | Wrongful Discharge | Deposed 8/04 Federal: E. VA |
| Lost Income - Funes | Personal Injury | Deposed 8/04 Fairfax |
| Lost Income - Jones, M. | Personal Injury | Trial 8/04 Prince Georges |
| Lost Income - Persaud | Wrongful Discharge | Trial 8/04 Anne Arundel |
| Lost Income - Honesty | Personal Injury | Trial 8/04 Fairfax |
| Lost Income - Sterling | Wrongful Discharge | Trial 7/04 Montgomery |
| Lost Income - Reise | Wrongful Discharge | Deposed 7/04 Montgomery |
| Lost Business Income - Audiotext | Contract Dispute | Deposed 7/04 Federal: E. PA |
| Lost Income - Betters | Legal Malpractice | Trial 7/04 D.C. Superior |

**EXPERT WITNESS TESTIMONY** (Continued)
Dr. Richard B. Edelman

| Case | Type | Status |
| --- | --- | --- |
| Lost Income - Naughton | Personal Injury | Trial 6/04 Fairfax |
| Lost Income - Vitikacs | Wrongful Discharge | Deposed 6/04 D.C. Superior |
| Lost Income - Pullen | Wrongful Discharge | Deposed 6/04 D.C. Superior |
| Lost Income - Harrison | Personal Injury | Trial 6/04 Federal: D.C. |
| Lost Income - Spellman | Personal Injury | Deposed 6/04 Cecil |
| Lost Income - Naughton | Personal Injury | Deposed 5/04 Fairfax |
| Lost Income - Ramsay | Personal Injury | Deposed 4/04 Montgomery |
| Settlement Valuation - Ray | Wrongful Death | Deposed 4/04 D.C. Superior |
| Lost Income - Montgomery/Ross | Wrongful Death | Deposed 3/04 D.C. Superior |
| Lost Income - Collazo | Personal Injury | Deposed 3/04 Federal: MD |
| Lost Income - Montgomery | Wrongful Death | Deposed 3/04 Anne Arundel |
| Lost Income - Conner | Wrongful Death | Deposed 2/04 Federal: E. VA. |
| Lost Income - Sherman | Wrongful Death | Trial 2/04 Arlington |
| Lost Income - West | Personal Injury | Deposed 2/04 Montgomery |
| Lost Income - Specialized | Contract Dispute | Deposed 1/04 D.C. Superior |
| Lost Income - Mabini | Wrongful Death | Trial 1/04 Fairfax |
| Lost Income - Jackson | Wrongful Death | Deposed 1/04 D.C. Superior |
| Lost Income - Pearson | Personal Injury | Trial 10/03 Prince Georges |
| Lost Income - Sterling | Wrongful Discharge | Deposed 10/03 Montgomery |
| Lost Income - Pearson | Personal Injury | Deposed 9/03 Prince Georges |
| Lost Income - Yanes | Wrongful Death | Trial 9/03 D.C. Superior |
| Life Care Valuation - Yanes | Personal Injury | Trial 9/03 D.C. Superior |
| Lost Income - Dyson | Wrongful Death | Trial 9/03 Federal: D.C. |

EXPERT WITNESS TESTIMONY (Continued)
Dr. Richard B. Edelman

| Case | Type | Status |
|------|------|--------|
| Lost Income - Skinner | Personal Injury | Deposed 9/03 Federal: E. VA |
| Lost Income - Cobb | Wrongful Death | Trial 9/03 D.C. Superior |
| Lost Income - Bourne | Personal Injury | Trial 8/03 Alexandria |
| Lost Income - Rizkallah | Personal Injury | Trial(Video) 8/03 Montgomery |
| Lost Income - Rizkallah | Personal Injury | Deposed 8/03 Montgomery |
| Lost Income - Vogel | Personal Injury | Deposed 7/03 D.C. Superior |
| Lost Income - Johnson, L. | Wrongful Discharge | Trial 7/03 D.C. Superior |
| Lost Income - McKelvy | Personal Injury | Deposed 7/03 Prince Georges |
| Lost Income - Graham V. | Wrongful Death | Deposed 6/03 Federal: N. MD |
| Lost Income - Graham J. | Wrongful Death | Deposed 6/03 Federal: N. MD |
| Lost Income - Vasquez | Wrongful Discharge | Deposed 6/03 D.C. Superior |
| Lost Income - Garner | Med. Malpractice | Deposed 6/03 Prince Georges |
| Lost Income - Leigh | Wrongful Death | Trial 5/03 Prince Georges |
| Investment Valuation - Heine | Investment | Deposed 4/03 Montgomery |
| Lost Income - Tyree | Wrongful Death | Trial 4/03 D.C. Superior |
| Lost Income - Jones | Wrongful Discharge | Deposed 4/03 Federal: D.C. |
| Lost Income - Kopf (2) | Wrongful Death | Deposed 3/03 Federal: E. VA |
| Lost Income - Ghante | Wrongful Death | Deposed 3/03 Prince Georges |
| Cash Flow Valuation - Picis | Contract Dispute | Deposed 2/03 Arlington |
| Lost Income - Zoerb | Personal Injury | Trial 1/03 D.C. Superior |
| Lost Income and Leave - Mahoney | Personal Injury | Hearing 1/03 Prince Georges |
| Life Care Plan - Miller, K. | Personal Injury | Deposed 1/03 D.C. Superior |
| Life Care Valuation - Esposito | Personal Injury | Deposed 1/03 Federal: N. MD |

**EXPERT WITNESS TESTIMONY** (Continued)
Dr. Richard B. Edelman

| Case | Type | Status |
|------|------|--------|
| Lost Income - Bushek | Wrongful Discharge | Deposed 12/02 Federal: MD |
| Lost Income - Bailey | Personal Injury | Deposed 12/02 D.C. Superior |
| Lost Business Income - Visions | Business Dispute | Deposed 11/02 Baltimore City |
| Cash Flow Valuation - Smoot | Personal Injury | Deposed 11/02 Montgomery |
| Lost Income - Duval | Imprisonment | Trial 11/02 New York |
| Lost Income - Woods | Personal Injury | Trial 11/02 Fairfax |
| Lost Income - Mahoney | Personal Injury | Trial (Video) 9/02 P. Georges |
| Lost Income - Elston | Personal Injury | Trial 9/02 Anne Arundel |
| Investment Valuation - Budd | Investment | Trial (Video) 9/02 Warren MS |
| Lost Income - Thompson | Personal Injury | Trial 8/02 Prince Georges |
| Lost Income - Lockett | Wrongful Death | Trial 8/02 Alexandria |
| Lost Income - Maryland Construction | Business Dispute | Deposed 7/02 Howard |
| Lost Income - Chevy Chase Leasing | Business Dispute | Deposed 7/02 Montgomery |
| Lost Income - Friend | Personal Injury | Trial 7/02 Prince William |
| Business Valuation - Crider | Divorce | Trial 6/02 Frederick, VA |
| Lost Income - Gearhart | Wrongful Death | Deposed 6/02 MD Health Arb. |
| Life Care Valuation - Laine | Personal Injury | Deposed 6/02 D.C. Superior |
| Lost Income - Proffitt | Discrimination | Deposed 6/02 Federal: W. VA |
| Lost Income - Leone | Personal Injury | Deposed 5/02 Alexandria |
| Lost Income - Kwang Dong | Wrongful Discharge | Deposed 5/02 Federal: DC |
| Lost Income - Baccous & Crank | Wrongful Death | Deposed 5/02 D.C. Superior |
| Lost Income - Rudy | Personal Injury | Trial (Video) 4/02 Pr Georges |
| Lost Income - Pinder | Wrongful Death | Deposed 4/02 Federal: N. MD. |

4

**EXPERT WITNESS TESTIMONY** (Continued)
Dr. Richard B. Edelman

| Case | Type | Status |
|------|------|--------|
| Option Valuation - Whittle | Wrongful Discharge | Trial 4/02 Baltimore County |
| Lost Income - Rachel-Smith | Wrongful Discharge | Deposed 4/02 Prince Georges |
| Lost Income - Ross | Wrongful Death | Deposed 4/02 Prince Georges |
| Lost Income - Irvin | Personal Injury | Trial 2/02 Montgomery |
| Business Valuation - Block | Divorce | Deposed 2/02 Fairfax |
| Business Val. - Family Therapy | Contract Dispute | Deposed 2/02 Chittenden VT |
| Lost Income - Henderson, J. | Personal Injury | Trial 1/02 Calvert |
| Lost Income - Geasey | Personal Injury | Trial (Video) 1/02 Howard |
| Lost Income - Johnson | Personal Injury | Trial (Video) 12/01 D.C. Sup. |
| Lost Income - Clarkson | Discrimination | Deposed 12/01 Federal: N. FL. |
| Lost Income - Di-Verse Medical | Contract Dispute | Deposed 12/01 Prince Georges |
| Lost Income - Henderson, G. | Personal Injury | Trial 12/01 Fairfax |
| Lost Income - Rudy | Personal Injury | Deposed 11/01 Charles Cty MD |
| Investment Valuation - Alsbrooks | Divorce | Trial 11/01 Montgomery |
| Business Valuation - Landi | Wrongful Discharge | Deposed 10/01 Montgomery |
| Lost Income - Hermanson | Discrimination | Deposed 10/01 Federal: CO. |
| Investment Valuation - Hammond | Business Dispute | Deposed 10/01 Federal: E. VA. |
| Lost Income - Lazaroff | Wrongful Discharge | Deposed 9/01 Federal: N. MD. |
| Life Care Plan Valuation - Olcese | Personal Injury | Trial 9/01 Talbot |
| Lost Income - Conte | Wrongful Discharge | Trial 9/01 Baltimore County |
| Lost Income - Figg | Wrongful Death | Trial 9/01 Federal: E. VA. |
| Lost Income - Ruckle/Rogosin | Wrongful Discharge | Deposed 9/01 Federal: N. MD. |
| Valuation of Lost Options - Zeller | Wrongful Discharge | Deposed 8/01 Federal: E. VA. |

**EXPERT WITNESS TESTIMONY** (Continued)
Dr. Richard B. Edelman

| Case | Type | Status |
|------|------|--------|
| Cost to Raise a Child - Vandervort | Wrongful Death | Deposed 8/01 Montgomery |
| Lost Income - Vanegas | Personal Injury | Deposed 7/01 Prince Georges |
| Lost Income - Grimm | Wrongful Death | Trial 7/01 Winchester |
| Pension Valuations - Zalusky | Divorce | Trial 7/01 Arlington |
| Lost Income - Irvin | Personal Injury | Deposed 6/01 Montgomery |
| Lost Income - Shultz | Personal Injury | Deposed 6/01 D.C. Superior |
| Lost Income - Grimm | Wrongful Death | Deposed 5/01 Winchester |
| Lost Income - McNicol | Wrongful Discharge | Deposed 5/01 D.C. Superior |
| Lost Income - Litwhiler | Personal Injury | Deposed 4/01 Fairfax |
| Lost Income - Conte | Wrongful Discharge | Deposed 4/01 Baltimore County |
| Lost Income - Robles | Wrongful Death | Trial (Video) 3/01 Arlington |
| Lost Income - Perez | Personal Injury | Trial 3/01 Fairfax |
| Lost Income - Flood | Wrongful Discharge | Deposed 3/01 D.C. Superior |
| Lost Income - Whitford | Personal Injury | Deposed 3/01 Loudoun |
| Lost Income - Vandervort | Wrongful Death | Deposed 2/01 Montgomery |
| Lost Services - Zeldin | Personal Injury | Trial 2/01 Fairfax |
| Lost Income - Novo | Personal Injury | Deposed 2/01 D.C. Superior |
| Lost Income - Knight | Personal Injury | Trial/Depo. 1/01 Fed: W. PA. |
| Lost Income - Zeldin | Personal Injury | Deposed 1/01 Fairfax |
| Lost Income - Levin | Defamation | Trial 10/00 Fairfax |
| Lost Income - Starks | Personal Injury | Trial 10/00 Prince Georges |
| Cash Flow Valuation - Johnson | Divorce | Deposed 10/00 Montgomery |
| Cash Flow Valuation - Gillette | Divorce | Deposed 10/00 Prince William |

6

**EXPERT WITNESS TESTIMONY** (Continued)
Dr. Richard B. Edelman

| Case | Type | Status |
| --- | --- | --- |
| Lost Income - Starks | Personal Injury | Deposed 10/00 Prince Georges |
| Business Valuation - Kyle-Holden | Divorce | Trial 10/00 Fairfax |
| Lost Income - Horner | Wrongful Death | Trial 9/00 D.C. Superior |
| Expenditures on Children - Minnick | Wrongful Birth | Trial 10/00 Baltimore County |
| Lost Income - Gibbs | Personal Injury | Trial 9/00 Fairfax |
| Lost Income - Felix | Personal Injury | Deposed 8/00 D.C. Superior |
| Lost Income - Jean | Wrongful Discharge | Deposed 8/00 D.C. Superior |
| Lost Income - Raflo | Wrongful Death | Deposed 8/00 Federal: DC |
| Lost Income - Buffum | Medical Injury | Deposed 8/00 Fairfax |
| Lost Income - Cyrilla | Wage Dispute | Deposed 7/00 Loudoun |
| Lost Income - Sabatino | Personal Injury | Trial 7/00 Fairfax |
| Lost Business Income - Perry | Contract Dispute | Trial 6/00 Federal: E. VA |
| Lost Income - Stout | Personal Injury | Deposed 6/00 Howard |
| Lost Income - Lollis | Discrimination | Trial 6/00 Prince Georges |
| Lost Income - McDougall | Personal Injury | Deposed 6/00 Queen Anne's |
| Lost Income - Muhammad et. al. | Wrongful Discharge | Deposed 5/00 Federal: N. MD |
| Lost Business Income - Hildenbrand | Contract Dispute | Deposed 5/00 Balt. County |
| Lost Income - Knight | Personal Injury | Deposed 4/00 Federal: W. PA |
| Lost Income - Muir | Wrongful Death | Deposed 4/00 D.C. Superior |
| Lost Income - Brown | Personal Injury | Trial 3/00 Montgomery |
| Lost Income - Powell | Wrongful Death | Trial 3/00 Federal: N. MD |
| Lost Income - Tucker | Personal Injury | Deposed 3/00 Prince Georges |
| Lost Income - Powell | Wrongful Death | Deposed 3/00 Federal: N. MD |

Signature Page

Future analysis and testimony will be billed at $300 per hour.

_____    5/13/05
Richard B. Edelman                 Date