Attachment 3-3

**FRANK J. BAKER II, M.D.**
89 TIMBER COURT
OAKBROOK, ILLINOIS 60523
630-941-9096
Facsimile 630-941-0044

Diplomate
American College of Emergency Medicine
Diplomate
American Board of Internal Medicine
Diplomate
American Board of Forensic Examiners
Diplomate
American Board of Forensic Medicine

Fellow
American College of Emergency Physicians
Life Fellow
American College of Forensic Examiners

August 1, 2005

*Sent Via Facsimile*

Law Offices of Edward J. Connor
Attn: Mr. Edward J. Connor
5210 Auth Road; Suite 304
Camp Springs, MD 20746

RE: <u>Jonathan Magbie (dec'd)</u>

Dear Mr. Connor,

At your request, I have reviewed the following records:

1)  Greater Southeast Community Hospital for Mr. Jonathan Magbie dated 9/20/04 and 9/24/04.
2)  Report of Constance McCoy from the Department of Health, District of Columbia, Complaint # 05-001, Intake # DC00000689.
3)  Investigative report, Office of the Chief Medical Examiner, District of Columbia, Case No. 04-02339, Decedent, Jonathan Magbie.

Mr. Magbie was twenty-seven years old and had been quadriplegic since age four when he presented to Greater Southeast Community Hospital on 9/20/04 with a complaint of shortness of breath. Mr. Magbie was brought to the Greater Southeast Community Hospital in the custody of the Department of Corrections of the District of Columbia. The hospital record reveals that he was a trach-dependant patient who used a ventilator at night. On physical exam when his lungs were examined, he was found to have wheezing and rails. His O2 saturation on room air was 90%. Laboratory studies showed an elevated white blood cell count of 12. He was slightly acidotic with a blood bicarbonate of 17 and during his stay at the hospital E.R., his glucose dropped to 56 and his blood pressure dropped to 68/48 mm Hg. The E.R. physician, Dr. Vaughn, diagnosed hypoglycemia, hypovolemia, and respiratory distress. Dr. Vaughn made the decision to admit the patient for the diagnosis and treatment of the above after determining that the DC jail infirmary did not have the capacity for ventilatory support, mechanical ventilation, or oxygen. He subsequently changed his mind and decided to discharge the patient apparently after a discussion with Dr. Bastien of the DC jail informed Dr. Vaughn that arrangements could be made for Mr. Magbie's care at the CTF (Correctional

1

Treatment Facility) Ward.  Dr. Malekghasemi, Chief Medical Officer for the CTF has subsequently stated that the CTF "should not have a patient that required a vent."

During his stay in the Emergency Department, Mr. Magbie's low blood glucose of 56 mg/Dl was treated with one amp of 50% dextrose.  His low oxygen saturation of 90% on room air was treated with oxygen at 2 liters/minute by nasal canula.  His shock was treated with 1 liter of normal saline.  At some point and time, it was decided to send him back to jail with a prescription for oxygen by nasal canula.

Mr. Magbie's treatment deviated from the standard of care in several respects:

1)    He needed to be admitted for diagnosis and treatment of his hypotension.
2)    He needed to be admitted for diagnosis and treatment of his hypoglycemia.
3)    He needed to be admitted for diagnosis and treatment of his respiratory distress and hypoxia including provision of a ventilator at night.
4)    He need to have oxygen provided by a tracheostomy mask or other similar device.
5)    He needed to have a diaphragm pacemaker made available.

There are no circumstances under which this patient with these conditions could have been sent back to jail.  It was a deviation from the standard of care for Dr. Bastien to agree to arrange or to have someone else arrange the transfer of Mr. Magbie to a CTF Ward.

Mr. Magbie was returned to jail on 9/21/04 where he remained without adequate treatment until he was returned to Greater Southeast Community Hospital at 10:10 hours on 9/24/04 unresponsive and in respiratory distress.  During that admission, his ventilatory status was mismanaged when he became progressively hypoxic sometime between 15:30 and 17:40 hours.  There was inadequate monitoring between 15:30 hours and 17:40 hours at which time he was noted by a respiratory therapist to have an oxygen saturation of 80% on room air.  Dr. Iluyomade was called to the bedside at 17:40 hours regarding the respiratory distress and decreasing pulse oximetry values of the patient. Initially, Dr. Iluyomade should have suctioned Mr. Magbie's tracheostomy tube. If suctioning was not successful, 2-3 ml. of sterile saline should have been injected into the trachea and suctioning repeated.  If an inner canula was present, it should have been immediately removed.  If suctioning and removal of the inner canula did not immediately clear the airway, and pushing the protruding tube back into the tracheostomy did not result in improved oxygen saturations, the tracheotomy tube should have been removed and replaced with a tube one or two sizes smaller.  If difficulties occurred while replacing the tracheostomy tube, a small red rubber catheter should have been threaded into the trachea over which the tracheostomy tube could have been inserted and during which time anesthesia should have been paged to the Emergency Department.  Failure to proceed as outlined above was a deviation from the standard of care.

2

Within a reasonable degree of medical certainty, had Mr. Magbie been admitted on 9/21/04 or had his airway been reestablished on 9/24/05, he would not have succumbed from hypoxia which was the immediate cause of his cardiac arrest and which was a direct result of dislodgement of his tracheostomy tube.

This report is preliminary and subject to change based upon the elucidation of additional information. Should you have any further question, please contact me.

Sincerely,

Frank J. Baker II, M.D.


FJB/amr

3

**FRANK J. BAKER II, M.D.**
89 TIMBER COURT
OAKBROOK, ILLINOIS 60523
630-941-9096
Facsimile 630-941-0044

Diplomate
American College of Emergency Medicine
Diplomate
American Board of Internal Medicine
Diplomate
American Board of Forensic Examiners
Diplomate
American Board of Forensic Medicine

Fellow
American College of Emergency Physicians
Life Fellow
American College of Forensic Examiners

June 29, 2005

Law Offices of Edward J. Connor
Attn: Mr. Edward J. Connor
5210 Auth Road; Suite 304
Camp Springs, MD 20746

RE: Jonathan Magbie (dec'd)

Dear Mr. Connor,

The minimum fee for an initial review of <u>medical records</u> is $2,500.00 which I expect to accompany the initial records sent to me. Initial review of medical records exceeding 4 hours will be billed at a rate of $600.00/hr. This initial fee for review of medical records does not include review of other materials such as depositions, policies and procedures and other documents. Thank you for your firm's check #5005 in the amount of $2,500.00. The following is my fee schedule for additional work:

| | |
|---|---|
| Review of depositions and other materials | $ 600.00/hour |
| Preparation of reports | $ 600.00/hour |
| Court Testimony | $4800.00/day* + expenses |
| Depositions**(out of town) | $4800.00/day* + expenses |
| Depositions***(in town) | $1400.00 for the first hour |
| | $1000.00 for the second hour |
| | $ 600.00/hour for every hour after 2 hours |
| | (portal to portal) |

    *A day is defined as any time starting before 00:00 Central time (Standard or Daylight, whichever is in effect) until 23:59 of the same calendar day. Per diem fees are based on calendar days or parts thereof, related to travel, deposition or court testimony and delays out of town while waiting to testify. Thus, per diem fees are not based solely on time of actual testimony at deposition or trial.

    **There will be a $2400.00 **NON-REFUNDABLE** charge for committing a day for an out of town deposition. The days decided on will remain available for scheduling of my time by anyone until the $2,400.00 is received, then the day will not be available to anyone else. This $2,400.00 will be subtracted from the total deposition charge of $4,800.00 if the deposition

Initialed: _____

Page 1 of 3

proceeds. (Effective for scheduling 1/1/97.)

For **cancellations of an out of town** deposition received 24 hours or less prior to the time of the scheduled beginning of travel to the deposition, a $2,400.00 cancellation fee plus charges to time spent on review in preparation for the deposition will be forwarded to you. The $2,400.00 fee for committing the day, if received previously, will be applied toward the cancellation fee.

\*\* There will be a $1,200.00 **NON-REFUNDABLE** charge for **committing a day for an in town deposition**. The day decided on will remain available for scheduling of my time by anyone until the $1,200.00 is received, then the day will not be available to anyone else. This $1,200.00 will be subtracted from the total deposition charge if the deposition proceeds. (Effective for scheduling after 1/1/97.)

For **cancellations of an in town deposition** received 24 hours or less prior to the time of scheduled beginning of travel or scheduled beginning of deposition a $1,200.00 cancellation fee plus charges for time spent on review in preparation for the deposition will be forwarded to you. The $1,200.00 fee for committing the day, if received previously, will be applied toward the cancellation fee.

For **cancellation of Court Testimony** received 24 hours or less prior to the time of scheduled beginning of travel or scheduled beginning of Court Testimony a $2,400.00 cancellation fee plus charges for time spent on review in preparation for the Court Testimony will be forwarded to you.

In requesting my services, or if the opposing side requests my deposition, you agree to be responsible for the payment of all invoices within 10 days despite any arrangements between yourself and opposing counsel. If you have agreed with opposing counsel to have them pay for the deposition I expect to be notified of the above prior to the deposition. I also expect a check to be presented before the deposition in the amount of $4,800.00 for out of town depositions; expenses and preparation time will be billed to your firm at a later date. For depositions done in town I expect a check to be presented for $2,400.00. If the $1,200.00 scheduling fee was received, it will be deducted from the total deposition fee, which will be billed to your firm, along with expenses and review time, at a later date. If the above does not occur, the deposition will not proceed.

If you fail to pay my fees as agreed above you acknowledge and agree that I can recover my fees by filing a lien against the proceeds of this suit and/or that I can sue you to recover my fees and that I am entitled to my attorney's fees if I am successful. In accepting this agreement you waive venue and agree that I can bring suit in DuPage County, Illinois.

Initialed: _____EJC_____

Page 2 of 3

**All checks should be made payable to**
**PROFESSIONAL MEDICAL CONSULTANTS, LTD.**
**The tax I.D. is 36-3524188.**

Please initial each page and sign in the space provided below as authorization for me to begin/continue work on this case and to reflect that you agree to the terms outlined in this fee letter. I would appreciate your returning this complete letter of authorization within 10 days of receipt of same. My FAX # is 630-941-0044 if you wish to forward same via FAX.

Again, thank you for referring this case to me. I look forward to working with you in this matter.

Sincerely,

*Frank J. Baker II, M.D.*

**Frank J. Baker II, M.D.**
Professional Medical Consultants, Ltd.
(SIGNED IN HIS ABSENCE TO EXPEDITE DELIVERY) *ane*
IRS I.D. Prof. Med. Consult. 36-3524188
ENCLOSURE: FJB CV
FJB/mjb Update: 6/7/90; 1/1/97; 8/14/01; 3/10/05

**AUTHORIZATION TO BEGIN/CONTINUE WORK**

I fully understand the fees and terms reflected in this letter. I hereby authorize Frank J. Baker II,

M.D. to begin or continue work (circle one) on the case of ___JONATHAN MAGBIE___

(please enter name of the case.) My firm and I agree to pay all fees as reflected, and also agree to

abide by all terms as outlined in the fee letter dated ___6/29/05___.

_____       ___7/7/05___
NAME                             DATE

___EDWARD J. CONNOR___           ___ATTY AT LAW___
NAME OF FIRM                     POSITION IN FIRM

Initialed: ___EJC___

**FRANK J. BAKER II, M.D.**
89 TIMBER COURT
OAKBROOK, ILLINOIS 60523
630-941-9096
Facsimile 630-941-0044

Diplomate
American College of Emergency Medicine
Diplomate
American Board of Internal Medicine
Diplomate
American Board of Forensic Examiners
Diplomate
American Board of Forensic Medicine

Fellow
American College of Emergency Physicians
Life Fellow
American College of Forensic Examiners

# CURRICULUM VITAE

TELEPHONE NUMBER:   HOME: 630-941-9099
MARITAL STATUS:        MARRIED

## EDUCATION

1963 - 1967          **Bachelor of Arts (Chemistry)**
                     Elmhurst College
                     Elmhurst, Illinois

1967 - 1971          **Doctor of Medicine**
                     Loyola Stritch School of Medicine
                     Maywood, Illinois

1982 - 1984          **Masters Business Administration**
                     **Health Administration and Policy**
                     Executive Program (XP52)
                     University of Chicago, M.B.A.
                     Chicago, Illinois

1971 - 1972          **Internship, Straight Medicine**
                     University of Chicago Hospitals
                     Chicago, Illinois

1972 - 1974          **Resident, Internal Medicine**
                     University of Chicago Hospitals
                     Chicago, Illinois

## EMPLOYMENT

*1FJ BAKER CV*

| 1974 - 1978 | **Assistant Professor**<br>Division of Emergency Medicine and<br>Department of Medicine<br>University of Chicago<br>Pritzker School of Medicine |
|---|---|
| 1978 - 1984 | **Associate Professor**<br>Department of Emergency Medicine and<br>Department of Medicine<br>University of Chicago<br>Pritzker School of Medicine |
| 1984 - Dec. 1987 | **Professor**<br>Department of Emergency Medicine and<br>Department of Medicine<br>University of Chicago<br>Pritzker School of Medicine |
| April 1977 - June 1978 | **Acting Director**<br>Division of Emergency Medicine<br>University of Chicago Hospitals |
| July 1978 - July 1987 | **Chairman**<br>Department of Emergency Medicine<br>University of Chicago Hospitals |
| 1976 - 1987 | **Founder and Project Medical Director**<br>Chicago South Mobile Intensive Care Program |
| November 1982 - July 1987 | **Founder and Director**<br>University of Chicago Aeromedical Network |
| May 1988 - December 1997 | **Attending Physician, Emergency Department,**<br>MacNeal Memorial Hospital<br>Berwyn, Illinois |

*2FJ BAKER CV*

| September 1998 – July 2001 | **Senior Attending Physician, Department of Medicine,** Rush Presbyterian - St. Luke=s Medical Center Rush Medical College Chicago, Illinois |
| --- | --- |
| July 2001 – August 2004 | **Senior Attending Physician** Emergency Medicine Specialists of Streator St. Mary's Hospital & Medical Center Streator, Illinois |
| Sept 2004-present | Attending Physician Wuesthoff Medical Center Melborne, Florida |

## CORPORATE BOARD DIRECTORSHIPS

Universal Health Foundation                                                                January 1996

## LICENSES AND BOARD CERTIFICATIONS

State of Florida License #ME 84759                                                   2002

State of Indiana License # 01034427A                                              1985

DEA Registration                                                                                   1972

State of Illinois License # 036-045798                                              1972

**Diplomate**, National Board of Medical Examiners                        1972
        Part 1 June 1969
        Part 2 April 1970
        Part 3 March 1972

**Diplomate**, American Board of Internal Medicine                        June 19, 1974

**Diplomate**, American Board of Emergency Medicine
(Initial Certification)                                                                          Sep. 11, 1980

**Diplomate**, American Board of Emergency Medicine
(Recertification)                                                                               Dec. 28, 2001

**Fellow**, American College of Emergency Physicians                    1982

*3FJ BAKER CV*

| | |
|---|---|
| **Diplomate,** American Board of Forensic Examiners | 1996 |
| **Diplomate,** American Board of Forensic Medicine | 1996 |
| **Life Fellow,** American College of Forensic Examiners | 1996 |
| National Affiliate Faculty, American Heart Association | 1978 |
| Advanced Cardiac Life Support, American Heart Association | 1977 |
| Basic Life Support, American Heart Association | 1977 |

Instructor, Advanced Trauma Life Support, American College of Surgeons 1981

### HONORS AND AWARDS

Beta Beta Beta, Blue Key,
Illinois Chapter of the American College of Emergency Physicians,
    "Bill B. Smiley, M.D., Meritorious Service Award"
1988 Aerospatiale Helicopter Corporation, Aeromedical Achievement Award

### COMMUNITY ACTIVITIES

| | |
|---|---|
| AFS Intercultural Programs *USA* | |
| St. Paul, MN. | |
| Departure Day | July 1999 |
| Student Medical Clearance Officer | July 2000 |
| | |
| Finance Committee Chairman | |
| St. John Lutheran Church | |
| LaGrange, Illinois | 1990-1993 |
| | |
| Member, Coordinating Council | |
| St. John Lutheran Church | |
| LaGrange, Illinois | 1990-1993 |
| | |
| Member, Senior & Men's Choirs | |
| St. John Lutheran Church | |
| LaGrange, Illinois | 1988-present |

*4FJ BAKER CV*

Member, Hinsdale Choral Society
Hinsdale, IL                                                                      2003-present

Member, West Suburban Symphony Chorus
Hinsdale, IL                                                                      2004


## MACNEAL HOSPITAL ACTIVITIES

**Member**, Department of Family Practice, Quality Assurance Committee     1990-1998


## PROFESSIONAL ASSOCIATIONS

| | |
|---|---|
| Associate, American College of Physicians | 1973-1975 |
| Member, American College of Emergency Physicians | 1975-present |
| Member, Illinois Chapter, American College of Emergency Physicians | 1975-present |
| Member, American College of Physicians | 1975-present |
| Member, Undersea Medical Society | 1975-1984 |
| Fellow, Institute of Medicine of Chicago | 1977-1982 |
| Member, Society of Teachers of Emergency Medicine | 1977-1987 |
| Member, Chicago Foundation for Medical Care | 1978-1981 |
| Member, International Civil Defense, Geneva | 1978-1985 |
| Member, University Association for Emergency Medicine | 1978-1987 |
| Member, International Society of Disaster Medicine | 1979-1981 |
| Member, Club of Mainz Emergency Association (world-wide membership limited to 100) | 1981-1987 |
| Member, World Assoc. of Emergency & Disaster Medicine (formerly Club of Mainz, as above) | 1987-present |
| Executive Committee Member, World Association of Emergency & Disaster Medicine | 1987-1992 |
| Member, American Society of Hospital Based Emergency Aeromedical Services (ASHBEAMS) | 1983-1988 |
| Member, Helicopter Association International | 1983-1989 |
| Member, ASTM | 1987-1988 |
| Member, American Medical Association | 1988-present |
| Member, Chicago Medical Society | 1988-present |
| Member, Advisory Board, Saudi Arabian Anesthetic Association | 1990-present |
| Member, American Board of Forensic Examiners | 1994-present |
| Member, American College of Physician Executives | 1995-present |

*SFJ BAKER CV*

## UNIVERSITY OF CHICAGO
## PRITZKER SCHOOL OF MEDICINE & HOSPITALS AND CLINICS ACTIVITIES

| | |
|---|---|
| Alternate, Clinical Faculty Advisory Committee | 1974-1975 |
| Member, Internship Rotating Committee | 1974-1987 |
| Faculty Secretary, Division of Emergency Medicine | 1974-1975 |
| Delegate, Clinical Faculty Advisory Committee | 1976-1977 |
| Member, Task Force on Graduate Medical Education | 1976-1977 |
| Member, Cardiopulmonary Resuscitation Committee | 1977-1987 |
| Chairman, Cardiopulmonary Resuscitation Committee | 1978-1987 |
| Preceptor, Physical Diagnosis Class | 1978-1979 |
| Interviewer, Committee on Admissions | 1978-1987 |
| Member, Executive Committee of the Medical Staff | 1978-1987 |
| Member, Nursing Director Search Committee | 1980 |
| Member, Ambulatory Care Task Force | 1980-1981 |
| Alternate Councilor, Council of the University Senate | 1980-1981 |
| Chairman, Hospital Disaster Plan Committee | 1980-1987 |
| Member, Hospital Admission and Consultation Policy Committee | 1981 |
| Member, Ad Hoc Committee on IBX | 1982 |
| Councilor, Council of the University Senate | 1984-1985 |
| Member, Strategic Planning Committee | 1986-1987 |
| Member, Management Utilization Review Committee | 1986-1987 |

## UNIVERSITY OF CHICAGO
## GRADUATE SCHOOL OF BUSINESS ACTIVITIES

| | |
|---|---|
| Chairman, 52nd Group of the Executive Program | 1982-1983 |
| Preceptor, Graduate School of Business, Health Administration Program | 1983-1987 |
| Judge, Touche Ross & University of Chicago, Graduate School of Business Consulting Challenge | January 1988 January 1989 |
| Candidate Interviewer | 1996-Present |

## PROFESSIONAL ACTIVITIES (outside the University of Chicago)

| | |
|---|---|
| Special Advisor, Department of Emergency Medical Services, Illinois Department of Public Health | 1977-1988 |

*6FJ BAKER CV*

Consultant, Trauma Severity Index Project                                          1978
 Center for Health Systems Research and Analysis
 University of Wisconsin, Madison, Wisconsin

Assistant Editor, Abstract Section:  *Annals of Emergency Medicine*                1978-1982

Consultant,  *The Physician's Underwater and Hyperbaric Handbook*                  1978
 Published by the Undersea Medical Society
 Bethesda, Maryland

Review Editor, *Journal of the American Medical Association*                       1978-present

Official Representative for the American College of Emergency Physicians           April 1979
 to the 3rd International Congress on Disaster Medicine
 Monte Carlo, Monaco

Associate Editor, *Emergency Department News*, New York                            1979-1982

Member, Long Range Subcommittee for Mobile Intensive Care and                      1980
 Paramedic Education, Chicago

Co-Chairman, Board of Physicians for Mobile Intensive Care and                     1981
 Paramedic Education, Chicago

Consultant,*"CPR:  To Save a Life,"* film for Encyclopedia Britannica              1981
 Corporation, Chicago, Illinois

Editorial Board, *Journal of Emergency Medicine*                                   1982-1983

Preceptor, Health Systems Management Program, Rush University, Chicago             1983

Adjunct Faculty, Chicago City-Wide Paramedic Program                               1983-1984

Member, EMS Committee, Helicopter Association International                         1984-1987

Reviewer, Residency Review Committee                                               May 1984
 American College of Emergency Medicine

Member, Research Committee, American Society of Hospital Based                      1984-1987
 Emergency Aeromedical Services

*7FJ BAKER CV*

| | |
|---|---|
| Reviewer, *"CHEST,"* The Official Journal of the<br>American College of Chest Physicians | 1986-present |
| Member, Editorial Board, *"Ambulatory Medicine Alert"* | 1987-1988 |
| Coordinating Consultant Physician, *Universal Health Conference '91,*<br>A Joint Venture between the USSR State Committee for Science and<br>Technology, The Ministry of Public Health of the Moscow City Council,<br>and the Ministry of Public Health of the Russian Federation | April 1991-<br>October 1991 |
| United States Co-Chairman Scientific Committee, *Second Universal Health*<br>*Conference, Exhibition and "Micro-Hospital"* (TM)<br>Sponsored by the Ministry of Public Health, Republic of Uzbekistan, C.I.S.,<br>Ministry of Science, Higher Education and Technology Policy, Russia, C.I.S.,<br>and the Khokimiyat (Mayor) of the City of Samarkand, Uzbekistan, C.I.S. | October 1991-<br>Sept. 1993 |
| Medical Director, *"Micro-Hospital"*(TM)<br>*Second Universal Health Conference*, Samarkand, Uzbekistan, C.I.S. | October 1991-<br>Sept. 1993 |
| United States Co-Track Leader Scientific Committee, *Third Universal Health*<br>*Conference, "Micro-Hospital"* (TM) *Workshop & Exhibition 1995*<br>Sponsored by the Ministry of Public Health, Republic of Kazakhstan, C.I.S.,<br>Ministry of Science, Higher Education and Technology Policy, Russia, C.I.S. | Sept. 1993-<br>April 1995 |
| United States Co-Medical Director, *"Micro-Hospital"* (TM)<br>*Third Universal Health Conference, "Micro-Hospital"* (TM) *&*<br>*Exhibition 1995*, Almaty, Kazakhstan, C.I.S. | Sept. 1993-<br>April 1995 |
| United States Co-Track Leader Scientific Committee, *Fourth Universal Health*<br>*Conference, "Micro-Hospital"* (TM) *Workshop & Exhibition 1996*<br>Sponsored by the Ministry of Sciency & Technology Policy, Russia, C.I.S.,<br>Universal Health Association, Chicago, Illinois, U.S.A. | May 1995-<br>Sept. 1996 |
| United States Co-Medical Director, *"Micro-Hospital"* (TM)<br>*Fourth Universal Health Conference, "Micro-Hospital"* (TM) *&*<br>*Exhibition 1996*, Moscow, Russia, C.I.S. | May 1995-<br>Sept. 1996 |
| Chairman, Scientific Committee, *Fifth Universal Health*<br>*Conference, "Micro-Hospital"* (TM) *Workshop & Exhibition 1997*<br>Sponsored by the All-Russian Center on Disaster Medicine; Ministry of<br>Health of Russia, Ministry of the Russian Federation for Civil Defense,<br>Emergencies and Elimination of Consequences of Natural Disasters (EMERCON); | May 1996-<br>Sept. 1997 |

*8FJ BAKER CV*

Ministry of Science and Technology, Russia, C.I.S.; The World Association of
Disaster and Emergency Medicine (WADEM), Safar Center for Resuscitation
Research, Pittsburg, Pennsylvania, U.S.A.; and the Universal Health Association,
Chicago, Illinois, U.S.A.

Medical Director, *"Micro-Hospital"* (TM)                                  May 1996-
*Fifth Universal Health Conference, "Micro-Hospital"* (TM) *&*             Sept. 1997
*Exhibition 1997*, Moscow, Russia, C.I.S.

### AMERICAN BOARD OF EMERGENCY MEDICINE (ABEM)

                                                                          1981-1983

Examiner, Test Committee

### AMERICAN COLLEGE OF EMERGENCY PHYSICIANS (ACEP)

                                                                          1975
Faculty/Councilor ACEP/EDNA, Innovations in Emergency Medicine            1975-1978
Councilor (Illinois), National Council Meeting                            1976-1979
Member, Continuing Education Committee                                    1978-1979
Member, Council Tellers, Credentials and Elections                        1978-1979
Member, National Scientific Meetings Committee                                1978-
Member, Scientific Assembly Program Committee

                                                                          1979
                                                                          1978-1979
Coordinator, Advances in Emergency Medicine Series                        1979
Chairman, Scientific Assembly Abstracts, Atlanta                          1980
Member, Symposium Committee                                               1982-present
Fellow, American College of Emergency Physicians                              1982-
Liaison Representative, American Heart Association

1987
   Subcommittee on Emergency Cardiac Care                                 1983
Participant, ACEP's Pilot Course on Disaster Management & Planning

for Emergency Physicians, Emmitsburg, Maryland                            1984-1985
Member, Disaster Committee

### ILLINOIS CHAPTER, AMERICAN COLLEGE OF EMERGENCY PHYSICIANS

                                                                          1975-1977
Member, Scientific Assembly Committee                                     1975-1979
Member, Board of Directors                                                1975-1979
Member, Executive Committee                                               1975-1979

FRANK J. BAKER, MD - PRIOR TESTIMONY

2002    McKinney v. Koch, Circuit Court for Cook County, Ill. #96L-2064

2003    Jones v. Michael Reese Hospital, Circuit Court for Cook County, Ill. #99L-3445

        Adams v. Ward, Circuit Court for Jackson County, Mo. #00CV225834

        Estate of John Doe v. Anonymous Physicians, Circuit Court for Fairfax County,
        Va. (sealed). (Edward Norwind, Esquire for plaintiff.)

2004    Collins v. Barnes-Jewish Hospital, Circuit Court for St. Louis,Mo., #002-518

        Melsom v. Reed, Circuit Court for Lee County, Fl, # 02-2924-CA

(This list will be supplemented with additional cases not yet reported.)