# Attachment 3-3

**MCV Campus**

VCU

Virginia Commonwealth University

# Medical Center
In the tradition of the Medical College of Virginia

**Division of Pulmonary and Critical Care Medicine**

P.O. Box 980050
Richmond, Virginia 23298-0050

804 828-9071
Fax: 804 828-2578
TDD: 1-800-828-1120
Ambulatory Care Appointments:
804 828-2161

Alpha A. Fowler, III, MD, Chair
Professor of Medicine

Scott O. DiMarino, Administrator
Grants and Contracts

Kevin R. Cooper, MD
Professor of Medicine

Paul Fairman, MD
Professor of Medicine

Curtis N. Sessler, MD
Professor of Medicine

Lisa K. Brath, MD
Associate Professor of Medicine

R. Wesley Shepherd, MD
Assistant Professor of Medicine

Marjolein de Wit, MD
Assistant Professor of Medicine

Bernard J. Fisher, BS
Technical Director, Basic Research

Shobha Ghosh, PhD
Associate Professor of Medicine

Ramesh Natarajan, PhD
Assistant Professor of Medicine

Venkatarama Rao, MD, PhD
Asst. Clin. Professor of Medicine

Raymond Haddad, MD
Associate Clin. Professor of Medicine

Janet Pinson, MSN, ACNP
Pulmonary Nurse Practitioner

Patricia L. Cafaro, CRNP, FNP
Asthma Nurse Practitioner

Wendy Jenvey, RN, BSN
Clinical Research Coordinator

Pulmonary/Critical Care Medicine
McGuire Veterans Administration Hospital
804 675-5605

Daniel E. Bechard, MD, Chief
Associate Professor of Medicine

Leonard C. Moses, MD
Associate Professor of Medicine

Thomas Ferro, MD
Professor of Medicine

Mateen Ahmed, MD
Assistant Professor of Medicine

an equal opportunity/affirmative action university

September 5, 2006

Nia Vroustouris, Esq.
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314

RE:   Jonathan Magbie

Dear Ms. Vroustouris,

I am a Professor at the Virginia Commonwealth University School of Medicine in Richmond, Virginia, and am Board certified in Internal Medicine, Pulmonary Diseases and Critical Care.  I charge $250 an hour for review, deposition and trial testimony.  I have reviewed the Complaint, Jonathan Magbie's medical records from Greater Southeast Community Hospital for September 20, 2004 and September 24, 2004, as well as the autopsy report.  I have also reviewed Mr. Magbie's CCHPS records from the time he was at the DC Jail and the CTF record from September 20-24, 2004, as well as the deposition transcripts of William Vaughn, M.D., Rotimi Iluyomade, M.D. and Malek Malekghasemi, M.D.   All the opinions I plan to express are held to a reasonable degree of medical certainty.

When Mr. Magbie was taken to the DC Jail, a chest x-ray was performed, which indicated possible infiltrate in the left lung, so he was appropriately sent to the hospital.  Dr. Vaughn, the Emergency Department physician, diagnosed Mr. Magbie with hypovolemia, and planned to admit Mr. Magbie to the hospital.  Instead of being admitted, Dr. Vaughn changed his mind, and discharged Mr. Magbie to the CTF, despite knowing that Mr. Magbie required a ventilator to breathe at night, and that neither the CTF nor the Jail had a ventilator.  Mr. Magbie should have been admitted to the hospital on September 20, 2004 because he was ventilator dependent.

When Mr. Magbie returned to the Jail, his status was temporarily improved. When Mr. Magbie was found unresponsive at the Jail on September 24, 2004, the appropriate actions were taken to improve his respiratory status, and he was appropriately transported to the hospital. Mr. Magbie was stabilized for a period of time while he was at Greater Southeast, and his oxygen saturations were within normal limits initially. Mr. Magbie had lab work done at the hospital, and his status had improved since morning. However, Mr. Magbie's lab results indicated a high WBC, suggestive of infection, his PCO2 was 56, which is abnormally high, and his pH was 7.29. These blood gases indicate that this patient was not breathing adequately on his own, and therefore needed to be placed on a ventilator. The labs were drawn upon arrival at the hospital, but no one instituted any therapy in response to these abnormal labs. In my opinion, Mr. Magbie should have been placed on a ventilator soon after arrival at the Emergency Department on September 24, in order to prevent him from developing severe respiratory failure. In fact, he later developed severe respiratory failure. Furthermore, when Mr. Magbie's oxygen saturation began to decline between 15:30 and 17:40, no one at the hospital took action to help him. There is no documentation that Mr. Magbie was suctioned or that his breathing was assisted by a resuscitator bag or mechanical ventilator when his oxygen saturation declined. Most likely muscle fatigue, possibly along with an accumulation of mucus in his airway, was gradually impairing his ability to breathe. If Mr. Magbie had been suctioned and placed on a ventilator at the hospital, he mostly likely would not have died.

Mr. Magbie's death occurred as a result of the substandard treatment he received at Greater Southeast Community Hospital on September 24, 2004. Failure to admit Mr. Magbie to the hospital on September 20, 2004 was a breach of the standard of care, and similarly, it was a breach of the standard of care not to place this patient on a ventilator upon arrival at Greater Southeast on September 24, 2004. Furthermore, the lack of response to Mr. Magbie's respiratory distress and lab work on September 24, 2004 by the hospital staff and the physician in charge of Mr. Magbie caused his death. In my opinion, no actions or inactions of any CCA employee or health care provider at the CTF on September 20-24, 2004 caused or contributed to Mr. Magbie's death.

Sincerely,

*Kevin R Cooper MD*

Kevin R. Cooper, MD

# CURRICULUM VITAE

## PERSONAL INFORMATION

Name:                       Kevin R. Cooper, M.D.

Date & Place of Birth:      January 6, 1949, New York City.

Citizenship:                U.S.A.

Social Security Number:     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

Marital Status:             Married

Children:                   Two

Home Address:               12010 Pine Bark Lane
                            Midlothian, Virginia  23113
                            (804) 794-8128

Business Address:           Virginia Commonwealth University School of Medicine
                            Box 980050
                            1200 East Broad St., Room 10-308
                            Richmond, Virginia  23298
                            (804) 828-9071
                            FAX (804) 828-2578
                            E-mail:  krcooper@mail2.vcu.edu

## LICENSURE

Virginia # 0101025138

## BOARD CERTIFICATION

American Board of Internal Medicine, June 1976.
Pulmonary Diseases, October 1980.
Critical Care, November 1987 - 1997, Recertified November 1997 - 2007.

## OTHER CERTIFICATION

NIOSH Certified B Reader, Dec 1989, Recertified Nov 1993, Nov 1997, Nov 2001, Nov 2005
National Cancer Institute Smoking Cessation Physician Trainer, Dec 1990
ACLS Jan 1997, Apr 2001

1

**EDUCATION**

State University of New York, Downstate Medical Center,
   Brooklyn, NY, M.D. May 1973
Boston College, Chestnut Hill, MA, B.S. cum laude May 1969

**MILITARY SERVICE**

None

**POSTDOCTORAL TRAINING (all dates are Jul – Jun)**

| | |
|---|---|
| 1977-79 | Fellowship in Pulmonary Disease, Boston University Pulmonary Disease Program, Boston, Massachusetts, Program Directors Gordon Snider, M.D. and Jerome Brody, M.D. |
| 1976-77 | Chief Medical Resident, Medical College of Virginia / Virginia Commonwealth University, Richmond, Virginia, Program Director, Harold Fallon, M.D. |
| 1974-76 | Residency in Medicine, Medical College of Virginia / Virginia Commonwealth University, Richmond, Virginia, Program Director, Harold Fallon, M.D. |
| 1973-74 | Internship, Straight Medicine, Medical College of Virginia/Virginia Commonwealth University, Richmond, Virginia, Program Director, David Richardson, M.D. |

**ACADEMIC APPOINTMENTS/WORK EXPERIENCE (all dates Jul – Jun except where noted)**

| | |
|---|---|
| 3/2005- | Professor Emeritus, Virginia Commonwealth University School of Medicine |
| 4/1995 - 3/96 | Medical Director, Subacute Care Unit, Willow Creek Rehabilitation Unit, Midlothian, Virginia. |
| 7/1993 - 2/98 | Interim Chief, Division of Pulmonary Disease and Critical Care, Medical College of Virginia / Virginia Commonwealth University, Richmond, Virginia. |
| 1992- | Professor of Medicine, Medical College of Virginia / Virginia Commonwealth University |
| 1992-93 | Associate Chief, Division of Pulmonary Disease and Critical Care, Medical College of Virginia / Virginia Commonwealth University |
| 1987-2004 | Associate Professor of Preventive Medicine, Medical College of Virginia/Virginia Commonwealth University |

2

11/1986 – 3/96    Medical Reporter, WWBT Channel 12, news reports twice weekly.

1985-92          Associate Professor of Medicine, Medical College of Virginia/Virginia Commonwealth University

1979-85          Assistant Professor of Medicine, Division of Pulmonary Disease and Critical Care, Medical College of Virginia/Virginia Commonwealth University

1979-2004        Medical Director, Respiratory Care Services, Medical College of Virginia/Virginia Commonwealth University Hospitals, Richmond, Virginia.

## SOCIETIES

American College of Physicians (Fellow)
American Thoracic Society
American College of Chest Physicians (Fellow)
American Public Health Association
Physicians for a National Health Program

## COMMUNITY SERVICE (all dates are Jul – Jun)

Virginia Tobacco Settlement Foundation Board of Trustees
    Board Member 2005-

American Lung Association of Virginia
    Vice President, 1990-93
    Executive Committee, 1986-93
    State Board of Directors, 1983-93
    President, Richmond Region, 1984-87
    Vice President, Richmond Region 1983-84
    Air Conservation Committee 1979-92 , Chairman 1983-88
    Smoking or Health Committee 1990-92

State Air Pollution Control Board
    State Air Pollution Advisory Board 1987-94; Chairman 1987-89
    Hazardous Air Pollutants Ad Hoc Subcommittee, 1982-86

Workers Compensation Commission of Virginia
    Committee on Occupational Pulmonary Disease 1984- , Correspondent 1987-

Virginia Interagency Council on Tobacco or Health
    Member 1984-89, Chairman 1985-89

ASSIST (American Stop Smoking Intervention Study)
    Policy Committee Chairman 1992-93
    Virginia Coalition Chairman 1993-95

## AWARDS

Parker B. Francis Foundation Fellow, 7/1978 – 6/1979
American Lung Association of Virginia, Richmond Region Volunteer of the Year 1981.
Richmond Communicator of the Year 1985, awarded by the International Association of
    Business Communicators.
Nora Spencer Hamner Award 1986, awarded by the American Lung Association of
    Virginia for outstanding service to the community.
Outstanding Media Broadcast Award 1987, awarded by the American Heart Association,
    Virginia Affiliate.
Douglas Southall Freeman Award 1988, awarded by the American Lung Association of
    Virginia for extraordinary service to the people of Virginia in the prevention and conquest of lung
    disease.
Edgar Boynton Award 1991, awarded by the Air and Waste Management Association in recognition of
    outstanding contribution to the field of air quality management in Virginia.
M-II Class of 1989 - Special Recognition for Educational Development
M-II Class of 1991 - Best Lecturer of ICM and Preventive Medicine
M-II Class of 1992 - Outstanding Professor of Preventive Medicine
1994 Best Faculty Teacher Award, Department of Medicine
1999 Outstanding Teacher, M-II Respiratory Course
2000 Outstanding Teacher, M-III Internal Medicine Course
2003 Outstanding Teacher, M-III Internal Medicine Course

## MEDICAL COLLEGE OF VIRGINIA/VIRGINIA COMMONWEALTH UNIVERSITY COMMITTEES/CURRICULUM (all dates are Jul – Jun)

M-II Introduction to Clinical Medicine Course Director, 1987-91
M-I & M-II Curriculum Content Review Committee, 1986-87
M-II Respiratory Curriculum Committee, 1983-89
Department of Medicine Promotion and Tenure Committee, 1990-94, Chairman, 1993-4
Department of Medicine Clinical Operations & Activities Committee, 1984-
Department of Medicine Intern Selection Committee, 1979-
Department of Medicine M-3 Clerkship Committee 1996-
Hospital Disaster Planning Committee, 1979-90; Chairman, 1983-90
VCU Wellness Committee, 1987-88
Medical College of Virginia/Virginia Commonwealth University/VCU Health & Nutrition Newsletter
(INTAKE) Editorial Board, 1989-95
Medical College of Virginia/Virginia Commonwealth University Smokefree Policy Committee, 1989-90
Associated Physicians Board Member, 1991-92
MVCH Marketing Council Member, 1991-92

MCV/VCU Strategic Planning Committee, Chairman, Referring Physicians Subcommittee 1992-94
University Council, Alternate Member, 1982-84
VCU Environmental Studies Center Advisory Committee, 1992-93
VCU University Grievance Panel, 1993-2001
Medical Records CQI Team, 1994-96
MCVH Pharmacy & Therapeutics Committee, 1995-
Referring Physicians Services Committee 1994-99
Governor's School Mentor 1995
School of Medicine Student Appeals Committee 1996-02, Chair 1999-02
VCU Promotion and Tenure Appeals Committee 1996-98
VCU School of Medicine Promotion and Tenure Committee 1999-2002, Chair 2000-02
MCVP Policy Committee 2000-02
VCUHS Budget Committee for Corporate Services 2001-02
VCU Promotion and Tenure Policy Review Committee 2002-04

**EDITORIAL CONSULTANT FOR**

American Review of Respiratory Disease
Chest
AMA Archives of Internal Medicine
JAMA
Preventive Medicine
Resuscitation
Williams & Wilkins Textbook Publishers
American Cancer Society (patient education publications)

**EDITOR**

Virginia Pulmonary Journal 1/1999 – 1/2001

**CURRENT RESEARCH**

"Control of dyspnea on exertion by sustained reduction of dynamic air trapping by salmeterol," funded by GlaxoSmithKline, K.R.Cooper, P.I., 11% effort. Total award $104,137.

5

**BIBLIOGRAPHY**

**Kevin R. Cooper, M.D.**

Articles:

1.  Marsh, W.L., Ferrari, M., Nichols, M.E., Fernandez, G. and Cooper, K.  $B_m$: a weak B Antigen variant. Vox Sang 1973; 25:341-346.

2.  Cooper, K. and Hayes, J.:  Hepatoma presenting as a single cavitary lung mass. Chest 1980; 77:240-241.

3.  Cooper, K.R., Fairman, R.P. and Glauser, F.L.:  Current issues in pulmonary acid aspiration therapy. ER Reports 1(29): September 29, 1980.

4.  Cooper, K.R. and Hong, W.K.:  Prospective study of the pulmonary toxicity of continuously infused bleomycin. Cancer Treatment Reports 1981; 65:419-425.

5.  Mathers, J.A.L., Cooper, K.R., and Glauser, F.L.:  Office management of chronic obstructive airway disease. Geriatrics 1981; 36:103-111.

6.  Cooper, K.R.:  Lack of utility of the lateral position test.  (Letter) Chest 1981; 79:494-495.

7.  Cooper, K.R. and Phillips, B.A.:  Effect of short-term sleep loss on breathing.  J. Applied Physiol. 1982; 53:855-858.

8.  Cooper, K.R. and Boswell, P.A.:  Reduced functional residual capacity and abnormal oxygenation in patients with severe head injury. Chest 1983; 84:29-35.

9.  Cooper, K.R. and Boswell, P.A.:  Accurate measurement of functional residual capacity and oxygen consumption of patients on mechanical ventilation. Anaesthesia and Intensive Care 1983; 11:151-157.

10. Phillips, B.A., Cooper, K.R., Fratkin, M.J.:  Effect of bronchoscopy on localization of Gallium-67 Citrate, Amer. Rev. Resp. Dis. 1983; 127:342-343.

11. Doyle, H.J., and Cooper, K.R.:  Air entrainment in high frequency ventilation with multiple lumen endotracheal tubes. (Letter)  Resp. Care 1984; 29:76.

12. Polatty, R.C., Cooper, K.R., and Kerkering, T.M.:  Spinal cord compression due to an aspergilloma. Southern Medical Journal 1984; 77:645-648.

13. Cooper, K.R., and Boswell, P.A.:  Reduced functional residual capacity and severe head injury. (Letter) Chest 1984; 85:715-716.

14.  Cooper, K.R., and Alberti, R.R.:  Effect of kerosene heater emissions on indoor air quality and pulmonary function.  Amer. Rev. Resp. Dis. 1984; 129:629-631.

15.  Cooper, K.R., and Morrow, C.F.:  Pulmonary complications associated with head injury.  Resp. Care 1984; 29:263-269.

16.  Doyle, H.J., Napolitano, A.E., Lippman, H.R., Cooper, K.R., Duncan, J.S., Eakins, K., and Glauser, F.L.:  Comparison of different humidification systems for high frequency jet ventilation (HFJV) on tracheal and bronchial mucosa after 72 hours of continuous use.  Critical Care Medicine 1984; 12:815-819.

17.  Suratt, P.M., Wilhoit, S.C., and Cooper, K.R.: Induction of subatmospheric pressure in awake patients with obstructive sleep apnea. J. Applied Physiol. 1984; 57:140-146.

18.  Hart, T.B., Radow, S.K., Blackard, W.G., Tucker, H.S.G., Cooper, K.R.  Sleep apnea is common in active acromegaly.  Archives Int. Med. 1985; 145:865-866.

19.  Sessler, C.N., Glauser, F.L., Cooper, K.R..  Treatment of theophylline toxicity with oral activated charcoal.  Chest 1985; 87:325-329.

20.  Yarbrough, B.E., Garrettson, L.K., Zolet, D., Cooper, K.R., Kelleher, B., and Healy, P.: Severe central nervous system damage and profound acidosis in persons exposed to pentaborane.  Clinical Toxicology 1985; 23;519-536.

21.  Polatty, R.C., and Cooper, K.R.,:  Respiratory failure following percutaneous cordotomy.  Southern Medical Journal, 1986; 79:897-899.

22.  Cooper, K.R., and Phillips, B.A.:  Learning effect of repeated hypercapnic ventilatory response testing.  American J. Medical Sciences 1986; 291:386-390.

23.  Cooper, K.R. and Boswell P.A.:  Safe use of PEEP in head injured patients.  J Neurosurgery 1985; 63:552-555.

24.  Vitaliti, J.C., Sessler, C.N., Powell, K., Jones, J.R., and Cooper, K.R.:  Comparison of the effects of cocaine and lidocaine-phenylephrine on nasal airflow resistance.  Anesthesiology 1986; 64:274-277.

25.  Cooper, K.R. From king to culprit:  tobacco.  Virginia Medical 1986; 113:458-468.

26.  Cooper, K.R. and Wetstein, L.:  Emergency management of acute infiltrative pulmonary disease.  Primary Care Emergency Decisions 1986; 2:53-61.

27.  Phillips, B.A., Cooper, K.R., Burke, T.V.: The effect of sleep loss on breathing in patients with chronic obstructive pulmonary disease Chest 1987; 91:29-32.

7

28. Phillips B.A., Cooper, K.R., Newsome, H.H., and Dewey, W.L.: Effect of sleep loss on beta endorphin activity, epinephrine levels, and ventilatory responsiveness. Southern Medical Journal 1987; 80:16-20.

29. Epstein, F.M., Cooper, K.R., and Ward, J.D.: Profound pulmonary shunting without edema following stereotaxic biopsy of hypothalamic germinoma. Case report. J Neurosurgery 1988; 68:303-307.

30. Abbey, N.C., Cooper, K.R., and Kwentus, J.A.: Benefit of nasal CPAP in obstructive sleep apnea is due to positive pharyngeal pressure. Sleep 1989; 12:420-422.

31. Byrne K, Cooper KR, Carey PD, Berlin A, Sielaff TD, Blocher CR, Jenkins JK, Fisher BJ, Fowler AA, Sugerman HJ. Transpulmonary compliance: Accurate early assessment of evolving lung injury following onset of sepsis. Journal of Applied Physiology 1990; 69:2290-2295.

32. Byrne K, Carey PD, Sielaff TD, Jenkins JK, Blocher CR, Cooper KR, Fowler AA, Sugerman HJ. Ibuprofen prevents deterioration in static transpulmonary compliance and transalveolar protein flux in septic porcine acute lung injury. J of Trauma 1991; 31:155-164.

33. Cooper KR. Thoracoscopy Forum. (letter) Chest 1992; 102:1915.

34. Cooper KR. Occupational lung disease among office workers. Virginia Pulmonary Journal 1996; 1(4): 1-4.

35. Cooper, KR. Research highlights of the American Thoracic Society meeting, editorial, Virginia Pulmonary Journal 1999; 5(2): 5.

36. Cooper, KR. Chronic cough (editorial). Virginia Pulmonary Journal 2000; 5(3): 5.

37. Cooper, KR. Research highlights of the American Thoracic Society meeting (editorial). Virginia Pulmonary Journal 2000; 6(1): 7.

38. Cooper, KR. Too many specialists and now a shortage? (editorial). Virginia Pulmonary Journal 2001; 7(1): 2.

39. Cooper, KR. Changing the purpose of the medical record (editorial). Virginia Pulmonary Journal 2001; 7(1): 5.

40. Bhadriraju S and Cooper KR. MAC infections: diagnosis and management. J Respiratory Diseases 2003; 24(3): 127-135.

Book Edited:

Pulmonary Manifestations of Systemic Disease: A Clinical Approach, ed. Cooper, K.R., Futura Publishing, Mt. Kisco, New York, 1990.

## Book Chapters:

1. Cooper, K.R.:  Wheezing, in <u>Signs and Symptoms in Pulmonary Medicine,</u> ed. Glauser, F.L.: Lippincott, Philadelphia, 1983. pp 43-52.

2. Cooper, K.R.:  Hoarseness and Snoring, Ibid. pp 86-94.

3. Fairman, R.P., and Cooper, K.R.: Adventitious Lung Sounds: Crackles and Wheezes, Ibid pp 138-149.

4. Cooper, K.R.:  Respiratory Complications in Patients with Serious Head Injuries, in <u>Textbook of Head Injury,</u> ed. by Becker, D.P. and Gudeman, S.D., W.B. Saunders, Philadelphia 1989, pp 255-264.

5. Cooper, K.R.:  Pulmonary Manifestations of Neurologic Diseases, in <u>Pulmonary Manifestations of Systemic Disease: A Clinical Approach,</u> ed. Cooper, K.R., Futura Publishing, 1990, Mt. Kisco, New York, pp 31-51.

6. Cooper, K.R.: Smoking Cessation, in <u>Practical Approach to Pulmonary Diseases</u>, Lippincott-Raven, 1997, New York, pp 503-511.

7. Cooper, K.R: Smoking Cessation, in <u>The Quiet Killer: Emphysema/Chronic Obstructive Pulmonary Disease</u> , The Scarecrow Press, 2002, Lanham, Maryland, pp 73-82.

## Abstracts:

1. Cooper, K., Friedman, H., Shapshay, S., Hong W.K.:  Effects of continuous infusion bleomycin on pulmonary function. <u>Proceedings of the American Association for Cancer Research and the American Society of Clinical Oncology</u> 20:379, 1979.

2. Cooper, K.R., Hong, W.K.: Pulmonary toxicity of continuously infused bleomycin. <u>Clin. Res.</u> 27:759A, 1979.  (Presented at regional meeting).

3. Cooper, K.R., & Spirn, I.:  Effects of repeated duplicate testing on ventilatory response to $CO_2$. <u>Clin. Res.</u> 28:838A, 1980.

4. Cooper, K.R., Spirn, I. & Karlinsky, J.:  Effect of short term sleeplessness on breathing, <u>Clin. Res.</u> 29:444A, 1981.

5. Cooper, K.R., and Burke, G.W.:  Effect of positive end expiratory pressure on intracranial pressure in head injured patients. <u>Clin. Res.</u> 29:428A, 1981 (presented at national meeting).

6. Polatty, R.C., and Cooper, K.R.:  Respiratory failure following percutaneous cordotomy. <u>VA Medical Monthly</u> 108:132, 1981.

9

7.  Cooper, K.R., and Phillips, B.A., and Orsi, D.: The effect of repeated daily testing of $CO_2$ response in normal individuals. <u>Chest</u> 80:367, 1981.

8.  Cooper, K.R., and Boswell, P.A.: Reduced functional residual capacity in patients with severe head injury. <u>Amer. Rev. Resp. Dis</u>. 125:114, 1982.

9.  Cooper, K.R., and Phillips, B.A.: Effect of naloxone on hypercapnic ventilatory response. <u>The Physiologist</u> 25:187, 1982. (presented at National Meeting).

10. Hart, T.B., Radow, S.K., Cooper, K.R., Blackard, W.G., Tucker, H. St. G., Glauser, F.L.: Sleep apnea is common in acromegaly. <u>Amer. Rev. Resp. Dis</u>. 1983; 127:106.

11. Abbey, N.C., Cooper, K.R., and Kwentus, J.A.: Benefit of nasal CPAP in sleep apnea is due to positive pharyngeal pressure and not increased lung volume. <u>Amer. Rev. Resp. Dis</u>. 1987, 135:A135.

12. Sessler C.N., Cooper, K.R., deBlois, G.: Pleural biopsy: prospective comparison of thorascopy and Abrams biopsy techniques. <u>Chest</u>. 1987; 92:76S.

13. Byrne K, Berlin A, Carey PD, Blocher CR, Jenkins JK, Fisher BJ, Fowler AA, Cooper KR, Sugerman HJ. Early indicators of pulmonary dysfunction: static transpulmonary compliance compared to extravascular lung water and an isotopic technique in a porcine pseudomonas ARDS model. Am Rev Respir Dis 139(4):A273, 1989.

14. Byrne K, Berlin A, Carey PD, Blocher CR, Jenkins JK, Fisher BJ, Fowler AA, Cooper KR, Sugerman HJ. Early indicators in acute lung injury: static compared to dynamic compliance in the porcine pseudomonas ARDS model. Am Rev Respir Dis 1989; 139(4):A534.

15. Byrne K, Carey PD, Berlin A, Jenkins JK, Cooper KR, Fowler AA, Sugerman HJ. Ibuprofen prevents deterioration in static transpulmonary compliance and trans-alveolar protein flux in a septic porcine ARDS model. J Trauma 1989; 29(7):1026

16. Green WS, and Cooper KR. Complications associated with thoracentesis: a prospective, randomized study comparing blunt needle versus conventional technique. VA Med Q 1992; 119(4):264.

10

Abstracts Presented:

1. Phillips, B.A., Cooper, K.R., and Fratkin, M.J.: Lack of effect of bronchoscopy and bronchoalveolar lavage localization of gallium-67 citrate. Presented at the Third World Congress for Bronchology, March 3-6, 1982. Abstract book p. 14-15.

2. Polatty, R.C., and Cooper, K.R.: Respiratory failure following percutaneous cordotomy. Presented at the American College of Physicians Virginia meeting at the Homestead, February, 1982.

3. Cooper, K.R., and Phillips, B.A.: Effects of sleep deprivation ventilatory control. Presented at the Short Pump-Dismal Swamp-Zion Crossroads Medical Society Meeting, October, 1982.

4. Cooper, K.R., and Boswell, P.A.: Relationship of lung volume to hypoxemia in head injury patients. Presented at the Virginia Lung Club meeting, Charlottesville, October, 1981.

5. Cooper, K.R. and Phillips, B.A.: Sleep loss and breathing. Presented at the Virginia Lung Club meeting, Richmond, April, 1982.

6. Cooper, K.R., and Boswell, P.A.: Determinants of intracranial pressure in head injury patients on mechanical ventilation. Presented at the Virginia Lung Club meeting, Norfolk, December, 1983.

7. Hart, T.B., Radow, S.K., Blackard, W.G., Tucker H.S.G., Cooper, K.R.: Sleep apnea is common in active acromegaly. Presented at the American College of Physician Virginia meeting at the Homestead, February, 1984.

8. Cooper, K.R., and Alberti, R.R.: Indoor air pollution due to kerosene space heaters. Presented at the Capital Area Lung Association Conference on Indoor Air Pollution, Washingtion, D.C., February, 1984.

9. Phillips, B.A., Cooper, K.R., and Burke, T.V.: Effect of sleep loss on breathing in patients with severe COPD. Presented at the Kentucky Thoracic Society meeting, Oct. 18, 1986.

10. Cooper, K.R.: Exercising patients with severe COPD increase lung volume above resting TLC to improve expiratory airflow. Presented at the Virginia Thoracic Society annual meeting, Richmond, Sep 20, 2002.

11. Cooper, K.R.: Exercising patients with severe COPD increase lung volume above resting TLC to improve expiratory airflow. Presented at the American College of Chest Physicians Annual Meeting, San Diego, CA, Nov 5, 2002. CHEST 2002:122;36S.

11

Special Projects

1.  Richmond Town Meeting on Air Pollution, October, 1981. "Health Effects of Air Pollution". A panel discussion with US Representative Tom Bliley about the Clean Air Act.

2.  Congressional Testimony, 1982, Washington, D.C. "Adverse effects of weakening carbon monoxide emissions standards for new vehicles". A statement on behalf of national voluntary health associations opposing increased carbon monoxide emissions.

3.  Mass Communications Conference, April 2, 1986, Richmond, VA. " Contemporary Challenges to Tobacco Products Advertising". A debate with Scott Stapf, Assistant to the President of the Tobacco Institute.

4.  Virginia Health Congress, May 5-7, 1986, Richmond, VA, a statewide Virginia Department of Health convention to project health needs and policy for the next decade. "Tobacco and Health" Workshop Leader.

5.  A Debate with Walker Merryman, Vice President of the Tobacco Institute, Nov. 8, 1987, Richmond, VA: "Should Cigarette Advertising be Banned?"

6.  "How to Beat Heart Attack" - a 2 hour special TV program broadcast Aug 20, 1987, WWBT, co-host and panelist.

7.  "Cocaine" - a 90 minute special TV program broadcast Oct 7,1988, WWBT co-host and panelist.

8.  "Beating Heart Attack" - a 90 minute special TV program broadcast Jan 29, 1989, WWBT, co-host and panelist.

9.  Richmond Town Meeting on Air Pollution, May 8, 1990. "Health Effects of Air Pollution." A panel discussion about the health and economic impacts of proposed Clean Air Act changes.

10. Countdown 2000 - Ten Years to a Tobacco Free America. A National Conference for staff and volunteers of ALA, AHA, and ACS, Washington, DC, Sept 10, 1990. Workshop leader, "Tobacco Facts, Figures, and Myths."

11. "Planning for Clean Air" Symposium, University of Virginia Center for Environmental Policy, June 12-13, 1991. Speaker and panelist.

12. Invited lecture at the Virginia Health Council - "How Can the Health Professional Encourage Prevention?", Richmond, Sept 12, 1991.

13. Invited lecture at the Fourth National Conference on Nicotene Dependence, Sept 14, 1991, Raleigh, North Carolina, "Historical Perspective on the Cigarette Industry."

14. Televised debate with Stephen Parish, general counsel to the Tobacco Institute, concerning tobacco control legislation, WRLH, Channel 35, Sept 24, 1991.

15. Debate vs Thomas Loria, Special Assistant to the President of the Tobacco Institute, "Banning Tobacco Use in the Workplace," sponsored by the American Industrial Hygiene Association, Central Virginia Chapter, Richmond VA, Jan 20, 1994.

16. Meet the Professor invited lecture, "What to do about tobacco," American College of Chest Physicians Annual Meeting, San Francisco, CA, Oct 25, 2000.

17. Chesterfield County Open Burning Ordinance Committee 2003.

13

**Kevin R. Cooper, M.D.**

Record of Depositions and Trial Testimony

2001

Baig vs Stephen Musto, M.D., et al
Alleged malpractice by respiratory therapist
Alleged failure to communicate important information to physician
  with resulting patient injury
Trial Testimony for the defendant
Attorney:  John Coffey
                Reed Smith Hazel & Thomas
                Fairfax, Virginia

Aprile vs Lara Dimick, M.D.
Alleged malpractice by physician
Alleged negligent surgery during laparoscopic cholecystectomy
  resulting in septic shock and ARDS
Deposition testimony for the Defendant
Attorney: Ted McFadden
                Kaufman & Canoles
                Norfolk, VA

2002
Audrey Knighton v Dr. Robbins et al
Alleged malpractice by physician
Alleged loss of leg because of negligent vascular catheter insertion
Deposition testimony for the defendant
Attorney: William Archambault
                Goodman, West & Filetti
                Charlottesville, VA

Rulan Luo v Inova Fairfax Hospital, Chun-Sheng Lee, MD, and Rolando Santos, MD
Alleged malpractice by physician
Alleged failure to treat hemorrhagic shock correctly, resulting in death
Deposition testimony for defendant Dr. Santos
Attorney: Brian Rhatigan
                Rhatigan, Ollen, Carleton & Costabile
                Fairfax, VA

Snyder v. York County
Deposition testimony for defendant
Alleged lung cancer caused by occupational exposure
Virginia Workers Compensation Commission
Attorney:  Ralph Whitt
            Whitt & Assoc.
            Richmond, VA


Foley v. Edward Jesneck, MD
Alleged malpractice by physician
Alleged paralysis as a result of bleeding caused by heparin
Deposition testimony for the defendant
Attorney: L. Thompson Hanes
            Crews & Hancock
            Roanoke, VA


Kinney v. Kernodle Clinic
Alleged malpractice by physician
Alleged failure to diagnose and treat pulmonary embolism
Deposition testimony for the plaintiff
Attorney: Thomas D. Carruthers
            Alspaugh & Carruthers
            Greensboro, NC


2003

Sandozz v. Dr. Wickizer and EmCare
Alleged malpractice by physician
Alleged failure to diagnose and treat acute myocarditis
Deposition and trial testimony for the plaintiff
Attorney:  Margaret Broaddus, Esq.
            Cuthbert Law Firm
            Petersburg, VA.


Jane Rossell v. Amy Waer, M.D. et al
Alleged malpractice by physician
Alleged death caused by aspiration from failing to place a
    nasogastric tube in a patient with a distended colon
Trial testimony for the defendant
Attorney: Joseph T. McFadden, Jr.
            Kaufman & Canoles
            Norfolk, VA.

Scott v Kverneland
Alleged malpractice by physician
Alleged mistreatment of acute pancreatitis leading
    to ARDS and multiple organ failure
Deposition testimony for the defendant
Attorney:  Mary Jaye DeBari
            McEwan, Martinez & Dukes
            Orlando, FL

Perkins v Medina and Yerby and Western Wake Medical Center
Alleged malpractice by physicians and nurses
Alleged failure to diagnose and treat bowel perforation
Deposition testimony for the plaintiff
Attorney:  Coleman Cowan
            Martin & Jones
            Raleigh, NC

Jackson v Research Medical Center
Alleged malpractice by hospital employees
Alleged failure to inform physician that prescribed medicine
    should not have been given
Deposition testimony for the defendant
Attorney:  Tom Kokoruda
            Shughart, Thomson & Kilroy
            Kansas City, MO

Rehanek v Dr. Lee, et al
Alleged malpractice by physician
Alleged failure to intubate patient with pneumonia in
    time to prevent respiratory arrest
Depositon testimony for the defendant
Attorney: Robert F. Donnelly
            Goodman, Allen & Filetti
            Glen Allen, VA

2004

Willis v. Larmoyeux
Alleged malpractice by physician
Alleged failure to prevent, diagnose and treat pulmonary embolism
Deposition testimony for the defendant
Attorney:  Mary Bland Love
            Gobelman, Love, Gavin, Blazs & Wasilenko
            Jacksonville, FL

Winters v. Anez
Alleged malpractice by physician
Alleged failure to treat surgical complications of gastric bypass promptly
Deposition and trial testimony for the plaintff
Attorney:  Brian Shevlin
                Shevlin & Smith
                Arlington, VA

Dellinger v. Commonwealth of Virginia
Alleged malpractice by physician
Alleged failure to perform angiographic embolization of an AVM properly
Deposition testimony for the defendant
Attorney:  C.J. Steuart Thomas, III
                Timberlake, Smith, Thomas & Moses
                Staunton, VA

Roberts v. MCI
Alleged malpractice by nurse
Alleged failure to inform physician about patient's confusion and blood loss
Deposition and trial testimony for the defendant
Attorney:  Tom Rottinghaus
                Shughart, Thomson & Kilroy
                Kansas City, MO

Knight v. Visiting Nurse Association
Alleged malpractice by nurse
Alleged failure to inform physician about patient's condition at time of a home visit
Deposition for the defendant
Attorney:  Tony Rupp
                Shughart, Thomson & Kilroy
                Kansas City, MO

2005
Jackson v Bon Secours St. Mary's Hospital
Alleged injury caused by serving contaminated beverage in hospital cafeteria
Deposition for the plaintiff
Attorney:  Courtney Van Winkle
                Allen & Allen
                Richmond, VA

Malik v Dr. Gonzalo et al
Alleged failure to diagnose and treat pulmonary embolism
Deposition for the defendant
Attorney: R. Barrow Blackwell, Esq.
                Kaufman & Canoles
                Norfolk, VA

Cooper v Dr. Flemmer et al
Alleged improper treatment of hypotension resulting in leg amputation
Deposition for the defendant
Attorney: Kathleen McCauley, Esq.
      Goodman, Allen & Filetti
      Glen Allen, VA

Tara Gesling v. Dr. Sherry
Alleged improper injection for pain control causing RSD of the lung
Deposition for the defendant
Attorney: James Mayson, Esq.
      Timberlake, Smith, Thomas & Moses
      Staunton, VA

Spittle v. Commonwealth of Virginia
Alleged improper placement of feeding tube resulting in pneumonia
Deposition and trial testimony as treating physician
Attorney: Robin Ayres, Esq.
      Goodman, Allen & Filetti
      Glen Allen, VA

Ware v Steven Johnson, MD
Alleged failure to treat acute blood loss adequately
Deposition for the defendant
Attorney: C.J. Steuart Thomas, Esq.
      Timberlake, Smith, Thomas & Moses, P.C.
      Staunton, VA

2006

Walters v. Ludmilla Neudachin, MD
Alleged brain damage and death resulting from failure to secure a working airway
Deposition for the plaintiff
Attorney: Brian Shevlin, Esq.
      Shevlin & Smith
      Fairfax, VA

Uzel v. Dr. Bosher
Alleged failure to prevent deep vein thrombosis resulting in pulmonary embolism
Deposition for the defendant
Attorney: Sean Byrne, Esq.
      **Hancock, Daniel, Johnson & Nagle**
      **Glen Allen, VA**

**Spencer v. Charlotte Surgical Group and Carl Smart, MD**
**Alleged failure to inform surgeon about abscess seen on chest CT**
**Deposition for the defendant**
**Attorney:** Harold Holmes, Jr., Esq.
      Parker Poe
      Charlotte, NC

**Miles v Dr Mathers**
**Alleged failure to diagnose myocardial infarction**
**Deposition and trial tesimony for the defendant**
**Attorney: Margaret Hardy, Esq.**
> **Sands, Anderson, Marks & Miller**
> **Richmond, VA**


**Richard Rogers vs Timothy Blackburn, M.D**
**Alleged failure to diagnose and treat pulmonary embolism**
**Deposition for the defendant**
**Attorney: Diana Jordison, Esq.**
> **Kansas City, MO**