UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| MARY SCOTT, Individually and<br>As Personal Representative of the Estate of<br>JONATHAN MAGBIE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>) Civil Action No. 1:05-CV-01853-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

The remaining parties, pursuant to the Court's Order of June 1, 2007, hereby submit the following joint status report

1.　　Pursuant to this Court's Order of June 1st, the Plaintiff has filed her Opposition and the Defendants have filed their Reply Brief with regards to the Defendants' pending Motion for Reconsideration of the Court's Order of May 29, 2007 Granting Plaintiff's Motion to Exclude Defendants' Expert Witnesses.  The Court's consideration of this Motion is now ripe for the Court's determination.

2.　　Pursuant to the suggestion of the Court, the parties have agreed to attempt to make one further effort at mediation.  The parties are therefore discussing dates and availability for mediation as follows, July 5, 6, 9, and 17, 2003, and/or as soon thereafter as can be scheduled.

3.　　Defendants request that a date certain to be set by the Court for the filing of dispositive motions as Defendants are planning to file motions for summary judgment as to some of Plaintiff's claims should mediation fail.  Defendants suggest the date of July 31, 2007 for filing of dispositive motions.

Plaintiff's position is since Plaintiff is dismissing her sec. 1983 claims against the remaining Defendants, she does not believe a dispositive motions deadline is needed in this case.

4.   Plaintiff requests that the Court schedule a pretrial date at this time. Defendants agree to the setting of a pretrial date, but after the dispositive motions date.

Respectfully submitted,

| | |
|---|---|
| **BONNER KIERNAN TREBACH &  CROCIATA, LLP** | Temple Law Office |
| /s/ *Ronald G. Guziak* | /s/ *Donald M. Temple* |
| D'Ana E. Johnson, #927913<br>Ronald G. Guziak, #233940<br>Juan M. Anderson, #465404<br>1233 20th Street, N.W., Suite 800<br>Washington, D.C. 20036<br>djohnson@bktc.net<br>rguziak@bktc.net<br>janderson@bktc.net<br>***Attorneys for Defendants William S. Vaughn, MD, Rotimi A. Ilouyomade, MD and National Emergency Services District of Columbia*** | Donald M. Temple<br>1229 15th Street, NW<br>Washington, DC 20005<br>***Counsel for Plaintiff***<br><br>/s/ *Edward J. Connor*<br>Edward J. Connor, Esquire<br>5210 Auth Road, Suite 304<br>Camp Springs, Maryland 20746-4341<br>***Counsel for Plaintiff***<br><br>/s/ *Elizabeth Alexander*<br>Elizabeth Alexander, Director<br>National Prison Project of the ACLU  Foundation<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005-2302<br>***Counsel for Plaintiff*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of June, 2007, I caused to be served *via* U.S. Mail, postage prepaid, a true and correct copy of the Joint Status Report was served *via* electronic mail upon the following:

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*

                                            */s/ Ronald G. Guziak*
                                        Ronald G. Guziak