1233 20th Street, NW
Suite 800
Washington, DC 20036
Telephone: (202) 712-7000
Facsimile: (202) 712-7100
bktc@bktc.net
www.bktc.net

# BONNER KIERNAN TREBACH & CROCIATA, LLP

Connecticut
Maryland
Massachusetts
New Jersey
New York
Pennsylvania
Rhode Island
Virginia
Washington, DC

May 9, 2007

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC 20005

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland 20746-4341

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005-2302

        Re:    *Mary Scott v. Greater Southeast Community Hospital, et al.*
               USDC No.: 1:05cv01853
               BKTC File No.: 0597.0009

Dear Counsel:

        Please be advised that it has, for the first time, been brought to our attention that you are not in receipt of the *Curriculum Vitaes* for designated defense experts Dr. Johns, Dr. Buttaravoli, and Dr. Lechtzin. It was our understanding that these documents were filed along with our initial Designation of Experts on December 22, 2006. In fact, we have never been informed, until today by virtue of your motion, that counsel or the Court had not received the aforementioned *Curriculum Vitaes*. Indeed, they were explicitly referenced both within the text of the December 22, 2006 filing as well as the Supplemental Designation filed, as per the Court's Order, on May 4, 2007.

        In an abundance of caution, and while we confirm with PACER as to the attached contents of the December 22, 2006 filing, we forward the subject *Curriculum Vitaes* to you to accompany our Rule 26(a)(2) reports. If they *Curriculum Vitaes* were omitted from the December 22, 2006 filing, it was a clerical and/or technological e-filing inadvertence. We further note that Defendants did not receive a written report from Noah Lechtzin, M.D. which is the reason why none was submitted as to him.

**DEFENDANT'S EXHIBIT**

1

170429-1

Donald M. Temple, Esquire
Edward J. Conner, Esquire
Elizabeth Alexander, Director
May 9, 2007
Page 2


Should you have any questions, please contact me, D'Ana E. Johnson, Esquire or Ronald G. Guziak, Esquire at your earliest convenience.

Very truly yours,

Juan M. Anderson

JMA/vpm
Enclosures
cc:     D'Ana E. Johnson, Esquire (w/o enclosures)
        Ronald G. Guziak, Esquire (w/o enclosures)

BONNER
KIERNAN
TREBACH &
CROCIATA, LLP

170429-1

# CURRICULUM VITAE

## PHILIP M. BUTTARAVOLI, M.D. FACEP

| | |
|---|---|
| Office Address: | Emergency Department<br>Palm Beach Gardens Medical Center<br>3360 Burns Road<br>Palm Beach Gardens, FL  33410<br>Phone: 561/694-7172   Fax: 561/694-7236   Mobile: 561/818-3388 |
| Home Address: | 8636 Falcon Green Drive<br>West Palm Beach, FL  33412<br>Phone: 561/775-3388   Fax: 561/622-3325<br>E-Mail: emed1@adelphia.net |
| Education: | B.A. Zoology (1966) University of Vermont<br>Burlington, Vermont *(With Honors)*<br><br>M.D. (1970) College of Medicine<br>University of Vermont<br><br>Internship - Rotating (1970-1971)<br>Santa Clara Valley Medical Center<br>San Jose, California<br><br>Resident - Emergency Medicine (1971-1973)<br>University of Cincinnati<br>Cincinnati, Ohio |

| | | |
|---|---|---|
| Certification: | American Board of Emergency Medicine | 1982 |
| | Recertification | 1990 & 2000 |
| | American Heart Association | |
| | Advanced Cardiac Life Support- Provider | 2001 |
| | Affiliate Faculty | 1998 |
| | American Academy of Pediatrics | |
| | Pediatric Advanced Life Support- Provider | 2001 |
| | American College of Surgeons | 1981 |
| | Advanced Trauma Life Support | |
| | Instructor | |
| | National Board of Medical Examiners | 1971 |
| | Diplomat | |
| Licensures: | Florida, Maryland, and Vermont | |

| | | |
|---|---|---|
| Professional History: | Emergency Department<br>Palm Beach Gardens Medical Center<br>Palm Beach Gardens, Florida<br>(InPhyNet, Fort Lauderdale, Florida) | 1990-Present |
| | Medical Director of Emergency Services | 1990 - 2002 |

Department of Emergency Medicine                                              1980-1990
Holy Cross Hospital, Silver Spring, Maryland
    Chairman of Department *(July 1980-June 1989)*

Medical Access                                                               1986-1990
Urgent Walk-in Medical Center
Germantown, Maryland
    Co-Founder, Co-owner, and Member of Senior Medical Team

Georgetown University Hospital                                               1977-Present
Washington, D.C.
    Clinical Assistant Professor of Emergency Medicine

Capital Emergency Associates, P.A.                                           1976-1990
Laurel, Maryland
    Partner *(1976-1990)*
    Founder and Past President *(1976-1980)*

E-Med Corporation                                                            1972-Present
Cincinnati, Ohio
    Co-Founder, Vice President of Research and Development

Department of Emergency Services                                             1978-1980
Greater Laurel-Beltsville Hospital
Laurel, Maryland
    Chairman of Department

Department of Emergency Medicine                                             1976-1980
Doctors' Hospital of Prince George's County
Lanham, Maryland
    Chairman of Department

George Washington University                                                 1975-1976
Washington, D.C.
    Assistant Professor, Department of Health
        Care Services
    Medical Director of Emergency Services

Military Service: 1973-1975
U.S. Air Force
Malcolm Grow Medical Center
Andrews Air Force Base, Washington, D.C.
    Chief of Emergency Services

Memberships:

American Medical Association
American College of Emergency Physicians - *Fellow*
Palm Beach County Medical Society
Florida Medical Association

## DETAILED PROFESSIONAL EXPERIENCES

| Section | Content |
|---|---|
| A. | Faculty Positions |
| B. | Medical Appointments and Services |
| C. | Publications |
| D. | Medical Product Patents |
| E. | Professional Appointments and Committees |

## A.   FACULTY POSITIONS

GEORGETOWN UNIVERSITY HOSPITAL                                    1977-Present

- ▪ Clinical Assistant Professor

- • Received Tom Kimmett Clinical Teaching Award in 1986, an honor *"given annually to the clinical faculty member who has best demonstrated dedication to an excellence in teaching emergency medicine."*

GEORGE WASHINGTON UNIVERSITY                                    1975-1976

- • Served as Assistant Professor of the Department of Health Care Services, and as Director of Emergency Medical Services.

- • Responsible to insure overall quality of department and medical care.

## B.   MEDICAL APPOINTMENTS AND SERVICES

PALM BEACH GARDENS MEDICAL CENTER                              1990-Present

- • Medical Director for Emergency Services in a department seeing 24,000 patients annually.
- • Created the position of Documentation Assistant to support department physicians and maximize their efficiency.

HOLY CROSS HOSPITAL, Silver Spring, Maryland                      1980-1990

- • For Department of Emergency Medicine seeing 42,000 patients per year, served as Chairman from 1980 through June 1989.

GREATER LAUREL-BELTSVILLE HOSPITAL, Laurel, Maryland             1978-1980

- • Chaired department serving 15,000 patients annually.

- • For two years (1978-1980), served simultaneous appointments as Chairman of the Doctors' Hospital of Prince George County Department of Emergency Medicine, and as Chairman of the Greater Laurel-Beltsville Hospital Department of Emergency Medicine.

DOCTORS' HOSPITAL OF PRINCE GEORGE'S COUNTY, Lanham, Maryland          1976-1980

- While Chair of Department of Emergency Medicine, with 28,000 patients per year, founded Capital Emergency Associates, a democratic professional corporation composed primarily of residency-trained, board-certified emergency specialists.

MEDICAL ACCESS, Germantown, Maryland          1986-1990

- Founder, co-owner, and member of senior medical team for local community medical center providing residents with minor emergency, routine medical, and industrial health care services that include on-site laboratory and X-ray facilities.

CAPITAL EMERGENCY ASSOCIATES, Laurel, MD          1976-1990

- Founder and past president for Washington-Baltimore area medical service providing quality emergency medical teams to local hospitals, and enjoying a reputation of being the finest emergency physician group in the region.

E-MED CORPORATION, Cincinnati, Ohio          1972-Present

- Co-founder and continuing Vice President of Research and Development for company established to design and distribute specialized emergency medical services equipment and products.

U.S. AIR FORCE, MALCOLM GROW MEDICAL CENTER          1973 - 1975

- Assigned as Chief of Emergency Services immediately upon completion of residency training.

UNIVERSITY OF CINCINNATI, Cincinnati, Ohio          1971 - 1973

- One of the nation's first five residency-trained emergency physicians.

## C.   PUBLICATIONS

- *Common Simple Emergencies*, co-authored with Thomas O. Stair, Brady Communications Company, Inc., a Prentice-Hall Publishing Company: Bowie, Maryland. 1985. Based on lectures presented for 12 years at Georgetown University Hospital, the text is considered a benchmark in the field for description of minor medical and surgical emergencies. Used internationally by medical students and practicing physicians.

   **Minor Emergencies: Splinters to Fractures**, update and comprehensive revision of Common Simple Emergencies published by Mosby, Inc. A Harcourt Health Services Company, St. Louis, Missouri. 2000.

## D.   MEDICAL PRODUCT PATENTS

- Patent 3,918,446 *(Securement Device for Intravenous Catheter and Tubing)*, E-Med Corporation, Cincinnati, Ohio. 1975.

- Patent 3,809,079 *(Resuscitator)*, E-Med Corporation, Cincinnati, Ohio. 1973.

## E.   PROFESSIONAL APPOINTMENTS AND COMMITTEES

- American Board of Emergency Medicine. Examiner, 1982-1994; Team Leader, 1990-1992; Senior Examiner, 1995-Present.

- Consultant on Emergency Medicine for Stedman's Medical Dictionary 27th Edition, 1998.

- Washington, D.C. Key Contact of the Government Affairs Committee of the American College of Emergency Physicians. 1986-1990. A system that utilizes members of ACEP who are selected to communicate with elected federal officials to influence the legislative and regulatory process.

- Emergency Medical Services Committee, Palm Beach County Medical Society. 1991-2003
  Chairman. 1999-2003t

- Risk Management Utilization Review Committee, Palm Beach Gardens Medical Center. 1990-2003.

- Emergency Services Committee, Palm Beach Gardens Medical Center. 1990-2003.
  Chairman. 2002

- Medical Records Committee, Holy Cross Hospital of Silver Spring. 1983-1989.

- Emergency Room Committee, Holy Cross Hospital. 1980-1989.

- Executive Committee, Holy Cross Hospital. 1980-1989.

- EMS Quality Assurance Panel, Montgomery County Medical Society. 1980-1990. Chairman, 1983-1984.

- Emergency Medical Services Advisory Council, Montgomery County. 1980-1990. Chairman, 1984-1986; Vice Chairman, 1983-1984. Community forum and coordinating body for area emergency services, including Red Cross; police, fire, and rescue departments; and hospital emergency services.

- Emergency Services Committee, George Washington University Hospital. Chairman. 1975-1976.

- Disaster Committee, George Washington University Hospital. 1975-1976.

- Educational Materials Committee, American College of Emergency Physicians. 1975-1977.

## Roger Anthony Johns, M.D., M.H.S.

13008 Heil Manor Dr
Reisterstown, MD 21136

(410) 560-1671 (home)
(443) 287-6254 (work)
(410) 952-0504 (cell)

**ACADEMIC POSITIONS:**

Professor, Department of Anesthesiology and Critical Care Medicine of The Johns Hopkins
University School of Medicine, Baltimore, Maryland, 1999 - present

Director, Anesthesiology and Critical Care Medicine, Johns Hopkins Hospital, Baltimore, MD,
May 1999-2003

Mark C. Rogers Professor and Chairman, Department of Anesthesiology and Critical Care Medicine
of The Johns Hopkins University School of Medicine, Baltimore, MD, May 1999 – 2003

Professor and Acting Chair of Anesthesiology, University of Virginia, July 1998 - June 1999

Professor and Vice Chair of Anesthesiology, University of Virginia, April 1997 - June 1998

Professor of Anesthesiology, University of Virginia, July 1995 - June 1999

Associate Professor of Anesthesiology, University of Virginia, July 1991- June 1995

Assistant Professor of Anesthesiology, University of Virginia, August 1987 - June 1991

**EDUCATION AND TRAINING:**

Robert Wood Johnson Health Policy Fellow of the Institute of Medicine, National Academy of
Sciences. American Political Science Association Congressional Fellow (Senator Hatch)
2005-2006

Ph.D. candidate in Health Policy and Management (Health Services Research), Johns Hopkins
Bloomberg School of Public Health, 2005-present

M.H.S. in Health Policy and Management. Johns Hopkins Bloomberg School of Public Health,
2005

Fellow in Cardiac Anesthesia, Department of Anesthesiology, University of Virginia, 1985 – 1986

Research Fellow in Pharmacology, Department of Pharmacology, University of Virginia,
Charlottesville, VA, (Michael J. Peach, Ph.D., Supervisor) June 1985 - July 1987

Resident in Anesthesiology, University of Virginia, Charlottesville, VA, 1983-85 (Robert M.
Epstein, M.D., Chairman) July 1, 1983 - June 30, 1985

Resident in Mixed Internal Medicine/Anesthesiology, University of Virginia, Charlottesville, VA,
July 1, 1982 - June 1983

M.D., Wayne State University School of Medicine, Detroit, MI, 1981

B.S., Biological Sciences, Stanford University, Palo Alto, CA, 1977

**LICENSURE:**

Maryland State Board of Physician Quality Assurance
National Board of Medical Examiners Parts I, II, III
Commonwealth of Virginia Board of Medicine, License
Diplomat of the American Board of Anesthesiology, 1986

*Roger A. Johns, M.D.*

## GRANT SUPPORT:

P50 084946  Molecular Determinants of Pulmonary Arterial Hypertension.  SCCOR, PI Paul Hassoun. Roger Johns, PI of project 4:  HIMF/FIZZ in Pulmonary Hypertension/Right Heart Failure.  2006-2011  $21,640,000 (total)

RO1 GM49111 (yrs 14-18) Interaction of Anesthetics with Neuronal PDZ domains.  Roger A. Johns, Principal Investigator.  $288,000 (direct, yr14), $1,868,000 (total) 2006-2010

RO1 NS44219 Role of PSD93/Chapsyn-110 in Chronic Pain. Roger A. Johns, Principal Investigator $2,007,875 (total) 2002-2008.

RO1 HL39706-(yrs 15-19)-NO, Hypoxia and Pulmonary Hypertension. Roger A. Johns, Principal Investigator, $2,013,750 (total) 2002-2007.

PGA HL99-024 Applied Genomics in Cardiopulmonary Disease. Co-Investigator (Joe Garcia, PI) $16,000,000 (total) 2000-2005.

RO1 GM49111 (yrs 09-14) – NO Signaling in Mechanisms of Analgesia and Anesthesia. Roger A. Johns, Principal Investigator. $1,334,083 (total) 2000-2005 (renewal 2006-2011 pending).

RO1 HL39706 (yrs10-14) - Regulation of NO Signaling in Pulmonary Vasculature. Roger A. Johns, Principal Investigator  $1,645,000 (total), 1997-2002.

RO1 HL39706 (yrs 06-09) - Regulation of NO Signaling in Pulmonary Vasculature. Roger A. Johns, Principal Investigator. $1,175,714 (total), 1993-1997.

Blaustein Pain Foundation Award. Specific Coupling of NMDA Receptor Activity to NO Signaling - Pathway in Spinal Nociceptive Mechanisms by PSD95. Roger A. Johns, Principal Investigator $34,896 2000-2001.

RO1 GM49111 (yrs 04-08) - Anesthetics and Nitric Oxide Signaling. Roger A. Johns, Principal Investigator. $1,219,000 (total), 1996-2000.

RO1 GM49111 (yrs 01-03) - Anesthetics and Nitric Oxide Signaling. Roger A. Johns, Principal Investigator. $898,000 (total), 1993-1996.

NHLBI T32 HL07284-19 Training Program in Basic Cardiovascular Research. Program Preceptor, 1994-1999 (Brian Duling, P.I.).

Computers in Medical Education Grant from the University of Virginia Computers in Medical Education Committee for development of computer-based anesthesia simulation training for medical students and residents. 1992-1993.

American Heart Association Grant in Aid, Regulation of Nitric Oxide Synthase by Nitric Oxide. Roger A. Johns co-investigator $57,000, 1992-1994.

American Heart Association Grant in Aid, Nitric Oxide as a Selective Pulmonary Vasodilator. Roger A. Johns co-investigator with George F. Rich. $62,000, 1991-1993.

NHLBI P01 HL19242, Regulation of Vascular Smooth Muscle Growth and Function; Richard A. Murphy, Principal Investigator. Roger A. Johns, Principal Investigator on Sub-project 8: Endothelium-Vascular Smooth Muscle Cell Interactions. $127,530, 1990-1994.

NHLBI T32 HLO7355, Hypertension Training Grant; Program Preceptor, 1988-1999.

NHLBI R29 HL39706, Oxygen Tension and Endothelium-Dependent Vasodilation. Roger A. Johns, Principal Investigator. $349,797, 1988-1993.

NHLBI P01 -HL19242 (yrs 01-05), Vascular Smooth Muscle Program Project; Richard A. Murphy, Principal Investigator. Co-investigator on sub-project: Spin-Trapping of Endothelium-Derived Free Radicals, 1987-1990.

Anesthesiology Young Investigator/Parker B. Francis Investigator. Hypoxia and EDRF Release from Pulmonary Artery Endothelium. Roger A. Johns, Principal Investigator. $62,000, 1987-1989.

Individual National Research Service Award. Role of Arachidonate Metabolites in Endothelium-Dependent Vasodilation. $56,000, 1985 – 1987.

American Heart Association Fellowship, $20,000, 1985 – 1986.

*Roger A. Johns, M.D.*

## GRANTS ON BEHALF OF POSTDOCTORAL TRAINEES:

NRSA: Mechanism of feedback regulation of nitric oxide synthase. Fellowship on behalf of Gregory C. Dailey, Ph.D. 1994-1995.

American Heart Association, Virginia Affiliate. Sterol regulation of endothelial nitric oxide synthase expression. Fellowship on behalf of Timothy D. Le Cras, Ph.D. 1994-1996.

American Heart Association, Virginia Affiliate. Regulation of NO-cGMP signaling by endothelium-vascular smooth muscle interaction. Fellowship on behalf of L.V. Ravichandran, Ph.D. $59,000, 1995-1997.

American Heart Association, Virginia Affiliate. Etiology of NO signaling pathway in hypoxia induced pulmonary hypertension. Fellowship on behalf of Chun Xue, M.D., Ph.D. $59,000, 1995-1997

American Heart Association, Virginia Affiliate. Regulation of nitric oxide synthase gene expression by nitric oxide, Fellowship on behalf of Lesley Millatt, Ph.D. $59,000, 1996-1998.

NRSA: Regulation of nitric oxide expression and role in pulmonary vascular remodeling. Fellowship on behalf of Timothy Quinlan, Ph.D. $39,400, 1996-1998.

NRSA : HIMF in Human Pulmonary Hypertension. Fellowship on behalf of Daniel Angelini, 2006-2008

## PATENTS AND LICENSING:

- Use of nitric oxide signaling pathway inhibitors as novel analgesics and in decreasing anesthetic requirement (08/082,440).
- Novel monoclonal antibody to nitric oxide synthase. (licensed)
- Pharmacological manipulation of cell protein turnover through the stimulation or inhibition of ubiquitin activating enzyme by s-nitrosylation.
- The analgesic and anesthetic roles of cGMP-dependent protein kinase I-alpha inhibition (DM-3612).
- The analgesic and anesthetic role of inhibiting interactions of PSD93 and PSD95 with NMDA receptors (DM-3699; licensed to Traxion Therapeutics).
- Novel Hypoxia Inducible Mitogenic Factor (HIMF; a novel, potent angiogenic, mitogenic and vasoconstricting protein/cytokine) (DM-4061).

## HONORS AND SCHOLARSHIPS:

Robert Wood Johnson Health Policy Fellow of the Institute of Medicine, National Academy of Sciences. 2005-2008

WTG Morton Society (1999-present), President 2002-2003

Association of University Anesthesiologists (elected 5/91)

American Society of Pharmacology and Experimental Therapeutics (elected 1990)

Anesthesia Young Investigator/Parker B. Francis Investigator Award (1987-1989)

Association of Cardiovascular Anesthesiologists (elected 10/89)

University of Michigan Regents Scholar

Evans Scholar

National Merit Scholarship, Commendation

Michigan Competitive Scholar

Eagle Scout, gold palm

## ADDITIONAL TRAINING:

Business Management and Leadership Certificate Program, Darden School of Business Administration, University of Virginia, January-September, 1998

Financial Management - Darden School of Business Administration, Univ. of Virginia. Fall 1995

3

*Roger A. Johns, M.D.*

Fiberoptic Bronchoscopy and Intubation (one month clinical rotation, Bernie Marsh, M.D., and K.P.
   Wang, M.D., supervisors), Johns Hopkins University, 1984
Advanced Trauma Life Support, American College of Surgeons, 1985
Advanced Cardiac Life Support, American Heart Association, 1983

4

Roger A. Johns, M.D.

**COMMITTEE AND ADMINISTRATIVE ACTIVITIES:**

**Departmental:**

*University of Virginia*

Chair (Acting) University of Virginia Department of Anesthesiology, 1998-1999 (offered permanent position but accepted Chair at Johns Hopkins)

Chair's Advisory Committee, 1997-1999

Vice Chair, University of Virginia Department of Anesthesiology, 1997-1999

Chair, Clinical Research Committee, University of Virginia Department of Anesthesiology, 1997-1999

Chair, Committee to Select Department Business/Administrative Manager, University of Virginia Department of Anesthesiology, 1993

Coordinator of Cardiovascular Anesthesia Teaching Block, Department of Anesthesiology, University of Virginia, 1988-1999

Coordinator of Research Conference series, Department of Anesthesiology, University of Virginia, 1988-1999

Promotions Committee, University of Virginia, Department of Anesthesiology, 1995-1999

Education Committee, University of Virginia, Department of Anesthesiology, 1989-1999

Resident Selection Committee, University of Virginia, Department of Anesthesiology, 1988-1999

Coordinator of weekly Case Conference series, Department of Anesthesiology, University of Virginia Medical Center, 1984-85

*The Johns Hopkins University:*

Chair, Department of Anesthesiology and Critical Care Medicine, The Johns Hopkins University, 1999-2003

Executive OR Committee, Department of Anesthesiology, The Johns Hopkins University, 1999-2003 (Chair)

Quality Assurance Committee, Department of Anesthesiology, The Johns Hopkins University, 1999-2003

Service Executive Committee, Chair, Department of Anesthesiology, and The Johns Hopkins University, 1999-2003 (Chair)

Education Committee, Department of Anesthesiology, The Johns Hopkins University, 1999-present

Resident Selection Committee, Department of Anesthesiology The Johns Hopkins University 1999-2003

Operating Room Equipment and Supply Committee, Department of Anesthesiology The Johns Hopkins University 1999-2003

Promotion and Mentoring Committee, Department of Anesthesiology, The Johns Hopkins University, 1999-present (Chair 1999-2003)

**Medical School/University:**

Wayne State University Medical School Curriculum Committee, 1977-81 (elected each year)

Stanford University Biological Sciences Undergraduate Curriculum Committee, 1975-1977 (elected each year)

*University of Virginia:*

Executive Committee - Training Program in Basic Cardiovascular Research, University of Virginia Health System 1996-1999

Dean's Committee to review Department of Plastic Surgery, 1998

Search Committee for Chairman, Department of Internal Medicine, University of Virginia Health Sciences Center, 1995-1997

Research and Development Committee, University of Virginia Health Sciences Center, 1995-1999

Roger A. Johns, M.D.

Dean's Committee to Review Dentistry Department, University of Virginia, 1993
Faculty-Medical Student Advising Program, 1989-1999
Executive Committee, Hypertension Training Program, University of Virginia, 1987-1999

## COMMITTEE AND ADMINISTRATIVE ACTIVITIES (cont.):

Director and Developer of Translational Research Enhancement Program for Cardiovascular
    Research Training, University of Virginia Health System, 1995-1999
Executive Committee - Medical Scientist Training Program, University of Virginia Health System,
    1997-1999
Medical Policy Committee. University of Virginia Health System, 1998-1999
Graduate Medical Education Committee. University of Virginia Health System, 1998-1999
Medical Advisory Committee. University of Virginia Health System, 1998-1999
Clinical Chair's Committee, University of Virginia Health System, 1998-1999
Dean's Committee to review Department of Plastic Surgery Chair, University of Virginia Health
    System, 1998-1999

### *Johns Hopkins Medical Institutions:*

Contracting Committee of the Clinical Practice Association 1999-2004
Executive Operating Room Committee (co-Chair) 1999-2003
Clinical Directors Communication Committee, Johns Hopkins Hospital, 1999-2003
Clinical Practice Association Advisory Board, Johns Hopkins Medicine, 1999-2003
Comprehensive Cancer Center Advisory Council Committee, Johns Hopkins Hospital, 1999-2003
The Johns Hopkins Hospital Medical Board Committee, Johns Hopkins Hospital, 1999-2003
The Advisory Board of the Medical Faculty, The Johns Hopkins University, 1999-2003
Innovations in Patient Care Executive Committee (Hopkins Program in Quality and Safety), 2002-
    present
Search Committee for Chair, Department of Surgery, Johns Hopkins University, 2002-2003
Committee on Philanthropy, 2001-2003
Committee on Compliance Redevelopment of the Clinical Practice Association (Chair) 2002-2003
Committee on Operating Room Efficiency (co-Chair) 2001-2003
Innovations in Patient Care Fast Track Subcommittee on Training and Development, Johns Hopkins
    Hospital, 2001-2003 (co-Chair)
The Johns Hopkins Medicine United Way Campaign, Co-Chairman 2000-2001; Chairman 2001-
    2002 and 2002-2003
Agenda Committee of the Advisory Board, The Johns Hopkins University, 2000-2002
Johns Hopkins Committee on Information Technology, 200-2002

### *National:*

American Society of Anesthesiologists Subcommittee on Experimental Circulation, 1991-1994,
    2004-2007
American Society of Anesthesiologists Committee on Research, 1992-present
Academy of Anesthesia Mentors (Founding Member), 2004-present
WTG Morton Society (elected 1999: President, 2002-2003)
Society of Academic Anesthesiology Chairs (1998-2003, elected to Council, 2001-2003)
American Society of Anesthesiologists Physician's Resource Committee, 1999-2003
National Library of Medicine Adviser/Consultant, 1997
American Board of Anesthesiology, Associate Examiner (question writer), 1997-2001
See *Anesthesiology, American Journal of. Physiology, Journal of Vascular*
See NIH, NSF, AHA, MRC, Veterans Grant Review Committees below
Scientific Advisory Board of the Association of University Anesthesiologists, 1992-1995
Society of Cardiovascular Anesthesiologists Research/Abstract Review Committee, 1991-1994
    *Research and Journal of Cardiovascular Anesthesia*
Editorial Boards noted below.

6

*Roger A. Johns, M.D.*

**HEALTH CARE POLICY/HEALTH SYSTEMS RELATED:**

>  Robert Wood Johnson Health Policy Fellow of the Institute of Medicine, National Academy of
>      Sciences. American Political Science Association Congressional Fellow 2005-2008
>  Innovations in Patient Care Committee, Johns Hopkins Hospital, 2001 – present
>  Program for Chiefs of Clinical Service, Harvard School of Public Health, January 2000
>  Darden Graduate School of Business Administration Health Sciences Center Executive Management
>      Program, December 1997 to October 1998
>  Strategic Planning Committee Clinical Program Task Force, University of Virginia Health Sciences
>      Center (Dean's Office), 1994-1995
>  Health Policy Forum (Don Detmer) University of Virginia  1992-1995
>  Health Services Foundation Leadership Retreat, University of Virginia, September, 1994
>  Invited participant, AMSA Health Care Policy Program, Washington, DC, 1978
>  Stanford Students Studying the National Health Service, England, 1975 (15 credits related to health
>      economics and policy. Didactic series on health economics and policy with lecturers from
>      Stanford, London School of Economics, Oxford and Officials of the National Health Service.
>      Policy internship at Wexham Park Hospital, Slough, UK)
>  Economics of Health Care (Victor Fuchs, Ph.D., Professor) Stanford University, 1975-1976

**SOCIETY MEMBERSHIPS:**

>  American Society of Anesthesiologists
>  International Anesthesia Research Society
>  Society of Cardiovascular Anesthesiologists
>  Association of Cardiac Anesthesiologists
>  Association of University Anesthesiologists
>  American Association for the Advancement of Science
>  Federation of American Societies for Experimental Biology
>  American Society of Pharmacology and Experimental Therapeutics
>  American Thoracic Society
>  American Heart Association, Cardiopulmonary Council
>  American Medical Association
>  Virginia State Medical Society
>  Albemarle County Medical Society
>  Virginia Society of Anesthesiologists
>  American Society of Echocardiography
>  American Physiological Society
>  Baltimore County Medical Society
>  Johns Hopkins Medical-Surgical Association
>  Society for Neuroscience
>  Academy Health

**EDITORIAL BOARD AND JOURNAL REVIEW:**

>  *Anesthesiology* (Editor, 1996-2006)
>  *Anesthesiology* (Associate Editor, 1991-1996)
>  *Journal of Vascular Research* (Editor, 1995-2002)
>  *American Journal of Physiology: Lung, Cellular, and Molecular Biology* (Editor, 2000-present)
>  *Journal of Cardiothoracic and Vascular Anesthesia* (Editor, 1992-2000)
>  *Intelligence Reports in Anesthesia* (Editor, 1986, 1987)

>>  Regular Invited Reviewer for:
>>  *American Journal of Physiology (Heart, Circ)*

7

*Roger A. Johns, M.D.*

*American Journal of Physiology (Lung, Cell, Molecular Physiology)*
*American Journal of Physiology (Heart Circ Physiology)*
*American Journal of Physiology (Regulatory and Integrative Physiology)*
*Anesthesia and Analgesia*
*Archives of Otolaryngology—Head and Neck Surgery*
*Brain Research*
*British Journal of Pharmacology*
*Circulation Research*
*European Respiratory Journal*
*FEBS Letters*
*Investigative Urology*
*Journal of Applied Physiology*
*Journal of Clinical Anesthesia*
*Journal of Clinical Investigation*
*Journal of Neuroscience*
*Journal of Pharmacology and Experimental Therapeutics*
*Journal of Respiratory Cell and Molecular Biology*
*Journal of Vascular Research*
*Life Sciences*
*Neuroreport*
*Neuroscience*
*Neuroscience Letters*
*Trends in Neuroscience*
*Thrombosis and Hemostasis*

**GRANT REVIEW:**

Foundation for Anesthesia Education and Research, ASA Research Study Section, 1992- present
National Science Foundation, ad hoc reviewer (1992, 1993)
Veteran's Administration, ad hoc reviewer (1992, 1993, 1994, 1995)
National Institutes of Health NHLBI Lung Biology and Pathology A Study Section, June 1994, February 1995 (ad hoc)
National Institutes of Health NHLBI Lung Biology and Pathology A Study Section 1995-1999 (permanent member)
International Anesthesia Research Society Frontiers in Anesthesia Research Award Study Section, 1994-1995; 1996-1997 (Chairman); 1998-1999 (Chairman)
American Heart Association, Virginia Affiliate Peer Review Committee, 1995-1997
Medical Research Council, England, 1997; 1998 (ad hoc); 2001
National Institutes of Health – General Medicine: Surgery, Anesthesia and Trauma Study Section, 2000 (ad hoc)

## PUBLICATIONS IN REFEREED JOURNALS

Johns RA, DiFazio CA, Longnecker DE: Lidocaine constricts or dilates rat arterioles in a dose-dependent manner. Anesthesiology 62:141-144, 1985.

Lynch C, Johns RA: Diagnostic application of an axillary block in an infant. Anesthesiology 62:524-526, 1985.

Berry FA, Lake CL, Johns RA, Rodgers BM: Mitral valve prolapse—another cause of intraoperative dysrhythmias in the pediatric patient. Anesthesiology 62:662-664, 1985.

Johns RA, Finholt DA, Stirt JA: Anesthetic management of a child with dermatomyositis. Can Anaesth Soc J 33:71-74, 1986.

Johns RA, Seyde WC, DiFazio CA, Longnecker DE: Dose-dependent effects of bupivacaine on rat muscle arterioles. Anesthesiology 65:186-191, 1986.

DiFazio CA, Carron H, Grosslight KR, Moscicki JC, Bolding WR, Johns RA: Comparison of pH-Adjusted lidocaine solutions for epidural anesthesia Anesth Analg 65:760-764, 1986.

Loeb AL, Johns RA, Milner P, Peach MJ: Endothelium-dependent relaxing factor in cultured cells. Hypertension 9(Suppl III):III 186-III 192, 1987.

Johns RA, Stirt JA: Fat embolism syndrome. Seminars in Anesthesia 6:176-179, 1987.

Loeb AL, Johns RA, Peach MJ: Extracellular calcium is not required for melittin-induced release of endothelium-derived relaxing factors from intact tissues or cultured endothelial cells, Proceedings of Mechanisms of Vasodilation Symposium. Edited by Vanhoutte PM. New York, Raven Press, 1988.

Johns RA, Johnson A, Joob A, Peach MJ, Griffin E, Flanagan T, Kron IL: Internal manipulation of the canine mammary artery impairs endothelium-dependent vasodilation. Surgical Forum 38:215-216, 1987.

Johns RA, Kron IL, Carey RM, Lake CL: Atrial myxoma: Case report, brief review, and recommendations for anesthetic management. J Cardiothoracic Anesthesia 2:207-212, 1988.

Johns RA, Peach MJ: Para-bromophenacyl bromide inhibits endothelium-dependent arterial relaxation and cyclic GMP accumulation by effects produced exclusively in the smooth muscle. J Pharmacol Exp Ther 244:859-865, 1988.

Johns RA, Izzo NJ, Milner PJ, Loeb AL, Peach MJ: Use of cultured cells to study the relationship between arachidonic acid and endothelium-derived relaxing factor. Am J Med Sci 31(4):287-292, 1988.

Milner PG, Izzo NJ, Saye JA, Loeb AL, Johns RA, Peach MJ: Endothelium-dependent relaxation is independent of arachidonic acid release. J Clin Invest 81:1795-1803, 1988.

D'Alauro FJ, Johns RA: Hypotension related to desmopressin administration following cardiopulmonary bypass. Anesthesiology 69:962-963, 1988.

9

Roger A. Johns, M.D.

## PUBLICATIONS IN REFEREED JOURNALS (cont.):

Johns RA, Peach MJ, Flanagan T, Kron IK: Probing of the canine mammary artery damages endothelium and impairs vasodilation resulting from prostacyclin and endothelium derived relaxing factors. J Thoracic Cardiovasc Surg 97:252-258, 1989.

Johns RA, Milner PJ, Izzo NJ, Saye J, Loeb AL, Peach MJ: EDRF release from cultured endothelial cells does not require phospholipase activation or arachidonate release. Annals of the New York Academy of Sciences 559:455-456, 1989.

Johns RA: Local anesthetics inhibit endothelium-dependent vasodilation. Anesthesiology 70:805-811, 1989.

Johns RA, Linden JM, Peach MJ: Endothelium-dependent relaxation and cyclic GMP accumulation in the rabbit pulmonary artery are selectively impaired by hypoxia. Circ Res 65:1508-1515, 1989.

Wills MH, Johns RA, Stone DJ, Moscicki JC, DiFazio CA: Vascular effects of 2-chloroprocaine and sodium metabisulfite on isolated rat aortic rings. Reg Anesth 14:271-273, 1989.

Stone DJ, Johns RA: Endothelium-dependent effects of halothane, enflurane and isoflurane on isolated rat aortic vascular rings. Anesthesiology 71:126-132, 1989.

Johns RA: Desmopressin is a potent vasorelaxant of aorta and pulmonary vessels isolated from rabbit and rat. Anesthesiology 72:858-864, 1990.

Tracey WR, Linden JM, Peach MJ, Johns RA: Comparison of spectrophotometric and biological assays for nitric oxide and EDRF: Nonspecificity of the diazotization reaction for nitric oxide and failure to detect EDRF. J Pharmacol Exp Ther 252:922-928, 1990.

Johns RA, Peach MJ, Linden JM, Tichotsky A: $N^G$-monomethyl L-arginine inhibits endothelium-derived relaxing factor-stimulated cyclic GMP accumulation in cocultures of endothelial and vascular smooth muscle cells by an action specific to the endothelial cell. Circ Res 67:979-985, 1990.

Johns RA: Endothelium-derived relaxing factor: Basic review and clinical implications. J Cardiothor Vasc Anesth 5:69-79, 1991.

Frankville D, Harper B, Lake C, Johns RA: Hemodynamic consequences of desmopressin administration after cardiopulmonary bypass. Anesthesiology 74:988-996, 1991.

Linden J, Prater MR, Sullivan GW, Johns RA, Patel A: Contamination of adenosine deaminase by superoxide dismutase activity. Stabilization of endothelium-derived relaxing factor. Biochem Pharmacol 41:273-279, 1991.

Johns RA, Rengasamy A: Endothelium-derived relaxing factor (EDRF): production from L-arginine. Adv Exp Med Biol 301:215-227, 1991.

Tracey WR, Johns RA, Romero G, Peach MJ: Mechanism of phospholipase C-induced release of EDRF from pulmonary artery endothelium. Am J Physiol 261 (Cell Physiol 30):C927-C935, 1991.

Rengasamy A, Johns RA: Characterization of EDRF/NO synthase from bovine cerebellum and mechanism of modulation by high and low oxygen tensions. J Pharmacol Exp Ther 259:310-316, 1991.

Siragy HM, Johns RA, Peach MJ, Carey RM: Nitric oxide alters renal function and guanosine 3',5'-cyclic monophosphate. Hypertension 19:775-779, 1992.

10

Roger A. Johns, M.D.

**PUBLICATIONS IN REFEREED JOURNALS (cont.):**

Uggeri MJ, Proctor G, Johns RA: Halothane, enflurane and isoflurane attenuate both receptor and nonreceptor mediated EDRF production in rat thoracic aorta. Anesthesiology 76:1012-1017, 1992.

Brendel JK, Johns RA: Isoflurane does not vasodilate rat thoracic aortic rings by EDRF or other cyclic GMP mediated mechanisms. Anesthesiology 77:126-131, 1992.

Johns RA, Moscicki J, Difazio C: Nitric oxide synthase inhibitor dose-dependently and reversibly reduces the threshold for halothane anesthesia: A role for nitric oxide in mediating consciousness? Anesthesiology 77(4):779-784, 1992.

Park WK, Lynch C, Johns RA: Effects of propofol and thiopental in isolated rat aorta and pulmonary artery. Anesthesiology 77:956-963, 1992.

Rengasamy A, Johns RA: Determination of nitric oxide synthase activity by measurement of the conversion of L-arginine to L-citrulline. Neuroprotocols 1:159-164, 1992.

Rengasamy A, Johns RA: Regulation of nitric oxide synthase by nitric oxide. Molecular Pharmacol 44:124-128, 1993.

Rich GF, Murphy GD, Roos CM, Johns RA: Inhaled nitric oxide: Selective pulmonary vasodilation in cardiac surgical patients. Anesthesiology 78:1028-1035, 1993.

Rich GF, Roos CM, Anderson SM, Urich DC, Johns RA: Inhaled nitric oxide: Dose-response and the effects of hemoglobin in the isolated lung. J Appl Physiol 75:1278-1284, 1993.

Zelenkov P, McLaughlin T, Johns RA: Endotoxin enhances hypoxic constriction of rat aorta and pulmonary artery through induction of EDRF/NO synthase. Am J Physiol (Lung Cell Molec Physiol 9):L346-L354, 1993.

Rengasamy A, Johns RA: Inhibition of nitric oxide synthase by a superoxide generating system. J Pharmacol Exp Ther 267:1024-1027, 1993.

Pollack SG, Dent J, Simek C, Gimple L, Johns RA, Kaul S, Spotnitz W: Starr-Edwards valve thrombosis detected preoperatively by transesophageal echocardiography. Catheterization and Cardiovascular Diagnosis 31:156-157, 1994.

Rich GF, Lowson SM, Johns RA, Daugherty MO, Uncles DR: Inhaled nitric oxide selectively decreases pulmonary vascular resistance without impairing oxygenation during one-lung ventilation inpatients undergoing cardiac surgery. Anesthesiology 80:57-62, 1994.

Rengasamy A, Johns RA: Effect of hydrogen peroxide and catalase on rat cerebellum nitric oxide synthase. Biochem Pharmacol 48:423-425, 1994.

Tracey WR, Xue C, Klinghofer V, Barlow J, Pollock J, Forstermann U, Johns RA: Immunochemical detection of inducible NO synthase in human lung. Am J Physiol (Lung Cell Mol Physiol 10) 266:L722-L727, 1994.

Xue C, Rengasamy A, Le Cras TD, Koberna P, Dailey GC, Johns RA: Distribution of NOS in normoxic vs. hypoxic rat lung: upregulation of NOS by chronic hypoxia. Am J Physiol (Lung Cell Mol Physiol. 11) 267:L667-L678, 1994.

11

Roger A. Johns, M.D.

## PUBLICATIONS IN REFEREED JOURNALS (cont.):

Rengasamy A, Xue C, Johns RA: Immunohistochemical demonstration of a paracrine role of nitric oxide in bronchial function. Am J Physiol (Lung Cell Mol Physiol. 11) 267:L704-L711, 1994.

Rengasamy A, Ravichandran LV, Reikersdorfer CG, Johns RA: Inhalational anesthetics do not alter nitric oxide synthase activity. J Pharmacol Exp Ther 273:599-604, 1995.

Ravichandran LV, Johns RA, Rengasamy A: Direct and reversible inhibition of endothelial nitric oxide synthase by nitric oxide. Am J Physiol (Heart Circ), 268:H2216-H2223, 1995.

Zuo Z, Johns RA: Halothane, enflurane and isoflurane do not affect the basal or agonist-stimulated activity of partially isolated soluble and particulate guanylyl cyclases of rat brain. Anesthesiology 83:395-404, 1995.

Ravichandran A, Johns RA: Up-regulation of endothelial nitric oxide synthase expression by cyclic guanosine 3'-5'-monophosphate. FEBS Letters 374:295-298, 1995. Reprint

Johns RA, Tichotsky A, Muro M, Spaeth J, Rengasamy A: Halothane and isoflurane inhibit EDRF-dependent cyclic GMP accumulation in endothelial cell-vascular smooth muscle co-cultures independent of an effect on guanylyl cyclase activation. Anesthesiology 83:823-834, 1995.

Xue C, Johns RA: Endothelial nitric oxide synthase in the lungs of patients with pulmonary hypertension. New Eng J Med 333:1642-1644, 1995. Reprint

Lewis NP, Tsao PS, Rickenbacher PR, Haywood GA, Xue C, Johns RA, von der Leyen H, Trindade P, Cooke JP, Hunt SA, Billingham ME, Valantine HA, Fowler MB: Induction of nitric oxide synthase in the human cardiac allograft is associated with contractile dysfunction of the left ventricle. Circulation 93: 720-729, 1996. Reprint

Xue C, Reynolds PR, Johns RA: Developmental expression of NOSs in fetal rat lung: implications for transitional circulation and pulmonary angiogenesis. Am J Physiol (Lung .Cell. Mol. Physiol. 14) L88-L100, 1996.

Roos CM, Frank DU, Xue C, Johns RA, Rich GF: Chronic inhaled nitric oxide: Effects on pulmonary vascular endothelial function and pathology in hypoxic and normoxic rats. J. Appl Physiol 80:252-260, 1996. Reprint

Rengasamy A, Johns RA: Determination of Km for oxygen of nitric oxide synthase isoforms. J Pharmacol Exp Ther 276:30-33, 1996.

Le Cras TD, Xue C, Rengasamy A, Johns RA: Chronic hypoxia up-regulates endothelial and inducible nitric oxide synthase gene and protein expression in rat lung. Am J Physiol: 270 (Lung Cell. Mol. Physiol. 14): L164-L170, 1996.

Zuo Z, Tichotsky A, Johns RA: Halothane and isoflurane inhibit vasodilation due to constitutive but not inducible nitric oxide synthase. Implications for the site of anesthetic inhibition of the nitric oxide/guanylyl cyclase signaling pathway. Anesthesiology 84:1156-1165, 1996.

Xue C, Botkin SJ, Johns RA: Localization of endothelial NOS at the basal microtubule membrane in ciliated epithelium of rat lung. J Histochemistry and Cytochemistry 44: 463-471, 1996.

12

Roger A. Johns, M.D.

## PUBLICATIONS IN REFEREED JOURNALS (cont.):

Xue C, Johns RA: Up-regulation of nitric oxide synthase correlates temporally with onset of pulmonary vascular remodeling in the hypoxic rat. Hypertension 28:743-753, 1996. Reprint

Zuo Z, De Vente J, Johns RA: Halothane and isoflurane dose-dependently inhibit the cyclic GMP increase caused by N-methyl-D-aspartate in rat cerebellum: Novel localization and quantitation by *in vitro* autoradiography. Neuroscience 74:1069-1075, 1996. Reprint

Pajewski TN, Di Fazio C, Mosciki J, Johns RA: Nitric oxide synthase inhibitors, 7-nitro indazole and nitro[G] -L-arginine methyl ester, dose-dependently reduce the threshold for isoflurane anesthesia. Anesthesiology 85(5): 1111-1119, 1996.

Pajewski TN, Miao N, Lynch C, Johns RA: Volatile anesthetics affect calcium mobilization in bovine endothelial cells. Anesthesiology 85: 1147-1156, 1996.

Rengasamy A, Pajewski TN, Johns RA: Inhalational anesthetic effects on rat cerebellar nitric oxide and cyclic guanosine monophosphate production. Anesthesiology 86:689-698, 1997.

Zuo Z, Johns RA: Inhalational anesthetics up-regulate constitutive and lipopolysaccharide-induced inducible nitric oxide synthase expression and activity. Molecular Pharmacology 52:606-612, 1997. Reprint

Xue C, Heller F, Johns RA, Everett AD: Developmental expression and localization of the catalytic subunit of protein phosphatase 2A in rat lung. Dev Dyn 211:1-10, 1998. Reprint

Le Cras TD, Tyler RC, Horan MP, Morris KG, McMurtry IF, Johns RA, Abman SH: Effects of chronic hypoxia and altered hemodynamics on endothelial nitric oxide synthase and preproendothelin-1 expression in the adult rat lung. Chest 114 (1 Suppl):35S-36S, 1998.

Quinlan TR, Laubach V, Zhou N, Johns RA: Alterations in nitric oxide synthase isoform expression in NOS knockout mice exposed to normoxia or hypoxia. Chest 114 (1 Suppl):53S-55S, 1998.

Palmer LA, Johns RA: Hypoxia upregulates inducible (type II) nitric oxide synthase in a HIF-1 dependent manner in rat pulmonary microvascular but not aortic smooth muscle cells. Chest 114(1 Suppl):33S-34S, 1998.

Palmer LA, Semenza GL, Stoler MH, Johns RA: Hypoxia induces Type II NOS gene expression in pulmonary artery endothelial cells via HIF-1. Am J Physiol (Lung Cell. Mol. Physiol.) 274:L212-L219, 1998. Reprint

Le Cras TD, Tyler RC, Horan MP, Morris KG, Tuder RM, McMurtry IF, Johns RA, Abman SH: Effects of chronic hypoxia and altered hemodynamics on endothelial nitric oxide synthase expression in the adult rat lung. J Clin Invest 101(4):795-801, 1998. Reprint

Frank DU, Horstman DJ, Morris GN, Johns RA, Rich GF: Regulation of the endogenous NO pathway by prolonged inhaled NO in rats. J. Appl. Physiol. 85: 1070-1078, 1998. Reprint

Everett AD, Le Cras TD, Xue C, Johns RA: eNOS expression is not altered in pulmonary vascular remodeling due to increased pulmonary blood flow. Am J Physiol (Lung Cell Mol) 274:L1058-1065, 1998. Reprint

Johns RA, Zuo Z., Rengasamy A., Pajewski TN, Haddad E: Effects of anesthetics on NO synthase activity and NO signaling. Published Symposia of 25th Anniversary of the Clinic of Anesthesiology, Intensive Care Medicine and Pain Control. Frankfurt, Germany, June, 1998.

13

Roger A. Johns, M.D.

## PUBLICATIONS IN REFEREED JOURNALS (cont.):

Wang ZQ, Millatt LJ, Heiderstadt NT, Siragy HM, Johns RA, Carey RM: Differential regulation of renal angiotensin subtype $AT_{1A}$ and $AT_2$ receptor protein in rats with angiotensin-dependent hypertension. Hypertension 33(1):96-101, 1999. Reprint

Zhan XH, Li D and Johns RA: Immunohistochemical evidence for NO-cGMP signaling pathway in respiratory ciliated epithelia of rat. J Histochem Cytochem 47: 1369-1374, 1999. Reprint

Zuo Z, Tichotsky A, and Johns RA: Inhibition of excitatory neurotransmitter- nitric oxide signaling pathway by inhalational anesthetics. Neuroscience 93: 1167-1172, 1999. Reprint

Li D, Zhou N, and Johns RA: Soluble guanylate cyclase gene expression and localization in the rat lung after exposure to hypoxia. Am J Physiol (Lung.Cell.Mol) 277(4 Pt 1): L841-847, 1999. Reprint

Tao Y, Hassan A, and Johns RA: Intrathecally administered cGMP-dependent protein kinase Iα inhibitor significantly reduced the threshold for isoflurane anesthesia. Anesthesiology 92: 493-499, 2000.

Tao YX, Hassan A, Haddad E, and Johns RA: Expression and action of cyclic GMP-dependent protein kinase Iα in formalin-induced inflammatory hyperalgesia in rat spinal cord. Neuroscience 95: 525-33, 2000. Reprint

Jung F, Palmer LA, Zhou N, Johns RA: Hypoxic regulation of the inducible nitric oxide synthase via hypoxia inducible factor-1 in cardiac myocytes. Circ Res 86: 319-325, 2000. Reprint

Shirakami G, Li D, Zhan X, Johns RA: Propofol stimulates ciliary motility via the nitric oxide-cyclic GMP pathway in cultured rat tracheal cells. Anesthesiology 93:482-8, 2000.

Tao YX, Johns RA: Activation of cGMP-dependent protein kinase Iα is required for N-methyl-D-aspartate- or nitric oxide- produced spinal thermal hyperalgesia. Eur. J. Pharmacol. 392:141-145, 2000. Reprint

Li D, Shirakami G, Zhan X, Johns RA: Regulation of ciliary beat frequency by the NO-cGMP signaling pathway in rat airway ciliated epithelial cells. Am J Respir Cell Mol Biol 23:175-181, 2000. Reprint

Tao YX, Huang YZ, Mei L, Johns RA: Expression of PSD-95/SAP-90 is critical for N-methyl-D-aspartate receptor-mediated thermal hyperalgesia in the spinal cord. Neuroscience 98:201-206, 2000. Reprint

Quinlan TR, Laubach VE, Shesely E, Zhou N, Johns RA: eNOS-deficient mice show a reduced pulmonary vascular proliferation and remodeling to chronic hypoxia. Am J Physiology (Lung Cell Mol) 279: L641-L650, 2000. Reprint

Fang K, Johns RA, Macdonald T, Kinter M, Gaston B: S-Nitrosoglutathione breakdown prevents airway smooth muscle relaxation in the guinea-pig. Am J Physiology (Lung Cell Mol) 279:L716-721, 2000. Reprint

Tao YX, Li YQ, Zhao ZQ, Johns RA: Synaptic relationship of the neurons containing a metabotropic glutamate receptor, mGluR5, with nociceptive primary afferent and GABAergic terminals in rat spinal superficial laminae. Brain Res. 875(1-2):138-143, 2000. Reprint

Palmer LA, Gaston B, Johns RA: Normoxic stabilization of hypoxia inducible factor 1 expression and activity: Redox-dependent effect of nitrogen oxides. Mol. Pharmacol. 58:1197-1203, 2000. Reprint

Tao YX, Johns RA: Effect of the deficiency of spinal PSD-95/SAP90 on the minimum alveolar anesthetic concentration of isoflurane in rats. Anesthesiology. 94(6):1010-1015, 2001.

14

*Roger A. Johns, M.D.*

**PUBLICATIONS IN REFEREED JOURNALS (cont.):**

Premaratne S, Xue C, McCarty JM, Zaki M, McCuen RW, <u>Johns RA</u>, Schepp W, Neu B, Lippman R, Melone PD, Schubert ML: Neuronal nitric oxide synthase: expression in rat parietal cells. Am. J. Physiol. Gastrointest. Liver Physiol. 280:G308-G313, 2001. <u>Reprint</u>

Li D, Laubach VE, <u>Johns RA</u>: Upregulation of lung soluble guanylate cyclase during chronic hypoxia is prevented by deletion of eNOS. Am J Physiology (Lung Cell Mol). 281:L369-L376, 2001. <u>Reprint</u>

Jung F, Weiland U, <u>Johns RA</u>, Zeiher AM: Chronic hypoxia induces apoptosis in cardiac myocytes: a possible role of the apoptotic marker Bcl-2. Biochem Biophys Res Commun. 286:419-425, 2001. <u>Reprint</u>

Tao F, Tao YX, Gonzalez JA, Fang M, Mao P, <u>Johns RA</u>: Knockdown of PSD-95/SAP90 delays the development of neuropathic pain in rats. NeuroReport 12:3251-3255, 2001.

Teng X, Li D, Catravas JD, <u>Johns RA</u>: C/EBP-β mediates iNOS induction by hypoxia in rat pulmonary microvascular smooth muscle cells. Circ Res 90:125-127, 2002. <u>Reprint</u>

Teng X, Li D, <u>Johns RA</u>: Hypoxia upregulates mouse vascular endothelial growth factor D promoter activity in rat pulmonary microvascular smooth-muscle cells. Chest 121(3 Suppl):82S-83S, 2002. <u>Reprint</u>

Tao YX, <u>Johns RA</u>: Activation and up-regulation of spinal cord nitric oxide receptor, soluble guanylate cyclase, after formalin injection into the rat hind paw. Neuroscience 112:439-446, 2002. <u>Reprint</u>

Li D, Teng X, <u>Johns RA</u>: Up-regulation of angiogenic factor expression in hypoxia-treated mouse lung demonstrated by DNA array technique. Chest 121(3 Suppl):78S, 2002. <u>Reprint</u>

Zhan X, Li D, <u>Johns RA</u>: Expression of endothelial nitric oxide synthase in ciliated epithelia of rat airway, oviduct, and ventricle. J Histochem Cytochem 50(1):81-87, 2003. <u>Reprint</u>

Teng X, Li D, Champion H, <u>Johns RA</u>: FIZZ1/RELMα-A novel hypoxia-induced mitogenic factor in lung with vasoconstrictive and angiogenic properties. Circ Res 92:1065-1067, 2003. <u>Reprint</u>

Tao F, Tao YX, Mao P, <u>Johns RA</u>: Role of postsynaptic density protein-95 in the maintenance of peripheral nerve injury-induced neuropathic pain in rats. Neuroscience. 2003:17:731-739, 2003. <u>Reprint</u>

Millatt LJ, Whitley GS, Siragy HM, Carey RM, <u>Johns RA</u>: Evidence for dysregulation of dimethylarginine dimethylaminohydrolase I (DDAHI) in chronic hypoxia-induced pulmonary hypertension. Circulation 108:1493-1498, 2003. <u>Reprint</u>

Girgis RE, Li D, Zhan X, Garcia SJN, Tuder R, Hassoun PM, <u>Johns RA</u>: Attenuation of chronic hypoxic pulmonary hypertension by simvastatin Am J Physiol (Heart Circ Physiol) 285:H938-H945, 2003. <u>Reprint</u>

Fang M, Tao YX, He F, Zhang M, Levine C, Mao P, Tao, F, Chou CL, Sadegh-Nasseri S, <u>Johns RA</u>: Synaptic PDZ domain-mediated protein interactions are disrupted by inhalational anesthetics. J Biol Chem 278:36669-36675 2003. <u>Reprint</u>

Tao YX, Rumbaugh G, Wang GD, Petralia RS, Zhao C, Kauer FW, Tao F, Zhuo M, Wenthold RJ, Raja SN, Huganir RL, Bredt DS, <u>Johns RA</u>: Impaired NMDA receptor-mediated postsynaptic function and blunted NMDA receptor-dependent persistent pain in mice lacking PSD-93. J Neurosci 23:6703-6712 2003. <u>Reprint</u>

15

*Roger A. Johns, M.D.*

**PUBLICATIONS IN REFEREED JOURNALS (cont.):**

Tao F, Tao Y-X, Mao P, Zhao C, Li D, Liaw W-J, Raja SN, Johns RA. Intact carrageenan-induced thermal hyperalgesia in mice lacking inducible nitric oxide synthase. Neuroscience 120:847-854 2003. Reprint

Zhang, B, Tao, F, Liaw WJ, Bredt DS, Johns RA, and Tao YX. Effect of knockdown of spinal cord PSD-93/chapsin-110 on persistent pain induced by complete Freund's adjuvant and peripheral nerve injury. Pain 106:187-196 2003. Reprint

Liaw W-J, Zhang B, Tao F, Yaster M, Johns RA, Tao Y-X. Knockdown of spinal cord postsynaptic density protein-95 prevents the development of morphine tolerance in rats. Neuroscience 123:11-15 2004. Reprint

Wagner KF, Hellberg A-K, Balenger S, Depping R, Dodd-O J,. Johns RA and Li D: Hypoxia-induced mitogenic factor has antiapoptotic action and is upregulated in the developing lung coexpression with hypoxia-inducible factor-2α. Am J Respir Cell Mol Biol 31:276-282. 2004. Reprint

Tao F, Liaw W-J, Zhang B, Yaster M, Rothstein JD, Johns RA, Tao Y-X. Evidence of neuronal excitatory amino acid carrier 1 expression in rat dorsal root ganglion neurons and their central terminals. Neuroscience 123:1045-1051 2004. Reprint

Stotz W, Li D, Johns RA: Exogenous Nitric Oxide Upregulates $p21^{waf1/cip1}$ in Pulmonary Microvascular Smooth Muscle Cells. J Vasc Res. 41:211-219 2004. Reprint

Xu Y, Zhang B, Hua Y, Johns RA, Bredt DS, and Tao Y-X. Targeted disruption of PSD-93 gene reduces platelet-activating factor-induced neurotoxicity in cultured cortical neurons. Experimental Neurology 189:16-24 2004. Reprint

Tao YX and Johns RA: Neuronal PDZ domains: a promising new molecular target for inhaled anesthetics? Mol. Interv. 4:215-221. 2004. Reprint

Tao F, Tao Y-X, Zhao C, Dore S, Liaw W-J, Raja SN, and Johns RA. Differential roles of neuronal and endothelial nitric oxide synthases during carrageenan-induced inflammatory hyperalgesia. Neuroscience 128:421-430 2004. Reprint.

Girgis RE, Champion HC, Diette GB, Johns RA, Permutt S, and Sylvester JT. Decreased exhaled nitric oxide in pulmonary arterial hypertension: response to bosentan therapy. Am J Respir Crit Care Med 172:352-357 2005. Reprint

Liaw WJ, Stephens RL Jr, Binns BC, Chu Y, Sepkuty JP, Johns RA, Rothstein JD, and Tao YX. Spinal glutamate uptake is critical for maintaining normal sensory transmission in rat spinal cord. Pain 115:60-70 2005. Reprint

Girgis RE, Ma SF, Ye S, Grigoryev DN, Li D, Hassoun PM, Tuder RM, Johns RA, and Garcia JG. Differential gene expression in chronic hypoxic pulmonary hypertension: effect of simvastatin treatment. Chest 128:579S, 2005. Reprint

Chu Y, Guan Y, Skinner J, Raja SN, Johns RA, Tao Y-X. Effect of genetic knockout or pharmacologic inhibition of neuronal nitric oxide synthase on complete Freund's adjuvant-induced persistent pain. Pain. 119:113-23, 2005. Reprint

16

Roger A. Johns, M.D.

Tao YX, and Johns RA. PDZ domains at excitatory synapses: potential molecular targets for persistent pain treatment. Current Neuropharmacology. In press. 2006.

Tao F, Skinner J, Su Q, and Johns RA. A New role for spinal Stargazin in AMPA receptor-mediated pain sensitization after inflammation. J. Neurosci Res. 84:867-73, 2006.

Anderson GF, Frogner BK, Johns RA, Reinhardt U: Health care spending and use of information technology in OECD countries. Health Affairs. 25:819-829, 2006

Yamaji K, Su Q, Angelini DJ, Champion HC, and Johns RA: Hypoxia-Induced Mitogenic Factor (HIMF) has pro-angiogenic and proinflammatory effects in the lung via VEGF and VEGF receptor 2. Am J Physiol. (Lung, Cell, Molecular) E-pub ahead of print publication (December 2006).

Grigoryev D, Ma S-F, Shimoda L, Johns RA, Lee B, Garcia J. Exon-based mapping of microarray probes: Recovering differential gene expression signal in underpowered hypoxia experiment. Molecular & Cellular Probes. (in press)

Su Q, Zhou Y, and Johns, RA: Hypoxia Induced Mitogenic Factor (HIMF) binds to Bruton's tyrosine kinase (BTK) and initiates chemotaxis of inflammatory cells. FASEB J. (in press).

**PUBLICATIONS SUBMITTED/IN REVIEW:**

Girgis RE, Mozammel S, Champion HC, Li D, Peng X, Shimoda L, Tuder RM, Johns RA, Hassoun PM. Regression of Chronic Hypoxic Pulmonary Hypertension by Simvastatin  Am J Physiol

Li D, Laubach, V, Johns RA: Increased vascular remodeling in eNOS deficient mice in monocrotaline induced pulmonary hypertension. Eur Resp J (submitted).

Mao P, Johns RA: Direct PCR-sequencing for identifying recombinant DNA from bacterial colonies. BioTechniques (submitted).

Mao P, Tao Y-X, Fukaya M, Li D, Tao F, Levine CF, Watanabe M, Johns RA Cloning and characterization of E-dlg/SAP97, a novel mouse homolog of the Drosophila discs large tumor suppressor that binds to SAP102. JBC. Submitted.

Stotz WH, Li D, Martinez-Murillo F, Johns RA Gene expression analysis of rat pulmonary microvascular smooth muscle cells exposed to nitric oxide. AJP: Lung Cell Mol Physiol. Submitted.

Teng, X, and Johns RA: Hypoxia-induced mitogenic factor stimulates pulmonary microvascular smooth muscle cell proliferation through ERK activation. Vascular Pharmacology. (Submitted).

17

Roger A. Johns, M.D.

**INVITED ARTICLES:**

Johns RA: Vascular endothelial cells mediate flow-dependent arterial dilation. Intelligence Reports in Anesthesia 4:6-7, 1986 (editorial).

Johns RA: Microvascular angina associated with impaired forearm vasodilator reserve. Intelligence Reports in Anesthesia 6:6-7, 1988 (editorial).

Johns RA: EDRF/nitric oxide: The endogenous nitrovasodilator and a new cellular messenger. Anesthesiology 75:927-931, 1991 (editorial).

Johns RA: Endothelium, anesthetics and vascular control. Anesthesiology 79:1381-1391, 1993.

Merin R, Johns RA: Anesthetic and coronary microvascular responses. Anesthesiology 81:1093-1096, 1994 (editorial)

Daugherty MO, Rich GF, Johns RA. Vascular endothelium. Current Opinion in Anaesthesiology 8:88-94, 1995.

Johns RA: Nitric oxide and minimum alveolar concentration: TKO or knockout. Anesthesiology 83:6-7, 1995 (editorial).

Johns RA: Nitric oxide, cyclic guanosine monophosphate and the anesthetic state. Anesthesiology, September 1996 (editorial).

Haddad E, Johns RA and Rich GF: Use of inhaled nitric oxide perioperatively and in intensive care patients. Anesthesiology 92(6):1821-1825 Clinical Concepts and Comment Section, 2000.

Johns RA: New mechanisms for inhaled NO: Release of an endogenous NO inhibitor? Anesthesiology 95 (1): 3-5, 2001.

**BOOKS:**

*Miller's Anesthesia 6th Edition.* Pp. 1-3204 Associate Editor. Churchill Livingstone 2005.

**INVITED BOOK CHAPTERS:**

Johns RA, Peach MJ: Metabolism of arachidonic acid and release of endothelium-derived relaxing factors. In: Relaxing and Contracting Factors. Vanhoutte PM (ed). The Humana Press, New Jersey, 1988.

Peach MJ, Johns RA, Rose CE: The potential role of interactions between endothelium and smooth muscle in pulmonary vascular physiology and pathophysiology. In: The Lung. Edited by LeEnfant C. Vol 39, Pulmonary Vascular Physiology and Pathophysiology. Edited by Weir K and Reeves JT. New York, Marcel Dekker, Inc., 1989.

<u>Johns RA</u>, Tracey WR: Metabolic functions of the lung. In: Thoracic Anesthesia. Edited by J Kaplan, 2nd Edition, 1990.

Rich GF, <u>Johns RA</u>: Nitric oxide and the pulmonary circulation. In: Advances in Anesthesia. Mosby Year Book, Inc. Vol 11:1-24, 1994.

<u>Johns RA</u>: Nitric oxide-guanylyl cyclase signaling pathway. Anesthesia: Biological Foundations Lippincott-Raven Publishers, 1997.


**INVITED BOOK CHAPTERS (cont'd):**

Leisure GS, <u>Johns RA</u>: Bretylium tosylate. In: Essence of Anesthesia Practice, Roizen MF and Fleisher LA, eds. W.B. Saunders, 1997.

Morris J, Rich GF, <u>Johns RA</u>: Exogenous inhaled nitric oxide as a selective pulmonary vasodilator. In: Seminars in Anesthesia 15(1):47-60, 1996.


Haddad E., Millatt LJ and <u>Johns RA</u>: Inhaled nitric oxide: Clinical applications. In: Lung Physiology (Marcel Dekker) P. Kadowitz, ed., 1999.

Moody EJ, Simon BA, <u>Johns RA</u>:. The therapeutic gases: Oxygen, carbon dioxide, nitric oxide, helium. In: Goodman and Gilman's Pharmacological Basis of Therapeutics 10th Edition. Hardman JG and Limbird LE, eds. McGraw Hill, 2000.

Parr G, <u>Johns RA</u>: Bretylium Tosylate In: Essence of Anesthesia Practice, Roizen NF and Fleisher LA. etc., Second Edition. W.S. Saunders, 2001.

Nyhan D, <u>Johns RA</u>: Anesthesia for cardiac surgery. In: Miller's Anesthesia, fifth edition. Churchill Livingstone, 2005.

Simon, BA, Moody, EJ and <u>Johns, RA</u>: Therapeutic Gases. In: The Pharmacological Basis of Therapeutics. Goodman and Gilman, 11th edition, McGraw Hill,Nashville, TN, 2004.


Jhaveri R, <u>Johns RA</u>: Metabolic and hormonal functions of the lung. In: Thoracic Anesthesia. Slinger PDJ, ed. Lippincott Williams & Wilkins, 2004.

**OTHER PUBLISHED WORK:**

Rivers RJ, <u>Johns RA</u>: The effect of sodium nitroprusside upon platelet function (letter). Anesthesiology 71:805, 1989.

McDowell T, <u>Johns RA</u>: CardiacAtlas (book review). J Cardiothor Vasc Anes 1993.

Haddad E, <u>Johns RA</u> and Pajewski TN: Sevoflurane MAC and cerebellar cyclic GMP. Anesthesiology, Letter to the Editor. Lippincott Williams & Wilkins. May, 1999.

## ABSTRACTS:

<u>Johns RA</u>, Difazio CA, Longnecker DE: Lidocaine constricts or dilates rat arterioles in a dose-dependent manner. Anesthesiology 61:A204, 1984.

<u>Johns RA</u>, Seyde WC, Difazio CA, Longnecker DE: Bupivacaine causes dose-dependent arteriolar vasoconstriction. Anesthesiology 63:A226, 1985.

Difazio CA, Carron H, Grosslight KR, Moscicki JC, Bolding WR, <u>Johns RA</u>: Effect of acute pH modification of lidocaine local anesthesia and absorption. Anesthesiology 63:A208, 1985.

Izzo NJ, Loeb AL, <u>Johns RA</u>, Peach MJ: Intracellular calcium flux accompanies the release of endothelium-dependent relaxing factor (EDRF) and prostacyclin (PGI2) from cultured endothelial cells. Fed Proc 45:198, 1986.

Loeb AL, <u>Johns RA</u>, Peach MJ: Phospholipase activation by melittin releases prostacyclin and an endothelium-derived relaxing factor from rabbit aorta. American Physiological Society, Symposium on Vasodilatation, Rochester, MN, July, 1986. Blood Vessels 23:86, 1986.

<u>Johns RA</u>, Loeb AL, Izzo NJ, Peach MJ: Endothelium-dependent relaxing factor is released from cultured bovine pulmonary endothelial cells. FASEB Summer Research Conference on Pulmonary Pharmacology and Pathophysiology. Sextons River, Vermont, July, 1986.

<u>Johns RA</u>, Izzo NJ, Peach MJ: Characterization of the release of endothelium-derived relaxing factor (EDRF) from pulmonary artery endothelium. Society of Cardiovascular Anesthesiologist's Annual Meeting, 1987.

<u>Johns RA</u>, Peach MJ: Blockade of endothelium-dependent smooth muscle cyclic GMP accumulation by p-bromo-phenacyl bromide (PBPB) is not due to phospholipase inhibition. Fed Proc 46:503, 1987

Peach MJ, Cassis L, <u>Johns RA</u>: Modulation of alpha-2 adrenergic vascular responses by endothelium contractile responses to _$\alpha$-2 adrenergic agonists in rat aorta. Fed Proc 46:387, 1987.

Peach MJ, <u>Johns RA</u>, V.L. Brashers, C.E. Rose, Izzo NJ: Endothelium-mediated modulation of vascular tone in pulmonary vessels. International Conference on Primary Pulmonary Hypertension. Philadelphia, PA, May, 1987.

<u>Johns RA</u>, Johnson A, Joob A, Peach MJ, Griffin E, Flanagan T, Kron I: Internal manipulation of the canine mammary artery impairs endothelium-dependent vasodilation. American College of Surgeons Annual Meeting, 1987.

<u>Johns RA</u>, Izzo NJ, Peach MJ: Characterization of the release and transfer of endothelium-derived relaxing factor from pulmonary artery endothelium. Anesthesiology 67:A323, 1987.

<u>Johns RA</u>, Johnson A, Joob A, Peach MJ, Kron IK: Routine probing of the canine mammary artery impairs endothelium-dependent vasodilation and prostacyclin production. Anesth Analg 67:S1O5, 1988.

<u>Johns RA</u>: Moderate hypoxia impairs endothelium-dependent relaxation of rabbit pulmonary artery. Association of University Anesthesiologists Meeting, Baltimore, MD, May, 1988.

Wills MH, <u>Johns RA</u>, Stone DJ, Moscicki JC, Difazio CA: Vascular effects of 2-chloroprocaine and sodium metabisulfite on isolated rat aortic rings. Anesthesiology 69:A358, 1988.

Durbin CG, <u>Johns RA</u>: Range of pulmonary artery balloon inflation pressures. Anesthesiology 69:A230, 1988.

<u>Johns RA</u>: Vascular actions of local anesthetics: Role of the vascular endothelium. Anesthesiology 69:A349, 1988.

<u>Johns RA</u>: Moderate hypoxia impairs endothelium-dependent relaxation of rabbit pulmonary artery. Anesthesiology 69:A858, 1988.

<u>Johns RA</u>, Milner PJ, Saye J, Izzo NJ, Peach MJ: EDRF release from cultured endothelial cells does not require phospholipase activation or arachidonate. New York Academy of Sciences, 559, 1989.

Manson N, Klass R, Swett D, <u>Johns RA</u>: Endothelium-dependent and independent effects of hypoxia on cyclic nucleotide levels in rabbit pulmonary artery and thoracic aorta. First International Symposium Endothelium-Derived Vasoactive Factors. Philadelphia, PA, April, 1989.

Peach MJ, <u>Johns RA</u>, Izzo NJ, Milner PJ, Loeb AL: Arachidonic acid metabolites and EDRF. J Vascular Medicine and Biology 1:108, 1989.

<u>Johns RA</u>: Desmopressin is a potent vasodilator. Anesthesiology 71:A487, 1989.

<u>Johns RA</u>, Manson NH: Effect of hypoxia on endothelium-dependent and independent guanylate cyclase activation in rabbit pulmonary artery. Anesthesiology 71:A1102, 1989.

Frankville D, Harper GB, <u>Johns RA</u>, Lake CL, Kron IK: Hemodynamic consequences of DDAVP administration after primary CABG. Anesth Analg 70:S114, 1990.

<u>Johns RA</u>, Peach MJ, Linden J, Tichotsky A: L-N$^G$-monomethyl-arginine (LNMMA) impairs EDRF-stimulated cGMP accumulation in endothelial cell (EC)-vascular smooth muscle (VSM) cocultures (CC) by an action specific to the EC. Fed Proc 4:A307, 1990.

Linden J, Prater MR, Patel GW, Sullivan P, <u>Johns RA</u>: Adenosine deaminase elevates EDRF due to contaminating superoxide dismutase activity. Fed Proc 4:A909, 1990.

Tracey WR, Linden J, Peach MJ, <u>Johns RA</u>: Comparison of nitric oxide (NO) solutions, nitrite (NO2-) and EDRF using bioassay and the diazotization reaction: Nonspecificity of the diazotization reaction for NO and failure to detect EDRF. Fed Proc 4:A308, 1990.

Uggeri M, Proctor, GJ, <u>Johns RA</u>: Halothane, enflurane, and isoflurane attenuate both receptor and non-receptor mediated EDRF production in rat thoracic aorta. Anesthesiology 73:A604, 1990.

Pajewski TN, Spaeth JP, Tracey WR, <u>Johns RA</u>: The effect of halothane on increases in pulmonary endothelial cell cytosolic calcium induced by the endothelium-dependent vasodilators ATP and bradykinin. Mechanisms of Anesthetic Action in Muscle Symposium. Baltimore, MD, 1990.

Uggeri M, Proctor G, <u>Johns RA</u>: Enflurane, isoflurane and halothane inhibit endothelium-dependent vasodilation by methacholine and A23187. Mechanisms of Anesthetic Action in Muscle Symposium. Baltimore, MD, 1990.

Brendel J, Proctor G, <u>Johns RA</u>: Isoflurane-induced vasodilation of rat thoracic aorta is not endothelium-dependent. Society of Cardiovascular Anesthesiologists. San Antonio, TX, 1991.

Roger A. Johns, M.D.

Rengasamy A, Johns RA: Mechanism of inhibition of EDRF/NO synthase activity by high and low oxygen tensions. Fed Proc, 1991.

Johns RA, Rengasamy A: Mechanism of inhibition of EDRF synthase activity by high and low oxygen tensions. Association of University Anesthesiologists. Philadelphia, PA, 1991 and Anesthesiology 75:A538, 1991.

McLaughlin TM, Johns RA: Hypoxic vasoconstriction is enhanced in vessels made hyporeactive by induction of EDRF synthase through incubation with endotoxin. American Heart Association 64th Scientific Session. Circulation 84(Suppl):II-77, 1991.

Brendel J, Proctor G, Johns RA: Isoflurane does not cause endothelium-dependent dilation of phenylephrine - or KCL-constricted rat thoracic aorta rings. Anesthesiology 75:A534, 1991.

Rengasamy A, Johns RA: Inhibition of EDRF/NO synthase by hypoxia. FASEB J 5:A371, 1991.

Tracey WR, Johns RA, Romano G, Peach MJ: Contribution of phosphatidylinositol-glycan anchor hydrolysis and extracellular $Ca^{2+}$ influx to phospholipase C-induced EDRF release from pulmonary artery endothelium. FASEB J 5:A371, 1991.

Siragy HM, Rose CE, Johns RA, Peach MJ, Carey RM: Endothelium-derived relaxing factor modulates renal interstitial cyclic GMP. American Heart Association Council for High Blood Pressure Research. Hypertension 19:775-779, 1992.

Rengasamy A, Johns RA: Feedback inhibition of EDRF/NO synthase. FASEB J 6:A2257, 1992.

Johns RA, Moscicki JC, Difazio CA: Nitro-L-arginine methyl ester (LNAME) dose-dependently and reversibly reduces the threshold for halothane anesthesia. FASEB J 6:A1864, 1992.

Zelenkov P, McLaughlin T, Johns RA: Endotoxin enhances hypoxic constriction of rat aorta and pulmonary artery through induction of EDRF/NO synthase. Society of Cardiovascular Anesthesiologists Annual Meeting Abstracts. Boston, MA, May, 1992.

Johns RA, Moscicki JC, Difazio CA: Nitric oxide synthase inhibitor dose-dependently and reversibly reduces the MAC for halothane anesthesia. Anesthesiology, October, 1992.

Shoop RD, Johns RA, Pancrazio JJ: Alteration of voltage-activated $K^+$ current by intracellular perfusion of cGMP in bovine chromaffin cells. Biophysical J 64:A316, 1993.

Rengasamy A, Johns RA: Regulation of nitric oxide synthase by nitric oxide. Association of University Anesthesiologists Meeting. Wake Forest, NC, April, 1993.

Rengasamy A, Johns RA: Inhalational anesthetics inhibit glutamate stimulated cyclic GMP and L-citrulline production in rat cerebellar slices. Association of University Anesthesiologists Meeting. Wake Forest, NC, April, 1993.

Rengasamy A, Spaeth J, Johns RA: Inhalational anesthetic inhibit glutamates stimulated cyclic GMP accumulation in rat cerebellum. American Society of Anesthesiologists Annual Meeting. Washington D.C., October, 1993.

Johns RA, Tichotsky A, Spaeth, J, Muro M, Pajewski T, Rengasamy A: Interaction of inhalational anesthetics with the vascular nitric oxide—guanylyl cyclase signaling pathway. Society of Cardiovascular Anesthesiologists, Montreal, Canada, April, 1994.

22

*Roger A. Johns, M.D.*

<u>Johns RA</u>, Xue C, Rengasamy A, Le Cras T, Koberna P, Dailey G: Immunohistochemical distribution of nitric oxide synthase (NOS) in normoxic vs hypoxic rat lung: Upregulation of NOS by chronic hypoxia. Association of University Anesthesiologists Annual Meeting, Chicago, IL, May, 1994.

Rengasamy A, Xue C, <u>Johns RA</u>: Differential staining of respiratory epithelium versus smooth muscle by a novel monoclonal antibody to bovine constitutive neuronal NOS and a monoclonal antibody to soluble guanylate cyclase: a paracrine role for nitric oxide in bronchial function. International Conference on Biochemistry and Molecular Biology of Nitric Oxide. Los Angeles, CA, July, 1994.

Tracey R, Xue C, Pollack J, Klinghofer, V., Barlow, J., Forsterman U, <u>Johns RA</u>: Immunohistochemical detection of inducible (type II) nitric oxide synthase in human lung. International conference on Biochemistry and Molecular Biology of Nitric Oxide, Los Angeles, CA, July 1994.

Xue C, Rengasamy A, Le Cras T, Koberna P, Dailey G, <u>Johns RA</u>: Immunohistochemical localization of nitric oxide synthase (NOS) in rat lung: Upregulation by chronic hypoxia. FASEB Summer Research Conference on Endothelium and Cardiovascular Control, Copper Mountain, CO, July, 1994.

Rengasamy A, Xue C, <u>Johns RA</u>: A paracrine role for the nitric oxide-guanylyl cyclase signaling pathway in bronchial function. Summer Research Conference on Endothelium and Cardiovascular Control, Copper Mountain, CO, July, 1994.

Ravichandran LV, <u>Johns RA</u>, Rengasamy A: Feedback inhibition of endothelial nitric oxide synthase by nitric oxide. Summer Research Conference on Endothelium and Cardiovascular Control, Copper Mountain, CO, July, 1994.

Miao N, Pajewski TN, <u>Johns, RA</u>, Lynch CL III. Volatile anesthetic affect calcium mobilization in bovine aortic endothelial cells. Anesthesiology 81(3a):A784, September, 1994.

Zuo Z, <u>Johns RA</u>: Localization and quantitative detection of cGMP changes caused by halothane in rat cerebellum. Association of University Anesthesiologists, San Diego, CA, May, 1995.

Le Cras T, Dailey G, <u>Johns RA</u>: Endothelial NO synthase mRNA and protein and inducible NO synthase mRNA are upregulated in the rat lung following chronic hypoxia. American Thoracic Society. Seattle, WA May, 1995.

Xue C, Reynolds PR, <u>Johns RA</u>: Immunolocalization of three isoforms of nitric oxide synthase in developing rat lung. American Thoracic Society. Seattle, WA May, 1995.

Pajewski TN, Difazio CA, Moscicki JC, <u>Johns RA</u>: The neuronally-selective nitric oxide synthase inhibitor 7-nitro indazole dose-dependently reduces the threshold for isoflurane anesthesia in rats. Association of University Anesthesiologists Meeting. San Diego, CA, May 1995.

Zuo Z, <u>Johns RA</u>: Localization and quantitative detection of cGMP changes caused by halothane in rat cerebellum. Association of University Anesthesiologists Meeting. San Diego, CA, May 1995.

Zuo Z, Tichotsky A, <u>Johns RA</u>: Halothane and isoflurane do not affect inducible nitric oxide synthase activity. Anesthesiology 83(3A):A239, 1995.

Pajewski TN, Dailey GC, <u>Johns RA</u>: Etomidate inhibits cyclic GMP formation in endothelial-smooth muscle cell co-culture but not in cerebellum slices. Anesthesiology 83(3A):A698, 1995.

Pajewski TN, DiFazio CA, Moscicki J, <u>Johns RA</u>: Neuronally selective nitric oxide synthase inhibitor 7-nitric indazole dose-dependently reduces the threshold for isoflurane anesthesia in rats. Anesthesiology 83(3A):A694, 1995.

23

Johns RA, Le Cras TD, Xue C, Dailey GC, Rengasamy A: Enhanced expression of the endothelial, inducible and brain nitric oxide synthase isoforms in the rat lung following chronic hypoxia. Anesthesiology 83(3A):A623, 1995.

Rengasamy A, Ravichandran LV, Reikersdorfer CG, Johns RA: Inhalational anesthetics do not alter nitric oxide synthase activity. Anesthesiology 83(3A):A691, 1995.

Roos CM, Frank DU, Xue C, Johns RA, Rich GF: Nitric oxide inhaled during chronic hypoxia reduces pulmonary vascular remodeling. FASEB Journal #3628, 1995.

Le Cras T, Roos CM, Rich GF, Johns RA: Chronic inhaled nitric oxide down-regulates expression of endothelial nitric oxide synthase in hypoxic and normoxic rat lung. American Thoracic Society Meeting, New Orleans, LA, May, 1996.

Palmer LA, Semenza GL, Johns RA: Regulation of type II nitric oxide synthase (NOS) expression by hypoxia. FASEB J 10:A436, 1996.

Ravichandran LV, Johns RA: Up-regulation of endothelial constitutive nitric oxide synthase expression by cyclic guanosine 3', 5' monophosphate. FASEB J 10:A437, 1996.

Xue C, Johns RA: The temporal correlation between the up-regulation of NOS and the development of hypoxic pulmonary hypertension in rat. FASEB J 10:A90, 1996.

Frasch HF, Marshall C, Xue C, Johns RA, Marshall BE: Increased nitric oxide (NO) in monocrotaline pulmonary hypertension. FASEB J10:A108, 1996.

Zuo Z, Tichotsky A, Johns RA: Halothane and isoflurane inhibit the NMDA induced cyclic GMP accumulation in cultured rat hippocampal neurons. FASEB J 10:A160, 1996.

Millatt LJ, Ravichandran LV, Johns RA: Regulation of type III nitric oxide synthase gene expression by nitric oxide. FASEB J 10:A436, 1996.

Le Cras T, Johns RA: Induction of endothelial nitric oxide synthase mRNA by sterols. J Vasc Res 33: Supp 1 (225), 1996.

Le Cras T, Johns RA: Increased soluble guanylate cyclase mRNA and activity in chronically hypoxic rat lung. J Vasc Res 33(Supp 1):224, 1996.

Ravichandran LV, Johns RA: Molecular regulation of endothelial constitutive nitric oxide synthase expression by cyclic guanosine 3', 5' monophosphate. Biochemistry and Molecular Biology of Nitric Oxide - An International Conference, Los Angeles, CA, July, 1996.

Palmer LA, Semenza G, Johns RA: The role of hypoxia-induced factor 1 in regulating type II nitric oxide synthase gene expression in response to hypoxia. Biochemistry and Molecular Biology of Nitric Oxide - An International Conference, Los Angeles, CA, July, 1996.

Zuo Z, Johns RA: Halothane and isoflurane up-regulate the gene expression and activity level of constitutive endothelial nitric oxide synthase. Anesthesiology 84, 1996.

Zuo Z, Johns RA: Up-regulation of the gene expression and activity level of inducible nitric oxide synthase by halothane and isoflurane. Anesthesiology 84, 1996.

Millatt, LJ, Johns, RA. Angiotensin II increases type III nitric oxide synthase (eNOS) gene expression in bovine pulmonary endothelial cells. J Vasc Res 33(Supp 1):264, 1996.

Johns, RA: The nitric oxide signaling pathway and anesthesia - 40th Scientific Meeting; Taipei, Taiwan, ACTA Anaesthesiologica Sinica 34(3S):S-(2) Sept. 1996.

Le Cras TD, Abman S, Johns, RA: Decreased expression of endothelial nitric oxide synthase protein in the lung of rat models of main and left branch pulmonary artery stenosis. American Thoracic Society Meeting, 1997.

Johns RA, Palmer LA: Hypoxic regulation of type II (inducible) nitric oxide synthase is mediated via hypoxia inducible factor-1. AUA Conference, April, 1997.

Palmer LA, Johns RA: Hypoxia upregulates inducible (type II) nitric oxide synthase in a HIF-1 dependent manner in rat pulmonary microvascular but not aortic smooth muscle cells. Aspen Lung Conference, June, 1997.

Le Cras TD, Tyler RC, Horan MP, Morris KG, McMurtry IF, Johns RA, Abman SH: Effects of chronic hypoxia and altered hemodynamics on endothelial nitric oxide synthase and preproendothelin-1 expression in the adult rat lung. Aspen Lung Conference, June 1997.

Quinlan TR, Laubach V, Zhou N, Johns RA: Muscularization of small pulmonary vessels (<80 μm) is increased in eNOS knockout mice during normoxia but decreased following chronic hypoxia. Aspen Lung Conference, June, 1997.

Zaki M, Xue C, Johns RA, Schubert ML: Immunohistochemical localization of nitric oxide synthase to parietal cells of dog, rabbit, and rat stomach. American Gastroenterological Association Meeting, June 1997, Gastroenterology 112(4):A340.

Zuo Z and Johns RA: Inhibition of excitatory neurotransmission-nitric oxide signaling pathway by inhalational anesthetics: A mechanism of anesthesia? International Mechanisms of Anesthesia Meeting. Calgary, Canada, June, 1997.

Zuo Z and Johns RA: Inhalational anesthetics, anesthesia and nitric oxide. Satellite Symposium on Anesthetics and Nitric Oxide, Fifth International Meeting on Nitric Oxide Biology, Kyoto, Japan, September, 1997.

Le Cras TD, Tyler RC, Horan MP, Morris KG, McMurtry IF, Johns RA, Abman SH: Chronic hypoxia increases endothelial nitric oxide synthase expression in rat lung despite reduced blood flow due to left pulmonary artery stenosis. Experimental Biology Meeting. 1997.

Palmer LA and Johns RA: A costimulus is required for the hypoxic induction of inducible nitric oxide synthase gene expression in rat pulmonary microvascular smooth muscle cells. ALA/ATS International Conference, April, 1998.

Millatt LJ, Siragy HM, Carey RM, Johns RA: Lung expression of endothelial nitric oxide synthase (eNOS) is upregulated by endogenous and exogenous angiotensin II. American Thoracic Society International Conference, April, 1998. Am J Respiratory and Critical Care Med Vo. 157(3):A589.

Quinlan TR, Laubach V, Zhou N, Johns RA: Muscularization of small pulmonary vessels (< 80 μM) is increased in eNOS deficient mice in normoxia but decreased following chronic hypoxia. Association of University Anesthesiologists Annual Meeting, San Francisco CA, May, 1998.

Li D, Le Cras TD, Zhou N, Johns RA: Soluble guanylate cyclase gene expression and localization in the rat lung after exposure to chronic hypoxia. Association of University Anesthesiologists Annual Meeting, San Francisco CA, May, 1998.

25

Millatt LJ, Siragy H, Carey R, <u>Johns RA</u>: Angiotensin II differentially regulates rat lung expression of endothelial nitric oxide synthase and the angiotensin II Type 2 receptor. Association of University Anesthesiologists Annual Meeting, San Francisco CA, May, 1998.

Tao YX, Zhan XH, <u>Johns RA</u>: Halothane and isoflurane dose-dependently inhibited formalin-induced c-fos expression in the spinal cord. Association of University Anesthesiologists Annual Meeting, San Francisco CA, May, 1998.

Pajewski TN, Cechova S, <u>Johns RA</u>: The soluble guanylyl cyclase inhibitor ODQ, 1H-[1,2,4]oxadiazolo[4,3,-a]quinoxalin-1-one, dose-dependently reduces the threshold for isoflurane anesthesia in rats. Association of University Anesthesiologists Annual Meeting, San Francisco CA, May, 1998.

Haddad E, Palmer LA, <u>Johns RA</u>: Halothane transcriptionally up-regulates human endothelial nitric oxide synthase expression *in vitro*. Association of University Anesthesiologists Annual Meeting, San Francisco CA, May, 1998.

Jung F, Palmer LA, Zhou N, <u>Johns RA</u>: Hypoxia induces type II NOS expression in cardiac myocytes via hypoxia inducible factor 1. XXth Congress of the European Society of Cardiology, Vienna Austria. August, 1998.

Zhan XH, Li D, <u>Johns RA</u>: Expression of NO-GC signaling pathway in respiratory ciliated epithelia. American Society of Anesthesiologists Meeting. Orlando, FL, October 1998. Anesthesiology 89(3A):A1384, 1998.

Tao YX, Zhan XH, <u>Johns RA</u>: Halothane and isoflurane dose-dependently inhibited formalin-induced c-fos expression in the spinal cord. American Society of Anesthesiologists Meeting. Orlando, FL, October 1998. Anesthesiology 89(3A):A1165, 1998.

Zuo Z, Tichotsky A, Pajewski TN, <u>Johns RA</u>: Isoflurane but not halothane enhances the inhibitory effects of $\alpha_2$-adrenoceptor-mediated cyclic GMP production in the cultured neurons of rat. American Society of Anesthesiologists Meeting. Orlando, FL, October, 1998. Anesthesiology 89(3A):A746, 1998.

Li D, <u>Johns RA</u>: Cyclic GMP-dependent protein kinase (PKG) I is upregulated in chronic hypoxia exposed rat lungs. American Society of Anesthesiologists Meeting. Orlando FL, October, 1998. Anesthesiology 89(3A):A692, 1998.

Pajewski TN, Cechova S, <u>Johns RA</u>: The soluble guanylyl cyclase inhibitor ODQ, (H-[1,2,4]OXADIAZOLO-[4,3-a] QUINOXALIN-1-ONE, dose-dependently reduces the threshold for isoflurane nesthesia in rats.. Orlando, FL October, 1998. Anesthesiology 89(3A):A746, 1998.

Jung F, Palmer LA, Zhou N, <u>Johns RA</u>: Regulation of inducible nitric oxide synthase in cardiac muscle by hypoxia via hypoxia inducible factor (HIF). American Heart Association Meeting. November, 1998, Dallas, TX. Circulation Vol. 98(17):A637, 1998.

Quinlan TR, Laubach VE, Zhou N, <u>Johns RA</u>: Nitric oxide synthase inhibition or deficiency decreases vascular cell proliferation induced by hypoxia. 1999 ALA/ATS International Conference. San Diego, CA, April, 1999.

Zhan ZH, Li D, <u>Johns RA</u>: Increase of airway epithelial cell ciliary beat frequency by nitric oxide. 1999 ALA/ATS International Conference. San Diego, CA, April, 1999.

Zhan ZH, Li D, <u>Johns RA</u>: L-arginine stimulates airway ciliary beat frequency via the nitric oxide-soluble guanylyl cyclase pathway. 1999 ALA/ATS International Conference. San Diego, CA, April, 1999.

26

Roger A. Johns, M.D.

Li D, Quinlan RT, Palmer LA, Laubach VE, Johns RA: Endothelial nitric oxide synthase (eNOS) regulates soluble guanylate cyclase protein expression in the mouse treated with chronic hypoxia. 1999 ALA/ATS International Conference. San Diego, CA, April, 1999.

Tao YX, Haddad E, Hassan A, Johns RA: cGMP-dependent protein kinase Iα inhibitor dose-dependently decreases the threshold for isoflurane anesthesia at the spinal cord level. Association of University Anesthesiologists Annual Meeting. Pittsburgh, PA, May, 1999.

Li D, Laubach V, Johns RA: Increased vascular remodeling in eNOS deficient (eNOS -/-) mice in monocrotaline (MCT) induced pulmonary hypertension (PH). Anesthesiology 91:A651, 1999.

Palmer LA, Gaston B, and Johns RA: Induction of hypoxia inducible factor 1 expression and activity by nitrosonium ion. International Biology of Nitric Oxide VI Meeting, Stockholm, Sweden, September, 1999.

Haddad E, Palmer L, Johns RA: Halothane transcriptionally up-regulates human endothelial nitric oxide synthase expression in vitro. British J Anaesthesia, 82:Suppl. 1:57, June 1999. Circulation, 1999.

Zuo Z, Johns RA: Isoflurane does not affect the protein expression of constitutive neuronal nitric oxide synthase. Anesthesiology. 91:A814, 1999.

Shirakami G, Li D, Zhan X, Johns RA: Ciliary motility is regulated by nitric oxide-guanylate cyclase-protein kinase G pathway in rat tracheal epithelial cells. Anesthesiology. 91:A1326, 1999.

Shirakami G, Li D, Zhan X, Johns RA: Propofol stimulates ciliary beat frequency by a nitric oxide-guanylate cyclase-protein kinase G-dependent pathway in rat tracheal epithelial cells. American Society of Anesthesiologists Meeting. October, 1999.

Ravichandran LV, Johns RA, Rengasamy A: Direct and reversible inhibition of endothelial nitric oxide synthase by nitric oxide. FASEB Summer Research Conference on Endothelium, Copper Mountain, Colorado, July, 1999.

Li D, Johns RA: ODQ, A soluble guanylate cyclase inhibitor, attenuates proliferating cell nuclear antigen labeling in hypoxia-induced pulmonary hypertension in the rat. Association of University Anesthesiologist's. Salt Lake City UT, May, 2000.

Tao YX, Hassan A, Haddad E, Johns RA: Evidence of the involvement of cGMP-Dependent protein kinase Iα in spinal processing of nociceptive information. Associate of University Anesthesiologist's Meeting. Salt Lake City UT, May, 2000.

Johns RA, Tao YX, Huang YZ, Mei L: Expression of PSD-95/SAP90 and its interaction with NMDA receptor and neuronal nitric oxide synthase in the spinal cord. Society for Neuroscience. New Orleans, LA, November, 2000.

Tao YX, Johns RA: PSD-95/SAP90 is required for NMDA receptor-mediated spinal thermal hyperalgesia. Society for Neuroscience 30th Annual Meeting. New Orleans, LA, November, 2000.

Tao YX, Johns RA, Hassan A, Haddad E: Evidence of the involvement of cGMP-dependent protein kinase I α in spinal processing of nociceptive information. ASA 2000 Annual Meeting. San Francisco, CA, October, 2000.

Li D, Berkowitz D, Mo Z, Johns RA: Attenuated vasorelaxing activity to the nitric oxide-independent soluble guanylate cyclase activator YC-1 in eNOS deficient mouse aorta. ASA 2000 Annual Meeting. San Francisco, CA, October, 2000.

27

Roger A. Johns, M.D.

Li D, Johns RA: ODQ, a soluble guanylate cyclase inhibitor, attenuates proliferating cell nuclear antigen labeling in hypoxia-induced pulmonary hypertension in the rat. ASA 200 Annual Meeting. San Francisco, CA, October, 2000.

Shirakami G, Li D, Fukuda K, Johns RA: Nitric oxide production and stimulation of ciliary motility in rat tracheal ciliated epithelial cells. ASA 2000 Annual Meeting. San Francisco, CA, October, 2000.

Xhan X, Li D, Johns RA: Immunohistochemical localization of the NO-cGMP-PKG signaling pathway in rat kidney. ASA 2000 Annual Meeting. San Francisco, CA, October, 2000.

Zhan X, Li D, Johns RA: Both PKA and PKG are essential in regulating basal ciliary beat frequency in rat tracheal epithelial cells. ASA 2000 Annual Meeting. San Francisco, CA, October, 2000.

Zuo Z, Johns RA: Isoflurane does not affect the protein expression of constitutive neuronal nitric oxide synthase. Anesthesiology 91(3A):A814, 1999.

Li D, Berkowitz D, Johns RA: Attenuated vasorelaxing activity to the nitric oxide independent soluble guanylate cyclase activator YC-1 in eNOS deficient mouse aorta. Am. Thoracic Soc. Annual Meeting. San Francisco, CA, May, 2001.

Li D, Johns RA: Caveolin-1 and endothelial nitric oxide synthase (eNOS) are co-localized in the rat airway ciliated epithelium: Am. Thoracic Soc. Annual Meeting. San Francisco, CA, May, 2001.

Tao YX, Johns RA: The reduced minimum alveolar concentration of isoflurane in rats lacking spinal PSD-95/SAP9. Association of University Anesthesiologists Annual Meeting. Rochester, NY, May, 2001.

Li D, Teng X, Johns RA: Upregulation of angiogenic factor expression in hypoxia-treated rat lung. Second Annual Conference on Arteriosclerosis, Thrombosis, and Vascular Biology. Washington, DC, May, 2001.

Teng X, Li D, Johns RA: Hypoxia up-regulates mouse vascular endothelial growth factor D (VEGF-D) promoter activity in rat pulmonary microvascular smooth muscle cells. Aspen Lung Conference, Aspen, CO, June, 2001.

Gonzalez JA, Tao, Levine CF, Tao F, Fang M and Johns RA: PSD-95/SAP90 protein deficiency reduced formalin-induced behaviors during tonic phase. ASA 2001 Annual Meeting, New Orleans, LA, October, 2001.

Tao YX, Kauer F, Tao F, Fang M, Bredt DS, Johns RA: Expression and action of spinal cord chapsyn-1010/PSD-93 in inflammatory hyperalgesia. ASA 2001 Annual Meeting, New Orleans, LA, October, 2001.

Li, D and Johns RA: Hypoxia alone increases pulmonary vascular muscularization ascertained by a lung organ culture technique. American Thoracic Society Annual Meeting, Atlanta, GA, May, 2002.

Tao YX, Levine CF, Fang, JA, Gonzalez JA, Tao F, Huganir RL, Bredt DS and Johns RA: Expression and developmental changes of PSD-95 and PSD-93 in rat spinal cord. Society for Neuroscience 31st Annual Meeting, November, 2001.

Tao F, Tao YX, Levine CF, Gonzalez JA, Fang M, and Johns RA: Effect of the deficiency of PSD-95/SAP90 on mechanical and thermal hyperalgesia in a rat neuropathic pain model. Society for Neuroscience 31st Annual Meeting, November, 2001.

Teng X, Li D, Mendez-Tellez P, Johns RA: A hypoxia responsive factor in lung promotes proliferation of

28

rat pulmonary microvascular smooth muscle cells. Experimental Biology 2002.

Tao YX, <u>Johns RA</u>: PSD-93 knockout mice exhibit intact acute pain and blunted neuropathic pain. AUA, Nashville, TN, April, 2002.

Tao YX, Kauer F, Bredt D, <u>Johns RA</u>: Reduction of neuropathic pain in mice lacking PSD-93. ASA 2002, Orlando, FL, October, 2002.

Zhan X, Li D, <u>Johns RA</u>: NO Level is reduced despite the upregulation of NOS and PKG in the hypoxic lung. ASA 2002, Orlando, FL, October, 2002.

Fang M, Tao YX, He F, Zhang M, <u>Johns RA</u>: Inhalational anesthetics disrupts synaptic PDZ protein interactions. ASA 2002, Orlando, FL, October, 2002.

Mao P, Tao YX, Levine C, Tao F, Li D, <u>Johns RA</u>: Cloning of new partner of synapse-associate protein SAP102. Society for Neuroscience 32nd Annual Meeting, Orlando, FL, November, 2002.

Tao F, Tao YX, Zhao C, Dore S, Mao P, <u>Johns RA</u>: Neuronal nitric oxide synthase is essential for the late phase but not the early phase of carrageenan-induced hyperalgesia, Society for Neuroscience 32nd Annual Meeting, Orlando, FL, November, 2002.

Wang GD, Zhao C, Kauer F, Zhuo M, Raja SN, Huganir RL, Bredt DS, <u>Johns RA</u>: Impaired Persistent Pain and NMDA Receptor Function in Mice Lacking PSD-93, Society for Neuroscience 32nd Annual Meeting,, Orlando, FL, November, 2002.

Stotz W, <u>Johns RA</u>: Mechanism of NO-induced inhibition of pulmonary microvascular smooth muscle cell proliferation. American Society for Cell Biology, San Francisco, CA, December, 2002.

Li D, Wagner K, Sakkiq A, Balenger SL, <u>Johns RA</u>: Developmental expression of hypoxia-induced mitogenic factor (HIMF) in mouse lung. Am J Resp and Critical Care Medicine 167:A383, 2003.

Li D, Teng X, <u>Johns RA</u>: Angiogenic effect of hypoxia-induced mitogenic factor (HIMF) in mice. Am J Resp and Critical Care Medicine 167:A569, 2003.

Girgis RE, Li D, Zhan X, Garcia JGN, Tuder RM, <u>Johns RA</u>: Attenuation of chronic hypoxic pulmonary hypertension (CHPH) in rats by simvastatin. Am J Resp and Critical Care Medicine 167:A576, 2003.

TaoYX, Liaw WJ, Tao F, Zhang B, <u>Johns RA</u>:  Role of PSD-93/ chapsyn-110 in morphine tolerance and dependence in mice. Society for Neuroscience 33rd Annual Meeting, New Orleans, LA, 2003.

Tao F, Tao YX, Dore S, Mao, <u>Johns RA</u>: Differential effects of COX-2 over-expression on inflammatory pain induced by formalin, carrageenan and complete Freund's adjuvant in mice. Society for Neuroscience 33rd Annual Meeting, New Orleans, LA, 2003.

<u>Johns RA</u>, Zhang B, Liaw WJ, Tao F, Tao YX: Effect of knock down of spinal cord PSD-93/chapsin-110 on chronic inflammatory pain induced by the complete Freund's adjuvant. Society for Neuroscience 33rd Annual Meeting, New Orleans, LA, 2003.

Tao F, Tao YX, Dore S, Mao P, <u>Johns RA</u>: Differential effects of COX-2 over-expression on inflammatory pain induced by formalin, carrageenan and complete Freund's adjuvant in mice. American Society of Anesthesiologist's Annual Meeting, San Francisco, CA, 2003.

Zhan X, Li D, <u>Johns RA</u>: Increases NO scavenging by elevated hemoglobin levels contributes to the lower

Roger A. Johns, M.D.

NO level in hypoxic lung and plasma. American Society of Anesthesiologist's Annual Meeting, San Francisco, CA, 2003.

Liaw WJ, Zhang B, Tao F, Johns RA, Tao, YX: Effect of targeted disruption of PSD-93 gene on morphine tolerance and dependence in mice. American Society of Anesthesiologist's Annual Meeting, San Francisco, CA, 2003.

Johns RA, Liaw WJ, Yaster M, Zhang B, Tao, YX: Evidence for involvement of spinal cord glutamate transporters in the development of chronic inflammatory pain. American Society of Anesthesiologist's Annual Meeting, San Francisco, CA, 2003.

Mao P, Tao YX, Tao F, Fang M, Johns RA: Halothane disrupts interaction of PSD-95 with potassium channel Kv1.4. American Society of Anesthesiologist's Annual Meeting, San Francisco, CA, 2003.

Tao YX, Zhang B, Liaw WJ, Tao F, Bredt DS, Johns RA: Effect of knock down of spinal cord PSD-93/chapsyn-110 on chronic inflammatory pain induced by the complete Freund's adjuvant. American Society of Anesthesiologist's Annual Meeting, San Francisco, CA, 2003.

Tao F., Tao Y.-X., Johns RA. Specific coupling of N-methyl-D-aspartate receptor activation to nitric oxide/cyclic guanosine 3',5'-monophosphate signaling by PSD-95 protein in the spinal cord. 33rd Annual Meeting, Society for Neuroscience. Nov. 8-12, 2003, New Orleans, LA, USA.

Girgis RE, Ye SQ, Grigoryev DN, Li D, Hassoun PM, Tuder RM, Johns RA, Garcia JGN: Differential gene expression in chronically hypoxic rat lungs: effect of simvastatin treatment. American Thoracic Society Annual Meeting, Orlando, FL, 2004.

Teng X, Johns RA: Recombinant mouse hypoxia-induced mitogenic factor (HIMF) activates Akt in human pulmonary arterial vascular smooth muscle cells. American Thoracic Society Annual Meeting, Orlando, FL 2004.

Li D, Wagner KF, Balenger SL, Zhou Y, Johns RA: Chronic hypoxia upregulates caveolin-1 expression in mouse lung and cultured endothelial cells. American Thoracic Society Annual Meeting, Orlando, FL 2004.

Johns, RA: Post-synaptic density proteins: novel therapeutic targets for hyperalgesia. Chinese Association for the Study of Pain 2004 Annual Meeting. Taichun, Taiwan, April, 2004.

Tao F, Su Q, Tao Y-X, Johns RA: Inhibition of complete Freund's adjuvant-induced inflammatory hyperalgesia by perturbing the interactions between N-methyl-D-aspartate receptor and postsynaptic density protein-95. Society for Neuroscience Annual Meeting, San Diego, CA, October, 2004.

Su Q, Johns RA: Dynamic changes in microtubule structure and mitochondria trafficking after exposure to halothane. Society for Neuroscience Annual Meeting, San Diego, CA, October, 2004.

Zhou Y, Li D, Balenger S, Teng X, Johns RA: Expression of hypoxia-induced mitogenic factor (HIMF) in cultured mouse vascular endothelial cells and mouse ischemic tissue. International Vascular Biology Meeting (IVBM), Toronto, Canada, June, 2004.

Johns, RA, Teng, X, Li, D, Champion, H, Yamaji, K: Hypoxia induced mitogenic factor (HIMF) upregulates in lung vasculature during hypoxia-induced pulmonary hypertension, is pro mitogenic, activates of endothelial cell migration and tube formation and expresses in endothelium during embryonic vasculogenesis. Grover Conference on Pulmonary Circulation: Genetic and Environmental Determinants of Pulmonary Endothelial Cell Function. Sedalia, CO, September, 2004.

Tao YX, Johns RA: Impaired NMDA receptor-mediated postsynaptic function and dependent persistent pain in mice lacking PSD-93. PanArab Congress of Anaesthesia, Beirut, Lebanon, September, 2004.

30

Teng X, Li D, Champion JC, Johns RA: FIZZ1/RELMα – A novel hypoxia-induced mitogenic factor in lung with vasoconstrictive and angiogenic properties. PanArab Congress of Anaesthesia, Beirut, Lebanon, September, 2004.

Tao F, Su Q, Tao Y-X, Johns RA: Effect of Perturbing NMDA Receptor-PSD-95 Protein Interactions on the Threshold for Halothane Anesthesia in Mice. Association of University Anesthesiologists Annual Meeting. Las Vegas, NV, October, 2004.

Tao Y, Petralia RS, Liaw W, Zhang B, Johns RA, Rothstein JD: Expression and distribution of glutamate transporters in the spinal cord and dorsal root ganglion. Society for Neuroscience Annual Meeting, Las Vegas, NV, October, 2004.

Johns RA, Bredt DS, Tao Y: Targeted disruption of PS93 gene reduces platelet activating factor-induced neurotoxicity in cultured cortical neurons. Society for Neuroscience Annual Meeting, San Diego, CA, October, 2004.

Su Q, Tao Y, Johns RA: Dynamic changes in microtubule structure and mitochondria trafficking after exposure to halothane. Society for Neuroscience Annual Meeting, San Diego, CA, October, 2004.

Teng X, Johns RA: Role of p44/p42 MAPK in HIMF-stimulated rat pulmonary microvascular smooth muscle cell proliferation. Association of University Anesthesiologists Annual Meeting, 2005, Baltimore, MD.

Tao F, Johns RA: Expression and localization of stargazin in pain-related areas. Association of University Anesthesiologists Annual Meeting, 2005, Baltimore, MD.

Grigoryev DN, Lee BK, Ma S-F, Johns RA, Garcia JGN: Paralogous analysis of global changes in gene expression profiles during onset of pulmonary hypertension. American Thoracic Society Annual Meeting 2005. San Diego, CA.

Teng X, Johns RA: Hypoxic induced mitogenic factor stimulates pulmonary microvascular smooth muscle cell proliferation through ERK activation. American Thoracic Society Annual Meeting 2005. San Diego, CA.

Yamaji K, Johns RA: Hypoxia induced mitogenic factor (HIMF) stimulates angiogenesis by promoting Akt and ERK signaling in endothelial cells. American Thoracic Society Annual Meeting 2005. San Diego, CA.

Tao Y-X, Chu Y, Skinner J, Johns RA, Rothstein JD Spinal glutamate transporters are critical for maintaining normal sensory transmission. Association of University Anesthesiologists Annual Meeting 2005, Baltimore, MD.

Sato Y, Su Q, Johns RA: Localization and activity of the Src tyrosine kinase Fyn is regulated by PSD-93. Association of University Anesthesiologists Annual Meeting 2005, Baltimore, MD.

Yamaji K, Su Q, Zhou Y, Johns RA: Hypoxia Induced Mitogenic Factor (HIMF) stimulates angiogenesis by promoting Akt and ERK signaling in endothelial cells. Association of University Anesthesiologists Annual Meeting 2005, Baltimore, MD.

31

*Roger A. Johns, M.D.*

Tao Y, Chu Y, Guan Y, Skinner J, Raja SN, <u>Johns RA</u>. Effect of genetic knockout or pharmacologic inhibition of neuronal nitric oxide synthase on complete Freund's adjuvant-induced persistent pain. Society for Neuroscience Annual Meeting, 2005, Washington, D.C.

Sato Y, Tao Y-X, Su Q, Bredt DS, and <u>Johns RA</u>: PSD-93 regulates Fyn-mediated phosphorylation of NMDA receptors. Society for Neuroscience Annual Meeting 2005, Washington, D.C.

Su Q, Angelini D, and <u>Johns RA</u>: Bruton's tyrosine kinase (BTK) signal pathway is involved in HIMF-related lung diseases. American Thoracic Society Annual Meeting 2006, San Diego, CA.

Yamaji K, Su Q, and <u>Johns RA</u>: Hypoxia Induced Mitogenic Factor (HIMF) and pulmonary vascular remodeling *in vitro, ex vivo* and *in vivo.* American Thoracic Society Annual Meeting 2006, San Diego, CA

Barnes K.C., Gao L, Campbell M, Grant A, Zhang S, Chi P, Rosen A, Wigley F, Beaty T, Hummers L, Hassoun P, and <u>Johns RA</u>: Polymorphisms in the human resistin like beta (RETNLB) gene confer risk for pulmonary arterial hypertension. American Thoracic Society Annual Meeting 2006, San Diego, CA

Angelini DJ, Su A, Watkins J, Tuder RM, and <u>Johns RA</u>: Expression Patterns of HIMF/hRELMβ in Animal and Human Lung Tissue. American Thoracic Society Annual Meeting 2006, San Diego, CA

Fan C, Su Q, and Johns RA: Hypoxia Induced Mitogenic Factor activates Akt and ERK cell signaling pathways in pulmonary fibroblast. American Thoracic Society Annual Meeting 2006, San Diego, CA

Sato Y, Su Q, Tao YX, Bredt DS, and <u>Johns RA</u>: Localization and activity of the Src tyrosine kinase Fyn is regulated by PSD-93. American Society of Anesthesiologists Annual Meeting 2005, Atlanta, GA.

Tao F, Skinner F and Johns RA. Roles of PSD-95 and PSD-93 in halothane anesthesia in mice. American Society of Anesthesiologists Annual Meeting 2006, Chicago, IL.

## INVITED PRESENTATIONS/VISITING PROFESSOR:

Lecture series on Airway Management and Intubation. Albemarle County Rescue Squad, 1985.

Role of Phospholipase in Endothelium-Dependent Vasodilation. Vascular Smooth Muscle Program Project Lecture Series. University of Virginia, 1987.

Endothelium-Dependent Vasodilation: Role of Phospholipase. Department of Anesthesiology, University of Chicago, April, 1988 (Visiting Professor).

Pulmonary Hypertension and Right Heart Failure. Departments of Anesthesiology and Pulmonary Medicine, University of Chicago, April, 1988 (Visiting Professor).

Volatile Anesthetics and Vascular Smooth Muscle. Symposium on Subcellular Mechanisms of Anesthetic Action on Muscle. Keynote speaker and scientific presentation. Augusta, GA, September, 1988.

**INVITED PRESENTATIONS/VISITING PROFESSOR (cont.):**

Endothelium-Derived Relaxing Factor (keynote speaker). Symposium on Subcellular Mechanisms of Anesthetic Action on Muscle. Augusta, GA, September, 1988.

Postbypass Pulmonary Hypertension (panel). Association of Cardiac Anesthesiologists Annual Meeting, San Francisco, CA, October, 1988.

Smooth Muscle Physiology and Anesthetics. Workshop on Physiology and Pharmacology of Muscle as Related to Anesthesiology. American Society of Anesthesiologists Annual Meeting, San Francisco, CA, October, 1988.

Endothelium-Dependent Vasoactivity. Research Conference. Department of Anesthesiology, University of Washington, Seattle, WA, December, 1988 (Visiting Professor).

Endothelium-Vascular Smooth Muscle Interactions. Research Conference. Departments of Pharmacology and Anesthesiology, Yale University, January, 1989 (Visiting Professor).

Vascular Responses of Volatile Anesthetics: Mechanisms of Action. Grand Rounds. Department of Anesthesiology, Yale University, January, 1989 (Visiting Professor).

Endothelium-Derived Relaxing Factor: Interactions with Hypoxia in the Pulmonary Circulation. Research Conference. Department of Anesthesiology and Critical Care Medicine, Johns Hopkins University, November, 1989 (Visiting Professor).

Inhalational Anesthetics: Pharmacokinetics. Medical student pharmacology course. University of Virginia, March, 1990.

Inhalational Anesthetics: Pharmacodynamics. Medical student pharmacology course. University of Virginia, March, 1990.

$N^G$-monomethyl-L-arginine (LNMMA) impairs EDRF-stimulated cGMP accumulation in endothelial cell-vascular smooth muscle co-cultures by an action specific to the EC. Gordon Conference on Vascular Cell Biology. Meriden, NH, July, 1990.

Regulation of Endothelium-Derived Relaxing Factor and Inhibition by Hypoxia and Anesthetics. Symposium on Subcellular Mechanisms of Anesthetic Action in Muscle. Johns Hopkins University, Baltimore, MD, September, 1990 (Visiting Professor).

What is Relevant Anesthesia Research? (Workshop) American Society of Anesthesiologists Annual Meeting. Las Vegas, NV, October, 1990.

Endothelium-Derived Relaxing Factor: An Update. Association of Cardiac Anesthesiologists Annual Meeting. Las Vegas, NV, October, 1990.

Inhalational Anesthetics: Pharmacokinetics. Medical student pharmacology course. University of Virginia, January, 1991.

Inhalational Anesthetics: Pharmacodynamics. Medical student pharmacology course. University of Virginia, January, 1991.

Reformation of a Noxious Gas: The Nitric Oxide Story. Joint Grand Rounds. Harvard Medical School, Beth Israel Hospital and Brigham and Women's Hospital. Boston, MA, November, 1992 (Visiting Professor).

*Roger A. Johns, M.D.*

**INVITED PRESENTATIONS/VISITING PROFESSOR (cont.):**

Anesthesia and Major Noncardiac Surgery. Journal Club. Harvard Medical School, Beth Israel Hospital and Brigham and Women's Hospital. Boston, MA, November, 1992 (Visiting Professor).

The coronary circulation and myocardial ischemia. Grand Rounds. University of Michigan Department of Anesthesiology. Ann Arbor, MI, December, 1992 (Visiting Professor).

Reformation of a Noxious Gas: The Nitric Oxide Story. Research Conference. University of Michigan Department of Anesthesiology. Ann Arbor, MI, December, 1992 (Visiting Professor).

Endothelium and Cardiovascular Disease. Pediatric Cardiology Division, University of Virginia. Charlottesville, VA, December, 1992.

Nitric Oxide: Basic Mechanisms and Importance to the Anesthesiologist. Grand Rounds. Columbia University College of Physicians and Surgeons, Department of Anesthesiology, New York, January, 1993 (Visiting Professor).

Inhalational Anesthetics: Pharmacokinetics. Medical student pharmacology course. University of Virginia, Charlottesville, VA, January, 1993.

Inhalational Anesthetics: Pharmacodynamics. Medical student pharmacology course. University of Virginia, Charlottesville, VA, January, 1993.

Local Mediators in Vascular Control. Physiology Graduate Course 852. University of Virginia, Charlottesville, VA, March, 1993.

Regulation of Nitric Oxide—Guanylyl Cyclase Signaling in the Pulmonary Vasculature. Visiting Professor: Division of Pulmonary Medicine and Cardiovascular Pulmonary Research Laboratories. University of Colorado, August, 1993 (Visiting Professor).

The Nitric Oxide—Guanylyl Cyclase Signaling Pathway: Implications for the Gastroenterologist. Department of Gastroenterology. University of Virginia Charlottesville, VA, September, 1993.

Reform of a Noxious Gas: The Nitric Oxide Story. Robert M. Epstein Anesthesiology Symposium. University of Virginia. September, 1993.

Nitric Oxide in Pain and Anesthesia. Invited speaker and conference organizer. 6th International Congress on Pain, Anesthesia and Endocrinology. Chicago, IL, October, 1993.

Nitric Oxide and Cardiovascular Disease. Association of Cardiac Anesthesia Annual Meeting. Washington, D.C., October, 1993.

Nitric Oxide: Regulation, Interactions with Anesthetics and Clinical Implications. Ohmeda Pharmaceutical Division. New Jersey, December, 1993.

Inhalational Anesthetics: Pharmacokinetics. Medical student pharmacology course. University of Virginia, Charlottesville, VA, January, 1994.

Inhalational Anesthetics: Pharmacodynamics. Medical student pharmacology course. University of Virginia, Charlottesville, VA, January, 1994.

Nitric Oxide: Molecular Regulation and Role in the Pulmonary Circulation. Department of Anesthesiology Grand Rounds. Massachusetts General Hospital and Harvard Medical School. Boston, MA, April, 1994 (Visiting Professor).

34

*Roger A. Johns, M.D.*

**INVITED PRESENTATIONS/VISITING PROFESSOR (cont.):**

Biochemical and Molecular Regulation of Nitric Oxide.  Research Conference, Department of Anesthesiology. University of Pittsburgh. Pittsburgh, PA, April, 1994 (Visiting Professor).

Myocardial Stunning and Ischemia-Reperfusion Injury: New Concepts. Grand Rounds, Department of Anesthesiology. University of Pittsburgh. Pittsburgh, PA, April, 1994 (Visiting Professor).

Coronary Blood Flow and Cardiac Ischemia. Grand Rounds. Department of Anesthesiology, University of Pennsylvania, February, 1991 (Visiting Professor).

Endothelium-Derived Relaxing Factor. Research Seminar. Department of Anesthesiology, University of Pennsylvania, February, 1991 (Visiting Professor).

Hypoxia and Vascular Reactivity. Graduate Course in Vascular Cell Biology. Department of Physiology, University of Virginia, March, 1991.

What's New in Endogenous Vasodilators? The University of Chicago Department of Anesthesia and Critical Care Continuing Medical Education Conference. Chicago, IL, Dec 7, 1991.

Inhalational Anesthetics: Pharmacokinetics. Medical student pharmacology course. University of Virginia, January, 1992.

Inhalational Anesthetics: Pharmacodynamics. Medical student pharmacology course. University of Virginia, Charlottesville, VA, January, 1992.

EDRF/NO—A Novel Cell Messenger. Surgical Grand Rounds. University of Virginia, Charlottesville, VA, April 11, 1992.

Endothelium, Anesthetics and Vascular Control. Special Anesthesiology Symposium on Control of Vascular Tone. American Society of Anesthesiologists Annual Meeting. New Orleans, LA, October, 1992.

Upregulation of Nitric Oxide Synthase Expression in Chronic Hypoxia-Induced Pulmonary Hypertension. FASEB Summer Research Conference on Endothelial Cell Biology. Copper Mountain, CO. June, 1994.

Nitric Oxide Signaling Pathway: Basic Mechanisms and Implications for Anesthesiologists. Grand Rounds, Department of Anesthesiology, Washington University. St. Louis, MO, July, 1994 (Visiting Professor).

Cell-Cell Interactions. NIH Conference: Male Infertility and Impotence. Charlottesville, VA, August, 1994

Nitric Oxide in Cardiovascular Physiology and Disease. Harvard Cardiothoracic Course. Boston, MA, September, 1994.

Reform of a Noxious Gas: The Nitric Oxide Story. Grand Rounds, Department of Anesthesiology. University of California at San Diego. November, 1994 (Visiting Professor).

New Concepts in Myocardial Stunning and Ischemia-Reperfusion Injury. Department of Anesthesiology. University of California at San Diego. November, 1994 (Visiting Professor).

Health Care Reform and the Academic Medical Center. Department of Anesthesiology. University of California at San Diego. November, 1994 (Visiting Professor).

Clinical Application of Inhaled Nitric Oxide. Department of Anesthesiology and San Diego Society of Anesthesiologists. University of California at San Diego. November, 1994 (Visiting Professor).

*Roger A. Johns, M.D.*

**INVITED PRESENTATIONS/VISITING PROFESSOR (cont.):**

Nitric Oxide in the Cardiovascular System. Stengert Memorial Lecture. University of California at Davis. February, 1995 (Visiting Professor).

Regulation of the Nitric Oxide-Guanylyl Cyclase Signaling Pathway. Endocrinology Division, Department of Internal Medicine, University of Virginia. February, 1995.

Regulation of the Nitric Oxide Signaling Pathway and Its Role in the Pulmonary Vasculature. Department of Pathology, University of Virginia. March, 1995.

The Nitric Oxide Story. Japanese Society of Circulation Control (Keynote speaker), Kyoto, Japan. May, 1995.

Anesthesia and Nitric Oxide. New York Post-Graduate Assembly (organized session and presented lecture: A Nitric Oxide. A Goldilocks Perspective) New York, December, 1995.

Anesthetic Interactions with Nitric Oxide Signaling Pathway. (Keynote Speaker). Taiwan Society of Anesthesiologists. Taiwan, September, 1996.

Molecular Regulation of Nitric Oxide Synthase(s) and Applications to Lung Biology. Pfizer Pharmaceuticals Research and discovery Lecture Series. Groton, CT. August, 1996.

Nitric Oxide, Oxygen and Pulmonary Vascular Remodeling. Department of Anesthesiology, University of Alabama, March, 1997 (Visiting Professor).

Confessions of a Clinician Scientist. Department of Anesthesiology, University of Alabama, March, 1997 (Visiting Professor).

The NO Signal Transduction System in the Lung from Molecular Biology to Bedside Therapy. Invited Speaker FASEB Plenary Session entitled Nitric Oxide and the Lung. New Orleans, LA, April, 1997.

Nitric Oxide: Will the Molecule of the Year Change Anesthetic Practice? New York Post-Graduate Assembly (organized session and presented lecture: Nitric Oxide and Anesthetics) New York, December, 1997.

Nitric Oxide, Oxygen and the Lung. Department of Anesthesiology, Columbia Presbyterian Medical Center, March, 1998 (Visiting Professor).

How to Become a Successful Clinician-Scientist in Anesthesiology, Columbia Presbyterian Medical Center, March, 1998 (Visiting Professor).

Nitric Oxide, Oxygen and Pulmonary Vascular Remodeling. Department of Anesthesiology, Medical College of Wisconsin, April, 1998 (Visiting Professor).

Nitric Oxide in Anesthesia and Analgesia. Department of Anesthesiology, Medical College of Wisconsin, April, 1998 (Visiting Professor).

Effect of Anesthetics on NO Synthase Activity. Keynote Speaker at the 25th Anniversary of the Foundation of the Department of Anesthesiology and Resuscitation at the Johann Wolfgang Goethe University, Frankfurt am Main, Germany June 27, 1998.

Molecular Regulation of NO Synthases by Hypoxia. Department of Physiology, Johann Guttenberg University. Mainz, Germany, June 29, 1998 (Visiting Professor).

36

*Roger A. Johns, M.D.*

**INVITED PRESENTATIONS/VISITING PROFESSOR (cont.):**

Role of Nitric Oxide in the Development of Pulmonary Hypertension. Invited Speaker, XXth Congress of the European Society of Cardiology. Vienna, Austria August 23, 1998.

NO/cGMP Signaling Pathway in the Mechanism of Spinal Hyperalgesia. Department of Anesthesiology, MD Anderson Hospital, Houston, TX, February 16, 2000 (Visiting Professor).

Nitric Oxide in Plasticity of Hyperalgesia. Department of Anesthesiology, University of Maryland, Baltimore, MD, 2000.

Disruption of Post Synaptic Density Protein Interactions: Novel Mechanisms of Anesthesia. Department of Anesthesiology, Brigham and Women's Hospital, Boston, MA, August 23, 2001 (Visiting Professor).

Disruption of Post Synaptic Density Protein Interactions: Novel Mechanisms of Anesthesia, Department of Anesthesiology, Massachusetts General Hospital, Boston, MA, August 24, 2001 (Visiting Professor).

Invited lecturer to honor Dr. Vainutis Vaitkevicius 50 years of Clinical Practice. Karmanos Cancer Center, Detroit, MI, November, 2001 (Keynote Address).

Anesthetic Interactions at the Post-Synaptic Density. Department of Anesthesiology, University of Pittsburgh, November, 2002

Disruption of Post Synaptic Density Protein Interactions: Novel Mechanisms of Anesthesia. Department of Anesthesiology, University of Geneva, Geneva, Switzerland, June, 2002 (Visiting Professor).

WTG Morton Society.  Developing Academic Anesthesiologists.  Palm Desert, CA February 2003

WTG Morton Society.  Future Direction in Anesthesiology Practice.  Naples, FL February 2003

Visiting Professor, Department of Anesthesia University of Medicine and Dentistry, New Jersey, November 10, 2004.

Post-synaptic Density Proteins: Novel Therapeutic Targets for Hyperalgesia. Keynote address, 2004 Annual Meeting and Scientific Conference of The Chinese Association for the Study of Pain (CASP). April 10-11, 2004.

A Novel-Hypoxia-Induced Mitogentic Factor in Lung with Vasoconstrictive and Angiogenic Properties. Eighth Pan Arab Congress of Anesthesia, Beirut, Lebanon, September 23, 2004.

Impaired NMDA Receptor-Mediated Postsynaptic Function and Dependent Persistent Pain in Mice Lacking PSD-93. Eighth Pan Arab Congress of Anesthesia, Beirut, Lebanon, September 25, 2004.

Postsynaptic Density Proteins in Mechanisms of Anesthesia. National Institutes of Mental Health, Bethesda MD December, 2004.

New Concepts in the Etiology and Therapy of Pulmonary Hypertension. Visiting Professor, Yale University Department of Anesthesiology.  May 31, 2005.

*Roger A. Johns, M.D.*

**LABORATORY TRAINEES:**

**Undergraduates:**
David Swett - (1988) Dental student, Medical College of Virginia
Richard Klass - (1988) Medical student, University of Michigan
Muraya Gathinji – (2001-2003) Medical Student, Johns Hopkins University
Gregory Kapp – (2004-present) Medical Student, Johns Hopkins University

**Graduate Students:**
Gwen Wise - (1988-1991) Pharmacology Graduate Student, Research Scientist at Merck-Dupont

**Medical Students:**
George Proctor - (1990-91) Resident in Psychiatry, Loma Linda
James Spaeth - (1990, 1992) Resident in Anesthesiology, UCSD
Christian Reikersdorfer - (1990) Resident in Anesthesiology, UVA
Eric Erenson - (1991) fourth year medical student
Mike Muro - (1993-94) Resident in Anesthesiology, University of Virginia
Bella Davi - (1994) second year medical student
Paul Reynolds - (1994) third year medical student
Aalya Hassan - (1998) third year medical student
Abere Karibi-Ikiriko – (2002) second year medical student

**Post-Doctoral Fellows and Research Associates:**
W. Ross Tracey, Ph.D. - (1989-1991) Senior Research Scientist, Pfizer Pharmaceuticals
Appavoo Rengasamy, Ph.D. - (1989-1991) Research Professor, National Institute of Occupational Safety and Health.
L.V. Ravichandran, Ph.D. - (1992-1997) Intramural Research Training Associate, National Institutes of Health (NHLBI)
Timothy D. Le Cras, Ph.D. - (1993-1996) Associate Professor of Pediatrics Children's Hospital, University of Cincinnati
Gregory C. Dailey Ph.D. - (1993-1995) Medical School
Paul Koberna, M.D. - (1993-1994) Private Practice
Chun Xue M.D., Ph.D. (1993-1995) Senior Research Scientist, NOVARTIS Pharmaceuticals
Zhiyi Zuo, M.D., Ph.D. (1994-1996) Associate Professor of Anesthesiology, University of Virginia
Lesley Millatt, Ph.D. (1995-1999) Research Scientist, Lille, France
Timothy Quinlan, Ph.D. (1996-1999)
Elie Haddad, M.D. (1996-1999) Assistant Professor of Anesthesiology, University of Lille, Lille, France
Dechun Li, M.D., Ph.D. (1997-1999) Assistant Professor, Pulmonary Department, St. Louis University, St. Louis, MO
Yuan Xiang Tao, Ph.D. (1997-1999) Associate Professor, Johns Hopkins University, Baltimore, Maryland
Xinhua Zhan, M.D. (1997-1998; 2001-2003) Assistant Project Scientist, Department of Anesthesiology, UCSF, San Francisco, CA
Frank Jung, M.D., Ph.D. (1997-1999) Assistant Professor of Cardiology, University of Frankfurt, Germany
Gotaro Shirakami, Ph.D. (1998-1999) Associate Professor of Anesthesiology, Kyoto University, Kyoto, Japan
Peizhong Mao, Ph.D. (2000 – 2003) Assistant Professor, Department of Anesthesiology and Peri-Operative Medicine, Oregon Health and Science University, School of Medicine, Portland, Oregon
Wen-Jinn Liaw, M.D., Ph.D. (2001-2003) Associate Professor, National Defense Medical Center, Taiwan, China
Xingwu Teng, Ph.D. (2000-2005) Research Associate, Cell Biology, Lerner Research Institute,

Cleveland Clinic Foundation, Cleveland, Ohio
Ming Fang, M.D., Ph.D. (2000-2001) Assistant Professor, Johns Hopkins University, Baltimore, Maryland
Feng Tao, M.D., Ph.D. (2000 – present) Research Associate, Johns Hopkins University, Baltimore, Maryland
Qingning Su, Ph.D. (2003-present) Postdoctoral Fellow, Department of Anesthesiology and Critical Care Medicine, Johns Hopkins University School of Medicine
Ya-Chun Chu, M.D. (2004-2005) Visiting Scientist from the Department of Anesthesiology, Veterans General Hospital, Taipei, Taiwan, ROC
Kazuyo Yamaji (2003-2004) Trainee; (2005-present), Postdoctoral Fellow, Department of Anesthesiology and Critical Care Medicine, Johns Hopkins University School of Medicine
Yuko Sato, Ph.D. (2004-present) Postdoctoral Fellow, Department of Anesthesiology and Critical Care Medicine, Johns Hopkins University School of Medicine
Daniel Angelini, Ph.D. (2005-present) Postdoctoral Fellow, Department of Anesthesiology and Critical Care Medicine, Johns Hopkins University School of Medicine
Chun-Ling Fan, Ph.D. (2005-present) Postdoctoral Fellow, Department of Anesthesiology and Critical Care Medicine, Johns Hopkins University School of Medicine

**Anesthesiology Fellows and Residents:**
Michael Wills, M.D. - (1988) Private practice
Britton Harper, M.D. - (1989) Private practice
David Frankville, M.D. - (1989) Assistant Professor of Anesthesiology, University of California, San Diego
Mark Uggeri, M.D. - (1991-92) Private practice
Tom Pajewski, M.D., Ph.D. - (1990) Associate Professor of Anesthesiology, University of Virginia
John Brendel, M.D. - (1991- 1993)
Thomas McLoughlin, M.D. - (1991-1992) Uniformed Armed Services Medical School and Walter Reed Hospital
Paul Zelenkov, M.D. - (1991-93) Private practice, Clinical Adjunct Professor of Anesthesiology, University of Colorado
Julio Gonzalez, M.D. (2000 – 2001) Assistant Professor, P. Universidad Catolica De Chile, Santiago, Chile
Pedro Mendez, M.D. Assistant Professor, Department of Anesthesia and Critical Care Medicine, Johns Hopkins University School of Medicine
William Stotz, M.D. (2000 –2003) Attending Physician, INOVA, Fairfax, VA

**Faculty:**
David J. Stone, M.D. - (1988-1989) Associate Professor of Anesthesiology and Neurosurgery
George F. Rich, M.D., Ph.D. - (1991-1994) Associate Professor of Anesthesiology and BioMedical Engineering
Thomas Pajewski, M.D., Ph.D. - (1993-present) Assistant Professor of Anesthesiology
Appavoo Rengasamy, Ph.D. - (1991-1996) National Institute for Occupational Health
Lisa Palmer, Ph.D. (1995-2002) Research Assistant Professor of Anesthesiology and Peidtrics, University of Virginia
Reda Girgis, M.D. (2001-present) Assistant Professor of Pulmonary Medicine, Johns Hopkins University
Klaus Wagner, M.D., (2001-2003) Professor, University of Lubbeck, Lubbeck, Germany
Thai Nguyen, M.D. (2004-present) Instructor, Department of Anesthesiology and Critical Care Medicine, Johns Hopkins University School of Medicine

**CLINICAL CARDIAC ANESTHESIA FELLOWS TRAINED:**

Britton Harper, M.D. - (1989) Private practice
Donald Raithel, M.D. - (1989) Private practice
David Frankville, M.D. - (1989) Associate Professor of Anesthesiology, University of California,

*Roger A. Johns, M.D.*

San Diego

Ryan Lesh, M.D. - (1990) Associate Professor of Anesthesiology and Physiology, Columbia University

Cathy Jo Wilson, M.D. - (1990) Private practice

Robert Lubanski, M.D. - (1990-1991) Private practice

Michael Hahn, M.D. - (1990-1991) Private practice

Mark Uggeri, M.D. - (1991-1992) Private practice

Thomas McLoughlin, M.D. - (1991-1992) Uniformed Armed Services Medical School and Walter Reed Hospital

Steve Roberts, M.D. - (1991-1992) Private practice

Elliot Williams, M.D. - (1991-1992) Private practice

Paul Zelenkov, M.D. - (1992-1993) Private practice, Adjunct Professor of Anesthesiology University of Colorado

Doug Murphy, M.D. - (1992-1993) Private practice

Steven Holmes, M.D. - (1992-1993) Private practice

Catherine Cooper, M.D. - (1993-1994) Assistant Professor of Anesthesiology, Medical College of Virginia

Jolanta Kieterakus, M.D. - (1993-1994) Private practice

Christian Reikersdorfer, M.D. - (1994-1995)

Eric Hansen, M.D. - (1997-1998) Private practice

Chip Lanceolatta (1999-2000) Private practice

Steve Aufderheide (2000-2001) Private practice

Al Haddadin (2002-2003) Assistant Professor of Anesthesiology, Yale University

**OTHER RESEARCH EXPERIENCE:**

Development of computer analysis of visual evoked potentials, Holden Electrophysiology Lab, Department of Neurology, Wayne State University School of Medicine, 1978-1980 (Robert L. Maulsby, M.D. and John Gilroy, M.D., supervisors)

Enkephalin receptor assay applied to pain and stress studies, Nancy Pritzker Laboratory, Department of Psychiatry and Behavioral Sciences, Stanford University School of Medicine, 1976 (Huda Akil, Ph.D. and Jack Barchas, M.D., supervisors)

Circadian rhythms in neurospora, Department of Biological Sciences, Stanford University, 1975-1976 (Dow Woodward, Ph.D., supervisor)

**CURRENT RESEARCH INTERESTS:**

1.  The cell and molecular regulation of the nitric oxide-guanylyl cyclase-signaling pathway.

2.  The role of the nitric oxide-guanylyl cyclase signaling pathway and hypoxia induced mitogenic factor (FIZZ1) in cellular mechanisms of lung physiology and pathophysiology and the cell biology of vascular remodeling in pulmonary hypertension. Oxidative gene regulation.

3.  Role of postsynaptic density molecular scaffolding proteins and NO signaling pathway in mechanisms of plasticity associated with hyperalgesia. Mechanisms of anesthesia. Cell biology of post-synaptic density proteins.

4.  Health Services Research: International health system comparisons, Tension between new technologies as drivers of innovation and drivers of cost in health care, Implementation and diffusion of health information technology, Viability of social insurance for the financing of health care, Regional variation in health technology utilization.

Deleted: November 21, 2006

Last Revision: December 4, 2006

# Curriculum Vitae

**Noah Lechtzin, M.D., M.H.S., F.C.C.P.**
**December 1, 2006**

## DEMOGRAPHIC INFORMATION

**Current Appointments:**

Assistant Professor,   Department of Medicine, Division of Pulmonary and Critical Care. Johns Hopkins University School of Medicine. Baltimore, MD.

Joint Appointment, Department of Neurology, Johns Hopkins University School of Medicine

Pulmonary Director, Johns Hopkins Amyotrophic Lateral Sclerosis Clinic

Assistant Director, Johns Hopkins Adult Cystic Fibrosis Program

**Personal Data:**

Home:
1016 Valewood Road
Towson, MD 21286

Business:
Johns Hopkins Medical Institutions
Pulmonary and Critical Care
1830 East Monument Street, 5th Floor
Baltimore, MD 21205
Phone:   (410) 502-7047
Fax:      (410) 502-7048
e-mail:   **nlechtz@jhmi.edu**

Wife:        Laura A. Lechtzin
Children:   Nathaniel Jacob Lechtzin (November 7, 2000)
            Hannah Gilman Lechtzin  (August 13, 2002)
            Eleanor Sarah Lechtzin (October 7, 2005)

**Education and Training:**

1985 – 1989    **B.A. Temple University, magna cum laude**
               Biology Honors thesis, *The Effects of Glass Bead Column Separation on Mouse and Cryopreserved Human Spermatozoa*

1990 – 1994    **M.D., Temple University School of Medicine**
               Philadelphia, PA
               Graduated 1st in a class of 163

Curriculum Vitae
Noah Lechtzin, M.D., M.H.S.

| | |
|---|---|
| **1998 – 2000** | **Masters of Health Science, Johns Hopkins University Bloomberg School of Public Health** (formerly School of Hygiene & Public Health) |
| | Department of Epidemiology, Clinical Epidemiology |
| | Thesis: *A Critical Review of Studies Characterizing Respiratory Muscle Involvement and Outcomes of Pulmonary Interventions in Patients with Amyotrophic Lateral Sclerosis* |
| | GPA: 3.95 |

**Postdoctoral Training:**

| | |
|---|---|
| **1994 – 1995** | **Intern**, Osler Medical Service |
| | Johns Hopkins University School of Medicine |
| | Baltimore, MD |
| **1995 – 1997** | **Resident,** Osler Medical Service |
| | Johns Hopkins University School of Medicine |
| | Baltimore, MD |
| **1997 – 1998** | **Clinical Fellow,** Division of Pulmonary & Critical Care Medicine |
| | Johns Hopkins University School of Medicine |
| | Baltimore, MD |
| **1998 – 2001** | **Research Fellow,** Division of Pulmonary & Critical Care Medicine |
| | Johns Hopkins University School of Medicine |
| | Baltimore, MD |

**Professional Experience**

| | |
|---|---|
| **2001 to 2004** | Instructor, Division of Pulmonary and Critical Care Medicine, Department of Medicine, Johns Hopkins University School of Medicine. Baltimore, MD |
| **1998 to 2001** | Intensivist, Anne Arundel Medical Center |

# RESEARCH ACTIVITIES

## Publications

### Peer-Reviewed Articles

Curriculum Vitae                                           Page 3
Noah Lechtzin, M.D., M.H.S.

1.  **Lechtzin N**, Garside W, Wileman, Hillman N. The Ability of Glass-Bead Column Filtered Mouse Spermatozoa to Fertilize Homologous Eggs *in vitro*, Journal of *in vitro* fertilization and Embryo Transfer, 1990:7(2); 86-88.

2.  **Lechtzin N,** Garside W, Heyner S, Hillman N. Glass-bead Column Separation of Motile and Nonmotile Human Spermatozoa. Journal of *in vitro* fertilization and embryo transfer, 1991: 8(2);96-100.

3.  Lucas GM, **Lechtzin N**, Puryear DW, Yau LL, Flexner CW, Moore RD. Vancomycin-Resistant and Vancomycin-Susceptible Enterococcal Bacteremia: A Comparison of Clinical Features and Outcomes. Clinical Infectious Disease, 1998:26;1127-33

4.  **Lechtzin N**, Rubin HR, Jenckes M, White P, Zhou L, Thompson D, Diette GB. Predictors of Pain Control in Patients Undergoing Bronchoscopy. Am J Respir Crit Care Med. 2000;162:440-45.

5.  **Lechtzin N,** Wiener CM, Clawson L, Chaudhry V, Diette GB. Hospitalization in Amyotrophic Lateral Sclerosis: Costs, Causes, and Outcomes. Neurology 2001;56:753-757.

6.  **Lechtzin N**, Wiener CM, Shade DM, Clawson L, Diette GB. Spirometry in the Supine Position Improves the Detection of Diaphragmatic Weakness in Amyotrophic Lateral Sclerosis. CHEST 2002; 121: 436-442.

7.  **Lechtzin N**, Rubin HR, White P, Jenckes M, Diette GB. Patient Satisfaction with Bronchoscopy. Am. J. Resp. Crit. Care Med. 2002; 166:1326-1331.

8.  Diette GB, **Lechtzin N**, Haponik EA, Devrotes A, Rubin HR. Distraction Therapy with Nature Sights and Sounds Reduces Pain During Flexible Bronchoscopy: A Complimentary Approach to Routine Analgesia. Chest 2003; 123:941-948.

9.  Patil SP, Krishnan JA, **Lechtzin N**, Diette GB. In-hospital Mortality from Acute Exacerbation of COPD: Incidence and Risk Factors. Arch. Int. Med. 2003;163:1180-1186.

10. Hehn BT, Haponik E, Rubin HR, **Lechtzin N**, Diette GB. The Relationship of Patient Age to Process of Care and Tolerance of Bronchoscopy. J. Am. Geriatr. Soc. 2003;51(7):917-922.

11. **Lechtzin N,** Wiener CM, Clawson L, Davidson M, Anderson F, Gowda N, Diette GB for the ALS CARE Investigators. Use of Noninvasive Ventilation in Patients with ALS. ALS and Other Motor Neuron Disorders. 2004;5: 9-15.

12. Boyle MP, Noschese ML, Watts SL, Davis ME, Stenner S, **Lechtzin N.** Failure of High-Dose Ergocalciferol to Correct Vitamin D Deficiency in Adults with Cystic Fibrosis. Am J Resp Crit Care Med. 2005; 172:212-217.

13. **Lechtzin N**, John M, Irizarry R, Merlo C, Diette GB, Boyle MP. Outcomes of Adults with Cystic Fibrosis Infected with Antibiotic Resistant *Pseudomonas aeruginosa*. Respiration 2006;73:27-33

14. Schmidt EP, Drachman DB, Wiener CM, Clawson L, Kimball R, **Lechtzin N.** Pulmonary Predictors of Survival in Amyotrophic Lateral Sclerosis: Use in Clinical Trial Design. Muscle and Nerve. 2006; 33: 127-132.

15. Shlobin O, West E, **Lechtzin N**, Miller S, Borja M, Orens JB, Dropulic L, McDyer J. Persistent CMV-specific Memory Responses in the Lung Allograft and Blood following Primary Infection in Lung Transplant Recipients. J. Immunol. 2006; 176:2625-2634.

16. **Lechtzin N**, Shade D, Clawson L, Wiener CM. Supramaximal Inflation Improves Lung Compliance in Subjects with Amyotrophic Lateral Sclerosis. Chest 2006. In Press

**Review Articles**

1. **Lechtzin N,** Rothstein J, Clawson L, Diette GB, Wiener CM. Amyotrophic Lateral Sclerosis: evaluation and treatment of respiratory impairment. ALS and other motor neuron disorders 2002, 3: 5-13.

2. **Lechtzin N**, Schmidt E, Clawson L. Care of the Patient with ALS. Clinical Pulmonary Medicine. 2005; 12:168-176.

3. **Lechtzin N.** Practice Parameter: Effects of non-invasive ventilation on survival and quality of life in patients with amyotrophic lateral sclerosis: a randomised controlled trial. Nature Clinical Practice Neurology. 2006. In Press.

**Letters/Correspondence**

1. **Lechtzin N**, Clawson L, Wiener CM. " A Fatal Complication of Non-Invasive Ventilation. N. Engl. J. Med. 2001;344:533.

2. Patil SP, Krishnan JA, **Lechtzin N**, Diette GB. In Hospital Mortality and Long-term use of Inhaled Corticosteroids. Arch Intern Med. 2004;164:222-223.

Curriculum Vitae
Noah Lechtzin, M.D., M.H.S.

## Book Chapters

1. Clawson L, **Lechtzin N**. Amyotrophic Lateral Sclerosis. *in* Current Therapy in Neurologic Disease, 6th edition. Johnson RT, Griffin JW, McArthur JC. Eds. 2002, Mosby Inc. St. Louis, MO. 314-321.

2. **Lechtzin N**, Fessler HE. "The Mechanisms of Improvement" *in Lung Volume Reduction Surgery for Emphysema*. H. Fessler, JJ Reilly, D Sugarbaker, eds, Marcel Dekker, Inc. New York, 2003

3. Merck Manual, 18th edition. "Approach to the Patient with Pulmonary Symptoms," 2006 (Submitted)

## Other Media

### Internet:

1. "Can Teaching Be Taught?" **Lechtzin N**, Osler Medical Journal, Vol I 1996, http://omj.med.jhu.edu/scientia/vol1/oct96.shtml

2. "Approach to the Patient With Chronic Cough", **Lechtzin N**, Wiener CM, Johns Hopkins University Pulmonary and Critical Care Website. November 2000. http://hopkins-lungs.org

3. Pneumocystic Carinii Pneumonia. Lechtzin N. Johns Hopkins HIV Guide. http://www.hopkins-hivguide.org/  October 2004

4. Lymphocytic Interstitial Pneumonia. Lechtzin N. Johns Hopkins HIV Guide. http://www.hopkins-hivguide.org/  October 2004

### Reports:

1. Osler Intern Survival Guide, 1995.

2. Diette GB, Krishnan J, **Lechtzin N**, Belcastro D. Evidence Report on Chronic Obstructive Pulmonary Disease: Treatments and Risks. Submitted to CardioContinuum, August 1999.

3. Malignant Mesothelioma in Automobile Mechanics and Brake Workers: A Review of the Literature. 2005. Submitted to Wilcox & Savage for Allied

Curriculum Vitae                                                    Page 6
Noah Lechtzin, M.D., M.H.S.

Signal/Honeywell.

**Research Grant Support**

**Current:**

**2005–2006**   **Thomas Wallace Rogers Memorial Respiratory Research Grant**, Timing of Noninvasive Ventilation for Patients with ALS: Does earlier use result in prolonged survival? PI: Noah Lechtzin
    Total Direct Costs: $25,000        5% effort

**2001 - 2004**   **Amyotrophic Lateral Sclerosis Association, Clinical Management Research Grant**
    Co- Principal Investigators: Noah Lechtzin & Charles Wiener

**2001 - 2005**   **Clinical Trial of Celebrex in ALS**
    Pharmacia Corporation, PI: D. Drachman        4% effort

**2002 - 2007**   **NHLBI 1 K23 HL 67887-01A1**
    Improving Respiratory Outcomes in ALS - PI: Noah Lechtzin
    9/02 - 8/07   Total Direct Costs:  $608,750        75% effort

**2002 – 2005**   **Cystic Fibrosis Foundation Clinical Research Grant**
    "Treatment of Osteopenia in CF with Zoledronic Acid"
    PI: M. Boyle, Total Direct Costs: $214,452   4% effort

**2003**   **Hill-Rom** (Formerly Advanced Respiratory)
    ALS Multicenter Trial of The Vest
    PI: Noah Lechtzin, Direct Costs: $36,615

**2003**   **Johns Hopkins Complementary and Alternative Medicine Center in Cancer Grant**
    Clinical Trial of Nature Sights and Sounds in Cancer Patients Undergoing Invasive Procedures.        PI: Noah Lechtzin
    11/03-10/04   Total Direct Costs: $50,000        4% effort

**Previous:**

**1998 – 2000**   **NHLBI    T32 HL07534**
    Multidisciplinary Training Program in Lung Disease

**2000**   **Project ALS,** Research Contract

Curriculum Vitae                                                    Page 7
Noah Lechtzin, M.D., M.H.S.

                    "Multicenter ALS Buspirone Investigation"
                    Co-Investigators: Noah Lechtzin & Jeffrey Rothstein

    **2002**          **Clinician Scientist Award,** Johns Hopkins University


## EDUCATIONAL ACTIVITIES

### Teaching:

    **1992 – 1993**    **Instructor,** Students Teaching AIDS To Students, Temple University School of Medicine

    **1997**          **Clinical Faculty,** Human Anatomy Discussion Group Heart and Lungs, Johns Hopkins University School of Medicine

    **1999- present**   **Clinical Skills Instructor**, Johns Hopkins School of Medicine

    **2000-2002**     **Physiology Organs Systems Course**, Small Group Instructor

    **2002**          **Pathophysiology,** small group instructor

### Mentoring:
Eric Schmidt, MD: Medicine resident and Pulmonary Post-doctoral fellow, 2003
Christian Merlo, MD MPH: Pulmonary Post-Doctoral Fellow & Instructor in Medicine 2003 – present
Luis Tarats, BA:  Summer Minority Research student.
Oksana Shlobin, MD: Pulmonary Post-Doctoral Fellow, 2004

### Editorial Activities:

#### Editorial Board Appointments:

1996-1997          Osler Medical Journal

#### Peer Reviewer:

Annals of Neurology
American Journal of Respiratory and Critical Care
Chest

Curriculum Vitae                                                Page 8
Noah Lechtzin, M.D., M.H.S.

       Journal of The Neurological Sciences
       Lancet Neurology
       Respirology
       Respiratory Care

## CLINICAL ACTIVITIES

**Licensure:**
       Board of Physician Quality Assurance of Maryland, License D51965

**Board Certification:**

   **1997**   **Internal Medicine,** American Board of Internal Medicine

   **2000**   **Pulmonary Disease,** American Board of Internal Medicine

   **2001**   **Critical Care Medicine,** American Board of Internal Medicine

**Service Responsibilities:**

   **Medical Intensive Care Unit and Pulmonary Consult Service:** 4 weeks per year
   **Adult Cystic Fibrosis Clinic,** ½ day per week
   **Amyotrophic Lateral Sclerosis Clinic,** ½ day per month

## ORGANIZATIONAL ACTIVITIES

**Institutional Administrative Appointments:**

| | |
|---|---|
| **2001 - Present** | **Internship Selection Committee,** Johns Hopkins Dept. Medicine |
| **2001 - Present** | **Department of Medicine Research Retreat Planning Committee,** Johns Hopkins Dept. Medicine |
| **2001 – 2002** | **Bronchoscopy Committee,** Johns Hopkins University Division of Pulmonary and Critical Care |
| **2003** | **Clinical Working Group,** Division of Pulmonary/Critical Care |
| **2003** | **Conference Committee,** Division of Pulmonary/Critical Care |
| **2003** | **Interior Design Committee,** Division of Pulmonary/Critical Care |

Curriculum Vitae
Noah Lechtzin, M.D., M.H.S.

| | |
|---|---|
| **2004** | **Maryland Patient Safety Center**, MICU patient safety project leader |

### Research Committees:

| | |
|---|---|
| **2005** | Data and safety monitoring board member, NIH sponsored trial "Early Treatment of ALS with Nutrition and NIPPV. |
| **2004-2005** | Data and safety monitoring board Chairman, "Chest wall Oscillation for Asthma and COPD exacerbations Trial" |

### Professional Societies:

#### Membership:

| | |
|---|---|
| 1999 – present | American College of Chest Physicians, inducted as Fellow 2002 |
| 1999 - present | American Thoracic Society |
| 1999 | American College of Physicians |
| 1990-1994 | American Medical Association – Medical Student Section |
| 1990-1994 | Pennsylvania Medical Society, Vice-President, Pennsylvania Medical Society, Temple Chapter 1991-1992 |

#### Committees:

| | |
|---|---|
| 2004 | ACCP Home care Network Steering Committee |
| 2005 | Co-Chair, Maryland Thoracic Society Scientific Session Planning Committee |

## RECOGNITION

### Honors & Awards:

| | |
|---|---|
| 1987 | Alpha Lambda Delta National Scholastic Honor Society for Freshmen |
| 1988 | Completed Temple University College of Arts and Science Honors Program |
| 1989 | Phi Beta Kappa |
| 1989 | James A. Harrison Award, for excellence in Biology |
| 1993 | Alpha Omega Alpha, inducted in junior year of medical school |

Chapter President 1993-1994

1994   Joseph C. Doane Memorial Prize, for attaining the highest grade point average in medical school class

1994   Thomas M. Durant Prize in Internal Medicine

2001   American Thoracic Society Travel Award Grant

2002   Clinician Scientist Award, Johns Hopkins University School of Medicine

**Invited Lectures:**

1. Increase in Percent Motility in Thawed Human Semen Following Glass Bead Column Separation. Poster at American Fertility Society Annual Meeting, San Francisco, CA  1989

2. Patient Reported Comfort Determines Patient Satisfaction During Bronchoscopy. Poster discussion, American Thoracic Society Annual Meeting, San Diego, CA. May 1999

3. Measurement of Supine FVC Improves Identification of Respiratory Muscle Weakness in Patients with Amyotrophic Lateral Sclerosis/Motor Neuron Disease. Platform speaker at the International Symposium on Amyotrophic Lateral Sclerosis/Motor Neuron Disease, Vancouver, B.C. November 1999

4. Pulmonary issues in patients with ALS. Muscular Dystrophy Association ALS Support Group, Baltimore, MD. February 2000

5. Predictors of Pain in Patients Undergoing Bronchoscopy, Poster discussion, American Thoracic Society, Toronto, Ontario. May 2000

6. Nature Sights and Sounds Improves Patient Comfort During Flexible Bronchoscopy, Mini-Symposium, American Thoracic Society, May 2001

7. Pilot Study of Buspirone for Patients with ALS, International Symposium on Amyotrophic Lateral Sclerosis/Motor Neuron Disease, Oakland, CA November 2001.

8. Nature Sights and Sounds Improves Patient Comfort During Flexible Bronchoscopy, American Red Cross, January 2002

9. Pain Management Meets the Built Environment, Department of Veteran Affairs, Washington, DC March 2002

10. Outcomes of Cystic Fibrosis Patients with Multiple Antibiotic Resistant *Pseudomonas aeruginosa*. Johns Hopkins Pediatric Pulmonary Grand Rounds. March 2003

11. Pulmonary involvement in the antisynthetase syndrome, Johns Hopkins Division of Rheumatology Grand Rounds. March 2003.

12. Care of the Patient with ALS. American Thoracic Society "Sunrise Seminar," Seattle, WA. May 2003.

13. The Impact of Drug Resistant Bacteria in Pulmonary and Critical Care Medicine, Towson University, Summer Biology Seminar Series, June 2003.

14. Beyond the ICU: Indications and Usage of Long-Term Ventilatory Support. 5th Annual Update in Pulmonary and Critical Care Medicine. Santa Fe, NM July 2003.

15. A Case from the Wards: A Pregnant Woman with Shortness of Breath. 5th Annual Update in Pulmonary and Critical Care Medicine. Santa Fe, NM July 2003.

16. Trends in Mechanical Ventilation in ALS. American College of Chest Physicians Annual Meeting. Orlando, FL October 2003.

17. Use of Healing Environments. American Academy of Pain Management , 15th Annual Clinical Meeting. San Antonio, TX October 2004.

18. Ventilation in ALS: Not just a lot of hot air.  American College of Chest Physicians Annual Meeting. Seattle, WA October 26, 2004.

19. Respiratory Evaluation and Care in Patients with ALS. Robert Wood Johnson ALS Symposium. New Brunswick, NJ November 2004.

20. First Annual Muscular Dystrophy Association ALS Conference. Columbia, MD. November 2004

21. 15th International Symposium on ALS. Non-Invasive Positive Pressure Ventilation

Use and Outcomes in Patients with Amyotrophic Lateral Sclerosis.
Philadelphia, PA. December 2004

22. Upper Chesapeake Health System Morbidity and Mortality Conference. Ventilatory
Failure in ALS. December 2004.

23. American Academy of Neurology, 57th Annual Meeting. "Noninvasive Positive
Pressure Ventilation Prolongs Survival in Patients with ALS." Miami, FL. April
2005.

24. Current Concepts in Cancer Pain Management. "Use of Bedscapes in Procedural
Pain Management." Baltimore, MD. November 2005

25. Earlier Use of Noninvasive Ventilation May Prolong Survival in Subjects with ALS.
International Symposium on ALS and Motor Neuron Disease. Dublin, Ireland.
December 2005.

## OTHER PROFESSIONAL ACCOMPLISHMENTS:

### Abstracts (selected)

1. **Lechtzin N**, Garside W, Heyner S, Hillman N. Increase in Percent Motility in
Thawed Human Semen Following Glass Bead Column Separation. Program
Supplement of 45th Annual Meeting of the American Fertility Society, 1989;
597

2. **Lechtzin N**, Diette GB, White P, Jenckes MW, Rubin HR. Patient Reported
Comfort Determines Patient Satisfaction During Bronchoscopy. American
Journal of Respiratory and Critical Care Medicine. 1999:159;A707.

3. **Lechtzin N,** Clawson L, Wiener C. Measurement of Supine FVC Improves
Identification of Respiratory Muscle Weakness in Patients with Amyotrophic
Lateral Sclerosis/Motor Neuron Disease. [In Press, Journal of the
Neurological Sciences 2000]

4. Abochale E, **Lechtzin N,** Zhou L, Baltz B, Ritchey G, White P, Diette GB.
Factors That Influence Pain During Flexible Bronchoscopy. American Journal
of Respiratory and Critical Care Medicine. 2000:161;A235

5. **Lechtzin N,** Rubin HR, Jenckes MW, White P, Zhou L, Thompson D Diette GB.
Predictors of Pain in Patients Undergoing Bronchoscopy. American Journal of
Respiratory and Critical Care Medicine. 2000:161;A233

6.  **Lechtzin N**, Clawson L, Diette GB, Wiener CM. Change in Forced Vital Capacity (Upright to Supine) Predicts Diaphragmatic Strength in Patients with Amyotrophic Lateral Sclerosis. American Journal of Respiratory and Critical Care Medicine. 2000:161;A112

7.  **Lechtzin N**, Diette G, ShadeD, Wiener C. Supramaximal Inflation Increases Lung Compliance in ALS. American Journal of Respiratory and Critical Care Medicine 2001;163:A511.

8.  **Lechtzin N**, Wiener CM, Clawson L, Davidson M, Diette GB for the ALS CARE Investigators. BiPap Use in ALS. American Journal of Respiratory and Critical Care Medicine 2001;163:A153.

9.  **Lechtzin N**, Withers T, Devrotes A, Diette G. Distraction Using Nature Sights and Sounds Reduces Pain During Flexible Bronchoscopy. American Journal of Respiratory and Critical Care Medicine 2001;163:A23.

10. **Lechtzin N**, Cudkowicz M, Clawson L, Fogel R, et. al. Clinical Trial of Buspirone in Patients with ALS. ALS and Other Motor Neuron Disorders 2001;2(Suppl. 2):162.

11. **Lechtzin N**, John M, Irizarry R, Zeger RS, Diette GB, Boyle MP. The Effect of Multiple Antibiotic Resistant Pseudomonas Aeruginosa on Lung Function in Adults with Cystic Fibrosis. American Journal of Respiratory and Critical Care Medicine 2002;165:A282.

12. Schmidt E, Wiener CW, Drachman D, Clawson L, Kimball R, **Lechtzin N**. Pulmonary Predictors of Mortality in Amyotrophic Lateral Sclerosis. American Journal of Respiratory and Critical Care Medicine. 2003;167:A415.

13. Merlo CA, Boyle MP, Tonascia J, Goss CH, **Lechtzin N**. The Association Between Multiple Antibiotic Resistant Pseudomonas Aeruginosa and Pulmonary Outcomes in Individuals with Cystic Fibrosis. Pediatric Pulmonology. 2003; (Supplement 25): A430.

14. Boyle MP, Noschese ML, Watts SL, Davis ME, **Lechtzin N**. Prevalence of 25-Hydroxyvitamin D Deficiency in Adults with CF and Effect of High Dose Ergocalciferol Supplementation. Pediatric Pulmonology. 2003; (Supplement 25): A473.

15. **Lechtzin N,** Cudkowicz M, Clawson L, Fogel R, Bradbury L, Hilgenberg S,

Rothstein JD.  Clinical Trial of Buspirone in Patients with ALS.  ALS and Other Motor Neuron Disorders 2004;5(Suppl. 2):126.

16. **Lechtzin N,** Anderson FA, Brooks BR, Gowda NJ, Miller RG, Mitsumoto H, Moore D, and the ALS CARE Study Group. Non-Invasive Positive Pressure Ventilation Use and Outcomes in Patients with Amyotrophic Lateral Sclerosis. Amyotroph Lateral Scler Other Motor Neuron Disord. 2004;5(Suppl. 2):57

17. Merlo CA, Boyle MP, Diener-West M, **Lechtzin N.**  Risk Factors for Developing Multiple Antibiotic Resistant *Pseudomonas Aeruginosa* in CF.  Pediatric Pulmonology. 2005 (Suppl. 28):330.

18. Boyle MP, **Lechtzin N,** Merlo CA, Stenner SP, Watts SL, Podliska MZ, Davis ME.  Determination of Ideal Serum 25-Hydroxyvitamin D Levels in Adults with CF by Evaluation of Effect on Parathyroid Hormone Levels.  Pediatric Pulmonology. 2005 (Suppl. 28):352.

19. Boyle MP, **Lechtzin N,** Watts S.  Zoledronate Therapy for Decreased Bone Density in Adults with Cystic Fibrosis.  Pediatric Pulmonology. 2005 (Suppl. 28):353.

20. **Lechtzin N,** Schmidt E, Kimball R, Clawson L, Wiener CM.  Earlier Use of Non-Invasive Ventilation May Prolong Survival in Subjects with Amyotrophic Lateral Sclerosis.  ALS and Other Motor Neuron Disorders 2005:6 (Suppl. 1):61.

21. Lange DJ, **Lechtzin N,** Davey CS, Gelinas D, Heiman-Patterson T, David W, Becker B, Mitsumoto H and the HFCWO Study Group A.  A Randomized, Controlled Trial of High Frequency Chest Wall Oscillation in ALS.  ALS and Other Motor Neuron Disorders 2005:6 (Suppl. 1):62.

22. **Lechtzin N,** Lange D, Davey CS, Gelinas B, Kimball R, Mitsumoto H, and The HFCWO Study Group.  The Performance of an Instrument to Measure Change in Dyspnea in Patients with ALS.  ALS and Other Motor Neuron Disorders 2005:6 (Suppl. 1):136.

Curriculum Vitae
Noah Lechtzin, M.D., M.H.S.