IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY SCOTT, Individually and          :
Personal Representative of the        :
Estate of JONATHAN MAGBIE,            :
Deceased,                             :
      Plaintiff,               :
                              : Civil Action No.: 1:05-CV-01853-RWR
    v.                              :
                              :
DISTRICT OF COLUMBIA,                 :
et al.                                :
      Defendants.              :

## STIPULATION FOR EXTENSION OF TIME
## FOR DESIGNATION OF EXPERTS AS TO DEFENDANTS
## WILLIAM VAUGHN, M.D. AND ROTIMI ILUYOMADE, M.D.'S ONLY

Plaintiff, by and through counsel and Defendants William Vaughn, M.D. and Rotimi Iluyomade, M.D., by and through counsel, hereby stipulate and agree that the time for Defendants to designate experts as per Fed. R. Civ. 26(a)(2) is extended to on or before December 22, 2006.

Respectfully submitted,

_____/s/_____  
Edward J. Connor, Esquire  
5210 Auth Road, Suite 304  
Camp Springs, Maryland 20746-4341  
*Counsel for Plaintiff*

_____/s/_____  
D'Ana E. Johnson, #927913  
Juan M. Anderson, #465404  
**BONNER KIERNAN TREBACH**  
   **& CROCIATA, LLP**  
1233 20th Street, NW, Suite 800  
Washington, DC 20036  
Telephone: (202) 712-7000  
*Counsel for Defendants*  
   *William Vaughn, M.D. and*  
   *Rotimi Iluyomade, M.D.*



161488-1