IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARY SCOTT, Individually and : 
Personal Representative of the :
Estate of JONATHAN MAGBIE, :
Deceased :
        Plaintiff, :
                         :    Civil Action No.: 1:05-CV-01853-RWR
  v. :
:
DISTRICT OF COLUMBIA, :
et al. :
        Defendants. :

## DEFENDANTS WILLIAM S. VAUGHN, M.D., ROTIMI ILUYOMADE, M.D.'S, PRELIMINARY DESIGNATION OF EXPERT WITNESSES

COME NOW Defendants William S. Vaughn, M.D., and Rotimi Iluyomade, M.D., by and through counsel Bonner Kiernan Trebach & Crociata, LLP, and submits the following designation of experts:[1]

    1.    **Adoption of Experts Identified by Co-Defendant District of Columbia.**

Defendants William S. Vaughn, M.D., and Rotimi Iluyomade, M.D., expressly adopt and incorporate by reference hereto the identity, opinions, and such other materials proffered in connection with the designation of Co-Defendant District of Columbia as to its experts in the field of life expectancy, Steven M. Day, Life Expectancy Project, 1439 17th Avenue, San Francisco, CA 94122-3402; and in the field of economics, Charles L. Betsey, Ph.D., Department of Economics, Howard University, Washington, D.C. 20059, as set forth in the

---

[1] With the consent of Plaintiff, expert reports are not included due to the naming of additional defendants in the Amended Complaint who also will likely be represented by undersigned counsel upon perfection of service. Defendants will file the appropriate supplemental designation at that time.

156842_1



DEFENDANT'S EXHIBIT 6

Rule 26(a)(2) Statement of Defendant District of Columbia dated and filed with this Court on September 5, 2006.

2.  **Philip M. Buttaravoli, M.D.**
    **Emergency Department**
    **Palm Beach Gardens Medical Center**
    **3360 Burns Road**
    **Palm Beach Gardens, FL  33410**

Dr. Buttaravoli is a board-certified emergency medicine physician.  Dr. Buttaravoli received his medical degree from the University of Vermont, College of Medicine and is the Medical Director for Emergency Services at the Palm Beach Gardens Medical Center. Dr. Buttaravoli will testify as an expert in the field of Emergency Medicine.

Dr. Buttaravoli will testify, within a reasonable degree of medical certainty, as to the standard of care as it applies to the care and treatment rendered to the decedent Plaintiff by William Vaughn, M.D. and as to all issues related to the emergent care and treatment rendered to the decedent Plaintiff on or about September 20-21, 2004 in the Emergency Department at Greater Southeast Community Hospital.  Dr. Buttaravoli's opinions will be based upon his education, training, and experience, his review of the decedent Plaintiff's medical records, his review of all relevant deposition testimony from Plaintiff, fact and expert witnesses, and all relevant records, materials, and/or documents generated regarding the decedent Plaintiff's medical care and treatment in this litigation.

Dr. Buttaravoli is further expected to testify that the treatment of the decedent Plaintiff rendered by Dr. Vaughn in the Emergency Room at Greater Southeast Community Hospital on September 20-21, 2004 complied with the standard of care and that no actions or inactions

on the part of Dr. Vaughn caused or contributed to the death of Jonathan Magbie on September 24, 2004. Dr. Buttaravoli will also testify that the care provided to Jonathan Magbie prior to, and on, September 20, 2004 while incarcerated by the District of Columbia and its agents, employees, and contractors, was below the standard of care. A copy of Dr. Buttaravoli's *curriculum vitae* is attached hereto.

3. Noah Lechtzin, M.D., M.H.S., F.C.C.P.
   Johns Hopkins Medical Institutions
   Pulmonary and Critical Care
   1830 East Monument Street, 5th Floor
   Baltimore, MD 21205

Dr. Lechtzin is a board-certified physician in the fields of Critical Care Medicine and Pulmonary Disease. Dr. Lechtzin received his medical degree from Temple University School of Medicine, and is also an Assistant Professor, Department of Medicine, Division of Pulmonary and Critical Care, Johns Hopkins University School of Medicine, Baltimore, MD. Dr. Lechtzin will testify as an expert in the field of Critical Care Medicine and Pulmonary Disease.

Dr. Lechtzin will testify, within a reasonable degree of medical certainty, as to the standard of care as it applies to the care and treatment rendered to the decedent Plaintiff by Rotimi Iluyomade, M.D. and as to all issues related to the emergent care and treatment rendered to the decedent Plaintiff on or about September 24, 2004 in the Emergency Department at Greater Southeast Community Hospital. Dr. Lechtzin's opinions will be based upon his education, training, and experience, his review of the decedent Plaintiff's medical

records, his review of all relevant deposition testimony from Plaintiff, fact and expert witnesses, and all relevant records, materials, and/or documents generated regarding the decedent Plaintiff's medical care and treatment in this litigation. Dr. Lechtzin is further expected to testify that the treatment of the decedent Plaintiff rendered by Dr. Iluyomade in the Emergency Room at Greater Southeast Community Hospital on September 24, 2004 complied with the standard of care and that no actions or inactions on the part of Dr. Iluyomade caused or contributed to the death of Jonathan Magbie. Dr. Lechtzin also testify that the care provided to Jonathan Magbie which intervened between September 21-24, 2004 while incarcerated by the District of Columbia and its agents, employees, and contractors was below the standard of care. A copy of Dr. Lechtzin's *curriculum vitae* is attached hereto.

4. **Roger Johns, M.D., M.H.S.**
**Professor of Medicine, Division of Pulmonary/CCM**
**720 Rutland Avenue. Ross 361**
**Johns Hopkins University**
**Baltimore, MD  21205**

Dr. Johns is a board-certified physician specializing in pulmonary critical care medicine. Dr. Johns received his medical degree from Wayne State University School of Medicine and is the former Chief, Division of Anesthesiology and Critical Care Medicine at Johns Hopkins University Hospital, Baltimore, MD. Dr. Johns is currently a Professor of Medicine, Division of Pulmonary/Critical Care Medicine at the Johns Hopkins University School of Medicine. Dr. Johns will testify as an expert in the field of Pulmonary Critical Care Medicine.

4

Dr. Johns will testify, within a reasonable degree of medical certainty, as to the standard of care as it applies to the care and treatment rendered to the decedent Plaintiff by Rotimi Iluyomade, M.D. and as to all issues related to the emergent care and treatment rendered to the decedent Plaintiff on or about September 24, 2004 in the Emergency Department at Greater Southeast Community Hospital. Dr. Johns' opinions will be based upon his education, training, and experience, his review of the decedent Plaintiff's medical records, his review of all relevant deposition testimony from Plaintiff, fact and expert witnesses, and all relevant records, materials, and/or documents generated regarding the decedent Plaintiff's medical care and treatment in this litigation.

Dr. Johns is further expected to testify that the treatment of the decedent Plaintiff rendered by Dr. Iluyomade in the Emergency Room at Greater Southeast Community Hospital on September 24, 2004 complied with the standard of care and that no actions or inactions on the part of Dr. Iluyomade caused or contributed to the death of Jonathan Magbie. Dr. Johns will also testify that the care provided to Jonathan Magbie which intervened between September 21-24, 2004 while incarcerated by the District of Columbia and its agents, employees, and contractors was below the standard of care. A copy of Dr. Johns' *curriculum vitae* is attached hereto.

5. As discovery and investigation in this civil action is ongoing and incomplete, Defendants William S. Vaughn, M.D. and Rotimi Iluyomade, M.D., expressly reserve the right to further amend and/or supplement this expert witness designation to conform to the evidence therefrom.

DATED this 22nd day of December, 2006.

5

BONNER KIERNAN TREBACH & CROCIATA, LLP


_____/s/_____
D'Ana Johnson, #927913
Juan M. Anderson, #465404
1233 20th Street, N.W.
Suite 800
Washington, D.C. 20005
(202) 712-7000

**Counsel for Defendants,
William Vaughn, M.D. and
Rotimi Iluyomade, M.D.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendants William S. Vaughn, M.D. and Rotimi Iluyomade, M.D.'s Preliminary Designation of Expert Witness was served *via* first-class, mail, postage prepaid on this 22nd day of December, 2006 upon:

Donald M. Temple, Esquire
Temple Law Office
1229 1th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Arthur B. Spitzer, Esquire
American Civil Liberties Union
1400 20th Street, NW, Suite 119
Washington, DC  20036
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*

Megan S. Ben'Ary, Esquire
Kevin L. Newson, Esquire
LeClair Ryan, A Professional Corporation
225 Reinekers Lane, Suite 700
Alexandria, Virginia  22314
*Counsel for Co-Defendants Corrections
    Corporation of America & Patricia Singley*

Steven J. Anderson, Esquire
Office of Corporation Counsel
441 4th Street, NW, 6th Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia
& Odie Washington*

Dana K. DeLorenzo, Esquire
Office of the Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
*Counsel for Defendant District of Columbia*

Steve Altman, Esquire
Andrew J. Spence, Esquire
Hamilton, Altman, Canale & Dillon, LLC
10306 Eaton Place, Suite 100
Fairfax, Virginia 22030
*Counsel for Center for Correctional
Health and Policy Studies, Inc.,
Joseph Bastien, T. Wilkins Davis,
Malek Malekghasemi, and Sunday Nwosu*

E. Louise R. Phillips, Esquire
441 4th Street, NW, 6th Floor South
Washington, DC 20001
*Counsel for Corrections Corporation of
America*

Daniel P. Struck, Esquire
Jones, Skelton & Hochulli, PLC
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012

Catherine A. Hanrahan, Esquire
Alan J. Rumsey, Esquire
1341 G Street, NW, Suite 500
Washington, DC 20005
*Counsel for Greater Southeast Community
Hospital Corporation I*

_____/s/_____
D'Ana E. Johnson