

*Expert Witness Information*

Box 12426, Overland Park, KS 66282-2426   www.idex.com   (913) 341-4000   1-800-521-5596   FAX (913) 341-1050

```
Information Regarding:     PHILIP MILES BUTTARAVOLI, MD


             Address:      3360 BURNS ROAD
                           PALM BEACH GARDENS, FL  33410
      Business Phone:      (561) 694-7172
           Specialty:      EMERGENCY MEDICINE
         Affiliation:      PALM BEACH GARDENS MEDICAL CENTER
  Board Certification:     AMERICAN BOARD OF EMERGENCY MEDICINE
                Misc:      ALSO LICENSED IN MD & VT
                           RESIDENCE ON FALCON GREEN DR, WEST PALM BEACH, FL
```

The following are only the additional cases added to this expert
since 06/01/2002 as you requested. If you require a report with
the full case involvements shown, please contact IDEX.

············· **TESTIMONIAL HISTORY SUMMARY** ································

    TOTAL CASE INVOLVEMENTS AND/OR INQUIRIES:    9

    FOR THE PLAINTIFF -    8    DEFENDANT -   1     UNKNOWN -    0

    TYPE:  Medical Malpractice -   9

    STATES: MD, FL, PA

································································

**DEFENDANT'S EXHIBIT 8**



*Other Documents Available*

Box 12426, Overland Park, KS 66282-2426    www.idex.com    (913) 341-4000  1-800-521-5596  FAX (913) 341-1050

### Expert Witness: PHILIP MILES BUTTARAVOLI, MD

*Documents can be downloaded by logging into www.idex.com and selecting the "Prior Orders button." Or if you prefer, call 800-521-5596 or select below and fax to 913-341-1050. Hard copy prices include the cost of sending via priority mail.*

```
                                                    Check to order      DOC #
                                                    (Available Online
                                                     @ www.idex.com)

Depositions
  BUSCH, MATTHEW; ET AL V. HARRINGTON, LAURIE; ET AL    Email copy $   40.00 ☐   16,965
  Year: 1988  Location: MD  Testified For: DEFT  Pgs: 63  Hard copy  $   52.60 ☐
  FAILURE TO TIMELY REPAIR PROFUNDUS TENDON IN FINGER LACERATION; LOSS OF FUNCTION


         Price for all documents listed above in On-Line copy -     $40.00
         On-Line copies can be obtained at www.idex.com
```



## *Testimonial History of Expert Witness*

Box 12426, Overland Park, KS 66282-2426    www.idex.com    (913) 341-4000   1-800-521-5596   FAX (913) 341-1050

Expert Witness: PHILIP MILES BUTTARAVOLI, MD                                                                 Page: 001

*The following is a listing of cases in which this expert has been involved by giving a report, deposition or trial testimony since 06/01/02. Where "No Record of Testimony to Date" appears, it is unknown if testimony has been taken.*

............................................................................ Case 1 ............................................................................

| | |
|---|---|
| Plaintiff----------- | BALL |
| Defendant(s) ------- | MCDONALDS |
| Claim Type(s) ------ | MEDICAL MALPRACTICE / INJURY/DAMAGE(S) --- WRONGFUL DEATH / |
| Case Results ------- | CASE RESULTS NOT SUPPLIED   VERDICT NOT SUPPLIED |
| Testified For/Date - | PLAINTIFF /  INQUIRY MADE 10/02  IDEX HAS NO RECORD OF TESTIMONY |
| Case Issues -------- | TRIPPED IN PARKING LOT |
| Defense Attorney---- | DEAN NICKAS ESQ |
| Phone/email------- | (305) 448-3939 / |
| Defense Firm ----- | WICKER, SMITH, O'HARA, MCCOY, ET AL / WWW.WICKERSMITH.COM |
| | 2900 SW 28TH TERR, 5TH FLOOR |
| | MIAMI, FL  33133 / FAX (305) 441-1745 |
| Co-Defense Atty----- | |
| Phone/email------- | |
| Co-Defense Firm--- | |
| Plaintiff Attorney - | RAFAEL ROCA |
| Pltf Firm/Address  - | ROCA, SHARPE & SHOMO / WEST PALM BEACH, FL |
| Jurisdiction/Case # | FL / CIVIL DOCKET NUMBER NOT SUPPLIED |

Check & Fax to Have IDEX Attempt to Procure Transcript For an Additional Charge ☐

............................................................................ Case 2 ............................................................................

| | |
|---|---|
| Plaintiff----------- | BLUMENFELD, FERNE |
| Defendant(s) ------- | KANE, JILL R DO; ET AL |
| Claim Type(s) ------ | MEDICAL MALPRACTICE / INJURY/DAMAGE(S) --- BODILY INJURY / |
| Case Results ------- | CASE RESULTS NOT SUPPLIED   VERDICT NOT SUPPLIED |
| Testified For/Date - | PLAINTIFF /  INQUIRY MADE 05/07  IDEX HAS NO RECORD OF TESTIMONY |
| Case Issues -------- | NOT SUPPLIED |
| Defense Attorney---- | JOHN F X MONAGHAN ESQ |
| Phone/email------- | (215) 563-4470 / JMONAGHAN@HARVPENN.COM |
| Defense Firm ----- | HARVEY PENNINGTON, LTD  / WWW.HARVPENN.COM |
| | 11 PENN CENTER, 29TH FLOOR |
| | 1835 MARKET STREET |
| | PHILADELPHIA, PA  19103 / FAX (215) 568-1044 |
| Co-Defense Atty----- | |
| Phone/email------- | |
| Co-Defense Firm--- | |
| Plaintiff Attorney - | NEAL E NEWMAN |
| Pltf Firm/Address  - | NEAL E NEWMAN ESQ / HOLLAND, PA |
| Jurisdiction/Case # | BUCKS COUNTY CCP DOYLESTOWN PA / 03-3953-13-2 |

Check & Fax to Have IDEX Attempt to Procure Transcript For an Additional Charge ☐

Reasonable efforts have been used to gather the above information. IDEX is not responsible for errors or omissions contained therein, nor indicates that the above is all the litigation in which this person has participated. (copyright 1985, 1990)



# *Testimonial History of Expert Witness*

Box 12426, Overland Park, KS 66282-2426       www.idex.com       (913) 341-4000   1-800-521-5596   FAX (913) 341-1050

**Expert Witness: PHILIP MILES BUTTARAVOLI, MD**                                                                 Page: 002

---------- Case 3 ----------

| | |
|---|---|
| Plaintiff---------- | BROOKS, HELENA |
| Defendant(s) ------- | BREITER, STEVEN MD |
| Claim Type(s) ------ | MEDICAL MALPRACTICE / INJURY/DAMAGE(S) --- WRONGFUL DEATH / |
| Case Results ------- | CASE RESULTS NOT SUPPLIED   VERDICT NOT SUPPLIED |
| Testified For/Date - | PLAINTIFF / INQUIRY MADE 06/03  IDEX HAS NO RECORD OF TESTIMONY |
| Case Issues -------- | MISREAD X-RAY |
| Defense Attorney---- | BRIAN JOSEPH NASH ESQ |
| Phone/email-------  | (410) 321-6660 / BNASH@NASHLAWLLC.COM |
| Defense Firm -----  | NASH & ASSOCIATES |
| | CROMWELL CENTER |
| | 809 GLENEAGLES CT, STE 201 |
| | TOWSON, MD  21286 / FAX (410) 321-0005 |
| Co-Defense Atty----- | |
| Phone/email-------  | |
| Co-Defense Firm---  | |
| Plaintiff Attorney - | SHARON A CHRISTIE |
| Pltf Firm/Address  - | SPENCE, KOHLER, & CHRISTIE, PA / TOWSON, MD |
| Jurisdiction/Case # | BALTIMORE CITY CIRCUIT BALTIMORE MD / 24-C-03-000858 |

Check & Fax to Have IDEX Attempt to Procure Transcript For an Additional Charge ☐

---------- Case 4 ----------

| | |
|---|---|
| Plaintiff---------- | DIAZ, LAURA |
| Defendant(s) ------- | SOUTH MIAMI CRITICARE INC |
| Claim Type(s) ------ | MEDICAL MALPRACTICE / INJURY/DAMAGE(S) --- WRONGFUL DEATH / |
| Case Results ------- | CASE RESULTS NOT SUPPLIED   VERDICT NOT SUPPLIED |
| Testified For/Date - | PLAINTIFF / INQUIRY MADE 03/04  IDEX HAS NO RECORD OF TESTIMONY |
| Case Issues -------- | NOT SUPPLIED |
| Defense Attorney---- | WILLIAM F FINK ESQ |
| Phone/email-------  | (305) 448-3939 / WFINK@WICKERSMITH.COM |
| Defense Firm -----  | WICKER, SMITH, O'HARA, MCCOY, ET AL / WWW.WICKERSMITH.COM |
| | 2900 SW 28TH TERR, 5TH FLOOR |
| | MIAMI, FL  33133 / FAX (305) 441-1745 |
| Co-Defense Atty----- | |
| Phone/email-------  | |
| Co-Defense Firm---  | |
| Plaintiff Attorney - | ALEX ALVAREZ |
| Pltf Firm/Address  - | LAW OFFICES OF ALEX ALVAREZ PA / CORAL GABLES, FL |
| Jurisdiction/Case # | FL / CIVIL DOCKET NUMBER NOT SUPPLIED |

Check & Fax to Have IDEX Attempt to Procure Transcript For an Additional Charge ☐

Reasonable efforts have been used to gather the above information. IDEX is not responsible for errors or omissions contained therein, nor indicates that the above is all the litigation in which this person has participated. (copyright 1985, 1990)



# Testimonial History of Expert Witness

Box 12426, Overland Park, KS  66282-2426          www.idex.com          (913) 341-4000   1-800-521-5596   FAX (913) 341-1050

Expert Witness:  PHILIP MILES BUTTARAVOLI, MD                                                                      Page: 003

---------- Case 5 ----------

```
Plaintiff----------    JARVIS, WAYNE
Defendant(s) -------   SHADY GROVE ADVENTIST HOSPITAL
Claim Type(s) ------   MEDICAL MALPRACTICE /  INJURY/DAMAGE(S) --- WRONGFUL DEATH /
Case Results -------   CASE RESULTS NOT SUPPLIED   VERDICT NOT SUPPLIED
Testified For/Date -   PLAINTIFF /  INQUIRY MADE 04/07  IDEX HAS NO RECORD OF TESTIMONY
Case Issues --------   LIPOSUCTION WITH POST-OPERATIVE BLEEDING AND ABDOMINAL PAIN; PERITONITIS SECONDARY TO
                         PERFORATED TRANSVERSE COLON AND SMALL BOWEL
Defense Attorney----   BENJAMIN S VAUGHAN ESQ
    Phone/email-------   (301) 251-0440 / BVAUGHAN@ADCLAWFIRM.COM
    Defense Firm -----   ARMSTRONG, DONOHUE, ET AL  / WWW.ADCLAWFIRM.COM
                         204 MONROE ST, SUITE 101
                         ROCKVILLE, MD  20850 / FAX (301) 279-5929
Co-Defense Atty-----
    Phone/email-------
    Co-Defense Firm---
Plaintiff Attorney -   DANIEL M CLEMENTS
Pltf Firm/Address  -   SALSBURY, CLEMENTS, BEKMAN, ET AL  /  BALTIMORE, MD
Jurisdiction/Case #     MD / CIVIL DOCKET NUMBER NOT SUPPLIED
```

Check & Fax to Have IDEX Attempt to Procure Transcript For an Additional Charge  ☐

---------- Case 6 ----------

```
Plaintiff----------    LEE, NATASHA; ET AL
Defendant(s) -------   SHAVERS, JOHN MD; ET AL
Claim Type(s) ------   MEDICAL MALPRACTICE /  INJURY/DAMAGE(S) --- WRONGFUL DEATH /
Case Results -------   CASE RESULTS NOT SUPPLIED   VERDICT NOT SUPPLIED
Testified For/Date -   PLAINTIFF /  INQUIRY MADE 03/04  IDEX HAS NO RECORD OF TESTIMONY
Case Issues --------   FAILURE TO MONITOR PATIENT OVER 4-HOUR PERIOD OR TIMELY DIAGNOSE AND TREAT; ANOXIC
                         ENCEPHALOPATHY
Defense Attorney----   ROBERT J FARLEY ESQ
    Phone/email-------   (410) 263-5900 / RJF@WLEKN.COM
    Defense Firm -----   WHARTON, LEVIN & EHRMANTRAUT  / WWW.WLEKN.COM
                         104 WEST STREET
                         ANNAPOLIS, MD  21401 / FAX (410) 280-2230
Co-Defense Atty-----
    Phone/email-------
    Co-Defense Firm---
Plaintiff Attorney -   DANIEL M CLEMENTS
Pltf Firm/Address  -   SALSBURY, CLEMENTS, BEKMAN, ET AL  /  BALTIMORE, MD
Jurisdiction/Case #    BALTIMORE CIRCUIT BALTIMORE MD / 24-C-04-000885
```

Check & Fax to Have IDEX Attempt to Procure Transcript For an Additional Charge  ☐

Reasonable efforts have been used to gather the above information.  IDEX is not responsible for errors or omissions contained therein, nor indicates that the above is all the litigation in which this person has participated. (copyright 1985, 1990)



## Testimonial History of Expert Witness

Box 12426, Overland Park, KS 66282-2426    www.idex.com    (913) 341-4000   1-800-521-5596   FAX (913) 341-1050

**Expert Witness:** PHILIP MILES BUTTARAVOLI, MD                                       Page: 004

---------- Case 7 ----------

| | |
|---|---|
| Plaintiff---------- | MCDUFFY, ANGELA |
| Defendant(s) ------- | DIMENSIONS HEALTH CORPORATION |
| Claim Type(s) ------ | MEDICAL MALPRACTICE / INJURY/DAMAGE(S) --- WRONGFUL DEATH / |
| Case Results ------- | CASE RESULTS NOT SUPPLIED   VERDICT NOT SUPPLIED |
| Testified For/Date - | PLAINTIFF / INQUIRY MADE 04/07 IDEX HAS NO RECORD OF TESTIMONY |
| Case Issues -------- | FAILURE TO ASSESS PATIENTS CARDIAC CONDITION |
| | |
| Defense Attorney---- | PHILLIP ZUBER |
| Phone/email------- | (301) 627-5500 / |
| Defense Firm ----- | SASSCER, CLAGETT & BUCHER |
| | 5407 WATER STREET, SUITE 101 |
| | UPPER MARLBORO, MD 20772 / FAX (301) 627-4156 |
| Co-Defense Atty----- | |
| Phone/email------- | |
| Co-Defense Firm--- | |
| Plaintiff Attorney - | DANIEL M CLEMENTS |
| Pltf Firm/Address - | SALSBURY, CLEMENTS, BEKMAN, ET AL / BALTIMORE, MD |
| Jurisdiction/Case # | HEALTH CLAIMS ALTERNATIVE BALTIMORE MD / 2007-076 |

Check & Fax to Have IDEX Attempt to Procure Transcript For an Additional Charge ☐

---------- Case 8 ----------

| | |
|---|---|
| Plaintiff---------- | OLSEN |
| Defendant(s) ------- | PALM BEACH GARDENS MEDICAL CENTER; ET AL |
| Claim Type(s) ------ | MEDICAL MALPRACTICE / INJURY/DAMAGE(S) --- NOT SUPPLIED |
| Case Results ------- | CASE RESULTS NOT SUPPLIED   VERDICT NOT SUPPLIED |
| Testified For/Date - | DEFENDANT / INQUIRY MADE 04/05 IDEX HAS NO RECORD OF TESTIMONY |
| Case Issues -------- | FAILURE TO EVALUATE OR RECOGNIZE MANIFESTATIONS OF STROKE |
| | |
| Defense Attorney---- | ANDREW A RIEF ESQ |
| Phone/email------- | (561) 659-5970 / ANDREWR@BCHLM.COM |
| Defense Firm ----- | BILLING, COCHRAN, HEATH, ET AL |
| | 400 AUSTRALIAN AVE SOUTH, STE 500 |
| | WEST PALM BEACH, FL 33401 / FAX (561) 659-6173 |
| Co-Defense Atty----- | |
| Phone/email------- | |
| Co-Defense Firm--- | |
| Plaintiff Attorney - | STEPHEN G SKINNER |
| Pltf Firm/Address - | LAW OFFICE OF JONATHAN C REITER / NEW YORK, NY |
| Jurisdiction/Case # | JURISDICTION NOT SUPPLIED / CIVIL DOCKET NUMBER NOT SUPPLIED |

Check & Fax to Have IDEX Attempt to Procure Transcript For an Additional Charge ☐

Reasonable efforts have been used to gather the above information. IDEX is not responsible for errors or omissions contained therein, nor indicates that the above is all the litigation in which this person has participated. (copyright 1985, 1990)



## Testimonial History of Expert Witness

Box 12426, Overland Park, KS 66282-2426     www.idex.com     (913) 341-4000   1-800-521-5596   FAX (913) 341-1050

**Expert Witness: PHILIP MILES BUTTARAVOLI, MD**                                                     Page: 005

································································· Case 9 ·································································

| | |
|---|---|
| Plaintiff---------- | ROSARIO, KATHY |
| Defendant(s) ------- | MARTINEZ-URTARTE, DANIEL MD |
| Claim Type(s) ------ | MEDICAL MALPRACTICE / INJURY/DAMAGE(S) — BODILY INJURY / |
| Case Results ------- | CASE RESULTS NOT SUPPLIED   VERDICT NOT SUPPLIED |
| Testified For/Date - | PLAINTIFF /  INQUIRY MADE 05/06  IDEX HAS NO RECORD OF TESTIMONY |
| Case Issues -------- | FAILURE TO DIAGNOSE DEEP VEIN THROMBOSIS |
| Defense Attorney---- | WILLIAM V CARCIOPPOLO |
| Phone/email------- | (954) 761-8600 / WVC@BUNNELLWOULFE.COM |
| Defense Firm ----- | BUNNELL, WOULFE, KIRSCHBAUM; ET AL  / WWW.BUNNELLWOULFE.COM |
| | ONE FINANCIAL PLAZA, SUITE 900 |
| | 100 SE THIRD AVE |
| | FORT LAUDERDALE, FL  33394 / FAX (954) 463-6643 |
| Co-Defense Atty----- | |
| Phone/email------- | |
| Co-Defense Firm--- | |
| Plaintiff Attorney - | HERB BORROTO |
| Pltf Firm/Address  - | ALVAREZ LAW FIRM  /  CORAL GABLES, FL |
| Jurisdiction/Case # | CIRCUIT CIVIL FORT LAUDERDALE FL  /  05-2365 (03) |

Check & Fax to Have IDEX
Attempt to Procure
Transcript For an
Additional Charge  ☐

Reasonable efforts have been used to gather the above information. IDEX is not responsible for errors or omissions contained therein, nor indicates that the above is all the litigation in which this person has participated. (copyright 1985, 1990)