IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **MARY SCOTT, Individual and as Personal Representative of the Estate of JONATHAN MAGBIE, Deseased**<br><br>  Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA, et al.**<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action NO:1:05cv01853<br>) RWR<br>)<br>)<br>)<br>)<br>) |

## STATUS REPORT

The Court should be advised that the mediation in the immediate case, previously scheduled for July 23, 2007 was postponed at Defendants' request. Defendants advise that mediation can not commence until such time as the court rules on their pending motion related to expert designations.

                Respectfully,

                _____/s/_____
                Donald M. Temple, Esq.
                1229 15th Street, N.W.
                Washington, DC 20005
                202-628-1101
                202-628-1149 fax
                Templepc@aol.com


                _____/s/_____
                Edward J. Coonor, Esq.
                5210 Auth Road
                Suite 304
                Camp Spring, MD 20746