UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| MARY SCOTT, Individually and As Personal Representative of the Estate of JONATHAN MAGBIE, <br><br>   Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al., <br><br>   Defendants. | )<br>)<br>)<br>) Civil Action No. 1:05-CV-01853-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S STATUS REPORT

Defendants need to briefly respond and clarify the information Plaintiff recently provided to the Court in Plaintiff's Status Report.

Indeed, Defendants found it necessary to postpone the agreed upon mediation conference with Judge Pryor which had been set for July 23, 2007.

Unfortunately, Defendants' counsel believed this was necessary not because of any unwillingness to mediate and attempt to resolve this matter, but due to the pendency of Defendants' Motion for Reconsideration regarding the Court's granting Plaintiff's Motion to Exclude Defendants' Expert Witnesses.

For the reasons argued by counsel in Defendants' related pleadings and in open Court, Defendants' counsel may be potentially conflicted and therefore ethically constrained from providing settlement advice to their clients until this pending Motion is decided.

17877-1

Defendants would therefore join Plaintiff in requesting an expeditious ruling on this Motion.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

*/s/ Ronald G. Guziak*
---
D'Ana E. Johnson, #927913
Ronald G. Guziak, #233940
Juan M. Anderson, #465404
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
djohnson@bktc.net
rguziak@bktc.net
janderson@bktc.net
*Attorneys for Defendants William S. Vaughn, MD, Rotimi A. Ilouyomade, MD and National Emergency Services District of Columbia*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 6th day of September, 2007, I caused to be served *via* electronic mail a true and correct copy of the Defendants' Response to Plaintiff's Status Report upon the following:

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
   Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*

          */s/ Ronald G. Guziak*
          Ronald G. Guziak