UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| MARY SCOTT, Individually and As Personal Representative of the Estate of JONATHAN MAGBIE, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:05-cv-01853 |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, et al., | ) ) | |
| Defendants. | ) ) | |

**PRAECIPE WITHDRAWING APPEARANCE OF COUNSEL**

THE CLERK OF THE COURT will please withdraw the appearance of Juan M. Anderson,

Esquire, as counsel for Defendants William S. Vaughn, M.D., Rotimi Iluyomade, M.D., and

National Emergency Services District of Columbia.  D'Ana E. Johnson, Esquire and Ronald G.

Guziak, Esquire will remain as counsel for William S. Vaughn, M.D., Rotimi Iluyomade, M.D.,

and National Emergency Services District of Columbia.


Dated this 13th day of September, 2007.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

*/s/ Juan M. Anderson*

D'Ana E. Johnson, Esquire
Ronald G. Guziak, Esquire
Juan M. Anderson, Esquire
1233 20th Street, N.W., Suite 800
Washington, DC  20036
Tel:    (202) 712-7000
Fax:    (202) 712-7100
*Counsel for Defendants,William S. Vaughn, M.D. Rotimi*
*Iluyomade, M.D., and National Emergency Services*
*District of Columbia*

178314-1

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that the foregoing Praecipe Withdrawing Appearance of Counsel were served this 13th day of September, 2007, *via electronic filing*, addressed to the following:

> Donald M. Temple, Esquire
> Temple Law Office
> 1229 15th Street, NW
> Washington, DC  20005
> *Counsel for Plaintiff*
>
> Edward J. Connor, Esquire
> 5210 Auth Road, Suite 304
> Camp Springs, Maryland  20746-4341
> *Counsel for Plaintiff*
>
> Elizabeth Alexander, Director
> National Prison Project of the ACLU
>     Foundation
> 915 15th Street, NW, 7th Floor
> Washington, DC  20005-2302
> *Counsel for Plaintiff*

_/s/ Juan M. Anderson_
Juan M. Anderson

178314-1