UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| MARY SCOTT, Individually and<br>As Personal Representative of the Estate of<br>JONATHAN MAGBIE,<br><br>           Plaintiff,<br><br>     v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>           Defendants. | )<br>)<br>)<br>) Civil Action No. 1:05-CV-01853-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

The remaining parties, pursuant to the Court's Order of October 30, 2007, hereby submit the following joint status report

    1.    The status of this case remains unchanged. There are no issues or problems that need to be addressed by this Court.

    2.    The parties therefore request that the Court schedule a status hearing at which time the Court can set dates for dispositive motions, motions *in limine*, pretrial and trial.

Respectfully submitted,

| | |
|---|---|
| **BONNER KIERNAN TREBACH &**<br>   **CROCIATA, LLP** | **TEMPLE LAW OFFICE** |
| */s/ Ronald G. Guziak* | */s/ Donald M. Temple* |
| D'Ana E. Johnson, #927913<br>Ronald G. Guziak, #233940<br>1233 20th Street, N.W., Suite 800<br>Washington, D.C. 20036<br>djohnson@bktc.net<br>rguziak@bktc.net | Donald M. Temple<br>1229 15th Street, NW<br>Washington, DC 20005<br>*Counsel for Plaintiff* |
| | */s/ Edward J. Connor* |
| *Attorneys for Defendants William S. Vaughn,*<br>   *MD, Rotimi A. Ilouyomade, MD and*<br>   *National Emergency Services District*<br>   *of Columbia* | Edward J. Connor, Esquire<br>5210 Auth Road, Suite 304<br>Camp Springs, Maryland 20746-4341<br>   *Counsel for Plaintiff* |

*/s/ Elizabeth Alexander*
Elizabeth Alexander, Director
National Prison Project of the ACLU
   Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*

2

183126-1
Civil Action No. 1:05-CV-01853-RWR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2007, I caused to be served *via* U.S. Mail, postage prepaid, a true and correct copy of the Joint Status Report was served *via* electronic mail upon the following:

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland 20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005-2302
*Counsel for Plaintiff*


                              /s/ *Ronald G. Guziak*
                              Ronald G. Guziak