UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| MARY SCOTT, Individually and As Personal Representative of the Estate of JONATHAN MAGBIE, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 1:05-CV-01853-RWR <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS WILLIAM S. VAUGHN, M.D., ROTIMI A. ILUYOMADE, M.D., AND NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA'S MOTION TO EXTEND TIME FOR FILING OF DISPOSITIVE MOTIONS**

COMES NOW the Defendants William S. Vaughn, M.D., Rotimi A. Iluyomade, M.D. and National Emergency Services District of Columbia, by and through undersigned counsel, and move this Court for a forty five (45) day extension of time to file dispositive motions in this case and as grounds therefore, states as follows:

1. At the recent status conference of October 30, 2007, this Court issued an Order requiring Defendants to file dispositive motions on or before January 7, 2008.

2. On December 20th, present counsel were advised by representatives of the Defendants that new counsel would be retained and to withdraw as counsel.

3. Because of the holidays, new counsel has advised that the firm will be unable to enter their appearance in the case until next week.

4. In light of the Defendants' decision to replace counsel, the need for the files to be transferred, and for new counsel to become sufficiently familiar with the case in order to properly

184261-1

represent and defend these Defendants, it is requested that the Court extend the time for Defendants to file their dispositive motions, currently required to be submitted by January 7, 2008.

5. Defendants therefore move this Court for a forty five (45) day extension of time for new counsel to have adequate time to receive, review, prepare and file dispositive motions.

6. Defendants' counsel has contacted Plaintiff's counsel for their consent to this Motion, and have been advised on December 27th that Plaintiff takes no position as to this Motion.

**WHEREFORE**, for the reasons set forth above, Defendants William S. Vaughn, M.D., Rotimi A. Iluyomade, M.D. and National Emergency Services District of Columbia move this Court to amend its Order of October 30, 2007 as to the filing of dispositive motions and to extend the time for the Defendants to file such motions from January 7, 2008 up to and including February 20, 2008.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

*/s/ Ronald G. Guziak*
D'Ana E. Johnson, #927913
Ronald G. Guziak, #233940
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
djohnson@bktc.net
rguziak@bktc.net
*Attorneys for Defendants William S. Vaughn, M.D., Rotimi A. Iluyomade, M.D. and National Emergency Services District of Columbia*

2

184261-1
Civil Action No. 1:05-cv-01853

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 27th day of December 2008, I caused to be served *via* electronic filing a true and correct copy of Defendants William S. Vaughn, M.D., Rotimi A. Iluyomade, M.D., and National Emergency Services District of Columbia's Motion to Extend Time for Filing of Dispositive Motions upon the following:

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
 Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*

            /s/ *Ronald G. Guziak*
            Ronald G. Guziak

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| MARY SCOTT, Individually and<br>As Personal Representative of the Estate of<br>JONATHAN MAGBIE,<br><br>        Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>        Defendants. | )<br>)<br>)<br>) Civil Action No. 1:05-CV-01853-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the Defendants William S. Vaughn, M.D., Rotimi A. Iluyomade, M.D. and National Emergency Services District of Columbia's Motion to Extend Time of Filing Dispositive Motions and good cause having been shown, it is this _____ day of _____, 2007 hereby,

**ORDERED**, that the Defendants William S. Vaughn, M.D., Rotimi A. Iluyomade, M.D. and National Emergency Services District of Columbia's Motion to Extend Time of Filing Dispositive Motions is hereby **GRANTED**, and it is hereby

**FURTHER ORDERED**, that the Defendants' time for filing of dispositive motions is hereby extended to February 20, 2008, with the Plaintiff's opposition thereto due to be filed March 3, 2008.

                                                                       _____
                                                                       Honorable Richard W. Roberts
                                                                       U.S. District Court Judge for the District of Columbia

Copies to:

D'Ana E. Johnson, Esquire
Ronald G. Guziak, Esquire
BONNER KIERNAN TREBACH & CROCIATA, LLP
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
(202) 712-7000
*Attorneys for Defendants Rotimi A. Iluyomade, M.D.,*
  *William Vaughn, M.D. and National Emergency*
  *Services District of Columbia, Inc.*

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC 20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland 20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC 20005-2302
*Counsel for Plaintiff*

2