# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA
# CIVIL DIVISION

| | | |
|---|---|---|
| MARY SCOTT, Individually and As Personal Representative of the Estate Of JONATHAN MAGBIE | * * | |
| Plaintiff | * | Civil Action No.: 1:05-CV-01853-RWR |
| Vs. | * | |
| DISTRICT OF COLUMBIA, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Please enter the appearance of Thomas V. Monahan, Jr. and Goodell, DeVries, Leech & Dann, LLP, as counsel for Defendants, William S. Vaughn, M.D., Rotimi A. Iluyomade, M.D. and National Emergency Services District of Columbia in connection with the above-captioned matter.

Respectfully submitted,

*/s/ Thomas V. Monahan, Jr.*
Thomas V. Monahan, Jr. (Bar #04471)
Goodell, DeVries, Leech & Dann, LLP
One South Street
20th Floor
Baltimore, Maryland  21202
(410) 783-4000
tvm@gdldlaw.com
**Attorneys for Defendants, William S. Vaughn, M.D., Rotimi A. Illuyomade, M.D. and National Emergency Services District of Columbia**

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this 7th day of February, 2008, a copy of the foregoing Entry of Appearance was served via electronic filing to:

D'Ana E. Johnson, Esquire
Ronald G. Guziak, Esquire
Bonner Kiernan Trebach & Crociata, LLP
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, D.C. 20005

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland 20746

Elizabeth Alexander, Director
National Prison Project of the ACLU
  Foundation
915 15th Street, NW, 7th Floor
Washington, D.C. 20005

                                           */s/ Thomas V. Monahan, Jr.*
                                           Thomas V. Monahan, Jr.

4844-9180-8258