# Mary R. Scott, et al. v. District of Columbia, et al.
## United States District Court for the District of Columbia

## 05CV01853

**Exhibit No. 2.**          **Deposition of Frank Baker, M.D.**

FRANK J. BAKER, II, M.D., MAY 16, 2007

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLUMBIA

3                       CIVIL DIVISION

4    MARY SCOTT, individually and )

5    as personal representative   )

6    of the Estate of JONATHAN    )

7    MAGBIE,                       )          ORIGINAL

8                   Plaintiff,     )

9         vs.                      )  Civil Action No.:

10   DISTRICT OF COLUMBIA,         )   1:05-CV-01853 RWR

11   et al.,                       )

12                   Defendants.   )

13

14         The deposition of FRANK J. BAKER, II,

15   M.D., called for examination, taken pursuant to

16   the Federal Rules of Civil Procedure of the United

17   States District Courts pertaining to the taking of

18   depositions, taken before NANCY A. GUIDOLIN, CSR

19   No. 84-2531, a Notary Public within and for the

20   County of DuPage, State of Illinois, and a

21   Certified Shorthand Reporter of said state, at HQ

22   Global Workspace, Tower Floor, 415 West 22nd

23   Street, Oak Brook, Illinois, on the 16th day of

24   May, A.D. 2007, at 11:38 a.m.

FRANK J. BAKER, II, M.D., MAY 16, 2007

1   50.  You are right.

2        Q.    Okay.  But at 95 that is borderline,

3   right, for the oxygen saturation?  What is that?

4        A.    SAO2, and at 95 it means that you are

5   just barely making it.  You are okay, but, you

6   know, you haven't got a lot to spare.

7              In this case at 14:05 hours this

8   patient had an oxygen saturation of 95 percent,

9   but the patient was on 5 liters of 02 and was

10  breathing 24 times a minute.

11             So it's clear that this patient had

12  evidence certainly by 14:05 that the patient

13  needed to be intubated or put on a ventilator,

14  but, like I say, looking at the blood gas it's

15  very apparent that sometime before eleven a.m. in

16  the morning this patient needed to be placed on a

17  ventilator because the patient had ventilatory

18  failure as evidenced by a respiratory acidosis.

19       Q.    But basically it can get a 95 at room

20  air, which is without any trach, mask, without any

21  oxygen, without a nasal cannula.  That would be, I

22  guess, okay?

23       A.    Yeah.  It's acceptable.  It's not

24  normal, but it means that I don't need to put you

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  question is this: In your report you have an

2  opinion as to the cause of death.  On the last

3  page you indicated that, "He would not have

4  succumbed from hypoxia, which was the immediate

5  cause of his cardiac arrest, and which was a

6  direct result of dislodgement of his tracheostomy

7  tube."

8      A.    Yes.

9      Q.    All right.  Is that still your opinion

10 as to the cause of death --

11     A.    Yes.

12     Q.    -- based upon present information and

13 the updated information that you were provided?

14     A.    Yes.

15     Q.    Okay.  Have you read the autopsy

16 report?

17     A.    Yes.

18     Q.    All right.  Have you seen any evidence

19 of any dislodgement of the tracheostomy tube in

20 the autopsy report?

21     A.    No.  Not per se.  In fact, I think

22 there is a statement, let me find it here, that --

23 and actually an endotracheal tube was in place.

24     Q.    Yes.  I think that's exactly right.

FRANK J. BAKER, II, M.D., MAY 16, 2007

1     Q.    So we have, you know, your opinion and
2  I assume it's -- I think it's to a reasonable
3  degree of medical certainty.  Without something in
4  the medical reports to support the cause of death,
5  how do you -- or what is the reasonable certainty
6  basis for your opinions that the dislodgement was
7  the cause of the death?
8     A.    Because there is no other cause.
9     Q.    Okay.  It's by process of elimination?
10    A.    Yes, sir.
11    Q.    But no objective findings or nothing
12 medically supporting that except there seems to be
13 no other reason?
14    A.    Yes, sir.
15    Q.    And inconsistent with that opinion,
16 however, would be the endotracheal tube being
17 found in a proper position, and that, in fact, is
18 the tracheostomy tube, that would be inconsistent
19 with that opinion that the tracheostomy tube was
20 dislodged, right?
21    A.    That's true if you made the presumption
22 that there was no attempt to replace it, that's
23 true.
24    Q.    So what we have, and I guess I go back

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  first assumption.  Yes.

2       Q.    And the reasonable first thing to do

3  thereafter would be to push it back in?

4       A.    Yes.  That's true.

5       Q.    And then wait and see what kind of

6  pulse ox they would get thereafter?

7       A.    Yes.  That's true, and it only takes

8  about a minute.

9       Q.    Okay.

10      A.    I mean literally a minute.  If your

11  oxygen hasn't come back to normal in a minute, you

12  have got another problem.

13      Q.    So assuming that the pulse ox is at 80

14  percent when the -- when Dr. Ilouyomade is

15  notified at 17:40, assuming that he pushes it in

16  and assuming that it's in the proper position as

17  set forth in the autopsy report, if that's the

18  right tool, then how does one explain the drop in

19  the pulse ox to 71 percent at 6:00?

20      A.    Because you either have got -- you have

21  got a continued inability to ventilate the

22  patient, and that inability to ventilate the

23  patient -- what time did you say that oxygen

24  saturation was?

FRANK J. BAKER, II, M.D., MAY 16, 2007

1        Q.      6:00, at 18:00.

2        A.      Right.  You obviously have a

3   continued -- in fact, the 18:00 note says, "pulse

4   ox continued decreasing."

5              Obviously, the patient is not getting

6   enough oxygen in his lungs, and they have -- they

7   are giving the patient a hundred percent oxygen by

8   trach mask.

9              So you have got one of three problems

10  here.  You either have an obstructed trachea due

11  to a mucus plug or something on that order, or the

12  trach tube is in the wrong place, or the patient

13  is unable to ventilate because of his respiratory

14  problem -- I mean because of his paralysis, but

15  either way the approach is going to be the same.

16             The approach is basically going to be

17  suction the airway after you try to push the trach

18  tube back in, and begin ventilations with a bag

19  valve mask device, an Ambu bag, and if your

20  problem is due to a mucus plug, suctioning should

21  relieve that unless it's an inspissated plug,

22  which doesn't make a lot of sense.

23             In fact, we know it didn't happen,

24  because the pathologist didn't find it, or the

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  patient is inadequately breathing, in which case

2  the bag valve mask is going to relieve the

3  problem, and we know that, in fact, eventually

4  they did ventilate him.  The respiratory therapist

5  did it.  She bagged him through the trach tube and

6  that didn't change anything.

7           So the only presumption can be that the

8  trach tube wasn't in the right place.  You've got

9  to get there by process of elimination.

10     Q.    And by not being in the right place, it

11  came out again or it wasn't put in and somehow --

12  how can it not be in the right place?

13     A.    Well, I mean, one or the other.  We

14  just simply don't know.  I wasn't there to really

15  observe it, but, yeah, how it can be in the wrong

16  place is that it partially comes out, and when you

17  push it back in, if you don't push it back in

18  directly to the trachea, it ends up in one of

19  these tissue planes.

20     Q.    Again, there is no evidence on the

21  medical examiner's report that indicates that it

22  was pushed into a tissue plane, was there?

23     A.    You are correct.

24     Q.    Well, let's go back to the other

FRANK J. BAKER, II, M.D., MAY 16, 2007

1   a hundred percent oxygen, his oxygen -- his P02

2   was 400 plus.  It was 429, I think.

3          Q.    Going back in time, it looks like at

4   about 1:20 he is fairly stable and Dr. Ilouyomade

5   is actually indicating that he put in an order for

6   his being admitted to the floor, right?

7          A.    Let's see.  1:20?  Let me get there for

8   a minute here.

9          Q.    I will get you there.  Look at 00:29,

10  Doc, on Exhibit 2.

11         A.    Exhibit 2?

12         Q.    Yes.

13         A.    Right.

14         Q.    That's the emergency department

15  progress notes, and that kind of has all of the

16  vital signs during the time that he came in up

17  until the time of death, does it not, at least up

18  until 18:16 when they went code blue?

19         A.    Yes.

20         Q.    Okay.  Looking at the first entry at

21  09:50 about 10 of 10, the pulse ox is at 100

22  percent, right?

23         A.    On room air.  Yes.

24         Q.    On room air.  That's pretty -- that's

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  good, right?

2      A.    That's good.

3      Q.    And then at 12:15 he still has a pulse

4  ox at a hundred percent but he is on a trach mask

5  I guess, but that's not -- I believe that's good

6  management to have him on a trach mask anyway; is

7  it not?

8      A.    Well, the problem with that is this:

9  First of all, they have got a blood gas before

10 that, and the blood gas shows --

11     Q.    Now, we talked about that. I am going

12 to get to that. I understand that, and that's one

13 of your -- that's the new opinion that you talked

14 about, right?

15     A.    Right.

16     Q.    I was trying to get back to where -- to

17 get back to the other issue that we were talking

18 about.

19          In looking at the pulse ox after that,

20 it drops to 95 percent at 4:05, and he is on 5

21 liters of -- what is that? By nasal cannula? What

22 is that, 5L?

23     A.    They don't really tell us. It could

24 have been by nasal cannula, but it doesn't make

FRANK J. BAKER, II, M.D., MAY 16, 2007

1    any sense, because they had a trach mask on

2    earlier.  So, you know, why would you change from

3    one to the other.  It makes no sense.

4         Q.    So that drop is -- along with the drop

5    in the blood pressure and the respiration and the

6    pulse, those are like three or four vital signs

7    there which kind of suggest something -- you know,

8    to start being concerned about what is happening

9    here?

10        A.    Absolutely.  Yes.

11        Q.    Okay.  Now, we got nurses there.  Those

12   nurses should have probably brought this to the

13   attention of the doctor right then and there,

14   should they not?

15        A.    Yes.  That's true.

16        Q.    And especially now they come back -- I

17   think the next entry is -- I think at 16:00 we

18   have a continuing drop in all of the vitals except

19   for the pulse, correct?  That pulse ox is now down

20   92 percent?

21        A.    Yes.  And he is on a hundred percent by

22   a trach mask and his blood pressure is now

23   dropping down to 91 over 54.

24        Q.    Now, you know, we talked about this

FRANK J. BAKER, II, M.D., MAY 16, 2007

1    before the trach toilet was done at 17:40, though,

2    do we?

3         A.    Well, but what we do know is that the

4    trach toilet that was done didn't improve his

5    condition.  If his problem was due to secretions,

6    then the tracheal toilet should have improved his

7    oxygenation, and it didn't.

8         Q.    Okay.  My question simply is this:  Is

9    it fair to say that the -- that a buildup of

10   secretions between the initial trach toilet that

11   morning and 17:40 could be one explanation for the

12   drop in the pulse ox?

13        A.    In real time it could be.  Yes.

14        Q.    Okay.  Because that would have caused

15   some accumulation and start causing a blockage of

16   his airway, correct?

17        A.    Right, which is exactly way I said in

18   my letter, you know, one of the first things that

19   you do after you push the trach tube in is to

20   suction the patient.

21        Q.    Okay.  All right.

22              And this gets us back to the fact that

23   suctioning the patient and doing the trach toilet

24   at 17:40 and putting the tube back in apparently

1 does not result in any change in pulse ox.  It

2 continues to drop, right?

3        A.     Yes.

4        Q.     Okay.  So getting back to your

5 possibilities, the one that is left is that the

6 patient was not able to ventilate on his own?

7        A.     Right.

8        Q.     Okay.  Now --

9        A.     And all along we should have been

10 ventilating him with positive pressure

11 ventilation.

12        Q.     Okay.  Now, at 16:00 we have -- you

13 know, we have the indication that -- what

14 percentage does he have?

15        A.     He is at 92.

16        Q.     71 percent.  And I guess we get back to

17 15 minutes later he drops down to 50 pulse ox.

18        A.     Oh, you are talking about at 18:00,

19 right?

20        Q.     18:16, right.

21        A.     Right.

22        Q.     And that's when he goes code?

23        A.     Correct.

24        Q.     All right.  And that's when they do

1    the -- the Ambu bag is being used at that point in

2    time by the respiratory therapist, correct?

3        A.    Yes.

4        Q.    Is there a point in time when, for

5    whatever reason, he starts to code and goes into

6    cardiac arrest that there is a point of no return

7    here?

8        A.    Let's look at the electrocardiograms,

9    because that will tell the story.  What he has is

10   a hypoxia induced brady asystolic arrest; that is,

11   he has a bradycardia followed by -- let's see

12   here.  I am looking for the code sheet.

13          At 18:39 when he is asystolic, he is

14   certainly beyond resuscitation.  If you look at

15   the cardiograms, there is a couple above the 18:39

16   one which shows CPR artifact.  He is probably

17   asystolic there, but I don't have a timing.  About

18   18:37 actually is the one.

19          As late at 18:35 there is a collection

20   of electrocardiograms, the very first page.

21       Q.    Okay.

22       A.    Do you want me to give you your number?

23       Q.    What is the page number?

24       A.    Let's see here.  It would be your

FRANK J. BAKER, II, M.D., MAY 16, 2007

Page 33.

2    Q.    Yeah.

3    A.    Well, the very first one at the top it

4  would appear that those multiple spikes -- those

5  multiple spikes you have to assume are ventricular

6  tachycardia, and that deteriorates into

7  ventricular fibrillation, which is the irregular

8  lines after that.

9    Q.    That's the next block down?

10    A.    No, no.  The same block.

11    Q.    Okay.

12    A.    After those about 15 really sharp

13  spikes, then there is a wiggly line that doesn't

14  have any clear spikes.  That's ventricular

15  fibrillation, and subsequent to that the next one

16  down is a bradycardia, the next one down is a

17  ventricular tachycardia, and the next one down is

18  a ventricular tachycardia, and that deteriorates

19  into a bradycardia, and then we have CPR, and the

20  bottom one shows these spikes of this frenetic

21  nerve stimulated and the simultaneous CPR.

22        As late as 18:35 he might have been

23  resuscitated if you would have managed to improve

24  his oxygenation.  That is a bradycardia, and let

1   me explain that just for a minute.

2           In the setting of an airway problem if

3   a patient develops a fast heart rate, you are

4   worried because that is one of the earlier

5   responses to acute hypoxia is you speed up your

6   heart.

7           When you suddenly slow your heart rate

8   down, like he did on both the second and the fifth

9   strip on that page that we are talking about,

10  which is Page 33, that truly is the, oh, expletive

11  deleted, sign in emergency medicine.

12          It literally means that you have less

13  than a minute to reverse the hypoxia.  If you do

14  not reverse the hypoxia in less than a minute, one

15  of two things is going to happen:  The most

16  frequent thing is that the patient has an

17  asystolic arrest, and that the survival rate from

18  asystole is maybe one percent.  It's a terrible

19  rhythm in comparison to ventricular fibrillation

20  which you can defibrillate.  You can't

21  defibrillate an asystolic heart.

22          It's a lot of technical jargon, but

23  what it means is when you go flat line, you are in

24  a lot deeper trouble than if you just had one of

1    these wiggly lines.

2       Q.    Five minutes after that approximately

3    was he not at least pronounced?

4       A.    Yes.  And it's not surprising, because,

5    like I say, 99 percent of the time those people

6    are not resuscitated.  So when the patient has a

7    slow heart rate, a low heart rate that goes down

8    less than 60, you know, you are literally seconds

9    to a minute away from the patient going flat line,

10   and flat line means that you are probably going to

11   die.

12      Q.    Now, he went into code blue half an

13   hour before that point was reached, did he not.

14      A.    Yes.

15      Q.    And according to the code blue sheet,

16   which is 0005, the respiratory therapist writes at

17   18:15, like 30 minutes before, that she has got

18   him on a bag, and I guess assuming that we talked

19   about this, the bag trach means that she is doing

20   ventilation by Ambu bag, right?

21      A.    Right.  And he is still becoming more

22   hypoxic.

23      Q.    And, in fact, we went through

24   everything else.  We talked about that he had a

1  trach toilet.  There is no incidence of any

2  obstruction.  He has got his trach tube in proper

3  position, and let's assume that that is in proper

4  position.  Then why is he not responding to the

5  Ambu bag at 8:15?

6      A.    Well, the point is he should be.

7      Q.    I agree.  What explanation do you have

8  for that?

9      A.    Well, the only explanation is either a

10 mucus plug or the trach is in the wrong place.

11 That's the only two possibilities.

12     Q.    You said that you read the recent

13 report of April 29th of our expert, Dr. Roger A.

14 Johns.

15     A.    Yeah.

16     Q.    Do you have that handy?

17     A.    Yes.  I do.

18     Q.    The last page, Page 3.

19     A.    Yes.

20     Q.    It says here, and I will read it.  It

21 says, "It is quite possible that Mr. Magbie was

22 exhausted from several days during his

23 imprisonment where he was forced to go without a

24 period of ventilation in the evening to provide

1  sufficient rest and recovery so that he could
2  breathe properly during the day.  The further
3  stress of pneumonia and urinary tract sepsis,
4  which likely were progressing during the delayed
5  admission and treatment as an in-patient, could
6  have added very significantly to the respiratory
7  failure."  Do you agree with that?
8       A.    Well, that certainly is possible, but
9  then that should have all been reversed when you
10  started to actively ventilate him with an Ambu
11  bag.
12       Q.    Okay.  If, in fact, it was not reversed
13  by Ambu bag, is there a way that the body just
14  cannot respond even to the Ambu bag because of
15  this sheer exhaustion that existed before he was
16  brought into the hospital --
17       A.    No.
18       Q.    -- for the three days at the jail where
19  he was not properly treated?
20       A.    No.
21       Q.    So the only explanation that you have,
22  then, would be that there must have been some
23  other type of obstruction that prevented his being
24  ventilated, and somehow the airway was blocked?

FRANK J. BAKER, II, M.D., MAY 16, 2007

```
 1      A.    Yes.
 2      Q.    Okay.
 3      A.    Remember at 18:16, which is literally
 4  one minute after this respiratory therapist was
 5  bagging him, his 02 sat had dropped from 80 to 50.
 6  So his 02 sat continues to get worse despite the
 7  fact that he is being bagged.
 8      Q.    Okay.
 9      A.    So although when you reoxygenate the
10  patient who is in an arrest, that is, and who is
11  in, let's say, ventricular fibrillation, you still
12  may not be able to bring the patient back.
13            If you are measuring oxygen saturation,
14  your oxygen saturation should go up if you are
15  doing good CPR.  So, you know, the fact at 18:16
16  the oxygen saturation is continuing to drop simply
17  means that we are, obviously, not getting oxygen
18  into his lungs despite the fact that we are
19  bagging the patient.
20      Q.    All right.  Let's go back over the care
21  before that period of time and discuss, perhaps,
22  some of the things that were done properly.  Okay?
23      A.    Okay.
24      Q.    And see if you can agree with some of
```

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  the -- of course the care and treatment that was

2  provided a couple of days earlier on the 20th?

3      A.    Yes, sir.

4      Q.    When he arrived in the emergency room,

5  I think that he arrived like at about 11:00 at

6  night, 10:00 at night; is that right?

7      A.    Yes.

8      Q.    At that point in time he was not in any

9  acute respiratory distress, mild at best, would

10  you agree?

11      A.    Let me find the chart here.  Okay.  I

12  got the chart.

13      Q.    I have him arriving at 9:45 p.m.

14  Dr. Vaughn sees him at 11:00.

15      A.    Yes.  You are correct.

16      Q.    Presented with trouble breathing?

17      A.    Yes.

18      Q.    Presented with wheezing and rales and

19  cough?

20      A.    Yes.

21      Q.    Okay.  Rales you thought would have

22  been some indication of the possible beginning of

23  sepsis?

24      A.    Pneumonia.

1    the things that were done initially, and, if not,

2    why not.

3              It looks like he was -- Mr. Magbie was

4    transferred to the emergency room at about 10:10

5    a.m., and you have the records there beginning --

6    I guess we are talking about Exhibit 2.

7        A.    Well, actually the first pulse oximetry

8    and set of vital signs is at 09:50.

9        Q.    Yes.  And he was at -- we talked about

10   that.  He was at a hundred percent on room air?

11       A.    Right.

12       Q.    But when he came in, he

13   wasn't -- he was in respiratory distress, was he

14   not; unresponsive?

15       A.    Well, he was unresponsive, and the best

16   evidence of whether he was in respiratory distress

17   or not would actually be from the ambulance record

18   in which I think that he was breathing at six

19   times a minute, and that's from my memory, but

20   let's see what we got here.

21             Do we have that ambulance record?  I

22   recall from testimony that he was breathing at 60

23   times a minute from one of these reports, but I

24   don't actually see that I have that ambulance

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  record.  Now, wait, wait.

2       Q.    I don't know if it's important.  I

3  don't have it either.  I would help you, but I was

4  just trying to go through some of the things that

5  were done, and ask you whether, in fact, they

6  were, you know, appropriate care that should have

7  been provided by an emergency room physician.

8       A.    Okay.  Shoot.

9       Q.    As I understand it, when Magbie came

10  under Dr. Ilouyomade's care, he ordered a chest

11  x-ray?

12       A.    Yes.

13       Q.    That would have been appropriate,

14  right?

15       A.    Yes.

16       Q.    And he had a head CT scan done.  Also

17  appropriate?

18       A.    Yes.

19       Q.    Arterial blood gas we talked about, and

20  we will have to pick up on this, but that was

21  certainly appropriate, right?

22       A.    Yes.

23       Q.    That he ordered them?

24       A.    Yes.

FRANK J. BAKER, II, M.D., MAY 16, 2007

1    Q.    Okay.  Then he ordered a complete blood
2    count, CBC, correct?

3    A.    Yes.

4    Q.    Serum chemistry and electrolytes were
5    done and urinalysis was also done?

6    A.    Yes.

7    Q.    And because he was unresponsive, I
8    think that they did a urinary drug screening,
9    correct?

10    A.    Yes.

11    Q.    All of that stuff would have been
12    standard of care type of things that should have
13    been done, right?

14    A.    Yes, sir.

15    Q.    Okay.  He ordered a trach toilet and it
16    looks as if -- by the records I know there is some
17    controversy, but it appears by 11:40 that had been
18    done, the trach toilet?

19    A.    Yes, but, you know, I don't actually
20    believe that that is an issue, because I will tell
21    you that emergency department nurses -- this is
22    bread and butter emergency department nursing.

23    These people know how to do trach
24    toilet, they know how to do suctioning.  They

FRANK J. BAKER, II, M.D., MAY 16, 2007

1    don't need an order to do it.  They do not need an

2    order to do it, and if a nurse didn't do it, she

3    would be negligent.

4        Q.    Well, that's what my doctor said, and I

5    was going there, but you saved me 20 questions.

6        A.    Right.

7        Q.    Because he said that he ordered it and,

8    in fact, they should have done that without -- you

9    don't have to renew an order to do it every time,

10   do you?

11       A.    Right.

12       Q.    And they were -- you know, they were

13   monitoring this patient, I think, after

14   Dr. Ilouyomade had ordered his admission, and, you

15   know, I guess there is an issue as to whether

16   there is -- there is no evidence of any trach

17   toilet being done for like three or four hours at

18   least, correct?

19       A.    Yes, but, you know, in all honesty, it

20   just simply may not be in the record.  I mean,

21   there are a lot of things that we do in the ER

22   that just simply we don't write down every time

23   that we do them.

24       Q.    Okay.

FRANK J. BAKER, II, M.D., MAY 16, 2007

1      A.    And I am just telling you that

2 competently staffed ER nurses do this, it happens,

3 they do it regularly.  They don't need an order to

4 do it even the first time, and frequently they

5 will just tell the patient that -- you know, I

6 suctioned the patient and got some mucus out, and

7 that is sort of the end of it.

8      Q.    Okay.  All right.  He was given fluids?

9      A.    Yes.

10      Q.    And that would have been appropriate to

11 get up his blood volume and blood pressure, right?

12      A.    Yes, yes.

13      Q.    I think it is on 0029, if you are

14 looking for that.

15      A.    I got it.

16      Q.    Okay.  So he should have been given

17 fluids.  It was apparently ordered and he was

18 given fluids, correct?

19      A.    Yes.

20      Q.    And he was given Narcan and Thiamine,

21 and those are for -- Narcan is for drug reversal,

22 possible drug reversal?

23      A.    Yeah.  They are presuming that because

24 of his small pupils and he was not ventilating

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  adequately, he is unconscious, that he has got

2  some sort of opiate on board and that this will

3  reverse the respiratory depression produced by

4  opiates.

5        Q.    There was some -- I guess the urinary

6  drug screen did show that he was on some type of

7  what?

8        A.    We know that he was on Valium.

9        Q.    Valium.  Okay.

10              All right.  He was put on an

11  antibiotic, right?  Levaquin at 13:25 because of

12  the -- I guess the white blood count, right?

13        A.    Yes.

14        Q.    And that would have been appropriate,

15  right?

16        A.    Well, that and the chest x-ray showed

17  that he had pneumonia, yes.

18        Q.    And they also had him on a trach mask,

19  and the trach mask looks like it was consistently

20  on from 12:15 through all of the way to his death

21  or close to the code blue at least, right?

22        A.    Well, yeah.  That's inappropriate in

23  that he should have been intubated and put on a

24  ventilator by the time that they started putting

FRANK J. BAKER, II, M.D., MAY 16, 2007

1    him on a trach mask.

2        Q.    Okay.  I am going to talk about that in

3    a second, but the last thing that the doctor did

4    here was put him on three monitors; a cardiac, a

5    pulse pressure and pulse ox?

6        A.    Yes.

7        Q.    And that would have been good

8    procedure?

9        A.    Yes.

10       Q.    Now, you talked about the arterial

11   blood gases coming back, and they were concerning?

12   Is that a good word?

13       A.    Yes.

14       Q.    Okay.  And the new opinion that you had

15   was that as a result of the arterial blood gas

16   readings, he should have been put on a ventilator?

17       A.    Yes.

18       Q.    Now, I would assume that he would first

19   have to stabilize the patient first, would he not,

20   or would that be appropriate to do all of these

21   tests, give him fluids and then ventilate him?

22       A.    You are going to do all of these things

23   simultaneously.

24       Q.    When did his blood gases come back?

1     A.     Well, the blood gases they say

2   September 24th at 10:55.

3     Q.     Okay.

4     A.     Now, whether that was the time that

5   they were actually back or the time that they were

6   drawn, I can't tell you, but ordinarily you get

7   blood gases back in about five to ten minutes.

8     Q.     Let me go off track.  There were some

9   problems in getting the blood gases, you know, at

10  or near 16:00?

11    A.     Yes.

12    Q.     What caused that by the way?

13    A.     The problem was actually finding an

14  artery and sticking a needle in the artery.

15    Q.     Who is doing that?  Is that something

16  that the nurses do or physicians?

17    A.     No.  That was done by the respiratory

18  therapist.

19    Q.     All right.  These blood gases come back

20  at some point in time.  11:00 is when they were

21  taken or at least -- or returned, one or the

22  other, but sometimes two hours or so after he

23  was -- approximately an hour and a half, two hours

24  after he was admitted to the emergency room,

FRANK J. BAKER, II, M.D., MAY 16, 2007

```
 1   right?
 2       A.    Well, I think that we agree that the
 3   doctor saw him at about 10:10, and the blood gases
 4   were done at 10:55, which is about 45 minutes
 5   later.
 6       Q.    Okay.  And so what was his status as
 7   far as his vitals are concerned, though, at or
 8   about the time when the arterial blood gas report
 9   came back?
10       A.    Well, let's see.
11       Q.    I would look at 00029 and look at the
12   vital signs there at 12:15.  Are you there?
13       A.    Yes.
14       Q.    Okay.  With the pulse ox at a hundred
15   percent as of 12:15, would you not agree that
16   there was some -- you know, that's a normal
17   reading, is it not?
18       A.    Well, yes.  And as a matter of fact, if
19   you look at the blood gas result -- do you have
20   that page?
21       Q.    Probably.  What is it that you have in
22   front of you?
23       A.    Let's see.  I am looking at my record.
24   It will be back -- let's see.
```

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  are not reporting anything indicating any type of

2  respiratory distress or --

3      A.    Well, because he is not in respiratory

4  distress.   What he has is he is not moving enough

5  air, but his ventilatory rate is acceptable.   So

6  he is moving -- he is breathing at 24 times a

7  minute, maybe 28, but he is not moving enough air

8  in a minute's time to get rid of all of his carbon

9  dioxide.

10          They are not going to detect that.   You

11  only detect that because you have the blood gas,

12  and he is not going to be anxious due to a low

13  blood oxygen.

14          You know, hypoxia makes you anxious,

15  but his blood oxygen level is quite fine.   It's

16  429.   In fact, it's great.   But he is still not

17  moving enough air -- he is moving enough air to

18  get his oxygen level up to 429, but that's because

19  you are giving him a hundred percent oxygen, but

20  he is not moving enough air to get rid of his

21  carbon dioxide that his body is excreting.

22          The only option to correct that

23  respiratory acidosis is to put him on a

24  ventilator.

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  Ambu bag, that didn't do anything -- that didn't

2  improve his condition.  What --

3      A.    Well, but later on is after we noticed

4  his trach tube had moved.  In fact, I think that

5  it had moved twice and had been pushed back in,

6  and other things were happening then.  At this

7  point in time the trach tube clearly was working

8  and he was ventilating just fine in terms of

9  getting his oxygen up.  Something happened after

10  this point.

11      Q.    All right.  So he should have been

12  ventilated at some point in time reasonably after

13  this report came back to Dr. Ilouyomade; that's

14  your opinion, right?

15      A.    Yes, sir.

16      Q.    Okay.  All right.  Now, I think that

17  you also have the opinion that even though that

18  didn't happen, during the course of the afternoon

19  there was some indication for problems developing

20  probably because of maybe he wasn't ventilated,

21  and this was something that the nurses should have

22  brought to Dr. Ilouyomade's attention, correct?

23      A.    Yes.

24      Q.    I see that these changes began on the

1  vitals on Page 0029 as early as 2:00 and certainly

2  by 16:00 there were some significant drops I guess

3  in the pulse ox which should have been sufficient

4  for nurse involvement and Dr. Ilouyomade's

5  advisement, correct?

6      A.    Yes.

7      Q.    All right.  Would you agree that had

8  that occurred, that there would have been more

9  time, perhaps, for Dr. Ilouyomade to reverse the

10 situation and, perhaps, get this man on a

11 ventilator prior to his -- I guess his code blue

12 at 6:18?

13     A.    Let me look at Page 29 again.  Let's

14 see.  Dr. Ilouyomade was called at 17:40, right.

15     Q.    Yes.

16     A.    And his pulse ox then was --

17     Q.    92.

18     A.    Okay.

19     Q.    And at 2:00 it was at 95, dropping down

20 from 100 earlier.

21     A.    Yeah.  The reason that I am looking is

22 your chart has a hole punch there.

23     Q.    I think that we can agree that that's a

24 hole punched in right over the 17:40.

FRANK J. BAKER, II, M.D., MAY 16, 2007

```
 1      A.    17:40.  I got it.  Okay.  And the 92 is
 2 at 16:00?
 3      Q.    Yes.  That's --
 4      A.    And they notified him at 17:40?
 5      Q.    They basically -- you know, if he
 6 started with 16:00, there is almost, what, an hour
 7 and 40 minutes of delay.  Would you agree?
 8      A.    Yes.
 9      Q.    I take it there is a -- from your
10 experience you would know what would have been
11 appropriate management and monitoring of a patient
12 like this by nurses, would you not?
13      A.    Yes.
14      Q.    You believe that given this condition
15 of the patient that he should have been monitored
16 every 30 minutes at least by the nurse?
17      A.    Well, don't -- we know that he was
18 monitored.  What we -- they didn't record the
19 values, but we know that he was continuously
20 electrocardiographically monitored, and the pulse
21 ox is a continuous -- is a continuous monitoring
22 situation as it was.  They should have done vital
23 signs and recorded them every 30 minutes.
24      Q.    The record indicates that as of -- on
```

FRANK J. BAKER, II, M.D., MAY 16, 2007

```
 1   00031 Dr. Ilouyomade had admitted the patient, and

 2   he was waiting for a bed as of 13:25, or 1:25 in

 3   the afternoon?

 4        A.    Yes.

 5        Q.    Do you see that?

 6        A.    Yes.

 7        Q.    And at that point in time I think that

 8   we talked about this briefly, but he would have

 9   been transferred to another doctor's care

10   upstairs, right?

11        A.    Oh, sure.

12        Q.    And based on your experience as an

13   emergency room physician of a hospital, you would

14   agree that a patient should not be allowed to sit

15   in the emergency room waiting for a transfer for

16   four hours, right?

17        A.    Well, ideally not, but, I mean, let's

18   be real.  It happens a lot, and it's something a

19   bit out of our control.  The people outside of the

20   ER control when patients move out of the ER and

21   where they move to in terms of bed control.  There

22   is a bed control nurse and a bed control

23   administrator, and if there aren't beds, there

24   aren't beds, and there is nothing that you can do
```

FRANK J. BAKER, II, M.D., MAY 16, 2007

```
 1   about it.
 2        Q.    When you say it's out of our control,
 3   you are referring to an emergency room physician
 4   like yourself?
 5        A.    And nurses.  Anybody in the ER can
 6   control when the patient moves upstairs.  It just
 7   doesn't, you know, happen.
 8        Q.    Is it the nurse's responsibility to
 9   continue to check with the admission people to see
10   what is going on or, you know, how do you speed up
11   this delay?
12        A.    Yes.  The short answer to that is that
13   the nursing staff hassles the bed control
14   department.
15        Q.    All right.  I am going over my notes.
16   I think that we have been jumping around.  I think
17   that I covered a lot.  We are moving on.
18             You indicate on Page 2 of your report
19   that there was inadequate monitoring between 15:30
20   and 17:40 hours, at which time he was noted by the
21   respiratory therapist to have oxygen saturation of
22   80 percent on room air.
23             Is that in reference to the nurses and
24   the failure to monitor that we just discussed?
```

FRANK J. BAKER, II, M.D., MAY 16, 2007

1       A.      Yes.   That's specifically a reference
2  to the nursing note.
3       Q.      Dr. Ilouyomade testified should have
4  had him on a ventilator earlier today, but the
5  patient is still alive and kicking.  Probably
6  not -- probably deteriorated significantly over
7  the four hours between eleven, twelve o'clock when
8  he got the arterial blood gases back and sat
9  around waiting for admission, but between when he
10 finally was notified at 17:40, what do you see
11 Dr. Ilouyomade failing to do?
12              I think that we talked about a couple
13 of things, and I think that's the one thing that
14 we have not discussed in detail yet.  First of
15 all, you indicated I think on your report that he
16 should have suctioned him, right?
17      A.      Yes.
18      Q.      Failed to treat him -- I think it's on
19 Page 2 of your report.
20      A.      Yes, sir.  It is.
21      Q.      And he should have suctioned the trach,
22 but, as I recall, that was done, at least
23 according to the testimony of Dr. Ilouyomade at
24 his deposition.  You read that, right?

FRANK J. BAKER, II, M.D., MAY 16, 2007

1       Q.      Pneumonia rather.   Sorry.

2       A.      Rales are a sound that you hear that

3   are described as crackling Rice Krispies, and you

4   hear them over areas where you have fluid in the

5   alveoli of your lungs, and you would not have

6   fluid in the alveoli of your lungs if you were

7   dehydrated.

8               You would if you were in pulmonary

9   edema, but the only other cause that one commonly

10  sees is pneumonia; in other words, you have some

11  pus in your lungs somewhere.

12      Q.      Okay.   He also had wheezing.   Any

13  significance?   What is wheezing?

14      A.      Well, wheezing is caused by

15  bronchiospasm.   You know, you can see it in

16  patients who have bronchitis.   You can see it in

17  patients who have pneumonia.   You see it in

18  patients who have asthma.

19      Q.      His 02 sats were 90 percent at room air

20  which is kind of borderline, right, problematic?

21      A.      It is problematic.   At 90 percent a

22  patient needs oxygen.

23      Q.      Okay.   And I think what they did was

24  they got him on -- they got his blood volume up

FRANK J. BAKER, II, M.D., MAY 16, 2007

1   and gave him two liters -- a liter of saline for

2   low blood volume?

3        A.    Yes.

4        Q.    For hypovolemia?

5        A.    Yes.

6        Q.    And they placed him on two liters of

7   nasal oxygen, nasal cannula, and they gave him an

8   IV glucose for his low blood sugar.  I think it

9   was a D50 ampule, right?

10       A.    You are correct.

11       Q.    And I thought that he responded to all

12  of those measures after a couple of hours and was

13  in much better shape approximately at about 1:30

14  or certainly about 3:20, but I am moving quickly

15  because I want to go home and send the lawyers

16  home, too.

17            You know, you thought that he should

18  have been admitted, right?

19       A.    Sure.  And there are several things

20  going on here.  First of all, he correctly made

21  the diagnosis of dehydration.  You don't correct

22  that in a matter of a couple of hours and send

23  somebody home.

24            Secondly, you have to ask yourself why

FRANK J. BAKER, II, M.D., MAY 16, 2007

1   hypoxic, and he has a white count that, as I

2   recall, was 12,800.

3        Q.    Well, you know, I understand all of

4   that, but let's just talk about the big picture.

5   He did not send him back, you know, after an hour

6   and a half, did he?

7        A.    No.

8        Q.    And as I read this record, he had him

9   come in and he had Mr. Magbie in the emergency

10  room and was treating him and observing him and

11  checking on him, monitoring him, until he went off

12  shift the next morning?

13       A.    That's true.

14       Q.    And clearly, although we have all of

15  these problems, he did things which were

16  appropriate to stabilize all of the problems and,

17  in fact, at the time that he was discharged he

18  looks -- you know, his vitals look pretty normal,

19  don't they, looking at the vitals at the time of

20  discharge?

21       A.    Yes.

22       Q.    You have talked about rales and that

23  being a significant -- potentially significant,

24  but the record truly indicates that he has no

FRANK J. BAKER, II, M.D., MAY 16, 2007

```
 1  rales at discharge, did he?  No signs of rales?
 2       A.     Let's see.  Can you point me to your
 3  reference?
 4       Q.     Okay.  I can't really -- let's see if
 5  we can look on Page 21.  It's a good place to
 6  start.  That's the discharge, isn't it?
 7       A.     Let's see here.
 8       Q.     I think he's discharged at 11:40 a.m.,
 9  Page 00021.
10       A.     Yes.
11       Q.     Okay.  At the bottom of the page of
12  this document it looks like he was discharged and
13  signed off at 11:40; is that right?
14       A.     Yes.
15       Q.     Pulse ox a hundred percent.  That would
16  be on room air, right?
17       A.     Yes.
18       Q.     That's absolutely normal, isn't it?
19       A.     Yes.  It is.
20       Q.     Okay.  Blood pressure 107/68.  That's
21  okay, isn't it?
22       A.     Yes.  All of the vital signs are okay.
23       Q.     The vital signs are good and the
24  conditional discharge according to whoever
```

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  discharged is stable, right?

2      A.    Yes.

3      Q.    There is something about -- I am

4  looking for rales, and I know that I found that

5  that had been resolved.  Let's see.  I'm looking

6  at 0011.  Do you have that?

7      A.    Yeah.

8      Q.    Okay.  You mentioned that he had a

9  problem with rales, and I don't see anything

10  indicating that he still had that at the time of

11  discharge.  Could that have been improved by the

12  administration of a bowl of fluid or saline?

13      A.    No.  If you look on the pages -- the

14  page that I found it on, you know, was the

15  physician's history and physical, which is your

16  page -- hang on a minute.  It's your Page 0007.

17      Q.    Yeah.

18      A.    Where he has checked off, "Wheezing and

19  rales."  Rales are fluid in the alveoli.  You

20  don't see it in dehydrated patients unless they

21  have pneumonia.  You can see it in overhydrated

22  patients such as people with pulmonary edema and

23  congestive failure, and it only goes away in those

24  circumstances after you diurese the patient.

FRANK J. BAKER, II, M.D., MAY 16, 2007

1    that jail wouldn't properly treat this man for his

2    hypovolemia if, in fact, it returned?

3         A.    Well, I think there is one thing that

4    he clearly knew, and that was that if the patient

5    deteriorated and acutely needed a ventilator, they

6    wouldn't have it, which means that we now would be

7    forced to deal with a patient who at that point

8    would be unstable and would have to be transferred

9    back to a hospital.

10        Q.    And that happened, but only after three

11   days, correct?

12        A.    That's true.

13        Q.    And, in fact, I think it's clearly your

14   opinion that that should have -- that should not

15   have happened or been delayed that long, correct?

16        A.    That's true.

17        Q.    If, in fact, he had started to

18   deteriorate after he returned to the jail, he

19   should have been returned right back to the

20   emergency room as soon as he started to show signs

21   of deterioration, correct?

22        A.    Also true.

23        MR. CONNOR:  Ron, excuse me.  I am going to

24   have to miss this flight if we don't wrap it up

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  real quick.  I hope that you are near the end.  It
2  sounds like you are.
3  BY MR. GUZIAK:
4      Q.    The hypovolemia is not the proximate
5  cause of Mr. Magbie's death, is it?
6      A.    No.  I mean, ultimately we believe that
7  his malnutrition and general poor health was the
8  ultimate causative factor in leading to the point
9  where he was unable to cough, he was unable to
10 breathe, he was unable to ventilate himself.  I
11 mean --
12     Q.    Dr. Vaughn treated him for eight hours,
13 if not longer, and during that time he certainly
14 stabilizing the patient, the patient was in much
15 better shape and in much better general health and
16 condition than he was when doctor -- before he saw
17 Dr. Vaughn.  Would you agree with that?
18     A.    Well, at the point that Dr. Vaughn
19 left, that's true, but subsequently, a couple of
20 hours later, at 9:15 his blood pressure dropped to
21 68 other 42, thus proving that the man really
22 wasn't stable.
23     Q.    But Dr. Vaughn wouldn't know that and
24 wouldn't have any control over that decision to

FRANK J. BAKER, II, M.D., MAY 16, 2007

1   then discharge him after that point, would he?

2        A.    You are correct.

3        Q.    And basically at the time that

4   Dr. Vaughn last saw him, he was not in any -- he

5   was not in danger of death, was he?

6        A.    Not immediately.  No.

7        Q.    And you say, "not immediately."  Why do

8   you say "not immediately"?

9        A.    Well, because obviously we know that he

10  had some underlying conditions which led him to be

11  hypoxic.  We knew that he had a metabolic

12  acidosis.  They had actually done a routine

13  chemistry on the patient, and he had a blood

14  bicarbonate of 17.

15            So, you know, he clearly had some

16  problems.  You know, he has got a metabolic

17  acidosis.  He was hypoglycemic.  I mean, he has

18  all sorts of things going on.

19       Q.    Yeah.  But the hypoglycemia was not a

20  factor in his death?

21       A.    No.  It wasn't?

22       Q.    What?

23       A.    No.  It wasn't.

24       Q.    It wasn't.  Okay.  And, in fact, I

1  think that they did an AccuCheck later on, and

2  even three days later it was really not a major

3  problem as far as his health status or

4  contributing to his death, was it?

5      A.    That's true.

6      Q.    Okay.  And so we are talking about the

7  respiratory distress, the hypoxia was resolved,

8  and he was at room air one hundred percent when

9  Dr. Vaughn last saw him, and he was -- I mean,

10  basically his vitals were pretty much normal when

11  Dr. Vaughn last saw him, were they not?

12      A.    That's true.

13      Q.    So if, in fact -- would you not expect

14  if, in fact, they were normal and they returned

15  him to the hospital -- pardon me, returned him to

16  the jail, and if, in fact, anything

17  deteriorated -- I mean, it's reasonable for the

18  doctor to assume that the physicians at the jail

19  who were then overseeing his condition would react

20  appropriately and return him to the emergency room

21  if his condition deteriorated, right?

22      MR. CONNOR:  Ron, that's been asked and

23  answered.

24      MR. GUZIAK:  Asked and answered.  Okay.

1  done what I think the standard of care requires,

2  that the patient wouldn't have gone on to

3  deteriorate and return on the 24th in the

4  condition that he was.

5      Q.    Okay.  But you indicated that -- in

6  fact, on the 24th you indicated that he still

7  could have been salvaged if, in fact, he had been

8  properly monitored, right?

9      A.    That's true, too.

10     Q.    What, if anything, given the situation

11 that Dr. Vaughn apparently found presenting to

12 himself that he requested admission of the patient

13 and then was told that by the hospital

14 administrator who was in charge of the admission

15 that he was not permitted to admit the patient,

16 what, if anything, could he have done or did do at

17 that point in time?

18     A.    Well, the problem is this:  The problem

19 is that he presented this only as a case of a

20 patient who may need a ventilator.

21         What he should have done is presented

22 this as a patient who is dehydrated, who needs to

23 be admitted for rehydration.

24         We do this all of the time.  We have