# Mary R. Scott, et al. v. District of Columbia, et al.
# United States District Court for the District of Columbia

## 05CV01853

**Exhibit No. 3.** **GSECH Emergency Room Records – 9/20/04**

FORM NO. 2311

DEPARTMENT OF CORRECTIONS
HEALTH SERVICES TRANSPORTATION REQUEST

911

2 OFCS W/Full Restraints

2004 SEP 20 PM 9:12

L513398

Memorandum To: Administrator Smith

Date 9/20/04

Subject : Medical Transportation Request

It is recommended that the following inmate be transferred to:

- [ ] Infirmary
- [ ] D.C. Gen. Hospital
- [x] Other GSECH
- [x] Immediately
- [ ] Morning of ________ (Date)
- [ ] Afternoon of ________ (Date)
- [ ] By Ambulance
- [ ] By Bus
- [ ] By Special Conveyance
- [ ] Dialysis Treatment at ________

for: [ ] Consultation [ ] X-Ray [ ] Treatment

at ________ (time) in the ________ (name of clinic)

and returned to D.C. Jail facility

NAME ________ DCDC NO. ________ PF NO. ________

DOB ________ SEX ________ SECURITY CUSTODY LEVEL: MAX / MED / MIN / SPECIAL HANDLING

Requested by ________ MEDICAL OFFICER

Approved ________ (TITLE)

- [ ] Medical Records Jacket Secured
- [ ] Consultation sheet in Record Jacket
- [ ] Record Office Notified
- [ ] Jail Infirmary Notified
- [ ] Complex infirmary Notified

cc: Inmate Medical Jacket
Infirmary File
Transport Unit (2)
Facility Control Center
DOC-DCGH Appointment Coordinator

(PRESS FIRMLY)

**District Of Columbia Fire And EMS Department**

INCIDENT # | DISPATCH TIME | INSERVICE TIME

CALL LOCATION: 15 1901 D Street SE
DATE OF BIRTH | TODAY'S DATE: 12/00/04
LAST NAME | FIRST: Jonathan | MI | SOCIAL SECURITY NUMBER | AGE | GENDER
STREET ADDRESS | APT # | HOME PHONE # | BUSINESS PHONE #
CITY: Washington | STATE: DC | ZIP: 20019 | EMPLOYED BY
FOR ALL NON-TRANSPORTS CHECK ONE BELOW
MEDICARE # — ☐ SAME AS ABOVE ☐ FEMS or MPD POD
MEDICAID #
INSURANCE CO & POLICY #
LEGAL GUARDIAN/NEXT OF KIN | GROUP #
OTHER INSURANCE
WORK RELATED? | FAMILY PHYSICIAN
ALLERGIES: ☐ NONE KNOWN
CURRENT MEDICATIONS: ☐ NONE ☐ BROUGHT W/PT — See list

☐ Assist Only
☐ Call Canceled
☐ No EMS Required
☐ No Patient Found
☐ PDOA
☐ RMA-SR
☐ Standby

MEDICAL HISTORY: ☐ NONE KNOWN ☐ ANGINA ☐ ASTHMA ☐ BEHAVIORAL ☐ CANCER ☐ CARDIAC/CHF ☐ CHRON. RENAL FAIL ☐ CHRON. RESP. FAIL ☐ CVA/TIA ☐ DIABETES ☐ DRUG/ETOH ☐ EMPHYSEMA ☐ FAMILY VIOLENCE ☐ HYPERTENSION ☐ INFECT. DISEASE ☐ MI ☐ PULM. EMBOLISM ☐ SEIZURE ☐ SPECIAL HEALTH CARE ☐ TRACHEOSTOMY ☐ TB ☐ OTHER

MEDICAL NECESSITY FOR TRANSPORT: ☐ HOSPITAL ADMIT ☐ UNCONSCIOUS ☐ BED CONFINED BEFORE ☐ PHYSICAL RESTRAINTS ☐ MOVED BY STRETCHER ☐ VISIBLE HEMORRHAGE ☐ NON-AMBULATORY ☐ IMMOBILIZED ☐ OTHER MEDICAL EMERGENCY

TRANSPORT CATEGORY: ☐ 1 ☐ 2 ☐ 3 | PROVIDER IMPRESSION: [illegible] | ICD-9 CODE

CHIEF COMPLAINT: quadriplegic ē a trach, requires a vent

Pain: First ___/10 Pain: Last ___/10 Time of Onset: ___

TRANSPORTED TO: HOSPITAL # 01

M-15 Arrived on the scene to find 27 y/o [illegible] lying in bed [illegible] alert [illegible] to time and place. Skin temp. warm dry, calm and [illegible]. Pt's states patient [illegible] a ventilator vent. P/o [illegible] quadriplegic ē a trach [illegible] requires [illegible] at night [illegible] [illegible] at this time [illegible] [illegible] Vitals, [illegible] hospital [illegible] x 2 [illegible]

☐ Patient unable to sign acknowledgement
☐ Notice transported with patient
☐ Law enforcement on scene

If more space is required, continue on back. When complete, photocopy the back to leave with the hospital.

INJURY CODES
1. Abrasion
2. Avulsion
3. Blunt Trauma
4. Burn (chemical)
5. Burn (thermal)
6. Fracture (Dis)
7. Laceration
8. Puncture/Stab
9. Amputate
10. Gunshot Wound
11. ___
12. ___

Patient Received ALS Care ☐

| Time: | : | : | : | MED/ROUTE | TIME |
|---|---|---|---|---|---|
| Position: (Circle one per column) | | | | | |
| B/P: | 100/60 | | | | |
| Pulse Rate: | 90 | 86 | | | |
| Resp. Rate: | 24 | 22 | | | |
| Resp. Quality: | 1 | 1 | | | |
| 1-Normal 2-Labored 3-Increased 4-Absent | | | | | |
| Rhythm: | [illegible] | SR | | | |
| Pulse Ox. | 97 %on | %on | %on | | |
| Blood Glucose | mg/dl | mg/dl | mg/dl | | |

O2 ___ lpm ☐ NC ☐ NRB ☐ Venturi ☐ BVM | AIRWAY: Oral ☐ Nasal ☐ | ET: Size ___ mm Oral ☐ Nasal ☐

| GCS | Time | | Skin | First | Last |
|---|---|---|---|---|---|
| EYE OPEN | | | | | |
| Spontaneous | 4 | 4 | Normal | | |
| To Verbal | 3 | 3 | Cool | | |
| To Pain | 2 | 2 | Cold | | |
| None | 1 | 1 | Hot | | |
| VERBAL RESP. | | | | | |
| Oriented | 5 | 5 | Normal | | |
| Confused | 4 | 4 | Dry | | |
| Inappropriate | 3 | 3 | Moist | | |
| Incomprehensible | 2 | 2 | Diaph | | |
| None | 1 | 1 | | | |
| MOTOR RESP. | | | | | |
| Obeys | 6 | 6 | Normal | | |
| Localizes | 5 | 5 | Pale | | |
| Withdraws | 4 | 4 | Mottled | | |
| Flexes | 3 | 3 | Cyanotic | | |
| Extends | 2 | 2 | Flushed | | |
| None | 1 | 1 | | | |
| GCS TOTAL | 13 | 12 | | | |

Pupils: UA/Ref ☐ ☐ — L R / L R: Normal, Constrict, Dilated, Non-react

**SIGNATURE AUTHORIZATION**

This constitutes my authorization for the provider of emergency medical services to me to file claims on my behalf. This authorization is to be: Life time authorization effective ___ (Date)

**HIPAA ACKNOWLEDGEMENT.**

Patient received Privacy Notice and was informed of Patient Rights and EMS Privacy Rules.

**AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION AND WAIVER:**

I hereby authorize any holder of medical information about me to release to the Social Security Administration and Health Care Financing Administration or its intermediaries or carriers, the Washington DC Fire and EMS Department or its authorized agent/agents, or any private insurance company, any information needed for this or a related medical claim. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits to the party who accepts assignment.

**ASSIGNMENT OF INSURANCE AND PAYMENT AGREEMENT**

I hereby authorize payment of all Insurance Benefits, Including Major Medical, Title XVII Medicare, Title XIX Medicaid, or any other private insurance company to the holder of this authorization. I also acknowledge that I am responsible for all co-insurance and deductibles.

COMPLETED REPORT / DRIVER

CREW MEMBER 1: Turnbull ID # 318 ☐ D ☐ R
CREW MEMBER 2: Watkins ID # 521 ☐ D ☐ R
OTHER CREW MEMBER: Fm53 ID # ☐ D ☐ R

(Signatures should correspond with certification numbers on data sheet.)

MEDICAL CONSENT NAME ___ HOSP: ___

X [illegible] TRANSFER OF CARE [illegible]
Signature of Person Receiving Patient — Date

WmYa 0002

EMERGENCY REGISTRATION

GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION I

WASHINGTON, D.C.

MEDICAL RECORDS COPY

CONDITIONS OF ADMISSION TO EMERGENCY DEPARTMENT OR HOSPITAL

1. MEDICAL CONSENT: I hereby voluntarily consent to such diagnostic procedures and hospital care and to such therapeutic treatment by doctors of the medical st[aff of] Greater Southeast Community Hospital which, in their judgment, becomes necessary while I am an Emergency Department patient or an inpatient in said hospital. I acknowl[edge] that the medical care received in the Emergency Department is limited solely to emergency treatment. I understand that it will be necessary to select another physician [and] make immediate arrangements with that physician for a complete diagnosis and/or continuation of treatment upon discharge from the Emergency Department or admi[ssion] as an inpatient. I am aware that the practice of medicine and surgery is not an exact science and acknowledge that no guarantees have been made to me as to the re[sults] of treatments or examination in the hospital. I hereby authorize Greater Southeast Community Hospital Corporation I to retain, preserve for scientific and teaching purp[oses] or dispose of at their convenience, any specimens or tissue taken from my body during my hospitalization.

2. RELEASE OF RESPONSIBILITY: I understand that if I leave the Emergency Department without consent of the emergency service physician and or fail to carr[y out] instructions for follow-up care, I do so at my own responsibility and I release this hospital and the emergency service physicians from any resultant liability.

3. PERSONAL VALUABLES: I agree that the hospital shall not be liable for the loss of or damage to any money, jewelry, glasses, dentures, documents or other artic[les of] unusual value or small size, unless placed in the safe, and shall not be liable for loss of or damage to any other personal property unless deposited with the hospit[al for] safekeeping. The hospital maintains a safe for the safekeeping of money and valuables.

4. RELEASE OF INFORMATION: I authorize and consent to the release of information, from medical records in accordance with the policy of the hospital, as request[ed] ... any insurance company or other reimbursing agency, or otherwise for purposes of billing. As required by any Federal, State or local law or regulation or as needed for q[uality] assurance or utilization review activities of the hospital and I further expressly authorize the release of photocopies of any portion of my medical record to the compa[ny] processing my workers' compensation claim. Written communication, reports or other data prepared by the Utilization Review Committee concerning treatment rec[eived] by me during this admission may be released to my medical carrier. I authorize release of medical records to other health care institutions who are involved in providin[g] continuing health care. In addition, I agree to the release of my medical information for hospital approved research.

5. ACQUISITION OF INFORMATION: I am aware that the hospital conducts a follow-up program and follow-up studies on patients after they have been discharged [from] the hospital. I am aware that the purpose of this program and these studies is to follow-up on the patient's recuperation and recovery from the disease for which he o[r she] was treated, and to monitor the course of the disease itself. To enable the hospital to conduct this follow-up study, I authorize any physician, hospital or health care instit[ution] which renders treatment or health care to me, to release to the Greater Southeast Community Hospital Corporation I information concerning me from their medical rec[ords].

6. ASSIGNMENT OF INSURANCE OR PAYOR BENEFITS: I recognize I am primarily liable for payment for services rendered, however, in the event I am entitled to me[dical] care benefits of any type whatsoever, I hereby assign those benefits to the hospital and any of its contracted health care providers, including but not limited to those physi[cian] or physician groups providing anesthesia, cardiology, emergency, intensive care rehabilitation, neonatal, neurology, pathology, pulmonary medicine and radiology serv[ices]. I authorize the hospital and the appropriate health care providers to apply for benefits on my behalf for services rendered during this admission or visit. I authorize any h[...] or medical information about me to release to the Health Care Financing Administration and its agents any information needed to determine these benefits or the be[nefits] payable for related services. I certify that the insurance or other coverage benefit information supplied by me is correct, in accordance with applicable hospital, provid[er] insurance policies or agreements. Should my account be referred to any attorney for collection I agree to pay reasonable attorney fees and collection expenses.

7. PERMISSION FOR PAYMENT OF HOSPITAL AND MEDICAL INSURANCE BENEFITS TO HOSPITAL: request payment or authorized benefits be made in my b[ehalf] directly to the hospital.

8. STATEMENT TO PERMIT PAYMENT OF MEDICARE BENEFITS TO PROVIDER, PHYSICIANS AND PATIENT: I certify that the information given by me in app[lying] for payment under Title XVII by the Social Security Administration or its intermediaries or carriers for this or a related medical claim, is correct, and I authorize the rel[ease] of all necessary information to those agencies just named, as well as to any Professional Review Organization I request that payment of authorized benefits be made o[n my] behalf. I assign the benefits payable for physician services to the physician or organization furnishing the service in the alternative, I authorize such physician or organiz[ation] to submit a claim to Medicare for payment on my behalf.

[9. PA]YMENT OF HOSPITAL BILL: I guarantee payment of all charges incurred for services rendered by Greater Southeast Community Hospital Corporation I for the p[...] [liste]d on this page, less any amounts paid by any third party payer. The amount due shall be paid in full at the time of discharge. In the event of a prolonged Hospitaliz[ation] [I und]erstand that Greater Southeast Community Hospital Corporation I reserves the right to present me with periodic interim bills that will be due upon receipt.

10. WASHINGTON REGIONAL TRANSPLANT CONSORTIUM: Federal law requires that Greater Southeast Hospital Corporation I report information about individuals [who] die or whose death is imminent to the Washington Regional Transplant Consortium.

I CERTIFY THAT I HAVE READ THIS FORM AND THAT I UNDERSTAND ITS CONTENTS:

PATIENT'S/RESPONSIBLE PARTY SIGNATURE x Pt. [handwritten signature]

RELATIONSHIP: [handwritten]

DATE: 9/20/04 WITNESS: [handwritten signature]

| ACCOUNT NO. | ADMISSION DATE/TIME | DATE OF BIRTH | AGE | SEX | RACE | M.S. | LOCATION | STATUS | INIT | UNIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| V00000513335 | 09/20/04 2150 | 03/10/77 | 27 | M | B | S | ERG | ER | ADM AG | M00933038 |

| PATIENT NAME AND ADDRESS | SOC-SEC-NO. / TELEPHONE NO. | PATIENT EMPLOYER | TELEPHONE NO. |
|---|---|---|---|
| NOINFO, MAGGIE JONATHAN<br>1901 D ST SE<br>WASH, DC 20003 | 577-55-59??<br>(202)673-8136 | UNEMPLOYED<br>NONE<br>NONE DC | 2765<br>2512<br>490 |

| GUARANTOR NAME AND ADDRESS | SOC-SEC-NO. / TELEPHONE NO. / RELATION | GUARANTOR EMPLOYER | TELEPHONE NO. / OCCUPATION |
|---|---|---|---|
| NOINFO, MAGGIE JONATHAN<br>1901 D ST SE<br>WASH, DC 20003 | 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<br>(202)673-8136<br>SELF | UNEMPLOYED<br>NONE NONE DC<br>NONE, DC | |

RELATIVE 1: DC, DEPT OF CORRECTION (202)673-8136

INSURANCE 1: DC DEPT OF CORRECTIONS 0000292425

FINANCIAL CLASS: DC DEPT OF CORRECTIONS

INSURANCE 2:

INSURANCE 3:

| DIAGNOSIS / COMPLAINT | ACCIDENT WK. REL | DATE / TIME | ADM. TYPE / SOURCE | ARRIV. MODE | RELIGIC |
|---|---|---|---|---|---|
| | DATE OF ... 09/20/04 | | 1 ER | DEPT OF CORRECT | BA |

DEPOSIT AMOUNT

| FAMILY PHYSICIAN | ER PHYSICIAN | LAST VISIT DATE | RECEIPT # |
|---|---|---|---|
| | ILLEGIBLE ... | ER 04/09/03 | |

REASON FOR VISIT: ...

WmVa 0003

Greater Southeast Community Hospital
1310 Southern Avenue, S.E.
Washington, D.C. 20032

NAME: EE ERG
MAGBIE JONATHAN
MR#:
TRIAGE: ___ Core ___ After Shift ___ Fast Track
DISPOSITION: ___ ASAP ___ Routine ___ Adv. Triage

GSCH Form 165-A . Rev 9/03
WHITE-Medical Records
YELLOW-ED Administration
PINK-Physician Billing

# EMERGENCY DEPARTMENT
# Triage / Initial Assessment

LAST NAME: Magbie FIRST NAME: Jonathan MI: E SEX: M AGE: 27 DOB: 2-1977

DATE: 9/20/01 ARRIVAL TIME: 2145 AM/PM TRIAGE TIME: 2145 AM/PM

## TRIAGE ASSESSMENT

Chief Complaint/History Present Illness: trouble breathing sent for breathing treatment and vent sleeping on vent at home! Information being given by: DHD transfer Sleep

TREATMENTS IN PROGRESS UPON ARRIVAL (Please Check) ✓ No treatments received prior to arrival in ED.

___ C-COLLAR ___ Towel Rolls ___ I.V. Fluids ___ ___ Oxygen
___ Backboard ___ Splint ___ Neb. treatment ___ Other ___

Current Medications: Valium 5mg x 4 daily, Detropan, Dantrium 100mg x 3 daily, quadriplegic!

Past Medical History: Quadriplegic, tracheostomy, Diaphragm pacemaker

NKDA / Allergies: Iodine Allergy bracelet placed on patient: ☑ Yes ☐ Not Needed

Due to the increase in domestic violence, we ask all adult patients: Have you ever been a victim of domestic violence? Yes ☐ No ☑
If yes, would you like some help? Yes ☐ No ☑

History: ✓ Tobacco Ø ETOH ✓ Substance Abuse ___ None Comments: ___
Family History: ___ Stroke ___ Heart Attack /Heart Disease ___ Diabetes ___ Cancer ___ Asthma (None)

LMP: N/A Normal / Abnormal: (circle)
Tetanus: up to date, ___ >5 years ___ Unknown: ✓ Primary Physician: Dr. Berkman
Triage VS: T/route 97.1 HR 89 RR 14 B/P 103/65 Pulse Ox 97% Weight ___ kg/lbs
Impairments: ✓ Visual ✓ Hearing ✓ Speech Triage Signature/Title: [signature]

## INITIAL TRIAGE ASSESSMENT (please check)

**Mental Status:**
___ Alert
✓ Oriented X 3
___ Confused
___ Crying
___ Drowsy
___ Sleeping
___ Arousable
___ Unarousable
___ Unresponsive
___ Smiling/playful (peds)
___ Other ___

**Respiratory Status:**
✓ Clear
(R) Breath sounds (L)
___ Rales ___
___ Wheezing ___
___ Rhonchi ___
___ Diminished ___
___ Other ___
___ Nasal flaring
___ Retractions
___ Cough (productive**)
___ Cough non-productive
✓ No deficit noted during Triage

**Cardiovascular Status:**
Color:
✓ Normal
___ Pale
___ Cyanotic
___ Other
Temperature of skin:
✓ Warm
✓ Dry
___ Cool
___ Diaphoretic
___ Peripheral pulses present
___ Peripheral edema
Capillary refill:
✓ <3 sec. ___ >3 sec.

**GI Status:**
___ Soft/Nontender
___ Distended/tender
Bowel sounds
___ Present/absent
___ Vomiting/diarrhea
___ G tube
___ Stoma
___ Other
___ No deficit noted

**Musculo-skeletal Status:**
Location:
✓ Pain 0 (0-10) Inten.
✓ Skin broken
___ Swelling
___ Discolored
___ Distal pulses present
___ Deformity
✓ Other R. back ulcer
___ No deficit noted during Triage

PAIN 0 2 4 6 8 10

**GU/GYN**
___ Vaginal bleeding ✓ Foley
___ Freq./Burning ___ No deficit noted
___ Discharge ✓ Other suprapubic

Signature/Title: [signature] Time: 2205

NURSING TREATMENT IN TRIAGE (Please Check)

Tylenol Dose and Route ___ Init. ___ ___ Pedialyte ___ Pregnancy Test: Positive/Negative
Sling/Splint ___ Wound Care ___ Cup given in triage
___ Accucheck ___ Urine Dip:
Ice ___ Orthostatics ___ ___ Visual Acuity ___ Advised Patient / Family Member to reamin NPO

## TRIAGE REASSESSMENT

Reassessment: Date: ___ Time: ___ VS: T: ___ HR ___ PR: ___ BP: ___
___ Condition: Unchanged ___ Upgraded to Core ___ Notation: ___
Signature: ___ MD Signature: ___

Subsequent Reassessment: Date: ___ Time: ___ VS: T: ___ HR ___ PR: ___ BP: ___
___ Condition: Unchanged ___ Upgraded to Core ___ Notation: ___
Signature: ___ MD Signature: ___

WmVa 0004



Greater Southeast Community Hospital Corporation I
1310 Southern Avenue, S.E.
Washington, D.C. 20032

# EMERGENCY DEPARTMENT PHYSICIAN ORDER FORM

ED Bed#: 10 at 1110

ER EKG
IMPRINTER

| MD INT | MD OT | STAFF INT | TIME | INITIAL ORDERS (PLEASE CIRCLE) | | |
|---|---|---|---|---|---|---|
| | | | 1110 | CCU Work-up EKG | Theophylline Tegretol Dilantin Phenobarbitol | O2 via ___ lpm ABG's on ___ lpm |
| | | | 810 | CBC c̄ diff. PT/PTT | U/A ☐ Dip Urine Toxicity BHCG Urine | Continuous Neb Albuterol / Atrovent x ___ mins |
| | | | | Chem 7 Chem 12 | Culture: Blood Urine Rapid Strep Sputum Wound Cervical | Monitor Heplock Pulse Ox Accucheck |
| | | | | CK Troponin Myoglobin | GYN: Cervical C&S Wet Prep Transgrow Chlamydia | IV ___ @ ___ cc/hr |
| | | | | Amylase / Lipase ETOH Magnesium Digoxin | PCXR QXR Head CT Pelvic US Obst Series C-Spine | Old Chart Called @: ___ |

| MD INT | MD OT | ADDITIONAL TREATMENT | STAFF INT / TIME | MD INT | MD OT | ADDITIONAL TREATMENT | STAFF INT / TIME |
|---|---|---|---|---|---|---|---|
| 0145 | | [illegible] | 0145 | | | | |
| | | [illegible] | | | | | |
| | | [illegible] wide open | | | | | |
| | | x 1 liter | | | | | |
| | | Nasal O2 @ 2L/NC | | | | | |
| | | DC EKG | | | | | |
| | | IV [illegible] at 110 ml/hr [illegible] | | | | | |
| | | [illegible] discharge | | | | | |
| | | [illegible] | | | | | |
| | | to [illegible] | | | | | |

| INITIALS | SIGNATURE/TITLE | DATE/TIME | INITIALS | SIGNATURE/TITLE | DATE/TIME |
|---|---|---|---|---|---|
| [illegible] | [signature] | 2/10/[illegible] | | | |
| | | | | | |

Physician Signature (s): [signature] Date/Time: 2/20 1110

GSCH Form 1028 Rev 7/03 WHITE-Medical Record YELLOW-ED Physicians PINK-Patient Accounts GOLD- ED File Copy

© 2001 T-System, Inc. Circle or check affirmatives, backslash (/) negatives.

32 Greater Southeast Community Hospital Corporation I ☐ DC General

# EMERGENCY PHYSICIAN RECORD
## Dyspnea (COPD, CHF, and Other)

[illegible patient label] 09/20/04

☐ Agree w/ nurse's note for PFSH / ROS

TIME SEEN: 11 ROOM: 10 __EMS Arrival

HISTORIAN: ✓patient __paramedic __translator __other

AGE 27 (M) / F RACE

__History limited by

**HPI**

**chief complaint:** (shortness of breath) (hx of asthma / COPD / CHF)

**duration / started:** 1 hr PTA

Trach dependent at [illegible] ventilator [illegible]

**timing:** continues in E.D. / gone now / better / intermittent / worse

**severity:** mild moderate severe

Pain Scale: (1-10) 0-1

**modifying factor:** exacerbated by: exertion laying flat coughing

**associated symptoms:**

PULMONARY
- cough
- QUALITY: sputum / non-productive / blood-tinged sputum / frank hemoptysis
- fever
- severity: subjective / to ___°F
- chills
- sweating

CVS
- chest discomfort
- LOCATION: left / right / central / upper / lower
- QUALITY: pain / discomfort / tightness / sharp / burning / pressure
- MODIFYING FACTORS: worse with deep breaths
- TIMING: constant / intermittent
- duration
- leg/calf pain (R / L)
- ankle swelling

OTHER
- light-headed / dizzy
- anxiety
- tingling/numb hands / feet / face
- heart racing

Similar symptoms previously

Recently seen/treated by doctor

**ROS** ☐ ROS below otherwise negative

ENT: sore throat, sinus drainage

GI: nausea, vomiting, abdominal pain, black/bloody stools, diarrhea

NEURO & EYES: headache, fainting, visual disturbance

GU & ENDOCRINE: pain with urination, excessive urination

SKIN & LYMPH & MS: skin rash, joint pain, swollen glands [illegible]

IMMUNOLOGICAL: allergies/hayfever

**PAST HISTORY** ☐ Tetanus UTD *=PE Risk Factors
- ✓asthma
- emphysema
- ✓heart disease: *CHF CAD angina MI
- kidney failure/dialysis
- *PE / DVT
- *risk factors for PE/DVT
- *hypertension
- diabetes insulin / oral / diet
- high cholesterol
- *CVA
- pneumonia
- pneumothorax
- bronchitis acute chronic

other problems: Quadriplegia

**Surgeries/Procedures:** __none
- prior intubation
- cardiac bypass
- cardiac cath
- angioplasty
- cholecystectomy
- appendectomy
- hysterectomy
- pacemaker

**Medications** __none __see list
- acetaminophen __*BCP's
- home O2 @ ___L __home nebulizer

**Allergies** __NKDA __see list

**SOCIAL HX** *smoker __ drugs __
alcohol (recent / heavy / occasional)
__lives alone __lives in nursing home __lives at home

**FAMILY HX** __CAD

WmVa 0006

ER ERG

**PHYSICAL EXAM**

**CONSTITUTIONAL**

☒ Agree w/ vital signs Other___

__Exam limited by___

Distress __NAD __mild __moderate __severe

**HEENT**

__normocephalic, atraumatic — __post-surgical pupillary defect (R/L)

__PERRL — __scleral icterus / pale conjunctivae

__ENT-nml inspection — __obscured by cerumen (R/L)

__pharynx nml — __purulent nasal drainage

__pharyngeal erythema

**NECK**

__nml inspection — __thyromegaly

__lymphadenopathy (R/L) — Trackostomy

**RESPIRATORY**

__no resp. Distress — __respiratory distress / fatigue

__breath sounds nml

__prolonged expirations

__accessory muscle use

__retractions

__splinting / decreased air movement

__dull on percussion

__decr. air movement

__stridor / rhonchi

__wheezing

__rales

__chest wall tenderness

**CVS**

__regular rate, rhythm — __irregularly irregular rhythm

__no JVD — __extrasystoles (occasional / frequent)

__no murmur — __tachycardia / bradycardia

__no gallop — __JVD present

__no friction rub — __murmur grade__/6 sys / dias__ cresc / cresc-decresc / decresc

__gallop (S3 / S4)

__decreased pulse(s)

**GI / ABDOMEN**

__non-tender — __tenderness

__no organomegaly — __guarding

__rebound

__hepatomegaly / splenomegaly / mass

**RECTAL**

__non-tender — __heme positive stool

__heme neg stool — __heme trace positive stool

**SKIN**

__color nml, no rash — __cyanosis / diaphoresis / pallor

__warm, dry — __skin rash

**MUSCULOSKELETAL / EXTREMITIES**

__non-tender — __pedal edema

__normal ROM — __calf tenderness

__no pedal edema — Contracture

**NEURO**

__awake and alert — __lethargic

__oriented x__ — __disoriented to person/place/time

__CN's nml as tested — __facial droop/EOM palsy/anisocoria

__no motor/sensory deficit — __weakness/sensory loss

Quadriplegic

**PSYCH**

__mood/affect normal — __depressed affect

__anxious

☐ EMTALA EMC present ☐ EMTALA EMC absent

**PROCEDURES:**

Intubated by: ED physician / anesthesiologist / ___

with #__ET tube curved / straight blade nasal / oral

breath sounds after intubation- equal R>L L>R

after ETT adjustment- n/a equal R>L L>R

placement confirmed by auscultation / ETCO2 monitor / ___

**EKG, LABS, and XRAYS**

CXR __chest PA/LAT __AP port # of views__

__nml heart size — __under-penetrated / over-penetrated / rotated

__nml lung markings — __decr. lung markings c/w COPD

__nml great vessels and mediastinum — __density c/w pleural effusion

__cardiomegaly

__nml — __incr. lung markings / infiltrate

__NAD

PRIOR XRAY- __unchngd __unavail. __changed:

☐ Interp contemporaneously by me ☐ discussed w/ Radiologist

☐ Interp by Radiologist ☐ personally reviewed by me

Other studies:

Rhythm ECG (1-3 Lead) __NSR __abnml__ Time__

12 Lead ECG-__ Time__

Rate__

__NSR — __tachycardia / bradycardia / atrial fibrillation

__nml QRS — __wide QRS LBBB RBBB IVCD

__nml intervals — __heart block 1° 2° 3°

__nml ST / T — __non-specific ST - T abnormalities

__ST elevation / ST depression / T-wave inversion

PRIOR ECG- __unchngd __unavail. __changed:

☐ Interp contemporaneously by me ☐ I agree w/ confirm computer reading

| CBC | Chemistries | | UA |
|---|---|---|---|
| normal | normal | Ca | normal |
| nml except | nml except | CK | nml except |
| WBC 12.6 | Glu | CKMB | WBC |
| Hgb 13/40 | Na 135 | Troponin | RBC's |
| Hct | K 3.6 | | bacteria |
| Platelets | Cl | PT | dip: |
| segs | CO2 | PTT | |
| bands | BUN | INR | |
| lymphs | Creat | Theoph= | |

Pulse Ox time__ __% RA __L/min

Interpretation__

| ABG's | | | Peak Flow |
|---|---|---|---|
| time: | __RA | | time: |
| pH | __O2 | | |
| pCO2 | __L | | __L/Min |
| pO2 | __% | | __% predicted |

**EMERGENCY DEPARTMENT COURSE:**

Time__ __unchanged __improved __re-examined

air movement: __poor __fair __good

$O_2$ Ac ... 24/44

Crit Care__ min (excluding separately billable procedures)

Discussed with Dr: Aferina Time__

patient will be seen in: office / ED / hospital

Counseled patient / family regarding: lab results diagnosis need for follow-up

Prior records ordered / reviewed / see ED course

Rx given__

**CLINICAL IMPRESSION**

Dyspnea - acute — Acute Pulmonary Edema

COPD - acute exacerbation — Congestive Heart Failure

Hypoxemia

Follow up with Dr. Hypoxemia

DISPOSITION- ☐ discharged ☐ admitted ☐ transferred

Time__ ☐ placed in obs (See obs template) ☐ Left AMA

CONDITION- ☐ unchanged ☐ improved ☐ stable

ARNP / PA__

PHYSICIAN- [signature] Time__

PHYSICIAN-__ Time__

☒ T Complete ☐ T Sheet Add On__ ☐ Other__

WmVa 0007

© 2001 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

23c Greater Southeast Community Hospital
Corporation I ☐ DC General
EMERGENCY PHYSICIAN RECORD
Continuation Progress Note

Magbie Jonathan

1500

Receives labs => Glu of 56, which treated c̄ 1 Amp D50W I.V.

$O_2$ ~ 90% on RA =>
99 c̄ 2L/NC

Called the DC Jail infirmary => no ability [illegible] support medical ventilator support or $O_2$ at Infirmary

Pt to be admitted for hypovolemia (BP 80 [illegible]), hypoglycemia & respiratory distress

[signature]

[illegible] $O_2$ ~ 95 on Room Air
BP 91/49 Pt alert Oriented.

May only need [illegible] which the DC Jail Infirmary can provide [illegible] DC Jail => Will arrange for [illegible] for Mr Magbie [illegible]

Time:______ better / worse / same no / mod. / sev distress
alert / stupor / coma vitals- stable / ______

PROCEDURES
Intubated bag/valve
ET tube readjusted
O2 adjusted to____
central line placed
fluid challenge
______ cc NS

Time:______ better / worse / same no / mod. / sev distress
alert / stupor / coma vitals- stable / ______

PROCEDURES
Intubated bag/valve
ET tube readjusted
O2 adjusted to____
central line placed
fluid challenge
______ cc NS

## Procedure Notes

**INTUBATION**
__Intubated with #____ETT curved / straight blade nasal / oral______
preoxygenated / premedicated ______
placement confirmed by: auscultation CXR placement corrected

**CENTRAL LINE**
__central line placed __-lumen __-gauge __Betadine prep____
anesthesia- ____cc local lidocaine / ______
position- L / R __femoral __subclavian ______
__internal jugular (post. / ant. / infer. approach)____
__sutured __good blood return __position confirmed on CXR____

**CHEST TUBE**
__chest tube inserted (____French) __Betadine prep____
anesthesia- ____cc local lidocaine / marcaine / ______
position- mid / ant / post axillary line ______ interspace____
__sutured in place __positioned confirmed on CXR______
return- air / blood ______ __connected to suction____

OTHER __see reverse______

WmVa 0008



Greater Southeast Community Hospital
1310 Southern Avenue, S.E.
Washington, D.C. 20032

# NEURO / PAIN

PAGE 2

IMPRINTER

## NEURO ASSESSMENT

| ADULT Eye Opening | | Verbal Response | | Motor Responses | | Limb Strength | | PEDIATRIC Eye Opening | | Verbal Response | | Motor Responses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Spontaneous | 4 | Oriented | 5 | Obeys Commands | 6 | Normal Strength | 5 | Spontaneous | 4 | Smiles, Interacts | 5 | Spontaneous Mov. | 6 |
| To Voice | 3 | Confused | 4 | Localizes (Pain) | 5 | Mild Weakness | 4 | To Voice | 3 | Consolable | 4 | Localizes (Pain) | 5 |
| To Pain | 2 | Inappropriate words | 3 | Withdraws (Pain) | 4 | Severe Weakness | 3 | To Pain | 2 | Cries to Pain | 3 | Withdraws (Pain) | 4 |
| None | 1 | Incomprehensible | 2 | Flexoprn (Pain) | 3 | Flexion | 2 | None | 1 | Moans to Pain | 2 | Abnormal Flexion | 3 |
| | | None | 1 | Extension (Pain) | 2 | Extension | 1 | | | None | 1 | Abnormal Extension | 2 |
| | | | | None | 1 | None | 0 | | | | | None | 1 |

| Time | Eye Opening | Verbal Response | Motor Response | LIMB STRENGTH Left Arm | Right Arm | Left Leg | Right Leg | Comments | Initials |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## PAIN FLOW SHEET

| Date | Time | Pain Rating | Location of Pain | Pain Medication Given/Route | Pain Rating 1 Hr after Medication | LOS | Nurse Initials |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CODES FOR ASSESSMENT

**LOS - Level of Sedation**
1. Alert; easy to arouse
2. Occasionally drowsy; easy to arouse
3. Frequently drowsy
4. Somnolent; difficult to arouse
5. Sleep; easy to arouse.

**S/E - Side Effects**
O = None
N = Nausea
V = Vomiting
I = Itching
R = Urinary Retention

Signature/Title/Initials: ______ Date: ______
Signature/Title/Initials: ______ Date: ______
Signature/Title/Initials: ______ Date: ______
Signature/Title/Initials: ______ Date: ______
Signature/Title/Initials: ______ Date: ______
Signature/Title/Initials: ______ Date: ______
Signature/Title/Initials: ______ Date: ______

WmVa 0009

GSCH Form 165-B Rev 11/03

Greater Southeast Community Hospital
1310 Southern Avenue, S.E.
Washington, D.C. 20032

Patient's Name:

Unit #:

| DATE/TIME | NURSING PROGRESS NOTES |
|---|---|
| [illegible] 2145 | Patient arrived from DC Jail c/o Vent dependency requiring Vent FiO2 @ 100%. SOB. Patient [illegible]. Patient appears to be in no distress. Pulse ox 97% on RA. — [signature] |
| 2400 | Patient resting — NAD — [signature] |
| | IV started (R) forearm. Blood obtained & sent to lab. Portable chest xray completed [signature] |
| 0300 | Patient continue to rest. Awaiting response of possible admission to OR (the infirmary) DC Jail. [signature] |
| 0500 | No change. Patient resting [signature] |
| 1/21/08 0715 | Received pt alert, responsive verbally. Denied any pain. Ø SOB noted. Ø respiratory distress noted. Pt has been discharged waiting for room to be prepared @ Command Ct. [signature] |
| 0950 | Pt's BP 68/42, 500 ml NS bolus administered as ordered. BP ↑ 92/55. NS infusing @ 150 ml per hour as ordered. Pt is in Ø acute distress Ø respiratory distress or SOB noted. Will continue to monitor, pt waiting to be transferred to DC jail [signature] |
| [illegible] 1145 | Pt transferred by [illegible] to jail — Ø acute distress noted Ø respiratory or SOB noted. VS BP 107/68. Transferred via Silver Spring Ambulance — [signature] |

WmVa 0010

Greater Southeast Community Hospital
1310 Southern Avenue, S.E.
Washington, D.C. 20032

# Emergency Department Progress Notes

ER ESG
ROTINFO,MAGBIE JONATHAN S
K50933038 M 27
ILUYOMADE,ROTIMI A. CSR ADM.AG 1
02/10/77 BAP 09/20/04
V000000513398

IMPRINTER

IV
Time 0045
Site RFA
Catheter size #22
By [illegible]

IV
Time
Site
Catheter size
By

☐ Seizure Precautions
☐ Cardiac Monitor @

NG Tube
Time
By

Foley
Time
By

Accucheck #
Time
By

Accucheck #
Time
By

Accucheck #
Time
By

VITAL SIGNS

| Date/Time | Pain (0 - 10) | Temp. | Pulse | Resp | BP | FIO2 | Pulse Ox | Initial |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 9/21 0140 | 0/10 | 98.3 | 96 | 12 | 87/53 | RA | 97% | [illegible] |
| 9/21 0300 | 0/10 | 98.8 | 92 | 12 | 93/49 | RA | 98% | [illegible] |
| 9/21 [illegible]00 | 0/10 | | 88 | 19 | 94/54 | RA | 96% | [illegible] |
| [illegible]15 | NR | 97.1 | 93 | 16 | 95/58 | RA | 96% | BA |
| 9/21 0615 | 0/10 | 97.8 | 97 | 18 | 65/48 | RA | 96% | BA |
| 9/21 [illegible]0 | 0/10 | 97.6 | 87 | 18 | 93/55 | RA | 100% | BA |
| 9/21 [illegible]00 | 0/10 | 98.2 | 71 | 18 | 99/60 | RA | 100% | BA |

VITAL SIGNS

| Date/Time | Pain (0 - 10) | Temp. | Pulse | Resp | BP | FIO2 | Pulse Ox | Initial |
|---|---|---|---|---|---|---|---|---|
| 1125 9/21 | 0/10 | 97.6 | 73 | 20 | 107/68 | RA | 100% | BA |

INTAKE/IV FLUIDS

| TIME STARTED | TYPE/VOLUME/RATE | SIG. | DATE/TIME INFUSED | SIG. |
|---|---|---|---|---|
| [illegible] | NS wide open | | | |
| [illegible] | IV NS 500ml bolus | BA | 9/21 0940 | |
| [illegible]0 | IV NS @150ml/hr | BA | | |

OUTPUT

| TIME | TYPE | AMOUNT | SIG. |
|---|---|---|---|
| | | | |

MEDICATIONS

| Date/Time | Medication | Amount | Route/Site | By |
|---|---|---|---|---|
| 9/21 0143 | Dextrose 50 | 50gm | IV | [illegible signature] |

WmVa 0011

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE. SE WASHINGTON, DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN, M.D.

# PATHOLOGY LABORATORY FINAL REPORT

PATIENT: NOINFO,MAGBIE JONATHAN  ACCT #: V00000513398  LOC: ER  U #: M00933038
AGE/SX: 27/M  ROOM:  REG: 09/20/04
REG DR: VAUGHN,WILLIAM  STATUS: DEP ER  BED:  DIS:

## HEMATOLOGY / COAGULATION

### CBC/PLATELET

| Date | Time | WBC (4.0-11.5) K/CUMM | RBC (4.30-5.70) M/CUMM | HGB (12.6-17.3) GM/DL | HCT (38.0-52.0) % | MCV (85-97) FL | MCH (27.0-31.0) PG | MCHC (32.0-36.0) % |
|---|---|---|---|---|---|---|---|---|
| => SEP 21 | 0045 | 12.6 H | 5.00 | 13.6 | 40.9 | 82 L | 27.2 | 33.2 |

| Date | Time | RDW (11.5-14.5) % | MPV (7.4-10.4) FL | PLTCNT (150-450) K/CUMM |
|---|---|---|---|---|
| => SEP 21 | 0045 | 13.6 | 6.6 L | 381 |

### 5 CELL DIFFERENTIAL

| Date | Time | C-NEUTRO (38.0-78.0) % | C-LYMPH (15.0-50.0) % | C-MONO (1.0-11.4) % | C-EOSIN (0.0-10.0) % | C-BASO (0.0-3.0) % | AB-NEUTRO (1.5-9.0) K/CUMM | AB-LYMP (0.6-5.8) K/CUMM |
|---|---|---|---|---|---|---|---|---|
| => SEP 21 | 0045 | 62.2 | 27.0 | 5.0 | 5.2 | 0.6 | 7.9 | 3.4 |

| Date | Time | AB-MONO (0.0-1.3) K/CUMM | AB-EOSIN (0.0-1.2) K/CUMM | AB-BASO (0.0-0.4) K/CUMM |
|---|---|---|---|---|
| => SEP 21 | 0045 | 0.6 | 0.7 | 0.1 |

### ROUTINE COAGULATION

| Date | Time | PT (12.1-14.3) SECS | INR | PTT (21.2-35.5) SECS |
|---|---|---|---|---|
| => SEP 21 | 0045 | 12.9 | 1.17(a) | 20.9 L |

NOTES: (a) RECOMMENDED INR THERAPEUTIC RANGE FOR ORAL ANTICOAGULANT THERAPY (2.0 - 3.0) MECHANICAL PROSTHETIC VALVES HIGH RISK (2.5 - 3.5)

Patient: NOINFO,MAGBIE JONATHAN  Age/Sex: 27/M  Acct#: V00000513398  Unit#: M00933038

CHART DATE: 09/22/04

** CONTINUED ON NEXT PAGE **

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE. SE WASHINGTON, DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN, M.D.

# PATHOLOGY LABORATORY FINAL REPORT

PATIENT: NOTINEO, MAGGIE JONATHAN — ACCT #: V00000513998 — LOC: ERS — U #: M00933038
AGE/SX: 27/M — ROOM: — REG: 09/20/04
STATUS: DER ER — BED: — DIS:
ATG DR: VAUGHN, WILLIAM S

## CHEMISTRY

### ROUTINE CHEMISTRY

| | Date | Time | SODIUM (134-143) MMOL/L | POTASSIUM (3.4-4.9) MMOL/L | CHLORIDE (98-107) MMOL/L | CO2 (22-32) MMOL/L | GLUCOSE (65-99) MG/DL | BUN (8-23) MG/DL | CREATININE (0.7-1.2) MG/DL |
|---|---|---|---|---|---|---|---|---|---|
| -> | SEP 21 | 0045 | 135 | 3.6 | 101 | 17 L | 58(b) *L | 15 | 0.9 |

| | Date | Time | ALBUMIN (3.4-4.7) G/DL | TOT PROTEIN (5.8-8.0) G/DL | CALCIUM (8.7-10.1) MG/DL | AST (SGOT) (16-41) IU/L | ALK PHOS (32-91) IU/L | TOT BILI (0.3-1.3) MG/DL | ALT (SGPT) (12-59) IU/L |
|---|---|---|---|---|---|---|---|---|---|
| -> | SEP 21 | 0045 | 3.4 | 8.3 H | 8.8 | 12 L | 90 | 1.9 H | 16 |

| Date | Time | AMYLASE (23-134) U/L | LIPASE (8-57) U/L |
|---|---|---|---|
| SEP 21 | 0045 | 40 | 14 |

NOTES: (b) NORMAL RANGE CHANGED EFFECTIVE 06/07/04

Patient: NOTINEO, MAGGIE JONATHAN — Age/Sex: 27/M — Acct#V00000513998 — Unit#M00933038

CHART DATE: 09/22/04

** END OF REPORT **

GREATER SOUTHEAST COMM. HOSP.
WASHINGTON, DC 20032

STAT BROADCAST REPORT

Name: NOINFO,MAGBIE JONATHAN
Acct: V00000513398
Reg: 09/20/04

Unit#: M00933038
Disch:
Loc: ERG

Age/Sex: 27/M
Status: REG ER
Attend Dr:

Specimen: 0921:CA00011S
VER: 09/21/04 0121

Collected: 09/21/04-0045 Status: COMP Req#: 00505140
Received: 09/21/04-0049 Subm Dr: VAUGHN,WILLIAM S.

| Test | Result | Flag | Reference |
|---|---|---|---|
| PT/PTT | | | |
| > PT | 12.9 | | 12.1-14.3 SECS |
| > INR | 1.17 | | |
| | RECOMMENDED INR THERAPEUTIC RANGE FOR ORAL ANTICOAGULANT THERAPY (2.0 - 3.0) MECHANICAL PROSTHETIC VALVES HIGH RISK (2.5 - 3.5) | | |
| > PTT | 20.9 | L | 21.2-35.5 SECS |

** END OF REPORT **

WmVa 0014

GREATER SOUTHEAST COMM. HOSP.
WASHINGTON, DC 20032

STAT BROADCAST REPORT

me: NOINFO,MAGBIE JONATHAN
ct: V00000513398
g: 09/20/04

Unit#: M00933038
Disch:
Loc: ERG

Age/Sex: 27/M
Status: REG ER
Attend Dr:

ecimen: 0921:H00025S
R: 09/21/04 0052

Collected: 09/21/04-0045 Status: COMP Req#: 00505140
Received: 09/21/04-0049 Subm Dr: VAUGHN,WILLIAM S.

| Test | Result | Flag | Reference |
|---|---|---|---|
| CBCDFS | | | |
| WBC | 12.6 | H | 4.0-11.5 K/CUMM |
| RBC | 5.00 | | 4.30-5.70 M/CUMM |
| HGB | 13.6 | | 12.6-17.3 GM/DL |
| HCT | 40.9 | | 38.0-52.0 % |
| MCV | 82 | L | 85-97 FL |
| MCH | 27.2 | | 27.0-31.0 PG |
| MCHC | 33.2 | | 32.0-36.0 % |
| RDW | 13.6 | | 11.5-14.5 % |
| MPV | 6.6 | L | 7.4-10.4 FL |
| PLTCNT | 381 | | 150-450 K/CUMM |
| C-NEUTRO | 62.2 | | 38.0-78.0 % |
| -LYMPH | 27.0 | | 15.0-50.0 % |
| MONO | 5.0 | | 1.0-11.4 % |
| C-EOSIN | 5.2 | | 0.0-10.0 % |
| C-BASO | 0.6 | | 0.0-3.0 % |
| AB-NEUTRO | 7.9 | | 1.5-9.0 K/CUMM |
| AB-LYMP | 3.4 | | 0.6-5.8 K/CUMM |
| AB-MONO | 0.6 | | 0.0-1.3 K/CUMM |
| AB-EOSIN | 0.7 | | 0.0-1.2 K/CUMM |
| AB-BASO | 0.1 | | 0.0-0.4 K/CUMM |

** END OF REPORT **

GREATER SOUTHEAST COMM. HOSP.
WASHINGTON, DC 20032

STAT BROADCAST REPORT

ma: NOINFO,MAGBIE JONATHAN
ct: V00000513398
g: 09/20/04

Unit#: M00933038
Disch:
Loc: ERG

Age/Sex: 27/M
Status: REG ER
Attend Dr:

ecimen: 0921:C00047S
R: 09/21/04 0121

Collected: 09/21/04-0045 Status: COMP Req#: 00505140
Received: 09/21/04-0049 Subm Dr: VAUGHN,WILLIAM S.

| Test | Result | Flag | Reference |
|---|---|---|---|
| *CHEM12* | | | |
| SODIUM | 135 | | 134-143 MMOL/L |
| POTASSIUM | 3.6 | | 3.4-4.9 MMOL/L |
| CHLORIDE | 101 | | 98-107 MMOL/L |
| CO2 | 17 | *L* | 22-32 MMOL/L |
| GLUCOSE | 58 | **L* | 65-99 MG/DL |
| | *NORMAL RANGE CHANGED EFFECTIVE 06/07/04* | | |
| BUN | 15 | | 8-23 MG/DL |
| CREATININE | 0.9 | | 0.7-1.2 MG/DL |
| ALBUMIN | 3.4 | | 3.4-4.7 G/DL |
| TOT PROTEIN | 8.3 | *H* | 5.8-8.0 G/DL |
| CALCIUM | 8.8 | | 8.7-10.1 MG/DL |
| AST (SGOT) | 12 | *L* | 16-41 IU/L |
| ALK PHOS | 90 | | 32-91 IU/L |
| TOT BILI | 1.9 | *H* | 0.3-1.3 MG/DL |
| ALT (SGPT) | 16 | | 12-59 IU/L |
| AMYLASE | 40 | | 23-134 U/L |
| LIPASE | 14 | | 8-57 U/L |

** END OF REPORT **

Greater Southeast Community Hospital
1310 Southern Ave., SE, Washington, D.C. 20032

ER ERG
KOINFO, MAGBIE JONATHAN
K00933038 M 27
ILUYOMADE, KOTINI A.
02/10/77 BAP COR ADM. AG
0200513398 09/20/04
Imprinter

# NOTICE ACKNOWLEDGEMENT

Purpose: This form is used to document an individual's acknowledgement of receipt of our Privacy Practices Notice or our good faith, but unsuccessful effort to obtain that acknowledgement. We are not obligated to attempt to obtain this acknowledgement in an emergency treatment situation.

SECTION A: Individual receiving Privacy Practices Notice.

Name: ______

Address: ______

Telephone: ______ Medical Record #: ______

TO THE INDIVIDUAL: Please complete the following acknowledgement.

I acknowledge that I received the Privacy Practices Notice of ☒ GSCH ☐ DCG

Signature: X Pt- Unable To Sign Date: 9/20/04

If this authorization is signed by a personal representative on behalf of the individual, complete the following:

Personal Representative's Name: ______

Relationship to Individual: ______

SECTION B: Good faith effort to obtain acknowledgement (complete only if you fail to get individual's signed acknowledgement on this form or otherwise).

☐ Individual refused or was unable to sign an acknowledgement that the individual received our Privacy Practices Notice. Describe your good faith effort to obtain the individual's signed acknowledgement and the reason you were unsuccessful:

______

☐ Individual received the joint Privacy Practices Notice applicable to our organization from another participant in an organized health care arrangement with us. We are therefore not required to deliver a Notice or obtain an acknowledgement.

☐ Individual received our Privacy Practices Notice in connection to an emergency treatment situation. We are therefore not required to obtain an acknowledgement.

☐ Yes ☐ No Patient /Patient Representative agree to be listed in our facility directory.

I attest that the above information is correct.

Signature: A. Glesen Date: 9/20/04

Include completed form in the individual's medical records.

WmVa 0017

☐ Greater Southeast Community Hospital

ER ERG
BIE JONATHAN
M 27
,ROTIMI A.
GAP COR ADM.AG
09/20/04 IMPRINTER

# YOUR RIGHTS & RESPONSIBILITIES

As a patient at Greater Southeast Community Hospital, you are the central part of your health care team. Your understanding of your condition and participation in your care are important. You have both rights and responsibilities.

## YOU HAVE THE RIGHT TO:

- respectful and considerate treatment;
- know by name the doctors, nurses and staff members who care for you;
- know the hospital rules and regulations that apply to your conduct as a patient;
- obtain complete and current information from your doctor concerning your condition and treatment;
- know the reason you are given various tests and treatments;
- know the nature and risks of procedures and treatments prescribed for you;
- have visitors or to limit the number of visitors you receive;
- expect all communications and other records regarding your care, including the source of payment, to be kept confidential;
- request a consultation or second opinion from another doctor;
- change doctors or hospitals;
- examine your hospital bill and have it explained to you;
- have impartial access to the medical resources of the hospital indicated for your care without regard to race, color, creed, national origin, age, sex, disability or source of payment;
- refuse to participate in research or educational projects;
- be informed of the services available at this hospital;
- participate in the planning of your medical treatment through discussions with your health care team;
- refuse treatment to the extent permitted by law and to be informed of the consequences of your refusal;
- be given advance notice of transfer or discharge, when required for medical reasons or your welfare; and
- refuse release of your medical records, except as required by law;
- personal privacy;
- receive care in a safe setting;
- be free from all forms of abuse or harassment;
- be free from seclusion and restraints of any form;
- assessment and management of pain;
- a grievance mechanism.

## YOU HAVE RESPONSIBILITIES ALSO, AND WE ASK YOU TO:

- bring with you information about past illnesses, hospitalizations, medications and other matters relating to your health;
- cooperate with all hospital personnel caring for you and ask questions if you do not understand any directions given to you;
- be considerate of other patients and hospital personnel and see that your visitors are considerate as well, particularly in regard to noise and the number of visitors;
- promptly provide information for insurance processing and be prompt about asking questions concerning medical costs;
- be respectful of others and property that belongs to the hospital or others;
- abide by hospital rules and regulations and see that your visitors do likewise;
- keep appointments or cancel in advance when you can't keep a scheduled appointment;
- help your doctors, nurses and other medical personnel in their efforts to care for you by following their instructions;
- follow the treatment recommended by your doctor and notify him or her of any changes;
- respect the privacy of your roommate;
- accept the financial obligations associated with your care;
- assume the consequences of refusal of treatment;
- advise your nurse, doctor or Patient Advocate of any concerns you may have in regard to your care at the hospital;
- ask your doctor or nurse what to expect regarding pain and pain management.

+ PT Unable TO Sign [handwritten]
Patient Signature

9/20/04
Date

A. Glasco [signature]
Witness

ADVANCE DIRECTIVES

☐ YES ☐ No

GSCH Form 1053 2/02 WHITE-Medical Records YELLOW-Patient

WmVa 0018



GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 Southern Avenue, S.E.
Washington, D.C. 20032
(202) 574-6000

ER ERG
KOIKE O, RICBIE JONATHAN
K00933035 M 27
ILUYOKADE, ROTIMI A
02/10/77 BAP COR ADM, AG
V00000518598 09/20 ADMPRINTER

## GRIEVANCE PROCEDURES

1. Any patient and/or his/her representative who has a concern or wishes to discuss a grievance may do so, first by requesting a conference with the Nurse Manager. Concerns/grievances should be made known within a reasonable period of time.

2. If the concern is not resolved to the patient's satisfaction, the patient may request to see the Patient Advocate. She/he will meet with the patient and/or the representative, discuss the concern, investigate it in whatever way is appropriate, and respond to the patient within a reasonable period of time, but not to exceed two (2) weeks. The Patient Advocate may be contacted at (202) 373-5990.

3. If the patient and/or the representative are still dissatisfied, he/she should submit the grievance in writing, to the Chief Medical Officer. The complaint should contain the name and address of the person filing and briefly describe the concern. The Chief Medical Officer and/or the designee shall conduct the investigation and respond to the patient and/or representative within thirty (30) days of receipt of the complaint.

4. If the patient is still dissatisfied with the findings and recommendations of the Chief Medical Officer, the patient and/or the representative may appeal in writing to the:

   - Chief Executive Officer
     1310 Southern Avenue, SE
     Second Floor
     Washington, DC 20032
     Telephone: (202) 574-6611

   - Department of Health
     Health Regulation Administration, 2nd Floor, East Wing
     825 North Capital Street, N.E.
     Washington, DC 20002
     Hot Line (202) 442-5833 Fax (202) 442-9430

   - Centers For Medicare and Medicaid Services
     The Public Ledger Building
     Suite 216
     150 South Independence Mall West
     Philadelphia, PA 19106

The above has been discussed with me and/or my representative and the contents are fully understood.

Pt Unable to Sign
Signature of Patient
Uffed

9/20/04
Date

Patient's Agent or Representative

T. Glasco
Witness

019

GSCH Form 1054 2/00 WHITE-Medical Record Yellow-Patient

ɩEATER SOUTHEAST HOSPITAL
0 Southern Avenue SE
-hington D.C. 20032

202-574-6000

Name: NOINFO,MAGBIE JONATHAN
Phys: VAUGHN,WILLIAM S.
Dob: 02/10/1977 Age: 27 Sex: M
Acct: V00000513398 Loc: ERG
Exam Date: 09/21/2004 Status: DEP ER
Radiology No:
Unit No: M00933038

| M# | TYPE/EXAM | RESULT |
|---|---|---|
| ı660080 | XR/CHEST SINGLE VIEW | |

CLINICAL HISTORY: SOB.

CHEST SINGLE VIEW:
There is marked dextroscoliosis of the thoracolumbar spine. The cardiac silhouette measures within normal limits. The lungs are free of infiltrates and effusions. The tracheotomy tube is seen with its tip well above the carina.

*IMPRESSION:*
*MARKED DEXTROSCOLIOSIS OF THE THORACOLUMBAR SPINE BUT NO ACUTE CARDIOPULMONARY DISEASE PROCESS IS IDENTIFIED.*

** REPORT SIGNATURE ON FILE 09/22/2004 **
Reported By: Charles Hunter MD
Signed By: Charles Hunter

CC: ILUYOMADE,ROTIMI A.; VAUGHN,WILLIAM S.

Technologist: MAYES,CARLOS
Transcribed Date/Time: 09/21/2004 (1428)
Transcriptionist: RAD.BG
Printed Date/Time: 10/14/2004 (0957)

Greater Southeast Community Hospital
1310 Southern Avenue, S.E.
Washington, D.C. 20032

Patient's Name:

Unit #:

## DISCHARGE ASSESSMENT

Living Arrangements Prior to Visit: ☐ Private Home ☐ Nursing Home ☐ Homeless ☐ Group Home ☑ Other DC Jail

## CURRENT STATUS:

☐ Independent ☐ Ambulatory ☐ Ambulates w/Assist. ☐ Assistance Required ☑ Dependent ☐ Confined to Chair

☑ Confined to Bed ☐ Other:

Explain/Comments:

## ASSESSMENT / IDENTIFIED NEEDS:

1) ☑ No Problems Noted / No Further Intervention Required
2) ☐ Home Health Care
3) ☐ Placement/Shelter
4) ☐ High Risk Mother/Child
5) ☐ Counseling
6) ☐ Dur. Med. Equip./Supplies
7) ☐ Maltreatment Issues
8) ☐ Substance Abuse
9) ☐ Education/Teaching
10) ☐ Prescription(s)
11) ☐ Transportation
12) ☐ Clothing
13) ☐ Diabetic Consult Entered: ☐ Yes ☐ No
14) ☑ Other: Social Services

## PLAN: To be completed by Care Management

1) ☐ Counseling 2) ☐ Home Health Care (specify agency)
3) ☐ Facilitate Placement (specify) 4) ☐ Community Referrals (specify)
5) ☐ Order D.M.E. (specify agency) 6) ☐ Other:

Comments:

Discussed with
Patient or Responsible Party

who is aware of and in agreement with the above discharge plan.

Signature Title Date

## DISPOSITION DOCUMENTATION

Admitted Time:

Time Report Called:

Time Transported to Floor:

IV/O2/Monitor/NGT N/A

Discharge to: Home/SNF/Other: DC Jail

IV/Saline Lock d/c'd: Yes ✓ No ___ N/A ___

Accompanied by: Correctional Officer

Via: Ambulatory / W/C / (Stretcher)

Rx given with explanation: Yes ___ No ___ N/A ✓

Meds dispensed by MD: Yes ___ No ___ N/A ✓

VS: T 97.6 P 73 R 20 B/P 107/68

Pain: 0 /10 Pulse Ox: 100% FHT

(Patient) / Significant Other / Caregiver (Verbalizes understanding Discharge instruction & Follow-up.)

Interpreter: Yes ___ N/A ✓

Condition on Discharge stable

Splint application: CMS intact Yes ___ N/A ✓

Approved/Viewed by MD/PA: Yes ___ N/A ✓

Crutch/cane walking w/return demonstration: Yes ___ N/A ✓

Informed consent immunization administration: Yes ___ Lot # ___ N/A ✓

WmVa 0021

Signature: [illegible] Date: 8/21/04 Time: 1140

GSCH Form 165-R Rev.6/04

Ms. Bristor

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 Southern Avenue, S.E., Washington, D.C. 20032

NAME: M

UNIT NUMBE

NOINFO,MAGBIE JONATHAN
M00933038 V00000513398
02/10/77 27 M B
Phys: ILUYOMADE,ROTIMI A.
DOS: 09/20/04

# DISCHARGE PATIENT INSTRUCTIONS

☐ **WOUND AND SUTURE CARE**

1. Call for appointment for wound check and/or suture removal as instructed below.
2. Keep the area clean, dry and covered. Wash daily with soapy water.
3. Change dressing daily, more often if soiled, or as instructed.
4. If the area becomes red, swollen, more painful, red streaks, fever, or drainage of pus occurs, contact your doctor or the Emergency Department.
5. Limit activity if sutures are near a joint.
6. Tetanus-diptheria Toxoid given. ☐ Yes ☐ No

☐ **EYE INJURIES**

1. Rest eyes, stay in a darkened room. No reading or watching TV.
2. If eye patch used, leave on for ________ hours, or until seen by Eye Doctor (Ophthalmologist).
3. No driving or operating machinery while one eye is patched.
4. Return to Emergency Room immediately if: increase eye pain, loss of vision, or worsening symptoms.

☐ **SPRAIN AND BRUISE CARE**

1. As long as pain or discomfort is present, limit use of involved area.
2. Keep the injured part elevated above the level of the heart as much as possible for the first 48 hours.
3. Place cold compresses or ice bags to the involved are 20 min. on the injury then 20 min. off, for the first 48 hours.
4. If pain or swelling is present longer than 3-5 days you should be rechecked by your doctor.
5. No jewelry on injured hand or arm.
6. Use crutches for ____________ days.

**HEAD INJURY CASE**

*No serious brain injury was found at the time of examination. Sometimes swelling of the brain or bleeding may occur hours after the injury. For this reason:*

1. You may allow the patient to sleep. However, you should wake patient every 4 hours during the night of an injury.
2. Nausea and occasional vomiting are often present, especially in children. Do not give solid food if this is present.
3. Patient may take nothing stronger than Tylenol for headache. No alcohol drinks or drugs that alter behavior should be used.
4. Return to the Emergency Department or call 911 if:
   - You cannot arouse (wake) the patient.
   - The patient has persistent nausea and vomiting.
   - The patient has unequal pupils.
   - The patient appears confused or has decreasing alertness.
   - The patient has a seizure (convulsion or fit).
   - The patient is unable to keep balance.
   - Unusual behavior or not acting normal.

☐ **X-RAYS**

X-rays taken have been read by the emergency physicians and you have been given TEMPORARY emergency room reading of them. All films are later examined by Radiologist and there will be occasional difference of opinion as to the final results of the x-rays. You will be notified by emergency room personnel if there are any later findings that might require a change in care.

☐ **OTHER INSTRUCTIONS:**

Nasal O2 at nighttime as needed

☐ **VOMITING - DIARRHEA - FLUID CARE**

1. Drink clear liquids for one/two days. Pedialyte, Gatorade, juice or flat soda.
2. Progress to semi-solid foods, if clear liquids are well tolerated. This includes applesauce, bananas, rice, cereal, mashed potatoes. Chicken soup with noodles may be tried.
3. For children on formula, once improved on clear liquids begin with half strengthen soy formula (dilute formula with equal amounts of water). Use 1-2 days and then progress to full strength.
4. Return to Emergency Room or call your doctor if: (see ABDOMINAL PAIN CARE)

☐ **ABDOMINAL PAIN CARE**

1. Return to the Emergency Room or follow up with your doctor if:
   A. Pain becomes more severe.
   B. Vomiting persists.
   C. Blood appears in vomitus, urine or stool.
   D. Fever develops or increases.
   E. Abdomen becomes distended or swollen.
   F. Discoloration of skin, eyes, urine, or stool.
   G. Bowel movements are too frequent or absent.
   H. Urine output decreases.
   I. If child cries without tears.
   J. Condition fails to improve as expected.

☐ **FEVER CARE**

When your child has a fever you can do several things to decrease the fever and to make your child more comfortable. Always remember that a fever is a sign that your child is ill. You should contact your doctor if your child's fever is high (greater than 102 degrees Fahrenheit) or persists for several days, if your child is under 6 months of age or if your child appears ill to you.

1. Dress lightly while indoors. Encourage fluids ie: Pedialtye, juice, Gatorade and jello. No heavy fluids such as milk.
2. Normal temperature bath for 10 to 15 minutes will also help lower fever. No cold water or rubbing alcohol.
3. Tylenol every 4 hours for control of fever. No ASPIRIN.

Recommended dosage and preparation of "Tylenol" (Acetaminophen) are as follows:

| Patient's Wt. | Tylenol Drops | Elixir | Chewable | Regular Adult |
|---|---|---|---|---|
| 6-11 lbs. | 0.4 ml. | no | no | no |
| 12-17 lbs. | 0.8 ml | 1/2 tsp. | no | no |
| 18-23 lbs. | 1.2 ml | 3/4 tsp. | no | no |
| 24-35 lbs. | 1.6 ml | 1 tsp. | no | no |
| 36-47 lbs. | no | 1 & 1/2 tsp. | no | no |
| 48-59 lbs. | no | 2 tsps. | 2 | 1 |
| 60-71 lbs. | no | 2 & 1/2 tsp. | 2 & 1/2 | 1 & 1/2 |
| 72-95 lbs. | no | 3 tsps. | 3 | 1 & 1/2 |
| 96 lbs & over | no | no | 4 | 2 |

☐ **YOUR DIAGNOSIS:** Hypoglycemia resolved
Hypovolemia - resolved

☐ **MEDICATIONS GIVEN IN ED:** Bronchitis - stable
Normal Saline / Gluc.

☐ **PRESCRIPTIONS:** Plenty of fluids

☐ This medication may cause drowsiness. No driving or operating machinery.

CONTACT DR. Jail (JF) TELEPHONE ____________ WITHIN 1-2 DAYS FOR:
Examination of Wound/Sutures. ☐ Suture Removal in ____ Days ☐ Dressing Change ☐ Recheck of Your Condition ☐ Continuation of Care

THE EXAMINATION AND TREATMENT THAT YOU HAVE RECEIVED HAS BEEN ON AN EMERGENCY BASIS ONLY, AND IS NOT INTENDED TO BE A SUBSTITUTE FOR COMPLETE MEDICAL CARE. SOME CONDITIONS CANNOT BE DEFINITELY DIAGNOSED IN THE EMERGENCY DEPARTMENT, AND MANY CONDITIONS CAN CHANGE RAPIDLY. HOWEVER, IF THE CONDITION FAILS TO IMPROVE OR WORSENS AFTER LEAVING THE EMERGENCY DEPARTMENT CONTACT THE ABOVE REFERRAL PHYSICIAN OR RETURN TO THE EMERGENCY DEPARTMENT.

DATE 9/21 TIME 11:35 NURSE [signature] DOCTOR/PA: [signature] WmVa 0022

I HAVE RECEIVED AND UNDERSTAND THE DISCHARGE FOLLOW-UP INSTRUCTIONS GIVEN TO ME AT THE GREATER SOUTHEAST COMMUNITY HOSPITAL EMERGENCY DEPARTMENT