Mary R. Scott, et al. v. District of Columbia, et al.
United States District Court for the District of Columbia

05CV01853

Exhibit No. 5          Deposition of Kevin Cooper, M.D.

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF COLUMBIA

 2                    Civil Division

 3    _____

 4    MARY SCOTT, Individually

      and As Personal Representative

 5    of the Estate of

      JONATHAN MAGBIE,

 6

                         Plaintiff,

 7

                 v.              Case No. 1:05-CV-01853

 8

      DISTRICT OF COLUMBIA,

 9    et al.,

10                       Defendants.

11    _____

12

13                    DEPOSITION OF

14              KEVIN R. COOPER, M.D.

15           10:00 a.m. - 12:45 p.m.

16                  May 21, 2007

17                Richmond, Virginia

18

19

20                    Job #181058

21

22       REPORTED BY:  Joseph C. Spontarelli, CCR
```

**Kevin R. Cooper, MD**

1    part of the routine care.  The doctor would

2    ordinarily write down how often he wanted the

3    vital signs taken.  It wouldn't be necessarily

4    included with every check every 30 minutes.

5         Q    If in fact that order was given and in

6    looking at it now in hindsight you would agree

7    that was an appropriate order and reasonable for

8    the care and treatment of Mr. Magbie at the CTF

9    after he was returned on September 21, 2004,

10   correct?

11        A    Yes.

12             MR. CONNOR:  Which order?

13             MR. GUZIAK:  The order of Dr. Nwosu.

14             MR. CONNOR:  There were multiple

15   orders.

16             MR. GUZIAK:  The one that indicated

17   suction patient's tracheotomy every eight hours,

18   check patient's oxygen level every shift, check

19   patient every 30 minutes, transfer patient via

20   ambulance to the Greater Southeast Community

21   Hospital in case of signs of serious breathing

22   difficulty after consulting with covering

**Kevin R. Cooper, MD**

Page 20

1    patient or she might call for an ambulance to

2    return the patient to the hospital immediately

3    depending on the nature of the problem.

4        Q    Clearly if in fact he was

5    non-responsive and in severe respiratory distress

6    that should have prompted him to be returned to

7    the emergency room, correct?

8        A    Yes; in addition to providing the

9    immediate care of suctioning, oxygen and

10   resuscitative bag.

11       Q    In fact, he wasn't suctioned and given

12   a -- I think the word is trach toilet.

13       A    That is one term that can be applied to

14   endotracheal suctioning, yes.  At what time do you

15   mean?

16       Q    After he was returned to the CTF on the

17   21st there's no record of him having a trach

18   toilet done on a regular basis or at least every

19   eight hours as ordered.  Would you agree that that

20   would have been not only a violation of orders but

21   could have resulted in an obstruction of mucus

22   build-up in his airway?

**Kevin R. Cooper, MD**

Page 22

1      Q     Do you see any indication that

2   Mr. Magbie was ever placed on a ventilator between

3   the 21th and the 24th?

4      A     No.

5      Q     Do you see any indication that he was

6   ever provided the use of a nasal canula after he

7   returned to the CTF?

8      A     I don't believe he received a nasal

9   canula but he did receive supplemental oxygen.

10  There is a record of receiving four liters of face

11  mask oxygen.

12     Q     Where was this, at the CTF?

13     A     Yes.  That refers to a note by Janice

14  Herring Long, R.N. on the 24th at 10:12 a.m.

15     Q     You would agree though, at least for

16  purposes of ventilating this patient at night,

17  that he should have been at least on a nasal

18  canula during the night while he was incarcerated

19  at the jail between the 21st and 24th.

20     A     No, not necessarily.  The provision of

21  oxygen would be appropriate if they checked his

22  oxygen saturation with a pulse oximeter and found

**Kevin R. Cooper, MD**

Page 23

```
1      it to be low.  They had checked his pulse oximetry

2      and found it to be in the normal range prior to

3      that episode on the 24th.

4           Q      So his pulse ox was in the normal range

5      from the 21st through the 24th at the CTF?

6           A      It was checked.  Would you like me to

7      go through the record and mention every time it

8      was checked?

9           Q      I'm just trying to determine whether it

10     was checked, first of all.  Two, whether in fact

11     it was checked regularly as it was ordered.

12          A      It was checked on the 20th and again on

13     the 21st.

14          Q      What was it on the 21st?

15          A      On the 21st at 8:44 a.m. it's recorded

16     as 98 percent.

17          Q      98 percent at 8:44 a.m. on the 21st?

18          A      Yes.  On the 23rd it was 95 percent.

19          Q      Do you see any record it was ever

20     checked between 8:00 a.m. on the 21st and the

21     23rd?

22          A      No.
```

**Kevin R. Cooper, MD**

Page 24

```
 1        Q      On the 21st at 8:44 a.m., I believe,

 2    that's approximately the time he returned directly

 3    from his care at the Greater Southeast Community

 4    Hospital Emergency Room, right?

 5        A      Excuse me.  That was 8:44 p.m. at the

 6    time when the pulse oximetry was 98 percent.

 7        Q      That would be the evening after he

 8    returned from seeing the emergency room staff at

 9    Greater Southeast, right?

10        A      That's correct.

11        Q      And then the next entry is on the 23rd

12    and it's 95, is that right?

13        A      Yes.

14        Q      Is that on room air or is that with

15    assistance?

16        A      That's on room air.

17        Q      What time is that?

18        A      7:45 a.m.

19        Q      Is there any other entry?

20        A      On the 24th at 7:45 a.m. the oxygen

21    saturation was 96 percent.  That's also on room

22    air.
```

**Kevin R. Cooper, MD**

Page 25

1       Q       Do you see any indication in the

2   records that he was placed on a nasal canula at

3   anytime between the 21st and his return to the

4   emergency room on the 24th?

5       A       No, he was not placed on nasal canula.

6   As I mentioned, he did receive oxygen by using a

7   an oxygen mask and that was after he was found in

8   distress at approximately 8:40 a.m. on the morning

9   of the 24th.

10      Q       At that time was he not found by

11  Patricia Singley, the guard, in distress?

12      A       This note is recorded by Janice Herring

13  Long, R.N.  I don't know if Miss Singley was also

14  involved in that incident.

15      Q       If in fact the records reflect that he

16  was locked in his cell without any nasal canula or

17  without being checked or without being given a

18  trach toilet throughout the evening of the 24th

19  would you agree that that would not have been

20  within the orders that were provided and given by

21  Dr. Nwosu?

22      A       What that would mean is that the record

Kevin R. Cooper, MD

Page 46

1    A   Yes.
2    Q   He doesn't have any shortness of breath
3  or any kind of wheezing noted at that point in
4  time, does he?
5    A   It's not mentioned in the record,
6  that's right.
7    Q   I think at this point in time he had
8  planned to admit the patient just for observation
9  overnight, correct?
10    A   Early in the night he planned to admit
11  and then later on he changed his mind.
12    Q   What is your understanding of how that
13  change of mind occurred or what the basis for it
14  was?
15    A   My understanding is that Dr. Vaughn
16  considered that Mr. Magbie might or might not
17  actually need a ventilator.  Because he wasn't
18  sure that he would need a ventilator he thought
19  that it would not be justified to admit him to the
20  hospital because of the possibility that he might
21  need a ventilator.
22        When he examined him at that point in

Page 47

1  time he seemed to be doing fine just on
2  supplemental oxygen and even when he took the
3  oxygen off his oxygen saturation stayed up in a
4  good range.
5    Q   That was good even on room air.
6    A   Right.
7        He concluded that after the treatment,
8  the intravenous fluids and the glucose that
9  Mr. Magbie received in the emergency room that
10  that improvement was good enough to convince him
11  that he would be okay without a ventilator sending
12  him back to jail.
13    Q   His respiratory problems could have
14  been due to the fact that he was needing more
15  oxygen by nasal canula or by trach mask and also
16  perhaps he was being affected because of these
17  other things, blood was low, needed some fluids,
18  maybe he hadn't eating, he could have been
19  dehydrated, correct?
20    A   Correct.
21    Q   What he did was he basically provided
22  him with assistance for these potential problem

Page 48

1  areas that turned up in his vitals and CBC to see
2  if he could stabilize him and get him back to a
3  condition where he was able to reassess whether he
4  should admit him, right?
5    A   That's what he was doing, yes.
6    Q   There's an administrative type person
7  that gets called about admission.  Do you remember
8  that?
9    A   Dr. Bastien.
10    Q   There's another guy that's at the
11  hospital.  His name is Dr. Haghbi.
12    A   Yes.
13    Q   He apparently is the physician on call
14  for the emergency room at night.
15    A   I believe he's the physician who would
16  care for Mr. Magbie if he had been admitted to the
17  hospital.
18    Q   Apparently there was a conversation
19  between Dr. Vaughn and Dr. Haghbi who was the
20  on-call house officer or house team coordinator.
21  I think he was working with Dr. Ackerman who would
22  have been the admitting physician.

Page 49

1        As a result of that conversation wasn't
2  Dr. Vaughn told that if in fact he was admitting
3  him only for ventilator PRN that that would not be
4  appropriate?
5    A   That wasn't my understanding of the
6  conversation.  From Dr. Vaughn's record and from
7  his deposition it seemed to me that he decided it
8  would be safe to send Mr. Magbie to the jail.  He
9  wasn't told to do that and he wasn't convinced
10  that it would be safe by a conversation with
11  anybody else.  I think that was his decision.
12    Q   You agree that he had conversations
13  with the person who would have been the authority
14  for admissions, specifically the admission of
15  Mr. Magbie.
16    A   Right.
17    Q   Based on the depositions you understand
18  Dr. Vaughn testified that in fact he was told he
19  did not have permission from the authority to
20  admit Mr. Magbie because they couldn't admit a
21  patient just on a PRN basis.
22        MR. CONNOR:  I'm going to object to the

13 (Pages 46 to 49)

Page 50

1 representation that that is what the deposition
2 says entirely. You can answer.
3      THE WITNESS: That's not my
4 understanding from the deposition and also from
5 knowledge of the way emergency rooms work. If the
6 emergency room physician believes that the patient
7 needs to be admitted then the patient should be
8 admitted.
9      The physician who will care for the
10 patient after admission is then in charge of the
11 patient and can proceed with the patient's care
12 however he sees fit.
13 BY MR. GUZIAK:
14      Q   As of this point in time, at 3:20 in
15 the morning, would you agree that Mr. Magbie had
16 been stabilized and that at this point in time
17 there was no indication that he could not have
18 been provided proper air and ventilation simply on
19 room air?
20      A   There was no indication by the way his
21 condition seemed at the time. However, the
22 historical information that he used a ventilator

Page 51

1 at night is an extremely powerful piece of
2 information that can't be ignored. He's not going
3 to stop using a ventilator at night just because
4 he goes to jail.
5      Q   Based upon the three hours and now
6 probably four hours and 20 minutes from 11 to
7 3:20 a.m. that Dr. Vaughn had Mr. Magbie under his
8 care he was able to get him back to a 95 percent
9 pulse ox simply on room air by giving him only an
10 hour or so of nasal canula, correct?
11      A   Yes. I have no criticisms of the care
12 that Dr. Vaughn provided in the emergency room
13 other than deciding to send Mr. Magbie to a
14 location where he could not have a ventilator.
15      Q   This wasn't simply a decision he made
16 without consulting the jail concerning whether
17 they could provide him with the same type of
18 oxygen support that he received during the four
19 hours that he had with Dr. Vaughn, correct?
20      A   Right.
21      Q   He did talk with Dr. Bastien.
22      A   Yes.

Page 52

1      Q   He talked to Dr. Bastien on two
2 occasions, right?
3      A   Correct.
4      Q   Dr. Bastien assured him, at least based
5 on the record we have, that in fact there was a
6 nasal canula available for Mr. Magbie at night and
7 if in fact he needed some support he could have
8 that available to him at the CTF, correct?
9      A   Yes. He could have oxygen but not a
10 ventilator.
11      Q   At least that would be of some help in
12 support to Dr. Vaughn with regards to weighing the
13 decision to keep him in the hospital or to return
14 him back to the CTF; that is the
15 fact that he would be able to receive the same
16 nasal canula administration at the jail that he
17 did in the emergency room?
18      A   Yes. Again, he would not be able to
19 receive mechanical ventilation if that should
20 become necessary.
21      Q   The important word I think you added
22 there was if that should become necessary.

Page 53

1      A   Right.
2      Q   As I understand it he did return to the
3 CTF and he was at the time of discharge normal,
4 was he not? All his vitals and everything was
5 basically normal; he was not in respiratory
6 distress when he was returned to the CTF that
7 morning.
8      A   That's correct.
9      Q   After he was returned to the CTF we
10 talked about the orders that were entered by Dr.
11 Nwosu with regards to how he should be treated
12 thereafter with regards to the attention he should
13 be given and what should occur if in fact he
14 showed any more respiratory distress, correct?
15      A   Yes, sir.
16      Q   One of the key things in that order was
17 if in fact there were any signs of respiratory
18 distress or breathing problems he would be
19 returned to Greater Southeast Community Hospital,
20 correct?
21      A   Correct.
22      Q   There's a contract between the CTF and

14 (Pages 50 to 53)

Kevin R. Cooper, MD

Page 54

1  Greater Southeast Community Hospital with regards
2  to providing such care when in fact any patients
3  in the jail would in fact need such medical care,
4  correct?
5      A    Yes.
6      Q    So would it not be fair and reasonable
7  for Dr. Vaughn to assume that after he had checked
8  with Dr. Bastien not once but twice, had
9  personally seen that the patient had been able to
10  be returned to normal levels and be able to
11  breathe without a ventilator at night to then send
12  him back to see what would happen at the jail with
13  the understanding that if in fact something else
14  occurred he would be returned back to the
15  emergency room?
16      MR. CONNOR:  Object to the form.
17      THE WITNESS:  That's in fact what
18  happened, but I don't believe that was safe.  It
19  assumes that the staff at the jail will have a
20  enough warning time so that they can safely
21  intervene and have enough time to send him back to
22  the emergency room in time to get the treatment

Page 55

1  that he needs if in fact he shows signs that he
2  needs a ventilator.
3      The problem with that thinking though
4  is that as you see he may look fine at 7:50 in the
5  morning and an hour later he's nearly dead.  This
6  is the way people behave when they have severe
7  weakness as a cause of their respiratory problem.
8  They may look fine until they just stop breathing.
9  BY MR. GUZIAK:
10      Q    If that was the case you'd have to keep
11  Mr. Magbie in the hospital under ventilator
12  24-hours a day.
13      A    If he were in the hospital he would
14  have to be in a place that could supply
15  ventilation as-needed as he had at home.
16      Q    The reason for the ventilation would be
17  to get him to be stabilized at normal levels,
18  right?
19      A    The reason for the ventilation is to
20  supply what his muscles couldn't supply which is
21  enough power to push adequate amounts of air in
22  and out.  He had learned by practice and

Page 56

1  experience over the 23 years since his injury that
2  he could safely come off the ventilator for
3  periods of time relying on the diaphragm pacemaker
4  and then as he felt that wasn't enough anymore he
5  could put himself back on the ventilator.
6      I don't know what's the longest period
7  he was able to stay off, but he had that
8  ventilator available so that he could hook up to
9  the ventilator when he needed it.
10      Q    At 3:20 in the morning on the 20th he
11  did not need to be put on a ventilator, correct?
12      A    Correct.
13      Q    When he was discharged at 7:50 on the
14  20th he did not need to be put on the ventilator,
15  he had been stabilized, correct?
16      A    He didn't appear to be based on a
17  medical assessment.  However, the best indication
18  of whether he needed to go on the ventilator would
19  be to ask him -- is it time for you to go back on
20  the ventilator.  He could tell by the way he felt
21  whether his muscles were tired enough to go back
22  on.  That information is not in the record.

Page 57

1      Q    There's no indication that he said he
2  needed to be on the ventilator at 3:20 in the
3  morning or at 7:50 in the morning, is there?
4      A    That's correct.
5      Q    Do you see any indication in the record
6  from CTF that he indicated that he needed to be on
7  the ventilator to any of the nurses or staff
8  there?
9      A    To give you the best answer I would
10  have to go back and read through the records.  On
11  page seven of the D.C. Jail records under routine
12  sick call chief complaint and HPI -- that first
13  paragraph -- he wears diaphragm pacemaker operated
14  by 9-volt battery.  He claims he is ventilator
15  dependent at night.  To me this is telling the
16  staff that he needs to have a ventilator at night.
17      Q    What was the date of that again?
18      A    The date of that is 9-21.
19      Q    Who did he tell that to?
20      A    That note is signed by Dr. Nwosu.
21      Q    Assuming in fact he told Dr. Nwosu that
22  and given Dr. Nwosu's prior order would you not

15 (Pages 54 to 57)

Kevin R. Cooper, MD

Page 58

1    agree that Dr. Nwosu should have sent him back to

2    the emergency room at that time for ventilator

3    support?

4        A    Yes, I think so.

5        Q    And probably because he wasn't returned

6    to the emergency room and/or provided a ventilator

7    at the jail to assist him during the course of the

8    night more likely his muscles and his respiratory

9    system became more and more fatigued and tired.

10       A    Correct.

11       Q    The fact that he was probably fatigued

12   and tired from struggling with his respiratory

13   difficulties during the night without a ventilator

14   for two or three days at the jail was probably a

15   contributing factor in why he failed to respond on

16   the 24th.

17       A    At what time on the 24th are you

18   talking about?

19       Q    It was probably the reason why he

20   crashed at 8:30 in the morning initially.

21       A    Yes. I think that resulted from not

22   having ventilator support over the nights that he

Page 59

1    was in the jail. However, he did survive that

2    episode and he still could have lived if he had

3    received the proper treatment when he got to the

4    emergency room on the 24th.

5        Q    You've criticized Dr. Vaughn for

6    returning him to the CTF and not keeping him

7    hospitalized for a ventilator. Mr. Magbie did not

8    die until three days later, did he not?

9        A    That's right.

10       Q    During that period of time from the

11   time Dr. Vaughn last saw him until the time of his

12   death Mr. Magbie came under the care of many other

13   medical care providers and doctors and nurses from

14   the 20th to the 24th, did he not?

15       A    Yes.

16       Q    He certainly was not in danger of death

17   when Dr. Vaughn returned him to the jail from the

18   emergency room on the 20th and apparently had been

19   resuscitated with an Ambu bag on the morning of

20   the 24th so that he was not in any danger to die

21   on the 24th either, correct?

22       A    I'm sorry, I didn't understand that

Page 60

1    question.

2        Q    My point is I didn't see anything in

3    your report concerning Dr. Vaughn's treatment

4    being a causal factor or a proximate cause of

5    Mr. Magbie's death. You didn't state that in your

6    report, did you?

7        A    No, I didn't. I think that his

8    decision to send Mr. Magbie to the jail where he

9    knew that a ventilator was not available violated

10   the standard of care.

11           In addition, after he sent Mr. Magbie

12   to the jail or decided that he was well enough to

13   go back to the jail the staff at the jail knew

14   that he had already been to the emergency room and

15   that the doctor there decided that he didn't need

16   a ventilator. Their idea that he might need a

17   ventilator was viewed in light of the fact that

18   all they could do if they thought he needed a

19   ventilator was to send him back to the emergency

20   room but they knew that the doctor there had

21   considered this question and said he didn't need

22   it. I don't fault them for not sending him right

Page 61

1    back.

2        Q    Are you aware that Dr. Malekghasemi who

3    runs the CTF called the Judge who had initially

4    interred Mr. Magbie to jail on the 21st, the day

5    after he was returned by Dr. Vaughn, and had

6    requested to speak to the Judge about the fact

7    that the CTF could not handle Mr. Magbie's medical

8    problems?

9        A    Yes.

10       Q    Do you have any basis for your opinion

11   that Dr. Malekghasemi or Dr. Nwosu or anybody else

12   at the CTF who was in charge of Mr. Magbie for the

13   three days that he was returned there decided not

14   to return him back to the Greater Southeast

15   Community Hospital Emergency Room for three days

16   because they felt it would basically be not

17   responded to by any of the physicians at the

18   emergency room?

19       A    I don't know what they took into

20   account in making their decisions.

21       Q    But that could be one of the reasons

22   why they didn't return him to the hospital, right?

16 (Pages 58 to 61)

Page 58

1    agree that Dr. Nwosu should have sent him back to
2    the emergency room at that time for ventilator
3    support?
4        A    Yes, I think so.
5        Q    And probably because he wasn't returned
6    to the emergency room and/or provided a ventilator
7    at the jail to assist him during the course of the
8    night more likely his muscles and his respiratory
9    system became more and more fatigued and tired.
10       A    Correct.
11       Q    The fact that he was probably fatigued
12   and tired from struggling with his respiratory
13   difficulties during the night without a ventilator
14   for two or three days at the jail was probably a
15   contributing factor in why he failed to respond on
16   the 24th.
17       A    At what time on the 24th are you
18   talking about?
19       Q    It was probably the reason why he
20   crashed at 8:30 in the morning initially.
21       A    Yes. I think that resulted from not
22   having ventilator support over the nights that he

Page 59

1    was in the jail. However, he did survive that
2    episode and he still could have lived if he had
3    received the proper treatment when he got to the
4    emergency room on the 24th.
5        Q    You've criticized Dr. Vaughn for
6    returning him to the CTF and not keeping him
7    hospitalized for a ventilator. Mr. Magbie did not
8    die until three days later, did he not?
9        A    That's right.
10       Q    During that period of time from the
11   time Dr. Vaughn last saw him until the time of his
12   death Mr. Magbie came under the care of many other
13   medical care providers and doctors and nurses from
14   the 20th to the 24th, did he not?
15       A    Yes.
16       Q    He certainly was not in danger of death
17   when Dr. Vaughn returned him to the jail from the
18   emergency room on the 20th and apparently had been
19   resuscitated with an Ambu bag on the morning of
20   the 24th so that he was not in any danger to die
21   on the 24th either, correct?
22       A    I'm sorry, I didn't understand that

Page 60

1    question.
2        Q    My point is I didn't see anything in
3    your report concerning Dr. Vaughn's treatment
4    being a causal factor or a proximate cause of
5    Mr. Magbie's death. You didn't state that in your
6    report, did you?
7        A    No, I didn't. I think that his
8    decision to send Mr. Magbie to the jail where he
9    knew that a ventilator was not available violated
10   the standard of care.
11           In addition, after he sent Mr. Magbie
12   to the jail or decided that he was well enough to
13   go back to the jail the staff at the jail knew
14   that he had already been to the emergency room and
15   that the doctor there decided that he didn't need
16   a ventilator. Their idea that he might need a
17   ventilator was viewed in light of the fact that
18   all they could do if they thought he needed a
19   ventilator was to send him back to the emergency
20   room but they knew that the doctor there had
21   considered this question and said he didn't need
22   it. I don't fault them for not sending him right

Page 61

1    back.
2        Q    Are you aware that Dr. Malekghasemi who
3    runs the CTF called the Judge who had initially
4    interred Mr. Magbie to jail on the 21st, the day
5    after he was returned by Dr. Vaughn, and had
6    requested to speak to the Judge about the fact
7    that the CTF could not handle Mr. Magbie's medical
8    problems?
9        A    Yes.
10       Q    Do you have any basis for your opinion
11   that Dr. Malekghasemi or Dr. Nwosu or anybody else
12   at the CTF who was in charge of Mr. Magbie for the
13   three days that he was returned there decided not
14   to return him back to the Greater Southeast
15   Community Hospital Emergency Room for three days
16   because they felt it would basically be not
17   responded to by any of the physicians at the
18   emergency room?
19       A    I don't know what they took into
20   account in making their decisions.
21       Q    But that could be one of the reasons
22   why they didn't return him to the hospital, right?

16 (Pages 58 to 61)

Kevin R. Cooper, MD

Page 70

1  sometime afterwards he had the diaphragm pacemaker
2  inserted and that was able to sustain his
3  breathing for periods of time that he was able to
4  come off the ventilator.
5      Q    In your experience quadriplegics like
6  Mr. Magbie with pacemakers and this type of
7  traumatic injury what is their life expectancy?
8      A    It varies tremendously from
9  person-to-person depending on the level of care
10  that's available for them to receive and also on
11  other illnesses that they run into. People with
12  spinal cord injuries frequently develop urinary
13  tract infections because they can't control their
14  urination. They frequently develop pneumonia
15  because of being ventilator-dependent and having
16  to be suctioned. With very good care sometimes
17  people can live a long time.
18      Q    Their life expectancy is not that of
19  the average normal person, is it?
20      A    Oh, no.
21      Q    The examiner who initially conducted
22  her examination had trouble finding the cause of

Page 71

1  death just based upon the autopsy. Did you read
2  that?
3      A    I'm not sure what you're referring to.
4  You mean a comment by the medical examiner?
5      Q    The medical examiner was interviewed as
6  part of an investigation as to what happened and
7  the cause of death. She indicated initially she
8  did not really find anything on the autopsy report
9  which could definitively be in her mind the cause
10  of death and so she went back and got the medical
11  records to assist her. Did you read anything like
12  that?
13      A    I did not read that interview as far as
14  I can remember. I did read the final report of
15  the autopsy.
16      Q    Do you agree with her assessment that
17  the cause of death was dislodgement of
18  tracheostomy tube?
19      A    No.
20      Q    Why not?
21      A    I don't think that the dislodgement of
22  the tracheostomy tube was a significant problem

Page 72

1  that was the cause of death. The tracheostomy
2  tube is a plastic tube which is in an opening that
3  goes through the tissues of his neck and into the
4  wind pipe. You put a plastic tube in there to
5  keep the hole open so that it doesn't close up and
6  to provide you a nice standard fitting that you
7  can attach things to such as a ventilator so that
8  you can assist his breathing through it. It also
9  provides you with a conduit that you can put a
10  suction catheter down so that you know you're
11  going directly into the trachea.
12          When the tube sticks out further than
13  it should it can often be replaced back into the
14  proper position by following the normal curvature
15  of the tube. It was mentioned in the record that
16  it slid in with no resistance. Also, when they
17  were using the Ambu bag using that tube after it
18  had slid out and been replaced that the air went
19  in easily. That's an indication to me that it was
20  in the correct position and that the dislodgement
21  of the tube was not a significant factor in his
22  death.

Page 73

1      Q    Let's go back to your report. On page
2  two you talked about after he was found
3  unresponsive at the jail on September 24th the
4  appropriate actions were taken to improve his
5  respiratory status and he was appropriately
6  transported to the hospital. That would be the
7  actions that were taken about 8:40 in the morning
8  by the nurses there to get him stabilized so that
9  he could be transported over to the emergency
10  room, right?
11      A    Yes, that's right.
12      Q    Then you say Mr. Magbie was stabilized
13  for a period of time while he was at Greater
14  Southeast. His oxygen saturations were within
15  normal limits initially. When he came in Dr.
16  Ilouyomade took over his care, right?
17      A    Yes.
18      Q    At least initially he did a lot of
19  appropriate and good things to stabilize
20  Mr. Magbie, did he not?
21      A    Yes.
22      Q    He ordered a variety of tests that were

19 (Pages 70 to 73)

Page 74

1  done, x-rays, CT scan, arterial blood gases, CBC,
2  serum chemistries, urinalysis -- those tests would
3  have all been appropriate given the presentation,
4  correct?
5      A    Yes.
6      Q    He also gave him some fluids, Narcan,
7  Thymine and Levaquin at 1325. Generally he was
8  given certain medications and fluids, right?
9      A    Yes.
10     Q    Those would all be appropriate given
11 the presentation, right?
12     A    Yes.
13     Q    It was unclear as to whether there was
14 a problem with drugs or possible drug effects upon
15 him by use of drugs at the time, correct?
16     A    He had a urine toxicology test that
17 showed evidence of benzodiazepines and
18 tetrahydrocannabinol in his urine. The
19 benzodiazepines are sometimes drugs that are used
20 but are also commonly prescribed as they were for
21 Mr. Magbie. THC is a component of marijuana which
22 shows that he had used either that drug or the

Page 75

1  marijuana sometime prior to that.
2      Q    Could the drugs found in his urinalysis
3  somehow resulted in his unresponsiveness or any of
4  the other symptoms which necessitated his being
5  transported to the hospital that morning?
6      A    Knowing all the details about the case
7  I can say no. If I were in the position of an
8  emergency room physician evaluating him I would
9  have to consider overdose of the benzodiazepine
10 might be responsible for the unresponsiveness.
11 It's unlikely in a patient who is transported from
12 a jail that they would have got an overdose but
13 it's a consideration, possible.
14     Q    If he had taken these drugs how long
15 would those drugs like marijuana and the other
16 drugs you mentioned stay in the system before they
17 would be cleared out?
18     A    It depends on the test that's done. I
19 couldn't tell you for sure.
20     Q    Dr. Ilouyomade also put Mr. Magbie on a
21 trach mask and ordered a trach toilet as well,
22 right?

Page 76

1      A    Yes.
2      Q    That would be appropriate given the
3  circumstances and situation presented, right?
4      A    Yes.
5      Q    He also placed him on monitors,
6  cardiac, blood pressure and pulse ox, right?
7      A    Yes.
8      Q    All of which would have been
9  appropriate to do, correct?
10     A    Yes.
11     Q    It looks from the records that his
12 pulse ox had gotten up to a hundred percent as of
13 12:15 a couple hours after he starts seeing him,
14 is that right?
15     A    Yes.
16     Q    His vital signs were all stable as of
17 about the same point in time. I'm reading from
18 nursing papers 0031 of the exhibit.
19     A    Yes, that's right.
20     Q    He's alert and responsive and looking
21 at 0029 his blood pressure was 132 over 85 which
22 would have been acceptable for this patient,

Page 77

1  right?
2      A    Yes.
3      Q    His respiration was 24 which would have
4  been okay.
5      A    Yes.
6      Q    Pulse at 108 would have been okay,
7  right?
8      A    Yes.
9      Q    So he's stabilized and he comes in
10 unresponsive and within three hours of care he is
11 basically stabilized and no acute distresses as of
12 that point in time, right?
13     A    Yes.
14     Q    We're going to talk about one thing,
15 we're going to talk about the arterial blood
16 gases.
17     A    We do need to talk about that.
18          His mental status, although improved
19 was still not perfectly sharp. He's described as
20 responsive at times attempting to communicate with
21 staff and then at other times not responsive.
22     Q    The arterial blood gases came back.

20 (Pages 74 to 77)

Page 78

1    How do you read arterial blood gas results?
2        A    The results of the arterial blood gas
3    showed that his PO2 was over 400 which reflects
4    the fact that he was breathing pure oxygen at the
5    time the oxygen was done. However, the PC02 was
6    56 and the pH was 7.29. That shows that he had an
7    acute respiratory acidosis. This means that
8    carbon dioxide is building up in his blood because
9    he's not breathing enough; he's not moving enough
10   air in and out of his lungs to get rid of the
11   carbon dioxide that his body is producing.
12       This is important because in the
13   setting of a person who has a spinal cord injury
14   it tells you he needs assistance to move the air
15   in and out. He needs a ventilator.
16       Q    The PC02 that was at 56, what would be
17   an appropriate thing to do to try to alleviate
18   that problem short of putting him on a ventilator?
19       A    Short of putting him on ventilator you
20   could use an Ambu bag to push air in and out of
21   his lungs by squeezing the bag. If you knew what
22   you were doing you could try to adjust his

Page 79

1    diaphragm pacemaker so that it would trigger his
2    phrenic nerve more frequently or more strongly to
3    try to get more of a response from the diaphragm.
4    As I said, that's very specialized kind of
5    information that I would not expect the emergency
6    room staff to know how to do.
7        Q    You said you've only had one patient
8    like that yourself, right?
9        A    Yes.
10       Q    Did you notice when they said that that
11   phrenic nerve stimulator was spiking at about 6:00
12   p.m. that night?
13       A    It showed up on the EKG record, yes.
14       Q    Have you ever seen that happen before?
15       A    Yes. You would expect to see that.
16       Q    What causes that to happen?
17       A    It's an electrical stimulation. The
18   EKG produces a tracing because it's measuring the
19   electricity that is generated by the heart muscle.
20   The diaphragm pacemaker is delivering an electric
21   shock to the phrenic nerve that travels down the
22   phrenic nerve which runs very close to the heart

Page 80

1    and that movement of electricity is picked up by
2    the electrodes that are measuring the heart's
3    electrical activity as well so it produces a spike
4    on the EKG record.
5        Q    Is that showing you that the pacemaker
6    is functioning and working, kicking in to try to
7    assist his breathing at that time?
8        A    It shows that the electrical impulse is
9    still being generated by the pacemaker. It
10   doesn't show that the pacemaker is having the
11   desired effect in terms of how much air is moving
12   in and out of the patient, but the electrical part
13   of the pacemaker is functioning.
14       Q    At that point his sats were dropping
15   down to 71 percent from 80 percent just 20 minutes
16   earlier even though his phrenic pacemaker was
17   working.
18       A    Yes.
19       Q    .If that phrenic pacemaker was working
20   throughout the afternoon would that also not be
21   indicated on the cardiac monitor?
22       A    You should see the phrenic nerve

Page 81

1    electrical activity on the monitor the whole time.
2        Q    You said it's similar to a heart
3    pacemaker. Sometimes heart pacemakers are set to
4    only kick in at a certain respiratory level to
5    assist a patient when they get to only 60 beats a
6    minute or something like that. Is that how these
7    pacemakers are set up, if you have that knowledge
8    or background?
9        A    It would be called a demand pacemaker;
10   that it would only start firing if a patient's
11   heart rate dropped below a certain level.
12       In the case of breathing I believe this
13   pacemaker is set to a certain rate and it's not
14   based on whether the patient is doing any
15   breathing on his own. In this case you would not
16   expect him to be able to do any breathing on his
17   own at least not by using his diaphragm.
18       Q    Let's go back to where we left off. At
19   1:20 Mr. Magbie has been given all these meds,
20   he's been given these tests, he's basically been
21   stabilized. His pulse ox is at a hundred percent
22   and he is ordered to be admitted by Dr. Ilouyomade

21 (Pages 78 to 81)

Page 82

1   about 1:35, right?
2       A   Correct.
3       Q   That would have been the appropriate
4   thing for him to do at 1:35?
5       A   Yes.
6       Q   He's going upstairs to be seen by other
7   physicians, right?
8       A   Yes.
9       Q   After that he apparently is being
10  monitored by the nursing staff and the pulse ox
11  starts to drop.  For example, at 2:00 it's down to
12  95 percent, at 1530 it's down to 92 percent.
13  There's a decline in the pulse ox slowly but
14  surely.  Did you see that in the record?
15      A   Yes.
16      Q   The record reflects Dr. Ilouyomade was
17  never made aware of that until 1740.  Do you agree
18  with that?
19      A   I remember him saying so in his
20  deposition.  I would have to go through the
21  nurses' notes and see if there is any note there
22  that disagrees with his recollection.

Page 83

1       Q   We're going to try to get you out of
2   here at 1:00 so let's just do it hypothetically.
3           Let's assume there's no nurses' notes
4   to indicate that Dr. Ilouyomade was advised of the
5   drop in the pulse ox or any other changes to the
6   vitals that were occurring between 2:00 and 1740,
7   approximately three and a half hours.  Would you
8   agree that that information and change in the
9   vitals was important and something the nurses
10  should have advised Dr. Ilouyomade about?
11      A   Certainly by the time the saturation
12  got to 80 percent the doctor had to be notified.
13  When the saturation was 92 percent 92 percent is
14  still a fine saturation.  The patient is not in
15  danger because of that.  However, the declining
16  trend with the patient breathing hundred percent
17  oxygen is a warning that things are getting worse.
18  The nurse probably should tell him at that point,
19  yes.
20      Q   I think she did.  I think he was
21  brought over to see the patient at 1740 and that's
22  when he saw the trach tube was out and pushed it

Page 84

1   back in.
2           Have you seen this before with other
3   patients like this with the trach tube coming out
4   protruding an inch and a half?
5       A   Yes, that can happen.  A trach tube is
6   just a piece of plastic that sits in a pathway of
7   the neck.  If there's some force applied to it
8   such as somebody suctioning and doesn't make sure
9   that it stays in place during suctioning or moving
10  the patient or if the patient coughs.
11          Keep in mind being paralyzed he would
12  not have a very strong cough, if any cough at all.
13  It's not clear from the record what made his trach
14  tube come out so I don't know that.  There are
15  plenty of things that can make a trach tube start
16  to come out of the track.  Sometimes it comes all
17  the way out, sometimes partially.
18          If the pathway is well established
19  usually the trach tube can just be slid back into
20  position.  Ordinarily this is prevented by wearing
21  some restraint that goes on the collar around the
22  back so that the trach tube has little flanges

Page 85

1   with slots in it that you can put a piece of
2   ribbon in and tie a knot there; put it around the
3   back of the neck and tie a knot on the other side
4   so it's kept in place because it's tight in place.
5           Alternatively in the hospital for
6   short-term use sometimes they're actually sutured
7   to the skin.  That's not usually done for
8   long-term use because you want the patient to be
9   able to take it out and replace it periodically
10  because they get old and need to be replaced.
11          In the case of somebody who has had a
12  tracheostomy in for a long time usually the track
13  is well formed and it doesn't disappear when the
14  tube protrudes.  Even if the tube completely came
15  out he would still have an opening there that he
16  could breathe through.
17      Q   With regards to the drop in the pulse
18  ox over the course of a couple hours that's set
19  forth in the record you don't attribute that to
20  the dislodgement of the trach tube or could that
21  be a possible cause of the drop in the pulse ox?
22      A   I don't think the position of the trach

22 (Pages 82 to 85)

Kevin R. Cooper, MD

Page 86

1  tube had anything to do with it.
2      Q    You think it's basically because he
3  started to become fatigued over the course of time
4  or what?
5      A    Fatigue and possibly also the build-up
6  of some secretions that were making it harder for
7  him to breathe at the time he was becoming less
8  able to breathe.
9      Q    In looking at the autopsy report it
10  appears that the trach tube was in place at the
11  time of her autopsy.  Did you see that?
12      A    Yes.
13      Q    It looks as if there wasn't any
14  indication of any mucus build-up in the airway.
15      A    That's right.  Of course, he was
16  suctioned between the time of his arrest and the
17  time he came to autopsy.
18      Q    He could have had a build-up between
19  2:00 in the afternoon and 5:40 and the trach
20  toilet that was done at 5:40 would have cleared up
21  the mucus, right?
22      A    Yes.

Page 87

1      Q    Assuming that was done, that is the
2  mucus was cleared up by the trach toilet at 1540
3  and assuming that the tracheostomy tube coming out
4  was not a factor what do you attribute the
5  continued drop of his pulse ox from 80 percent to
6  71 percent between 1740 and 6:00?
7      A    I think he was just too worn out to be
8  able to keep breathing.  He needed a ventilator.
9  He was breathing on his own but with progressively
10  smaller and smaller breaths.  He just was not
11  moving enough air in and out.
12      Q    At 6:18 he codes, right?
13      A    That's correct.  The nurse noticed that
14  his chest is not rising and falling anymore.
15      Q    Do you have the code sheet?
16      A    Yes.
17      Q    Under ventilation it looks like the
18  respiratory therapist at 1815 -- it says other bag
19  trach.  Do you see that?
20      A    Yes, I see it.
21      Q    I think we've assumed, you tell me if
22  you don't agree, they're putting him on an Ambu

Page 88

1  bag at that point in time to try to ventilate him.
2      A    Yes.
3      Q    That would have been appropriate,
4  right?
5      A    Yes.
6      Q    He dies at 1840, another 25 minutes
7  later.
8      A    That's correct.
9      Q    In your opinion is there a point of no
10  return or a point that you could see from the
11  record where in fact he was not salvageable?
12      A    I think by 6:15 he was not salvageable
13  because they did use an Ambu bag to try to get
14  more breathing going and it didn't work.  I don't
15  have any criticism for how they managed the
16  resuscitation attempt.  By that time he had gotten
17  to a point where his heart stopped and they were
18  not able to get it beating effectively again.
19      Q    If in fact his airway has been cleared
20  with a trach toilet before 1815 and in fact the
21  trach tube is in and not really a factor, he's got
22  an open airway, and they're Ambu bagging him at

Page 89

1  6:15 and he still goes downhill, he's down to
2  50 percent, I think, ventilation isn't doing any
3  good, right?
4      A    Correct.
5      Q    The reason even ventilating him at 1615
6  is not resuscitating him is what?
7      A    His circulation is not adequate.  He's
8  having cardiac arrest at the same time; although
9  the air is being pushed in and out of his lungs
10  his heart is not pumping the oxygen around his
11  body anymore.
12      Q    We were talking about the arterial
13  blood gases.  When were those results brought back
14  to Dr. Ilouyomade?
15      A    That was obtained from the patient at
16  10:55 a.m.  Received 11:10.  Part of my copy is
17  cut off.  It looks like it was reported back at
18  11:15 a.m.
19      Q    We talked about short of ventilation
20  what could have been done.  We talked about the
21  PCO2.  What about the pH, that reading was 7.29?
22      A    Yes.

23 (Pages 86 to 89)

Page 90

1    Q    What does that show?
2    A    That's lower than normal. That's an
3  acidosis.
4    Q    It ties in with your initial opinion
5  that he's not breathing on his own properly,
6  right?
7    A    Exactly.
8    Q    You can have respiratory and metabolic
9  acidosis, is that right?
10    A    That's correct.
11    Q    At that point in time did you know one
12  way or the other?
13    A    This is a respiratory acidosis.
14    Q    There was some question about him being
15  on drugs. With metabolic would medications have
16  been a reasonable thing to try to see if they
17  would change that reading?
18    A    This is not a metabolic acidosis, this
19  is a respiratory acidosis.
20    Q    Your opinion is that he should have
21  been ventilated?
22    A    Yes. You could ventilate him with an

Page 91

1  Ambu bag, you could ventilate him with a
2  ventilator. Seeing these results in this clinical
3  picture of a man who has paralysis and who has
4  developed this amount of respiratory failure he's
5  going to need ventilator support long enough so
6  it's not going to be feasible to stand next to him
7  and bag him for hours, he's going to need a
8  mechanical ventilator.
9    Q    Would it have been reasonable to try to
10  see if in fact you could put a trach mask on him
11  to give him some medications, give him some bolus,
12  glucose in case he's dehydrated to try to see if
13  you get a response? Would that have been
14  appropriate?
15    A    I don't think so given the trach mask
16  can give him plenty of oxygen to make sure that he
17  gets enough oxygen. He was getting enough oxygen
18  for most of the afternoon until the saturations
19  started falling but it's not going to help the
20  high carbon dioxide. The high carbon dioxide is a
21  sign that there's just not enough air moving in
22  and out and that's what he needs help with.

Page 92

1    Q    After getting these readings and
2  reviewing them what should the doctor have done?
3  How long should the doctor have waited before
4  ventilating the patient?
5    A    I wouldn't wait at all if I saw this.
6  You don't know whether he'll be able to hang on
7  for minutes, hours or a day when you see these
8  numbers.
9        Any increase in PCO2 in this clinical
10  situation in a patient with a spinal cord injury
11  is abnormal and it tells me that he needs help
12  with a ventilator.
13    Q    How often are the arterial blood gases
14  taken?
15    A    It depends on the clinical situation.
16  Sometimes they can repeat it as often as every 30
17  minutes. Sometimes they're done once a day,
18  sometimes every several days. It all depends how
19  quickly things are changing with the patient and
20  how much you need the information that you can
21  learn from a blood gas.
22    Q    If in fact an order was given for

Page 93

1  arterial blood gas would it have been within the
2  practice and procedures of an emergency room for
3  the arterial blood gases to be repeated without
4  additional orders?
5    A    That could be done. You might want to
6  see just with the passage of time whether things
7  are getting better or worse in terms of the
8  acidosis and the PCO2.
9    Q    These were taken early on in his
10  admission, right?
11    A    10:55 a.m.
12    Q    I think that's the time when Dr.
13  Ilouyomade just became involved and just started
14  to do all of these other things we mentioned which
15  were appropriate for him to do, right?
16    A    Yes.
17    Q    Therefore would it have been
18  appropriate for him to at least wait to see what
19  reaction all of his other non-ventilation type
20  practices and procedures and orders -- what type
21  of result would have occurred just based upon the
22  other measures he has taken?

24 (Pages 90 to 93)

Kevin R. Cooper, MD

Page 94

1    MR. CONNOR: Objection. Asked and
2  answered. You can answer it again, Doctor.
3    THE WITNESS: I don't think it would
4  have been appropriate because I don't think that
5  the other measures that Dr. Ilouyomade was
6  providing -- although helpful I don't think they
7  were going to help this problem. He needs a
8  ventilator because of this result.
9    In any case, if you decided you still
10  weren't sure then another blood gas should be done
11  fairly soon; for example, in an hour and during
12  that hour you would have to watch that patient
13  like a Hawk to make sure nothing bad happened
14  while you were waiting your hour.
15  BY MR. GUZIAK:
16    Q    Would the pulse ox dropping have
17  anything to do with the PCO2 and the pH?
18    A    I think the drop in pulse ox was a
19  consequence of an increase in the PCO2 and the
20  decline in pH. As the PCO2 gets higher and higher
21  the pH gets lower and lower and that has several
22  effects. One, it impairs consciousness of the

Page 95

1  patient. The patient becomes less responsive and
2  eventually comatose and it puts a strain on the
3  heart eventually leading to cardiac arrest if you
4  don't fix it.
5    Q    Sometime within an hour or less of when
6  the results came back Mr. Magbie should have been
7  put on a ventilator?
8    A    I would say promptly. When you look at
9  this result that tells you that he's not breathing
10  enough and he's going to need a ventilator so
11  there's really no reason to wait. As it turned
12  out if it had been supplied within an hour he
13  would have been fine.
14    At the time when you first receive this
15  information you don't know what the future has in
16  store so the prudent thing to do is to supply the
17  ventilator as soon as you can.
18    Q    Given the fact that his pulse ox was
19  still 80 percent at 1740 would you agree if in
20  fact he had been ventilated at that point in time
21  he would have survived?
22    A    Most likely, yes.

Page 96

1    Q    When his pulse ox drops to 71 percent
2  are we getting to a point of no return at that
3  point in time at 6:00?
4    A    On page 29, the next record of pulse ox
5  at 50 percent at that point there is a line
6  through the section that has pulse and
7  respiration -- I interpret that to mean that he
8  didn't have a pulse and respiration.
9    Q    They didn't see his chest going up and
10  down.
11    A    Right, and also that he had lost his
12  pulse.
13    Q    You mentioned in your report that
14  between 1530 and 1740 no one took action to help
15  him. It's about three-quarters of the way down in
16  the first paragraph on page two.
17    A    Yes. That's during the time when his
18  oxygen saturation was declining but before it
19  really went way down. That's a period where the
20  type of help that he needed was to be placed on a
21  ventilator and that didn't happen.
22    Q    Let me ask you some questions about

Page 97

1  your CV. Tell me what you currently are doing
2  here at the hospital. What's your position and
3  title?
4    A    I'm a professor of medicine in the
5  Division of Pulmonary Disease and Critical Care.
6  I spend my time primarily in patient care.
7  Three-quarters of the year it's outpatient
8  pulmonary medicine so that's an office practice of
9  pulmonary diseases. The other quarter is
10  inpatient consultations which is seeing patients
11  throughout the hospital who are under the care of
12  other doctors whose patients develop pulmonary or
13  critical problems and need advice about how to
14  handle them.
15    Q    What is critical care? Is that a
16  separate field of medicine or specialty?
17    A    It's a separate specialty. Actually
18  it's a special area of clinical competence. It's
19  not its own specialty board but there is a special
20  test that you need to take in order to be
21  certified in that area of competence.
22    It's the care of people who are

25 (Pages 94 to 97)