Mary R. Scott, et al. v. District of Columbia, et al.
United States District Court for the District of Columbia

05CV01853

Exhibit No. 8         Report of Kevin Cooper, M.D.

**Kevin R. Cooper, M.D.**

Record of Depositions and Trial Testimony

2002
Audrey Knighton v Dr. Robbins et al
Alleged malpractice by physician
Alleged loss of leg because of negligent vascular catheter insertion
Deposition testimony for the defendant
Attorney: William Archambault
    Goodman, West & Filetti
    Charlottesville, VA

Rulan Luo v Inova Fairfax Hospital, Chun-Sheng Lee, MD, and Rolando Santos, MD
Alleged malpractice by physician
Alleged failure to treat hemorrhagic shock correctly, resulting in death
Deposition testimony for defendant Dr. Santos
Attorney: Brian Rhatigan
    Rhatigan, Ollen, Carleton & Costabile
    Fairfax, VA

Snyder v. York County
Deposition testimony for defendant
Alleged lung cancer caused by occupational exposure
Virginia Workers Compensation Commission
Attorney: Ralph Whitt
    Whitt & Assoc.
    Richmond, VA

Foley v. Edward Jesneck, MD
Alleged malpractice by physician
Alleged paralysis as a result of bleeding caused by heparin
Deposition testimony for the defendant
Attorney: L. Thompson Hanes
    Crews & Hancock
    Roanoke, VA

Kinney v. Kernodle Clinic
Alleged malpractice by physician
Alleged failure to diagnose and treat pulmonary embolism
Deposition testimony for the plaintiff
Attorney: Thomas D. Carruthers
    Alspaugh & Carruthers
    Greensboro, NC

2003

Sandozz v. Dr. Wickizer and EmCare
Alleged malpractice by physician
Alleged failure to diagnose and treat acute myocarditis
Deposition and trial testimony for the plaintiff
Attorney: Margaret Broaddus, Esq.
　　　　　Cuthbert Law Firm
　　　　　　Petersburg, VA.


Jane Rossell v. Amy Waer, M.D. et al
Alleged malpractice by physician
Alleged death caused by aspiration from failing to place a
　　nasogastric tube in a patient with a distended colon
Trial testimony for the defendant
Attorney: Joseph T. McFadden, Jr.
　　　　　Kaufman & Canoles
　　　　　Norfolk, VA.


Scott v Kverneland
Alleged malpractice by physician
Alleged mistreatment of acute pancreatitis leading
　　to ARDS and multiple organ failure
Deposition testimony for the defendant
Attorney: Mary Jaye DeBari
　　　　　McEwan, Martinez & Dukes
　　　　　Orlando, FL

Perkins v Medina and Yerby and Western Wake Medical Center
Alleged malpractice by physicians and nurses
Alleged failure to diagnose and treat bowel perforation
Deposition testimony for the plaintiff
Attorney: Coleman Cowan
　　　　　Martin & Jones
　　　　　Raleigh, NC

Jackson v Research Medical Center
Alleged malpractice by hospital employees
Alleged failure to inform physician that prescribed medicine
　　should not have been given
Deposition testimony for the defendant
Attorney: Tom Kokoruda
　　　　　Shughart, Thomson & Kilroy
　　　　　Kansas City, MO

Rehanek v Dr. Lee, et al
Alleged malpractice by physician
Alleged failure to intubate patient with pneumonia in
   time to prevent respiratory arrest
Depositon testimony for the defendant
Attorney: Robert F. Donnelly
   Goodman, Allen & Filetti
   Glen Allen, VA


2004

Willis v. Larmoyeux
Alleged malpractice by physician
Alleged failure to prevent, diagnose and treat pulmonary embolism
Deposition testimony for the defendant
Attorney: Mary Bland Love
   Gobelman, Love, Gavin, Blazs & Wasilenko
   Jacksonville, FL


Winters v. Anez
Alleged malpractice by physician
Alleged failure to treat surgical complications of gastric bypass promptly
Deposition and trial testimony for the plaintff
Attorney: Brian Shevlin
   Shevlin & Smith
   Arlington, VA

Dellinger v. Commonwealth of Virginia
Alleged malpractice by physician
Alleged failure to perform angiographic embolization of an AVM properly
Deposition testimony for the defendant
Attorney: C.J. Steuart Thomas, III
   Timberlake, Smith, Thomas & Moses
   Staunton, VA

Roberts v. MCI
Alleged malpractice by nurse
Alleged failure to inform physician about patient's confusion and blood loss
Deposition and trial testimony for the defendant
Attorney: Tom Rottinghaus
   Shughart, Thomson & Kilroy
   Kansas City, MO

Knight v. Visiting Nurse Association
Alleged malpractice by nurse
Alleged failure to inform physician about patient's condition at time of a home visit
Deposition for the defendant
Attorney:  Tony Rupp
       Shughart, Thomson & Kilroy
       Kansas City, MO


2005
Jackson v Bon Secours St. Mary's Hospital
Alleged injury caused by serving contaminated beverage in hospital cafeteria
Deposition for the plaintiff
Attorney:  Courtney Van Winkle
       Allen & Allen
       Richmond, VA

Malik v Dr. Gonzalo et al
Alleged failure to diagnose and treat pulmonary embolism
Deposition for the defendant
Attorney: R. Barrow Blackwell, Esq.
       Kaufman & Canoles
       Norfolk, VA

Cooper v Dr. Flemmer et al
Alleged improper treatment of hypotension resulting in leg amputation
Deposition for the defendant
Attorney: Kathleen McCauley, Esq.
       Goodman, Allen & Filetti
       Glen Allen, VA

Tara Gesling v. Dr. Sherry
Alleged improper injection for pain control causing RSD of the lung
Deposition for the defendant
Attorney: James Mayson, Esq.
       Timberlake, Smith, Thomas & Moses
       Staunton, VA

Spittle v. Commonwealth of Virginia
Alleged improper placement of feeding tube resulting in pneumonia
Deposition and trial testimony as treating physician
Attorney: Robin Ayres, Esq.
       Goodman, Allen & Filetti
       Glen Allen, VAWare v Steven Johnson, MD

Alleged failure to treat acute blood loss adequately
Deposition for the defendant
Attorney: C.J. Steuart Thomas, Esq.
       Timberlake, Smith, Thomas & Moses, P.C.
       Staunton, VA

2006

Walters v. Ludmilla Neudachin, MD
Alleged brain damage and death resulting from failure to secure a working airway
Deposition for the plaintiff
Attorney: Brian Shevlin, Esq.
    Shevlin & Smith
    Fairfax, VA

Uzel v. Dr. Bosher
Alleged failure to prevent deep vein thrombosis resulting in pulmonary embolism
Deposition for the defendant
Attorney: Sean Byrne, Esq.
    Hancock, Daniel, Johnson & Nagle
    Glen Allen, VA

Spencer v. Charlotte Surgical Group and Carl Smart, MD
Alleged failure to inform surgeon about abscess seen on chest CT
Deposition for the defendant
Attorney: Harold Holmes, Jr., Esq.
    Parker Poe
    Charlotte, NC

Miles v Dr Mathers
Alleged failure to diagnose myocardial infarction
Deposition and trial tesimony for the defendant
Attorney: Margaret Hardy, Esq.
    Sands, Anderson, Marks & Miller
    Richmond, VA

Richard Rogers vs Timothy Blackburn, M.D
Alleged failure to diagnose and treat pulmonary embolism
Deposition for the defendant
Attorney: Diana Jordison, Esq.
    Kansas City, MO

Karen Ware vs Drs. Nieman and Phemister
Alleged failure to transfuse adequately
Trial testimony for the defendant
Attorney: Bevin Alexander
    Freeman, Dunn, Alexander, Yeatts & Tiller
    Lynchburg, VA

2007

Ginger Brewster vs Drs. Mortazavi and Halmi
Alleged failure to prescribe dvt prophylaxis properly
Deposition testimony for the defendant
Attorney:   Marc Brown
            Hamilton, Altman, Canale & Dillon
            10806 Eaton Place, Suite 200
            Fairfax, VA 22030


John Thomas vs Prince William County Fire Dept.
Alleged that work exposure caused fatal lung cancer
Deposition for the defendant
Attorney: Ralph Whitt
            Whitt & DelBueno
            Glen Allen, VA


Jerry Hirtriter vs Rockingham Memorial Hospital
Alleged that mechanical ventilation was withheld improperly
Trial testimony for the defendant
Attorney: Frank Hilton
            Wharton, Aldhizer & Weaver
            Harrisonburg, VA