# Mary R. Scott, et al. v. District of Columbia, et al.
## United States District Court for the District of Columbia

## 05CV01853

**Exhibit No. 2**                    **Docket Sheet**

APPEAL, JURY, TYPE-L

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:05-cv-01853-RWR

SCOTT et al v. DISTRICT OF COLUMBIA et al
Assigned to: Judge Richard W. Roberts
Case in other court: USCA, 06-07109
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 09/20/2005
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**MARY R. SCOTT**
*Individually and as Personal Representative*
*of the Estate of JONTHAN MAGBIE,*
*Deceased*

represented by **Donald M. Temple**
DONALD M TEMPLE, P.C.
1229 15th Street, NW
Washington, DC 20005
(202) 628-1101
Fax: (202)628-1149
Email: dtemplelaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur B. Spitzer**
AMERICAN CIVIL LIBERTIES UNION
1400 20th Street, NW
Suite 119
Washington, DC 20036
(202) 457-0800
Fax: (202) 452-1868
Email: artspitzer@aol.com
*ATTORNEY TO BE NOTICED*

**Edward J. Connor**
5210 Auth Road
Suite 304
Camp Springs, MD 20746-4341
(301) 899-7801
Fax: (301) 423-1372
Email: edconn1952@juno.com
*ATTORNEY TO BE NOTICED*

**Elizabeth Alexander**
NATIONAL PRISON PROJECT OF THE
ACLU FOUNDATION
915 15th Street, NW
7th Floor

Washington, DC 20005
(202) 393-4930
Fax: 202-393-4931
Email: ealexander@npp-aclu.org
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JONATHAN MAGBIE**
*Deceased*

represented by **Donald M. Temple**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arthur B. Spitzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward J. Connor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Alexander**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DISTRICT OF COLUMBIA**

represented by **Ronald George Guziak**
BONNER KIERNAN TREBACH &
CROCIATA LLP
1233 20th Street, NW
Eighth Floor
Washington, DC 20036
(202) 712-7000
Fax: (202) 712-7100
Email: rguziak@bktc.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J. Anderson**
OFFICE OF ATTORNEY GENERAL FOR
DC
441 Fourth Street, NW
Suite 600 S
Washington, DC 20001
(202) 724-6607
Fax: (202) 727-3625
Email: steve.anderson@dc.gov;
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana K. DeLorenzo**
OFFICE OF THE ATTORNEY GENERAL
FOR D.C.
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
(202) 724-6515
Email: dana.delorenzo@dc.gov
*TERMINATED: 04/25/2007*
*ATTORNEY TO BE NOTICED*

**Shana Lyn Frost**
OFFICEOF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
(202) 724-6534
Email: shana.frost@dc.gov
*TERMINATED: 02/02/2006*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ˀDIE WASHINGTON**                    represented by    **Steven J. Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dana K. DeLorenzo**
(See above for address)
*TERMINATED: 04/25/2007*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JOSEPH BASTIEN**                    represented by    **Andrew J. Spence**
*M.D.*                                                 HAMILTON ALTMAN CANALE &
                                                       DILLON, LLC
                                                       10306 Eaton Place
                                                       Suite 200
                                                       Fairfax, VA 22030
                                                       (703) 591-9700
                                                       Fax: (703) 591-0023
                                                       Email: andrew.spence@hacdlaw.com
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**ˀWILKINS DAVIS**                    represented by    **Andrew J. Spence**
*ˌMD*                                                  (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**ENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC.**

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CORRECTIONS CORPORATION OF AMERICA**

represented by **Daniel P. Struck**
JONES, SKELTON & HOCHULI
2901 North Central Avenue
Suite 800
Phoeniz, AZ 85012
(602) 263-1700
Fax: (602) 263-1784
Email: dstruck@jshfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**E. Louise Phillips**
OFFICE OF THE ATTORNEY GENERAL
FOR D.C.
Public Advocacy Division
441 Fourth Street, NW
450N
Washington, DC 20001
(202) 724-0874
Fax: (202) 727-3625
Email: louise.phillips@dc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugenia Vroustouris**
LECLAIR RYAN
225 Reinekers Lane
Suite 700
Alexandria, VA 22314
(703) 647-5938
Fax: (703) 684-8075
*ATTORNEY TO BE NOTICED*

**Kelvin L. Newsome**
LECLAIR RYAN
999 Waterside Drive
Suite 2525
Norfolk, VA 23510
(757) 441-8938
Fax: (757) 441-8988
Email: kelvin.newsome@leclairryan.com
*ATTORNEY TO BE NOTICED*

**Megan Starace Ben'Ary**
LECLAIR & RYAN
225 Reinekers Lane
Suite 700
Alexandria, VA 22314
(703) 684-8007
Fax: (703) 684-8075
Email: megan.benary@leclairryan.com
*ATTORNEY TO BE NOTICED*

**Rebecca Everett Kuehn**
FEDERAL TRADE COMMISSION
Division of Privacy and Identity Protection
600 Pennsylvania Avenue, N.W.
Mail Stop NJ-3158
Washington, DC 20580
202-326-2017
Fax: 202-326-3629
Email: rkuehn@ftc.gov
*TERMINATED: 05/04/2006*
*ATTORNEY TO BE NOTICED*

**Shannon M. Ivanyi**
JONES, SKELTON & HOCHULI, PLC
2901 North Central Avenue
Suite 800
Phoenix, AZ 85012
(602) 263-1708
*ATTORNEY TO BE NOTICED*

**Defendant**
**MALEK MALEKGHASEMI**
*MD*                                      represented by  **Andrew J. Spence**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Defendant**
**SUNDAY NWOSU**
*MD*                                      represented by  **Andrew J. Spence**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Defendant**
**PAULINE OJELFO**
*LPN*

**Defendant**
**GBENGA OGUNDIPE**
*LPN*

**Defendant**
**SINGLEY**                               represented by  **Rebecca Everett Kuehn**

*OFFICER*

(See above for address)
*TERMINATED: 05/04/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugenia Vroustouris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kelvin L. Newsome**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Starace Ben'Ary**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shannon M. Ivanyi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION**
*TERMINATED: 02/15/2007*
  *ing business as*
GREATER SOUTHEAST COMMUNITY HOSPITAL

represented by **Catherine A. Hanrahan**
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
1341 G Street, NW
Suite 500
Washington, DC 20005
(202) 626-7660
Fax: (202) 628-3606
Email: hanrahanc@wilsonelser.com
*TERMINATED: 02/15/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Janoske Rumsey**
PRESSLER & SENFTLE, P.C.
937 15th Street, NW
12th Floor
Washington, DC 20005
(202) 626-7660
Email: Alan.Rumsey@WilsonElser.com
*TERMINATED: 02/15/2007*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WILLIAM S. VAUGHN**
*D*

represented by **D'Ana E. Johnson**
BONNER KIERNAN TREBACH & CROCIATA
1233 20th Street, NW

8th Floor
Washington, DC 20036
(202) 712-7055
Fax: (202) 712-7100
Email: djohnson@bktc.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan M. Anderson**
BONNER, KIERNAN, TREBACH &
CROCIATA
1250 I Street, NW
6th Floor
Washington, DC 20005
(202)712-7017
Fax: (202) 712-7000
Email: janderson@bktc.net
*TERMINATED: 09/13/2007*
*LEAD ATTORNEY*

**Thomas Vincent Monahan, Jr.**
GOODELL, DEVRIES, LEECH & DANN,
LLP
One South Street
Suite 2000
Baltimore, MD 21202
(410) 783-4000
Fax: 410-783-4040
Email: tvm@gdldlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**ROTIMI A. ILUYOMADE**
*MD*

represented by **D'Ana E. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan M. Anderson**
(See above for address)
*TERMINATED: 09/13/2007*
*LEAD ATTORNEY*

**Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

ATIONAL EMERGENCY SERVICES
DISTRICT OF COLUMBIA, INC.

represented by **D'Ana E. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

NATIONAL EMERGENCY SERVICES
DISTRICT OF COLUMBIA, INC.

represented by **Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

CORRECTIONS CORPORATION OF
AMERICA

**Cross Claimant**

SINGLEY
*OFFICER*

**Cross Defendant**

JOSEPH BASTIEN
*M.D.*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

T. WILKINS DAVIS
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

MALEK MALEKGHASEMI
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

UNDAY NWOSU
*MD*

represented by **Andrew J. Spence**
(See above for address)

ATTORNEY TO BE NOTICED

**Cross Defendant**

**PAULINE OJELFO**
*LPN*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**GBENGA OGUNDIPE**
*LPN*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION**
*TERMINATED: 02/16/2007*

represented by **Catherine A. Hanrahan**
(See above for address)
*TERMINATED: 02/15/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Janoske Rumsey**
(See above for address)
*TERMINATED: 02/15/2007*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**WILLIAM S. VAUGHN**
*MD*

represented by **D'Ana E. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan M. Anderson**
(See above for address)
*TERMINATED: 09/13/2007*
*LEAD ATTORNEY*

**Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ROTIMI A. ILUYOMADE**
*MD*

represented by **D'Ana E. Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Juan M. Anderson**
(See above for address)
*TERMINATED: 09/13/2007*
*LEAD ATTORNEY*

**Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Claimant**
**DISTRICT OF COLUMBIA**                represented by   **Dana K. DeLorenzo**
(See above for address)
*TERMINATED: 04/25/2007*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**
**ODIE WASHINGTON**                     represented by   **Dana K. DeLorenzo**
(See above for address)
*TERMINATED: 04/25/2007*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**
**JOSEPH BASTIEN**
*M.D.*

**Cross Defendant**
**T WILKINS DAVIS**

**Cross Defendant**
**CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.**

**Cross Defendant**
**CORRECTIONS CORPORATION OF
AMERICA**

**Cross Defendant**
**MALEK MALEKGHASEMI**
*MD*

**Cross Defendant**
**SUNDAY NWOSU**
*MD*

**Cross Defendant**
**PAULINE OJELFO**
*LPN*

**Cross Defendant**
**GBENGA OGUNDIPE**
*LPN*

**Cross Defendant**

`NGLEY
OFFICER

**Cross Defendant**

**GREATER SOUTHEAST COMMUNITY**                represented by    **Catherine A. Hanrahan**
**HOSPITAL CORPORATION**                                         (See above for address)
*TERMINATED: 02/16/2007*                                         *TERMINATED: 02/15/2007*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Alan Janoske Rumsey**
                                                                 (See above for address)
                                                                 *TERMINATED: 02/15/2007*
                                                                 *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**WILLIAM S. VAUGHN**                          represented by    **D'Ana E. Johnson**
*MD*                                                             (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Juan M. Anderson**
                                                                 (See above for address)
                                                                 *TERMINATED: 09/13/2007*
                                                                 *LEAD ATTORNEY*

                                                                 **Ronald George Guziak**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ROTIMI A. ILUYOMADE**                        represented by    **D'Ana E. Johnson**
*MD*                                                             (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Juan M. Anderson**
                                                                 (See above for address)
                                                                 *TERMINATED: 09/13/2007*
                                                                 *LEAD ATTORNEY*

                                                                 **Ronald George Guziak**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Cross Claimant**

`REATER SOUTHEAST COMMUNITY`                   represented by    **Catherine A. Hanrahan**
**HOSPITAL CORPORATION**                                         (See above for address)

*TERMINATED: 02/16/2007*                                    *TERMINATED: 02/15/2007*
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Alan Janoske Rumsey**
                                                            (See above for address)
                                                            *TERMINATED: 02/15/2007*
                                                            *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**
**DISTRICT OF COLUMBIA**                    represented by   **Dana K. DeLorenzo**
                                                            (See above for address)
                                                            *TERMINATED: 04/25/2007*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**ODIE WASHINGTON**                         represented by   **Dana K. DeLorenzo**
                                                            (See above for address)
                                                            *TERMINATED: 04/25/2007*
                                                            *ATTORNEY TO BE NOTICED*

**Cross Defendant**
**JOSEPH BASTIEN**
*M.D.*

**Cross Defendant**
**T. WILKINS DAVIS**
*MD*

**Cross Defendant**
**CENTER FOR CORRECTIONAL**
**HEALTH AND POLICY STUDIES, INC.**

**Cross Defendant**
**CORRECTIONS CORPORATION OF**
**AMERICA**

**Cross Defendant**
**MALEK MALEKGHASEMI**
*MD*

**Cross Defendant**
**SUNDAY NWOSU**
*MD*

**Cross Defendant**
**PAULINE OJELFO**

*LPN*

**Cross Defendant**

**GBENGA OGUNDIPE**
*LPN*

**Cross Defendant**

**SINGLEY**
*OFFICER*

**Cross Defendant**

**WILLIAM S. VAUGHN**                   represented by   **D'Ana E. Johnson**
*MD*                                                     (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Juan M. Anderson**
                                                         (See above for address)
                                                         *TERMINATED: 09/13/2007*
                                                         *LEAD ATTORNEY*

                                                         **Ronald George Guziak**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ROTIMI A. ILUYOMADE**                 represented by   **D'Ana E. Johnson**
*MD*                                                     (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Juan M. Anderson**
                                                         (See above for address)
                                                         *TERMINATED: 09/13/2007*
                                                         *LEAD ATTORNEY*

                                                         **Ronald George Guziak**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**CORRECTIONS CORPORATION OF
AMERICA**

**Cross Claimant**

**SINGLEY**
*OFFICER*

V.

**Cross Defendant**

'STRICT OF COLUMBIA            represented by  **Dana K. DeLorenzo**
                                         (See above for address)
                                         *TERMINATED: 04/25/2007*
                                         *ATTORNEY TO BE NOTICED*

**Cross Defendant**

**ODIE WASHINGTON**          represented by  **Dana K. DeLorenzo**
                                           (See above for address)
                                         *TERMINATED: 04/25/2007*
                                         *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**WILLIAM S. VAUGHN**       represented by  **D'Ana E. Johnson**
*MD*                                             (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Juan M. Anderson**
                                         (See above for address)
                                         *TERMINATED: 09/13/2007*
                                         *LEAD ATTORNEY*

                                         **Ronald George Guziak**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

**Cross Claimant**

**ROTIMI A. ILUYOMADE**     represented by  **D'Ana E. Johnson**
*MD*                                             (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Juan M. Anderson**
                                         (See above for address)
                                         *TERMINATED: 09/13/2007*
                                         *LEAD ATTORNEY*

                                         **Ronald George Guziak**
                                         (See above for address)
                                         *ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**DISTRICT OF COLUMBIA**     represented by  **Dana K. DeLorenzo**
                                         (See above for address)
                                         *TERMINATED: 04/25/2007*
                                         *ATTORNEY TO BE NOTICED*

District of Columbia live database
Case 1:05-cv-01853-RWR    Document 168-3    Filed 02/20/2008    Page 16 of 36
Page 15 of 35

**Cross Defendant**
  ᗡIE WASHINGTON

represented by **Dana K. DeLorenzo**
(See above for address)
*TERMINATED: 04/25/2007*
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**JOSEPH BASTIEN**
*M.D.*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**T. WILKINS DAVIS**
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.**

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**CORRECTIONS CORPORATION OF
ᐧMERICA**

**Cross Defendant**
**MALEK MALEKGHASEMI**
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**SUNDAY NWOSU**
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**PAULINE OJELFO**
*LPN*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
**GBENGA OGUNDIPE**
*LPN*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**
  NGLEY
*ᘳFFICER*

District of Columbia live database
Page 16 of 35
Case 1:05-cv-01853-RWR     Document 168-3     Filed 02/20/2008     Page 17 of 36

**Cross Defendant**

REATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION
*TERMINATED: 02/16/2007*

represented by **Catherine A. Hanrahan**
(See above for address)
*TERMINATED: 02/15/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alan Janoske Rumsey**
(See above for address)
*TERMINATED: 02/15/2007*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**GREATER SOUTHEAST COMMUNITY
HOSPITAL CORPORATION**
*TERMINATED: 02/16/2007*

V.

**Cross Defendant**

**DISTRICT OF COLUMBIA**

**Cross Defendant**

ODIE WASHINGTON

**Cross Defendant**

**JOSEPH BASTIEN**
*M.D.*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**T. WILKINS DAVIS**
*MD*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CENTER FOR CORRECTIONAL
HEALTH AND POLICY STUDIES, INC.**

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**CORRECTIONS CORPORATION OF
AMERICA**

**Cross Defendant**

MALEK MALEKGHASEMI

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

'NDAY NWOSU
.,,D

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**PAULINE OJELFO**
*LPN*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**GBENGA OGUNDIPE**
*LPN*

represented by **Andrew J. Spence**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cross Defendant**

**SINGLEY**
*OFFICER*

**Cross Defendant**

**WILLIAM S. VAUGHN**
*MD*

represented by **Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

'oss Defendant

**ROTIMI A. ILUYOMADE**
*MD*

represented by **Ronald George Guziak**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/20/2005 | 1 | COMPLAINT against DISTRICT OF COLUMBIA, ODIE WASHINGTON, JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE (Filing fee $ 250) filed by MARY R. SCOTT, JONATHAN MAGBIE.(jf, ) (Entered: 09/21/2005) |
| 09/20/2005 | | Summons (14) Issued as to DISTRICT OF COLUMBIA, ODIE WASHINGTON, JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE. (jf, ) (Entered: 09/21/2005) |
| .1/10/2005 | 2 | ANSWER to Complaint by JONATHAN MAGBIE.(Rumsey, Alan) (Entered: 11/10/2005) |

| | | |
|---|---|---|
| 11/11/2005 | 3 | ANSWER to Complaint *of Defendants* by T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI.(Spence, Andrew) (Entered: 11/11/2005) |
| 11/14/2005 | 4 | ANSWER to Complaint with Jury Demand by CORRECTIONS CORPORATION OF AMERICA.(Kuehn, Rebecca) (Entered: 11/14/2005) |
| 11/14/2005 | 5 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CORRECTIONS CORPORATION OF AMERICA (Kuehn, Rebecca) (Entered: 11/14/2005) |
| 11/16/2005 | 6 | NOTICE of Appearance by Daniel P. Struck on behalf of CORRECTIONS CORPORATION OF AMERICA (Struck, Daniel) (Entered: 11/16/2005) |
| 11/16/2005 | 7 | MOTION for Extension of Time to File Answer re 1 Complaint, by DISTRICT OF COLUMBIA. (Anderson, Steven) (Entered: 11/16/2005) |
| 11/18/2005 | 8 | ANSWER to Complaint by SUNDAY NWOSU.(Spence, Andrew) (Entered: 11/18/2005) |
| 11/21/2005 | 9 | NOTICE of Appearance by Shana Lyn Frost on behalf of DISTRICT OF COLUMBIA (Frost, Shana) (Entered: 11/21/2005) |
| 11/22/2005 | 10 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC. (Spence, Andrew) (Entered: 11/22/2005) |
| 1/22/2005 | 11 | MOTION for Extension of Time to File Answer re 1 Complaint, by ODIE WASHINGTON. (Anderson, Steven) (Entered: 11/22/2005) |
| 11/28/2005 | 12 | ANSWER to Complaint by WILLIAM S. VAUGHN.(Johnson, D'Ana) (Entered: 11/28/2005) |
| 11/29/2005 | 13 | Memorandum in opposition to motion re 7 *Plaintiff's Opposition to Def. District of Columbia's Motion for an Enlargement of Time* filed by MARY R. SCOTT. (Attachments: # 1 Proposed Order)(Alexander, Elizabeth) (Entered: 11/29/2005) |
| 11/29/2005 | 14 | Memorandum in opposition to motion re 11 *Plaintiff's Opposition to Def. Washington's Motion for an Enlargement of Time* filed by MARY R. SCOTT. (Attachments: # 1 Proposed Order)(Alexander, Elizabeth) (Entered: 11/29/2005) |
| 11/29/2005 | 15 | ANSWER to Complaint by ROTIMI A. ILUYOMADE.(Johnson, D'Ana) (Entered: 11/29/2005) |
| 12/01/2005 | | MINUTE ORDER: It is hereby ORDERED that defendant Odie Washington's untimely motion 11 for extension of time to answer be, and hereby is, GRANTED in part and DENIED in part. Defendant shall have until December 20 to respond to the complaint. Issued by Judge Richard W. Roberts on 12/1/2005. (EHS) (Entered: 12/01/2005) |
| 12/01/2005 | | MINUTE ORDER: It is hereby ORDERED that defendant District of Columbia's untimely motion 7 for extension of time to answer be, and hereby is, GRANTED in part and DENIED in part. Defendant shall have until December 27, 2005 to respond to the complaint. Issued by Judge Richard W. Roberts on 12/1/2005. (EHS) (Entered: 12/01/2005) |

| | | |
|---|---|---|
| 12/08/2005 | | Set/Reset Deadlines: Answer due by 12/20/2005. (lin, ) (Entered: 12/08/2005) |
| 2/12/2005 | 16 | ANSWER to Complaint by PAULINE OJELFO, GBENGA OGUNDIPE.(Spence, Andrew) (Entered: 12/12/2005) |
| 12/20/2005 | 17 | NOTICE *of Response to December 1, 2005, Court Order* by ODIE WASHINGTON re Order on Motion for Extension of Time to Answer, (Anderson, Steven) (Entered: 12/20/2005) |
| 12/21/2005 | 18 | ANSWER to Complaint by JOSEPH BASTIEN.(Spence, Andrew) (Entered: 12/21/2005) |
| 12/22/2005 | 19 | NOTICE *of Appearance on behalf of CCA for Medical Allegations Only* by CORRECTIONS CORPORATION OF AMERICA (Phillips, E.) (Entered: 12/22/2005) |
| 12/27/2005 | 20 | MOTION to Dismiss by DISTRICT OF COLUMBIA. (Anderson, Steven) (Entered: 12/27/2005) |
| 12/28/2005 | 21 | NOTICE of Appearance by D'Ana E. Johnson on behalf of ROTIMI A. ILUYOMADE (Johnson, D'Ana) (Entered: 12/28/2005) |
| 12/28/2005 | 22 | MOTION for Extension of Time to *file amended motion to dismiss & exhibits* by DISTRICT OF COLUMBIA. (Anderson, Steven) (Entered: 12/28/2005) |
| 12/28/2005 | 23 | Amended MOTION to Dismiss by DISTRICT OF COLUMBIA. (Attachments: # 1 Exhibit Exh 1, CCA Contract pt. 1# 2 Exhibit Exh 1 CCA Contract pt. 2# 3 Exhibit Exh 2 CCA Contr. Mod # 4# 4 Exhibit Exh 3. CCHPS contr. Mod. # 12# 5 Exhibit Exh 4. CCHPS 2002 Contract pt. 1# 6 Exhibit Exh. 4, CCHPS 2002 contract pt. 2)(Anderson, Steven) (Entered: 12/28/2005) |
| 12/29/2005 | 24 | Second MOTION for Extension of Time to *File Motion to Dismiss* by DISTRICT OF COLUMBIA. (Anderson, Steven) (Entered: 12/29/2005) |
| 12/29/2005 | 25 | Second MOTION to Dismiss *(Corrected Amended)* by DISTRICT OF COLUMBIA. (Attachments: # 1 Exhibit Exh. 1, CCA Master Contract, pt. 1# 2 Exhibit Exh 1 CCA Master Contract, pt. 2# 3 Exhibit Exh 2, CCA mod # 4# 4 Exhibit Exh 3, CCHPS mod # 12# 5 Exhibit Exh 4 CCHPS Contract 2002 pt. 1# 6 Exhibit Exh 4 CCHPS 2002 contract pt 2)(Anderson, Steven) (Entered: 12/29/2005) |
| 01/10/2006 | 26 | Memorandum in opposition to re 25 *Defendant District of Columbia's Motion to Dismiss* filed by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 01/10/2006) |
| 01/13/2006 | | MINUTE ORDER: It is hereby ORDERED that defendant District of Columbia's two motions 22 and 24 for extension of time to file and for leave to amend its motion to dismiss be, and hereby are, GRANTED. Issued by Judge Richard W. Roberts on 1/13/06. (EHS) (Entered: 01/13/2006) |
| 01/13/2006 | 27 | NOTICE of Appearance by Dana K. DeLorenzo on behalf of DISTRICT OF COLUMBIA (DeLorenzo, Dana) (Entered: 01/13/2006) |
| 01/18/2006 | 28 | MOTION for Extension of Time to File Response/Reply as to 26 Memorandum in Opposition *by an Additional Two Weeks* by DISTRICT OF COLUMBIA. (Attachments: # 1 Text of Proposed Order)(DeLorenzo, Dana) (Entered: 01/18/2006) |
| 01/19/2006 | | MINUTE ORDER: It is hereby ORDERED that defendant District of Columbia's |

District of Columbia live database
Page 20 of 35
Case 1:05-cv-01853-RWR     Document 168-3     Filed 02/20/2008     Page 21 of 36

| | | |
|---|---|---|
| | | motion 28 for an extension of time to file its reply be, and hereby is, GRANTED. Reply due by 2/1/2006. Issued by Judge Richard W. Roberts on 1/19/06. (EHS) (Entered: 01/19/2006) |
| 01/19/2006 | | Set/Reset Deadlines: Replies due by 2/1/2006. (lin, ) (Entered: 01/19/2006) |
| 01/19/2006 | | MINUTE ORDER TO SHOW CAUSE: Plaintiff has filed no proof that defendant Singley has been served within the time required under Fed. Rules Civ. P. 4(m). Therefore, it is hereby ORDERED that plaintiff SHOW CAUSE in writing by January 30, 2006 why this case should not be dismissed as to defendant Singley. Show Cause Response due by 1/30/2006. Issued by Judge Richard W. Roberts on 1/19/2006. (EHS) (Entered: 01/19/2006) |
| 01/20/2006 | | Set/Reset Deadlines: Response to Show Cause due by 1/30/2006. (lin, ) (Entered: 01/20/2006) |
| 01/23/2006 | 29 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. SINGLEY served on 10/27/2005, answer due 11/16/2005 (Alexander, Elizabeth) (Entered: 01/23/2006) |
| 01/25/2006 | 30 | RESPONSE TO ORDER OF THE COURT re Order to Show Cause, *Plaintiffs' Response to Order to Show Cause* filed by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 01/25/2006) |
| 01/27/2006 | | SUMMONS REISSUED (1) as to ODIE WASHINGTON (jf, ) (Entered: 01/27/2006) |
| 01/30/2006 | | MINUTE ORDER: It is hereby ORDERED that the show cause order issued to plaintiff on January 19, 2006 be, and hereby is, DISCHARGED. Issued by Judge Richard W. Roberts on 1/25/2006. (EHS) (Entered: 01/30/2006) |
| 02/01/2006 | 31 | REPLY to opposition to motion re 25 filed by DISTRICT OF COLUMBIA. (Anderson, Steven) (Entered: 02/01/2006) |
| 02/02/2006 | 32 | MOTION for Extension of Time to *Effect Service on Defendant Odie Washington* by MARY R. SCOTT, JONATHAN MAGBIE. (Attachments: # 1 Exhibit Return of Service for Odie Washington)(Alexander, Elizabeth) (Entered: 02/02/2006) |
| 02/02/2006 | 33 | MOTION to Quash *Service of Summons and Complaint* by SINGLEY. (Attachments: # 1 Affidavit Affidavit in Support of Motion to Quash# 2 Text of Proposed Order Proposed Order on Motion to Quash)(Kuehn, Rebecca) (Entered: 02/02/2006) |
| 02/02/2006 | 34 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DISTRICT OF COLUMBIA. Attorney Shana Lyn Frost terminated. (Frost, Shana) (Entered: 02/02/2006) |
| 02/06/2006 | 35 | MOTION for Leave to File *A SUR-REPLY TO DEFENDANT DISTRICT OF COLUMBIA?S MOTION TO DISMISS* by MARY R. SCOTT. (Attachments: # 1 Proposed Order)(Alexander, Elizabeth) (Entered: 02/06/2006) |
| 02/06/2006 | 36 | SURREPLY to re 35 MOTION for Leave to File *A SUR-REPLY TO DEFENDANT DISTRICT OF COLUMBIA?S MOTION TO DISMISS* filed by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 02/06/2006) |
| 2/14/2006 | 37 | Memorandum in opposition to re 33 *Singley's Motion to Quash Service of Summons and Complaint* filed by MARY R. SCOTT. (Attachments: # 1 Exhibit Return of Service for Officer Singley# 2 Exhibit Declaration of MM Shapiro# 3 Text of Proposed Order) |

| | | (Alexander, Elizabeth) (Entered: 02/14/2006) |
|---|---|---|
| 2/15/2006 | 38 | Memorandum in opposition to re 32 filed by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (Anderson, Steven) (Entered: 02/15/2006) |
| 02/22/2006 | 39 | NOTICE *of Filing of a Second Return of Service on Defendant Odie Washington* by MARY R. SCOTT (Attachments: # 1 Odie Washington Return)(Alexander, Elizabeth) (Entered: 02/22/2006) |
| 02/22/2006 | 40 | REPLY to opposition to motion re 37 Memorandum in Opposition,, 33 MOTION to Quash *Service of Summons and Complaint* filed by SINGLEY. (Attachments: # 1 Exhibit Copy of Williams v. Harris)(Kuehn, Rebecca) (Entered: 02/22/2006) |
| 02/22/2006 | 41 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. ODIE WASHINGTON served on 2/6/2006, answer due 2/27/2006 (jf, ) (Entered: 02/23/2006) |
| 02/24/2006 | 42 | REPLY to opposition to motion re 32 MOTION for Extension of Time to *Effect Service on Defendant Odie Washington* filed by MARY R. SCOTT, JONATHAN MAGBIE. (Attachments: # 1 Unpublished Opinion Cited in Plaintiff's Reply Memorandum) (Alexander, Elizabeth) (Entered: 02/24/2006) |
| 02/27/2006 | | MINUTE ORDER: It is hereby ORDERED that plaintiff's unopposed motion 35 for leave to file a sur-reply to defendant District of Columbia's motion to dismiss be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 2/27/2006. (EHS) (Entered: 02/27/2006) |
| 02/28/2006 | 43 | SURREPLY to re 25 Second MOTION to Dismiss *(Corrected Amended)* filed by MARY R. SCOTT, JONATHAN MAGBIE. (Alexander, Elizabeth) (Entered: 02/28/2006) |
| 03/02/2006 | 44 | MEET AND CONFER STATEMENT. (Temple, Donald) (Entered: 03/02/2006) |
| 03/09/2006 | 45 | ERRATA *Corrected 16.3 statement* by JONATHAN MAGBIE. (Attachments: # 1) (Temple, Donald) (Entered: 03/09/2006) |
| 03/24/2006 | | MINUTE ORDER: It is hereby ORDERED that plaintiff's motion 32 seeking more time to serve defendant Odie Washington be, and hereby is, GRANTED, nunc pro tunc. Plaintiff has until 2/6/06 to effect service as required by FRCP 4(m) on defendant Washington. Issued by Judge Richard W. Roberts on 3/24/2006. (EHS) (Entered: 03/24/2006) |
| 03/24/2006 | | MINUTE ORDER: It is hereby ORDERED that defendant Officer Singley's motion 33 to quash service of the summons and complaint be, and hereby is, DENIED. Officer Singley's response to the complaint is due April 13, 2006. Issued by Judge Richard W. Roberts on 3/24/2006. (EHS) (Entered: 03/24/2006) |
| 03/28/2006 | 46 | MOTION to Dismiss by ODIE WASHINGTON. (Anderson, Steven) (Entered: 03/28/2006) |
| 03/28/2006 | | Set/Reset Deadlines: Answer due by 4/13/2006. (lin, ) (Entered: 03/28/2006) |
| 04/07/2006 | 47 | ANSWER to Complaint with Jury Demand by SINGLEY. Related document: 1 Complaint, filed by MARY R. SCOTT,, JONATHAN MAGBIE,.(Ben'Ary, Megan) (Entered: 04/07/2006) |

| 04/10/2006 | 48 | ORDER setting initial scheduling conference for May 5, 2006 at 10:30 a.m. See order for add'l details. Signed by Judge Richard W. Roberts on 4/10/06. (EHS) (Entered: 04/10/2006) |
|---|---|---|
| 04/11/2006 | | Set/Reset Hearings: Status Conference set for 5/5/2006 10:30 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/11/2006) |
| 04/11/2006 | 49 | RESPONSE to *Motion of Defendant Odie Washington to Dismiss Plaintiff's Complaint 46 filed by MARY R. SCOTT. (Alexander, Elizabeth)* . (Entered: 04/11/2006) |
| 04/17/2006 | 50 | ENTERED IN ERROR.....MEMORANDUM by MARY R. SCOTT. (Alexander, Elizabeth) Modified on 4/18/2006 (nmw, ). (Entered: 04/17/2006) |
| 04/17/2006 | 51 | ENTERED IN ERROR.....NOTICE *Plaintiff's Motion For Permission to Participate in Initial Scheduling Conference By Telephone* by MARY R. SCOTT (Attachments: # 1 Memorandum in Support of Motion# 2 Text of Proposed Order Proposed Order) (Alexander, Elizabeth) Modified on 4/18/2006 (nmw, ). (Entered: 04/17/2006) |
| 04/18/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document Nos. 50 and 51 were entered in error and counsel was instructed to refile said pleading using the proper ECF event. (nmw, ) (Entered: 04/18/2006) |
| 04/18/2006 | 52 | MOTION to Permit *Plaintiff's Motion for Permission to Participate in Initial Scheduling Conference by Telephone* by MARY R. SCOTT. (Attachments: # 1 Memorandum in Support of Motion# 2 Text of Proposed Order Proposed Order) (Alexander, Elizabeth) (Entered: 04/18/2006) |
| 4/21/2006 | 53 | REPLY to opposition to motion re 46 MOTION to Dismiss filed by ODIE WASHINGTON. (Anderson, Steven) (Entered: 04/21/2006) |
| 04/25/2006 | | MINUTE ORDER: It is hereby ORDERED that plaintiff's unopposed motion 52 for co-counsel to participate in scheduling conference by telephone be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 4/25/06. (EHS) (Entered: 04/25/2006) |
| 05/04/2006 | 54 | MEET AND CONFER STATEMENT. (Anderson, Steven) (Entered: 05/04/2006) |
| 05/04/2006 | 55 | NOTICE of Appearance by Kelvin L. Newsome on behalf of CORRECTIONS CORPORATION OF AMERICA, SINGLEY (Newsome, Kelvin) (Entered: 05/04/2006) |
| 05/04/2006 | 56 | NOTICE OF WITHDRAWAL OF APPEARANCE as to CORRECTIONS CORPORATION OF AMERICA, SINGLEY. Attorney Rebecca Everett Kuehn terminated. (Kuehn, Rebecca) (Entered: 05/04/2006) |
| 05/05/2006 | 57 | ENTERED IN ERROR.....NOTICE of Appearance by Andrew J. Spence on behalf of CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC. (Spence, Andrew) Modified on 5/8/2006 (nmw, ). (Entered: 05/05/2006) |
| 05/05/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts : Status Conference held on 5/5/2006. Second motion to dismiss by District of Columbia denied; Motion to dismiss by Odie Washington granted in part and denied in part; Amended Pleadings due by 8/3/2006. Discovery due by 11/30/2006. Dispositive Motions due by 1/30/2007. Joinder of Parties due by 8/3/2006. Status Report due by 8/3/2006. Status |

District of Columbia live database
Page 23 of 35
Case 1:05-cv-01853-RWR    Document 168-3    Filed 02/20/2008    Page 24 of 36

| | | |
|---|---|---|
| | | Conference set for 12/1/2006 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (Court Reporter Scott Wallace.) (lin, ) (Entered: 05/08/2006) |
| 05/08/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 57 was entered in error and counsel was instructed to refile said pleading with appearing attorney's signature. (nmw, ) (Entered: 05/08/2006) |
| 05/08/2006 | 58 | SCHEDULING ORDER: All discovery to close November 30, 2006; post-discovery status conference set for December 1, 2006 at 9:15 a.m. See Order for additional deadlines. Signed by Judge Richard W. Roberts on 5/5/2006. (EHS) (Entered: 05/08/2006) |
| 05/10/2006 | | CASE REFERRED to Magistrate Judge Deborah A. Robinson for Discovery Disputes. (jsc) (Entered: 05/11/2006) |
| 05/18/2006 | 59 | MOTION to Take Deposition from Daryl Carter and Jason Foster *Plaintiffs' Consent Motion for Permission to Depose Prisoners* by MARY R. SCOTT. (Attachments: # 1 Memorandum in Support of Motion# 2 Text of Proposed Order)(Alexander, Elizabeth) (Entered: 05/18/2006) |
| 05/18/2006 | | Minute Order by Magistrate Judge Deborah A. Robinson on 5/18/06 granting 59 Consent Motion to Depose Prisoners. (EW) (Entered: 05/18/2006) |
| 05/18/2006 | 60 | MOTION for Writ of Habeas Corpus ad testificandum by MARY R. SCOTT. (Attachments: # 1 Statement of Facts Memorandum in Support# 2 Text of Proposed Order)(Alexander, Elizabeth) (Entered: 05/18/2006) |
| 5/23/2006 | 61 | MEMORANDUM OPINION AND ORDER denying the District of Columbia's motion to dismiss 25 and granting in part and denying in part Odie Washington's motion to dismiss 46 . Signed by Judge Richard W. Roberts on 05/23/2006. (EHS) (Entered: 05/23/2006) |
| 05/24/2006 | 62 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Eugenia Vroustouris. :Address- LeClair Ryan, 225 Reinekers Lane, Suite 700, Alexandria, VA 22314. Phone No. - 703-684-8007. Fax No. - 703-684-8075 by CORRECTIONS CORPORATION OF AMERICA, SINGLEY. (Attachments: # 1 Affidavit # 2 Text of Proposed Order) (Ben'Ary, Megan) (Entered: 05/24/2006) |
| 05/25/2006 | 63 | MOTION for Order *to Retain Prisoner at Jail* by MARY R. SCOTT. (Attachments: # 1 Memorandum in Support of Motion# 2 Text of Proposed Order ORDER)(Alexander, Elizabeth) (Entered: 05/25/2006) |
| 05/30/2006 | 64 | NOTICE OF WITHDRAWAL OF MOTION by MARY R. SCOTT re 63 MOTION for Order *to Retain Prisoner at Jail* (Alexander, Elizabeth) (Entered: 05/30/2006) |
| 06/01/2006 | | MINUTE ORDER: It is hereby ORDERED that the motion 62 for leave for Eugenia Vroustouris to appear pro hac vice be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 6/1/2006. (EHS) (Entered: 06/01/2006) |
| 06/07/2006 | 65 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Shannon Ivanyi. :Address- Jones, Skelton & Hochuli, P.L.C., 2901 North Central Avenue, Suite 800, Phoenix, AZ 85012. Phone No. - (602) 263-7323. Fax No. - (602) 200-7811 by CORRECTIONS CORPORATION OF AMERICA, SINGLEY. (Attachments: # 1 Affidavit # 2 Text of Proposed Order)(Ben'Ary, Megan) (Entered: 06/07/2006) |

| 06/15/2006 | | MINUTE ORDER: It is hereby ORDERED that the motion 65 to permit Shannon M. Ivanyi to appear pro hac vice on behalf of defendants Corrections Corporation of America and Patricia Singley be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 6/15/2006. (EHS) (Entered: 06/15/2006) |
| --- | --- | --- |
| 06/22/2006 | 66 | NOTICE OF APPEAL as to 61 Memorandum & Opinion by ODIE WASHINGTON. No fee paid/D.C. Government (jf, ) (Entered: 06/23/2006) |
| 06/23/2006 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 66 Notice of Appeal (jf, ) (Entered: 06/23/2006) |
| 06/23/2006 | 67 | MOTION for Leave to File *Responsive Pleading* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (Attachments: # 1 Exhibit District of Columbia's and Odie Washington's Answer and Cross-claims)(DeLorenzo, Dana) (Entered: 06/23/2006) |
| 06/27/2006 | 68 | CROSSCLAIM against JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADEfiled by CORRECTIONS CORPORATION OF AMERICA, SINGLEY.(nmw, ) (Entered: 06/27/2006) |
| 07/03/2006 | | USCA Case Number 06-7109 for 66 Notice of Appeal filed by ODIE WASHINGTON,. (tg, ) (Entered: 07/05/2006) |
| 07/05/2006 | 69 | RULE 26a1 STATEMENT. (DeLorenzo, Dana) (Entered: 07/05/2006) |
| 07/05/2006 | 70 | RULE 26a1 STATEMENT. (Phillips, E.) (Entered: 07/05/2006) |
| 07/06/2006 | 71 | CLAIM Answer to Cross-Claim by JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE. (Spence, Andrew) (Entered: 07/06/2006) |
| 07/07/2006 | 72 | MOTION to Strike 71 Claim, 68 Crossclaim, by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 07/07/2006) |
| 07/12/2006 | 73 | ANSWER to Crossclaim 68 of Defendants Corrections Corp. of America and Patricia Singley by WILLIAM S. VAUGHN.(Johnson, D'Ana). (Entered: 07/12/2006) |
| 07/12/2006 | 74 | ANSWER to Crossclaim 68 of Defendants Corrections Corp. of America and Patricia Singley by ROTIMI A. ILUYOMADE.(Johnson, D'Ana) . (Entered: 07/12/2006) |
| 07/13/2006 | 75 | RULE 26a1 STATEMENT. (Johnson, D'Ana) (Entered: 07/13/2006) |
| 07/13/2006 | 76 | RULE 26a1 STATEMENT. (Johnson, D'Ana) (Entered: 07/13/2006) |
| 07/17/2006 | | MINUTE ORDER: It is hereby ORDERED that defendants Odie Washington and the District of Columbia's unopposed motion 67 for leave to late-file a responsive pleading be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 7/17/2006. (EHS) (Entered: 07/17/2006) |
| 07/18/2006 | 77 | *District of Columbia's and Odie Washington's* ANSWER to Complaint, CROSSCLAIM against JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL |

| | | |
|---|---|---|
| | | HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE by DISTRICT OF COLUMBIA, ODIE WASHINGTON. Related document: 1 Complaint, filed by MARY R. SCOTT,, JONATHAN MAGBIE,.(DeLorenzo, Dana) (Entered: 07/18/2006) |
| 07/19/2006 | 78 | Memorandum in opposition to re 72 MOTION to Strike 71 Claim, 68 Crossclaim, filed by CORRECTIONS CORPORATION OF AMERICA, SINGLEY. (Attachments: # 1) (Newsome, Kelvin) (Entered: 07/19/2006) |
| 07/24/2006 | 79 | ENTERED IN ERROR.....CLAIM Answer to CounterClaim by MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN). (Spence, Andrew) Modified on 7/25/2006 (nmw, ). (Entered: 07/24/2006) |
| 07/24/2006 | 80 | ANSWER to 77 Crossclaim by JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN).(nmw, ) (Entered: 07/25/2006) |
| 07/25/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 79 Claim was entered in error and will be refiled by the Clerk's Office. (nmw, ) (Entered: 07/25/2006) |
| 8/02/2006 | 81 | ENTERED IN ERROR.....CLAIM Cross-Claim by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. (Hanrahan, Catherine) Modified on 8/3/2006 (jf, ). (Entered: 08/02/2006) |
| 08/02/2006 | 83 | CROSSCLAIM against DISTRICT OF COLUMBIA, ODIE WASHINGTON, JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADEfiled by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION.(jf, ) (Entered: 08/03/2006) |
| 08/03/2006 | 82 | MOTION for Extension of Time to Complete Discovery *(Partial Consent)* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 08/03/2006) |
| 08/03/2006 | 84 | MOTION for Leave to File *as Written Motion for Leave to Amend Complaint and Add Parties* by MARY R. SCOTT. (Attachments: # 1 Brief in Support of Motion# 2 Proposed Amended Complaint# 3 Text of Proposed Order Proposed Order)(Alexander, Elizabeth) (Entered: 08/03/2006) |
| 08/03/2006 | 85 | STATUS REPORT *Mediation Status Report* by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 08/03/2006) |
| 08/03/2006 | 86 | ERRATA *Defendants Cross-Claim Against Co-Defendants* by WILLIAM S. VAUGHN. (Anderson, Juan) (Entered: 08/03/2006) |
| 08/03/2006 | 88 | CROSSCLAIM against DISTRICT OF COLUMBIA, ODIE WASHINGTONfiled by |

District of Columbia live database
Page 26 of 35
Case 1:05-cv-01853-RWR   Document 168-3   Filed 02/20/2008   Page 27 of 36

| | | |
|---|---|---|
| | | CORRECTIONS CORPORATION OF AMERICA, SINGLEY.(nmw, ) (Entered: 08/04/2006) |
| 08/04/2006 | 87 | ERRATA *Motion For Leave to Amend Complaint and Add Parties* by MARY R. SCOTT 84 MOTION for Leave to File *as Written Motion for Leave to Amend Complaint and Add Parties* filed by MARY R. SCOTT,. (Attachments: # 1 Brief in Support of Motion# 2 Amended Complaint# 3 Text of Proposed Order Order) (Alexander, Elizabeth) (Entered: 08/04/2006) |
| 08/04/2006 | 89 | CROSSCLAIM against DISTRICT OF COLUMBIA, ODIE WASHINGTON, JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATIONfiled by WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE. (nmw, ) (Entered: 08/04/2006) |
| 08/07/2006 | 90 | ANSWER to Crossclaim 89 *of the District of Columbia and Odie Washington* by CORRECTIONS CORPORATION OF AMERICA, SINGLEY(OFFICER).(Ben'Ary, Megan) Modified on 8/7/2006 (ks, ). (Entered: 08/07/2006) |
| 08/07/2006 | 91 | ANSWER to Cross-Claim 89 by JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS (MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), PAULINE OJELFO (LPN), GBENGA OGUNDIPE(LPN). (Spence, Andrew) Modified on 8/7/2006 (ks, ). (Entered: 08/07/2006) |
| 08/07/2006 | 92 | MOTION to Dismiss *Cross-Claim or, in the Alternative, Motion for More Definite Statement* by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. (Attachments: # 1 # 2 Text of Proposed Order)(Hanrahan, Catherine) (Entered: 08/07/2006) |
| 08/09/2006 | 93 | ENTERED IN ERROR.....CLAIM Answer to Cross-Claim of Defendants William S. Vaughn, M.D. and Rotimi Iluyomade, M.D. by JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN). (Spence, Andrew) Modified on 8/10/2006 (jf, ). (Entered: 08/09/2006) |
| 08/10/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 93 Claim, was entered in error and counsel was instructed to refile said pleading using the correct category. (jf, ) (Entered: 08/10/2006) |
| 08/10/2006 | 94 | ANSWER to 89 Crossclaim by JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN).(Spence, Andrew) Modified on 8/11/2006 (nmw, ). (Entered: 08/10/2006) |
| 08/16/2006 | 95 | NOTICE of Voluntary Dismissal re Malek Malekghasemi, MD, Sunday Nwosu, MD, Joseph Bastien, MD, T. Wilkins Davis, MD, Pauline Ojelfo, LPN, Gbenga Ogundipe, LPN (Temple, Donald) (Entered: 08/16/2006) |
| | | |

| 08/16/2006 | 96 | NOTICE of Voluntary Dismissal re Center for Correctional Health and Policy Studies, Inc. (Temple, Donald) (Entered: 08/16/2006) |
| 08/17/2006 | 97 | *District of Columbia's and Odie Washington's* ANSWER to Crossclaim *of Corrections Corporation of America and Patricia Singley* 88 by DISTRICT OF COLUMBIA, ODIE WASHINGTON.(DeLorenzo, Dana). (Entered: 08/17/2006) |
| 08/17/2006 | 98 | District of Columbia's and Odie Washington's ANSWER to Crossclaim by Drs. Vaughn and Iluyomade 89 by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana). (Entered: 08/17/2006) |
| 08/17/2006 | 99 | Memorandum in opposition to re 84 MOTION for Leave to File *as Written Motion for Leave to Amend Complaint and Add Parties* filed by CORRECTIONS CORPORATION OF AMERICA, SINGLEY. (Struck, Daniel) (Entered: 08/17/2006) |
| 08/18/2006 | 100 | ANSWER to Crossclaim 83 filed by Greater Southeast Community Hospital Corporation I by DISTRICT OF COLUMBIA, ODIE WASHINGTON.(DeLorenzo, Dana). (Entered: 08/18/2006) |
| 08/21/2006 | 101 | MOTION for Protective Order *(Partial Consent)* by DISTRICT OF COLUMBIA. (DeLorenzo, Dana) (Entered: 08/21/2006) |
| 08/21/2006 | 102 | Memorandum in opposition to re 92 MOTION to Dismiss *Cross-Claim or, in the Alternative, Motion for More Definite Statement* filed by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (Anderson, Steven) (Entered: 08/21/2006) |
| 08/22/2006 | 103 | SUPPLEMENTAL MEMORANDUM to re 84 MOTION for Leave to File *as Written Motion for Leave to Amend Complaint and Add Parties Plaintiff's Reply Brief In Support Of Motion For Leave To Amend Complaint And Add Parties* filed by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 08/22/2006) |
| 08/22/2006 | 104 | ANSWER to Crossclaim 83 of Greater Southeast Community Hospital Corporation I by CORRECTIONS CORPORATION OF AMERICA, SINGLEY.(Ben'Ary, Megan). (Entered: 08/22/2006) |
| 08/22/2006 | 105 | ANSWER to Crossclaim 83 of William S. Vaughn, M.D. and Rotimi A. Iluyomade, M.D. by CORRECTIONS CORPORATION OF AMERICA, SINGLEY.(Ben'Ary, Megan). (Entered: 08/22/2006) |
| 08/23/2006 | 106 | ENTERED IN ERROR.....CLAIM Answer to Cross-Claim of CCA and Singley by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. (Hanrahan, Catherine) Modified on 8/23/2006 (lc, ). (Entered: 08/23/2006) |
| 08/23/2006 |  | NOTICE OF CORRECTED DOCKET ENTRY: re 106 Claim was entered in error and counsel was instructed to refile said pleading in the correct category. (lc, ) (Entered: 08/23/2006) |
| 08/23/2006 | 107 | ANSWER to Crossclaim *of CCA and Singley* by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION.(Hanrahan, Catherine) (Entered: 08/23/2006) |
| 08/23/2006 | 108 | ANSWER to Crossclaim *of Vaughn and Iluyomade* by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION.(Hanrahan, Catherine) (Entered: 08/23/2006) |

| | | |
|---|---|---|
| 08/25/2006 | | Set Hearing: Status Conference set for Tuesday, 9/12/2006 @ 02:30 PM in Courtroom 4-2nd Floor, E. Barrett Prettyman Building before Magistrate Judge Deborah A. Robinson. (EW) (Entered: 08/25/2006) |
| 08/28/2006 | 109 | ENTERED IN ERROR.....CLAIM Answer to Crossclaim by ROTIMI A. ILUYOMADE. (Anderson, Juan) Modified on 8/29/2006 (jf, ). (Entered: 08/28/2006) |
| 08/28/2006 | 110 | ENTERED IN ERROR.....CLAIM Vaughn's Answer to Crossclaim of GSECH by WILLIAM S. VAUGHN. (Anderson, Juan) Modified on 8/29/2006 (jf, ). (Entered: 08/28/2006) |
| 08/28/2006 | 111 | ANSWER to Crossclaim by ROTIMI A. ILUYOMADE(MD). Related document: 83 Crossclaim, filed by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION,.(jf, ) Additional attachment(s) added on 8/29/2006 (jf, ). (Entered: 08/29/2006) |
| 08/28/2006 | 112 | ANSWER to Crossclaim by WILLIAM S. VAUGHN(MD). Related document: 83 Crossclaim, filed by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION,.(jf, ) Additional attachment(s) added on 8/29/2006 (jf, ). (Entered: 08/29/2006) |
| 08/29/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document Nos. re 110 Claim, 109 Claim was entered in error and re-filed by the Clerk's Office.(jf, ) (Entered: 08/29/2006) |
| 09/05/2006 | 113 | Consent MOTION for Extension of Time to Complete Discovery by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. (Hanrahan, Catherine) (Entered: 09/05/2006) |
| 09/05/2006 | 114 | RULE 26a2 STATEMENT. (Attachments: # 1 Exhibit Dr. Betsey Resume# 2 Exhibit Dr. Betsey list of cases deposed or testified# 3 Exhibit Dr. Day fees, resume, cases deposed or testified)(Anderson, Steven) (Entered: 09/05/2006) |
| 09/12/2006 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson : Motion Hearing held on 9/12/2006. re 101 MOTION for Protective Order (unopposed) is granted. Motions for Extention of time to complete discovery re [82, 113] is stayed; Counsel for parties shall meet and confer in an effort to agree on discovery plan, and shall fill status report regarding efforts no later than 9/22/06; plaintiff shall file any opposition to Greater Southeast's motion for extension of time to complete discover re 113 by 9/22/06. Plaintiff, CCA and Singley shall file a status report regarding plaintiff's motion for leave to amend by 9/18/06. (Court Reporter Pro-Typists.) (lm, ) (Entered: 09/14/2006) |
| 09/18/2006 | 115 | STATUS REPORT by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 09/18/2006) |
| 09/18/2006 | | Set/Reset Deadlines:deadline for filing Status Report regarding proposed amendment of the pleadings extended to 9/22/2006. (EW) (Entered: 09/18/2006) |
| 09/21/2006 | 116 | ORDER granting 82 Motion for Extension of Time to Complete Discovery, granting 113 Motion for Extension of Time to Complete Discovery. All discovery must close February 28, 2007, and a post-discovery status conference is set for March 2, 2007. Signed by Judge Richard W. Roberts on 9/21/2006. (EHS) (Entered: 09/21/2006) |
| 09/21/2006 | | Set/Reset Deadlines: Discovery due by 2/28/2007. (clv, ) (Entered: 09/21/2006) |

| 09/21/2006 | 117 | ORDER granting plaintiff's 84 motion for leave to file amended complaint and add parties. Signed by Judge Richard W. Roberts on 9/21/2006. (EHS) (Entered: 09/21/2006) |
| 09/21/2006 | 118 | ORDER granting defendant Greater Southeast Community Hospital's motion 92 to dismiss the breach of contract cross claim filed by defendants the District of Columbia and Odie Washington. Signed by Judge Richard W. Roberts on 9/21/2006. (EHS) (Entered: 09/21/2006) |
| 09/21/2006 | 119 | ORDER denying plaintiff's motion 72 to strike, but STRIKING, sua sponte, documents identified as cross-claims filed by defendants Corrections Corporation of America, Singley, Greater Southeast Community Hospital Corporation, Vaughn and Iluyomade, and all answers to them. Signed by Judge Richard W. Roberts on 9/21/2006. (EHS) (Entered: 09/21/2006) |
| 09/21/2006 | 121 | AMENDED COMPLAINT against all defendants filed by MARY R. SCOTT, JONATHAN MAGBIE.(jf, ) (Entered: 10/03/2006) |
| 09/25/2006 | 120 | MOTION for Leave to File *an Amended Answer to Complaint* by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. (Attachments: # 1 Exhibit Amended Answer to Complaint and Cross Claim Exhibit)(Rumsey, Alan) (Entered: 09/25/2006) |
| 10/05/2006 | 122 | *Greater Southeast Community Hospital Corporation I* ANSWER to Amended Complaint *of Plaintiff*, CROSSCLAIM *by Greater Southeast Community Hospital Corporation I* against DISTRICT OF COLUMBIA, ODIE WASHINGTON, JOSEPH BASTIEN, T. WILKINS DAVIS, CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., CORRECTIONS CORPORATION OF AMERICA, MALEK MALEKGHASEMI, SUNDAY NWOSU, PAULINE OJELFO, GBENGA OGUNDIPE, SINGLEY, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE by GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION. Related document: 121 Amended Complaint filed by MARY R. SCOTT,, JONATHAN MAGBIE,.(Hanrahan, Catherine) (Entered: 10/05/2006) |
| 10/13/2006 | 123 | ANSWER to Crossclaim 122 of Greater Southeast Community Hospital Corporation I by JOSEPH BASTIEN(M.D.), T. WILKINS DAVIS(MD), CENTER FOR CORRECTIONAL HEALTH AND POLICY STUDIES, INC., MALEK MALEKGHASEMI(MD), SUNDAY NWOSU(MD), PAULINE OJELFO(LPN), GBENGA OGUNDIPE(LPN).(Spence, Andrew). (Entered: 10/13/2006) |
| 10/20/2006 | 124 | MOTION for Extension of Time to File Answer re 121 Amended Complaint, 122 Answer to Amended Complaint,,, Crossclaim,,, *(With Plaintiff's Consent)* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 10/20/2006) |
| 10/23/2006 | 125 | ANSWER to Crossclaim 122 of Greater Southeast Community Hospital Corporation I by CORRECTIONS CORPORATION OF AMERICA, SINGLEY.(Ben'Ary, Megan) . (Entered: 10/23/2006) |
| 11/13/2006 | | MINUTE ORDER: It is hereby ORDERED that the unopposed joint motion by defendant District of Columbia and Odie Washington for extension of time to answer be, and hereby is, GRANTED. Their answers are due November 19, 2006. Issued by Judge Richard W. Roberts on 11/13/2006. (EHS) (Entered: 11/13/2006) |

| | | |
|---|---|---|
| 11/13/2006 | | Set Deadline: Answer due by 11/19/2006. (mm) (Entered: 11/13/2006) |
| '/17/2006 | 126 | MOTION for Extension of Time to File Answer re 121 Amended Complaint, 122 Answer to Amended Complaint,,, Crossclaim,, *With Plaintiff's Consent* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 11/17/2006) |
| 11/20/2006 | | MINUTE ORDER: It is hereby ORDERED that the joint motion of the District of Columbia and Odie Washington 126 for an extension of time to answer the amended complaint and any pending cross-claims. Responses now due December 19, 2006. Issued by Judge Richard W. Roberts on 11/20/2006. (EHS) (Entered: 11/20/2006) |
| 12/04/2006 | 127 | STIPULATION *for Extention of Time for Designation of Experts as to Defendants William Vaughn, M.D. and Rotimi Iluyomade, M.D.'s Only* by WILLIAM S. VAUGHN. (Anderson, Juan) Modified on 12/5/2006 (nmw, ). (Entered: 12/04/2006) |
| 12/19/2006 | 128 | Third MOTION for Extension of Time to File Answer re 121 Amended Complaint, 122 Answer to Amended Complaint,,, Crossclaim,, *(With Plaintiff's Consent)* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 12/19/2006) |
| 12/21/2006 | 129 | *Defendant Iluyomade* ANSWER to Amended Complaint by ROTIMI A. ILUYOMADE. Related document: 121 Amended Complaint filed by MARY R. SCOTT,, JONATHAN MAGBIE,.(Anderson, Juan) (Entered: 12/21/2006) |
| 12/21/2006 | 130 | *Defendant Vaugh's* ANSWER to Amended Complaint by WILLIAM S. VAUGHN. Related document: 121 Amended Complaint filed by MARY R. SCOTT,, JONATHAN MAGBIE,.(Anderson, Juan) (Entered: 12/21/2006) |
| ?/22/2006 | | MINUTE ORDER: It is hereby ORDERED that defendants Odie Washington and the District of Columbia's motion 128 for an extension of time to respond to complaint and cross-claims, to which plaintiff and some defendants consent, be, and hereby is, GRANTED. Movants' response to complaint is due January 18, 2007. Issued by Judge Richard W. Roberts on 12/22/06. (EHS) (Entered: 12/22/2006) |
| 12/22/2006 | | Set/Reset Deadlines: Answer due by 1/18/2007. (lin, ) (Entered: 12/22/2006) |
| 12/22/2006 | 131 | RULE 26b4 STATEMENT. (Anderson, Juan) (Entered: 12/22/2006) |
| 01/02/2007 | 132 | RULE 26b4 STATEMENT. (Connor, Edward) (Entered: 01/02/2007) |
| 01/17/2007 | 133 | MOTION for Extension of Time to File Answer re 121 Amended Complaint, 122 Answer to Amended Complaint,,, Crossclaim,, *by February 1, 2007 (With Plaintiff's Consent)* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 01/17/2007) |
| 01/18/2007 | | MINUTE ORDER: It is hereby ORDERED that defendant District of Columbia and Odie Washington's motion 133 for extension of time to answer, to which plaintiff has consented, be, and hereby is GRANTED. Responsive pleadings are due February 1, 2007. Issued by Judge Richard W. Roberts on 1/18/07. (EHS) (Entered: 01/18/2007) |
| 01/19/2007 | | Set/Reset Deadlines: Answer due by 2/1/2007. (lin, ) (Entered: 01/19/2007) |
| 02/01/2007 | 134 | MOTION for Extension of Time to File Answer re 122 Answer to Amended Complaint,,, Crossclaim,,, 121 Amended Complaint *By February 16, 2007 (With Plaintiff's Consent)* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (DeLorenzo, Dana) (Entered: 02/01/2007) |

| 02/05/2007 | | MINUTE ORDER: Based on counsel's representation that a meeting to finalize settlement will be scheduled promptly, it is hereby ORDERED that defendants District of Columbia and Odie Washington's motion 134 for an extension of time until February 16, 2007 to respond to the complaint and cross claims be, and hereby is, GRANTED. Any further requests for extensions when no meeting of the parties has occurred will be disfavored. Answer or other response due February 16, 2007. Issued by Judge Richard W. Roberts on 2/5/2007. (EHS) (Entered: 02/05/2007) |
| 02/05/2007 | | Set/Reset Deadlines: Answer due by 2/16/2007. (lin, ) (Entered: 02/05/2007) |
| 02/15/2007 | 135 | NOTICE of Voluntary Dismissal by JONATHAN MAGBIE (Temple, Donald) (Entered: 02/15/2007) |
| 02/15/2007 | 136 | MOTION for Extension of Time to *answer complaint and cross-claims* by DISTRICT OF COLUMBIA, ODIE WASHINGTON. (Attachments: # 1 Text of Proposed Order) (Anderson, Steven) (Entered: 02/15/2007) |
| 02/16/2007 | 137 | STIPULATION of Dismissal by MARY R. SCOTT. (Connor, Edward) (Entered: 02/16/2007) |
| 02/16/2007 | 138 | STIPULATION of Dismissal *with Prejudice for Medical Issues Only* by CORRECTIONS CORPORATION OF AMERICA. (Phillips, E.) (Entered: 02/16/2007) |
| 02/20/2007 | | MINUTE ORDER: It is hereby ORDERED that the District defendants' motion 136 for extension of time to answer or otherwise respond to the amended complaint and cross claims be, and hereby is, GRANTED. The District defendants' response to the amended complaint and cross claims is due 2/23/07. Issued by Judge Richard W. Roberts on 2/20/2007. (EHS) (Entered: 02/20/2007) |
| 02/21/2007 | | Set/Reset Deadlines: Answer due by 2/23/2007. (lin, ) (Entered: 02/21/2007) |
| 02/26/2007 | 139 | NOTICE of Voluntary Dismissal by MARY R. SCOTT (Connor, Edward) (Entered: 02/26/2007) |
| 03/01/2007 | | Set/Reset Hearings: Status Conference set for 3/2/2007 09:15 AM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 03/01/2007) |
| 03/01/2007 | 140 | Consent MOTION to Continue *Status Conference by William Vaughn, M.D., National Emergency Services District of Columbia and* by ROTIMI A. ILUYOMADE. (Attachments: # 1)(Johnson, D'Ana) (Entered: 03/01/2007) |
| 03/01/2007 | | MINUTE ORDER: It is hereby ORDERED that parties' motion 140 to continue be, and hereby is, GRANTED. Parties are ORDERED to submit a joint status report by March 19, 2007. Issued by Judge Richard W. Roberts on 3/1/07. (lcrwr1) (Entered: 03/01/2007) |
| 03/06/2007 | | Set/Reset Deadlines: Status Report due by 3/19/2007. (lin, ) (Entered: 03/06/2007) |
| 03/19/2007 | 141 | STATUS REPORT by JONATHAN MAGBIE. (Temple, Donald) (Entered: 03/19/2007) |
| 04/03/2007 | | MINUTE ORDER: Now that discovery has closed and dispositive motions, if any, are due by April 30, 2007, it is hereby ORDERED that the parties appear at a conference on Friday, April 13, 2007, at 10:00 a.m. to schedule a pretrial hearing and a trial. Issued by Judge Richard W. Roberts on 4/3/1007. (EHS) (Entered: 04/03/2007) |

| 04/03/2007 | | Set/Reset Hearings: Status Conference set for 4/13/2007 10:00 AM in Courtroom 9 before Judge Richard W. Roberts. (zlin, ) (Entered: 04/03/2007) |
|---|---|---|
| 04/03/2007 | 143 | ORDER of USCA (certified copy) as to 66 Notice of Appeal filed by ODIE WASHINGTON; It is hereby ordered that the motion to dismiss appeal be granted and this case is hereby dismissed; USCA#06-7109 (jsc) (Entered: 04/20/2007) |
| 04/09/2007 | 142 | Emergency MOTION to Continue *Status Conference by Rotimi A. Iluyomade, M.D., National Emergency Services District of Columbia, and* by WILLIAM S. VAUGHN (Johnson, D'Ana) (Entered: 04/09/2007) |
| 04/10/2007 | | MINUTE ORDER: It is hereby ORDERED that defendants' consent motion 142 to continue the status conference set for April 13, 2007 be, and hereby is, GRANTED. The status conference is RESCHEDULED for Friday, April 20, 2007 at 12:30 p.m. Issued by Judge Richard W. Roberts on 4/10/07. (EHS) (Entered: 04/10/2007) |
| 04/18/2007 | | NOTICE of Hearing:Status Conference reset for 4/19/2007 12:00 PM (Previously set for 12:30 p.m.) in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 04/18/2007) |
| 04/18/2007 | | Set/Reset Hearings: Status Conference set for 4/20/2007 12:00 PM in Courtroom 9 before Judge Richard W. Roberts. PLEASE NOTE THAT PREVIOUS NOTICE HAD INCORRECT DATE. (lin, ) (Entered: 04/18/2007) |
| 04/18/2007 | | NOTICE TO COUNSEL: Counsel for defendants that have been dismissed from this case or have already settled with the plaintiff are NOT required to appear at the status conference set for April 20, 2007 at noon. (EHS) (Entered: 04/18/2007) |
| 04/20/2007 | | Minute Entry for proceedings held before Judge Richard W. Roberts : Status Conference held on 4/20/2007. Discovery due by 5/31/2007.,Status Conference set for 6/1/2007 11:00 AM in Courtroom 9 before Judge Richard W. Roberts. (Court Reporter Scott Wallace.) (lin, ) (Entered: 04/23/2007) |
| 04/23/2007 | 145 | SCHEDULING ORDER: Discovery due by 5/31/2007.,Dispositive Motions due by 4/30/2007.,Expert Witness List due by 5/4/2007.,Status Conference set for 6/1/2007 11:00 AM in Courtroom 9 before Judge Richard W. Roberts.. Signed by Judge Richard W. Roberts on 4/23/07. (mon, ) (Entered: 04/25/2007) |
| 04/25/2007 | 144 | NOTICE OF WITHDRAWAL OF APPEARANCE as to DISTRICT OF COLUMBIA, ODIE WASHINGTON. Attorney Dana K. DeLorenzo terminated. (DeLorenzo, Dana) (Entered: 04/25/2007) |
| 04/25/2007 | 146 | NOTICE of Voluntary Dismissal by MARY R. SCOTT (Connor, Edward) (Entered: 04/25/2007) |
| 04/25/2007 | 147 | ENTERED IN ERROR.....NOTICE of Appearance by Ronald George Guziak on behalf of DISTRICT OF COLUMBIA (Guziak, Ronald) Modified on 4/26/2007 (jf, ). (Entered: 04/25/2007) |
| 04/25/2007 | 148 | NOTICE of Appearance by Ronald George Guziak on behalf of WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE, NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC. (jf, ) (Entered: 04/26/2007) |
| 04/26/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 147 Notice of |

| | | Appearance was entered in error and has been re-filed by the Clerk's Office. (jf, ) (Entered: 04/26/2007) |
| --- | --- | --- |
| 04/30/2007 | 149 | MOTION for Extension of Time to File *Dispositive Motions by Rotimi A. Iluyomade, M.D., National Emergency Services District of Columbia, and by* WILLIAM S. VAUGHN (Johnson, D'Ana) (Entered: 04/30/2007) |
| 05/02/2007 | 150 | Memorandum in opposition to re 149 MOTION for Extension of Time to File *Dispositive Motions by Rotimi A. Iluyomade, M.D., National Emergency Services District of Columbia, and* filed by MARY R. SCOTT. (Attachments: # 1 Text of Proposed Order)(Alexander, Elizabeth) (Entered: 05/02/2007) |
| 05/04/2007 | 151 | ENTERED IN ERROR.....RULE 26a2 STATEMENT. (Attachments: # 1)(Johnson, D'Ana) Modified on 5/7/2007 (lc, ). (Entered: 05/04/2007) |
| 05/04/2007 | 152 | RULE 26a2 STATEMENT. (Attachments: # 1 Exhibit Dr. Buttaravoli's report# 2 Exhibit Dr. Johns's Report)(Johnson, D'Ana) (Entered: 05/04/2007) |
| 05/07/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: re 151 Rule 26a2 Statement was entered in error and was refiled correctly in docket entry 152 . (lc, ) (Entered: 05/07/2007) |
| 05/08/2007 | 153 | MOTION To exclude Defendants' expert witnesses by MARY R. SCOTT (Attachments: # 1 Text of Proposed Order)(Alexander, Elizabeth) (Entered: 05/08/2007) |
| 05/22/2007 | 154 | RESPONSE (OPPOSITION) to 153 Plaintiff's Motion to Strike Experts filed by WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE and NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC.. (Attachments: # 1 Text of Proposed Order proposed Order Denying Plaintiff's Motion to Exclude Expert Witnesses# 2) (Johnson, D'Ana) Modified on 5/23/2007 (jf, ). (Entered: 05/22/2007) |
| 05/23/2007 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 154 Response to any document, was modified to add the correct filers. (jf, ) (Entered: 05/23/2007) |
| 05/23/2007 | 155 | REPLY to opposition to motion re 153 MOTION To exclude Defendants' expert witnesses *Reply Brief in Support of Motion to Exclude Defendants' Expert Witnesses* filed by MARY R. SCOTT. (Alexander, Elizabeth) (Entered: 05/23/2007) |
| 05/29/2007 | | MINUTE ORDER: Although plaintiff has failed to certify her compliance with LCvR 7 (m), defendants' failure to comply with their disclosure requirements as to Drs. Buttaravoli and Johns, and their untimely disclosure of Dr. Day's report on the verge of the twice-extended discovery deadline, has unfairly prejudiced plaintiff. It is hereby ORDERED that plaintiff's motion 153 to exclude those experts be, and hereby is, GRANTED. It is further ORDERED that defendants' motion 149 to extnd time to file dispositive motions be, and hereby is, GRANTED. Given the history of delays in these proceedings, however, the deadline will be extended only to June 11, 2007. Issued by Judge Richard W. Roberts on 5/29/2007. (EHS) (Entered: 05/29/2007) |
| 06/01/2007 | 156 | MOTION for Reconsideration re Order on Motion for Extension of Time to File,,, Order on Motion for Miscellaneous Relief,, *Motion to Exclude Defendants' Expert Witnesses* by NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Defendants' Motion for Reconsideration# 2 Exhibit Exhibit 1 to Defendants' Motion for Reconsideration# 3 Exhibit Exhibit 2 to Defendants' Motion for Reconsideration# 4 Exhibit Exhibit 3 to |

| | | |
|---|---|---|
| | | Defendants' Motion for Reconsideration# <u>5</u> Exhibit Exhibit 4 to Defendants' Motion for Reconsideration# <u>6</u> Exhibit Exhibit 5 to Defendants' Motion for Reconsideration# <u>7</u> Exhibit Exhibit 6 to Defendants' Motion for Reconsideration)(Johnson, D'Ana) (Entered: 06/01/2007) |
| 06/01/2007 | | Minute Entry. Proceedings held before Judge Richard W. Roberts : Status Conference held on 6/1/2007. Plainitff's Responses to defendant's motion to reconsider due by 6/12/2007, Defendant's Replies due by 6/15/2007.,Joint Status Report due by 6/15/2007. The current dispositive motions deadline is suspended by the Court, to be reset at a later date.(Court Reporter Scott Wallace.) (whb) (Entered: 06/01/2007) |
| 06/01/2007 | | Set/Reset Deadlines: Plaintiff's responses to defendant's Motion to Reconsider due by 6/12/2007. Defendant's replies due by 6/15/2007. Joint Status Report due by 6/15/2007. (cp, ) (Entered: 06/01/2007) |
| 06/12/2007 | <u>157</u> | RESPONSE to *Defendants' 156 Motion for Reconsideration of the Court's Order of May 29, 2007* filed by MARY R. SCOTT. (Attachments: # <u>1</u> Att. 1# <u>2</u> Att 2 Corresp. from JMA# <u>3</u> Att 3 Expert Witness Designation# <u>4</u> Att 3-1 Walden# <u>5</u> Att. 3-2 Edelman# <u>6</u> Att. 3-3 Baker# <u>7</u> Att 3-4 Cooper# <u>8</u> Attachment 4)(Alexander, Elizabeth) . (Entered: 06/12/2007) |
| 06/15/2007 | <u>158</u> | STATUS REPORT *Joint* by WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE, MARY R. SCOTT, NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC.. (Guziak, Ronald) (Entered: 06/15/2007) |
| 06/15/2007 | <u>159</u> | REPLY to opposition to motion re <u>153</u> MOTION To exclude Defendants' expert witnesses *Defendants' Reply to Plaintiff's Response to Motion for Reconsideration of the Court's Order of May 29, 2007 Granting Plaintiff's Moiton to Exclude Defendants' Expert Witnesses* filed by WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE, NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC.. (Attachments: # <u>1</u> Exhibit # <u>2</u> Exhibit Defendants' Exhibit 1# <u>3</u> Exhibit Defendants' Exhibit 2# <u>4</u> Exhibit Defendants' Exhibit 3# <u>5</u> Exhibit Defendants' Exhibit 4# <u>6</u> Exhibit Defendants' Exhibit 5# <u>7</u> Exhibit Defendants' Exhibit 6# <u>8</u> Exhibit Defendants' Exhibit 7# <u>9</u> Exhibit Defendants' Exhibit 8)(Guziak, Ronald) (Entered: 06/15/2007) |
| 08/22/2007 | <u>160</u> | STATUS REPORT by JONATHAN MAGBIE. (Temple, Donald) (Entered: 08/22/2007) |
| 09/06/2007 | <u>161</u> | RESPONSE to *160 Plaintiff's Status Report* filed by WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE, NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC.. (Guziak, Ronald). (Entered: 09/06/2007) |
| 09/13/2007 | <u>162</u> | NOTICE OF WITHDRAWAL OF APPEARANCE as to DISTRICT OF COLUMBIA, WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE, NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC.. Attorney Juan M. Anderson terminated. (Anderson, Juan) (Entered: 09/13/2007) |
| 10/30/2007 | <u>163</u> | MEMORANDUM OPINION AND ORDER denying defendants' motion for reconsideration. Signed by Judge Richard W. Roberts on 10/30/2007. (EHS) (Entered: 10/30/2007) |
| '/30/2007 | <u>164</u> | STATUS REPORT *Joint Status Report by Rotimi A. Ilouyomade, National Emergency Services District of Columbia, and* by WILLIAM S. VAUGHN. (Guziak, Ronald) |

| | | |
|---|---|---|
| | | (Entered: 11/30/2007) |
| 12/03/2007 | | MINUTE ORDER: It is hereby ORDERED, in consideration of parties' request, that a status conference be, and hereby is, SCHEDULED for Thursday December 6, 2007 at 9:15 a.m. Issued by Judge Richard W. Roberts on 12/3/2007. (EHS) (Entered: 12/03/2007) |
| 12/06/2007 | | Minute Entry for Status Call held before Judge Richard W. Roberts on 12/6/07 : Dispositive Motions due 1/7/08; Responses to Dispositive Motions due 1/18/08; Replies in Support of Dispositive Motions due 1/25/08.(Court Reporter: Scott Wallace) (kk) (Entered: 12/06/2007) |
| 12/27/2007 | 165 | MOTION for Extension of Time to *For Filing of Dispositive Motions* by WILLIAM S. VAUGHN, ROTIMI A. ILUYOMADE, NATIONAL EMERGENCY SERVICES DISTRICT OF COLUMBIA, INC. (Guziak, Ronald) (Entered: 12/27/2007) |
| 01/03/2008 | | MINUTE ORDER: It is hereby ORDERED that defendants' unopposed motion to extend through February 20, 2008 the deadline for dispositive motions be, and hereby is, GRANTED. Issued by Judge Richard W. Roberts on 1/3/08. (EHS) (Entered: 01/03/2008) |
| 01/09/2008 | | Set/Reset Deadlines: Dispositive Motions due by 2/20/2008. (tb, ) (Entered: 01/09/2008) |
| 02/07/2008 | 166 | NOTICE of Appearance by Thomas Vincent Monahan, Jr on behalf of WILLIAM S. VAUGHN (Monahan, Thomas) (Entered: 02/07/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/14/2008 16:16:58 | | | |
| PACER Login: | go0012 | Client Code: | 1137-100 |
| Description: | Docket Report | Search Criteria: | 1:05-cv-01853-RWR |
| Billable Pages: | 22 | Cost: | 1.76 |