Mary R. Scott, et al. v. District of Columbia, et al.
United States District Court for the District of Columbia

05CV01853

Exhibit No. 5          GSECH Emergency Room Records –

9/20/04 and 9/24/04

FORM NO. 2.311

# DEPARTMENT OF CORRECTIONS
## HEALTH SERVICES TRANSPORTATION REQUEST

*2 OFCS w/Full Restraints*

911

6513398

2004 SEP 24 PM 2 12

Memorandum To: Administrator _Smith_

Date _9/30/04_

Subject : Medical Transportation Request

It is recommended that the following inmate be transferred to :

☐ _____ Infirmary          ☑ Immediately          ☐ By Ambulance

☐ D.C. Gen. Hospital          ☐ Morning of _____          ☑ By Bus
                                              Date

☑ Other _GSLCH_          ☐ Afternoon of _____          ☐ By Special
                                        Date                    Conveyance

☐ Dialysis Treatment at _____

for: _____          ☐ Consultation          ☐ X-Ray          ☐ Treatment
at _____ (time) in the _____          (name of clinic)

and returned to _D.C Jail_ facility

| NAME | | DOC/DCNO | | P.I. NO. | |
|---|---|---|---|---|---|
| DOB | | SECURITY CUSTODY LEVEL | | MAX | |
| | | | | MED | |
| | | | | MIN | |
| | | | | SPECIAL HANDLING | |

Requested by _____
MEDICAL OFFICER

Approved _____
(TITLE)

☐ Medical Records Jacket Secured          ☐ Consultation sheet in Record Jacket

☐ Record Office Notified          ☐ Jail Infirmary Notified          ☐ Complex infirmary Notified

cc: Inmate Medical Jacket
   Infirmary File
   Transport Unit (Z)
   Facility Control Center
   DOC-DCGH Appointment Coordinator

WmVa 0001

District Of Columbia Fire And EMS Department

(PRESS FIRMLY)

| | INCIDENT # | | DISPATCH TIME | INSERVICE TIME |
|---|---|---|---|---|

CALL LOCATION: 15 MOLD Street S6 (S. 1)

LAST NAME: Abbie   FIRST: Jonathan   MI   SOCIAL SECURITY NUMBER   DATE OF BIRTH   TODAYS DATE

HOME PHONE #   BUSINESS PHONE #   AGE   GENDER

STREET ADDRESS: Washington DC   STATE: DC   ZIP: 2007

EMPLOYED BY:

**FOR ALL NON-TRANSPORTS CHECK ONE BELOW**

☐ SAME AS ABOVE  ☐ FEMS or MPD POD

MEDICARE #

☐ Assist Only
☐ Call Canceled
☐ No EMS Required
☐ No Patient Found
☐ PDOA
☐ RMA-SR
☐ Standby

MEDICAID #

LEGAL GUARDIAN/NEXT OF KIN

INSURANCE CO & POLICY #

GROUP #

OTHER INSURANCE
WORK RELATED?   ☐ NONE KNOWN

FAMILY PHYSICIAN

ALLERGIES   ☐ NONE   ☐ BROUGHT W/PT   See list

CURRENT MEDICATIONS

MEDICAL HISTORY: ☐ NONE KNOWN  ☐ ANGINA  ☐ ASTHMA  ☐ BEHAVIORAL  ☐ CANCER  ☐ CARDIAC/CHF  ☐ CHRON. RENAL FAIL.  ☐ CHRON. RESP. FAIL.  ☐ CVA/TIA  ☐ DIABETES  ☐ DRUG/ETOH  ☐ OTHER
☐ EMPHYSEMA  ☐ FAMILY VIOLENCE  ☐ HYPERTENSION  ☐ INFECT. DISEASE  ☐ M.I.  ☐ PULM. EMBOLISM  ☐ SEIZURE  ☐ SPECIAL HEALTH CARE  ☐ TRACHEOSTOMY  ☐ TB

MEDICAL NECESSITY FOR TRANSPORT: ☐ HOSPITAL ADMIT  ☐ BED CONFINED BEFORE  ☐ MOVED BY STRETCHER  ☐ NON-AMBULATORY  ☐ OTHER MEDICAL EMERGENCY
☐ UNCONSCIOUS  ☐ PHYSICAL RESTRAINTS  ☐ VISIBLE HEMORRHAGE  ☐ IMMOBILIZED

CHIEF COMPLAINT: dysplasia of a trach

Pain First ___/10   Pain Last ___/10   Time of Onset: ___

M-15. Arrived on the scene
to find 27 y.o.m using ... 
on a bed. cms. also ... Warm 
... but pulse ... temp. Warm 
... cold ... pt. stable patient 
has a breathes ... this po 
... acknowledge ... ... ... that 
... vent at this time. It has 
... SOP at this time 
... vital. ... 
hospital #2 ...

TRANSPORTED TO:
HOSPITAL #: 01

**INJURY CODES**
1. Abrasion
2. Avulsion
3. Blunt Trauma
4. Burn (chemical)
5. Burn (thermal)
6. Fracture (Dis)
7. Laceration
8. Puncture/Stab
9. Amputate
10. Gunshot Wound
11. ___
12. ___

Patient Received ALS Care

| | Time | | |
|---|---|---|---|
| Position: | | | |
| B/P: | 00/0 | | |
| Pulse Rate: | 90 | 86 | |
| Resp. Rate: | 24 | 20 | |
| Resp. Quality: | | | |
| Rhythm: | | | |
| Pulse Ox: | % on | % on | % on |
| Blood Glucose | mg/dl | mg/dl | mg/dl |

O2 ___ lpm  ☐ NC ☐ Venturi ☐ NRB ☐ BVM   AIRWAY: Oral ☐ Nasal ☐   ET: Size ___ mm  Oral ☐ Nasal ☐

| | Time | SKIN | PUPILS |
|---|---|---|---|
| EYE OPEN | | Normal | UA/Ref |
| Spontaneous 4 | 4 | Cool | |
| To Verbal 3 | 3 | Cold | Normal L R / L R |
| To Pain 2 | 2 | Hot | Constrict |
| None 1 | 1 | Normal | Dilated |
| VERBAL RESP. | | Dry | Non-react |
| Oriented 5 | 5 | Moist | |
| Confused 4 | 4 | Diaph | |
| Inappropriate 3 | 3 | | |
| Incomprehensible 2 | 2 | Normal | |
| None 1 | 1 | Pale | |
| MOTOR RESP. | | Mottled | |
| Obeys 6 | 6 | Cyanotic | |
| Localizes 5 | 5 | Flushed | |
| Withdraws 4 | 4 | | |
| Flexes 3 | 3 | | |
| Extends 2 | 2 | | |
| None 1 | 1 | | |
| GCS TOTAL | ___ ___ | | |

**SIGNATURE AUTHORIZATION**

This constitutes my authorization for the provider of emergency medical services to me to file claims on my behalf. This authorization is to be: ___ (Date) ___ Life time authorization effective ___ (Date)

**HIPAA ACKNOWLEDGMENT**

Patient received Privacy Notice and was informed of Patient Rights and EMS Privacy Rules.

**AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION AND WAIVER:**

I hereby authorize any holder of medical information about me to release to the Social Security Administration and Health Care Financing Administration or its intermediary/carriers, the Washington DC Fire and EMS Department or its authorized agent/agents, or any private insurance company, any information needed for this or a related medical claim. I permit a copy of this authorization to be used in place of the original and request payment of medical insurance benefits to the party who accepts assignment.

**ASSIGNMENT OF INSURANCE AND PAYMENT AGREEMENT**

I hereby authorize payment of all insurance benefits, including Major Medical, Title XVII Medicare, Title XIX Medicaid, or any other private insurance company to the holder of this authorization. I also acknowledge that I am responsible for all co-insurance and deductibles.

CREW MEMBER 1: Campbell   ID # 318
CREW MEMBER 2: Watson   ID #
OTHER CREW MEMBER: Kins3   ID #

(Signatures should correspond with certification numbers on data sheet.)

MEDICAL CONSULT: NAME ___   HOSP: ___

X ___ **TRANSFER OF CARE**
Signature of Person Receiving Patient   Date

WMA 0002

EMERGENCY REGISTRATION

### GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION I
### WASHINGTON, D.C.
### CONDITIONS OF ADMISSION TO EMERGENCY DEPARTMENT OR HOSPITAL

MEDICAL RECORDS COPY

MEDICAL CONSENT: I hereby voluntarily consent to such diagnostic procedures and hospital care and to such therapeutic treatment by doctors of the medical st Greater Southeast Community Hospital which, in their judgment, becomes necessary while I am an Emergency Department patient or an inpatient in said hospital. I acknowl that the medical care received in the Emergency Department is limited solely to emergency treatment. I understand that it will be necessary to select another physician make immediate arrangements with that physician for a complete diagnosis and/or continuation of treatment upon discharge from the Emergency Department or admi as an inpatient. I am aware that the practice of medicine and surgery is not an exact science and acknowledge that no guarantees have been made to me as to the re of treatments or examination in the hospital. I hereby authorize Greater Southeast Community Hospital Corporation I to retain, preserve for scientific and teaching purp or dispose of at their convenience, any specimens or tissue taken from my body during my hospitalization.

2. RELEASE OF RESPONSIBILITY: I understand that if I leave the Emergency Department without consent of the emergency service physician and or fail to carr instructions for follow-up care, I do so at my own responsibility and I release this hospital and the emergency service physicians from any resultant liability.

3. PERSONAL VALUABLES: I agree that the hospital shall not be liable for the loss of or damage to any money, jewelry, glasses, dentures, documents or other artic unusual value or small size, unless placed in the safe, and shall not be liable for loss of or damage to any other personal property unless deposited with the hospi safekeeping. The hospital maintains a safe for the safekeeping of money and valuables.

4. RELEASE OF INFORMATION: I authorize and consent to the release of information, from medical records in accordance with the policy of the hospital, as request my insurance company or other reimbursing agency, or otherwise for purposes of billing. As required by any Federal, State or local law or regulation or as needed for q assurance or utilization review activities of the hospital and I further expressly authorize the release of photocopies of any portion of my medical record to the comp any processing my workers' compensation claim. Written communication, reports or other data prepared by the Utilization Review Committee concerning treatment rec by me during this admission may be released to my medical carrier. I authorize release of medical records to other health care institutions who are involved in providin continuing health care. In addition, I agree to the release of my medical information for hospital approved research.

5. ACQUISITION OF INFORMATION: I am aware that the hospital conducts a follow-up program and follow-up studies on patients after they have been discharged was treated, and to monitor the course of the disease itself. To enable the hospital to conduct this follow-up study, I authorize any physician, hospital or health care insti which renders treatment or health care to me, to release to the Greater Southeast Community Hospital Corporation I information concerning me from their medical rec the hospital. I am aware that the purpose of this program and these studies is to follow-up on the patient's recuperation and recovery from the disease for which he o

6. ASSIGNMENT OF INSURANCE OR PAYOR BENEFITS: I recognize I am primarily liable for payment for services rendered, however I hereby assign those benefits to care benefits of any type whatsoever, I hereby assign those benefits to the hospital and any of its contracted health care providers, including but not limited to those phys or physician groups providing anesthesia, cardiology, emergency, intensive care rehabilitation, neonatal, neurology, pathology, pulmonary medicine and radiology ser I authorize the hospital and the appropriate health-care providers to apply for benefits on my behalf for services rendered during this admission or visit. I authorize any h or medical information about me to release to the Health Care Financing Administration and its agents any information needed to determine these benefits or the be payable for related services. I certify that the insurance or other coverage benefit information supplied by me is correct, in accordance with applicable hospital, provid insurance policies or agreements. Should my account be referred to any attorney for collection I agree to pay reasonable attorney fees and collection expenses.

7. PERMISSION FOR PAYMENT OF HOSPITAL AND MEDICAL INSURANCE BENEFITS TO HOSPITAL: request payment of authorized benefits be made in my b directly to the hospital.

8. STATEMENT TO PERMIT PAYMENT OF MEDICARE BENEFITS TO PROVIDER, PHYSICIANS AND PATIENT: I certify that the information given by me in app for payment under Title XVII by the Social Security Administration or its intermediaries or carriers for this or a related medical claim, is correct, and I authorize the rel of all necessary information to those agencies just named, as well as to any Professional Review Organization I request that payment of authorized benefits be made o behalf. I assign the benefits payable for physician services to the physician or organization furnishing the service in the alternative, I authorize such physician or organiz to submit a claim to Medicare for payment on my behalf.

PAYMENT OF HOSPITAL BILL: I guarantee payment of all charges incurred for services rendered by Greater Southeast Community Hospital Corporation I for the p ed on this page, less any amounts paid by any third party payer. The amount due shall be paid in full at the time of discharge. In the event of a prolonged Hospitaliz I understand that Greater Southeast Community Hospital Corporation I reserves the right to present me with periodic interim bills that will be due upon receipt.

10. WASHINGTON REGIONAL TRANSPLANT CONSORTIUM: Federal law requires that Greater Southeast Hospital Corporation I report information about individuals die or whose death is imminent to the Washington Regional Transplant Consortium.

I CERTIFY THAT I HAVE READ THIS FORM AND THAT I UNDERSTAND ITS CONTENTS:

PATIENT'S/RESPONSIBLE PARTY SIGNATURE X _Pt. unable to sig_

RELATIONSHIP:

DATE: _9/20/04_    WITNESS: _A. Glass_

| ACCOUNT NO. | ADMISSION DATE/TIME | DATE OF BIRTH | AGE | SEX | RACE | REL. | LOCATION | STATUS | INT | UNIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| X000H051333? | 3G/20/704 2150 | 02/10/77 ?? | M | B | S | ERG | | ER | ADM AG | M00093303R |

| PATIENT NAME AND ADDRESS | SOC-SEC-NO. | PATIENT EMPLOYER | TELEPHONE NO. |
|---|---|---|---|
| NOINFO,MAGGIE JONATHAN 1901 D ST SE WASH, DC 20003 | 577-93-39?? TELEPHONE NO. (202)673-8136 | UNEMPLOYED NONE NONE DC  2765 2512 490 | |

| GUARANTOR NAME AND ADDRESS | SOC-SEC-NO. | GUARANTOR EMPLOYER | TELEPHONE NO. |
|---|---|---|---|
| NOINFO,MAGGIE JONATHAN 1901 D ST SE WASH, DC 20003 | 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 TELEPHONE NO. (202)673-8136 RELATION | UNEMPLOYED NONE NONE DC NONE DC | OCCUPATION |

RELATIVE 1
DC DEPT OF CORRECTION
(202)673-8136

INSURANCE 1
DC DEPT OF CORRECTIONS
XCDB020416

FINANCIAL CLASS
DC DEPT OF CORRECTIONS

INSURANCE 2

INANCE 3

| DIAGNOSIS / COMPLAINT | ACCIDENT WK. REL. | DATE / TIME | ADM. TYPE / SOURCE | ARRIV. MODE | RELIG |
|---|---|---|---|---|---|
| | DATE OF L 09/20/04 | | 1 ER | DEPT OF CORRECT | B? |

| FAMILY PHYSICIAN | ER PHYSICIAN | LAST VISIT DATE | DEPOSIT AMOUNT |
|---|---|---|---|
| | RAYBHNDE SATI'L A | ER 04/09/03 | WMVA |

REASON FOR VISIT

WMVA 0003

**Greater Southeast Community Hospital**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

NAME: ᴇᴇ ᴇʀᴇ
≡ɪɴꜰᴏ, ᴍᴀɢʙɪᴇ ᴊᴏɴᴀᴛʜᴀɴ
ᴚ⪯₀₉₃₃₀₃₈    ᴋ  27
MR#:ꜰʟᴜᴛᴄʜʟᴅᴇ,ʀᴏᴛɪᴋɪ   ᴀ...
ᴇᴇᴇ   ꜰᴏʀ  ɪᴅᴀ,ᴀᴏ

3SCH Form 165-A  Rev 8/03
VHITE-Medical Records
ELLOW-ED Administration
PINK-Physician Billing

**EMERGENCY DEPARTMENT**
**Triage / Initial Assessment**

TRIAGE ≡₂ ₂₁₅    After Start 2.0 / Fast Track
DISPOSITION ≡₀₀ ASAP    Routine    Adv. Triage

AST
NAME: _Mashie_    FIRST
NAME: _Jonathan_    MI: _E_  SEX _M_ AGE: _27_ DOB: _2-1-77_

DATE: _9/20/01_    ARRIVAL TIME: _2145_  AM / **PM**    TRIAGE TIME: _2145_  AM / **PM**

**TRIAGE ASSESSMENT**

Chief Complaint/History Present Illness: _Trouble breathing sent for_
_breathing treatment can't vent sleep on_
_vent at home._ Information being given by: _pt & handover_

**TREATMENTS IN PROGRESS UPON ARRIVAL**    (Please Check)  ✓ No treatments received prior to arrival in ED.

___ C-COLLAR    ___ Towel Rolls    ___ I.V. Fluids    ___ Oxygen
___ Backboard    ___ Splint    ___ Neb. treatment    ___ Other ___

Current Medications: _Valium 5mg x4 daily, Ditropan, Dantrium group_
_x3 daily, quadriplegic_
Past Medical History: _Quadriplegic, tracheostomy, Diaphragm_
_Pacemaker_

NKDA / Allergies: _IODINE_    Allergy bracelet placed on patient: ⚪ Yes  ☐ Not Needed
Due to the increase in domestic violence, we ask all adult patients:  Have you ever been a victim of domestic violence? Yes ☐ No ☐
If yes, would you like some help? Yes ☐ No ☑

____ History: ✓ Tobacco  Ø ETOH ✓ Substance Abuse ___ None    Comments: ___
___ History: ___ Stroke ___ Heart Attack /Heart Disease ___ Diabetes ___ Cancer ___ Asthma  (None)
MP: _N/A_    Normal / Abnormal (circle)
Tetanus: up to date, ___ >5 years ___ Unknown: ✓    Primary Physician: _Dr Berkman_
Triage VS: T/route _97.1_    HR _88_    RR _14_    B/P _103/65_    Pulse Ox _92_    Weight ___ kg/lbs
Impairments: ___ Visual  ___ Hearing  ___ Speech    Triage Signature/Title: ___

**INITIAL TRIAGE ASSESSMENT**    (please check)

| Mental Status: | Respiratory Status: | Cardiovascular Status: | GI Status: | Musculo-skeletal Status: |
|---|---|---|---|---|
| _ Alert | ✓ Clear | Color: | ___ Soft/Nontender | Location: |
| ✓ Oriented X _3 | (R) Breath sounds (L) | ✓ Normal | ___ Distended/tender | ✓ Pain Ø (0-10) Iden. |
| ___ Confused | ___ Rales ___ | ___ Pale | Bowel sounds | △ Skin broken |
| ___ Crying | ___ Wheezing ___ | ___ Cyanotic | ___ Present/absent | ___ Swelling |
| ___ Drowsy | ___ Rhonchi ___ | ___ Other | ___ Vomiting/diarrhea | ___ Discolored |
| ___ Sleeping | ___ Diminished ___ | Temperature of skin: | ___ G tube | ___ Distal pulses present |
| ___ Arousable | ___ Other ___ | ✓ Warm | ___ Stoma | ___ Deformity |
| ___ Unarousable | ___ Nasal flaring | ✓ Dry | ___ Other | ___ other _Rt back_ ulcer |
| ___ Unresponsive | ___ Retractions | ___ Cool | ___ No deficit noted | ___ No deficit noted |
| ___ Smiling/playful | ___ Cough (productive**) | ___ Diaphoretic | | during Triage |
| (peds) | ___ Cough non-productive | ___ Peripheral pulses present | | |
| ___ Other ___ | ✓ No deficit noted | ___ Peripheral edema | | |
| | during Triage | Capillary refill: | | |
| | | ___ <3 sec. ___ >3 sec. | | |

GU/GYN
___ Vaginal bleeding   ✓ Foley
___ Freq./Burning    ___ No deficit noted
___ Discharge    ✓ Other _suprapubic_    Signature/Title: ___    Time: _2205_

PAIN  0   2   4   6   8   10

**NURSING TREATMENT IN TRIAGE (Please Check)**

___ Tylenol Dose and Route ___    Init. ___    ___ Pedialyte    ___ Pregnancy Test:  Positive/Negative
___ Sling/Sprint ___    ___ Wound Care    ___ Cup given in triage
___ Ice ___    Orthostatics ___    ___ Accucheck    ___ Urine Dip:
    ___ Visual Acuity    ___ Advised Patient / Family Member to reamin/NPO

**TRIAGE REASSESSMENT**

Reassessment: Date: ___ Time: ___ VS: T: ___ HR ___ PR: ___ BP: ___
    Condition: Unchanged ___ Upgraded to Core ___ Notation: ___
Signature: ___    MD Signature: ___
Patient Reassessment: Date: ___ Time: ___ VS: T: ___ HR ___ PR: ___ BP: ___
    Condition: Unchanged ___ Upgraded to Core ___ Notation: ___
Signature: ___    MD Signature: ___

WmVa    0004



**Greater Southeast Community Hospital Corporation I**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

# EMERGENCY DEPARTMENT
# PHYSICIAN ORDER FORM

ED Bed#: _IO_ at _1/1/04_

| MD INT | MD OT | STAFF INT | TIME | INITIAL ORDERS (PLEASE CIRCLE) | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 1/10 | CCU Work-up | (EKG) | Theophylline / Dilantin | Tegretol / Phenobarbital | O2 via _____ lpm ABG's on _____ lpm |
| | 8 10 HH | | | CBC ē diff. | (PT/PTT) | U/A ☐ Dip BHCG Urine | Urine Toxicity | Continuous Neb Albuterol / Atrovent x_____ mins |
| | | | | Chem 7 | (Chem 12) | Culture: Blood Sputum  Urine Wound | Rapid Strep Cervical | Monitor        Heplock Pulse Ox     Accucheck |
| | | | | CK  Troponin  Myoglobin | | GYN: Cervical C&S Transgrow | Wet Prep Chlamydia | IV _____ @ _____ cc/hr |
| | | | | Amylase / Lipase  Magnesium ETOH    Digoxin | | PCXR  Head CT QXR    Pelvic US | Obst Series C-Spine | Old Chart     Called @: |

| MD INT | MD OT | ADDITIONAL TREATMENT | STAFF INT / TIME | MD INT | MD OT | ADDITIONAL TREATMENT | STAFF INT / TIME |
|---|---|---|---|---|---|---|---|
| 0145 | | D5 1/2 NS | 0145 HH | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

---

| INITIALS | SIGNATURE/TITLE | DATE/TIME | INITIALS | SIGNATURE/TITLE | DATE/TIME |
|---|---|---|---|---|---|
| HH | _(signature)_ | 2/10/04 | | | |

Physician Signature (s): _(signature)_     Date/Time: 2/10 1/10

© 2001 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**32    Greater Southeast Community Hospital**
Corporation I  ☐ DC General

# EMERGENCY PHYSICIAN RECORD
## Dyspnea  (COPD, CHF, and Other)

TIME SEEN: __11__    ROOM: __10__    ___EMS Arrival

HISTORIAN: ✓patient __paramedic __translator __other___

AGE __22__ (M)/ F  RACE___

__History limited by _____

**HPI**

chief complaint: (shortness of breath)
(hx of asthma / COPD / CHF)

duration / started: _____

_Dns Pr_

_Inoch dependent at_
_without vssbila of mght_

| severity: | modifying factor: |
|---|---|
| mild / moderate  severe | exacerbated by: |
| **Pain Scale: ( 1-10)** | exertion  laying flat |
| __0-1__ | coughing |

**associated symptoms:**

PULMONARY                    CVS
_✓cough_                    __chest discomfort
  QUALITY:                    LOCATION: left / right / central
  sputum                              upper / lower
  _✓non-productive_            QUALITY:
  blood-tinged sputum          pain / discomfort / tightness
  frank hemoptysis            sharp / burning /pressure
                             MODIFYING FACTORS:
                             worse with deep breaths
__fever                       TIMING: constant / intermittent
  sensing: subjective / .to ___°F    duration:
__chills
__sweating                    __leg/calf pain ( R / L )

                             __ankle swelling

OTHER                        __tingling/numb
  light-headed / dizzy        hands / feet / face
  anxiety                    __heart racing

__Similar symptoms previously

__Recently seen/treated by doctor

---

CR  ERR
FEIEFO,NAGGIE JONATERR  M  27   S
750953338          N
ILUTCRACE,ROTIRI &    CCR LER.1S
021717777  EXP      04/20/06
VUGCC9953398

☐ Agree w/ nurse's note for PFSH / ROS

| ROS | NEURO & EYES |
|---|---|
| ☐ ROS below otherwise negative | __headache |
| **ENT** | __fainting |
| __sore throat | __visual disturbance |
| __sinus drainage | |
| | **GU & ENDOCRINE** |
| **GI** | __pain with urination |
| __nausea | __excessive urination |
| __vomiting | |
| __abdominal pain | **SKIN & LYMPH & MS** |
| __black/bloody stools | __skin rash |
| __diarrhea | __joint pain |
| | __swollen glands |
| | **IMMUNOLOGICAL** |
| | __allergies/hayfever |

**PAST HISTORY**  ☐ Tetanus UTD  *=PE Risk Factors

| ✓asthma | *hypertension |
|---|---|
| __emphysema | __diabetes  insulin / oral / diet |
| __heart disease | __high cholesterol |
| *CHF  CAD  angina  MI | *CVA |
| __kidney failure/dialysis | |
| | __pneumonia |
| *PE / DVT | __pneumothorax |
| | __bronchitis |
| *risk factors for PE/DVT | __acute  chronic |

__other problems _____

_Qualhiphge_

Surgeries/Procedures:    __none

| __prior intubation | __cholecystectomy |
|---|---|
| __cardiac bypass | __appendectomy |
| __cardiac cath | __hysterectomy |
| __angioplasty | __pacemaker |

| Medications  __none  __see list | Allergies  __NKDA |
|---|---|
| __acetaminophen  *BCP's | __see list |
| __home O2 @ ___L  __home nebulizer | |

**SOCIAL HX**  *smoker_____  drugs_____
alcohol (recent / heavy / occasional)_____
__lives alone  __lives in nursing home  __lives at home
**FAMILY HX**  __CAD_____

WmVa   0006

## PHYSICAL EXAM

**CONSTITUTIONAL**
- ☑ Agree w/ vital signs   Other_____
- Exam limited by_____
- Distress: __NAD __mild __moderate __severe

**HEENT**
- __normocephalic
- __atraumatic
- **PERRL**
- __ENT-nml inspection
- __pharynx nml

  | __post-surgical pupillary defect (R/L)
  | __scleral icterus / pale conjunctivae
  | __obscured by cerumen (R/L)
  | __purulent nasal drainage
  | __pharyngeal erythema

**NECK**
- __nml inspection

  | __thyromegaly
  | __lymphadenopathy (R/L)

**RESPIRATORY**
- __no resp. Distress

  | __respiratory distress / fatigue
  | __breath sounds nml
  | __prolonged expirations
  | __accessory muscle use
  | __retractions
  | __splinting / decreased air movement
  | __dull on percussion
  | __decr. air movement
  | __stridor / rhonchi
  | __wheezing
  | __rales
  | __chest wall tenderness

**CVS**
- __regular rate, rhythm
- __no JVD
- __no murmur
- __no gallop
- __no friction rub

  | __irregularly irregular rhythm
  | __extrasystoles ( occasional / frequent )
  | __tachycardia / bradycardia
  | __JVD present
  | __murmur grade ___/6  sys / dias
  | cresc / cresc-decresc / decresc
  | __gallop ( S3 / S4 )
  | __decreased pulse(s)

**GI / ABDOMEN**
- __non-tender
- __no organomegaly

  | __tenderness
  | __guarding
  | __rebound
  | __hepatomegaly /splenomegaly / mass

**RECTAL**
- __non-tender
- __heme neg stool

  | __heme positive stool
  | __heme trace positive stool

**SKIN**
- __color nml, no rash
- __warm, dry

  | __cyanosis / diaphoresis / pallor
  | __skin rash

**MUSCULOSKELETAL / EXTREMITIES**
- __non-tender
- __normal ROM
- __no pedal edema

  | __pedal edema
  | __calf tenderness

**NEURO**
- __awake and alert
- __oriented x ___
- __CN's nml as tested
- __no motor/sensory deficit

  | __lethargic
  | __disoriented to person/place/time
  | __facial droop/EOM palsy/anisocoria
  | __weakness/sensory loss

**PSYCH**
- __mood/affect normal

  | __depressed affect
  | __anxious

☑ EMTALA EMC present     ☐ EMTALA EMC absent

**PROCEDURES:**
- Intubated by: ED physician / anesthesiologist /
- with # ___ ET tube  curved / straight blade  nasal / oral
- breath sounds  after intubation - equal  R>L  L>R
- after ETT adjustment- n/a  equal  R>L  L>R
- placement confirmed by auscultation / ETCO2 monitor /

---

**ERG, LABS, and XRAYS**

**CXR** __chest-PA/LAT ___ AP port __ # of views
- __nml heart size ___under-penetrated / over-penetrated / rotated
- __nml lung markings ___decr. lung markings c/w COPD
- __nml great vessels ___density c/w pleural effusion
- __and mediastinum
- __nml ___incr. lung markings / infiltrate
- __NAD

**PRIOR XRAY** __unchanged __unavail.  changed
- ☐ interp contemporaneously by me  ☐ discussed w/ Radiologist
- ☐ Interp by Radiologist  ☐ personally reviewed by me
- __Other studies:

**Rhythm ECG ( 1 - 3 Lead )** __NSR __abnml ___Time
**12 Lead ECG-** ___Time
- Rate
- __NSR ___tachycardia / bradycardia / atrial fibrillation
- __nml QRS ___wide QRS  LBBB  RBBB  IVCD
- __nml intervals ___heart block  I° 2° 3°
- __nml ST / T ___non-specific ST - T abnormalities
- ___ST elevation / ST depression / T-wave inversion
**PRIOR ECG-** __unchanged __unavail.  changed
☐ Interp contemporaneously by me ☐ I agree w/ confirm computer reading

| **CBC** | **Chemistries** | | **UA** |
|---|---|---|---|
| normal | normal | CK___ | normal |
| nml except | nml except | CKMB___ | nml except |
| WBC___ | Glu___ | Troponin___ | WBC___ |
| Hgb___ | Na 135 | | RBC's___ |
| Hct___ | K___ | | bacteria___ |
| Platelets___ | Cl___ | PT___ | dip___ |
| segs___ | CO2___ | PTT___ | |
| bands___ | BUN___ | INR___ | |
| lymphs___ | Creat___ | Theoph___ | |

Pulse Ox __time ___% __RA ___L/min
Interpretation___

**ABG's** __time ___RA  **Peak Flow**
- pH___ __O2  time___
- pCO2___ ___L  ___L/Min
- pO2___ ___% ___% predicted

**EMERGENCY DEPARTMENT COURSE:**
- Time___ __unchanged __improved __re-examined
- air movement___ __poor __fair __good
- Crit Care ___min (excluding separately billable procedures)
- Discussed with Dr.___ ___Time___
- patient will be seen in: ☐ office / ED / hospital
  - Prior records ordered /
  - reviewed / see ED course
- __Counseled patient / family regarding:  Rx given___
- lab results  diagnosis  need for follow-up

## CLINICAL IMPRESSION

- Dyspnea___ __Acute Pulmonary Edema
- COPD- acute exacerbation ___Congestive Heart Failure
- Follow up with Dr.___
- **DISPOSITION-** ☐ discharged ☐ admitted ☐ transferred
- **Time___** ☐ placed in obs (see obs template) ☐ Left AMA
- **CONDITION-** ☐ unchanged ☐ improved ☐ stable

ARNP / PA ___

PHYSICIAN- ___ Time___

PHYSICIAN- ___ Time___

☐ T Complete ☐ T Sheet Add On ☐ Other___

© 2001 T-System, Inc. Circle or check affirmatives, backslash (/) negatives

23c Greater Southeast Community Hospital
Corporation I ☐ DC General
EMERGENCY PHYSICIAN RECORD
Continuation Progress Note

Magbie Jonathan

1500

Received labs ⇒ Glu of 56, which was treated c̄ 1 Amp D50W I.V.

O2 ~ 90% on Rm ⇒ Eq c̄ 2L/NC

Called the DC Jail infirmary ⇒ no ventilatory support mechanical ventilation support or O2 at Infirmary

Pt to be admitted for Hypovolemia (BP 80mmHg) Hypoglycemia + Respiratory distress

[signature]

1PM O2 ~ 95 on Rm Air BP 91/48 Pt alert & oriented.

Pt may only need Vent when the DC Jail Infirmary can provide.

Spoke c̄ Dr Bostiend of DC Jail ⇒ Will arrange for a portable O2 Tank for Mr Magbie

Time:________ better / worse / same no / mod. / sev distress
alert / stupor / coma vitals- stable / ________

PROCEDURES
Intubated bag/valve
ET tube readjusted
O2 adjusted to____
central line placed
fluid challenge
________cc NS

Time:________ better / worse / same no / mod. / sev distress
alert / stupor / coma vitals- stable / ________

PROCEDURES
Intubated bag/valve
ET tube readjusted
O2 adjusted to____
central line placed
fluid challenge
________cc NS

## Procedure Notes

**INTUBATION**
__intubated with #____ETT curved / straight blade nasal / oral____
preoxygenated / premedicated ________
placement confirmed by: auscultation CXR placement corrected

**CENTRAL LINE**
__central line placed ___-lumen ___-gauge __Betadine prep____
anesthesia- ____cc local lidocaine / ________
position- L / R __femoral __subclavian ________
__internal jugular (post. / ant. / infer. approach)____
__sutured __good blood return __position confirmed on CXR____

**CHEST TUBE**
__chest tube inserted (____French) __Betadine prep____
anesthesia- ____cc local lidocaine / marcaine / ________
position- mid / ant / post axillary line ________ interspace____
__sutured in place __positioned confirmed on CXR________
return- air / blood________ __connected to suction____

**OTHER** __see reverse________

WnVa 0008



**Greater Southeast Community Hospital**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

# NEURO / PAIN

PAGE 2

IMPRINTER

## NEURO ASSESSMENT

**ADULT**

| Eye Opening | | Verbal Response | | Motor Responses | | Limb Strength | |
|---|---|---|---|---|---|---|---|
| Spontaneous | 4 | Oriented | 5 | Obeys Commands | 6 | Normal Strength | 5 |
| To Voice | 3 | Confused | 4 | Localizes (Pain) | 5 | Mild Weakness | 4 |
| To Pain | 2 | Inappropriate words | 3 | Withdraws (Pain) | 4 | Severe Weakness | 3 |
| None | 1 | Incomprehensible | 2 | Flexion (Pain) | 3 | Flexion | 2 |
| | | None | 1 | Extension (Pain) | 2 | Extension | 1 |
| | | | | None | 1 | None | 0 |

**PEDIATRIC**

| Eye Opening | | Verbal Response | | Motor Responses | |
|---|---|---|---|---|---|
| Spontaneous | 4 | Smiles, interacts | 5 | Spontaneous Mov. | 6 |
| To Voice | 3 | Consolable | 4 | Localizes (Pain) | 5 |
| To Pain | 2 | Cries to Pain | 3 | Withdraws (Pain) | 4 |
| None | 1 | Moans to Pain | 2 | Abnormal Flexion | 3 |
| | | None | 1 | Abnormal Extension | 2 |
| | | | | None | 1 |

| Time | Eye Opening | Verbal Response | Motor Response | LIMB STRENGTH | | | | Comments | Initials |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Left Arm | Right Arm | Left Leg | Right Leg | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## PAIN FLOW SHEET

| Date | Time | Pain Rating | Location of Pain | Pain Medication Given/Route | Pain Rating 1 Hr after Medication | LOS | Nurse Initials |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CODES FOR ASSESSMENT

**LOS – Level of Sedation**
1. Alert; easy to arouse
2. Occasionally drowsy; easy to arouse
3. Frequently drowsy
4. Somnolent; difficult to arouse
5. Sleep; easy to arouse.

**S/E – Side Effects**
O = None
N = Nausea
V = Vomiting
I = Itching
R = Urinary Retention

Signature/Title/Initials: _____    Date: _____
Signature/Title/Initials: _____    Date: _____
Signature/Title/Initials: _____    Date: _____
Signature/Title/Initials: _____    Date: _____
Signature/Title/Initials: _____    Date: _____
Signature/Title/Initials: _____    Date: _____

GSCH Form 165-B  Rev 11/03

WmVa  0009

**Greater Southeast Community Hospital**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

Patient's Name: _____

Unit #: _____

| DATE/TIME | NURSING PROGRESS NOTES |
|-----------|------------------------|
| 0 2345 | Patient received from ICU/link c̄ ℅ vent dependency requiring Vent + O₂ at 100%. SOB. Patient _____. Patient appears to be in resp. distress. Ruled as O₂% in NA _____ RN Belbin |
| 2400 | Patient resting - N/A _____ RN Belbin IV Started R° forearm. Blood obtained & sent to lab. Portable Chest X-ray completed. RN Belbin |
| 0300 | Patient awaiting to vent / Awaiting transfer & possible admission to ICU the Infirmary at DC Jail. RN Belbin |
| 0300 | No change. Patient resting _____ RN Belbin |
| 1/21/04 0715 | Received pt alert, responsive verbally. Denied any pain. + SOB noted. No respiratory distress noted. Pt has been discharged, waiting for room to be prepared @ command CTF. RN Oblejer |
| 0950 9616 | Pt's BP 168/42, 500 ml NS bolus administered as ordered. BP ↑ 92/55. NS infusing @ 150ml per hour as ordered. Pt is in no acute distress. No respiratory distress or SOB noted. Will continue to monitor, Pt waiting to be transferred to DC jail. RN Oblejer |
| 1/21/04 1145 | Pt transferred by to jail. No acute distress noted. No respiratory or SOB noted. US P 107/68. Transferred via Silver Spring Ambulance — RN Oblejer |

WmVa  0010

**Greater Southeast Community Hospital**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

## Emergency Department
## Progress Notes

ER EEG
ROTHFO,MAGBIE JONATHAN     M  27     S
R50933038
ILUYORACE RCTIKI A
02/10/77          EAP      CCR ABR.AG.
V00000513398      09/20/04

IMPRINTER

| IV | IV | | | |
|---|---|---|---|---|
| Time 0045 | Time _____ | ☐ Seizure Precautions | Foley _____ | Accucheck # _____ |
| Site RFA | Site _____ | ☐ Cardiac Monitor @ _____ | Time _____ | Time _____ |
| Catheter size #22 | Catheter size _____ | NG Tube _____ | By _____ | By _____ |
| By [signature] | By _____ | Time _____ | Accucheck # _____ | Accucheck # _____ |
| | | By _____ | Time _____ | Time _____ |
| | | | By _____ | By _____ |

### VITAL SIGNS

| Date/Time | Pain (0-10) | Temp. | Pulse | Resp | BP | FiO2 | Pulse Ox | Initial |
|---|---|---|---|---|---|---|---|---|
| 9/21 0040 | 0/10 | 96 | 96 | 12 | 89/53 | RA | 97% | NL |
| 9/21 0300 | 0/10 | 98.8 | 92 | 12 | 85/49 | RA | 98% | NL |
| 9/21 0300 | 9/10 | | 88 | 19 | 94/54 | RA | 96% | NL |
| | ASA | 97.4 | 93 | 16 | 95/58 | RA | 96% | RA |
| 9/21 0405 | 9/10 | 97.8 | 97 | 18 | 65/48 | RA | 96% | RA |
| 9/21 | 0/10 | 97.6 | 87 | 18 | 93/55 | RA | 100% | RA |
| 9/21 0500 | 9/10 | 98.4 | 71 | 18 | 99/60 | RA | 100% | RA |

### VITAL SIGNS

| Date/Time | Pain (0-10) | Temp. | Pulse | Resp | BP | FiO2 | Pulse Ox | Initial |
|---|---|---|---|---|---|---|---|---|
| 11:28 9/21 | 9/10 | 97.6 | 73 | 20 | 107/68 | RA | 100% | RA |

### INTAKE/IV FLUIDS

| TIME STARTED | TYPE/VOLUME/RATE | SIG. | DATE/TIME INFUSED | SIG. |
|---|---|---|---|---|
| 2330 | NS wide open | | | |
| 0900 | NS 500ml bolus | RA | 9/21 0940 | |
| 0940 | IV NS @ 150ml/hr | RA | | |

### OUTPUT

| TIME | TYPE | AMOUNT | SIG. |
|---|---|---|---|
| | | | |

### MEDICATIONS

| Date/Time | Medication | Amount | Route/Site | By |
|---|---|---|---|---|
| 9/21 0143 | Dextrose 50 | 50gm | IV | [signature] |

GSCH Form 165-B revised 9/03

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE. SE WASHINGTON, DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN, M.D.

PAGE 1

**********************************************************************

## PATHOLOGY LABORATORY FINAL REPORT

**********************************************************************

PATIENT: MOINRO, MABRIE, JONATHAN          MED #: V00000513398      LOC: EMG          U #: 400933438
                                            AGE/SEX: 27/M            ROOM:             REG: 09/20/04
REQ DR: VAUGHN, WILLIAM                     STATUS: REF ENC          BED:              DIS:

**********************************************************************
                              HEMATOLOGY / COAGULATION
**********************************************************************
--------------------------------CBC/PLATELET--------------------------------

| Date | Time | WBC (4.0-11.5) K/CUMM | RBC (4.30-5.70) M/CUMM | HGB (12.6-17.3) GM/DL | HCT (38.0-52.0) % | MCV (85-97) FL | MCH (27.0-31.0) PG | MCHC (32.0-36.0) % |
|------|------|------|------|------|------|------|------|------|
| SEP 21 | 0045 | 12.6 H | 5.00 | 13.6 | 40.9 | 82 L | 27.2 | 33.2 |

| Date | Time | RDW (11.5-14.5) % | MPV (7.4-10.4) FL | PLTCNT (150-450) K/CUMM |
|------|------|------|------|------|
| SEP 21 | 0045 | 13.6 | 6.6 L | 381 |

--------------------------------5 CELL DIFFERENTIAL--------------------------------

| Date | Time | C-NEUTRO (38.0-78.0) % | C-LYMPH (15.0-50.0) % | C-MONO (1.0-11.4) % | C-EOSIN (0.0-10.0) % | C-BASO (0.0-3.0) % | AB-NEUTRO (1.5-9.0) K/CUMM | AB-LYMP (0.6-5.8) K/CUMM |
|------|------|------|------|------|------|------|------|------|
| SEP 21 | 0045 | 62.2 | 27.0 | 5.0 | 5.2 | 0.6 | 7.9 | 3.4 |

| Date | Time | AB-MONO (0.0-1.3) K/CUMM | AB-EOSIN (0.0-1.2) K/CUMM | AB-BASO (0.0-0.4) K/CUMM |
|------|------|------|------|------|
| SEP 21 | 0045 | 0.6 | 0.7 | 0.1 |

--------------------------------ROUTINE COAGULATION--------------------------------

| Date | Time | PT (12.1-14.3) SECS | INR | PTT (21.2-35.5) SECS |
|------|------|------|------|------|
| SEP 21 | 0045 | 12.9 | 1.17(a) | 20.9 L |

NOTES:   (a)   RECOMMENDED INR THERAPEUTIC RANGE FOR ORAL ANTICOAGULANT
               THERAPY (2.0 - 3.0) MECHANICAL PROSTHETIC VALVES HIGH RISK
               (2.5 - 3.5)

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE. SE WASHINGTON, DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN, M.D.

PAGE 2

------ PATHOLOGY LABORATORY FINAL REPORT ------

CHEMISTRY

----------ROUTINE CHEMISTRY----------

| Date | Time | SODIUM (134-143) MMOL/L | POTASSIUM (3.4-4.9) MMOL/L | CHLORIDE (98-107) MMOL/L | CO2 (22-32) MMOL/L | GLUCOSE (65-99) MG/DL | BUN (8-23) MG/DL | CREATININE (0.7-1.2) MG/DL |
|------|------|------|------|------|------|------|------|------|
| SEP 21 | 0045 | 135 | 3.6 | 101 | 17 L | 58(b) *L | 15 | 0.9 |

| Date | Time | ALBUMIN (3.4-4.7) G/DL | TOT PROTEIN (5.8-8.0) G/DL | CALCIUM (8.7-10.1) MG/DL | AST (SGOT) (16-41) IU/L | ALK PHOS (32-91) IU/L | TOT BILI (0.3-1.3) MG/DL | ALT (SGPT) (12-59) IU/L |
|------|------|------|------|------|------|------|------|------|
| SEP 21 | 0045 | 3.4 | 8.3 H | 8.8 | 12 L | 90 | 1.9 H | 16 |

| Date | Time | AMYLASE (23-134) U/L | LIPASE (8-57) U/L |
|------|------|------|------|
| SEP 21 | 0045 | 40 | 14 |

NOTES: (b) NORMAL RANGE CHANGED EFFECTIVE 06/07/04

GREATER SOUTHEAST COMM. HOSP.
WASHINGTON, DC 20032

STAT BROADCAST REPORT

Name: NOINFO,MAGBIE JONATHAN          Unit#: M00933038          Age/Sex: 27/M
Acct: V00000513398                    Disch:                    Status: REG ER
Reg:  09/20/04                        Loc: ERG                  Attend Dr:

Specimen: 0921:CA00011S   Collected: 09/21/04-0045  Status: COMP   Req#: 00505140
VER: 09/21/04 0121        Received:  09/21/04-0049  Subm Dr: VAUGHN,WILLIAM S.

| Test | Result | Flag | Reference |
|------|--------|------|-----------|
| **PT/PTT** | | | |
| > PT | 12.9 | | 12.1-14.3 SECS |
| > INR | 1.17 | | |

*RECOMMENDED INR THERAPEUTIC RANGE FOR ORAL ANTICOAGULANT THERAPY (2.0 - 3.0) MECHANICAL PROSTHETIC VALVES HIGH RISK (2.5 - 3.5)*

| | | | |
|------|--------|------|-----------|
| > PTT | 20.9 | L | 21.2-35.5 SECS |

** END OF REPORT **

WmVa 0014

GREATER SOUTHEAST COMM. HOSP.
WASHINGTON, DC 20032

STAT BROADCAST REPORT

me: NOINFO,MAGBIE JONATHAN          Unit#: M00933038          Age/Sex: 27/M
ct: V0000051 3398                   Disch:                    Status: REG ER
g: 09/20/04                         Loc: ERG                  Attend Dr:

ecimen: 0921:H00025S      Collected: 09/21/04-0045 Status: COMP     Req#: 00505140
R: 09/21/04  0052         Received: 09/21/04-0049 Subm Dr: VAUGHN,WILLIAM S.

| TEST | RESULT | FLAG | REFERENCE |
|------|--------|------|-----------|
| *CBCDFS* | | | |
| WBC | 12.6 | H | 4.0-11.5 K/CUMM |
| RBC | 5.00 | | 4.30-5.70 M/CUMM |
| HGB | 13.6 | | 12.6-17.3 GM/DL |
| HCT | 40.9 | | 38.0-52.0 % |
| MCV | 82 | L | 85-97 FL |
| MCH | 27.2 | | 27.0-31.0 PG |
| MCHC | 33.2 | | 32.0-36.0 % |
| RDW | 13.6 | | 11.5-14.5 % |
| MPV | 6.6 | L | 7.4-10.4 FL |
| PLTCNT | 381 | | 150-450 K/CUMM |
| C-NEUTRO | 62.2 | | 38.0-78.0 % |
| ?-LYMPH | 27.0 | | 15.0-50.0 % |
| -MONO | 5.0 | | 1.0-11.4 % |
| C-EOSIN | 5.2 | | 0.0-10.0 % |
| C-BASO | 0.6 | | 0.0-3.0 % |
| AB-NEUTRO | 7.9 | | 1.5-9.0 K/CUMM |
| AB-LYMP | 3.4 | | 0.6-5.8 K/CUMM |
| AB-MONO | 0.6 | | 0.0-1.3 K/CUMM |
| AB-EOSIN | 0.7 | | 0.0-1.2 K/CUMM |
| AB-BASO | 0.1 | | 0.0-0.4 K/CUMM |

** END OF REPORT **

WmVa 0015

GREATER SOUTHEAST COMM. HOSP.
WASHINGTON, DC 20032

STAT BROADCAST REPORT

| | | |
|---|---|---|
| ...ma: NOINFO,MAGBIE JONATHAN | Unit#: M00933038 | Age/Sex: 27/M |
| ...ct: V00000513398 | Disch: | Status: REG ER |
| ...g: 09/20/04 | Loc: ERG | Attend Dr: |

...pecimen: 0921:C00047S    Collected: 09/21/04-0045 Status: COMP    Req#: 00505140.
...ER: 09/21/04 0121         Received: 09/21/04-0049 Subm Dr: VAUGHN,WILLIAM S.

| Test | Result | Flag | Reference |
|---|---|---|---|
| **CHEM12** | | | |
| SODIUM | 135 | | 134-143 MMOL/L |
| POTASSIUM | 3.6 | | 3.4-4.9 MMOL/L |
| CHLORIDE | 101 | | 98-107 MMOL/L |
| CO2 | 17 | L | 22-32 MMOL/L |
| GLUCOSE | 58 | *L | 65-99 MG/DL |
| | *NORMAL RANGE CHANGED EFFECTIVE 06/07/04* | | |
| BUN | 15 | | 8-23 MG/DL |
| CREATININE | 0.9 | | 0.7-1.2 MG/DL |
| ALBUMIN | 3.4 | | 3.4-4.7 G/DL |
| TOT PROTEIN | 8.3 | H | 5.8-8.0 G/DL |
| CALCIUM | 8.8 | | 8.7-10.1 MG/DL |
| AST (SGOT) | 12 | L | 16-41 IU/L |
| ALK PHOS | 90 | | 32-91 IU/L |
| TOT BILI | 1.9 | H | 0.3-1.3 MG/DL |
| ALT (SGPT) | 16 | | 12-59 IU/L |
| AMYLASE | 40 | | 23-134 U/L |
| LIPASE | 14 | | 8-57 U/L |

** END OF REPORT **

WmVa 0016

**Greater Southeast Community Hospital**
1310 Southern Ave., SE, Washington, D.C. 20032

```
                                    ER  ERG
                KOINFO,NAGBIE JONATHAN
                #00933038      M   27    Q
                ILUYONADE,ROTIMI L.
                C2/10/77  BAP   COR ADM.AG  I
                :30005133398  09/20/04
                                   Imprinter
```

# NOTICE ACKNOWLEDGEMENT

<u>Purpose:</u> This form is used to document an individual's acknowledgement of receipt of our Privacy Practices Notice or our good faith, but unsuccessful effort to obtain that acknowledgement. We are not obligated to attempt to obtain this acknowledgement in an emergency treatment situation.

<u>SECTION A:  Individual receiving Privacy Practices Notice.</u>                                        FTIb

Name: _____

Address: _____

Telephone: _____        Medical Record #: _____

<u>TO THE INDIVIDUAL:  Please complete the following acknowledgement.</u>

I acknowledge that I received the Privacy Practices Notice of ☒ GSCH   ☐ DCG

Signature: ✗ *PT- unable To Sign*                    Date: *9/20/04*
                         *Gifted*

If this authorization is signed by a personal representative on behalf of the individual, complete the following:

Personal Representative's Name: _____

Relationship to Individual: _____

<u>SECTION B:   Good faith effort to obtain acknowledgement (complete only if you fail to get Individual's signed acknowledgement on this form or otherwise).</u>

☐  Individual refused or was unable to sign an acknowledgement that the individual received our Privacy Practices Notice. Describe your good faith effort to obtain the individual's signed acknowledgement and the reason you were unsuccessful:

_____

☐  Individual received the joint Privacy Practices Notice applicable to our organization from another participant in an organized health care arrangement with us. We are therefore not required to deliver a Notice or obtain an acknowledgement.

☐  Individual received our Privacy Practices Notice in connection to an emergency treatment situation. We are therefore not required to obtain an acknowledgement.

☐ Yes ☐ No  Patient/Patient Representative agree to be listed in our facility directory.


I attest that the above information is correct.

Signature: *A. Glenn*                    Date: *9/20/04*

**Include completed form in the Individual's medical records.**

WmVa 0017

 ❏ **Greater Southeast Community Hospital**

# YOUR RIGHTS & RESPONSIBILITIES

As a patient at Greater Southeast Community Hospital, you are the central part of your health care team. Your understanding of your condition and participation in your care are important. You have both rights and responsibilities.

## YOU HAVE THE RIGHT TO:

- respectful and considerate treatment;
- know by name the doctors, nurses and staff members who care for you;
- know the hospital rules and regulations that apply to your conduct as a patient;
- obtain complete and current information from your doctor concerning your condition and treatment;
- know the reason you are given various tests and treatments;
- know the nature and risks of procedures and treatments prescribed for you;
- have visitors or to limit the number of visitors you receive;
- expect all communications and other records regarding your care, including the source of payment, to be kept confidential;
- request a consultation or second opinion from another doctor;
- change doctors or hospitals;
- examine your hospital bill and have it explained to you;
- have impartial access to the medical resources of the hospital indicated for your care without regard to race, color, creed, national origin, age, sex, disability or source of payment;
- refuse to participate in research or educational projects;
- be informed of the services available at this hospital;
- participate in the planning of your medical treatment through discussions with your health care team;
- refuse treatment to the extent permitted by law and to be informed of the consequences of your refusal;
- be given advance notice of transfer or discharge, when required for medical reasons or your welfare; and
- refuse release of your medical records, except as required by law;
- personal privacy;
- receive care in a safe setting;
- be free from all forms of abuse or harassment;
- be free from seclusion and restraints of any form;
- assessment and management of pain;
- a grievance mechanism.

## YOU HAVE RESPONSIBILITIES ALSO, AND WE ASK YOU TO:

- bring with you information about past illnesses, hospitalizations, medications and other matters relating to your health;
- cooperate with all hospital personnel caring for you and ask questions if you do not understand any directions given to you;
- be considerate of other patients and hospital personnel and see that your visitors are considerate as well, particularly in regard to noise and the number of visitors;
- promptly provide information for insurance processing and be prompt about asking questions concerning medical costs;
- be respectful of others and property that belongs to the hospital or others;
- abide by hospital rules and regulations and see that your visitors do likewise;
- keep appointments or cancel in advance when you can't keep a scheduled appointment;
- help your doctors, nurses and other medical personnel in their efforts to care for you by following their instructions;
- follow the treatment recommended by your doctor and notify him or her of any changes;
- respect the privacy of your roommate;
- accept the financial obligations associated with your care;
- assume the consequences of refusal of treatment;
- advise your nurse, doctor or Patient Advocate of any concerns you may have in regard to your care at the hospital;
- ask your doctor or nurse what to expect regarding pain and pain management.

Patient Signature _PT Unable To Sign_ 9/fed          Date _9/20/04_

Witness _A. Glasco_

GSCH Form 1053 2/02    **WHITE-Medical Records    YELLOW-Patient**

| ADVANCE DIRECTIVES |
| --- |
| ❏ YES     ❏ No. |

WmVA 0018



**GREATER SOUTHEAST COMMUNITY HOSPITAL**
1310 Southern Avenue, S.E.
Washington, D.C. 20032
(202) 574-6000

## GRIEVANCE PROCEDURES

1. Any patient and/or his/her representative who has a concern or wishes to discuss a grievance may do so, first by requesting a conference with the Nurse Manager. Concerns/grievances should be made known within a reasonable period of time.

2. If the concern is not resolved to the patient's satisfaction, the patient may request to see the Patient Advocate. She/he will meet with the patient and/or the representative, discuss the concern, investigate it in whatever way is appropriate, and respond to the patient within a reasonable period of time, but not to exceed two (2) weeks. The Patient Advocate may be contacted at (202) 373-5990.

3. If the patient and/or the representative are still dissatisfied, he/she should submit the grievance in writing, to the Chief Medical Officer. The complaint should contain the name and address of the person filing and briefly describe the concern. The Chief Medical Officer and/or the designee shall conduct the investigation and respond to the patient and/or representative within thirty (30) days of receipt of the complaint.

4. If the patient is still dissatisfied with the findings and recommendations of the Chief Medical Officer, the patient and/or the representative may appeal in writing to the:

   ➤ Chief Executive Officer
   1310 Southern Avenue, SE
   Second Floor
   Washington, DC 20032
   Telephone: (202) 574-6611

   ➤ Department of Health
   Health Regulation Administration, 2nd Floor, East Wing
   825 North Capital Street, N.E.
   Washington, DC 20002
   Hot Line (202) 442-5833      Fax (202) 442-9430

   ➤ Centers For Medicare and Medicaid Services
   The Public Ledger Building
   Suite 216
   150 South Independence Mall West
   Philadelphia, PA 19106

The above has been discussed with me and/or my representative and the contents are fully understood.

_Pt Unable to Sig_
**Signature of Patient**

_Lifbfg_

_____
**Patient's Agent or Representative**

_9/20/04_
**Date**

_T. Glasco_
**Witness**

019

GSCH Form 1054-2/00          WHITE-Medical Record          Yellow-Patient

GREATER SOUTHEAST HOSPITAL
10 Southern Avenue SE
Washington D.C. 20032

202-574-6000

Name: NOINFO,MAGBIE JONATHAN
Phys: VAUGHN,WILLIAM S.
Dob: 02/10/1977 Age: 27      Sex: M
Acct: V00000513398 Loc: ERG
Exam Date: 09/21/2004 Status: DEP ER
Radiology No:
Unit No: M00933038

| UM# | TYPE/EXAM | RESULT |
|---|---|---|
| 0660080 | XR/CHEST SINGLE VIEW | |

CLINICAL HISTORY:  SOB.

CHEST SINGLE VIEW:
There is marked dextroscoliosis of the thoracolumbar spine.
The cardiac silhouette measures within normal limits.  The
lungs are free of infiltrates and effusions.  The
tracheotomy tube is seen with its tip well above the carina.

IMPRESSION:
MARKED DEXTROSCOLIOSIS OF THE THORACOLUMBAR SPINE BUT NO
ACUTE CARDIOPULMONARY DISEASE PROCESS IS IDENTIFIED.

** REPORT SIGNATURE ON FILE 09/22/2004 **
Reported By: Charles Hunter MD
Signed By:   Charles Hunter

CC: ILUYOMADE,ROTIMI A.; VAUGHN,WILLIAM S.

Technologist: MAYES,CARLOS
Transcribed Date/Time: 09/21/2004 (1428)
Transcriptionist: RAD.BG
Printed Date/Time: 10/14/2004 (0957)

PAGE 1           Signed Report Printed From PCI

WmVa 0020

**Greater Southeast Community Hospital**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

Patient's Name: _____

Unit #: _____

## DISCHARGE ASSESSMENT

Living Arrangements Prior to Visit: ☐ Private Home   ☐ Nursing Home   ☐ Homeless   ☐ Group Home   ☑ Other _Medical_ _Jail_

## CURRENT STATUS:

☐ Independent   ☐ Ambulatory   ☐ Ambulates w/Assist.   ☐ Assistance Required   ☑ Dependent   ☐ Confined to Chair

☑ Confined to Bed   ☐ Other: _____

Explain/Comments: _____

## ASSESSMENT / IDENTIFIED NEEDS:

1) ☑ No Problems Noted / No Further Intervention Required
2) ☐ Home Health Care
3) ☐ Placement/Shelter
4) ☐ High Risk Mother/Child
5) ☐ Counseling

6) ☐ Dur. Med. Equip./Supplies
7) ☐ Maltreatment Issues
8) ☐ Substance Abuse
9) ☐ Education/Teaching
10) ☐ Prescription(s)

11) ☐ Transportation
12) ☐ Clothing
13) ☐ Diabetic Consult Entered:
       ☐ Yes   ☐ No
14) ☑ Other: _Social Services_

## PLAN: To be completed by Care Management

1) ☐ Counseling   2) ☐ Home Health Care (specify agency) _____
3) ☐ Facilitate Placement (specify) _____   4) ☐ Community Referrals (specify) _____
5) ☐ Order D.M.E. (specify agency) _____   6) ☐ Other: _____

...ments: _____
_____
_____
_____
_____

Discussed with _____
                        Patient or Responsible Party

who is aware of and in agreement with the above discharge plan.

_____     _____     _____
Signature                                      Title                                        Date

## DISPOSITION DOCUMENTATION

Admitted Time: _____

Time Report Called: _____

Time Transported to Floor: _____

IV/O₂/Monitor/NGT   N/A _____

Discharge to: Home/SNF/Other: _DC Jail_

IV/Saline Lock d/c'd:   Yes ✓ No ___ N/A ___

Accompanied by: _Correctional Officer_

ie: Ambulatory / W/C (Stretcher)

Rx given with explanation: Yes ___ No ___ N/A ✓

Meds dispensed by MD: Yes ___ No ___ N/A ✓

VS: T _97⁶_   P _70_   R _20_   B/P _107/68_

Pain: _0_ / 10   Pulse Ox: _100 %_   FHT _____

Patient / Significant Other / Caregiver Verbalizes understanding Discharge Instruction & Follow-up:

Interpreter: Yes ___ N/A ✓

Condition on Discharge _Stable_

Splint application:   CMS intact   Yes ___ N/A ✓

Approved/Viewed by MD/PA: Yes ___ N/A ✓

Crutch/cane walking w/return demonstration:   Yes ___ N/A ✓

Informed consent immunization administration: Yes ___ Lot # ___ N/A ✓

Signature: _____   Date: _8/21/06_   Time: _1140_

WmVa 0021

GSCH Form 165-R  Rev.6/04



*Ms. Bristor*

**GREATER SOUTHEAST COMMUNITY HOSPITAL**
1310 Southern Avenue, S.E., Washington, D.C. 20032

NOINFO,MAGBIE JONATHAN
M00933038    V00000513398
02/10/77  27        M B
Phys: ILUYOMADE, ROTIMI A.
DOS: 09/20/04

NAME: *M*

UNIT NUMBE

# DISCHARGE PATIENT INSTRUCTIONS

## WOUND AND SUTURE CARE
1. Call for appointment for wound check and/or suture removal as instructed below.
2. Keep the area clean, dry and covered. Wash daily with soapy water.
3. Change dressing daily, more often if soiled, or as instructed.
4. If the area becomes red, swollen, more painful, red streaks, fever, or drainage of pus occurs, contact your doctor or the Emergency Department.
5. Limit activity if sutures are near a joint.
6. Tetanus-diptheria Toxoid given.  ☐ Yes  ☐ No

## EYE INJURIES
1. Rest eyes, stay in a darkened room.  No reading or watching TV.
2. If eye patch used, leave on for _____ hours, or until seen by Eye Doctor (Ophthalmologist).
3. No driving or operating machinery while one eye is patched.
4. Return to Emergency Room immediately if: increase eye pain, loss of vision, or worsening symptoms.

## SPRAIN AND BRUISE CARE
1. As long as pain or discomfort is present, limit use of involved area.
2. Keep the injured part elevated above the level of the heart as much as possible for the first 48 hours.
3. Place cold compresses or ice bags to the involved are 20 min. on the injury then 20 min. off, for the first 48 hours.
4. If pain or swelling is present longer than 3-5 days you should be rechecked by your doctor.
5. No jewelry on injured hand or arm.
6. Use crutches for _____ days.

## HEAD INJURY CASE
*No serious brain injury was found at the time of examination. Sometimes swelling of the brain or bleeding may occur hours after the injury. For this reason:*
1. You may allow the patient to sleep.  However, you should wake patient every 4 hours during the night of an injury.
2. Nausea and occasional vomiting are often present, especially in children.  Do not give solid food if this is present.
3. Patient may take nothing stronger than Tylenol for headache.  No alcohol drinks or drugs that alter behavior should be used.
4. Return to the Emergency Department or call 911 if:
   • You cannot arouse (wake) the patient.
   • The patient has persistent nausea and vomiting.
   • The patient has unequal pupils.
   • The patient appears confused or has decreasing alertness.
   • The patient has a seizure (convulsion or fit).
   • The patient is unable to keep balance.
   • Unusual behavior or not acting normal.

## X-RAYS
X-rays taken have been read by the emergency physicians and you have been given TEMPORARY emergency room reading of them.  All films are later examined by Radiologist and there will be occasional difference of opinion as to the final results of the x-rays.  You will be notified by emergency room personnel if there are any later findings that might require a change in care.

## OTHER INSTRUCTIONS:
*Nasal O2 at night prn.*

## VOMITING - DIARRHEA - FLUID CARE
1. Drink clear liquids for one/two days.  Pedialyte, Gatorade, juice or flat soda.
2. Progress to semi-solid foods, if clear liquids are well tolerated.  This includes applesauce, bananas, rice, cereal, mashed potatoes.  Chicken soup with noodles may be tried.
3. For children on formula, once improved on clear liquids begin with half strength your formula (dilute formula with equal amounts of water).  Use 1-2 days and then progress to full strength.
4. Return to Emergency Room or call your doctor if: (see ABDOMINAL PAIN CARE)

## ABDOMINAL PAIN CARE
1. Return to the Emergency Room or follow up with your doctor if:
   A. Pain becomes more severe.
   B. Vomiting persists.
   C. Blood appears in vomitus, urine or stool.
   D. Fever develops or increases.
   E. Abdomen becomes distended or swollen.
   F. Discoloration of skin, eyes, urine, or stool.
   G. Bowel movements are too frequent or absent.
   H. Urine output decreases.
   I. If child cries without tears.
   J. Condition fails to improve as expected.

## FEVER CARE
When your child has a fever you can do several things to decrease the fever and to make your child more comfortable.  Always remember that a fever is a sign that your child is ill.  You should contact your doctor if your child's fever is high (greater than 102 degrees Fahrenheit) or persists for several days, if your child is under 6 months of age or if your child appears ill to you.
1. Dress lightly while indoors.  Encourage fluids ie: Pedialyte, juice, Gatorade and jello.  No heavy fluids such as milk.
2. Normal temperature bath for 10 to 15 minutes will also help lower fever.  No cold water or rubbing alcohol.
3. Tylenol every 4 hours for control of fever.  No ASPIRIN.
Recommended dosage and preparation of "Tylenol" (Acetaminophen) are as follows:

| Patient's Wt. | Tylenol Drops | Elixir | Chewable | Regular Adult |
|---|---|---|---|---|
| 6-11 lbs. | 0.4 ml | no | no | no |
| 12-17 lbs. | 0.8 ml | 1/2 tsp. | no | no |
| 18-23 lbs. | 1.2 ml | 3/4 tsp. | no | no |
| 24-35 lbs. | 1.6 ml | 1 tsp. | no | no |
| 36-47 lbs. | | 1 & 1/2 tsp. | 2 | 1 |
| 48-59 lbs. | no | 2 tsps. | 2 | 1 |
| 60-71 lbs. | no | 2 & 1/2 tsp. | 2 & 1/2 | 1 & 1/2 |
| 72-95 lbs. | no | 3 tsps. | 3 | 1 & 1/2 |
| 96 lbs & over | no | | 4 | 2 |

## YOUR DIAGNOSIS: *Hypoglycemia resolved*
*Hypovolemia - resolved*

## MEDICATIONS GIVEN IN ED: *Bronchitis - stable*
*Normal Saline / Glucose*

## PRESCRIPTIONS:
*Plenty of fluid*
☐ This medication may cause drowsiness. No driving or operating machinery.

CONTACT DR. _____  TELEPHONE _____  WITHIN /__  DAYS FOR:
☐ Examination of Wound/Sutures.  ☐ Suture Removal in ___ Days  ☐ Dressing Change  ☐ Recheck of Your Condition  ☐ Continuation of Care

EXAMINATION AND TREATMENT THAT YOU HAVE RECEIVED HAS BEEN ON AN EMERGENCY BASIS ONLY, AND IS NOT INTENDED TO BE A SUBSTITUTE FOR COMPLETE MEDICAL CARE.  SOME CONDITIONS CANNOT BE DEFINITELY DIAGNOSED IN THE EMERGENCY DEPARTMENT; AND MANY CONDITIONS CAN CHANGE RAPIDLY.  HOWEVER, IF THE CONDITION FAILS TO IMPROVE OR WORSENS AFTER LEAVING THE EMERGENCY DEPARTMENT CONTACT THE ABOVE REFERRAL PHYSICIAN OR RETURN TO THE EMERGENCY DEPARTMENT.

DATE: *9/11*  TIME: *1135*  NURSE: _____  DOCTOR/PA: _____  WmVa  0022
I HAVE RECEIVED AND UNDERSTAND THE DISCHARGE FOLLOW-UP INSTRUCTIONS GIVEN TO ME AT THE GREATER SOUTHEAST COMMUNITY HOSPITAL



# GREATER SOUTHEAST COMMUNITY HOSPITAL
### WASHINGTON, D.C.

REGISTRATION

| ACCOUNT NO. | ADMISSION DATE/TIME | DATE OF BIRTH | AGE | SEX | RACE | M.S. | SERVICE | STATION | ROOM NO. | ACC | STATUS | INT | UNIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 000515109 | 09/24/04 1335 | 02/10/77 | 27 | M | B | S | MED | 1SC1 | 101/7 | SP | IN | ADM.GL | M00933038 |

PATIENT NAME AND ADDRESS
WOINFO,MAGBIE JONATHAN
1901 E ST SE
WASHINGTON, DC 20003

SOC-SEC-NO.
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
TELEPHONE NO.
(202)673-8136

PATIENT EMPLOYER
UNEMPLOYED
NONE
NONE,DC

TELEPHONE NO.

GUARANTOR NAME AND ADDRESS
WOINFO,MAGBIE JONATHAN
1901 E ST SE
WASHINGTON,DC 20003

SOC-SEC-NO.
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
TELEPHONE NO.
(202)673-8136
RELATIONSHIP
SELF

GUARANTOR EMPLOYER
UNEMPLOYED
NONE,NONE,DC
NONE,DC

TELEPHONE NO.

OCCUPATION

RELATIVE 1
DC,DEPT OF CORRECTION        OTHER
(202)673-8136       (202)673-8448

FINANCIAL CLASS
DC HEALTH ALLIANCE

INSURANCE 1
DC HE..ALLIANCE GSCH
..16700101
INSURANCE 2

INSURANCE 3

| DIAGNOSIS/COMPLAINT | ACCIDENT WK.REL | DATE/TIME | ADM.TYPE/SOURCE | RELIGION |
|---|---|---|---|---|
| 780.09 OTHER ALTERATION OF CONSC | DATE ONSET 09/24/04 0945 | | 1 LAW | BAP |

ADMITTING DOCTOR
ACKERMAN,CHRISTOPHER

ATTENDING PHYSICIAN
ACKERMAN,CHRISTOPHER

LAST VISIT DATE
09/20/04

DISCHARGE DATE
09/24/04

REASON FOR VISIT
ESPONSIVE

▼ THE FOLLOWING DATA **MUST** BE COMPLETED AT TIME OF DISCHARGE ▼

FOR MED. REG.
USE ONLY
CODE NUMBER

PRINCIPAL
DIAGNOSES:    (The reason, after study, to be chiefly responsible for occasioning admission)

OTHER
DIAGNOSES:    ( Include ALL conditions which coexisted on admission or developed
                subsequently affecting treatment received and / or length of stay. )

OPERATIONS AND
SPECIAL DIAGNOSTIC PROCEDURES:

DISCHARGE STATUS:

| Date | Time | | | | |
|---|---|---|---|---|---|
| | | ☐ Home | ☐ AMA | ☐ Other Hospital | ☐ Skilled Nursing Facility | ☐ Other Facility |
| | | ☐ Home Health | ☐ Expired | | ☐ Intermediate Care Facility | |
| | | ☐ Autopsy | ☐ In Op. Room | ☐ Anesthesia | ☐ Coroner's Case | ☐ Post Op. |

ATTENDING M.D.

CONSULTING
M.D.'s

I certify that the narrative descriptions of the principal and secondary diagnoses and the major procedures performed are accurate and complete to
the best of my knowledge.

SUMMARY DICTATED
date    initials

DATE

SIGNATURE OF ATTENDING PHYSICIAN

MEDICAL RECORDS COPY

R  0001

```
RUN DATE: 09/27/04          Greater Southeast Comm Hosp ABS**LIVE**              PAGE 1
RUN TIME: 1414                      ATTESTATION STATEMENT
RUN USER: MR.RO
```

```
NAME:        NOINEO,MAGBIE JONATHAN                     ACCT #:     V00000515I09
```

```
COM DATE:       09/24/04                      UNIT #:      M00933038
ATTEND PHYS: ACKERMAN,CHRISTOPHER J.         SEX:         M
DIS DATE:       09/24/04                      AGE:         27
DISCH DISP:     EXPIRED                       DOB:         02/10/77
LOS:            1                             FIN CLASS:   CORR
PT CLASS:       IN                            ABS STATUS:  FINAL
```

```
DIAGNOSES:
ADMIT:   780.09    OTHER ALTERATION OF CONSCIOUSNESS
PRINC:   486       PNEUMONIA, ORGANISM NOS
SECOND:  427.5     CARDIAC ARREST                                        C
         305.00    ALCOHOL ABUSE-UNSPEC                                  C
         780.09    OTHER ALTERATION OF CONSCIOUSNESS
         305.20    CANNABIS ABUSE-UNSPEC
```

```
OPERATIONS:
09/24/04 96.71  CONTINUOUS MECH VENTILATION <96 CONSEC HRS              MB1

09/24/04 99.60  CARDIOPULM RESUSCITA NOS                                 B2
```

```
DRG:     475     RESPIRATORY SYSTEM DIAGNOSIS WITH VENTILATOR SUPPORT
```

| TATUS | $ REIMB | MIN-LOS | MAX-LOS | STD-LOS | GRP VERS | GRP FC |
|-------|---------|---------|---------|---------|----------|--------|
|       | 16901.17 |        |         | 8.00    | 21       | CORR   |

```
I certify that the narrative descriptions of the principal and secondary diagnoses and
he major procedures performed are accurate and complete to the best of my knowledge.

_____        _____ DATE
```

RI 0002



## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## OFFICE OF THE CHIEF MEDICAL EXAMINER
1910 Massachusetts Ave., S.E., Bldg. 27
Washington, D.C. 20003

202-698-9000 (Office)                                    202-698-9100 (Fax)

## TRANSPORT NOTIFICATION

Date: 9/24/2004    Time: 20:27              Case #: 04-02339

Decedent's Name:  JONTHAN MAGBIE

Age: 27 Years        Sex: Male     Race/Ethnicity: Black        Weight:

Date of Death:              9/24/2004           Time of Death:              18:40

Medical Record #:  M00933038

Location:  GSECH--1310 Southern Ave. SE
            Washington          DC

Notes:

## RELEASE ACKNOWLEDGEMENT

The above decedent was released from  _GSECH_
                                          Facility Name

to the Office of the Chief Medical Examiner by  _Roi Tucker  SPO_
                                                 Print Name and Title

on  _9/24/04_  at  _10:25 pm_  hours.
      Date              Time

_Roi Tucker  SPO_                            _Dennis Bell (OCME)_
Signature of Facility Representative          Signature of DC OCME Representative

Friday, September 24, 2004 8:28:19 PM                        Page 1 of 1

RI 0003

**GREATER SOUTHEAST COMMUNITY HOSPITAL CORPORATION I**

WASHINGTON, D.C.

**CONDITIONS OF ADMISSION TO EMERGENCY DEPARTMENT OR HOSPITAL**

EMERGENCY REGISTRATION

MEDICAL RECORDS COPY

**1. MEDICAL CONSENT:** I hereby voluntarily consent to such diagnostic procedures and hospital care and to such therapeutic treatment by doctors of the medical staff of Greater Southeast Community Hospital which, in their judgment, becomes necessary while I am an Emergency Department patient or an inpatient in said hospital. I acknowledge that the medical care received in the Emergency Department is limited solely to emergency treatment. I understand that it will be necessary to select another physician to make immediate arrangements with that physician for a complete diagnosis and/or continuation of treatment upon discharge from the Emergency Department or admission as an inpatient. I am aware that the practice of medicine and surgery is not an exact science and acknowledge that no guarantees have been made to me as to the result of treatments or examination in the hospital. I hereby authorize Greater Southeast Community Hospital Corporation I to retain, preserve for scientific and teaching purposes, or dispose of at their convenience, any specimens or tissue taken from my body during my hospitalization.

**2. RELEASE OF RESPONSIBILITY:** I understand that if I leave the Emergency Department without consent of the emergency service physician and or fail to carry out instructions for follow-up care, I do so at my own responsibility and I release this hospital and the emergency service physicians from any resultant liability.

**3. PERSONAL VALUABLES:** I agree that the hospital shall not be liable for the loss of or damage to any money, jewelry, glasses, dentures, documents or other articles of unusual value or small size, unless placed in the safe, and shall not be liable for loss of or damage to any other personal property unless deposited with the hospital for safekeeping. The hospital maintains a safe for the safekeeping of money and valuables.

**4. RELEASE OF INFORMATION:** I authorize and consent to the release of information, from medical records in accordance with the policy of the hospital, as requested by my insurance company or other reimbursing agency, or otherwise for purposes of billing. As required by any Federal, State or local law or regulation or as needed for continuing assurance or utilization review activities of the hospital and I further expressly authorize the release of photocopies of any portion of my medical record to the company processing my workers' compensation claim. Written communication, reports or other data prepared by the Utilization Review Committee concerning treatment received by me during this admission may be released to my medical carrier. I authorize release of medical records to other health care institutions who are involved in providing continuing health care. In addition, I agree to the release of my medical information for hospital approved research.

**5. ACQUISITION OF INFORMATION:** I am aware that the hospital conducts a follow-up program and follow-up studies on patients after they have been discharged from the hospital. I am aware that the purpose of this program and these studies is to follow-up on the patient's recuperation and recovery from the disease for which he was treated, and to monitor the course of the disease itself. To enable the hospital to conduct this follow-up study, I authorize any physician, hospital or health care institution which renders treatment or health care to me, to release to the Greater Southeast Community Hospital Corporation I information concerning me from their medical records.

**6. ASSIGNMENT OF INSURANCE OR PAYOR BENEFITS:** I recognize I am primarily liable for payment for services rendered; however, in the event I am entitled to my care benefits of any type whatsoever, I hereby assign those benefits to the hospital and any of its contracted health care providers, including but not limited to those physicians or physician groups providing anesthesia, cardiology, emergency, intensive care rehabilitation, neonatal, neurology, pathology, pulmonary medicine and radiology services. I authorize the hospital and the appropriate health care providers to apply for benefits on my behalf for services rendered during this admission or visit. I authorize any insurance or medical information about me to release to the Health Care Financing Administration and its agents any information needed to determine these benefits or the benefits payable for related services. I certify that the insurance or other coverage benefit information supplied by me is correct, in accordance with applicable hospital, provider insurance policies or agreements. Should my account be referred to any attorney for collection I agree to pay reasonable attorney fees and collection expenses.

**7. PERMISSION FOR PAYMENT OF HOSPITAL AND MEDICAL INSURANCE BENEFITS TO HOSPITAL:** I request payment or authorized benefits be made in my name directly to the hospital.

**8. STATEMENT TO PERMIT PAYMENT OF MEDICARE BENEFITS TO PROVIDER, PHYSICIANS AND PATIENT:** I certify that the information given by me in applying for payment under Title XVII by the Social Security Administration or its intermediaries or carriers for this or a related medical claim, is correct, and I authorize the release of all necessary information to those agencies just named, as well as to any Professional Review Organization I request that payment of authorized benefits be made in my behalf. I assign the benefits payable for physician services to the physician or organization furnishing the service in the alternative. I authorize such physician or organization to submit a claim to Medicare for payment on my behalf.

**9. PAYMENT OF HOSPITAL BILL:** I guarantee payment of all charges incurred for services rendered by Greater Southeast Community Hospital Corporation I for the patient named on this page, less any amounts paid by any third party payer. The amount due shall be paid in full at the time of discharge. In the event of a prolonged hospitalization I understand that Greater Southeast Community Hospital Corporation I reserves the right to present me with periodic interim bills that will be due upon receipt.

**10. WASHINGTON REGIONAL TRANSPLANT CONSORTIUM:** Federal law requires that Greater Southeast Hospital Corporation I report information about individuals who die or whose death is imminent to the Washington Regional Transplant Consortium.

**I CERTIFY THAT I HAVE READ THIS FORM AND THAT I UNDERSTAND ITS CONTENTS:**

| | |
|---|---|
| PATIENT'S/RESPONSIBLE PARTY SIGNATURE | _Unresponsive_ |
| DATE: _9/24/04_ WITNESS: _Eiri_ | RELATIONSHIP: |

| ACCOUNT NO. | ADMISSION DATE/TIME | DATE OF BIRTH | AGE | SEX | RACE | M.S. | LOCATION | STATUS | INIT | UNIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|
| V000053510 | 09/24/04 1055 | 02/10/77 | 27 | M | P | S | ERG | ER | ADM. KT | M00933038 |

| PATIENT NAME AND ADDRESS | SOC-SEC-NO. | PATIENT EMPLOYER | TELEPHONE NO. |
|---|---|---|---|
| NOIMO, MAGGIE JONATHAN 1901 E ST A WASH, DC 20003 | 577-96-... TELEPHONE NO. (202)673-7... | UNEMPLOYED NONE WASH DC | |

| GUARANTOR NAME AND ADDRESS | SOC-SEC-NO. | GUARANTOR EMPLOYER | TELEPHONE NO. |
|---|---|---|---|
| NOIMO, MAGGIE JONATHAN 1901 E ST A WASH, DC 20003 | 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 TELEPHONE NO. RELATION | UNEMPLOYED NONE DC | OCCUPATION |

| RELATIVE 1 |
|---|
| DC DEPT OF CORRECTION (202)673-800 |

| INSURANCE 1 |
|---|
| DC DEPT OF CORRECTION |
| FINANCIAL CLASS: DC DEPT OF CORRECTIONS |

INSURANCE 2    _Trip Ticket Attached_

| DIAGNOSIS / COMPLAINT | ACCIDENT WK. REL | DATE/TIME | ADM. TYPE / SOURCE | ARRV. MODE | REL |
|---|---|---|---|---|---|
| | | | 1 6 | DEPT OF CORRECT | R I |

| FAMILY PHYSICIAN | ER PHYSICIAN | LAST VISIT DATE | DEPOSIT AMOUNT |
|---|---|---|---|
| | | 09/30/04 | |

0004



**Greater Southeast Community Hospital Corporation I**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

# Cardiopulmonary Resuscitation
# Summary (CODE BLUE)

Mode of Arrival (ER ONLY): Ambulance DC

☐ Code Blue in progress on arrival.

```
IN  15C1  101-7
ACINFO,MAGBIE JONATHAN
CEC933038    M  27    S
ACKERMAN,CHRISTOPHER J.    NE
02/13/77  BAP  CCR JDR.GL
V00GGG515 IMPRINTER/24/C4
```

---

## ARREST RECOGNITION

Date of Arrest: 0 9 2 4 0 4

Time code called to Centrex: ☐ ☐ ☐

Arrest Recognized By: ☐ Physician  ☒ Nurse  ☐ Other

Time Recognized: 1815   Location: ER #7

CHECK IF ARREST OCCURRED WITHIN 24 HOURS OF:
☐ Admission  ☐ Delivery  ☒ ED
☐ Surgery  ☐ ICU/CCU/IMC transfer

Precode Diagnosis: Lt lower lobe Pneumonia + Virusepsis

## ARREST FEATURES
Witnessed: ☒ Yes  ☐ No

Type: ☒ 1° Cardiac
☒ 1° Respiratory
☐ Cardio-respiratory
☐ Other

Initial Rhythm: ☐ V Fib  ☐ V Tach
☐ Asystole  ☐ EMD
☐ SVT
☒ Other  Irregular

Time CPR Started: 1 8 1 5

CPR Started By: RN Williams-Young / Monica Jarad   resp therapist

## LABS

| ABG/TIME | pH | PCO2 | PO2 | HCO3 | FIO2 | mode |
|----------|-----|------|-----|------|------|------|
|          |     |      |     |      |      |      |

| Time | glu | Na | K | Cl | CO2 | Hct |
|------|-----|-----|---|-----|-----|-----|
|      |     |     |   |     |     |     |

## VENTILATION
Ventilation Initiated By: resp therapist   Time 1815

☐ bag/endo  ☐ bag/mask  ☒ other: bag-trach

Intubation By: _____   Time _____

Size: _____   CO2 Monitor Used: ☐ Yes  ☐ No

---

**LINE**   Insertion Time: P|T|A

Insertion By: EMS

Pre-existing: ☒ Yes  ☐ No
Location: ☐ Jugular  ☐ Subclavian  ☒ Antecubital
☐ Femoral  ☒ Peripheral

### "SHOCK"

| TIME | RHYTHM | JOULES | BP | HR | RR | REMARKS/PROCEDURES |
|------|--------|--------|-----|-----|-----|--------------------|
| 1832 | V Tach | 200 |  |  |  |  |
|      | V Tach | 300 |  |  |  |  |
|      |        |      |  |  |  |  |
|      |        |      |  |  |  |  |
|      |        |      |  |  |  |  |
|      |        |      |  |  |  |  |

### IV PUSH — ENTER TIME DRUG ADMINISTERED

| | TIME | DOSE/ROUTE | TIME | DOSE/ROUTE | TIME | DOSE/ROUTE | TIME | DOSE/ROUTE | TIME | DOSE/ROUTE |
|-|------|------------|------|------------|------|------------|------|------------|------|------------|
| Epinephrine | 1816 | 1 amp | 1819 | 1 amp | 1821 | 1 amp | 1826 | 1 amp | 1830 |  |
| Atropine | 1817 | 1 amp | 1820 | 1 amp |  |  |  |  |  |  |
| Amiodarone | 1833 | 150mg Bag |  |  |  |  |  |  |  |  |
| Lidocaine |  |  |  |  |  |  |  |  |  |  |
| Procainamide |  |  |  |  |  |  |  |  |  |  |
| Vasopressin |  |  |  |  |  |  |  |  |  |  |
| Sodium Bicarbonate | 1822 | 1 amp |  |  |  |  |  |  |  |  |

---

## PATIENT OUTCOME
☒ Deceased  Time of Death: 1 8 4 0   ☐ Survived: Transferred To: _____

COMMENTS: Code team RNs Williams-Young, Brenda Docherty, Jawala Cooper
see T above

MA- Dr Iluyomade; respiratory therapist Monica
Family/Significant Other Name: Department of Correction  Date/Time: 9/24/04 1830

EDUCATION RN NAME: Jawala Cooper   Date/Time: _____

Kathi Williams-Young RN   PMD Name: Unknown   Date/Time: _____

RECORDER NAME: _____   Law Enforcement Name: Ester Morris   Date/Time: 9/24/04 201

Dr. I Iluyomade   Medical Examiner Name: Mary Beth   Date/Time: 9/24/04 203

PHYSICIAN NAME: _____   Tissue Consortium Name: Robbie   Date/Time: 9/24/04 201

RI 0005

© 2001 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**Greater Southeast Community Hospital**
☐ Corporation I  ☐ DC General
**EMERGENCY PHYSICIAN RECORD**
Altered Mental Status

45

TIME SEEN: 1010A  ROOM: 7  ☐ EMS Arrival

HISTORIAN: _patient_ _paramedic_ _translator_ _other_____

AGE ___ (M) F  RACE _B_

History limited by _AMS_

**HPI**

chief complaint: (Unresponsive) Decreased Responsiveness
Confusion  Low Blood Sugar / Diabetic
Trouble w/ concentration / memory
_Remains DB770_

| duration / started: | timing |
|---|---|
| _____ | _gradual-onset_ |
| _____ | _sudden-onset_ |
| goes now  better  continues in ED | _intermittent_ _constant_ |

severity: Pain Scale: (1-10)

context / modifying factors:
\found unresponsive / unknown duration
by nursing home (staff) family: _____
dextrostick low PTA ( ) ___ given D50 / Narcan PTA
good / marginal / no  response
_recent / heavy alcohol intake  ( beer / wine / liquor )
last drink _____
_drug abuse / overdose_____

quality of altered mental status:
disoriented  confused  agitated  trouble concentrating
unresponsive  decreased responsiveness  seizure activity
_____

Usually: _alert, oriented x3  _alert but confused
_alert but disoriented to time  _poor alertness

associated symptoms:
_new weakness
LOCATION: RUE RLE LUE LLE  R/L facial  (general (diffuse)
_altered sensation
LOCATION: RUE RLE LUE LLE  R/L facial_____
_decreased ability to stand/walk
QUALITY: weak difficult off balance  cannot walk  cannot stand
_falling
Usually- _walks w/o assistance  _uses wheelchair
_uses a cane / walker  _stands for transfers
_walks only w/ assistance  _bed-ridden
\unable to walk  _unable to sit up

Similar symptoms previously _____
Recently seen/treated by doctor _____

**ROS** _____
☐ ROS below otherwise negative
CONST
_fever _____

NEURO
_headache
_head injury_____
_dizziness
CHEST
_chest pain
_palpitations
_cough
_sputum
_trouble breathing
ENDOCRINE (if diabetic)
_change in diet / activity / insulin___

**EYES-ENT**
_trouble w/ vision
_sore throat
_trouble swallowing

GI and GU
_nausea
_vomiting
_abdominal pain
_diarrhea
_black/bloody stools
_trouble urinating

SKIN & LYMPH & MS
_skin rash
_joint pain
_back / neck pain
_swollen glands

**PAST HISTORY**  ☐ Tetanus UTD
_diabetes  insulin / oral / diet
_____
_seizure disorder_____
_stroke / TIA_____
_hepatitis / cirrhosis_____
_other problems_____

_angina / MI / CHF
_AIDS/HIV
_asthma / COPD
_hypertension
_GI bleeding
_high cholesterol

_Quadriplegic_

Surgeries:
_CABG_____
_pacemaker_____

_cholecystectomy
_appendectomy
_hysterectomy
_tonsillectomy

Medications _none _see list
_ibuprofen  _acetaminophen
_____

Allergies ___ NKDA
_see list_
_____

SOCIAL HX _smoker _____ drugs_____
alcohol SEE HPI
nursing home resident
_lives alone _lives in nursing home _lives at home _____
FAMILY HX _stroke _migraines _CAD _HTN
_____

R-I 0006

**PHYSICAL EXAM**

**CONSTITUTIONAL**
- ☑ Agree w/ vital signs  Other _____
- Exam limited by _____
- ☑ obtunded
- Distress: _ NAD _ mild _ moderate _ severe _ Seizing / Apneic

**HEENT**
- _ normocephalic, atraumatic
- **PERRL**
- _ no apprnt trauma
- _ ENT inspectn nml
- _ pharynx nml
- _ airway intact

- _ scleral icterus / pale conjunctivae
- _ TM erythema/dullness/blood
- _ deprsd gag reflex /poor handling of secretns
- _ post-surgical pupillary defect (R/L)
- _ tenderness/swelling/ecchymosis
- _ obscured by cerumen (R/L)
- _ pharyngeal erythema / exudate

**NEURO**
**higher functions**
- _ awake and alert
- _ oriented x
- _ CN's nml as tested

- _ lethargic
- _ abnormal response to commands
- _ no response, eyes open slow  inappropriate
- _ GCS
- _ abnormal response to pain
- _ withdraws  flexor  extensor  none
- _ aphasic  expressive / receptive
- _ disoriented to person/place/time

**cranial nerves**
- _ normal as tested
- _ pupils equal, round, and reactive
- _ EOM's intact

- _ facial droop/EOM palsy/anisocoria
- _ tongue deviation ( to R / L )
- _ abnormal fundiscopic / papilledema
- _ unequal pupils
- R pupil ___ mm  L pupil ___ mm

**cerebellar**
- _ normal as tested
**peripheral exam**
- _ no motor deficit
- _ no sensory deficit
- _ reflexes nml

- _ abnormal Romberg / gait / finger-nose test
- _ weakness/sensory loss
- _ pronator drift ( RUE / LUE)
- _ altered light-touch / pin-prick / 2-pt discrimin
- _ Babinski reflex ( R / L )
- _ asterixis

**PSYCH**
- _ mood/affect nml
- _ depressed affect
- _ anxious

**NECK**
- _ supple, w/o meningismus
- _ cerv lymphadenopathy
- _ stiff neck / meningismus

**RESPIRATORY**
- _ no resp. distress
- _ breath sounds nml
- _ resp. distress
- _ wheezing
- _ rales / rhonchi
- _ carotid bruit

**CVS**
- _ reg. rate, rhythm
- _ heart sounds nml
- _ tachycardia / bradycardia / irreg. irreg. rhythm
- _ JVD present
- _ murmur  grade ___ /6  sys / dias
- _ gallop (S3 / S4)
- _ decreased pulse(s)

**GI / ABDOMEN**
- _ non-tender
- _ no organomegaly
- _ guarding
- _ hepatomegaly / splenomegaly / mass

**SKIN**
- _ color nml, no rash
- _ warm, dry
- _ cyanosis / diaphoresis / pallor
- _ skin rash

**MUSCULOSKELETAL / EXTREMITIES**
- _ non tender
- _ normal ROM
- _ no pedal edema
- _ pedal tender
- ☐ ENT A L EMC absent

**LABS and XRAYS**

| CBC  nml─ | Chemistries | UA |
|---|---|---|
| nml except | normal | normal |
| WBC | anml except | nml except |
| Hgb | Gluc | CO2 |
| Hct | Na | BUN |
| Platelet | K | Creat |
| | | Ca |

Head CT __ nml

Time reported: _____

CXR _ chest-PA/LAT _ AP port.  # of views _____
- _ nml heart size _ under-penetrated / over-penetrated / rotated
- _ nml lung markings _ decr. lung markings c/w COPD
- _ nml great vessels _ density c/w pleural effusion
- _ and mediastinum _ cardiomegaly
- _ nml _ incr. lung markings /infiltration
- _ NAD

PRIOR XRAY- _ unchngd _ unavail. _ changed:
- ☐ interp contemporaneously by me ☐ discussed w/ Radiologist
- ☐ interp by Radiologist ☐ personally reviewed by me

Rhythm ECG ( 1 - 3 Lead ) _ NSR _ abnml _____ Time _____

12 Lead ECG- _____ Time _____
- Rate
- _ NSR _ tachycardia / bradycardia / atrial fibrillation
- _ nml QRS _ wide QRS  LBBB  RBBB  IVCD
- _ nml intervals _ heart block  1° 2° 3°
- _ nml ST / T _ non-specific ST - T abnormalities
- _ ST elevation / ST depression / T-wave inversion

PRIOR ECG- _ unchngd _ unavail. _ changed:
- ☐ interp contemporaneously by me ☐ I agree w/ confirm computer reading

**Treatment  (see order sheet for full orders)**
IV-D50 / IV Narcan    Thiamine IV / IM    IV Fluids

Incubated ___ by ED Physician ___ pre-oxygenated
- _ versed / valium / ativan _ pavulon _ succinyl choline _ vecuronium
- # ___ nasal / oral ___ breath snds equal ___ position confrmd on CXR

**EMERGENCY DEPARTMENT COURSE:**
Time _____ On ___ _ unchanged _ improved _ re-examined

**CLINICAL IMPRESSION:**
Confusion  Dementia  Coma  Stupor

Follow up with Dr. _____

DISPOSITION- ☐ discharged ☐ admitted ☐ transferred
Time _____ ☐ placed in obs. (See obs template) ☐ Left AMA
CONDITION- ☐ unchanged ☐ improved ☐ stable

ARNP / PA _____

PHYSICIAN _____ Time _____

PHYSICIAN _____ Time _____

☐ T Complete  ☐ T Sheet Add On  ☐ Other

R-I 0007

© 2001 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

23c Greater Southeast Community Hospital Corporation I ☐ DC General

# EMERGENCY PHYSICIAN RECORD

## Continuation Progress Note

NOINFO, MAGBIE JONATHAN
M00933038 V00000515109
02/10/77 27 M B
Phys: ILUYOMADE, ROTIMI A.
DOS: 09/24/04

1810 Called to patient bedside who has gagged briefly. Patient later desaturated [illegible] attempt to get ABG. [illegible]

PE: No pulse, No resp. ASYSTOLE.
CPR/ACLS Protocol.
Epi & Atropine given.
Bicarb given.
Patient eventually had a pulse but later went into V fib without pulse. Defibrillated x3 at 200, 300 and 360.
Pulse - [illegible]
Resuscitation attempted without [illegible]. Asystole.
Pronounced dead at 1840. See Code Sheet for details.

[signature] 2/25

Dx (1) Cardiorespiratory arrest
(2) Multisubstance abuse
(3) Altered mental status
(4) Pneumonia / U.T.I.

[signature] 2/25

Time:_____ better / worse / same no / mod. / sev distress
alert / stupor / coma vitals- stable / _____

PROCEDURES
Intubated bag/valve
ET tube readjusted
O2 adjusted to_____
central line placed
fluid challenge
_____ cc NS

Time:_____ better / worse / same no / mod. / sev distress
alert / stupor / coma vitals- stable / _____

PROCEDURES
Intubated bag/valve
ET tube readjusted
O2 adjusted to_____
central line placed
fluid challenge
_____ cc NS

### Procedure Notes

INTUBATION
__intubated with #_____ETT curved / straight blade nasal / oral_____
preoxygenated / premedicated _____
placement confirmed by: auscultation CXR placement corrected

CENTRAL LINE
__central line placed ___lumen ___gauge ___Betadine prep_____
anesthesia- _____cc local lidocaine / _____
position- L / R __femoral __subclavian _____
__internal jugular (post. / ant. / infer. approach)_____
__sutured __good blood return __position confirmed on CXR_____

CHEST TUBE
__chest tube inserted (_____French) __Betadine prep_____
anesthesia- _____cc local lidocaine / marcaine / _____
position- mid / ant / post. axillary line _____ interspace_____
__sutured in place __positioned confirmed on CXR_____
return- air / blood _____ __connected to suction_____

OTHER __see reverse_____

RI 0008

**Greater Southeast Community Hospital**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

GSCH Form 165-A  Rev 9/03
WHITE-Medical Records
YELLOW-ED Administration
PINK-Physician Billing

## EMERGENCY DEPARTMENT
## Triage / Initial Assessment

*(stamp, partially legible):*
INFO. MAGBIE JONATHAN
NAME 33038   M  27   S
ILETCHADE, ROTIMI A.
02/18/77   BAP   COR ADM, KT
V000GG515109  09/24/04
MR #:

TRIAGE: ✓ Core ___ After Chart ___ Fast Track
DISPOSITION: ___ ASAP ___ Routine ___ Adv. Triage

LAST NAME: Magbie    FIRST NAME: Johnathan   MI: 0   SEX: M   AGE: 27   DOB: 2/18/77

DATE: 9/24/04    ARRIVAL TIME: 0950 AM/PM    TRIAGE TIME: 0950 AM/PM

### TRIAGE ASSESSMENT

Chief Complaint/History Present Illness: Resp. Unresponsive

Information being given by: EMT

**TREATMENTS IN PROGRESS UPON ARRIVAL** (Please Check) ___ No treatments received prior to arrival in ED.

___ C-COLLAR  ___ Towel Rolls  ___ I.V. Fluids  ✓ Oxygen
___ Backboard  ___ Splint  ___ Neb. treatment  ___ Other

Current Medications: Oxybutin, Lorazepam, Dulcolax

Past Medical History: quadriplegia tracheostomy

NKDA / Allergies: ___ GLYO ___    Allergy bracelet placed on patient: ☐ Yes  ☐ Not Needed

Due to the increase in domestic violence, we ask all adult patients: Have you ever been a victim of domestic violence? Yes ☐ No ☒
If yes, would you like some help? Yes ☐ No ☒

Social History: ___ Tobacco  ___ ETOH  ✓ Substance Abuse ___ None   Comments:
Family History: ___ Stroke ___ Heart Attack /Heart Disease ___ Diabetes ___ Cancer ___ Asthma ___ None w/o
LMP: N/A   Normal / Abnormal: (circle)
Tetanus: up to date ___ >5 years ___ Unknown ___    Primary Physician: ___ ?
Triage VS: T/route 95.6 by HR 107  RR 20  B/P 102/55  Pulse Ox 100%  Weight ___ kg/lbs
Impairments: ✓ Visual ✓ Hearing ✓ Speech    Triage Signature/Title: _____

### INITIAL TRIAGE ASSESSMENT    (please check)

**Mental Status:**
___ Alert
___ Oriented
___ Confused
___ Crying
___ Drowsy
___ Sleeping
___ Arousable
___ Unarousable
✓ Unresponsive
___ Smiling/playful (peds)
___ Other

**Respiratory Status:**
___ Clear
(R) Breath sounds (L)
___ Rales
___ Wheezing
___ Rhonchi
___ Diminished
✓ Other TRACH
___ Nasal flaring
___ Retractions
___ Cough (productive**)
___ Cough non-productive
___ No deficit noted during Triage

**Cardiovascular Status:**
Color:
___ Normal
___ Pale
___ Cyanotic
___ Other
Temperature of skin:
✓ Warm
___ Dry
___ Cool
___ Diaphoretic
___ Peripheral pulses present
___ Peripheral edema
Capillary refill:
___ <3 sec. ___ >3 sec.

**GI Status:**
___ Soft/Nontender
___ Distended/tender
Bowel sounds
___ Present/absent
___ Vomiting/diarrhea
___ G Tube
___ G Stoma
___ Other
___ No deficit noted

**Musculo-skeletal Status:**
Location: L/R 0
___ Pain ___ (0-10) Inten.
___ Skin broken
___ Swelling
___ Discolored
___ Distal pulses present
✓ Deformity contracture
___ Other
___ No deficit noted during Triage

PAIN  0  2  4  6  8  10

**GU/GYN**
___ Vaginal bleeding
___ Freq./Burning
___ Discharge
___ Foley
___ No deficit noted
___ Other

Signature/Title: Brenda Berkey    Time: 10:15

### NURSING TREATMENT IN TRIAGE (Please Check)
___ Tylenol Dose and Route ___ Init. ___
___ Sling/Splint ___
___ Ice ___ Orthostatics ___
___ Pedialyte
___ Wound Care
___ Accucheck
___ Visual Acuity
___ Pregnancy Test: Positive/Negative
___ Cup given in triage
___ Urine Dip:
___ Advised Patient / Family Member to reamin/NPO

### TRIAGE REASSESSMENT
Patient Reassessment: Date: ___ Time: ___ VS: T: ___ HR ___ PR: ___ BP: ___
Pain: ___ Condition: Unchanged ___ Upgraded to Core ___ Notation: ___
RN Signature: ___    MD Signature: ___
Patient Reassessment: Date: ___ Time: ___ VS: T: ___ HR ___ PR: ___ BP: ___
Pain: ___ Condition: Unchanged ___ Upgraded to Core ___ Notation: ___
RN Signature: ___    MD Signature: ___

R I 0009



**Greater Southeast Community Hospital Corporation I**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

# EMERGENCY DEPARTMENT
# PHYSICIAN ORDER FORM

ED Bed #: _____ at _09_5_0__

IMPRINTER

| MD INT | MD OT | STAFF INT | TIME | INITIAL ORDERS (PLEASE CIRCLE) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CCU Work-up    EKG | Theophylline    Tegretol | | O2 via ___ lpm | | |
| | | | | | Dilantin    Phenobarbitol | | ABG's on ___ lpm | | |
| | | | | CBC & diff    PT/PTT | UA    O Dip    Urine Toxicity | | Continuous Neb | | |
| | | | | | BHCG Urine | | Albuterol / Atrovent x ___ mins | | |
| | | | | Chem 7    Chem 12 | Culture: Blood    Urine    Rapid Strep | | Monitor    Heplock | | |
| | | | | | Sputum    Wound    Cervical | | Pulse Ox    Accu/check | | |
| | | | | CK    Troponin    Myoglobin | GYN:    Cervical C&S    Wet Prep | | IV ___ @ ___ cc/hr | | |
| | | | | | Transcew    Chlamydia | | | | |
| | | | | Amylase / Lipase    Magnesium | PCXR    Head CT    Obst Series | | | | |
| | | | | ETOH    Digoxin | CXR    Pelvic US    C-Spine | | Ok Chart    Called @: ___ | | |

| MD INT | MD OT | ADDITIONAL TREATMENT | STAFF INT / TIME | MD INT | MD OT | ADDITIONAL TREATMENT | STAFF INT / TIME |
|---|---|---|---|---|---|---|---|
| | | IV N/S c 125cc/hr | | | | | |
| | | Toracittin Zocef 114° | | | | | |
| | | Atarem 2g iv | | | | | |
| | | Neuron 100mg iv | | | | | |
| | | Lomudine 275 | | | | | |
| | | 500cg iv | | | | | |

| INITIALS | SIGNATURE/TITLE | DATE/TIME | INITIALS | SIGNATURE/TITLE | DATE/TIME |
|---|---|---|---|---|---|
| | RN | 9/04 1145 | | | |
| | | | 88  Melissa Monder | 9/24/04 |

Physician Signature (s): _____    Date/Time: 9/24/04 18:00

RI 0010

GSCH Form 1028 Rev 7/03    WHITE-Medical Record    YELLOW-ED Physicians    PINK-Patient Accounts    GOLD-ED File Copy

GREATER SOUTHEAST COMM. HOSP.
WASHINGTON, DC 20032

STAT BROADCAST REPORT

```
_ame: NOINFO,MAGBIE JONATHAN        Unit#: M00933038         Age/Sex: 27/M
Acct: V00000515109                  Disch:                   Status: REG ER
Reg:  09/24/04                      Loc: ERG                 Attend Dr:
```

```
Specimen: 0924:U00034S    Collected: 09/24/04-1149 Status: COMP    Reg#: 00506671
VER: 09/24/04 1247        Received:  09/24/04-1151 Subm Dr: ILUYOMADE,ROTIMI A.
```

| Test | Result | Flag | Reference |
|------|--------|------|-----------|
| *U-DRUG* | | | |
| U-AMPHETAM | NONE DET | | NONE DET |
| U-BENZODIAZ | DETECTED | | NONE DET |
| U-BARBITUAR | NONE DET | | NONE DET |
| U-THC | DETECTED | | NONE DET |
| U-METHADONE | NONE DET | | NONE DET |
| U-OPIATES | NONE DET | | NONE DET |
| U-PCP | NONE DET | | NONE DET |
| U-COC | NONE DET | | NONE DET |
| *UAMACR* | | | |
| *UAMICR* | | | |
| URINE APPEAR | CLOUDY | | |
| U-COLOR | YELLOW | | YELLOW |
| U-SPEC GRV | >= 1.030 | | 1.005-1.030 |
| U-PH | 6.5 | | 5-7 |
| U-PROTEIN | 75 | | <10 NEG |
| U-GLUCOSE | NEGATIVE | | NEG |
| U-KETONES | LARGE | | NEG |
| U-BILE | NEG | | NEG |
| U-BLOOD | 3+ | | NEG |
| U-LEUK EST | 1+ | | NEG |
| U-NITRITE | NEG | | NEG |
| U-UROBILINOGEN | 1.0 | | 0.2-1.0 |
| U-WBC | 30-40 | | 0 |
| U-RBC | 10-15 | | 0 |
| SQUAM EPI | FEW | | NEG |
| U-BACT | MANY | | NEG |
| HYALINE | 1-4 | | 0 |
| GRAN CAST | 0-2 | | 0 |
| AMORPHOUS | POS | | NEG |
| TC PHOS | POS | | NEG |

** END OF REPORT **

RI 0011

GREATER SOUTHEAST COMM. HOSP.
WASHINGTON, DC 20032

STAT BROADCAST REPORT

| | | |
|---|---|---|
| Name: NOINFO,MAGBIE JONATHAN | Unit#: M00933038 | Age/Sex: 27/M |
| Acct: V00000515109 | Disch: | Status: REG ER |
| Reg: 09/24/04 | Loc: ERG | Attend Dr: |

| | | |
|---|---|---|
| Specimen: 0924:H00100S | Collected: 09/24/04-1215 Status: COMP | Req#: 00506710 |
| VER: 09/24/04 1241 | Received: 09/24/04-1223 Subm Dr: ILUYOMADE,ROTIMI A. | |

| Test | Result | Flags | Reference |
|---|---|---|---|
| *CBCWODIFF* | | | |
| > WBC | 19.1 | H | 4.0-11.5 K/CUMM |
| > RBC | 5.01 | | 4.30-5.70 M/CUMM |
| > HGB | 13.7 | | 12.6-17.3 GM/DL |
| > HCT | 40.4 | | 38.0-52.0 % |
| > MCV | 81 | L | 85-97 FL |
| > MCH | 27.3 | | 27.0-31.0 PG |
| > MCHC | 33.8 | | 32.0-36.0 % |
| > RDW | 13.4 | | 11.5-14.5 % |
| > MPV | 6.4 | L | 7.4-10.4 FL |
| > PLTCNT | 304 | | 150-450 K/CUMM |

** END OF REPORT **

RI 0012

GREATER SOUTHEAST COMM. HOSP.
WASHINGTON, DC 20032

STAT BROADCAST REPORT

| | | |
|---|---|---|
| ame: NOINFO,MAGBIE JONATHAN | Unit#: M00933038 | Age/Sex: 27/M |
| Acct: V00000515109 | Disch: | Status: REG ER |
| Reg: 09/24/04 | Loc: ERG | Attend Dr: |

| | | |
|---|---|---|
| Specimen: 0924:A00011S | Collected: 09/24/04-1055 Status: COMP | Req#: 00506671 |
| VER: 09/24/04 1115 | Received: 09/24/04-1110 Subm Dr: ILUYOMADE,ROTIMI A. |

| Test | Result | Flag | Reference |
|---|---|---|---|
| **ABG** | | | |
| PUNC. DONE | YES | | |
| SAMPLE TY. | ARTERIAL | | |
| PUNC. SITE | RB | | |
| PH | 7.297 | L | 7.350-7.450 |
| PCO2 | 55.7 | H | 35.0-45.0 MMHG |
| PO2 | 429.0 | H | 85.0-100.0 MMHG |
| HCO3 | 26.6 | | 19.0-26.0 MMOL/L |
| BE | -0.3 | | -5.0-5.0 MMOL/L |
| TCO2. | 28.3 | L | 29.1- MMOL/L |
| %O2 SAT | 100.2 | | 98.4- % |
| O2 MODE | T-MASK | | |

** END OF REPORT **



### GREATER SOUTHEAST COMM. HOSP.
### WASHINGTON, DC 20032

#### STAT BROADCAST REPORT

Name: NOINFO, MAGBIE JONATHAN     Unit#: M00933038          Age/Sex: 27/M
Acct: V00000515109                Disch:                    Status: REG ER
Reg: 09/24/04                     Loc: ERG                  Attend Dr:

Specimen: 0924:C00123S    Collected: 09/24/04-1149 Status:  COMP    Req#: 00506671
VER: 09/24/04 1209        Received: 09/24/04-1151 Subm Dr: ILUYOMADE, ROTIMI A.

| Test | Result | Flag | Reference |
|------|--------|------|-----------|
| **CHEM7** | | | |
| > SODIUM | 131 | L | 134-143 MMOL/L |
| > POTASSIUM | 3.6 | | 3.4-4.9 MMOL/L |
| > CHLORIDE | 94 | L | 98-107 MMOL/L |
| > CO2 | 28 | | 22-32 MMOL/L |
| > GLUCOSE | 155 | H | 65-99 MG/DL |
| | *NORMAL RANGE CHANGED EFFECTIVE 06/07/04* | | |
| > BUN | 7 | L | 8-23 MG/DL |
| > CREATININE | 0.7 | | 0.7-1.2 MG/DL |
| > CALCIUM | 8.5 | L | 8.7-10.1 MG/DL |

** END OF REPORT **

GREATER SOUTHEAST HOSPITAL
810 Southern Avenue SE
Washington D.C. 20032

202-574-6000

Name: NOINFO,MAGBIE JONATHAN
Phys: ILUYOMADE,ROTIMI A.
Dob: 02/10/1977 Age: 27     Sex: M
Acct: V00000515109 Loc: 101-7
Exam Date: 09/24/2004 Status: ADM IN
Radiology No:
Unit No: M00933038

| EXAM# | TYPE/EXAM | RESULT |
|-------|-----------|--------|
| 00660796 | XR/CHEST SINGLE VIEW | |

CLINICAL HISTORY: Unresponsiveness.

PORTABLE CHEST:
There is a tracheostomy tube well above the carina. There is severe dextroscoliosis of the thoracolumbar spine. The cardiac silhouette measures the upper limits of normal. There is increased density in the left upper and lower lung fields and seen through the cardiac silhouette.

IMPRESSION:
LEFT LOWER LOBE INFILTRATE AND/OR CONSOLIDATION.

             ** REPORT SIGNATURE ON FILE 09/24/2004 **
             Reported By: Charles Hunter MD
             Signed By:   Charles Hunter

CC: ILUYOMADE,ROTIMI A.

Technologist: ASKEW,GREGORY
Transcribed Date/Time: 09/24/2004 (1311)
Transcriptionist: RAD.KR
Printed Date/Time: 09/24/2004 (1401)

PAGE 1                    CHART COPY

RI 0015

**Greater Southeast Community Hospital**
**Washington, D.C.**

```
ER  E&G
ADINFO,MAGBIE JONATHAN
#C0933038    H   27    S
ILUYOKADE,ROTIMI A.
02/13/77   BAP   CFR ADM.KT
V000C0515109  09/24/04
```

# PATIENT PROPERTY LIST

Patient and staff person sign statement at bottom of form.
List becomes a permanent part of patient's medical record.

Date: 9/24/04                                    Imprinter

**A.    CLOTHING**

☐ Jacket      ☐ Dress      ☐ Pants              ☐ Sweater
☐ Coat        ☐ Blouse     ☐ Nightgown/Pajamas  ☐ Gloves
☐ Shoes       ☐ Skirt      ☐ Underwear          _____
☐ Hat         ☐ Shirt      ☐ Robe               _____

**B.    ARTICLES**

☐ Dentures ( )U ( )L ( )P   ☐ Watch        ☐ Bracelet _____
☐ Money                     ☐ Glasses      ☐ Ring _____
☐ Keys                      ☐ Wig          ☐ Necklace or Chain _____
☐ Wallet                    ☐ Briefcase    ☐ Earrings _____
☐ Purse                     ☐ Hearing Aid  ☐ Meds _____
                                            ☐ Other  Skull Cap

**VALUABLES PLACED IN HOSPITAL**
The following were placed in the hospital safe (check items and attach valuables stub to face sheet).

☐ Jewelry     ☐ Keys      _____     _____
☐ Money $     ☐ Wallet    _____     _____

Items placed in Valuables Envelope No. _____ By: _____ Date: _____

**D.    PROPERTY SENT HOME WITH FAMILY OR FRIEND**

Items: _____

Medications:
(list)  _____

Signed: _____ Collectin Cartleepka  Date: _____
        Relative or Friend

**E.    PATIENT ADMISSION STATEMENT**

I understand that I am solely responsible for my property and I take full responsibility for those items
listed above in section A and B and others brought to me while a patient in the hospital unless they have
been deposited in the hospital safe.

Signed: Pt unable to sign - quadraplegic  Date/Time: 9/24/04  1400
        Relative or friend if patient is unable to sign

**STAFF ADMISSION STATEMENT**

I hereby attest and agree that I have inventoried the above patient's property. I also attest that I have
informed and given the opportunity of placing valuabels, if any, in the hospital safe.

Signed: _____  Date/Time: 9/24/04  1400

RI 0016

**THIS REFERRAL IS VALID FOR 60 DAYS**

*DC Health Care Alliance*

## PATIENT REFERRAL

| ID NUMBER |
|---|
| 362 426 |

| PATIENT NAME (Last, First) |
|---|
| Maclie Jonathan |

| DATE OF BIRTH | SEX |
|---|---|
| 2/10/77 | ☐ M  ☐ F |

SOCIAL SECURITY NUMBER

ADDRESS (Street & City)

| (State & Zip) | PHONE ( ) |
|---|---|

DATE: 9 /24 /04

### REFERRAL INFORMATION

| SPECIALIST'S NAME | AUTH # | NUMBER OF VISITS AUTHORIZED ☐1 ☐2 ☐ ____ |
|---|---|---|

| SPECIALIST'S ADDRESS 911 | | PHONE ( ) |
|---|---|---|

| DIAGNOSIS (ICD-9-CM) 1. CR 2. | ☐ Initial Consultation | ☐ Follow-up Evaluation |
|---|---|---|

| | APPOINTMENT DATE / / | APPOINTMENT TIME ☐AM ☐PM |
|---|---|---|

COMMENTS (Laboratory Studies, Radiology Reports, etc.) Please include CPT/HCPCS codes.

Pt was found unResponsive
He 7 childhood Accident quadriplegic
Has Trachostomy.
BP 78/51 P- 40    SatO₂ 90%

| REFERRING SIGNATURE | PRINT NAME | SITE/CLINIC NAME |
|---|---|---|

*Services must be provided within 60 days of the referral being issued.*

### CONSULTING SPECIALIST'S REPORT

DIAGNOSIS (ICD-9-CM)

| SIGNATURE | PROVIDER # | DATE / / |
|---|---|---|

RI 0017

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE. SE WASHINGTON, DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN, M.D.

PAGE 4

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PATHOLOGY LABORATORY FINAL REPORT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| PATIENT: NOINFO,MAGGIE JONATHAN | ACCT #: V00000515109 | LOC: 15C | U #: M00530898 |
| | AGE/SX: 27/M | ROOM: 101 | ADM: 09/24/04 |
| REG DR: ACKERMAN,CHRISTOPHER J | STATUS: DIS IN | BED: | DIS: 09/24/04 |

Specimen: 04:M0008219S    Collected: 09/24/04-1149 Status: COMP    Req#: 00506672
Received: 09/24/04-1151 Source: URINE, CAT Sp Desc:
Subm Dr: ILUYOMADE,ROTIMI A.

Ordered: C URINE
URIN CULT (continued)

| | E COLI M.I.C. | RX | P AERUGI M.I.C. | RX | S AUREUS M.I.C. | RX |
|---|---|---|---|---|---|---|
| AMIK | <=2 | S | 16 | S | | |
| AMP | 2 | S | | | | |
| CFZ | <=8 | S | | | <=8 | S |
| CEFOTAXIME | <=4 | S | 32 | I | | |
| FORT | <=8 | S | <=8 | S | | |
| ERY | | | | | 1 | R |
| GENT | <=0.5 | S | >=16 | R | | |
| IMP | <=4 | S | <=4 | S | | |
| FD | | | | | <=32 | S |
| PEN | | | | | >=16 | R |
| TET | | | | | <=1 | S |
| TOB | 1 | S | 1 | S | | |
| SXT | | | | | <=10 | S |
| VANC | | | | | <=0.5 | S |
| OX | | | | | 0.5 | S |
| SAM | <=4 | S | | | <=4 | S |
| CLIN | | | | | <=0.5 | S |
| CEFT | <=8 | S | | | | |
| CEFOTETAN | <=16 | S | >=64 | R | | |
| LEV | 2 | S | >=8 | R | | |

ESCHERICHIA COLI: MIC FLEX SENSI
Oxidase Negative

PSEUDOMONAS AERUGINOSA: MIC FLEX SENSI
Oxidase Positive

STAPHYLOCOCCUS AUREUS: MIC SA SENSI STAPH
Catalase Positive
Beta Lactamase Positive

>- URIN CULT *Preliminary*
URINE COLONY COUNT ORG 1    >100,000 COL/mL
URINE COLONY COUNT ORG 2    >100,000

Organism 1                  ESCHERICHIA COLI
Organism 2                  PSEUDOMONAS AERUGINOSA
Organism 3                  STAPHYLOCOCCUS SPECIES
Organism 4                  STAPHYLOCOCCUS SPECIES#2

| NAME: NOINFO,MAGGIE JONATHAN | Age/Sex: 27/M | Acct#:V00000515109 | Unit#:M00530898 |

CHART DATE: 10/01/04

RI 0018

\*\* CONTINUED ON NEXT PAGE \*\*

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE. SE WASHINGTON. DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN, M.D.

PAGE 5

************************************************************************************

## PATHOLOGY LABORATORY FINAL REPORT

************************************************************************************

| PATIENT: NOINFU MAGBIE JONATHAN | ACCT #: V00000515109 | LOC: 1SC1 | U #: M00933036 |
| AGE/SX: 27/M | ROOM: 101 | REG: 09/24/04 |
| REG DR: ACKERMAN CHRISTOPHER J | STATUS: DIS INPT | BED: | DIS: 09/24/04 |

Specimen: 04:M0008219S      Collected: 09/24/04-1149 Status: COMP    Req#:    00506672
                            Received: 09/24/04-1151 Source: URINE. CAT Sp Desc:
                                                    Subm Dr: ILUYOMADE,ROTIMI A.

Ordered:  C URINE
   URIN CULT (continued)

| | E COLI | | P AERUGI | |
| | M.I.C. | RX | M.I.C. | RX |
|---|---|---|---|---|
| AMIK | <=2 | S | 16 | S |
| AMP | 2 | S | | |
| CFZ | <=8 | S | | |
| CEFOTAXIME | <=4 | S | 32 | I |
| FORT | <=8 | S | <=8 | S |
| GENT | <=0.5 | S | >=16 | R |
| IMP | <=4 | S | <=4 | S |
| TOB | 1 | S | 1 | S |
| SXT | <=10 | S | | |
| SAM | <=4 | S | | |
| CEFT | <=8 | S | | |
| CEFOTETAN | <=16 | S | >=64 | R |
| LEV | 2 | S | >=8 | R |

ESCHERICHIA COLI: MIC FLEX SENSI
Oxidase Negative

PSEUDOMONAS AERUGINOSA: MIC FLEX SENSI
Oxidase Positive

> URIN CULT  *Preliminary*
    URINE COLONY COUNT ORG 1    >100,000 COL/mL
    URINE COLONY COUNT ORG 2    >100,000

   Organism 1                  ESCHERICHIA COLI
   Organism 2                  PSEUDOMONAS AERUGINOSA

| | E COLI | |
| | M.I.C. | RX |
|---|---|---|
| AMIK | <=2 | S |
| AMP | 2 | S |
| CFZ | <=8 | S |
| CEFOTAXIME | <=4 | S |
| FORT | <=8 | S |
| GENT | <=0.5 | S |
| IMP | <=4 | S |
| TOB | 1 | S |
| SXT | <=10 | S |
| SAM | <=4 | S |
| CEFT | <=8 | S |
| CEFOTETAN | <=16 | S |
| LEV | 2 | S |

ESCHERICHIA COLI: MIC FLEX SENSI
Oxidase Negative

URIN CULT  *Preliminary*
    URINE COLONY COUNT ORG 1    >100,000 COL/mL

| Client: NOINFU MAGBIE JONATHAN | Age/Sex: 27/M | Acct#:V00000515109 | Unit#M00933036 |

CHART DATE: 10/01/04.

RI 0019

** CONTINUED ON NEXT PAGE **

PAGE 6

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE. SE WASHINGTON, DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN, M.D.

*************************************************************************

---- PATHOLOGY LABORATORY FINAL REPORT ----

*************************************************************************

PATIENT: NOENFO,MAGUT JONATHAN      ACCT #: V00000515103      LOC: 3EC2      U #: M00930098
AGE/SEX: 27/M      ADM/SEX: 27/M      ADM: 001      REG: 09/24/04
REGION: ACKERMAN,CHRISTOPHER J      STATUS: DIS IN      BED: 2      DIS: 09/24/04

Specimen: 04:M0008219S      Collected: 09/24/04-1149 Status: COMP    Req#:    00506672
                           Received: 09/24/04-1151 Source:  URINE. CAT Sp Desc:
                                              Subm Dr: ILUYOMADE,ROTIMI A.

Ordered: C URINE
  URIN CULT (continued)
     Organism 1              GRAM NEGATIVE RODS 1

|                                    Cancelled Specimens                              |

0924:H00089S      CAN. Coll: 09/24/04-1149 Recd: 09/24/04-1151 (R#00506671) ILUYOMADE,ROTIMI
    Ordered: CBCDFS
    Comment: SPECIMEN CLOTTED,BRENDA 12N
0924:H00098S      CAN. Coll: 09/24/04-1200 Recd: - (R#00506702) ILUYOMADE,ROTIMI
    Ordered: CBCDFS
    Comment: SPECIMEN UNAVAILABLE
0924:A00014S      CAN. Coll: 09/24/04-1747 Recd: - (R#00506809) ACKERMAN,CHRISTO
    Ordered: ABG
    Comment: Auto-cancelled after 002 days.

PATIENT: NOENFO,MAGUT JONATHAN      Age/Sex: 27/M      Acct#:V00000515103      Unit#:M00930098
                                                              CHART DATE: 10/01/04      R I  0020

** END OF REPORT **

GREATER SOUTHEAST COMMUNITY HOSPITAL                    PAGE 1
1310 SOUTHERN AVE. SE WASHINGTON, DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN, M.D.
*****************************************************************************

## PATHOLOGY LABORATORY FINAL REPORT

---

PATIENT: NOINEO HAGBIE JONATHAN          ACCT #: V00000515109    LOC: 3196T      U #: M06933038
                                         AGE/SEX: 27/M           ROOM: 101       REG: 09/24/04
REG DR: ACKERMAN, CHRISTOPHER J.         STATUS: DIS INX         BED:            DIS: 09/24/04

*****************************************************************************
### HEMATOLOGY / COAGULATION
*****************************************************************************
------------------------------------CBC/PLATELET----------------------------

| Date | Time | WBC (4.0-11.5) K/CUMM | RBC (4.30-5.70) M/CUMM | HGB (12.6-17.3) GM/DL | HCT (38.0-52.0) % | MCV (85-97) FL | MCH (27.0-31.0) PG | MCHC (32.0-36.0) % |
|------|------|------|------|------|------|------|------|------|
| SEP 24 | 1215 | 19.1 H | 5.01 | 13.7 | 40.4 | 81 L | 27.3 | 33.8 |

| Date | Time | RDW (11.5-14.5) % | MPV (7.4-10.4) FL | PLTCNT (150-450) K/CUMM |
|------|------|------|------|------|
| SEP 24 | 1215 | 13.4 | 6.4 L | 304 |

*****************************************************************************
### CHEMISTRY
*****************************************************************************
------------------------------------ROUTINE CHEMISTRY-----------------------

| Date | Time | SODIUM (134-143) MMOL/L | POTASSIUM (3.4-4.9) MMOL/L | CHLORIDE (98-107) MMOL/L | CO2 (22-32) MMOL/L | GLUCOSE (65-99) MG/DL | BUN (8-23) MG/DL | CREATININE (0.7-1.2) MG/DL |
|------|------|------|------|------|------|------|------|------|
| SEP 24 | 1149 | 131 L | 3.6 | 94 L | 28 | 155(a) H | 7 L | 0.7 |

| Date | Time | CALCIUM (8.7-10.1) MG/DL |
|------|------|------|
| SEP 24 | 1149 | 8.5 L |

*****************************************************************************
### BLOOD GASES
*****************************************************************************

| Date | Time | PUNC. DONE | SAMPLE TY. | PUNC. SITE | PH (7.350-7.450) | PCO2 (35.0-45.0) MMHG | PO2 (85.0-100.0) MMHG | HCO3 (19.0-26.0) MMOL/L |
|------|------|------|------|------|------|------|------|------|
| SEP 24 | 1055 | YES | ARTERIAL | RB | 7.297 L | 56.1 H | 429.0 H | 26.6 H |

| Date | Time | BE (-5.0-5.0) MMOL/L | TCO2 (29.1-) MMOL/L | %O2.SAT (98.4-) % | O2 MODE |
|------|------|------|------|------|------|
| SEP 24 | 1055 | -0.3 | 28.3 L | 100.2 | T-MASK |

NOTES: (a) NORMAL RANGE CHANGED EFFECTIVE 06/07/04

---

tient: NOINEO HAGBIE JONATHAN          Age/Sex: 27/M          Acct:V00000515109          Unit:M06933038

CHART DATE: 12/23/04          RI 0021

** CONTINUED ON NEXT PAGE **

PAGE 2

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE., SE WASHINGTON, DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN, M.D.
********************************************************************************

## PATHOLOGY LABORATORY FINAL REPORT

********************************************************************************

| PATIENT: NOINEO MAGGIE JONATHAN | ACCT #: V00000515109 | LOC: GSCH | U #: H00933038 |
| | AGE/SX: 27/M | ROOM: 1103 | REG: 09/24/04 |
| REF DR: ACKERMAN CHRISTOPHER J. | STATUS: OLS INP | BED: | DIS: 09/24/04 |

********************************************************************************
URINALYSIS / CLINICAL MICROSCOPY
********************************************************************************
----------------------------------URINALYSIS MACROSCOPIC----------------------------

| | | URINE APPEAR | U-COLOR (YELLOW) | U-SPEC GRV (1.005-1.030) | U-PH (5-7) | U-PROTEIN (<10 - NEG) | U-GLUCOSE (NEG) | U-KETONES (NEG) |
|---|---|---|---|---|---|---|---|---|
| Date | Time | | | | | | | |
| SEP 24 | 1149 | CLOUDY | YELLOW | >= 1.030 | 6.5 | 75 | NEGATIVE | LARGE |

| | | U-BILE (NEG) | U-BLOOD (NEG) | U-LEUK EST (NEG) | U-NITRITE (NEG) | U-UROBILINOGEN (0.2-1.0) | | |
|---|---|---|---|---|---|---|---|---|
| Date | Time | | | | | | | |
| SEP 24 | 1149 | NEG | 3+ | 1+ | NEG | 1.0 | | |

----------------------------------URINALYSIS MICROSCOPIC----------------------------

| | | U-WBC (0) | U-RBC (0) | SQUAM EPI (NEG) | U-BACT (NEG) | |
|---|---|---|---|---|---|---|
| Date | Time | | | | | |
| SEP 24 | 1149 | 30-40 | 10-15 | FEW | MANY | |

----------------------------------CASTS----------------------------------

| | | HYALINE (0) | GRAN CAST (0) | |
|---|---|---|---|---|
| Date | Time | | | |
| SEP 24 | 1149 | 1-4 | 0-2 | |

----------------------------------CRYSTALS----------------------------------

| | | AMORPHOUS (NEG) | TC PHOS (NEG) | |
|---|---|---|---|---|
| Date | Time | | | |
| SEP 24 | 1149 | POS | POS | |

----------------------------------URINE DRUG SCREENS/QUALITATIVE----------------------------

| | | U-AMPHETAM (NONE DET) | U-BENZODIAZ (NONE DET) | U-BARBITUAR (NONE DET) | U-THC (NONE DET) | U-METHADONE (NONE DET) | U-OPIATES (NONE DET) | U-PCP (NONE DET) |
|---|---|---|---|---|---|---|---|---|
| Date | Time | | | | | | | |
| SEP 24 | 1149 | NONE DET | DETECTED | NONE DET | DETECTED | NONE DET | NONE DET | NONE DET |

| | | U-COC (NONE DET) | |
|---|---|---|---|
| Date | Time | | |
| SEP 24 | 1149 | NONE DET | |

| Name: NOINEO MAGGIE JONATHAN | Age/Sex: 27/M | Acct #:V00000515109 | Unit #:H00933038 |

CHART DATE: 12/23/04

RI 0022

** CONTINUED ON NEXT PAGE **

PAGE 3

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE. SE WASHINGTON, DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN, M.D.
********************************************************************************

## PATHOLOGY LABORATORY FINAL REPORT

********************************************************************************

PATIENT: NOINFO, MAGBIE JONATHAN        ACCT #: V00000515109       ID #: M00933038
                                        AGE/SEX: 27/M               REG: 09/24/04
REG DR: ACKERMAN, CHRISTOPHER J.        ROOM: 101                   DISC 09/24/04
                                        STATUS: DIS INX             BED:

### Microbiology Specimen Summary

| Col Date | Time | Specimen # | Source | Sp Desc | P/F | Organisms |
|----------|------|-----------|--------|---------|-----|-----------|
| 09/24/04 | 1149 | 04:BC0004542S | BLOOD | VENOUS | F | <none> |
| 09/24/04 | 1149 | 04:MO008219S | URINE, CAT | | F | E COLI, P AERUGI, S AUREUS |

********************************************************************************

### MICROBIOLOGY

********************************************************************************

Specimen: 04:BC0004542S    Collected: 09/24/04-1149 Status: COMP    Req#: 00506672
                           Received: 09/24/04-1151 Source: BLOOD   Sp Desc: VENOUS
                                     Subm Dr: ILUYOMADE,ROTIMI A.

Ordered: C BLOOD
Comments: Source: BLOOD
  BLOOD CULT  Final 09/30/04

                              NO GROWTH AT 5 DAYS

  BLOOD CULT  Preliminary .

                              NO GROWTH 48 HOURS

  OOD CULT  Preliminary .

                              NO GROWTH 24 HOURS

Specimen: 04:MO008219S     Collected: 09/24/04-1149 Status: COMP    Req#: 00506672
                           Received: 09/24/04-1151 Source: URINE, CAT Sp Desc:
                                     Subm Dr: ILUYOMADE,ROTIMI A.

Ordered: C URINE
  URIN CULT  Final 09/28/04
      URINE COLONY COUNT ORG 1     >100,000 COL/mL
      URINE COLONY COUNT ORG 2     >100,000

      Organism 1                   ESCHERICHIA COLI
      Organism 2                   PSEUDOMONAS AERUGINOSA
      Organism 3                   STAPHYLOCOCCUS AUREUS

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE. SE WASHINGTON, DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN, M.D.

PAGE 4

**************************************************************************

-- PATHOLOGY LABORATORY FINAL REPORT --

**************************************************************************

PATIENT: NOINFO,MAGBIE JONATHAN    ACCT #: V00000515109    LOC: 13G1    U #: M00933038
                                    Age/Sex: 27/M          ROOM: 101    REG: 09/24/04
REG DR: ACKERMAN,CHRISTOPHER J.     STATUS: DIS/IN        BED: 2       DIS: 09/24/04

Specimen: 04:M0008219S    Collected: 09/24/04-1149 Status: COMP    Req#: 00506672
                          Received: 09/24/04-1151 Source: URINE, CAT Sp Desc:
                                    Subm Dr: ILUYOMADE,ROTIMI A.

Ordered: C URINE
  URIN CULT (continued)

| | E COLI M.I.C. | RX | P AERUGI M.I.C. | RX | S AUREUS M.I.C. | RX |
|---|---|---|---|---|---|---|
| AMIK | <=2 | S | 16 | S | | |
| AMP | 2 | S | | | | |
| CFZ | <=8 | S | | | <=8 | S |
| CEFOTAXIME | <=4 | S | 32 | I | | |
| FORT | <=8 | S | <=8 | S | | |
| ERY | -- | | | | 1 | R |
| GENT | <=0.5 | S | >=16 | R | | |
| IMP | <=4 | S | <=4 | S | | |
| FD | | | | | <=32 | S |
| PEN | | | | | >=16 | R |
| TET | | | | | <=1 | S |
| TOB | 1 | S | 1 | S | | |
| SXT | | | | | <=10 | S |
| VANC | | | | | <=0.5 | S |
| OX | | | | | 0.5 | S |
| SAM | <=4 | S | | | <=4 | S |
| CLIN | | | | | <=0.5 | S |
| CEFT | <=8 | S | | | | |
| CEFOTETAN | <=16 | S | >=64 | R | | |
| LEV | 2 | S | >=8 | R | | |

ESCHERICHIA COLI: MIC FLEX SENSI
Oxidase Negative

PSEUDOMONAS AERUGINOSA: MIC FLEX SENSI
Oxidase Positive

STAPHYLOCOCCUS AUREUS: MIC SA SENSI STAPH
Catalase Positive
Beta Lactamase Positive

URIN CULT *Preliminary*
    URINE COLONY COUNT ORG 1    >100,000 COL/mL
    URINE COLONY COUNT ORG 2    >100,000

    Organism 1          ESCHERICHIA COLI
    Organism 2          PSEUDOMONAS AERUGINOSA
    Organism 3          STAPHYLOCOCCUS SPECIES
    Organism 4          STAPHYLOCOCCUS SPECIES#2

tient: NOINFO,MAGBIE JONATHAN    Age/Sex: 27/M    Acct#:V00000515109    Unit#:M00933038

CHART DATE: 12/23/04

RI 0024

** CONTINUED ON NEXT PAGE **

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE. SE WASHINGTON.. DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN, M.D.

PAGE 5

*******************************************************************************

## PATHOLOGY LABORATORY FINAL REPORT

*******************************************************************************

PATIENT: NOINFO,MAGBIE JONATHAN          ACCT #: V00000516109      LOC: ISCU       U #: M00933038
                                         AGE/SEX: 27/M             ROOM: 301       REG: 09/24/04
REG DR: ACKERMAN,CHRISTOPHER J.          STATUS: DIS INP           BED:            DIS: 09/24/04

---

Specimen: 04:M0008219S        Collected: 09/24/04-1149 Status: COMP    Req#: 00506672
                              Received: 09/24/04-1151 Source: URINE, CAT. Sp Desc:
                                                        Subm Dr: ILUYOMADE,ROTIMI A.

Ordered: C URINE
 URIN CULT (continued)

|       | E COLI | | P AERUGI | |
|-------|--------|-----|----------|-----|
|       | M.I.C. | RX  | M.I.C.   | RX  |
| AMIK      | <=2   | S  | 16    | S |
| AMP       | 2     | S  |       |   |
| CFZ       | <=8   | S  |       |   |
| CEFOTAXIME| <=4   | S  | 32    | I |
| FORT      | <=8   | S  | <=8   | S |
| GENT      | <=0.5 | S  | >=16  | R |
| IMP       | <=4   | S  | <=4   | S |
| TOB       | 1     | S  | 1     | S |
| SXT       | <=10  | S  |       |   |
| SAM       | <=4   | S. |       |   |
| GEFT.     | <=8   | S  |       |   |
| CEFOTETAN | <=16  | S  | >=64  | R. |
| LEV       | 2     | S  | >=8   | R |

ESCHERICHIA COLI: MIC FLEX SENSI
Oxidase Negative

PSEUDOMONAS AERUGINOSA: MIC FLEX SENSI
Oxidase Positive

URIN CULT  *Preliminary*
    URINE COLONY COUNT ORG 1      >100,000 COL/mL
    URINE COLONY COUNT ORG 2      >100,000

    Organism 1                    ESCHERICHIA COLI
    Organism 2                    PSEUDOMONAS AERUGINOSA

|       | E COLI | |
|-------|--------|-----|
|       | M.I.C. | RX  |
| AMIK      | <=2   | S |
| AMP       | 2     | S |
| CFZ       | <=8   | S |
| CEFOTAXIME| <=4   | S |
| FORT      | <=8   | S |
| GENT      | <=0.5 | S |
| IMP       | <=4   | S |
| TOB       | 1     | S |
| SXT       | <=10  | S |
| SAM       | <=4   | S |
| CEFT      | <=8   | S |
| CEFOTETAN | <=16  | S |
| LEV       | 2     | S |

ESCHERICHIA COLI: MIC FLEX SENSI
Oxidase Negative

URIN CULT  *Preliminary*
    URINE COLONY COUNT ORG 1      >100,000 COL/mL

---

Ptient: NOINFO,MAGBIE JONATHAN      Age/Sex: 27/M      Acct#:V00000516109    Unit#M00933038

CHART DATE: 12/23/04

** CONTINUED ON NEXT PAGE **

RI 0025

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE. SE WASHINGTON. DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN. M.D.
*******************************************************************************

## PATHOLOGY LABORATORY FINAL REPORT

*******************************************************************************

| | | | |
|---|---|---|---|
| PATIENT: NOINFO.MAGBIE.JONATHAN | ACCT #: V00000515109 | LOC: 11C1 | U #: M00933098 |
| | AGE/SEX: 27/M | ROOM: 101 | REG: 09/24/04 |
| REG DR: ACKERMAN.CHRISTOPHER.J. | STATUS: DIS INP | BED: 1 | DIS 09/24/04 |

Specimen: 04:M0008219S    Collected: 09/24/04-1149 Status:  COMP    Req#:    00506672
                          Received:  09/24/04-1151 Source:  URINE, CAT Sp Desc:
                                        Subm Dr: ILUYOMADE.ROTIMI A.

Ordered: C URINE
  URIN CULT (continued)
    Organism 1              GRAM NEGATIVE RODS 1

---

                              Cancelled Specimens

0924:H00089S     CAN. Coll: 09/24/04-1149 Recd: 09/24/04-1151 (R#00506671) ILUYOMADE.ROTIMI
  Ordered: CBCDFS
  Comment: SPECIMEN CLOTTED.BRENDA 12N
0924:H00098S     CAN. Coll: 09/24/04-1200 Recd: - (R#00506702) ILUYOMADE.ROTIMI
  Ordered: CBCDFS
  Comment: SPECIMEN UNAVAILABLE
0924:A00014S     CAN. Coll: 09/24/04-1747 Recd: - (R#00506809) ACKERMAN.CHRISTO
  Ordered: ABG
  Comment: Auto-cancelled after 002 days.

| | | | |
|---|---|---|---|
| Name: NOINFO.MAGBIE.JONATHAN | Age/Sex: 27/M | Acct#:V00000515109 | Unit#:M00933098 |

CHART DATE: 12/23/04

RI 0026

** END OF REPORT **

GREATER SOUTHEAST COMM. HOSP.
WASHINGTON, DC 20032

STAT BROADCAST REPORT

| Name: NOINFO,MAGBIE JONATHAN | Unit#: M00933038 | Age/Sex: 27/M |
|---|---|---|
| Acct: V00000515109 | Disch: | Status: REG ER |
| Reg: 09/24/04 | Loc: ERG | Attend Dr: |

| Specimen: 0924:U00034S | Collected: 09/24/04-1149 Status: RES | Req#: 00506671 |
|---|---|---|
| VER: 09/24/04 1105 | Received: 09/24/04-1151 Subm Dr: ILUYOMADE,ROTIMI A. | |

| Test | Result | Flag Interval |
|---|---|---|
| *U-DRUG* | | |
| U-AMPHETAM | NONE DET | NONE DET |
| U-BENZODIAZ | DETECTED | NONE DET |
| U-BARBITUAR | NONE DET | NONE DET |
| U-THC | DETECTED | NONE DET |
| U-METHADONE | NONE DET | NONE DET |
| U-OPIATES | NONE DET | NONE DET |
| U-PCP | NONE DET | NONE DET |
| U-COC | NONE DET | NONE DET |

** END OF REPORT **

RI 0027

**Greater Southeast Community Hospital**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

Patient's Name: _____

Unit #: _____

NOINFO,NAGBIE JONATHAN
M00933038  V00000515109
02/10/77 27      M B
Phys: ILUYOMADE,ROTIMI A.
DOS: 09/24/04

## DISCHARGE ASSESSMENT

**Living Arrangements Prior to Visit:** ❑ Private Home  ❑ Nursing Home  ❑ Homeless  ❑ Group Home  ❑ Other _____

## CURRENT STATUS:

❑ Independent   ❑ Ambulatory   ❑ Ambulates w/Assist.   ❑ Assistance Required   ❑ Dependent   ❑ Confined to Chair

❑ Confined to Bed   ❑ Other: _____

Explain/Comments: _____

## ASSESSMENT / IDENTIFIED NEEDS:

1) ❑ No Problems Noted / No Further Intervention Required
2) ❑ Home Health Care
3) ❑ Placement/Shelter
4) ❑ High Risk Mother/Child
5) ❑ Counseling

6) ❑ Dur. Med. Equip./Supplies
7) ❑ Maltreatment Issues
8) ❑ Substance Abuse
9) ❑ Education/Teaching
10) ❑ Prescription(s)

11) ❑ Transportation
12) ❑ Clothing
13) ❑ Diabetic Consult Entered:
    ❑ Yes  ❑ No
14) ❑ Other: _____

## PLAN: To be completed by Care Management

1) ❑ Counseling   2) ❑ Home Health Care (specify agency) _____
3) ❑ Facilitate Placement (specify) _____   4) ❑ Community Referrals (specify) _____
❑ Order D.M.E. (specify agency) _____   6) ❑ Other: _____

mments: _____
_____
_____
_____
_____

Discussed with _____
    *Patient or Responsible Party*

who is aware of and in agreement with the above discharge plan.

Signature _____      Title _____      Date _____

## DISPOSITION DOCUMENTATION

Admitted Time: _____

Time Report Called: _____

Time Transported to Floor: _____

IV/O₂/Monitor/NGT     N/A _____

Discharge to: Home/SNF/Other: _____

IV/Saline Lock d/c'd:  Yes ___ No ___ N/A ___

Accompanied by: _____

de: Ambulatory / W/C / Stretcher

Rx given with explanation: Yes ___ No ___ N/A ___

Meds dispensed by MD: Yes ___ No ___ N/A ___

VS: T _____ P _____ R _____ B/P _____

Pain: _____ / 10   Pulse Ox _____ FHT _____

Patient / Significant Other / Caregiver Verbalizes understanding Discharge
    instruction & Follow-up.

Interpreter: Yes ___ N/A ___

Condition on Discharge _____

Splint application:  CMS Intact.  Yes ___ N/A ___

Approved/Viewed by MD/PA: Yes ___ N/A ___

Crutch/cane walking w/return demonstration:  Yes ___ N/A ___

Informed consent immunization administration:  Yes ___ Lot # ___ N/A ___

Signature: _____      Date: _____      Time: _____

R I  0028

RI 0029

## ED MEDICATIONS

| Date/Time | Medication | Amount | Route/Site | By |
|---|---|---|---|---|
| 3124- 1325 | LEVAQUIN | 500MG | IV | Anderson |
| 1341 1140 | THIAMINE | 100MG | IV | |
| 1341 1140 | NARCAN | 2MG | IV | |

## INTAKE/IV FLUIDS

| TIME STARTED | TYPE VOLUME/RATE | DATE/TIME | SIG. | SIG. |
|---|---|---|---|---|
| 1140 | 1L NSC 125 ml/hr | | AMOUNT INFUSED | |
| 1649 | 1L NSG @ 125 c/hr | | | |

## OUTPUT

| TIME | TYPE | AMOUNT | SIG. |
|---|---|---|---|

## VITAL SIGNS (right)

| Date/Time | Pain (0-10) | Temp. | Pulse | Resp | BP | FiO2 | Pulse Ox | Intel. |
|---|---|---|---|---|---|---|---|---|
| 1130 | | | 102 | 26 | 105/63 | RA | 100 | |
| 1215 | | | 108 | 24 | 137/85 | | 100 | |
| 1315 | | | 70 | 34 | | | 91% | |
| | | | 90 | 30 | | | | |
| | | 101 | 80 | | | | | |
| | | | 82 | | | | | |

## VITAL SIGNS (left)

| Date/Time | Pain (0-10) | Temp. | Resp | BP | FiO2 | Pulse Ox | Intel. |
|---|---|---|---|---|---|---|---|

IMPRINTER

| | |
|---|---|
| Accucheck # | By |
| Time | |
| Accucheck # 150 | By |
| Time 1140 | |
| Foley | By |
| Time | |
| Cardiac Monitor @ 1000 | |
| ☐ Seizure Precautions | |
| NG Tube | By |
| Site | |
| Catheter size | Time |
| IV | By |
| Time | |
| IV | By |
| Time | |
| Site ☑ RA | |
| Catheter size 20G | By  DC  EMS |

## Emergency Department
## Progress Notes



Greater Southeast Community Hospital
1310 Southern Avenue, S.E.
Washington, D.C. 20032

NOINRO, MAGBIE JONATHAN
M009330038 V000005151109
02/10/77  37  B  M
PHYS: IUYOMADE, ROTIMI A.
DOS: 09/24/04



Greater Southeast Community Hospital
1310 Southern Avenue, S.E.
Washington, D.C. 20032

NOINFO,MAGBIE JONATHAN
M00933038 V00000515109
02/10/77 27 M B
Phys: ILUYOMADE,ROTIMI A.
DOS: 09/24/04

# NEURO / PAIN

PAGE 2

IMPRINTER

## NEURO ASSESSMENT

| ADULT | | | | | | | | PEDIATRIC | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eye Opening | | Verbal Response | | Motor Responses | | Limb Strength | | Eye Opening | | Verbal Response | | Motor Responses | |
| Spontaneous | 4 | Oriented | 5 | Obeys Commands | 6 | Normal Strength | 5 | Spontaneous | 4 | Smiles, Interacts | 5 | Spontaneous Mov. | 6 |
| To Voice | 3 | Confused | 4 | Localizes (Pain) | 5 | Mild Weakness | 4 | To Voice | 3 | Consolable | 4 | Localizes (Pain) | 5 |
| To Pain | 2 | Inapropriate words | 3 | Withdraws (Pain) | 4 | Severe Weakness | 3 | To Pain | 2 | Cries to Pain | 3 | Withdraws (Pain) | 4 |
| None | 1 | Incomprehensible | 2 | Flexopm (Pain) | 3 | Flexion | 2 | None | 1 | Moans to Pain | 2 | Abnormal Flexion | 3 |
| | | None | 1 | Extension (Pain) | 2 | Extension | 1 | | | None | 1 | Abnormal Extension | 2 |
| | | | | None | 1 | None | 0 | | | | | None | 1 |

| Time | Eye Opening | Verbal Response | Motor Response | LIMB STRENGTH Left Arm | Right Arm | Left Leg | Right Leg | Comments | Initials |
|---|---|---|---|---|---|---|---|---|---|
| 1145 | 4 | 2 * | 5 | contracted — | | | | * 2° to trach | SP |
| 530 | 4 | 1 | 5 | contracted | | | | pt trach follows c̄ eyes | Kn |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## PAIN FLOW SHEET

| Date | Time | Pain Rating | Location of Pain | Pain Medication Given/Route | Pain Rating 1 Hr after Medication | LOS | Nurse Initials |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CODES FOR ASSESSMENT

- Level of Sedation
- Alert; easy to arouse
- Occasionally drowsy; easy to arouse
- Frequently drowsy
- Somnolent; difficult to arouse
- Sleep; easy to arouse

S/E - Side Effects
O = None
N = Nausea
V = Vomiting
I = Itching
R = Urinary Retention

Signature/Title/Initials: [signature] JBi Date: 9/24/04
Signature/Title/Initials: ______ Date: ______
Signature/Title/Initials: ______ Date: ______
Signature/Title/Initials: ______ Date: ______
Signature/Title/Initials: ______ Date: ______
Signature/Title/Initials: ______ Date: ______
Signature/Title/Initials: ______

RI 0030

**Greater Southeast Community Hospital**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

Patient's Name: _____

Unit #: _____

NOINFO,MAGBIE JONATHAN
M00933038  V00000515109  ___
.02/10/77  27        M  B
Phys: ILUYOMADE,ROTIMI A. ___
DOS: 09/24/04

| DATE/TIME | NURSING PROGRESS NOTES |
|---|---|
| 7/24/04  1145 | 27 Y/O M sent by Dept. of Corrections for UNRESPONSIVE, Pt quadraplegic c̄ contractures in all extremities. Pt alert, non-verbal, trach intact, 20g heplock inserted by DC EMS (L) FA, foley cath intact, Pt placed on cardiac / BP / pulseox monitors, eval'd by ER MD. Labs drawn + sent, ABG done, PCXR done, Pt taken to CT via stretcher, accucheck 150, meds given as ordered, Pt vital signs stable, accompanied by two C.O.s. ___ RN |
| /24  1220 | Pt returned from CT, ABG done, CBC redrawn by lab. Pt denies any pain @ this time. ___ RN |
| 9/24/04 - 1325 | Pt responsive a times + attempting to communicate c̄ staff. IV Rocephin infusing. Pt admitted to hospital. Awaiting bed assignment. O₂ continues via trach mask. Resting quietly. ⊘ NAD. ___ |
| 1530 | Pt alert, attempting to answer questions but unable r/t trach; pulse ox 97% ; in NAD; ⊘ respiratory distress. ___ |
| 1740 | Pt alert, pulse ox decreasing presently 80% respiratory therapist and Dr. Iluyomade called to bedside; pt is in acute respiratory distress; trach protruding out ½ inch from neck; dressings under trach collar; Dr. Iluyomade pushed trach back in; blood gas to be obtained; trach is not sutured @ neck; NAD ___ |
| 1800 | pulse ox continue decreasing; respiratory ther attempt blood gas unsuccessful; respiratory therapy continue to try; pt on 100% trach mask; saturation 71% ___ pt has diaphoresis, pale color; spikes on monitor; mild respiratory distress ___ |
| 1816 | While at bedside c̄ respiratory therapy this nurse noticed ⊘ raise and fall of chest ___ |

RT 0031

GSCH Form 165-B Rev. 9/03

## REPORT COLLECTION SHEET



▶ 18:37 24SEP04 LEA□ ...2   PACE RATE 90   90 MA



SEP   LEAD II   X0.2   PACE RATE 90   90 MA

CHART NO: 804700

PRINTED IN U.S.A.

(Paste Report On This Line)



▶ 18:39 24SEP04 PADDLES  X0.2   HR=---

700        PRINTED IN U.S.A.

RI 0032

FORM: GSCH - 525



## REPORT COLLECTION SHEET



ER7 9/24/04 18:20:29  CHECK STATUS LOG    CANNOT ANALYZE ECG  HR -?-  PULSE 89  PVC 1  NBP 36/21 (31)  ZSpO2 0  25 mm/sec

18:30 24SEP04

18:30 24SEP04  PADDLES  X0.7  HR=26

CHART NO. 804700

31 24SEP4  PADDLES  X0.7  HR=12

CHART NO. 804700    PRINTED IN U.S.A.

18:35 24SEP04  PADDLES  X0.7  HR=31

36 24SEP04  LEAD II  X0.2  PACE RATE 90  90 MA

0033



**Greater Southeast Community Hospital**
**Washington, D.C.**

NOINFO,MAGBIE JONATHAN
M00933038  V00000515109
02/10/77 27        M  B
Phys: ILUYOMADE,ROTIMI A.
DOS: 09/24/04

### PATIENT PROGRESS NOTES
### – INTER-DISCIPLINES

PG 2

Imprinter

| Date & Time | Problem # | Dept. | ALL NOTES MUST BE ACCOMPANIED BY SIGNATURE AND PROFESSIONAL DESIGNATION |
|---|---|---|---|
| 9/24/04 Cont | | 1816 | this nurse check for breathing and pulse; no breathing no pulse CPR started; see code blue sheet _____ ____ RN |

EKG 9/24/04 18:17:34  CHECK STATUS LOG  CANNOT ANALYZE EC    ULSE-89  PVC 0  NBP 36/21 (31)  %Sp02 0   25 mm/s

PVC Spikes

nasal ____

RI 0034

GSCH FORM 130 REVISED 7/99

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE. SE WASHINGTON. DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN. M.D.

*****************************************************************************************

# PATHOLOGY LABORATORY FINAL REPORT

*****************************************************************************************

| PATIENT: NOINFO MAGGIE JONATHAN | ACCT #: VOOD00515109 | LOC: ISCU | U #: M003XX58 |
|---|---|---|---|
| | AGE/SX: 22?/M | ROOM: 101? | ADM: 09/24/04 |
| REG DR: ACKERMAN CHRISTOPHER D | STATUS: DIS INK | BED: | DIS: 09/24/04 |

*****************************************************************************************
## HEMATOLOGY / COAGULATION
*****************************************************************************************
------------------------------------------CBC/PLATELET------------------------------------------

| Date | Time | WBC (4.0-11.5) K/CUMM | RBC (4.30-5.70) M/CUMM | HGB (12.6-17.3) GM/DL | HCT (38.0-52.0) % | MCV (85-97) FL | MCH (27.0-31.0) PG | MCHC (32.0-36.0) % |
|---|---|---|---|---|---|---|---|---|
| => SEP 24 | 1215 | 19.1 H | 5.01 | 13.7 | 40.4 | 81 L | 27.3 | 33.8 |

| Date | Time | RDW (11.5-14.5) % | MPV (7.4-10.4) FL | PLTCNT (150-450) K/CUMM |
|---|---|---|---|---|
| => SEP 24 | 1215 | 13.4 | 6.4 L | 304 |

*****************************************************************************************
## CHEMISTRY
*****************************************************************************************
------------------------------------------ROUTINE CHEMISTRY------------------------------------------

| Date | Time | SODIUM (134-143) MMOL/L | POTASSIUM (3.4-4.9) MMOL/L | CHLORIDE (98-107) MMOL/L | CO2 (22-32) MMOL/L | GLUCOSE (65-99) MG/DL | BUN (8-23) MG/DL | CREATININE (0.7-1.2) MG/DL |
|---|---|---|---|---|---|---|---|---|
| SEP 24 | 1149 | 131 L | 3.6 | 94 L | 28 | 155(a) H | 7.L | 0.7 |

| Date | Time | CALCIUM (8.7-10.1) MG/DL |
|---|---|---|
| => SEP 24 | 1149 | 8.5 L |

*****************************************************************************************
## BLOOD GASES
*****************************************************************************************

| Date | Time | PUNC. DONE | SAMPLE.TY. | PUNC. SITE | PH (7.350-7.450) | PCO2 (35.0-45.0) MMHG | PO2 (85.0-100.0) MMHG | HCO3 (19.0-26.0) MMOL/L |
|---|---|---|---|---|---|---|---|---|
| => SEP 24 | 1055 | YES | ARTERIAL | RB | 7.297 L | 56.1 H | 429.0 H | 26.6 H |

| Date | Time | BE (-5.0-5.0) MMOL/L | TCO2 (29.1-) MMOL/L | %O2 SAT (98.4-) % | O2 MODE |
|---|---|---|---|---|---|
| => SEP 24 | 1055 | -0.3 | 28.3 L | 100.2 | T-MASK |

NOTES: (a) NORMAL RANGE CHANGED EFFECTIVE 06/07/04

CHART DATE: 10/01/04

RI 0035

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE. SE WASHINGTON, DC 20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN, M.D.

PAGE 2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PATHOLOGY LABORATORY FINAL REPORT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| PATIENT: WIDNEY, MAGGIE JONATHAN | ACCT #: V00000915109 | LOC: 3TCU | U #: M00933038 |
| AGE/SX: 27/M | | ROOM: 101 | REG: 09/24/04 |
| REG DR: ACKERMAN, CHRISTOPHER J | STATUS: DIS IN | BED: | DIS: 09/24/04 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### URINALYSIS / CLINICAL MICROSCOPY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

----------------------------------------URINALYSIS MACROSCOPIC----------------------------------------

| Date | Time | URINE APPEAR | U-COLOR (YELLOW) | U-SPEC GRV (1.005-1.030) | U-PH (5-7) | U-PROTEIN (<10 - NEG) | U-GLUCOSE (NEG) | U-KETONES (NEG) |
|---|---|---|---|---|---|---|---|---|
| -> SEP 24 | 1149 | CLOUDY | YELLOW | >= 1.030 | 6.5 | 75 | NEGATIVE | LARGE |

| Date | Time | U-BILE (NEG) | U-BLOOD (NEG) | U-LEUK EST (NEG) | U-NITRITE (NEG) | U-UROBILINOGEN (0.2-1.0) |
|---|---|---|---|---|---|---|
| -> SEP 24 | 1149 | NEG | 3+ | 1+ | NEG | 1.0 |

----------------------------------------URINALYSIS MICROSCOPIC----------------------------------------

| Date | Time | U-WBC (0) | U-RBC (0) | SQUAM EPI (NEG) | U-BACT (NEG) |
|---|---|---|---|---|---|
| -> SEP 24 | 1149 | 30-40 | 10-15 | FEW | MANY |

----------------------------------------CASTS----------------------------------------

| Date | Time | HYALINE (0) | GRAN CAST (0) |
|---|---|---|---|
| -> SEP 24 | 1149 | 1-4 | 0-2 |

----------------------------------------CRYSTALS----------------------------------------

| Date | Time | AMORPHOUS (NEG) | TC PHOS (NEG) |
|---|---|---|---|
| -> SEP 24 | 1149 | POS | POS |

----------------------------------------URINE DRUG SCREENS/QUALITATIVE----------------------------------------

| Date | Time | U-AMPHETAM (NONE DET) | U-BENZODIAZ (NONE DET) | U-BARBITUAR (NONE DET) | U-THC (NONE DET) | U-METHADONE (NONE DET) | U-OPIATES (NONE DET) | U-PCP (NONE DET) |
|---|---|---|---|---|---|---|---|---|
| -> SEP 24 | 1149 | NONE DET | DETECTED | NONE DET | DETECTED | NONE DET | NONE DET | NONE DET |

| Date | Time | U-COC (NONE DET) |
|---|---|---|
| -> SEP 24 | 1149 | NONE DET |

| PATIENT: WIDNEY, MAGGIE JONATHAN | Age/Sex: 27/M | Acct#: V00000915109 | Unit#:M00933038 |

CHART DATE: 10/01/04

RI 0036

\*\* CONTINUED ON NEXT PAGE \*\*

GREATER SOUTHEAST COMMUNITY HOSPITAL
1310 SOUTHERN AVE. SE WASHINGTON. DC.20032
DEPARTMENT OF PATHOLOGY
CHAIRMAN: DAVID REAGIN. M.D.

PAGE 3

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PATHOLOGY LABORATORY FINAL REPORT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PATIENT: NOINFO MAGGIE JONATHAN     ACCT #: V00000515109     LOC#: 1SEI     U #: M00930036
REG DR: ACKERMAN CHRISTOPHER J     AGE/SX: 27/M     ROOM: 101     REG: 09/24/04     STATUS: DIS INX     BED:     DIS: 09/27/04

### Microbiology Specimen Summary

| Col Date | Time | Specimen # | Source | Sp Desc | P/F | Organisms |
|---|---|---|---|---|---|---|
| > 09/24/04 | 1149 | 04:BC0004542S | BLOOD | VENOUS | F | <none> |
| > 09/24/04 | 1149 | 04:M0008219S | URINE. CAT | | F | E COLI. P AERUGI. S AUREUS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MICROBIOLOGY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Specimen: 04:BC0004542S     Collected: 09/24/04-1149 Status: COMP     Req#: 00506672
                            Received: 09/24/04-1151 Source: BLOOD     Sp Desc: VENOUS
                            Subm Dr: ILUYOMADE.ROTIMI A.

Ordered: C BLOOD
Comments: Source: BLOOD
> BLOOD CULT   Final 09/30/04

                    NO GROWTH AT 5 DAYS

> BLOOD CULT   Preliminary

                    NO GROWTH 48 HOURS

. BLOOD CULT   Preliminary

                    NO GROWTH 24 HOURS

Specimen: 04:M0008219S     Collected: 09/24/04-1149 Status: COMP     Req#: 00506672
                            Received: 09/24/04-1151 Source: URINE. CAT Sp Desc:
                            Subm Dr: ILUYOMADE.ROTIMI A.

Ordered: C URINE
> URIN CULT   Final 09/28/04
              URINE COLONY COUNT ORG 1     >100.000 COL/mL
              URINE COLONY COUNT ORG 2     >100.000

        Organism 1          ESCHERICHIA COLI
        Organism 2          PSEUDOMONAS AERUGINOSA
        Organism 3          STAPHYLOCOCCUS AUREUS

Dent: NOINFO MAGGIE JONATHAN     Age/Sex: 27/M     Acct #:V00000515109     Unit #:M00930036

CHART DATE: 10/01/04

R I  0037

\*\* CONTINUED ON NEXT PAGE \*\*