# Mary R. Scott, et al. v. District of Columbia, et al.
## United States District Court for the District of Columbia

## 05CV01853

**Exhibit No. 6**          **Deposition of Frank Baker, M.D.**

FRANK J. BAKER, II, M.D., MAY 16, 2007

1       IN THE UNITED STATES DISTRICT COURT

2         FOR THE DISTRICT OF COLUMBIA

3            CIVIL DIVISION

4   MARY SCOTT, individually and )

5   as personal representative   )

6   of the Estate of JONATHAN    )

7   MAGBIE,                      )            ORIGINAL

8              Plaintiff,        )

9       vs.                      )  Civil Action No.:

10  DISTRICT OF COLUMBIA,        )   1:05-CV-01853 RWR

11  et al.,                      )

12             Defendants.       )

13

14       The deposition of FRANK J. BAKER, II,

15  M.D., called for examination, taken pursuant to

16  the Federal Rules of Civil Procedure of the United

17  States District Courts pertaining to the taking of

18  depositions, taken before NANCY A. GUIDOLIN, CSR

19  No. 84-2531, a Notary Public within and for the

20  County of DuPage, State of Illinois, and a

21  Certified Shorthand Reporter of said state, at HQ

22  Global Workspace, Tower Floor, 415 West 22nd

23  Street, Oak Brook, Illinois, on the 16th day of

24  May, A.D. 2007, at 11:38 a.m.

FRANK J. BAKER, II, M.D., MAY 16, 2007

1    50.  You are right.

2         Q.    Okay.  But at 95 that is borderline,

3    right, for the oxygen saturation?  What is that?

4         A.    SAO2, and at 95 it means that you are

5    just barely making it.  You are okay, but, you

6    know, you haven't got a lot to spare.

7              In this case at 14:05 hours this

8    patient had an oxygen saturation of 95 percent,

9    but the patient was on 5 liters of 02 and was

10   breathing 24 times a minute.

11             So it's clear that this patient had

12   evidence certainly by 14:05 that the patient

13   needed to be intubated or put on a ventilator,

14   but, like I say, looking at the blood gas it's

15   very apparent that sometime before eleven a.m. in

16   the morning this patient needed to be placed on a

17   ventilator because the patient had ventilatory

18   failure as evidenced by a respiratory acidosis.

19        Q.    But basically it can get a 95 at room

20   air, which is without any trach, mask, without any

21   oxygen, without a nasal cannula.  That would be, I

22   guess, okay?

23        A.    Yeah.  It's acceptable.  It's not

24   normal, but it means that I don't need to put you

FRANK J. BAKER, II, M.D., MAY 16, 2007

1    question is this: In your report you have an

2    opinion as to the cause of death.  On the last

3    page you indicated that, "He would not have

4    succumbed from hypoxia, which was the immediate

5    cause of his cardiac arrest, and which was a

6    direct result of dislodgement of his tracheostomy

7    tube."

8         A.    Yes.

9         Q.    All right.  Is that still your opinion

10   as to the cause of death --

11        A.    Yes.

12        Q.    -- based upon present information and

13   the updated information that you were provided?

14        A.    Yes.

15        Q.    Okay.  Have you read the autopsy

16   report?

17        A.    Yes.

18        Q.    All right.  Have you seen any evidence

19   of any dislodgement of the tracheostomy tube in

20   the autopsy report?

21        A.    No.  Not per se.  In fact, I think

22   there is a statement, let me find it here, that --

23   and actually an endotracheal tube was in place.

24        Q.    Yes.  I think that's exactly right.

1    Let's go back to your opinion anyway.  If, in

2    fact, that is the opinion as to the cause of his

3    death, a dislodgement of the tracheostomy tube,

4    can you tell me how this dislodgement occurred?

5         A.    I think that we don't really know.  I

6    don't think that we really know.  I mean, there is

7    no evidence that any individual, either

8    intentionally or accidentally, dislodged it.

9         Q.    Do you know -- let's just start with

10   you give me some background so I can try to learn

11   the medicine through you, unfortunately.  I will

12   admit that's what I am doing.

13              How does that dislodgement cause

14   hypoxia in your opinion?  That's the thing that

15   causes the cardiac arrest, right, hypoxia?

16        A.    Yes.

17        Q.    So we don't know how it occurred, but

18   if it did occur, what would -- how would it cause

19   this hypoxia to start occurring?

20        A.    Well, because hypoxia -- the reason

21   that you have a tracheostomy tube in is so that a

22   patient who is moving a minimal amount of air can

23   get the air into their lungs because the airway is

24   shorter; in other words, the distance from my

1 functioning lung to the tracheal opening is much

2 shorter than the distance from my functioning lung

3 to my mouth or nose.

4          So basically you have decreased

5 something that is called dead space, and by

6 decreasing the dead space you are able to

7 functionally improve the lung; in other words, you

8 don't need to move quite as much air because the

9 airway is shorter, and what happens is that when a

10 trach tube moves, the airway can either close off

11 or you can suddenly now increase the dead space;

12 that is, now your air has to come in from the

13 mouth or the nose rather than through the trach

14 opening, and the result is, obviously, progressive

15 hypoxia.

16          Sometimes when a trach tube moves, it

17 actually moves into the subcutaneous tissue and

18 the airway actually closes off.  One of the

19 problems in the neck is that there are tissue

20 planes, and imagine a tissue plane as being -- you

21 know, you have got a group of paper clipped papers

22 and then you have a second group of paper clipped

23 papers, and you have a third group of paper

24 clipped papers, and those represent -- the space

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  between each of those packs is a different tissue
2  plane, and one of the problems is that these
3  tissue planes tend to move back and forth over
4  each other and tend to close off such that, in
5  fact, when you are actually doing a tracheostomy
6  or a cricothyrotomy, once you get in, you insert
7  something into the inside of the trachea, because
8  if you take something out of the trachea without
9  inserting something else in it simultaneously, it
10  may sometimes close over.
11          So, you know, it gets a little dicey,
12  but it does happen, and so you can lose your
13  airway, and when you lose your airway, then you
14  lose your ability to actually get air in your
15  lungs.
16      Q.    All right.  Well, we know that there
17  was an observation of this dislodgement reported
18  at 17:40 on the 24th, right?
19      A.    Yes.   That's true.
20      Q.    Okay.   And at that point in time it
21  looks like Dr. Ilouyomade was, I guess, first
22  notified of this and brought over to see
23  Mr. Magbie, correct?
24      A.    Yes.

1      Q.    Now, as I understand in reading his

2  deposition and I guess the records, Dr. Ilouyomade

3  at that point in time simply pushed the trach tube

4  back in, did he not?

5      A.    Yes.

6      Q.    Okay.  Now that would have been

7  appropriate for him to do, would it not?

8      A.    Sure.

9      Q.    And that should have put the tracheal

10 tube back into the proper position and allowed him

11 to have a completed and available airway, correct?

12     A.    Well, it may, and that's the problem

13 that if it has actually come completely out of the

14 airway and it has now slipped into one of these

15 tissue planes, you will know that because when the

16 patient either breathes or when you try to

17 ventilate the patient with a bag valve mask or

18 Ambu bag, you won't improve their oxygenation.

19         So the patient continues to

20 deoxygenate, and when you push the trach tube

21 back, you have to make sure that it is actually in

22 the right place, and, obviously, if the patient is

23 not improving, you know that you are not in the

24 right place.

FRANK J. BAKER, II, M.D., MAY 16, 2007

1      Q.     So we have, you know, your opinion and

2   I assume it's -- I think it's to a reasonable

3   degree of medical certainty.  Without something in

4   the medical reports to support the cause of death,

5   how do you -- or what is the reasonable certainty

6   basis for your opinions that the dislodgement was

7   the cause of the death?

8      A.     Because there is no other cause.

9      Q.     Okay.  It's by process of elimination?

10      A.     Yes, sir.

11      Q.     But no objective findings or nothing

12   medically supporting that except there seems to be

13   no other reason?

14      A.     Yes, sir.

15      Q.     And inconsistent with that opinion,

16   however, would be the endotracheal tube being

17   found in a proper position, and that, in fact, is

18   the tracheostomy tube, that would be inconsistent

19   with that opinion that the tracheostomy tube was

20   dislodged, right?

21      A.     That's true if you made the presumption

22   that there was no attempt to replace it, that's

23   true.

24      Q.     So what we have, and I guess I go back

1  first assumption.  Yes.

2      Q.    And the reasonable first thing to do

3  thereafter would be to push it back in?

4      A.    Yes.  That's true.

5      Q.    And then wait and see what kind of

6  pulse ox they would get thereafter?

7      A.    Yes.  That's true, and it only takes

8  about a minute.

9      Q.    Okay.

10     A.    I mean literally a minute.  If your

11 oxygen hasn't come back to normal in a minute, you

12 have got another problem.

13     Q.    So assuming that the pulse ox is at 80

14 percent when the -- when Dr. Ilouyomade is

15 notified at 17:40, assuming that he pushes it in

16 and assuming that it's in the proper position as

17 set forth in the autopsy report, if that's the

18 right tool, then how does one explain the drop in

19 the pulse ox to 71 percent at 6:00?

20     A.    Because you either have got -- you have

21 got a continued inability to ventilate the

22 patient, and that inability to ventilate the

23 patient -- what time did you say that oxygen

24 saturation was?

1      Q.    6:00, at 18:00.

2      A.    Right.  You obviously have a

3   continued -- in fact, the 18:00 note says, "pulse

4   ox continued decreasing."

5          Obviously, the patient is not getting

6   enough oxygen in his lungs, and they have -- they

7   are giving the patient a hundred percent oxygen by

8   trach mask.

9          So you have got one of three problems

10  here.  You either have an obstructed trachea due

11  to a mucus plug or something on that order, or the

12  trach tube is in the wrong place, or the patient

13  is unable to ventilate because of his respiratory

14  problem -- I mean because of his paralysis, but

15  either way the approach is going to be the same.

16          The approach is basically going to be

17  suction the airway after you try to push the trach

18  tube back in, and begin ventilations with a bag

19  valve mask device, an Ambu bag, and if your

20  problem is due to a mucus plug, suctioning should

21  relieve that unless it's an inspissated plug,

22  which doesn't make a lot of sense.

23          In fact, we know it didn't happen,

24  because the pathologist didn't find it, or the

1  patient is inadequately breathing, in which case

2  the bag valve mask is going to relieve the

3  problem, and we know that, in fact, eventually

4  they did ventilate him.  The respiratory therapist

5  did it.  She bagged him through the trach tube and

6  that didn't change anything.

7          So the only presumption can be that the

8  trach tube wasn't in the right place.  You've got

9  to get there by process of elimination.

10     Q.    And by not being in the right place, it

11  came out again or it wasn't put in and somehow --

12  how can it not be in the right place?

13     A.    Well, I mean, one or the other.  We

14  just simply don't know.  I wasn't there to really

15  observe it, but, yeah, how it can be in the wrong

16  place is that it partially comes out, and when you

17  push it back in, if you don't push it back in

18  directly to the trachea, it ends up in one of

19  these tissue planes.

20     Q.    Again, there is no evidence on the

21  medical examiner's report that indicates that it

22  was pushed into a tissue plane, was there?

23     A.    You are correct.

24     Q.    Well, let's go back to the other

1    a hundred percent oxygen, his oxygen -- his P02

2    was 400 plus.  It was 429, I think.

3        Q.    Going back in time, it looks like at

4    about 1:20 he is fairly stable and Dr. Ilouyomade

5    is actually indicating that he put in an order for

6    his being admitted to the floor, right?

7        A.    Let's see.  1:20?  Let me get there for

8    a minute here.

9        Q.    I will get you there.  Look at 00:29,

10   Doc, on Exhibit 2.

11       A.    Exhibit 2?

12       Q.    Yes.

13       A.    Right.

14       Q.    That's the emergency department

15   progress notes, and that kind of has all of the

16   vital signs during the time that he came in up

17   until the time of death, does it not, at least up

18   until 18:16 when they went code blue?

19       A.    Yes.

20       Q.    Okay.  Looking at the first entry at

21   09:50 about 10 of 10, the pulse ox is at 100

22   percent, right?

23       A.    On room air.  Yes.

24       Q.    On room air.  That's pretty -- that's

1  good, right?

2      A.    That's good.

3      Q.    And then at 12:15 he still has a pulse

4  ox at a hundred percent but he is on a trach mask

5  I guess, but that's not -- I believe that's good

6  management to have him on a trach mask anyway; is

7  it not?

8      A.    Well, the problem with that is this:

9  First of all, they have got a blood gas before

10 that, and the blood gas shows --

11     Q.    Now, we talked about that.  I am going

12 to get to that.  I understand that, and that's one

13 of your -- that's the new opinion that you talked

14 about, right?

15     A.    Right.

16     Q.    I was trying to get back to where -- to

17 get back to the other issue that we were talking

18 about.

19          In looking at the pulse ox after that,

20 it drops to 95 percent at 4:05, and he is on 5

21 liters of -- what is that?  By nasal cannula?  What

22 is that, 5L?

23     A.    They don't really tell us.  It could

24 have been by nasal cannula, but it doesn't make

1  any sense, because they had a trach mask on

2  earlier.  So, you know, why would you change from

3  one to the other.  It makes no sense.

4      Q.    So that drop is -- along with the drop

5  in the blood pressure and the respiration and the

6  pulse, those are like three or four vital signs

7  there which kind of suggest something -- you know,

8  to start being concerned about what is happening

9  here?

10     A.    Absolutely.  Yes.

11     Q.    Okay.  Now, we got nurses there.  Those

12  nurses should have probably brought this to the

13  attention of the doctor right then and there,

14  should they not?

15     A.    Yes.  That's true.

16     Q.    And especially now they come back -- I

17  think the next entry is -- I think at 16:00 we

18  have a continuing drop in all of the vitals except

19  for the pulse, correct?  That pulse ox is now down

20  92 percent?

21     A.    Yes.  And he is on a hundred percent by

22  a trach mask and his blood pressure is now

23  dropping down to 91 over 54.

24     Q.    Now, you know, we talked about this

FRANK J. BAKER, II, M.D., MAY 16, 2007

```
 1    before the trach toilet was done at 17:40, though,
 2    do we?
 3         A.    Well, but what we do know is that the
 4    trach toilet that was done didn't improve his
 5    condition.  If his problem was due to secretions,
 6    then the tracheal toilet should have improved his
 7    oxygenation, and it didn't.
 8         Q.    Okay.  My question simply is this:  Is
 9    it fair to say that the -- that a buildup of
10    secretions between the initial trach toilet that
11    morning and 17:40 could be one explanation for the
12    drop in the pulse ox?
13         A.    In real time it could be.  Yes.
14         Q.    Okay.  Because that would have caused
15    some accumulation and start causing a blockage of
16    his airway, correct?
17         A.    Right, which is exactly way I said in
18    my letter, you know, one of the first things that
19    you do after you push the trach tube in is to
20    suction the patient.
21         Q.    Okay.  All right.
22              And this gets us back to the fact that
23    suctioning the patient and doing the trach toilet
24    at 17:40 and putting the tube back in apparently
```

1   does not result in any change in pulse ox.    It

2   continues to drop, right?

3         A.    Yes.

4         Q.    Okay.    So getting back to your

5   possibilities, the one that is left is that the

6   patient was not able to ventilate on his own?

7         A.    Right.

8         Q.    Okay.    Now --

9         A.    And all along we should have been

10  ventilating him with positive pressure

11  ventilation.

12        Q.    Okay.    Now, at 16:00 we have -- you

13  know, we have the indication that -- what

14  percentage does he have?

15        A.    He is at 92.

16        Q.    71 percent.    And I guess we get back to

17  15 minutes later he drops down to 50 pulse ox.

18        A.    Oh, you are talking about at 18:00,

19  right?

20        Q.    18:16, right.

21        A.    Right.

22        Q.    And that's when he goes code?

23        A.    Correct.

24        Q.    All right.    And that's when they do

1   the -- the Ambu bag is being used at that point in

2   time by the respiratory therapist, correct?

3       A.    Yes.

4       Q.    Is there a point in time when, for

5   whatever reason, he starts to code and goes into

6   cardiac arrest that there is a point of no return

7   here?

8       A.    Let's look at the electrocardiograms,

9   because that will tell the story.  What he has is

10  a hypoxia induced brady asystolic arrest; that is,

11  he has a bradycardia followed by -- let's see

12  here.  I am looking for the code sheet.

13          At 18:39 when he is asystolic, he is

14  certainly beyond resuscitation.  If you look at

15  the cardiograms, there is a couple above the 18:39

16  one which shows CPR artifact.  He is probably

17  asystolic there, but I don't have a timing.  About

18  18:37 actually is the one.

19          As late at 18:35 there is a collection

20  of electrocardiograms, the very first page.

21      Q.    Okay.

22      A.    Do you want me to give you your number?

23      Q.    What is the page number?

24      A.    Let's see here.  It would be your

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  Page 33.

2      Q.    Yeah.

3      A.    Well, the very first one at the top it

4  would appear that those multiple spikes -- those

5  multiple spikes you have to assume are ventricular

6  tachycardia, and that deteriorates into

7  ventricular fibrillation, which is the irregular

8  lines after that.

9      Q.    That's the next block down?

10     A.    No, no.  The same block.

11     Q.    Okay.

12     A.    After those about 15 really sharp

13  spikes, then there is a wiggly line that doesn't

14  have any clear spikes.  That's ventricular

15  fibrillation, and subsequent to that the next one

16  down is a bradycardia, the next one down is a

17  ventricular tachycardia, and the next one down is

18  a ventricular tachycardia, and that deteriorates

19  into a bradycardia, and then we have CPR, and the

20  bottom one shows these spikes of this frenetic

21  nerve stimulated and the simultaneous CPR.

22          As late as 18:35 he might have been

23  resuscitated if you would have managed to improve

24  his oxygenation.  That is a bradycardia, and let

1  me explain that just for a minute.

2        In the setting of an airway problem if

3  a patient develops a fast heart rate, you are

4  worried because that is one of the earlier

5  responses to acute hypoxia is you speed up your

6  heart.

7        When you suddenly slow your heart rate

8  down, like he did on both the second and the fifth

9  strip on that page that we are talking about,

10  which is Page 33, that truly is the, oh, expletive

11  deleted, sign in emergency medicine.

12        It literally means that you have less

13  than a minute to reverse the hypoxia.  If you do

14  not reverse the hypoxia in less than a minute, one

15  of two things is going to happen:  The most

16  frequent thing is that the patient has an

17  asystolic arrest, and that the survival rate from

18  asystole is maybe one percent.  It's a terrible

19  rhythm in comparison to ventricular fibrillation

20  which you can defibrillate.  You can't

21  defibrillate an asystolic heart.

22        It's a lot of technical jargon, but

23  what it means is when you go flat line, you are in

24  a lot deeper trouble than if you just had one of

1  these wiggly lines.

2      Q.    Five minutes after that approximately

3  was he not at least pronounced?

4      A.    Yes.  And it's not surprising, because,

5  like I say, 99 percent of the time those people

6  are not resuscitated.  So when the patient has a

7  slow heart rate, a low heart rate that goes down

8  less than 60, you know, you are literally seconds

9  to a minute away from the patient going flat line,

10 and flat line means that you are probably going to

11 die.

12     Q.    Now, he went into code blue half an

13 hour before that point was reached, did he not.

14     A.    Yes.

15     Q.    And according to the code blue sheet,

16 which is 0005, the respiratory therapist writes at

17 18:15, like 30 minutes before, that she has got

18 him on a bag, and I guess assuming that we talked

19 about this, the bag trach means that she is doing

20 ventilation by Ambu bag, right?

21     A.    Right.  And he is still becoming more

22 hypoxic.

23     Q.    And, in fact, we went through

24 everything else.  We talked about that he had a

1  trach toilet.   There is no incidence of any

2  obstruction.   He has got his trach tube in proper

3  position, and let's assume that that is in proper

4  position.   Then why is he not responding to the

5  Ambu bag at 8:15?

6       A.    Well, the point is he should be.

7       Q.    I agree.  What explanation do you have

8  for that?

9       A.    Well, the only explanation is either a

10 mucus plug or the trach is in the wrong place.

11 That's the only two possibilities.

12      Q.    You said that you read the recent

13 report of April 29th of our expert, Dr. Roger A.

14 Johns.

15      A.    Yeah.

16      Q.    Do you have that handy?

17      A.    Yes.  I do.

18      Q.    The last page, Page 3.

19      A.    Yes.

20      Q.    It says here, and I will read it.   It

21 says, "It is quite possible that Mr. Magbie was

22 exhausted from several days during his

23 imprisonment where he was forced to go without a

24 period of ventilation in the evening to provide

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  sufficient rest and recovery so that he could

2  breathe properly during the day.  The further

3  stress of pneumonia and urinary tract sepsis,

4  which likely were progressing during the delayed

5  admission and treatment as an in-patient, could

6  have added very significantly to the respiratory

7  failure."  Do you agree with that?

8       A.    Well, that certainly is possible, but

9  then that should have all been reversed when you

10  started to actively ventilate him with an Ambu

11  bag.

12       Q.    Okay.  If, in fact, it was not reversed

13  by Ambu bag, is there a way that the body just

14  cannot respond even to the Ambu bag because of

15  this sheer exhaustion that existed before he was

16  brought into the hospital --

17       A.    No.

18       Q.    -- for the three days at the jail where

19  he was not properly treated?

20       A.    No.

21       Q.    So the only explanation that you have,

22  then, would be that there must have been some

23  other type of obstruction that prevented his being

24  ventilated, and somehow the airway was blocked?

FRANK J. BAKER, II, M.D., MAY 16, 2007

1      A.      Yes.

2      Q.      Okay.

3      A.      Remember at 18:16, which is literally

4  one minute after this respiratory therapist was

5  bagging him, his 02 sat had dropped from 80 to 50.

6  So his 02 sat continues to get worse despite the

7  fact that he is being bagged.

8      Q.      Okay.

9      A.      So although when you reoxygenate the

10 patient who is in an arrest, that is, and who is

11 in, let's say, ventricular fibrillation, you still

12 may not be able to bring the patient back.

13              If you are measuring oxygen saturation,

14 your oxygen saturation should go up if you are

15 doing good CPR.  So, you know, the fact at 18:16

16 the oxygen saturation is continuing to drop simply

17 means that we are, obviously, not getting oxygen

18 into his lungs despite the fact that we are

19 bagging the patient.

20     Q.      All right.  Let's go back over the care

21 before that period of time and discuss, perhaps,

22 some of the things that were done properly.  Okay?

23     A.      Okay.

24     Q.      And see if you can agree with some of

```
 1  record.  Now, wait, wait.
 2       Q.    I don't know if it's important.  I
 3  don't have it either.  I would help you, but I was
 4  just trying to go through some of the things that
 5  were done, and ask you whether, in fact, they
 6  were, you know, appropriate care that should have
 7  been provided by an emergency room physician.
 8       A.    Okay.  Shoot.
 9       Q.    As I understand it, when Magbie came
10  under Dr. Ilouyomade's care, he ordered a chest
11  x-ray?
12       A.    Yes.
13       Q.    That would have been appropriate,
14  right?
15       A.    Yes.
16       Q.    And he had a head CT scan done.  Also
17  appropriate?
18       A.    Yes.
19       Q.    Arterial blood gas we talked about, and
20  we will have to pick up on this, but that was
21  certainly appropriate, right?
22       A.    Yes.
23       Q.    That he ordered them?
24       A.    Yes.
```

FRANK J. BAKER, II, M.D., MAY 16, 2007

1      Q.      Okay.   Then he ordered a complete blood

2    count, CBC, correct?

3      A.      Yes.

4      Q.      Serum chemistry and electrolytes were

5    done and urinalysis was also done?

6      A.      Yes.

7      Q.      And because he was unresponsive, I

8    think that they did a urinary drug screening,

9    correct?

10     A.      Yes.

11     Q.      All of that stuff would have been

12   standard of care type of things that should have

13   been done, right?

14     A.      Yes, sir.

15     Q.      Okay.   He ordered a trach toilet and it

16   looks as if -- by the records I know there is some

17   controversy, but it appears by 11:40 that had been

18   done, the trach toilet?

19     A.      Yes, but, you know, I don't actually

20   believe that that is an issue, because I will tell

21   you that emergency department nurses -- this is

22   bread and butter emergency department nursing.

23            These people know how to do trach

24   toilet, they know how to do suctioning.   They

1   don't need an order to do it.  They do not need an

2   order to do it, and if a nurse didn't do it, she

3   would be negligent.

4        Q.    Well, that's what my doctor said, and I

5   was going there, but you saved me 20 questions.

6        A.    Right.

7        Q.    Because he said that he ordered it and,

8   in fact, they should have done that without -- you

9   don't have to renew an order to do it every time,

10  do you?

11       A.    Right.

12       Q.    And they were -- you know, they were

13  monitoring this patient, I think, after

14  Dr. Ilouyomade had ordered his admission, and, you

15  know, I guess there is an issue as to whether

16  there is -- there is no evidence of any trach

17  toilet being done for like three or four hours at

18  least, correct?

19       A.    Yes, but, you know, in all honesty, it

20  just simply may not be in the record.  I mean,

21  there are a lot of things that we do in the ER

22  that just simply we don't write down every time

23  that we do them.

24       Q.    Okay.

1      A.      And I am just telling you that

2   competently staffed ER nurses do this, it happens,

3   they do it regularly.   They don't need an order to

4   do it even the first time, and frequently they

5   will just tell the patient that -- you know, I

6   suctioned the patient and got some mucus out, and

7   that is sort of the end of it.

8      Q.      Okay.   All right.   He was given fluids?

9      A.      Yes.

10      Q.      And that would have been appropriate to

11   get up his blood volume and blood pressure, right?

12      A.      Yes, yes.

13      Q.      I think it is on 0029, if you are

14   looking for that.

15      A.      I got it.

16      Q.      Okay.   So he should have been given

17   fluids.   It was apparently ordered and he was

18   given fluids, correct?

19      A.      Yes.

20      Q.      And he was given Narcan and Thiamine,

21   and those are for -- Narcan is for drug reversal,

22   possible drug reversal?

23      A.      Yeah.   They are presuming that because

24   of his small pupils and he was not ventilating

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  adequately, he is unconscious, that he has got

2  some sort of opiate on board and that this will

3  reverse the respiratory depression produced by

4  opiates.

5      Q.    There was some -- I guess the urinary

6  drug screen did show that he was on some type of

7  what?

8      A.    We know that he was on Valium.

9      Q.    Valium.   Okay.

10         All right.  He was put on an

11  antibiotic, right?  Levaquin at 13:25 because of

12  the -- I guess the white blood count, right?

13     A.    Yes.

14     Q.    And that would have been appropriate,

15  right?

16     A.    Well, that and the chest x-ray showed

17  that he had pneumonia, yes.

18     Q.    And they also had him on a trach mask,

19  and the trach mask looks like it was consistently

20  on from 12:15 through all of the way to his death

21  or close to the code blue at least, right?

22     A.    Well, yeah.  That's inappropriate in

23  that he should have been intubated and put on a

24  ventilator by the time that they started putting

```
 1  him on a trach mask.
 2      Q.    Okay.  I am going to talk about that in
 3  a second, but the last thing that the doctor did
 4  here was put him on three monitors; a cardiac, a
 5  pulse pressure and pulse ox?
 6      A.    Yes.
 7      Q.    And that would have been good
 8  procedure?
 9      A.    Yes.
10      Q.    Now, you talked about the arterial
11  blood gases coming back, and they were concerning?
12  Is that a good word?
13      A.    Yes.
14      Q.    Okay.  And the new opinion that you had
15  was that as a result of the arterial blood gas
16  readings, he should have been put on a ventilator?
17      A.    Yes.
18      Q.    Now, I would assume that he would first
19  have to stabilize the patient first, would he not,
20  or would that be appropriate to do all of these
21  tests, give him fluids and then ventilate him?
22      A.    You are going to do all of these things
23  simultaneously.
24      Q.    When did his blood gases come back?
```

1          A.      Well, the blood gases they say
2     September 24th at 10:55.
3          Q.      Okay.
4          A.      Now, whether that was the time that
5     they were actually back or the time that they were
6     drawn, I can't tell you, but ordinarily you get
7     blood gases back in about five to ten minutes.
8          Q.      Let me go off track.  There were some
9     problems in getting the blood gases, you know, at
10    or near 16:00?
11         A.      Yes.
12         Q.      What caused that by the way?
13         A.      The problem was actually finding an
14    artery and sticking a needle in the artery.
15         Q.      Who is doing that?  Is that something
16    that the nurses do or physicians?
17         A.      No.  That was done by the respiratory
18    therapist.
19         Q.      All right.  These blood gases come back
20    at some point in time.  11:00 is when they were
21    taken or at least -- or returned, one or the
22    other, but sometimes two hours or so after he
23    was -- approximately an hour and a half, two hours
24    after he was admitted to the emergency room,

1  right?

2      A.     Well, I think that we agree that the

3  doctor saw him at about 10:10, and the blood gases

4  were done at 10:55, which is about 45 minutes

5  later.

6      Q.     Okay.  And so what was his status as

7  far as his vitals are concerned, though, at or

8  about the time when the arterial blood gas report

9  came back?

10     A.     Well, let's see.

11     Q.     I would look at 00029 and look at the

12  vital signs there at 12:15.  Are you there?

13     A.     Yes.

14     Q.     Okay.  With the pulse ox at a hundred

15  percent as of 12:15, would you not agree that

16  there was some -- you know, that's a normal

17  reading, is it not?

18     A.     Well, yes.  And as a matter of fact, if

19  you look at the blood gas result -- do you have

20  that page?

21     Q.     Probably.  What is it that you have in

22  front of you?

23     A.     Let's see.  I am looking at my record.

24  It will be back -- let's see.

1          MR. CONNOR:   13.

2     BY THE WITNESS:

3          A.     13, right.  Actually, 13 is a different

4     piece of paper than mine, but that's okay.

5     BY MR. GUZIAK:

6          Q.     There you go.

7          A.     If you look at 13 --

8          Q.     Yeah.

9          A.     -- what you see -- actually, my blood

10    gas report is actually in a different format than

11    that.  Oh, my blood gas -- hang on a minute.

12    Strange.

13             Anyhow, the blood gas report shows that

14    his PO2 was 429.  Well, anything above, let's say,

15    a PO2 of 90 is going to be -- or a hundred is

16    going to be an oxygen saturation of a hundred

17    percent.

18             So what we can say is that when they

19    looked at his -- let's see.  What page were we on?

20    Page 2?

21          Q.     Page 29.

22          A.     When they did his oxygen saturation at

23    both 9:50 and 12:15, a hundred percent.  All that

24    means is his PO2 is above a hundred, but that

FRANK J. BAKER, II, M.D., MAY 16, 2007

1   doesn't tell us the whole story, because what we

2   know from his blood gas is that his PCO2 was 56.1.

3   That means that he is not moving enough air to get

4   rid of his carbon dioxide, his CO2, and that has

5   resulted in the fact that he has an acidosis.

6         So let me explain that just for a

7   minute.  Ordinarily your pH is somewhere between

8   7.35 and 7.45.  Let's just say 7.4 for the

9   purposes of discussion, and your PCO2 is somewhere

10  between 35 and 45.  So let's just say that it is

11  40, and that would be sort of average, normal.

12        Well, for every ten points that you go

13  up in your PCO2 --

14        Q.    Yeah?

15        A.    -- your H should drop .08.  So he has

16  gone from 40 to 56.  That's up 15 points.  So he

17  should have gone from a normal pH of 7.4 down to a

18  pH of about .08 times 1.5 or about .12.

19        So 7.4 minus .12 gets us down to 7.82,

20  and, lo and behold, we are at 7.29.

21        So what you can say about this is he is

22  acidotic, and it's all respiratory.  And how do I

23  correct it?  Well, I correct it by getting rid of

24  CO2, getting the CO2 back down to what it should

1  be.  Well, how do you do that?  Well --

2       Q.    I am sorry.  This can't be due to

3  metabolic?

4       A.    No.

5       Q.    Why not?

6       A.    Because the PC02 explains why it is all

7  respiratory.

8       Q.    Okay.

9       A.    Now, how do you correct that?  Well,

10  you have got to get your PCO2 from 56 back to 40,

11  and how do you do that?  You got to move more air.

12            Well, if the man can't breathe fast

13  enough or deep enough that in a minute's time he

14  has ended up moving more air, a combination of his

15  rate times the amount of air that he is moving

16  with each breath, then the only other way to do it

17  is by doing it yourself by using either a bag

18  valve device or a ventilator.

19            Acidosis of a respiratory nature, the

20  term that describes that is ventilator failure,

21  and 99 percent of the time it means that you would

22  have to intubate the patient.

23       Q.    You said what, 98 percent of the time?

24       A.    99 percent of the time it means that

1   Ambu bag, that didn't do anything -- that didn't

2   improve his condition.  What --

3        A.    Well, but later on is after we noticed

4   his trach tube had moved.  In fact, I think that

5   it had moved twice and had been pushed back in,

6   and other things were happening then.  At this

7   point in time the trach tube clearly was working

8   and he was ventilating just fine in terms of

9   getting his oxygen up.  Something happened after

10  this point.

11       Q.    All right.  So he should have been

12  ventilated at some point in time reasonably after

13  this report came back to Dr. Ilouyomade; that's

14  your opinion, right?

15       A.    Yes, sir.

16       Q.    Okay.  All right.  Now, I think that

17  you also have the opinion that even though that

18  didn't happen, during the course of the afternoon

19  there was some indication for problems developing

20  probably because of maybe he wasn't ventilated,

21  and this was something that the nurses should have

22  brought to Dr. Ilouyomade's attention, correct?

23       A.    Yes.

24       Q.    I see that these changes began on the

FRANK J. BAKER, II, M.D., MAY 16, 2007

1    vitals on Page 0029 as early as 2:00 and certainly

2    by 16:00 there were some significant drops I guess

3    in the pulse ox which should have been sufficient

4    for nurse involvement and Dr. Ilouyomade's

5    advisement, correct?

6        A.    Yes.

7        Q.    All right.  Would you agree that had

8    that occurred, that there would have been more

9    time, perhaps, for Dr. Ilouyomade to reverse the

10   situation and, perhaps, get this man on a

11   ventilator prior to his -- I guess his code blue

12   at 6:18?

13       A.    Let me look at Page 29 again.  Let's

14   see.  Dr. Ilouyomade was called at 17:40, right.

15       Q.    Yes.

16       A.    And his pulse ox then was --

17       Q.    92.

18       A.    Okay.

19       Q.    And at 2:00 it was at 95, dropping down

20   from 100 earlier.

21       A.    Yeah.  The reason that I am looking is

22   your chart has a hole punch there.

23       Q.    I think that we can agree that that's a

24   hole punched in right over the 17:40.

FRANK J. BAKER, II, M.D., MAY 16, 2007

1          A.     17:40.   I got it.   Okay.   And the 92 is

2     at 16:00?

3          Q.     Yes.   That's --

4          A.     And they notified him at 17:40?

5          Q.     They basically -- you know, if he

6     started with 16:00, there is almost, what, an hour

7     and 40 minutes of delay.   Would you agree?

8          A.     Yes.

9          Q.     I take it there is a -- from your

10    experience you would know what would have been

11    appropriate management and monitoring of a patient

12    like this by nurses, would you not?

13         A.     Yes.

14         Q.     You believe that given this condition

15    of the patient that he should have been monitored

16    every 30 minutes at least by the nurse?

17         A.     Well, don't -- we know that he was

18    monitored.   What we -- they didn't record the

19    values, but we know that he was continuously

20    electrocardiographically monitored, and the pulse

21    ox is a continuous -- is a continuous monitoring

22    situation as it was.   They should have done vital

23    signs and recorded them every 30 minutes.

24         Q.     The record indicates that as of -- on

FRANK J. BAKER, II, M.D., MAY 16, 2007

1    00031 Dr. Ilouyomade had admitted the patient, and

2    he was waiting for a bed as of 13:25, or 1:25 in

3    the afternoon?

4        A.    Yes.

5        Q.    Do you see that?

6        A.    Yes.

7        Q.    And at that point in time I think that

8    we talked about this briefly, but he would have

9    been transferred to another doctor's care

10   upstairs, right?

11       A.    Oh, sure.

12       Q.    And based on your experience as an

13   emergency room physician of a hospital, you would

14   agree that a patient should not be allowed to sit

15   in the emergency room waiting for a transfer for

16   four hours, right?

17       A.    Well, ideally not, but, I mean, let's

18   be real.    It happens a lot, and it's something a

19   bit out of our control.    The people outside of the

20   ER control when patients move out of the ER and

21   where they move to in terms of bed control.    There

22   is a bed control nurse and a bed control

23   administrator, and if there aren't beds, there

24   aren't beds, and there is nothing that you can do

1   about it.

2       Q.    When you say it's out of our control,

3   you are referring to an emergency room physician

4   like yourself?

5       A.    And nurses.   Anybody in the ER can

6   control when the patient moves upstairs.   It just

7   doesn't, you know, happen.

8       Q.    Is it the nurse's responsibility to

9   continue to check with the admission people to see

10  what is going on or, you know, how do you speed up

11  this delay?

12      A.    Yes.   The short answer to that is that

13  the nursing staff hassles the bed control

14  department.

15      Q.    All right.   I am going over my notes.

16  I think that we have been jumping around.   I think

17  that I covered a lot.   We are moving on.

18          You indicate on Page 2 of your report

19  that there was inadequate monitoring between 15:30

20  and 17:40 hours, at which time he was noted by the

21  respiratory therapist to have oxygen saturation of

22  80 percent on room air.

23          Is that in reference to the nurses and

24  the failure to monitor that we just discussed?

FRANK J. BAKER, II, M.D., MAY 16, 2007

1      A.    Yes.    That's specifically a reference

2  to the nursing note.

3      Q.    Dr. Ilouyomade testified should have

4  had him on a ventilator earlier today, but the

5  patient is still alive and kicking.   Probably

6  not -- probably deteriorated significantly over

7  the four hours between eleven, twelve o'clock when

8  he got the arterial blood gases back and sat

9  around waiting for admission, but between when he

10  finally was notified at 17:40, what do you see

11  Dr. Ilouyomade failing to do?

12          I think that we talked about a couple

13  of things, and I think that's the one thing that

14  we have not discussed in detail yet.   First of

15  all, you indicated I think on your report that he

16  should have suctioned him, right?

17      A.    Yes.

18      Q.    Failed to treat him -- I think it's on

19  Page 2 of your report.

20      A.    Yes, sir.   It is.

21      Q.    And he should have suctioned the trach,

22  but, as I recall, that was done, at least

23  according to the testimony of Dr. Ilouyomade at

24  his deposition.   You read that, right?

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  the -- of course the care and treatment that was

2  provided a couple of days earlier on the 20th?

3      A.    Yes, sir.

4      Q.    When he arrived in the emergency room,

5  I think that he arrived like at about 11:00 at

6  night, 10:00 at night; is that right?

7      A.    Yes.

8      Q.    At that point in time he was not in any

9  acute respiratory distress, mild at best, would

10 you agree?

11     A.    Let me find the chart here.  Okay.  I

12 got the chart.

13     Q.    I have him arriving at 9:45 p.m.

14 Dr. Vaughn sees him at 11:00.

15     A.    Yes.  You are correct.

16     Q.    Presented with trouble breathing?

17     A.    Yes.

18     Q.    Presented with wheezing and rales and

19 cough?

20     A.    Yes.

21     Q.    Okay.  Rales you thought would have

22 been some indication of the possible beginning of

23 sepsis?

24     A.    Pneumonia.

1        Q.     Pneumonia rather.  Sorry.

2        A.     Rales are a sound that you hear that

3    are described as crackling Rice Krispies, and you

4    hear them over areas where you have fluid in the

5    alveoli of your lungs, and you would not have

6    fluid in the alveoli of your lungs if you were

7    dehydrated.

8               You would if you were in pulmonary

9    edema, but the only other cause that one commonly

10   sees is pneumonia; in other words, you have some

11   pus in your lungs somewhere.

12       Q.     Okay.  He also had wheezing.  Any

13   significance?  What is wheezing?

14       A.     Well, wheezing is caused by

15   bronchiospasm.  You know, you can see it in

16   patients who have bronchitis.  You can see it in

17   patients who have pneumonia.  You see it in

18   patients who have asthma.

19       Q.     His 02 sats were 90 percent at room air

20   which is kind of borderline, right, problematic?

21       A.     It is problematic.  At 90 percent a

22   patient needs oxygen.

23       Q.     Okay.  And I think what they did was

24   they got him on -- they got his blood volume up

FRANK J. BAKER, II, M.D., MAY 16, 2007

 1   and gave him two liters -- a liter of saline for

 2   low blood volume?

 3       A.    Yes.

 4       Q.    For hypovolemia?

 5       A.    Yes.

 6       Q.    And they placed him on two liters of

 7   nasal oxygen, nasal cannula, and they gave him an

 8   IV glucose for his low blood sugar.  I think it

 9   was a D50 ampule, right?

10       A.    You are correct.

11       Q.    And I thought that he responded to all

12   of those measures after a couple of hours and was

13   in much better shape approximately at about 1:30

14   or certainly about 3:20, but I am moving quickly

15   because I want to go home and send the lawyers

16   home, too.

17            You know, you thought that he should

18   have been admitted, right?

19       A.    Sure.  And there are several things

20   going on here.  First of all, he correctly made

21   the diagnosis of dehydration.  You don't correct

22   that in a matter of a couple of hours and send

23   somebody home.

24            Secondly, you have to ask yourself why

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  out of it, and I think that he admits that, you

2  know, how can I admit for just this problem.

3      Q.    Yeah, and I think there was an issue --

4  I think there is a question about whether Magbie

5  was ventilator dependent at night or whether he

6  was on on some nights ventilators or in need of a

7  ventilator, right?

8      A.    Yes.  I understand that is what

9  Dr. Vaughn was thinking, but he still has not

10 resolved the other issues that we have talked

11 about, the hypovolemia, the dehydration.  You

12 know, those issues have not been handled

13 correctly.

14     Q.    Okay.  Well, let's get back to the

15 other issue.  As far as the issue of being

16 ventilator dependent or not, he had Mr. Magbie

17 firsthand under his observation and in his -- I

18 guess under his maintenance and control as a

19 physician for an entire night, right?

20     A.    Yes.

21     Q.    And the nighttime is when he allegedly

22 needed to be on a ventilator?

23     A.    Yes.

24     Q.    And according to Dr. Vaughn, Mr. Magbie

FRANK J. BAKER, II, M.D., MAY 16, 2007

1    said, "Well, I don't need to be on a ventilator

2    every night.   Just as needed," right?

3         A.    Yes.

4         Q.    And during the course of the evening I

5    guess Dr. Vaughn did not have him on the

6    ventilator but simply had him on a nasal cannula,

7    correct?

8         A.    Yes.

9         Q.    And, in fact, the nasal cannula seemed

10   to be able to -- he survived the night and, in

11   fact, he improved, and by 3:20 they are talking

12   about getting -- whether, in fact, he should go

13   back to the hospital, because he had been

14   stabilized, correct, on just a nasal cannula?

15        A.    Yes.   That's true.

16        Q.    Okay.  So, obviously, you know, the

17   necessity to be on a ventilator may have been

18   something that was at issue, but based upon the

19   firsthand observation and treatment with nasal

20   cannula only that night, Dr. Vaughn saw that he,

21   in fact, could be treated and ventilated

22   throughout the night just on a nasal cannula,

23   right?

24        A.    Well, the answer to that is this:  He

FRANK J. BAKER, II, M.D., MAY 16, 2007

1      Q.      If, in fact, he had evidence that
2  during the day that he required acute respiratory
3  care, what did the facility that he was returning
4  to do?
5      A.      What can they do?
6      Q.      What did they?  What can they do?  What
7  did they do?  The jail, the facility, that
8  Mr. Magbie was in for that time period noticed
9  that he was having trouble breathing and they sent
10  him over to the emergency room, right?
11      A.      Yes.  That's true.
12      Q.      And, in fact, is there was any reason
13  that you know of if, in fact, he was returned to
14  the jail and, in fact, he had some other problem
15  develop, that he could not have been -- or that
16  the jail would not have for some reason returned
17  him right back to see Dr. Vaughn or
18  Dr. Ilouyomade or whoever was on duty?
19      A.      Sure, because the problem is this:
20  They don't have the ability to temporize.  If,
21  indeed, he requires a ventilator acutely in the
22  middle of the night, they don't have one, and they
23  don't have the staff to do the patient's
24  ventilator management.

1  is the basis for that?

2       A.     Well, because, you know, an individual

3  who is hypotensive and hypovolemic and dehydrated

4  has to get there somehow, and what have you

5  changed to insure that he is not going to just

6  relapse into that circumstance?

7            And the answer is you have done nothing

8  to insure that anything is going to be different

9  and that tomorrow or the next day he is not going

10 to bounce back with the same thing.

11      Q.     Well, what is your understanding of

12 what type of care, if any, he was going to get if

13 he, in fact, returned him?

14      A.     Well, he was going to go back to

15 basically a medical ward called the CTF, I think,

16 or something.

17      Q.     In fact, before he returned him, he did

18 discuss the patient's care and the situation with

19 Dr. Bastien, I believe, that's the CTS, that night

20 at 3:20, did he not?

21      A.     Yes.  That is correct.

22      Q.     In fact, he had not one but two

23 conversations with Dr. Bastien I believe, right?

24      A.     That's also correct.

1    Q.    In fact, he discussed, I guess, the

2  patient's condition and the situation on his

3  ventilation but also his other conditions

4  presumably with Dr. Bastien with regard to whether

5  Dr. Bastien felt as if -- given the results that

6  he was able to achieve with the nasal cannula

7  whether the doctor had any concerns with returning

8  Mr. Magbie to Dr. Bastien's care or the care and

9  treatment of the facilities at the jail, correct?

10    A.    Yes.  They did have that discussion.

11    Q.    And certainly Dr. Bastien gave no

12  indication that, well, I can't treat him for any

13  of these other conditions.  He didn't say no, he

14  didn't say that you keep him there.  He basically

15  said that we can take care of him if he is

16  stabilized under a nasal cannula, correct?

17    A.    Yes.

18    Q.    Okay.  Now, if, in fact, he goes over

19  there, aren't they going to be doing vitals with

20  regards to his hypovolemia over there and should

21  not they check him at least hourly at the jail?

22    A.    Should they?  Yes.

23    Q.    Sure.  And is there anything that

24  Dr. Vaughn knew or should have known or expected

1  that jail wouldn't properly treat this man for his

2  hypovolemia if, in fact, it returned?

3       A.    Well, I think there is one thing that

4  he clearly knew, and that was that if the patient

5  deteriorated and acutely needed a ventilator, they

6  wouldn't have it, which means that we now would be

7  forced to deal with a patient who at that point

8  would be unstable and would have to be transferred

9  back to a hospital.

10      Q.    And that happened, but only after three

11  days, correct?

12      A.    That's true.

13      Q.    And, in fact, I think it's clearly your

14  opinion that that should have -- that should not

15  have happened or been delayed that long, correct?

16      A.    That's true.

17      Q.    If, in fact, he had started to

18  deteriorate after he returned to the jail, he

19  should have been returned right back to the

20  emergency room as soon as he started to show signs

21  of deterioration, correct?

22      A.    Also true.

23      MR. CONNOR:  Ron, excuse me.  I am going to

24  have to miss this flight if we don't wrap it up

1   real quick.  I hope that you are near the end.  It

2   sounds like you are.

3   BY MR. GUZIAK:

4       Q.    The hypovolemia is not the proximate

5   cause of Mr. Magbie's death, is it?

6       A.    No.  I mean, ultimately we believe that

7   his malnutrition and general poor health was the

8   ultimate causative factor in leading to the point

9   where he was unable to cough, he was unable to

10  breathe, he was unable to ventilate himself.  I

11  mean --

12      Q.    Dr. Vaughn treated him for eight hours,

13  if not longer, and during that time he certainly

14  stabilizing the patient, the patient was in much

15  better shape and in much better general health and

16  condition than he was when doctor -- before he saw

17  Dr. Vaughn.  Would you agree with that?

18      A.    Well, at the point that Dr. Vaughn

19  left, that's true, but subsequently, a couple of

20  hours later, at 9:15 his blood pressure dropped to

21  68 other 42, thus proving that the man really

22  wasn't stable.

23      Q.    But Dr. Vaughn wouldn't know that and

24  wouldn't have any control over that decision to

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  then discharge him after that point, would he?

2      A.    You are correct.

3      Q.    And basically at the time that

4  Dr. Vaughn last saw him, he was not in any -- he

5  was not in danger of death, was he?

6      A.    Not immediately.  No.

7      Q.    And you say, "not immediately."  Why do

8  you say "not immediately"?

9      A.    Well, because obviously we know that he

10  had some underlying conditions which led him to be

11  hypoxic.  We knew that he had a metabolic

12  acidosis.  They had actually done a routine

13  chemistry on the patient, and he had a blood

14  bicarbonate of 17.

15          So, you know, he clearly had some

16  problems.  You know, he has got a metabolic

17  acidosis.  He was hypoglycemic.  I mean, he has

18  all sorts of things going on.

19      Q.    Yeah.  But the hypoglycemia was not a

20  factor in his death?

21      A.    No.  It wasn't?

22      Q.    What?

23      A.    No.  It wasn't.

24      Q.    It wasn't.  Okay.  And, in fact, I

FRANK J. BAKER, II, M.D., MAY 16, 2007

1  think that they did an AccuCheck later on, and

2  even three days later it was really not a major

3  problem as far as his health status or

4  contributing to his death, was it?

5      A.    That's true.

6      Q.    Okay.  And so we are talking about the

7  respiratory distress, the hypoxia was resolved,

8  and he was at room air one hundred percent when

9  Dr. Vaughn last saw him, and he was -- I mean,

10  basically his vitals were pretty much normal when

11  Dr. Vaughn last saw him, were they not?

12      A.    That's true.

13      Q.    So if, in fact -- would you not expect

14  if, in fact, they were normal and they returned

15  him to the hospital -- pardon me, returned him to

16  the jail, and if, in fact, anything

17  deteriorated -- I mean, it's reasonable for the

18  doctor to assume that the physicians at the jail

19  who were then overseeing his condition would react

20  appropriately and return him to the emergency room

21  if his condition deteriorated, right?

22      MR. CONNOR:   Ron, that's been asked and

23  answered.

24      MR. GUZIAK:   Asked and answered.   Okay.

FRANK J. BAKER, II, M.D., MAY 16, 2007

1    done what I think the standard of care requires,

2    that the patient wouldn't have gone on to

3    deteriorate and return on the 24th in the

4    condition that he was.

5        Q.    Okay.  But you indicated that -- in

6    fact, on the 24th you indicated that he still

7    could have been salvaged if, in fact, he had been

8    properly monitored, right?

9        A.    That's true, too.

10       Q.    What, if anything, given the situation

11   that Dr. Vaughn apparently found presenting to

12   himself that he requested admission of the patient

13   and then was told that by the hospital

14   administrator who was in charge of the admission

15   that he was not permitted to admit the patient,

16   what, if anything, could he have done or did do at

17   that point in time?

18       A.    Well, the problem is this:  The problem

19   is that he presented this only as a case of a

20   patient who may need a ventilator.

21            What he should have done is presented

22   this as a patient who is dehydrated, who needs to

23   be admitted for rehydration.

24            We do this all of the time.  We have