Mary R. Scott, et al. v. District of Columbia, et al.
United States District Court for the District of Columbia

05CV01853

Exhibit No. 10        Nursing Progress Notes



**Greater Southeast Community Hospital**
1310 Southern Avenue, S.E.
Washington, D.C. 20032

## Emergency Department Progress Notes

NOINFO, MAGBIE JONATHAN
M00933038  V00000515109
02/10/77  27       M  B
Phys: ILUYOMADE, ROTIMI A.
DOS: 09/24/04

IMPRINTER

| IV | IV | ☐ Seizure Precautions | Foley ___ | Accucheck # ___ |
|---|---|---|---|---|
| Time PTA | Time ___ | ☒ Cardiac Monitor @ 1000 | Time ___ | Time ___ |
| Site L PA | Site ___ | NG Tube ___ | By ___ | By ___ |
| Catheter size 20g | Catheter size ___ | Time ___ | Accucheck # 150 | Accucheck # ___ |
| By DC EMS | By ___ | By ___ | Time 1140 | Time ___ |
|  |  |  | By SP | By ___ |

### VITAL SIGNS

| Date/Time | Pain (0-10) | Temp. | Pulse | Resp | BP | FIO2 | Pulse Ox | Initial |
|---|---|---|---|---|---|---|---|---|
| 9/24 1150 | wo | 95 ax | 107 | 26 | 105/85 | RA | 100 | TRIAGE |
| 9/24 1245 | 0/10 | 96 | 108 | 24 | 132/85 | T-mask | 100% | SP |
| 9/24 1405 | 0/10 | — | 70 | 24 | 99/52 | 5L | 95% | SP |
|  | 0 | 95 | 80 | 20 | 64/54 | NRB | 92% | K |
| 1400 | — | — | 62 | 22 | 106/54 | NRB | 80 | K |
| 1445 |  |  |  |  | 82/16 | NRB | 50 | K |

### INTAKE/IV FLUIDS

| TIME STARTED | TYPE/VOLUME/RATE | SIG. | DATE/TIME INFUSED | SIG. |
|---|---|---|---|---|
| 1140 | 1 L NS @ 125 ml/hr | SP | 9/24/04 1435 | KM |
| 1415 | 1 L NS @ 125 cc/hr | KM |  |  |

### OUTPUT

| TIME | TYPE | AMOUNT | SIG. |
|---|---|---|---|

### ED MEDICATIONS

| Date/Time | Medication | Amount | Route/Site | By |
|---|---|---|---|---|
| 9/24 1140 | NARCAN | 2mg | IV | (sig) |
| 9/24 1140 | THIAMINE | 100mg | IV | (sig) |
| 9/24 1325 | LEVAQUIN | 500mg | IV | Asnander |

RI 0029