Mary R. Scott, et al. v. District of Columbia, et al.
United States District Court for the District of Columbia

05CV01853

Exhibit No. 12          Autopsy Report of Jonathan Magbie



# Government of the District of Columbia
## Office of the Chief Medical Examiner

### AUTOPSY REPORT

**CASE NUMBER:** 04-2339

**NAME OF DECEDENT:** JONATHAN MAGBIE

**AGE:** 27 YEARS    **RACE:** BLACK    **GENDER:** MALE

**DATE OF DEATH:** SEPTEMBER 24, 2004    **AUTOPSY DATE:** SEPTEMBER 25, 2004

**AUTOPSY PERFORMED BY:** MARIE-LYDIE Y. PIERRE-LOUIS, MD

**FINAL DIAGNOSES**

I.  Remote Blunt Impact Trauma
    A.  Fracture of cervical spine and injury to cervical cord
        1.  Cystic formation upper cervical cord
        2.  Quadriplegia
        3.  Respiratory insufficiency
            a)  Acute respiratory failure following dislodgement of tracheostomy tube

II. Acute Bronchopneumonia

III. Hypertensive Cardiovascular Disease
    A.  Cardiomegaly
    B.  Benign nephrosclerosis

**CAUSE OF DEATH:** ACUTE RESPIRATORY FAILURE FOLLOWING DISLODGEMENT OF TRACHEOSTOMY TUBE PLACED FOR TREATMENT OF RESPIRATORY INSUFFICIENCY DUE TO REMOTE UPPER CERVICAL SPINAL CORD INJURY WITH QUADRIPLEGIA DUE TO BLUNT IMPACT TRAUMA

**MANNER OF DEATH:** ACCIDENT

04-2339  
JONATHAN MAGBIE                                            Page 2 of 5

---

## EXTERNAL EXAMINATION

The body is presented nude. The body is that of a normally developed black male appearing the stated age of 27. The extremities are in flexion contraction and there is deviation of the torso to the right (scoliosis). The body weighs 90 pounds and is 50 inches tall. The scalp hair is black, curly, ¼ inch in length. The irides are brown. The palpebral conjunctivae are pale and show no petechial hemorrhages. The external nares and auditory canals are patent. The mouth contains natural teeth in a fair state of repair. Facial hair consists of black mustache, black beard, braided, and short goatee. The neck shows no furrows and no finger markings. The abdomen is flat. The external genitalia are those of a normally developed, circumcised, adult male. Rigor mortis is fully developed in the cold body. Livor mortis is posterior and purple.

## SCARS/TATTOOS

Several scars are noted over the chest measuring from 3½ to 5 inches, the hips, the back, the buttocks and the upper and lower extremities. A 1 x ½ inch ovoid depressed scar is present over the occipital region of the head. The posterior surface of the neck shows a stellate scar left of the midline that is continued across the spine and to the right of it. A vertical surgical scar extends from the occipital region over the posterior surface of the neck along the cervical spine. Several scars are present over the extremities. A wide partially healing lesion is present on the right side of the back.

Numerous complex tattoos are present: over the lower eyelids, blue, representing teardrops (2 each); over the anterior surface of the chest, multicolored, representing a mask and the inscription "JAMES"; over the left arm, multicolored, mask and flames and the inscription "PAIN"; over the dorsal surfacee of the left forearm, palm tree and flames, and the inscription "TOL" and "BE STRONG"; over the right arm, black dog and the inscription "RIP" and three illegible letters; and over the anterior surface of the right forearm, the inscription "THUG" and a gun.

## MEDICAL TREATMENT

An endotracheal tube is inserted through the tracheostomy incision. The incision shows healing borders. The tube is followed above the carina. The mucosal lining of the treachea below the tracheostomy site is polypoid. Electrocardiographic pads are present over the torso. A "loaner transmitter" in a black bag is lying over the body. A 1 inch suprapubic incision is present with a tan drain attached to a collection bag with a small amount of light yellow urine. There is an intravascular access line at the left

04-2339                                                                                      Page 3 of 5
JONATHAN MAGBIE

forearm. Two subcutaneous leads are followed to the pleural surface of the left upper pulmonary lobe. One right subcutaneous lead is followed to the pleural surface of hilar region of the right lung. There has been reparative surgical intervention of the cervical spine with scarring and metallic sutures present.

## DESCRIPTION OF INJURIES

There is a scar to the occipital region of the head with shaving of the calvarial surface of the skull and 5 x 2 x 1 cm cortical defect of the inferior surface of the right cerebellar lobe.

There is also a scar to the neck with reparative surgery to the cervical spine and scar with cystic formation of the upper cervical cord (C1-C3).

## INTERNAL EXAMINATION

BODY CAVITIES: They contain neither effusion nor hemorrhage. The internal organs have their usual anatomic relationships.

CARDIOVASCULAR SYSTEM: The heart weighs 320 grams. The coronary arteries arise normally, follow normal courses, and display no significant atherosclerotic changes. Serial coronal sections through the myocardium reveal neither old scars nor recent infarcts. The left ventricular myocardium is 1 cm thick. The left ventricular cavity measures 2.5 x 3 cm. The cardiac valves and chambers are unremarkable. The aorta is of usual circumference throughout its length. The abdominal aorta shows a few patchy atherosclerotic plaques.

RESPIRATORY SYSTEM: The combined weight of the lungs is 800 grams. The external surface is smooth. On section, the pulmonary parenchyma is mildly edematous and shows no foci of consolidation. There are no mucus plugs of the small or the large airways. The mucosal lining of the airways is congested and bloody mucoid material of a small amount is present in the main bronchi. There are no pulmonary emboli.

HEPATOBILIARY SYSTEM: The liver weighs 1150 grams. Its borders are sharp. Its capsule is intact. On section, the parenchyma is dark brown and shows no fibrotic and no cirrhotic changes. The gallbladder contains approximately 30 cc of thick green bile. No stones are found.

PANCREAS: The pancreas is grossly unremarkable.

04-2339    Page 4 of 5
JONATHAN MAGBIE

GASTROINTESTINAL SYSTEM: The stomach contains approximately 200 cc of bloody fluid in which neither tablets nor pills are found. After washing, the esophageal, gastric and duodenal mucosae present neither ulcers nor tumors but are congested. The small bowel mucosa is also congested and its content is blood stained up to the cecum. The colorectal mucosa is unremarkable. There is no blood in the colon.

GENITOURINARY SYSTEM: The combined weight of the kidneys is 310 grams. Their capsules strip with slight difficulty to reveal coarsely granular cortical surfaces. On section, the corticomedullary tissue and the calyceal system are unremarkable, bilaterally. The ureters follow normal courses and open into the bladder which is empty. Prostate is grossly unremarkable. The testes are atrophic.

HEMIC AND LYMPHATIC SYSTEMS: The spleen weighs 130 grams.

ENDOCRINE SYSTEM: The pituitary, thyroid, and adrenal glands are unremarkable.

NECK: Sections through the tongue reveal no focal contusion. The neck is dissected in a layer-by-layer fashion. There are no focal hemorrhages of the strap muscles of the neck nor of the intrinsic muscles of the larynx. The hyoid bone, the thyroid and the cricoid cartilages are intact. The larynx is opened posteriorly. The laryngeal mucosa below the tracheostomy and above the carina is focally polypoid. The vocal cords are thin and pliable.

HEAD AND CENTRAL NERVOUS SYSTEM: The scalp is reflected in the usual manner. There are no focal subcutaneous nor subaponeurotic hemorrhages. Upon opening the skull, no epidural, subdural nor subarachnoid hemorrhages are noted. After stripping the dura off the base of the skull and off the calvarium, no fracture lines are found. The brain weighs 1340 grams. Serial coronal sections through the cerebral hemispheres, serial transverse sections through the brainstem and the cerebellum reveal no other abnormalities.

MUSCULOSKELETAL SYSTEM: The skeleton is intact. The red-brown musculature is unremarkable. There is scoliotic deviation of the thoracolumbar spine.

## MICROSCOPIC EXAMINATION

Lungs: Acute bronchopneumonia. Passive congestion.

Section of Trachea (Polypoid Region): Granulation tissue with acute and chronic inflammatory infiltrate and focal recent hemorrhage.

04-2339                                                                                            Page 5 of 5
JONATHAN MAGBIE

---

Liver: Congested sinusoids. Some hepatocytes contain brown pigment.

Kidney: Few sclerotic glomeruli. Congested blood vessels. Arteriosclerosis.

Heart: Mild perivascular and interstitial fibrosis.

**TOXICOLOGIC EXAMINATION**

Samples of blood, bile, urine, vitreous fluid, gastric contents and sections of liver and brain are submitted.


_____                    12.07.04
Marie-Lydie Y. Pierre-Louis, MD                      Date Signed
Deputy Medical Examiner


MPL:vnv



# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## OFFICE OF THE CHIEF MEDICAL EXAMINER
1910 Massachusetts Avenue, S.E., Bldg. 27
Washington, D.C. 20003

Toxicology Laboratory

## TOXICOLOGY REPORT

### CASE IDENTIFICATION

| | | | |
|---|---|---|---|
| Agency: | OCME | Report Date: | 10-06-2004 |
| Agency Number: | 04-02339 | Toxicology Number: | TX04-0922 |
| Name: | MAGBIE, Jonathan | ME: | MPL |

### SPECIMEN(S) RECEIVED
Subclavian blood (2), heart blood (2), urine, bile, vitreous, liver, brain, gastric
Date Received:     09-28-2004

### RESULTS

Subclavian blood and vitreous were analyzed by headspace gas chromatography for the presence of ethanol, acetone, methanol, and isopropanol. The following volatile(s) were detected:
**Acetone**            Blood 0.010 g/100 mL            Vitreous 0.012 g/100 mL

Subclavian blood was screened by enzyme immunoassay for the presence of amphetamines, barbiturates, benzodiazepines, cocaine metabolites, methadone, methamphetamines, opiates, phencyclidine and propoxyphene. The following drug(s) were detected:
**Blood was presumptive positive for *benzodiazepines* and *cannabinoids*[1]**

Subclavian blood was screened by gas chromatography-mass spectrometry for the presence of basic drugs. The following drug(s) were detected:
**Diazepam**
**Nordiazepam**
**Atropine**

RORY M. DOYLE, M.Sc.
Deputy Chief Toxicologist, OCME

FIONA J. COUPER, Ph.D.
Chief Toxicologist, OCME

---

[1] Confirmation of the cannabinoid presumptive positive was not performed.