UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**MARY R. SCOTT,**

    **Plaintiff,**

v.   No. 05-cv-1853 (RWR)

**DISTRICT OF COLUMBIA, et al.,**

    **Defendants.**

---

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO POTENTIALLY DISPOSITIVE MOTIONS

On February 20, 2008, Defendants filed a motion for summary judgment and Defendant Vaughn also filed a separate motion for summary judgment. For the reasons set forth in the attached memorandum, and pursuant to Fed. R. Civ. P. 6(b)(1), Plaintiff requests an extension of time to respond to those motions until March 25, 2008.

    Respectfully Submitted,

    s/ ELIZABETH ALEXANDER
    Elizabeth Alexander, D.C. Bar No. 412904
    National Prison Project of the ACLU Foundation
    915 15th Street, NW, 7th Floor
    Washington, DC 20005
    202-393-4930

    Donald M. Temple, D.C. Bar No. 408749
    Temple Law Office
    1229 15th Street, NW
    Washington, DC 20005
    202-628-1101

                                          Edward J. Connor, D.C. Bar No. 321505
                                          5210 Auth Road, Suite 304
                                          Camp Springs, MD 20746
                                          301-899-7801

                                          Arthur B. Spitzer, D.C. Bar No. 235960
                                          American Civil Liberties Union
                                            of the National Capital Area
                                          1400 20th Street, NW, Suite 119
                                          Washington, DC 20036
                                          202-457-0800

Dated: February 25, 2008