UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M<small>ARY</small> R. SCOTT,

      **Plaintiff,**

v.                                                                          No. 05-cv-1853 (RWR)

**DISTRICT OF COLUMBIA, et al.,**

      **Defendants.**

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO POTENTIALLY DISPOSITIVE MOTIONS**

On February 20, 2008, Defendants, after being allowed a forty-five day extension of time, filed two motions for summary judgment, one on behalf of Defendant Vaughn, and one on behalf of both Defendants. These motions involve hundreds of pages of arguments and associated exhibits, and Plaintiff cannot fairly review the extensive factual record and respond to Defendants' factual and legal arguments by March 3, 2008, when ordinarily a response to these motions would be due. Plaintiff's counsel Edward Connor attempted to reach Defendants' counsel Thomas V. Monahan, Jr., on February 21, 2008 and February 25, 2008, to attempt to determine whether Defendants would agree not to oppose an extension of time. As of the time this motion was filed, Defendants had not responded. Accordingly, Plaintiff requests an extension of time to respond until March 25, 2008.

                          Respectfully submitted,

                          *s/ Elizabeth Alexander*
                    Elizabeth Alexander, D.C. Bar No. 412904
                    National Prison Project of the ACLU Foundation
                    915 15th Street, NW, 7th Floor
                    Washington, DC 20005
                    202-393-4930

                    Donald M. Temple, D.C. Bar No. 408749 Temple Law Office  1229 15th Street, NW  Washington, DC 20005
                    202-628-1101

                    Edward J. Connor, D.C. Bar No. 321505
                    5210 Auth Road, Suite 304  Camp Springs, MD 20746  301-899-7801

                    Arthur B. Spitzer, D.C. Bar No. 235960
                    American Civil Liberties Union     of the National Capital Area 1400 20th Street, NW, Suite 119  Washington, DC 20036
                    202-457-0800

                    Counsel for Plaintiff

Dated:  February 25, 2008