UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

MARY R. SCOTT,

      **Plaintiff,**

v.                                                  No. 05-cv-1853 (RWR)

**DISTRICT OF COLUMBIA, et al.,**

      **Defendants.**

_____

**ORDER**

Upon consideration of the Plaintiff's motion for additional time until March 25, 2008, to respond to Defendants' potentially dispositive motions filed February 20, 2008, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that Plaintiff shall file her responses to Defendants' potentially dispositive motions by March 25, 2008.

Dated:_____, 2008

                                                               _____
                                                                RICHARD W. ROBERTS
                                                                 UNITED STATES DISTRICT JUDGE