UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

M<small>ARY</small> R. SCOTT,

    **Plaintiff,**

v.                                                                No. 05-cv-1853 (RWR)

DISTRICT OF COLUMBIA, et al.,

    **Defendants.**

## NOTICE

PLEASE TAKE NOTICE that Defendants' counsel Thomas V. Monahan, Jr., has consented to Plaintiff's Motion for Extension of Time to Respond to Potentially Dispositive Motions, Feb. 25, 2008 (Dkt. No. 169).

    Respectfully submitted,

    *s/ Elizabeth Alexander*
    Elizabeth Alexander, D.C. Bar No. 412904
    National Prison Project of the ACLU Foundation
    915 15th Street, NW, 7th Floor
    Washington, DC 20005
    202-393-4930

    Donald M. Temple, D.C. Bar No. 408749
    Temple Law Office
    1229 15th Street, NW
    Washington, DC 20005
    202-628-1101

    Edward J. Connor, D.C. Bar No. 321505
    5210 Auth Road, Suite 304
    Camp Springs, MD 20746
    301-899-7801

                                      Arthur B. Spitzer, D.C. Bar No. 235960 \
                                      American Civil Liberties Union
of the National Capital Area
1400 20th Street, NW, Suite 119
Washington, DC 20036
202-457-0800

Counsel for Plaintiff

Dated: February 26, 2008