# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

**MARY R. SCOTT,**

       **Plaintiff,**

**v.**                                           **No. 05-cv-1853 (RWR)**

**DISTRICT OF COLUMBIA,** *et al.*,

       **Defendants.**

---

## ORDER

Upon consideration of the Motion for Partial Summary Judgment as to Civil Rights Claims filed by William S. Vaughn, MD and Rotimi A. Iluyomade, MD, Defendants, as well as Plaintiff's Opposition thereto, it is, this _____ day of_____, 2008, by the United States District Court for the District of Columbia,

    ORDERED, that the Motion for Partial Summary Judgment is denied.


_____                    _____
Date                                       Richard W. Roberts, HON. UNITED
                                           STATES DISTRICT JUDGE

1