**Mary R. Scott, et al. V. District of Columbia, et al.**
**United States District Court for the District of Columbia**

**05CV01853**

**Exhibit No. 1**

Kevin R. Cooper, MD

Page 1

1          IN THE UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF COLUMBIA

2                    Civil Division

3     _____

4     MARY SCOTT, Individually

      and As Personal Representative

5     of the Estate of

      JONATHAN MAGBIE,

6

                    Plaintiff,

7

                 v.              Case No. 1:05-CV-01853

8

      DISTRICT OF COLUMBIA,

9     et al.,

10                 Defendants.

      _____

11

12

13                 DEPOSITION OF

14              KEVIN R. COOPER, M.D.

15            10:00 a.m. - 12:45 p.m.

16                 May 21, 2007

17              Richmond, Virginia

18

19

20                 Job #181058

21

22     REPORTED BY:  Joseph C. Spontarelli, CCR

Kevin R. Cooper, MD

**Page 2**

1
2    Deposition of KEVIN R. COOPER, M.D.,
3    taken by and before Joseph C. Spontarelli, Notary
4    Public in and for the Commonwealth of Virginia at
5    large, pursuant to Federal Rules of Civil
6    Procedure and by notice or agreement to take
7    depositions; commencing at 10:00 a.m. at Virginia
8    Commonwealth University Medical Center, 1200 East
9    Marshall Street, Richmond, Virginia.
10
11   APPEARANCES:
12
13   EDWARD J. CONNOR ATTORNEY AT LAW
     By:  Edward J. Connor, Esquire
     5210 Auth Road
14   Suite 304
     Camp Springs, Maryland 20746
15   (301)899-7801
     edconn1952@juno.com
16   On behalf of the Plaintiff
17
18   BONNER, KIERNAN, TREBACH & CROCIATA, LLP
     By:  Ronald G. Guziak, Esquire
19   1233 20th Street, NW
     Suite 800
20   Washington, D.C. 20036
     (202)712-7000
21   rguziak@bktc.net
22   On behalf of the Defendants

**Page 3**

1
2
3        INDEX TO WITNESS
4
5    Witness          Examined By        Page
6    Kevin R. Cooper, M.D.    Mr. Guziak        5
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

**Page 4**

1
2
3        INDEX TO EXHIBITS
4
     Exhibit No.      Description        Page
5
6    Cooper No. 1     CV                 6
7
8    Cooper No. 2     Medical Records    6
9    Cooper No. 3     Medical Records    7
10
11   Cooper No. 4     Opinion Letter     7
12   Cooper No. 5     Letter dated       12
13                    April 17, 2007
14   Cooper No. 6     Letter dated       12
15                    May 15, 2007
16   Cooper No. 7     Office of The      12
                      Inspector General
17                    Special Report
18   Cooper No. 8     Dept. of Corrections    30
                      Records
19
20   Cooper No. 9     Testimony Listing  100
21
22

**Page 5**

1        P R O C E E D I N G S
2              10:00 a.m.
3
4        KEVIN R. COOPER, M.D.,
5    was sworn or affirmed and testified as follows:
6
7    BY MR. GUZIAK:
8        Q   Can you give us your full name and your
9    professional address for the record, please?
10       A   I'm Dr. Kevin Cooper.  My address is
11   1200 East Broad Street.  My office is on the 10th
12   floor, Room 308 at the Medical College of
13   Virginia.
14       Q   I have been brought into a case late
15   representing Dr. Vaughn and Dr. Ilouyomade.  They
16   are two emergency room physicians that were
17   involved on the 20th and 24th of September with
18   regards to Mr. Magbie's care on those two dates at
19   Greater Southeast Community Hospital.
20       The questions over the next couple of
21   hours will be directed toward both those two
22   doctors and both time periods.  I think you have

2 (Pages 2 to 5)

ESQUIRE DEPOSITION SERVICES
MD 1-800-539-6398

Kevin R. Cooper, MD

Page 6

1  all of the records for the emergency room care and
2  treatment on the 20th and on the 24th, right?
3      A    Yes.
4      Q    I brought packets that just contain
5  those.
6      MR. CONNOR:  Do you need the Bates
7  copies?  I have an extra set.
8  BY MR. GUZIAK:
9      Q    Doctor, let me provide you with records
10  we've marked as WmVa for William Vaughn for the
11  emergency room care and treatment records relating
12  to the September 20th visit.  We can mark this.
13
14      (Cooper Exhibit Nos. 1 and 2 Marked for
15  Identification.)
16
17      MR. GUZIAK:  For Exhibit 3 we'll mark
18  the records designated as RI and those are the
19  emergency room records for Greater Southeast
20  Community Hospital for the 24th of September.
21
22

Page 7

1      (Cooper Exhibit No. 3 Marked for
2  Identification.)
3
4      MR. GUZIAK:  I'll return them to you,
5  Doctor, for your use as you see fit.
6      The other thing we'll mark is your
7  report.  It's a two-page report dated September 5,
8  2006.  We'll mark this as Exhibit No. 4.
9
10      (Cooper Exhibit No. 4 Marked for
11  Identification.)
12
13  BY MR. GUZIAK:
14      Q    Doctor, referring to Exhibit No. 4 have
15  you amended or intend to add to any of the
16  opinions that are set forth in Exhibit No. 4 dated
17  September 5, 2006?
18      A    No.
19      Q    That report was sent to a Ms.
20  Vroustouris and she works for LeClair Ryan in
21  Alexandria, Virginia.  When did you first get
22  retained by that firm?

Page 8

1      A    I don't remember exactly.  It was a few
2  months before the report was produced.  Perhaps
3  July of '06.
4      Q    They represented what parties in this
5  litigation?
6      A    They represented the correctional
7  institution.  I'm not sure what entity legally she
8  represented because I'm not sure that there was
9  one entity that was responsible for Mr. Magbie's
10  care while he was incarcerated.
11      What she asked me was about the
12  behavior of the healthcare providers during the
13  time that Mr. Magbie was in the custody of the
14  D.C. Jail.
15      Q    I haven't been in this case as long as
16  Mr. Connor but I think that LeClair Ryan
17  represented Corrections Corporation of America.
18  Do you know what medical care providers
19  Corrections Corporation of America provided to
20  Mr. Magbie and when?
21      A    He was seen by nurses in the location
22  where he was incarcerated between the two

Page 9

1  emergency room visits.  There was a doctor who was
2  responsible for writing orders and looking after
3  his medical care.  I don't recall their names.
4      Q    What were you sent initially by counsel
5  for CCA to review?
6      A    It was the complaint, medical records
7  from Greater Southeast Community Hospital from
8  September 20th and September 24th, emergency room
9  visits, there was an autopsy report, there were
10  CCHPS records from D.C. Jail and the CTF record
11  pertaining to September 20th to the 24th.
12      I also read deposition transcripts from
13  Dr. Vaughn and from Dr. Ilouyomade and also Dr.
14  Malekghasemi.
15      Q    Is Dr. Malekghasemi an employee of CCA?
16      A    I don't remember.
17      Q    Did you receive a copy of the internal
18  investigation report that was done by the District
19  of Columbia concerning the DOC Internal Affairs'
20  investigative report?
21      A    I did receive some investigative
22  reports.  I'm not sure if I received the one

3 (Pages 6 to 9)

Kevin R. Cooper, MD

Page 10

1  you're referring to.
2      On my report to Ms. Vroustouris I
3  listed the documents that I read which she had
4  sent to me. After her client was dismissed from
5  the suit I destroyed those records. I don't
6  remember, other than what I've written in this
7  report, what all they included.
8      Subsequently Mr. Connor contacted me
9  and asked me if I would be a witness for his
10  client and he provided me a new set of records.
11  Q   When were you contacted by Mr. Connor?
12  A   Approximately two months ago.
13  Q   All the documentation that you have
14  presently for this deposition comes from Mr.
15  Connor, right?
16  A   Yes, that's right.
17      I see here Mr. Connor provided me with
18  copies of his letters to me. The first letter
19  providing information was dated April 17th of this
20  year. Prior to that there had been a phone call
21  asking me if I'd agree to review these records and
22  be a witness for him.

Page 11

1      MR. GUZIAK: Ed, you can see what that
2  letter says. I'm sure it doesn't say anything
3  that would be privileged. I just want to get an
4  idea of what documents he has received. I don't
5  need to go through each of them.
6      MR. CONNOR: They're all itemized. Do
7  you want him to read them into the record?
8      MR. GUZIAK: Yes. Let's mark that as
9  Exhibit No. 5, I guess, so we know what we have
10  reviewed.
11      THE WITNESS: Mr. Connor sent me my own
12  narrative report that I had prepared September 5,
13  2006, the hospital records from the emergency room
14  visits at Greater Southeast Community Hospital
15  from September 20th and September 24th of 2004,
16  the CCHPS Jail medical record from the 20th
17  through the 24th of September, the autopsy report
18  from the District of Columbia medical examiner,
19  the report of the District of Columbia Department
20  of Health that's dated November 8, 2004 and
21  deposition transcripts of Dr. Vaughn and Dr.
22  Ilouyomade.

Page 12

1      Subsequently on May 15th he sent me
2  reports prepared by Dr. Frank Baker, Dr. Jeffrey
3  Smith, Dr. Philip Buttaravoli and Dr. Roger Johns.
4      There is also a summary of special
5  report date.
6      D October 2005 titled Quality of Care
7  Issues Related to the Custody of Jonathan Magbie
8  and this is a document of the government of the
9  District of Columbia Office of the Inspector
10  General.
11      MR. GUZIAK: Let's mark the summary as
12  Exhibit 7.
13
14      (Cooper Exhibit Nos. 5, 6 and 7 Marked
15  for Identification.)
16
17  BY MR. GUZIAK:
18  Q   When was the first time you got the
19  Summary of Special Report regarding the Quality of
20  Care Issues Regarding the Custody of Jonathan
21  Magbie?
22  A   That was quite recently; just within

Page 13

1  the last couple of weeks. I just read it for the
2  first time over the weekend.
3  Q   Were you aware of any of those findings
4  and conclusions prior to writing your initial
5  report on September 5, 2006?
6  A   There are many findings within that
7  report and I was aware of some and not aware of
8  others.
9  Q   Was there new information in there
10  which caused you to be concerned about the opinion
11  that you rendered initially in your September 5,
12  2006 report with regards to a lack of liability as
13  to LeClair Ryan's client CCA?
14  A   No, it did not make me change my
15  opinion.
16  Q   Did CCA render any of the care to
17  Mr. Magbie that was rendered at the CTF, if you
18  know?
19  A   I'm afraid I'm not clear about the
20  legal entities involved who were all the employees
21  of the healthcare providers. I'd be happy to talk
22  about the healthcare providers and what they did,

4 (Pages 10 to 13)

Kevin R. Cooper, MD

Page 14

1  but all these initials have me kind of confused.
2      MR. CONNOR:  Off the record.
3
4      (Discussion off the record.)
5
6  BY MR. GUZIAK:
7      Q    We've had a discussion about who might
8  be in fact the employee representatives of CCA and
9  apparently the only one that would be of relevance
10  in this case would be Patricia Singley who was one
11  of the guards at the facility.  Were you aware of
12  that?
13      A    I was not aware of that.
14      Q    Do you know anything about what
15  Patricia Singley did?
16      A    No.
17      Q    After reading the special report which
18  is marked as Exhibit 7 concerning the quality of
19  care issues related to Magbie do you have an
20  opinion as to whether in fact the care that was
21  rendered by the medical care providers at the CTF
22  and the D.C. Jail in fact was a violation of the

Page 15

1  medical standard of care for Mr. Magbie?
2      A    There were no errors made by those
3  providers that were responsible for Mr. Magbie's
4  death, and that was the opinion that I stated in
5  my report to Ms. Vroustouris.
6          The report certainly cites errors of
7  documentation and noncompliance with policy that
8  they found in their review of all of the care that
9  was provided and I don't dispute the things that
10  they found.  My aim in reviewing the records was
11  to determine why did Mr. Magbie die and whose
12  decision making and care was responsible for his
13  death and how might his death have been averted.
14      Q    You understand between the time Dr.
15  Vaughn saw Mr. Magbie and the time Dr. Ilouyomade
16  saw Mr. Magbie he was sent back to the D.C. Jail
17  and received all his medical care and treatment
18  for three days while at the D.C. Jail, correct?
19      A    Yes.
20      Q    Do you agree that in fact if there were
21  orders that he should have been taken care of in a
22  certain way because of his quadriplegia and

Page 16

1  because of his respiratory or ventilating problems
2  that those orders should have been followed?
3      A    Sure.
4      Q    Are you aware of the fact that when he
5  returned to the jail on the 20th there were
6  certain orders issued by a Dr. Nwosu?  Did you
7  ever hear of that doctor?
8      A    I don't recall his name.
9      Q    Does that refresh your recollection
10  reviewing the records concerning Dr. Nwosu?
11      A    I don't remember his name.
12      Q    I'm reading from the District of
13  Columbia Internal Affairs' Investigative Report
14  page 13 that Dr. Nwosu issued an order on Sunday
15  after evaluating Jonathan Magbie at the CTF and
16  based on that medical examination Magbie was
17  admitted to Medical Unit 82.  The following orders
18  given by Dr. Nwosu were documented on Magbie's MAR
19  as well as his EMR.  I guess that's his electronic
20  medical record.
21      A    Yes.
22      Q    It says suction patient's tracheotomy

Page 17

1  every eight hours.  Given the fact he had a
2  tracheostomy tube and had just been returned to
3  the jail and in fact apparently had an issue with
4  regard to ventilation and being ventilated at
5  night would you not agree that that would have
6  been an appropriate order for the doctor at the
7  CTF to issue to the medical staff and the nurses
8  who were taking care of Mr. Magbie?
9      A    Yes, it's an appropriate order.
10      Q    It says check patient's oxygen level
11  every shift.  That, too, would be an appropriate
12  order, would it not?
13      A    Yes.
14      Q    Check patient every 30 minutes -- that
15  would also be appropriate to see how he was doing
16  and make sure he's not in respiratory distress,
17  his tube didn't come out, anything of that nature,
18  correct?
19      A    Yes, that's an appropriate order.
20      Q    Probably should take vitals every 30
21  minutes or at least every shift.
22      A    Taking vitals on a regular basis is

Kevin R. Cooper, MD

Page 18

1  part of the routine care. The doctor would
2  ordinarily write down how often he wanted the
3  vital signs taken. It wouldn't be necessarily
4  included with every check every 30 minutes.
5      Q    If in fact that order was given and in
6  looking at it now in hindsight you would agree
7  that was an appropriate order and reasonable for
8  the care and treatment of Mr. Magbie at the CTF
9  after he was returned on September 21, 2004,
10 correct?
11     A    Yes.
12     MR. CONNOR:  Which order?
13     MR. GUZIAK:  The order of Dr. Nwosu.
14     MR. CONNOR:  There were multiple
15 orders.
16     MR. GUZIAK:  The one that indicated
17 suction patient's tracheotomy every eight hours,
18 check patient's oxygen level every shift, check
19 patient every 30 minutes, transfer patient via
20 ambulance to the Greater Southeast Community
21 Hospital in case of signs of serious breathing
22 difficulty after consulting with covering

Page 19

1  physician.
2      MR. CONNOR:  Okay.
3  BY MR. GUZIAK:
4      Q    Would you agree in light of the
5  breathing problems that he had initially on the
6  20th which brought him initially to Greater
7  Southeast Community Hospital to see Dr. Vaughn
8  that upon his return that it would have been
9  appropriate for an order to be issued that if in
10 fact he showed any further signs of breathing
11 difficulty or problems he would be returned to the
12 emergency room?
13     A    A nurse who observed signs of breathing
14 problems might take a variety of actions depending
15 on what the sign was. If it was immediate
16 distress that could be resolved by suctioning she
17 would have suctioned. If it was a drop in the
18 oxygen saturation she might suction him. If it
19 seemed that secretions were a problem she might
20 administer oxygen. If suctioning did not resolve
21 the problem she might call the physician at her
22 own facility to ask him to come examine the

Page 20

1  patient or she might call for an ambulance to
2  return the patient to the hospital immediately
3  depending on the nature of the problem.
4      Q    Clearly if in fact he was
5  non-responsive and in severe respiratory distress
6  that should have prompted him to be returned to
7  the emergency room, correct?
8      A    Yes; in addition to providing the
9  immediate care of suctioning, oxygen and
10 resuscitative bag.
11     Q    In fact, he wasn't suctioned and given
12 a -- I think the word is trach toilet.
13     A    That is one term that can be applied to
14 endotracheal suctioning, yes. At what time do you
15 mean?
16     Q    After he was returned to the CTF on the
17 21st there's no record of him having a trach
18 toilet done on a regular basis or at least every
19 eight hours as ordered. Would you agree that that
20 would have been not only a violation of orders but
21 could have resulted in an obstruction of mucus
22 build-up in his airway?

Page 21

1      A    Yes, that is possible.
2      Q    And that would in fact result in what
3  type of symptoms?
4      A    If mucus built up Mr. Magbie might find
5  it difficult to breathe and his oxygen level might
6  go down, his carbon dioxide level might go up, he
7  might have impaired consciousness, he might be
8  coughing or showing some signs of rudimentary
9  cough given his level of paralysis.
10     Q    If in fact any of those signs or
11 symptoms appeared or showed themselves to the
12 nurses during the period of the 21st through the
13 24th that, according to the order that was issued,
14 should have prompted the nurse to seek further
15 medical care and treatment or have him
16 transferred.
17     A    Yes. All of the things I mentioned did
18 actually occur on the 24th and at that time the
19 nurse did suction, gave oxygen, resuscitative bag
20 was attached to the tracheostomy tube and he was
21 given some breaths and they did some in the
22 ambulance to take him back to the hospital.

6 (Pages 18 to 21)

Kevin R. Cooper, MD

Page 22

1  Q    Do you see any indication that
2  Mr. Magbie was ever placed on a ventilator between
3  the 21th and the 24th?
4  A    No.
5  Q    Do you see any indication that he was
6  ever provided the use of a nasal canula after he
7  returned to the CTF?
8  A    I don't believe he received a nasal
9  canula but he did receive supplemental oxygen.
10  There is a record of receiving four liters of face
11  mask oxygen.
12  Q    Where was this, at the CTF?
13  A    Yes.  That refers to a note by Janice
14  Herring Long, R.N. on the 24th at 10:12 a.m.
15  Q    You would agree though, at least for
16  purposes of ventilating this patient at night,
17  that he should have been at least on a nasal
18  canula during the night while he was incarcerated
19  at the jail between the 21st and 24th.
20  A    No, not necessarily.  The provision of
21  oxygen would be appropriate if they checked his
22  oxygen saturation with a pulse oximeter and found

Page 23

1  it to be low.  They had checked his pulse oximetry
2  and found it to be in the normal range prior to
3  that episode on the 24th.
4  Q    So his pulse ox was in the normal range
5  from the 21st through the 24th at the CTF?
6  A    It was checked.  Would you like me to
7  go through the record and mention every time it
8  was checked?
9  Q    I'm just trying to determine whether it
10  was checked, first of all.  Two, whether in fact
11  it was checked regularly as it was ordered.
12  A    It was checked on the 20th and again on
13  the 21st.
14  Q    What was it on the 21st?
15  A    On the 21st at 8:44 a.m. it's recorded
16  as 98 percent.
17  Q    98 percent at 8:44 a.m. on the 21st?
18  A    Yes.  On the 23rd it was 95 percent.
19  Q    Do you see any record it was ever
20  checked between 8:00 a.m. on the 21st and the
21  23rd?
22  A    No.

Page 24

1  Q    On the 21st at 8:44 a.m., I believe,
2  that's approximately the time he returned directly
3  from his care at the Greater Southeast Community
4  Hospital Emergency Room, right?
5  A    Excuse me.  That was 8:44 p.m. at the
6  time when the pulse oximetry was 98 percent.
7  Q    That would be the evening after he
8  returned from seeing the emergency room staff at
9  Greater Southeast, right?
10  A    That's correct.
11  Q    And then the next entry is on the 23rd
12  and it's 95, is that right?
13  A    Yes.
14  Q    Is that on room air or is that with
15  assistance?
16  A    That's on room air.
17  Q    What time is that?
18  A    7:45 a.m.
19  Q    Is there any other entry?
20  A    On the 24th at 7:45 a.m. the oxygen
21  saturation was 96 percent.  That's also on room
22  air.

Page 25

1  Q    Do you see any indication in the
2  records that he was placed on a nasal canula at
3  anytime between the 21st and his return to the
4  emergency room on the 24th?
5  A    No, he was not placed on nasal canula.
6  As I mentioned, he did receive oxygen by using a
7  an oxygen mask and that was after he was found in
8  distress at approximately 8:40 a.m. on the morning
9  of the 24th.
10  Q    At that time was he not found by
11  Patricia Singley, the guard, in distress?
12  A    This note is recorded by Janice Herring
13  Long, R.N.  I don't know if Miss Singley was also
14  involved in that incident.
15  Q    If in fact the records reflect that he
16  was locked in his cell without any nasal canula or
17  without being checked or without being given a
18  trach toilet throughout the evening of the 24th
19  would you agree that that would not have been
20  within the orders that were provided and given by
21  Dr. Nwosu?
22  A    What that would mean is that the record

Kevin R. Cooper, MD

Page 26

1  does not reflect that the orders were followed.
2  It's possible that the nurses provided the care
3  and did not document it or it's possible that they
4  assessed the patient and decided that he didn't
5  need suctioning because they examined him and they
6  did not detect signs that suctioning was needed.
7      Q   Before you rendered this report of
8  September 5, 2006 did you ever hear the name
9  Patricia Singley?
10     A   No.
11     Q   I take it then you never received any
12 records and was never advised about what her
13 involvement was with Mr. Magbie, right?
14     A   I don't recall anybody by that name.
15     Q   You would agree however that if in fact
16 during the three days that Mr. Magbie was at the
17 jail that if he didn't have a trach toilet
18 provided to him on a regular basis every eight
19 hours and that he only had his pulse ox checked
20 twice and that in fact he wasn't provided
21 sufficient food and water and did not have his
22 nasal canula that this would all have been in

Page 27

1  violation of the standard of care with regards to
2  the type of care and treatment that he should have
3  been rendered and also in violation of Dr. Nwosu's
4  order?
5      A   You included a lot of elements there.
6  We hadn't really talked about food and water.
7      There were events documented in the
8  chart where the staff offered food and the patient
9  refused it. If he won't eat the nutrition that's
10 offered all the nurse can do is make a record of
11 that and report it to the doctor.
12     As for the rest of the elements in your
13 question the chart does not document that the
14 nurses complied with the doctor's order, that's
15 true.
16     Q   And failing to do so would more likely
17 than not result in his respiratory condition to
18 deteriorate and his overall health to deteriorate,
19 would it not?
20     A   I disagree with that.
21     Q   Why?
22     A   Because his condition deteriorated

Page 28

1  because he did not have a ventilator. They did
2  not have a ventilator at the jail so they were
3  unable to provide him with that.
4      Q   Despite that he was able to survive
5  three days without a ventilator, correct?
6      A   Yes.
7      Q   There were conversations about the use
8  of a nasal canula instead, were there not?
9      A   Yes, there were.
10     Q   Between Dr. Vaughn and Dr. Bastien?
11     A   Yes.
12     Q   In fact, during the night that he was
13 being seen by Dr. Vaughn at the emergency room he
14 was stabilized on just nasal canula, was he not?
15     A   Yes, he was.
16     Q   If in fact he had been provided with a
17 nasal canula at the jail that certainly would have
18 been better than just being provided with a trach
19 mask, would it not?
20     A   No, I don't believe so. Nasal canula
21 is a way of administering oxygen and it's needed
22 when the patient's oxygen level is abnormally low.

Page 29

1  At the times when his oxygen levels was checked
2  they were normal until the emergency situation
3  that resulted in him coming back to the emergency
4  room on the 24th.
5      Q   What was the emergency situation that
6  resulted that brought him back on the 24th?
7      A   On the morning of the 24th the nurse
8  had checked him at 7:45 a.m. His oxygen
9  saturation was 96 percent, he was alert, oriented,
10 did not appear to be in any distress, no
11 secretions or congestion was observed. However, a
12 short time later at about 8:40 his condition was
13 much different. His blood pressure had gone down
14 to 78 over 51, his pulse oximeter registered
15 26 percent -- an extremely low reading -- the
16 nurse started to give him artificial respirations
17 by using an Ambu bag which is a bag that would
18 force air into his lung to enlarge the size of
19 each breath. She administered oxygen at that time
20 at four liters. Pulse oximetry came up to
21 96 percent as a result of that.
22     She stayed with the patient and called

8 (Pages 26 to 29)

Kevin R. Cooper, MD

Page 30

1  911 realizing that this was an emergency situation
2  that required him to go back to the emergency
3  room.
4      Q      You're reading from records.
5      A      Yes.
6      Q      Can I get a copy of the records you're
7  reading from and have them marked, at least the
8  page you just referred to?
9      A      Sure.
10     Q      Before you do that why don't you
11 identify as best you can what the records are that
12 you read from.
13     A      These are the nurses' notes and some
14 additional Department of Corrections'
15 administrative records from the D.C. Jail MMHS
16 that pertain to Mr. Magbie's stay there from the
17 20th to the 24th. Shall I go make a copy?
18     Q      Yes, please.
19
20          (Recess.)
21
22          (Cooper Exhibit No. 8 Marked for

Page 31

1  Identification.)
2  BY MR. GUZIAK:
3      Q      Doctor, you were reviewing records from
4  the CTF, I believe, that were set forth in Exhibit
5  No. 8. What page were you reading from so I can
6  follow along with you?
7      A      The section that I was reading from
8  begins with the date 9-20-2004, urgent care
9  hospital transfer. I believe that's the eighth
10 page of the pack. It continues then in sequence
11 through page dated 9-24. The page numbers are six
12 through 12.
13     Q      That refers to his transfer initially
14 to the Greater Southeast Community Hospital
15 Emergency Room. I thought you were referring to
16 the 24th. You were reading something about the
17 24th with regards to his condition that morning at
18 8:40.
19     A      Yes. Those records are on page 12.
20     Q      You're on page 12. Middle of the
21 page -- oxygen sat 26 percent. That's quite low,
22 is it not?

Page 32

1      A      Very low.
2      Q      Is that life threatening?
3      A      Yes.
4      Q      What was the reading before that? That
5  would be the one above.
6      A      Before the 26 was the reading at
7  7:45 a.m. that was 96. It's on the previous page,
8  page 11.
9      Q      What do you attribute the drop of such
10 a significance in just one hour, or hour and a
11 half?
12     A      He was not breathing adequately.
13     Q      He was code blue at the CTF and an
14 ambulance was called?
15     A      Yes.
16     Q      They were giving him an Ambu bag while
17 they're waiting for the ambulance to arrive,
18 correct?
19     A      Yes.
20     Q      Then his oxygen sats rose to 96 percent
21 with suction.
22     A      Yes.

Page 33

1      Q      Do you have the records for the 24th?
2      A      Yes.
3      Q      When he arrived at the hospital he
4  basically was again diagnosed to be in respiratory
5  distress and in fact I thought he was unconscious
6  at that time. It looks like he was transferred to
7  the emergency room about 10:10 a.m. that morning
8  on the 24th, correct?
9      A      Correct.
10     Q      Condition described as severe
11 respiratory distress and he was unresponsive. I
12 guess my question is: What is happening that
13 morning with regards to Mr. Magbie as far as you
14 could tell from review of the record from the CTF
15 and now the records from Greater Southeast
16 Community Hospital?
17     A      That morning at the jail he was not
18 breathing adequately and that was made worse by
19 having lots of mucus that he was too weak to be
20 able to cough out of the way. That resulted in
21 his oxygen level going down, his blood pressure
22 going down, his pulse rate going down and he was

Kevin R. Cooper, MD

Page 34

1  prevented actually from having a real cardiac
2  arrest at that time by prompt action including
3  suctioning, bagging with an Ambu bag and providing
4  oxygen. As a result of that intervention his
5  oxygen level came back up, his blood pressure came
6  back up and he was stable enough to transport to
7  the hospital.
8        However, when he gets to the hospital
9  he was still unresponsive and not breathing
10 adequately when he arrived at the hospital since
11 he was not being provided with ongoing ventilator
12 support.
13     Q    Did they continue to Ambu bag him while
14 he was being transported?
15     A    I don't know.
16     Q    I don't know either. We don't have the
17 record.
18        You indicated in your opinion the
19 condition that caused him to have problems
20 breathing that morning of the 24th while he was
21 still at the CTF and prior to being sent to the
22 emergency room was a build-up of congestion and

Page 35

1  mucus in his airway.
2        A    A combination of a build-up of mucus in
3  the airways and his ongoing weakness so that he
4  was not able to breathe adequately, pass the
5  obstruction that was created by the mucus or to
6  cough and push it out of the way.
7        Q    A trach toilet would have been the
8  first thing they would have done to clear up the
9  mucus to clear the airway, correct?
10       A    Exactly.
11       Q    The weakness was caused by what,
12 Doctor?
13       A    It was caused by his spinal cord
14 injury. He may have been even weaker than usual
15 because of not having been provided with a
16 ventilator for several days by that time.
17       Q    That would be even more true if in fact
18 he had not been trach toileted on a regular basis
19 as required, right?
20       A    It's true that he was not suctioned as
21 much as was ordered. It appeared that the nurses
22 were noticing whether he looked like he needed to

Page 36

1  be suctioned. They describe the sound of his
2  breathing. They listened for the noise that
3  secretions make during breathing. If they didn't
4  hear any noise suggesting that secretions were
5  there then they didn't do the suctioning.
6        Q    Where do you get that from?
7        A    From their comments during the time he
8  was at the jail.
9        Q    Their comments often are not
10 documented, are they?
11       A    Oh, yes. They're not documented
12 perhaps as often as you'd like, but there is
13 documentation that his breathing sounded clear and
14 he did not need suctioned.
15       Would you like me to read you some
16 examples?
17       Q    Go ahead.
18       A    On 9-22-04 -- I'm reading on page eight
19 of the nurses' notes -- Pauline O'Jaco, LPN -- she
20 states that he felt more comfortable in his
21 wheelchair requesting PO fluids constantly, Foley
22 catheter with an output of 1750 was emptied, a.m.

Page 37

1  care given, a.m. meds administered per order,
2  refused breakfast, no respiratory distress noted,
3  no mucus noted, no suctioning needed, oral care
4  done, no bowel movement. Patient wheeled self
5  around. Unable to use his hand. Able to
6  verbalize.
7        That's an indication that she checked
8  to see if he had mucus building up to see whether
9  he would need suctioning and decided he didn't
10 have mucus there and so would not need suctioning.
11       That day Martha Brown, LPN -- I'm
12 reading on page nine -- says suctioned times one,
13 small amount of colorless secretion returned, no
14 respiratory distress.
15       On page ten also on the 22nd at 10:41
16 alert and returned from legal visit. Food fed
17 25 percent, urinary catheter 475ccs output
18 emptied, suctioned with moderate mucus, no acute
19 distress.
20       The next note on the 23rd, patient is
21 alert and oriented times three. Patient was
22 suctioned without difficulty. Moderate amount of

10 (Pages 34 to 37)

Kevin R. Cooper, MD

**Page 38**

1  secretions, white in color.  Pulse oximetry
2  95 percent.
3      On 9-23 at 1:57 p.m. alert and oriented
4  times three.  No respiratory problems.  No
5  suctioning needed.
6      The next note at 9:32 p.m. also on the
7  23rd alert and oriented times three.  Gurgling
8  sounds heard when inmate speaking.  Inmate
9  suctioned and given BHC to drink when he refused
10  his dinner.
11  Q    Which is a supplement, right?
12  A    I don't know what that is.
13      The next note is 9-24 at 7:45 a.m.
14  Alert and oriented times three.  Constant
15  monitoring.  No distress or discomfort noted.
16  Trach site intact.  No secretion or congestion
17  observed.
18      If you read through the chart even
19  though the doctor ordered it every eight hours the
20  suctioning in fact wasn't done every eight hours
21  but there's plenty of indication that the nurses
22  kept checking to see whether suctioning was

**Page 39**

1  needed.
2  Q    At least as of 7:45 on 9-24-2004 his
3  pulse ox is at 96 percent, his other vitals are
4  within normal range for at least a quadriplegic,
5  right?
6  A    96 percent is fine, yes.
7  Q    The other vitals are within the normal
8  range or at least acceptable range?
9  A    Yes.
10  Q    As of the morning of the 24th at
11  7:45 a.m. he is not in immediate distress, he's
12  not going to die, no need to be transported to an
13  emergency room, all three?
14  A    Correct.
15  Q    Then he crashes an hour later, right?
16  A    Exactly.
17  Q    We talked about what you thought some
18  of the reasons were for that crash; that mucus had
19  been built up and he had basically tired out and
20  fatigued because he's been off a ventilator now
21  for three days.
22  A    At least three days.  I'm not sure when

**Page 40**

1  the last time was he actually did have the benefit
2  of a ventilator.
3  Q    That was my next question.
4  A    I don't know.
5  Q    Let's go to your report.  I think it's
6  on the first page at the bottom where you
7  criticize Dr. Vaughn.  The first thing you say is:
8  Despite knowing that Mr. Magbie needed a
9  ventilator to breathe at night and that neither
10  the CTF nor the jail had a ventilator Mr. Magbie
11  should have been admitted to the hospital on the
12  20th because he was ventilator-dependent.
13      Is there not a controversy with regards
14  to whether he really needed to be on a ventilator
15  every night in this case?
16  A    I wouldn't call it a controversy.  The
17  patient has a diaphragm pacemaker which will use a
18  device powered by a battery to stimulate the
19  phrenic nerve that controls the diaphragm.
20  Similar to a cardiac pacemaker to keep the heart
21  going at a certain rate a diaphragm pacemaker will
22  keep the breathing occurring at a certain rate.

**Page 41**

1      About half the people who have
2  diaphragm pacemakers have them work well enough so
3  that that's all the ventilator support that they
4  need.  They can use them continuously and that's
5  all the help that they need unless they get into
6  trouble with bronchitis or pneumonia and may need
7  to use a ventilator for that period time of time
8  until that complication clears up.  That's about
9  half the people with pacemakers.
10      The other half of people with
11  pacemakers can be off a ventilator for a period of
12  time, several hours typically or maybe all day,
13  but then the effectiveness of the pacemaker
14  diminishes with time so that they need to go back
15  on the ventilator periodically.
16      It's a fairly common arrangement to be
17  off the ventilator and on the pacemaker all day
18  long and go back on the ventilator at night.  It's
19  not clear from the record whether Mr. Magbie
20  followed that routine that he was off all day and
21  back on at night.  He said that he needs a
22  ventilator.  He didn't specify exactly what the

Kevin R. Cooper, MD

Page 42

1   schedule was.

2       Q    As far as we know based upon the record
3   there were occasions, there were nights that he
4   was not on the ventilator and didn't need to be on
5   the ventilator prior to his death, right?

6       A    I don't believe the record states that
7   one way or the other. It's clear that he didn't
8   have to be on the ventilator all the time. It
9   doesn't really provide me much information about
10  how much of the time he's off.

11      Q    That was one of the criticisms you have
12  in your report. The question I have is what was
13  the basis for you being so forceful -- that's not
14  the proper word -- you made that determination in
15  your report that he required a ventilator to
16  breathe at night. That's not every night; that's
17  still up in the air as to whether in fact he
18  needed to do that every night, correct?

19      A    As I said, the record doesn't include
20  that information about exactly his routine and
21  whether there were some nights he didn't need it.
22      I was very definite about my criticism

Page 43

1   there because the patient has a spinal cord injury
2   which has affected his ability to breathe. He has
3   a deficit that's severe enough to have warranted
4   putting in a diaphragm pacemaker to get the
5   diaphragm going again. He comes to the emergency
6   room with the information that he needs a
7   ventilator. I don't think that it's reasonable
8   for a doctor to decide based on that brief
9   encounter in the emergency room that after living
10  with this injury and his deficits, his breathing
11  deficit, for 23 years and knowing how to handle it
12  that the doctor can decide based on that emergency
13  room encounter that he's wrong and he doesn't
14  really need a ventilator.

15      You have to take the patient's word for
16  it based on their long experience and knowing that
17  the injury is severe enough that it likely does
18  leave him ventilator-dependent.

19      Q    You said he was there for a short
20  period of time. Wasn't Mr. Magbie kept at the
21  emergency room and under the care of Dr. Vaughn
22  the entire night?

Page 44

1       A    Yes.

2       Q    During the entire night wasn't he
3   monitored regularly with regards to his ability to
4   breathe and his respirations and his pulse ox?
5   Wasn't he checked frequently to see whether he was
6   getting sufficient oxygen?

7       A    His appearance was checked, his pulse
8   oximetry was checked. They did not check his lung
9   function in the sense of pulmonary function tests
10  or measuring his vital capacity which would have
11  been another important measure to help decide how
12  much he needed ventilated.

13      Q    Let's go through what Dr. Vaughn did
14  and your understanding of what he did -- I'm
15  talking about the 20th.

16      First of all, when he comes in he is
17  only presenting with some trouble breathing. He
18  arrived at about 9:45. Dr. Vaughn sees him about
19  11:00 p.m. I think Dr. Vaughn takes appropriate
20  action initially based upon those signs and
21  symptoms, does he not? He has a chest x-ray
22  ordered. That would be appropriate, right?

Page 45

1       A    Yep.

2       Q    Did he do a complete CBC?

3       A    Yes, he did.

4       Q    As I look through the vitals when he
5   comes in I think the thing that was concerning was
6   his O2 sats were at 90 percent on room air, right?

7       A    Yes.

8       Q    He should have reacted to that by
9   giving him oxygen?

10      A    Yes.

11      Q    He was given glucose, I think, for his
12  low blood sugars; one liter of normal saline for
13  low blood volume and blood pressure, right?

14      A    Yes.

15      Q    He saw him at 11. About three hours
16  later he basically has Mr. Magbie stabilized, does
17  he not?

18      A    Yes.

19      Q    At 3:20 his pulse ox seems to be back
20  up to 95 percent on room air.

21      A    Correct.

22      Q    That would be acceptable, would it not?

12 (Pages 42 to 45)

Kevin R. Cooper, MD

Page 46

1    A    Yes.

2    Q    He doesn't have any shortness of breath
3  or any kind of wheezing noted at that point in
4  time, does he?

5    A    It's not mentioned in the record,
6  that's right.

7    Q    I think at this point in time he had
8  planned to admit the patient just for observation
9  overnight, correct?

10    A    Early in the night he planned to admit
11  and then later on he changed his mind.

12    Q    What is your understanding of how that
13  change of mind occurred or what the basis for it
14  was?

15    A    My understanding is that Dr. Vaughn
16  considered that Mr. Magbie might or might not
17  actually need a ventilator. Because he wasn't
18  sure that he would need a ventilator he thought
19  that it would not be justified to admit him to the
20  hospital because of the possibility that he might
21  need a ventilator.

22    When he examined him at that point in

Page 47

1  time he seemed to be doing fine just on
2  supplemental oxygen and even when he took the
3  oxygen off his oxygen saturation stayed up in a
4  good range.

5    Q    That was good even on room air.

6    A    Right.

7    He concluded that after the treatment,
8  the intravenous fluids and the glucose that
9  Mr. Magbie received in the emergency room that
10  that improvement was good enough to convince him
11  that he would be okay without a ventilator sending
12  him back to jail.

13    Q    His respiratory problems could have
14  been due to the fact that he was needing more
15  oxygen by nasal canula or by trach mask and also
16  perhaps he was being affected because of these
17  other things, blood was low, needed some fluids,
18  maybe he hadn't eating, he could have been
19  dehydrated, correct?

20    A    Correct.

21    Q    What he did was he basically provided
22  him with assistance for these potential problem

Page 48

1  areas that turned up in his vitals and CBC to see
2  if he could stabilize him and get him back to a
3  condition where he was able to reassess whether he
4  should admit him, right?

5    A    That's what he was doing, yes.

6    Q    There's an administrative type person
7  that gets called about admission. Do you remember
8  that?

9    A    Dr. Bastien.

10    Q    There's another guy that's at the
11  hospital. His name is Dr. Haghbi.

12    A    Yes.

13    Q    He apparently is the physician on call
14  for the emergency room at night.

15    A    I believe he's the physician who would
16  care for Mr. Magbie if he had been admitted to the
17  hospital.

18    Q    Apparently there was a conversation
19  between Dr. Vaughn and Dr. Haghbi who was the
20  on-call house officer or house team coordinator.
21  I think he was working with Dr. Ackerman who would
22  have been the admitting physician.

Page 49

1    As a result of that conversation wasn't
2  Dr. Vaughn told that if in fact he was admitting
3  him only for ventilator PRN that that would not be
4  appropriate?

5    A    That wasn't my understanding of the
6  conversation. From Dr. Vaughn's record and from
7  his deposition it seemed to me that he decided it
8  would be safe to send Mr. Magbie to the jail. He
9  wasn't told to do that and he wasn't convinced
10  that it would be safe by a conversation with
11  anybody else. I think that was his decision.

12    Q    You agree that he had conversations
13  with the person who would have been the authority
14  for admissions, specifically the admission of
15  Mr. Magbie.

16    A    Right.

17    Q    Based on the depositions you understand
18  Dr. Vaughn testified that in fact he was told he
19  did not have permission from the authority to
20  admit Mr. Magbie because they couldn't admit a
21  patient just on a PRN basis.

22    MR. CONNOR: I'm going to object to the

Kevin R. Cooper, MD

**Page 50**

1 representation that that is what the deposition
2 says entirely. You can answer.
3 THE WITNESS: That's not my
4 understanding from the deposition and also from
5 knowledge of the way emergency rooms work. If the
6 emergency room physician believes that the patient
7 needs to be admitted then the patient should be
8 admitted.
9 The physician who will care for the
10 patient after admission is then in charge of the
11 patient and can proceed with the patient's care
12 however he sees fit.
13 BY MR. GUZIAK:
14 Q As of this point in time, at 3:20 in
15 the morning, would you agree that Mr. Magbie had
16 been stabilized and that at this point in time
17 there was no indication that he could not have
18 been provided proper air and ventilation simply on
19 room air?
20 A There was no indication by the way his
21 condition seemed at the time. However, the
22 historical information that he used a ventilator

**Page 51**

1 at night is an extremely powerful piece of
2 information that can't be ignored. He's not going
3 to stop using a ventilator at night just because
4 he goes to jail.
5 Q Based upon the three hours and now
6 probably four hours and 20 minutes from 11 to
7 3:20 a.m. that Dr. Vaughn had Mr. Magbie under his
8 care he was able to get him back to a 95 percent
9 pulse ox simply on room air by giving him only an
10 hour or so of nasal canula, correct?
11 A Yes. I have no criticisms of the care
12 that Dr. Vaughn provided in the emergency room
13 other than deciding to send Mr. Magbie to a
14 location where he could not have a ventilator.
15 Q This wasn't simply a decision he made
16 without consulting the jail concerning whether
17 they could provide him with the same type of
18 oxygen support that he received during the four
19 hours that he had with Dr. Vaughn, correct?
20 A Right.
21 Q He did talk with Dr. Bastien.
22 A Yes.

**Page 52**

1 Q He talked to Dr. Bastien on two
2 occasions, right?
3 A Correct.
4 Q Dr. Bastien assured him, at least based
5 on the record we have, that in fact there was a
6 nasal canula available for Mr. Magbie at night and
7 if in fact he needed some support he could have
8 that available to him at the CTF, correct?
9 A Yes. He could have oxygen but not a
10 ventilator.
11 Q At least that would be of some help in
12 support to Dr. Vaughn with regards to weighing the
13 decision to keep him in the hospital or to return
14 him back to the CTF, would it not; that is the
15 fact that he would be able to receive the same
16 nasal canula administration at the jail that he
17 did in the emergency room?
18 A Yes. Again, he would not be able to
19 receive mechanical ventilation if that should
20 become necessary.
21 Q The important word I think you added
22 there was if that should become necessary.

**Page 53**

1 A Right.
2 Q As I understand it he did return to the
3 CTF and he was at the time of discharge normal,
4 was he not? All his vitals and everything was
5 basically normal; he was not in respiratory
6 distress when he was returned to the CTF that
7 morning.
8 A That's correct.
9 Q After he was returned to the CTF we
10 talked about the orders that were entered by Dr.
11 Nwosu with regards to how he should be treated
12 thereafter with regards to the attention he should
13 be given and what should occur if in fact he
14 showed any more respiratory distress, correct?
15 A Yes, sir.
16 Q One of the key things in that order was
17 if in fact there were any signs of respiratory
18 distress or breathing problems he would be
19 returned to Greater Southeast Community Hospital,
20 correct?
21 A Correct.
22 Q There's a contract between the CTF and

14 (Pages 50 to 53)

Kevin R. Cooper, MD

Page 54

1  Greater Southeast Community Hospital with regards
2  to providing such care when in fact any patients
3  in the jail would in fact need such medical care,
4  correct?
5      A   Yes.
6      Q   So would it not be fair and reasonable
7  for Dr. Vaughn to assume that after he had checked
8  with Dr. Bastien not once but twice, had
9  personally seen that the patient had been able to
10  be returned to normal levels and be able to
11  breathe without a ventilator at night to then send
12  him back to see what would happen at the jail with
13  the understanding that if in fact something else
14  occurred he would be returned back to the
15  emergency room?
16      MR. CONNOR:  Object to the form.
17      THE WITNESS:  That's in fact what
18  happened, but I don't believe that was safe.  It
19  assumes that the staff at the jail will have a
20  enough warning time so that they can safely
21  intervene and have enough time to send him back to
22  the emergency room in time to get the treatment

Page 55

1  that he needs if in fact he shows signs that he
2  needs a ventilator.
3      The problem with that thinking though
4  is that as you see he may look fine at 7:50 in the
5  morning and an hour later he's nearly dead.  This
6  is the way people behave when they have severe
7  weakness as a cause of their respiratory problem.
8  They may look fine until they just stop breathing.
9  BY MR. GUZIAK:
10      Q   If that was the case you'd have to keep
11  Mr. Magbie in the hospital under ventilator
12  24-hours a day.
13      A   If he were in the hospital he would
14  have to be in a place that could supply
15  ventilation as-needed as he had at home.
16      Q   The reason for the ventilation would be
17  to get him to be stabilized at normal levels,
18  right?
19      A   The reason for the ventilation is to
20  supply what his muscles couldn't supply which is
21  enough power to push adequate amounts of air in
22  and out.  He had learned by practice and

Page 56

1  experience over the 23 years since his injury that
2  he could safely come off the ventilator for
3  periods of time relying on the diaphragm pacemaker
4  and then as he felt that wasn't enough anymore he
5  could put himself back on the ventilator.
6      I don't know what's the longest period
7  he was able to stay off, but he had that
8  ventilator available so that he could hook up to
9  the ventilator when he needed it.
10      Q   At 3:20 in the morning on the 20th he
11  did not need to be put on a ventilator, correct?
12      A   Correct.
13      Q   When he was discharged at 7:50 on the
14  20th he did not need to be put on the ventilator,
15  he had been stabilized, correct?
16      A   He didn't appear to be based on a
17  medical assessment.  However, the best indication
18  of whether he needed to go on the ventilator would
19  be to ask him -- is it time for you to go back on
20  the ventilator.  He could tell by the way he felt
21  whether his muscles were tired enough to go back
22  on.  That information is not in the record.

Page 57

1      Q   There's no indication that he said he
2  needed to be on the ventilator at 3:20 in the
3  morning or at 7:50 in the morning, is there?
4      A   That's correct.
5      Q   Do you see any indication in the record
6  from CTF that he indicated that he needed to be on
7  the ventilator to any of the nurses or staff
8  there?
9      A   To give you the best answer I would
10  have to go back and read through the records.  On
11  page seven of the D.C. Jail records under routine
12  sick call chief complaint and HPI -- that first
13  paragraph -- he wears diaphragm pacemaker operated
14  by 9-volt battery.  He claims he is ventilator
15  dependent at night.  To me this is telling the
16  staff that he needs to have a ventilator at night.
17      Q   What was the date of that again?
18      A   The date of that is 9-21.
19      Q   Who did he tell that to?
20      A   That note is signed by Dr. Nwosu.
21      Q   Assuming in fact he told Dr. Nwosu that
22  and given Dr. Nwosu's prior order would you not

Kevin R. Cooper, MD

Page 58

1    agree that Dr. Nwosu should have sent him back to
2    the emergency room at that time for ventilator
3    support?
4        A    Yes, I think so.
5        Q    And probably because he wasn't returned
6    to the emergency room and/or provided a ventilator
7    at the jail to assist him during the course of the
8    night more likely his muscles and his respiratory
9    system became more and more fatigued and tired.
10       A    Correct.
11       Q    The fact that he was probably fatigued
12   and tired from struggling with his respiratory
13   difficulties during the night without a ventilator
14   for two or three days at the jail was probably a
15   contributing factor in why he failed to respond on
16   the 24th.
17       A    At what time on the 24th are you
18   talking about?
19       Q    It was probably the reason why he
20   crashed at 8:30 in the morning initially.
21       A    Yes. I think that resulted from not
22   having ventilator support over the nights that he

Page 59

1    was in the jail. However, he did survive that
2    episode and he still could have lived if he had
3    received the proper treatment when he got to the
4    emergency room on the 24th.
5        Q    You've criticized Dr. Vaughn for
6    returning him to the CTF and not keeping him
7    hospitalized for a ventilator. Mr. Magbie did not
8    die until three days later, did he not?
9        A    That's right.
10       Q    During that period of time from the
11   time Dr. Vaughn last saw him until the time of his
12   death Mr. Magbie came under the care of many other
13   medical care providers and doctors and nurses from
14   the 20th to the 24th, did he not?
15       A    Yes.
16       Q    He certainly was not in danger of death
17   when Dr. Vaughn returned him to the jail from the
18   emergency room on the 20th and apparently had been
19   resuscitated with an Ambu bag on the morning of
20   the 24th so that he was not in any danger to die
21   on the 24th either, correct?
22       A    I'm sorry, I didn't understand that

Page 60

1    question.
2        Q    My point is I didn't see anything in
3    your report concerning Dr. Vaughn's treatment
4    being a causal factor or a proximate cause of
5    Mr. Magbie's death. You didn't state that in your
6    report, did you?
7        A    No, I didn't. I think that his
8    decision to send Mr. Magbie to the jail where he
9    knew that a ventilator was not available violated
10   the standard of care.
11           In addition, after he sent Mr. Magbie
12   to the jail or decided that he was well enough to
13   go back to the jail the staff at the jail knew
14   that he had already been to the emergency room and
15   that the doctor there decided that he didn't need
16   a ventilator. Their idea that he might need a
17   ventilator was viewed in light of the fact that
18   all they could do if they thought he needed a
19   ventilator was to send him back to the emergency
20   room but they knew that the doctor there had
21   considered this question and said he didn't need
22   it. I don't fault them for not sending him right

Page 61

1    back.
2        Q    Are you aware that Dr. Malekghasemi who
3    runs the CTF called the Judge who had initially
4    interred Mr. Magbie to jail on the 21st, the day
5    after he was returned by Dr. Vaughn, and had
6    requested to speak to the Judge about the fact
7    that the CTF could not handle Mr. Magbie's medical
8    problems?
9        A    Yes.
10       Q    Do you have any basis for your opinion
11   that Dr. Malekghasemi or Dr. Nwosu or anybody else
12   at the CTF who was in charge of Mr. Magbie for the
13   three days that he was returned there decided not
14   to return him back to the Greater Southeast
15   Community Hospital Emergency Room for three days
16   because they felt it would basically be not
17   responded to by any of the physicians at the
18   emergency room?
19       A    I don't know what they took into
20   account in making their decisions.
21       Q    But that could be one of the reasons
22   why they didn't return him to the hospital, right?

ESQUIRE DEPOSITION SERVICES
MD 1-800-539-6398
DC 1-800-441-3376                                          VA 1-800-752-8979

Kevin R. Cooper, MD

**Page 62**

1  A  Yes.
2  Q  Putting standard of care aside with
3  regards to Dr. Vaughn you agree that the care and
4  treatment that he rendered was appropriate up to a
5  point; that is, his care and treatment was within
6  the standard of care except for his decision to
7  return him to the CTF, right?
8  A  Right.
9  Q  That decision to return him to the CTF
10 would you not agree was remote in time and not in
11 fact a proximate causation of his ultimate death?
12 MR. CONNOR: I'm going to object to the
13 form. You can answer.
14 THE WITNESS: I think you could view
15 that in two different ways. It was remote in time
16 by a little more than three days. However, it
17 could be viewed as a proximate cause in the sense
18 that if he admitted Mr. Magbie to the hospital
19 then he most likely would not have died because he
20 would have been in a facility that could provide
21 mechanical ventilation.
22 It's true that he did survive several

**Page 63**

1  days and that it would have been possible to
2  prevent his death if proper treatment had been
3  subsequently provided but that did not occur.
4  BY MR. GUZIAK:
5  Q  You agree there were other physicians
6  under whose care Mr. Magbie came under on the
7  21st?
8  A  Yes.
9  Q  You pointed out you thought that Dr.
10 Malekghasemi should have returned Mr. Magbie to
11 the emergency room on the 21st, correct?
12 A  Yes.
13 To explain that, I believe if a patient
14 has an obvious reason that he may need a
15 ventilator and the patient tells the doctor I need
16 a ventilator at night that the doctor should
17 believe that patient and to make a ventilator
18 available to the patient at night. Whether or not
19 the patient uses it every night that ventilator
20 should be there so that if the patient says I need
21 a ventilator now it can be used.
22 On the other hand, Mr. Magbie had just

**Page 64**

1  been evaluated at the emergency room which is
2  where the doctor at the jail could have returned
3  him. The doctor there said he doesn't need a
4  ventilator. It was a confusing set of information
5  and options that were available to the staff at
6  the jail.
7  Q  But you would agree in fact another
8  doctor who would be involved in his subsequent and
9  intervening care after Dr. Vaughn's care on the
10 20th that some other doctor like Malekghasemi or
11 Nwosu or any other one in charge of Mr. Magbie's
12 care on the 21st could have made an independent
13 decision to return him to the emergency room,
14 correct?
15 A  I believe so. I believe they both had
16 the authority to do that.
17 Q  They could have in fact tried to find a
18 portable ventilator during the interim while he
19 was interred so that he could have a ventilator at
20 the CTF, correct?
21 A  I don't know if that was one of the
22 options they had.

**Page 65**

1  Q  There are portable ventilators that are
2  accessible and you could rent them. I think in
3  fact Mrs. Scott, Magbie's mother, had one
4  available did she not?
5  A  That's right.
6  In addition to the ventilator you also
7  need to have someone available who knows how to
8  operate the ventilator and attach it correctly.
9  It can certainly be done at home, but you do have
10 to have somebody there who knows how to handle it.
11 Q  If there is any way to tie in Dr.
12 Vaughn to this death of Mr. Magbie it would be
13 because he wasn't put on the ventilator at some
14 point between the 20th in the morning and 8:40 at
15 night on the 24th at the time of his death, right?
16 A  That's right.
17 Q  You would agree there was any number of
18 doctors who were more immediately in charge of him
19 from the 20th through 8:40 at night on the 24th
20 that had the responsibility for his care to
21 include putting him on a ventilator if they felt
22 that's what he needed, right?

Kevin R. Cooper, MD

Page 66

1    MR. CONNOR: I think that's been asked
2    and answered. You can answer it again.
3    THE WITNESS: The doctors at the jail
4    could have transferred him to another facility so
5    that he could receive ventilator care if they did
6    not believe they could provide it at their own
7    facility.
8    BY MR. GUZIAK:
9    Q    That didn't answer my question. Can
10    you repeat my question and let's get an answer to
11    that?
12
13    (Reporter read from the record.)
14
15    THE WITNESS: I agree with your
16    statement. However, putting him on a ventilator I
17    thought needed more clarification because that
18    would involve transferring him to a different
19    facility so he could receive ventilator care.
20    MR. GUZIAK: Let's take a break.
21
22    (Recess.)

Page 67

1
2    BY MR. GUZIAK:
3    Q    Doctor, I want to go to the 24th and
4    talk about what happened on that date. You
5    indicated you had the autopsy report. Do you have
6    an opinion as to what caused Mr. Magbie's death?
7    A    Yes. I believe he died of respiratory
8    failure and that was caused by the weakness due to
9    his spinal cord injury.
10    Q    Specifically what injury caused that
11    weakness?
12    A    It was the accident when he was four
13    years old that damaged his spinal cord.
14    Q    How did that cause him to have
15    respiratory failure?
16    A    He injured the spinal cord at a level
17    above the level of the phrenic nerve origin. The
18    phrenic nerve is what makes the diaphragm continue
19    to contract and if an injury occurs at a high
20    enough level in the neck that it's above C-3,
21    which is the third cervical vertebra level, then
22    usually there is no stimulus coming down from

Page 68

1    higher levels of the brain to make the diaphragm
2    continue to contract so the patient will
3    suffocate.
4    Q    In your practice here you treat
5    patients like Mr. Magbie with trach tubes who are
6    quadriplegics?
7    A    I treat patients like Mr. Magbie who
8    have tracheostomy tubes and who are quadriplegics.
9    However, in 30 years of specialty practice in
10    pulmonary disease I have only seen one patient who
11    had a diaphragm pacemaker and that was many years
12    ago.
13    Q    Does that make his care and treatment
14    more complicated because of the need for a
15    diaphragm pacemaker and the initial traumatic
16    injury he sustained?
17    A    I'm not sure what you're asking about.
18    It's a very complicated set of medical demands
19    with or without the diaphragm pacemaker. The
20    diaphragm pacemaker is a device that allows a
21    patient who is ventilator-dependent to come off
22    the ventilator for a period of time. For some

Page 69

1    people they can come off a ventilator long term
2    and not need a ventilator for weeks or months at a
3    time, but for other people it's a shorter period
4    they can come off a ventilator and then have to go
5    back on.
6    Q    The ventilator does what? It gives
7    them an artificial source of respiration and
8    ventilation so that the muscles that are being
9    stressed over a period of time can rest and
10    recover?
11    A    Exactly. A ventilator is a pump. It
12    pushes the air in and then allows it to come out
13    so that you don't have to rely on your own muscles
14    to do that work.
15    Q    How did this initial injury that he
16    sustained complicate or work with the factors that
17    occurred on the 24th that caused his death?
18    A    It created the injury that paralyzed
19    his breathing muscles so that he became dependent
20    on some other devices to keep him breathing. The
21    device initially was a ventilator that gave him
22    breath through the tracheostomy tube and then

18 (Pages 66 to 69)

Kevin R. Cooper, MD

Page 70

1  sometime afterwards he had the diaphragm pacemaker
2  inserted and that was able to sustain his
3  breathing for periods of time that he was able to
4  come off the ventilator.
5      Q    In your experience quadriplegics like
6  Mr. Magbie with pacemakers and this type of
7  traumatic injury what is their life expectancy?
8      A    It varies tremendously from
9  person-to-person depending on the level of care
10  that's available for them to receive and also on
11  other illnesses that they run into. People with
12  spinal cord injuries frequently develop urinary
13  tract infections because they can't control their
14  urination. They frequently develop pneumonia
15  because of being ventilator-dependent and having
16  to be suctioned. With very good care sometimes
17  people can live a long time.
18      Q    Their life expectancy is not that of
19  the average normal person, is it?
20      A    Oh, no.
21      Q    The examiner who initially conducted
22  her examination had trouble finding the cause of

Page 72

1  that was the cause of death. The tracheostomy
2  tube is a plastic tube which is in an opening that
3  goes through the tissues of his neck and into the
4  wind pipe. You put a plastic tube in there to
5  keep the hole open so that it doesn't close up and
6  to provide you a nice standard fitting that you
7  can attach things to such as a ventilator so that
8  you can assist his breathing through it. It also
9  provides you with a conduit that you can put a
10  suction catheter down so that you know you're
11  going directly into the trachea.
12      When the tube sticks out further than
13  it should it can often be replaced back into the
14  proper position by following the normal curvature
15  of the tube. It was mentioned in the record that
16  it slid in with no resistance. Also, when they
17  were using the Ambu bag using that tube after it
18  had slid out and been replaced that the air went
19  in easily. That's an indication to me that it was
20  in the correct position and that the dislodgement
21  of the tube was not a significant factor in his
22  death.

Page 71

1  death just based upon the autopsy. Did you read
2  that?
3      A    I'm not sure what you're referring to.
4  You mean a comment by the medical examiner?
5      Q    The medical examiner was interviewed as
6  part of an investigation as to what happened and
7  the cause of death. She indicated initially she
8  did not really find anything on the autopsy report
9  which could definitively be in her mind the cause
10  of death and so she went back and got the medical
11  records to assist her. Did you read anything like
12  that?
13      A    I did not read that interview as far as
14  I can remember. I did read the final report of
15  the autopsy.
16      Q    Do you agree with her assessment that
17  the cause of death was dislodgement of
18  tracheostomy tube?
19      A    No.
20      Q    Why not?
21      A    I don't think that the dislodgement of
22  the tracheostomy tube was a significant problem

Page 73

1      Q    Let's go back to your report. On page
2  two you talked about after he was found
3  unresponsive at the jail on September 24th the
4  appropriate actions were taken to improve his
5  respiratory status and he was appropriately
6  transported to the hospital. That would be the
7  actions that were taken about 8:40 in the morning
8  by the nurses there to get him stabilized so that
9  he could be transported over to the emergency
10  room, right?
11      A    Yes, that's right.
12      Q    Then you say Mr. Magbie was stabilized
13  for a period of time while he was at Greater
14  Southeast. His oxygen saturations were within
15  normal limits initially. When he came in Dr.
16  Ilouyomade took over his care, right?
17      A    Yes.
18      Q    At least initially he did a lot of
19  appropriate and good things to stabilize
20  Mr. Magbie, did he not?
21      A    Yes.
22      Q    He ordered a variety of tests that were

19 (Pages 70 to 73)

Kevin R. Cooper, MD

Page 74

1  done, x-rays, CT scan, arterial blood gases, CBC,
2  serum chemistries, urinalysis -- those tests would
3  have all been appropriate given the presentation,
4  correct?
5      A    Yes.
6      Q    He also gave him some fluids, Narcan,
7  Thymine and Levaquin at 1325.  Generally he was
8  given certain medications and fluids, right?
9      A    Yes.
10     Q    Those would all be appropriate given
11  the presentation, right?
12     A    Yes.
13     Q    It was unclear as to whether there was
14  a problem with drugs or possible drug effects upon
15  him by use of drugs at the time, correct?
16     A    He had a urine toxicology test that
17  showed evidence of benzodiazepines and
18  tetrahydrocannabinol in his urine.  The
19  benzodiazepines are sometimes drugs that are used
20  but are also commonly prescribed as they were for
21  Mr. Magbie.  THC is a component of marijuana which
22  shows that he had used either that drug or the

Page 75

1  marijuana sometime prior to that.
2      Q    Could the drugs found in his urinalysis
3  somehow resulted in his unresponsiveness or any of
4  the other symptoms which necessitated his being
5  transported to the hospital that morning?
6      A    Knowing all the details about the case
7  I can say no.  If I were in the position of an
8  emergency room physician evaluating him I would
9  have to consider overdose of the benzodiazepine
10  might be responsible for the unresponsiveness.
11  It's unlikely in a patient who is transported from
12  a jail that they would have got an overdose but
13  it's a consideration, possible.
14     Q    If he had taken these drugs how long
15  would those drugs like marijuana and the other
16  drugs you mentioned stay in the system before they
17  would be cleared out?
18     A    It depends on the test that's done.  I
19  couldn't tell you for sure.
20     Q    Dr. Ilouyomade also put Mr. Magbie on a
21  trach mask and ordered a trach toilet as well,
22  right?

Page 76

1      A    Yes.
2      Q    That would be appropriate given the
3  circumstances and situation presented, right?
4      A    Yes.
5      Q    He also placed him on monitors,
6  cardiac, blood pressure and pulse ox, right?
7      A    Yes.
8      Q    All of which would have been
9  appropriate to do, correct?
10     A    Yes.
11     Q    It looks from the records that his
12  pulse ox had gotten up to a hundred percent as of
13  12:15 a couple hours after he starts seeing him,
14  is that right?
15     A    Yes.
16     Q    His vital signs were all stable as of
17  about the same point in time.  I'm reading from
18  nursing papers 0031 of the exhibit.
19     A    Yes, that's right.
20     Q    He's alert and responsive and looking
21  at 0029 his blood pressure was 132 over 85 which
22  would have been acceptable for this patient,

Page 77

1  right?
2      A    Yes.
3      Q    His respiration was 24 which would have
4  been okay.
5      A    Yes.
6      Q    Pulse at 108 would have been okay,
7  right?
8      A    Yes.
9      Q    So he's stabilized and he comes in
10  unresponsive and within three hours of care he is
11  basically stabilized and no acute distresses as of
12  that point in time, right?
13     A    Yes.
14     Q    We're going to talk about one thing,
15  we're going to talk about the arterial blood
16  gases.
17     A    We do need to talk about that.
18          His mental status, although improved
19  was still not perfectly sharp.  He's described as
20  responsive at times attempting to communicate with
21  staff and then at other times not responsive.
22     Q    The arterial blood gases came back.

20 (Pages 74 to 77)

Kevin R. Cooper, MD

Page 78

1  How do you read arterial blood gas results?
2      A    The results of the arterial blood gas
3  showed that his PO2 was over 400 which reflects
4  the fact that he was breathing pure oxygen at the
5  time the oxygen was done.  However, the PCO2 was
6  56 and the pH was 7.29.  That shows that he had an
7  acute respiratory acidosis.  This means that
8  carbon dioxide is building up in his blood because
9  he's not breathing enough; he's not moving enough
10  air in and out of his lungs to get rid of the
11  carbon dioxide that his body is producing.
12          This is important because in the
13  setting of a person who has a spinal cord injury
14  it tells you he needs assistance to move the air
15  in and out.  He needs a ventilator.
16      Q    The PCO2 that was at 56, what would be
17  an appropriate thing to do to try to alleviate
18  that problem short of putting him on a ventilator?
19      A    Short of putting him on ventilator you
20  could use an Ambu bag to push air in and out of
21  his lungs by squeezing the bag.  If you knew what
22  you were doing you could try to adjust his

Page 79

1  diaphragm pacemaker so that it would trigger his
2  phrenic nerve more frequently or more strongly to
3  try to get more of a response from the diaphragm.
4  As I said, that's very specialized kind of
5  information that I would not expect the emergency
6  room staff to know how to do.
7      Q    You said you've only had one patient
8  like that yourself, right?
9      A    Yes.
10      Q    Did you notice when they said that that
11  phrenic nerve stimulator was spiking at about 6:00
12  p.m. that night?
13      A    It showed up on the EKG record, yes.
14      Q    Have you ever seen that happen before?
15      A    Yes.  You would expect to see that.
16      Q    What causes that to happen?
17      A    It's an electrical stimulation.  The
18  EKG produces a tracing because it's measuring the
19  electricity that is generated by the heart muscle.
20  The diaphragm pacemaker is delivering an electric
21  shock to the phrenic nerve that travels down the
22  phrenic nerve which runs very close to the heart

Page 80

1  and that movement of electricity is picked up by
2  the electrodes that are measuring the heart's
3  electrical activity as well so it produces a spike
4  on the EKG record.
5      Q    Is that showing you that the pacemaker
6  is functioning and working, kicking in to try to
7  assist his breathing at that time?
8      A    It shows that the electrical impulse is
9  still being generated by the pacemaker.  It
10  doesn't show that the pacemaker is having the
11  desired effect in terms of how much air is moving
12  in and out of the patient, but the electrical part
13  of the pacemaker is functioning.
14      Q    At that point his sats were dropping
15  down to 71 percent from 80 percent just 20 minutes
16  earlier even though his phrenic pacemaker was
17  working.
18      A    Yes.
19      Q    If that phrenic pacemaker was working
20  throughout the afternoon would that also not be
21  indicated on the cardiac monitor?
22      A    You should see the phrenic nerve

Page 81

1  electrical activity on the monitor the whole time.
2      Q    You said it's similar to a heart
3  pacemaker.  Sometimes heart pacemakers are set to
4  only kick in at a certain respiratory level to
5  assist a patient when they get to only 60 beats a
6  minute or something like that.  Is that how these
7  pacemakers are set up, if you have that knowledge
8  or background?
9      A    It would be called a demand pacemaker;
10  that it would only start firing if a patient's
11  heart rate dropped below a certain level.
12          In the case of breathing I believe this
13  pacemaker is set to a certain rate and it's not
14  based on whether the patient is doing any
15  breathing on his own.  In this case you would not
16  expect him to be able to do any breathing on his
17  own at least not by using his diaphragm.
18      Q    Let's go back to where we left off.  At
19  1:20 Mr. Magbie has been given all these meds,
20  he's been given these tests, he's basically been
21  stabilized.  His pulse ox is at a hundred percent
22  and he is ordered to be admitted by Dr. Ilouyomade

21 (Pages 78 to 81)

Kevin R. Cooper, MD

Page 82

1  about 1:35, right?
2  A   Correct.
3  Q   That would have been the appropriate
4  thing for him to do at 1:35?
5  A   Yes.
6  Q   He's going upstairs to be seen by other
7  physicians, right?
8  A   Yes.
9  Q   After that he apparently is being
10  monitored by the nursing staff and the pulse ox
11  starts to drop.  For example, at 2:00 it's down to
12  95 percent, at 1530 it's down to 92 percent.
13  There's a decline in the pulse ox slowly but
14  surely.  Did you see that in the record?
15  A   Yes.
16  Q   The record reflects Dr. Ilouyomade was
17  never made aware of that until 1740.  Do you agree
18  with that?
19  A   I remember him saying so in his
20  deposition.  I would have to go through the
21  nurses' notes and see if there is any note there
22  that disagrees with his recollection.

Page 83

1  Q   We're going to try to get you out of
2  here at 1:00 so let's just do it hypothetically.
3  Let's assume there's no nurses' notes
4  to indicate that Dr. Ilouyomade was advised of the
5  drop in the pulse ox or any other changes to the
6  vitals that were occurring between 2:00 and 1740,
7  approximately three and a half hours.  Would you
8  agree that that information and change in the
9  vitals was important and something the nurses
10  should have advised Dr. Ilouyomade about?
11  A   Certainly by the time the saturation
12  got to 80 percent the doctor had to be notified.
13  When the saturation was 92 percent 92 percent is
14  still a fine saturation.  The patient is not in
15  danger because of that.  However, the declining
16  trend with the patient breathing hundred percent
17  oxygen is a warning that things are getting worse.
18  The nurse probably should tell him at that point,
19  yes.
20  Q   I think she did.  I think he was
21  brought over to see the patient at 1740 and that's
22  when he saw the trach tube was out and pushed it

Page 84

1  back in.
2  Have you seen this before with other
3  patients like this with the trach tube coming out
4  protruding an inch and a half?
5  A   Yes, that can happen.  A trach tube is
6  just a piece of plastic that sits in a pathway of
7  the neck.  If there's some force applied to it
8  such as somebody suctioning and doesn't make sure
9  that it stays in place during suctioning or moving
10  the patient or if the patient coughs.
11  Keep in mind being paralyzed he would
12  not have a very strong cough, if any cough at all.
13  It's not clear from the record what made his trach
14  tube come out so I don't know that.  There are
15  plenty of things that can make a trach tube start
16  to come out of the track.  Sometimes it comes all
17  the way out, sometimes partially.
18  If the pathway is well established
19  usually the trach tube can just be slid back into
20  position.  Ordinarily this is prevented by wearing
21  some restraint that goes on the collar around the
22  back so that the trach tube has little flanges

Page 85

1  with slots in it that you can put a piece of
2  ribbon in and tie a knot there; put it around the
3  back of the neck and tie a knot on the other side
4  so it's kept in place because it's tight in place.
5  Alternatively in the hospital for
6  short-term use sometimes they're actually sutured
7  to the skin.  That's not usually done for
8  long-term use because you want the patient to be
9  able to take it out and replace it periodically
10  because they get old and need to be replaced.
11  In the case of somebody who has had a
12  tracheostomy in for a long time usually the track
13  is well formed and it doesn't disappear when the
14  tube protrudes.  Even if the tube completely came
15  out he would still have an opening there that he
16  could breathe through.
17  Q   With regards to the drop in the pulse
18  ox over the course of a couple hours that's set
19  forth in the record you don't attribute that to
20  the dislodgement of the trach tube or could that
21  be a possible cause of the drop in the pulse ox?
22  A   I don't think the position of the trach

22 (Pages 82 to 85)

Kevin R. Cooper, MD

Page 86

1  tube had anything to do with it.
2     Q    You think it's basically because he
3  started to become fatigued over the course of time
4  or what?
5     A    Fatigue and possibly also the build-up
6  of some secretions that were making it harder for
7  him to breathe at the time he was becoming less
8  able to breathe.
9     Q    In looking at the autopsy report it
10  appears that the trach tube was in place at the
11  time of her autopsy.  Did you see that?
12     A    Yes.
13     Q    It looks as if there wasn't any
14  indication of any mucus build-up in the airway.
15     A    That's right.  Of course, he was
16  suctioned between the time of his arrest and the
17  time he came to autopsy.
18     Q    He could have had a build-up between
19  2:00 in the afternoon and 5:40 and the trach
20  toilet that was done at 5:40 would have cleared up
21  the mucus, right?
22     A    Yes.

Page 87

1     Q    Assuming that was done, that is the
2  mucus was cleared up by the trach toilet at 1540
3  and assuming that the tracheostomy tube coming out
4  was not a factor what do you attribute the
5  continued drop of his pulse ox from 80 percent to
6  71 percent between 1740 and 6:00?
7     A    I think he was just too warn out to be
8  able to keep breathing.  He needed a ventilator.
9  He was breathing on his own but with progressively
10  smaller and smaller breaths.  He just was not
11  moving enough air in and out.
12     Q    At 6:18 he codes, right?
13     A    That's correct.  The nurse noticed that
14  his chest is not rising and falling anymore.
15     Q    Do you have the code sheet?
16     A    Yes.
17     Q    Under ventilation it looks like the
18  respiratory therapist at 1815 -- it says other bag
19  trach.  Do you see that?
20     A    Yes, I see it.
21     Q    I think we've assumed, you tell me if
22  you don't agree, they're putting him on an Ambu

Page 88

1  bag at that point in time to try to ventilate him.
2     A    Yes.
3     Q    That would have been appropriate,
4  right?
5     A    Yes.
6     Q    He dies at 1840, another 25 minutes
7  later.
8     A    That's correct.
9     Q    In your opinion is there a point of no
10  return or a point that you could see from the
11  record where in fact he was not salvageable?
12     A    I think by 6:15 he was not salvageable
13  because they did use an Ambu bag to try to get
14  more breathing going and it didn't work.  I don't
15  have any criticism for how they managed the
16  resuscitation attempt.  By that time he had gotten
17  to a point where his heart stopped and they were
18  not able to get it beating effectively again.
19     Q    If in fact his airway has been cleared
20  with a trach toilet before 1815 and in fact the
21  trach tube is in and not really a factor, he's got
22  an open airway, and they're Ambu bagging him at

Page 89

1  6:15 and he still goes downhill, he's down to
2  50 percent, I think, ventilation isn't doing any
3  good, right?
4     A    Correct.
5     Q    The reason even ventilating him at 1615
6  is not resuscitating him is what?
7     A    His circulation is not adequate.  He's
8  having cardiac arrest at the same time; although
9  the air is being pushed in and out of his lungs
10  his heart is not pumping the oxygen around his
11  body anymore.
12     Q    We were talking about the arterial
13  blood gases.  When were those results brought back
14  to Dr. Ilouyomade?
15     A    That was obtained from the patient at
16  10:55 a.m.  Received 11:10.  Part of my copy is
17  cut off.  It looks like it was reported back at
18  11:15 a.m.
19     Q    We talked about short of ventilation
20  what could have been done.  We talked about the
21  PCO2.  What about the pH, that reading was 7.29?
22     A    Yes.

23 (Pages 86 to 89)

Kevin R. Cooper, MD

Page 90

1    Q    What does that show?

2    A    That's lower than normal. That's an

3  acidosis.

4    Q    It ties in with your initial opinion

5  that he's not breathing on his own properly,

6  right?

7    A    Exactly.

8    Q    You can have respiratory and metabolic

9  acidosis, is that right?

10    A    That's correct.

11    Q    At that point in time did you know one

12  way or the other?

13    A    This is a respiratory acidosis.

14    Q    There was some question about him being

15  on drugs. With metabolic would medications have

16  been a reasonable thing to try to see if they

17  would change that reading?

18    A    This is not a metabolic acidosis, this

19  is a respiratory acidosis.

20    Q    Your opinion is that he should have

21  been ventilated?

22    A    Yes. You could ventilate him with an

Page 91

1  Ambu bag, you could ventilate him with a

2  ventilator. Seeing these results in this clinical

3  picture of a man who has paralysis and who has

4  developed this amount of respiratory failure he's

5  going to need ventilator support long enough so

6  it's not going to be feasible to stand next to him

7  and bag him for hours, he's going to need a

8  mechanical ventilator.

9    Q    Would it have been reasonable to try to

10  see if in fact you could put a trach mask on him

11  to give him some medications, give him some bolus,

12  glucose in case he's dehydrated to try to see if

13  you get a response? Would that have been

14  appropriate?

15    A    I don't think so given the trach mask

16  can give him plenty of oxygen to make sure that he

17  gets enough oxygen. He was getting enough oxygen

18  for most of the afternoon until the saturations

19  started falling but it's not going to help the

20  high carbon dioxide. The high carbon dioxide is a

21  sign that there's just not enough air moving in

22  and out and that's what he needs help with.

Page 92

1    Q    After getting these readings and

2  reviewing them what should the doctor have done?

3  How long should the doctor have waited before

4  ventilating the patient?

5    A    I wouldn't wait at all if I saw this.

6  You don't know whether he'll be able to hang on

7  for minutes, hours or a day when you see these

8  numbers.

9    Any increase in PCO2 in this clinical

10  situation in a patient with a spinal cord injury

11  is abnormal and it tells me that he needs help

12  with a ventilator.

13    Q    How often are the arterial blood gases

14  taken?

15    A    It depends on the clinical situation.

16  Sometimes they can repeat it as often as every 30

17  minutes. Sometimes they're done once a day,

18  sometimes every several days. It all depends how

19  quickly things are changing with the patient and

20  how much you need the information that you can

21  learn from a blood gas.

22    Q    If in fact an order was given for

Page 93

1  arterial blood gas would it have been within the

2  practice and procedures of an emergency room for

3  the arterial blood gases to be repeated without

4  additional orders?

5    A    That could be done. You might want to

6  see just with the passage of time whether things

7  are getting better or worse in terms of the

8  acidosis and the PCO2.

9    Q    These were taken early on in his

10  admission, right?

11    A    10:55 a.m.

12    Q    I think that's the time when Dr.

13  Ilouyomade just became involved and just started

14  to do all of these other things we mentioned which

15  were appropriate for him to do, right?

16    A    Yes.

17    Q    Therefore would it have been

18  appropriate for him to at least wait to see what

19  reaction all of his other non-ventilation type

20  practices and procedures and orders -- what type

21  of result would have occurred just based upon the

22  other measures he has taken?

24 (Pages 90 to 93)

Kevin R. Cooper, MD

Page 94

1    MR. CONNOR: Objection. Asked and
2  answered. You can answer it again, Doctor.
3    THE WITNESS: I don't think it would
4  have been appropriate because I don't think that
5  the other measures that Dr. Ilouyomade was
6  providing -- although helpful I don't think they
7  were going to help this problem. He needs a
8  ventilator because of this result.
9    In any case, if you decided you still
10  weren't sure then another blood gas should be done
11  fairly soon; for example, in an hour and during
12  that hour you would have to watch that patient
13  like a Hawk to make sure nothing bad happened
14  while you were waiting your hour.
15  BY MR. GUZIAK:
16    Q    Would the pulse ox dropping have
17  anything to do with the PCO2 and the pH?
18    A    I think the drop in pulse ox was a
19  consequence of an increase in the PCO2 and the
20  decline in pH. As the PCO2 gets higher and higher
21  the pH gets lower and lower and that has several
22  effects. One, it impairs consciousness of the

Page 95

1  patient. The patient becomes less responsive and
2  eventually comatose and it puts a strain on the
3  heart eventually leading to cardiac arrest if you
4  don't fix it.
5    Q    Sometime within an hour or less of when
6  the results came back Mr. Magbie should have been
7  put on a ventilator?
8    A    I would say promptly. When you look at
9  this result that tells you that he's not breathing
10  enough and he's going to need a ventilator so
11  there's really no reason to wait. As it turned
12  out if it had been supplied within an hour he
13  would have been fine.
14    At the time when you first receive this
15  information you don't know what the future has in
16  store so the prudent thing to do is to supply the
17  ventilator as soon as you can.
18    Q    Given the fact that his pulse ox was
19  still 80 percent at 1740 would you agree if in
20  fact he had been ventilated at that point in time
21  he would have survived?
22    A    Most likely, yes.

Page 96

1    Q    When his pulse ox drops to 71 percent
2  are we getting to a point of no return at that
3  point in time at 6:00?
4    A    On page 29, the next record of pulse ox
5  at 50 percent at that point there is a line
6  through the section that has pulse and
7  respiration -- I interpret that to mean that he
8  didn't have a pulse and respiration.
9    Q    They didn't see his chest going up and
10  down.
11    A    Right, and also that he had lost his
12  pulse.
13    Q    You mentioned in your report that
14  between 1530 and 1740 no one took action to help
15  him. It's about three-quarters of the way down in
16  the first paragraph on page two.
17    A    Yes. That's during the time when his
18  oxygen saturation was declining but before it
19  really went way down. That's a period where the
20  type of help that he needed was to be placed on a
21  ventilator and that didn't happen.
22    Q    Let me ask you some questions about

Page 97

1  your CV. Tell me what you currently are doing
2  here at the hospital. What's your position and
3  title?
4    A    I'm a professor of medicine in the
5  Division of Pulmonary Disease and Critical Care.
6  I spend my time primarily in patient care.
7  Three-quarters of the year it's outpatient
8  pulmonary medicine so that's an office practice of
9  pulmonary diseases. The other quarter is
10  inpatient consultations which is seeing patients
11  throughout the hospital who are under the care of
12  other doctors whose patients develop pulmonary or
13  critical problems and need advice about how to
14  handle them.
15    Q    What is critical care? Is that a
16  separate field of medicine or specialty?
17    A    It's a separate specialty. Actually
18  it's a special area of clinical competence. It's
19  not its own specialty board but there is a special
20  test that you need to take in order to be
21  certified in that area of competence.
22    It's the care of people who are

25 (Pages 94 to 97)

Kevin R. Cooper, MD

Page 98

1   immediately in danger of dying; people usually
2   with severe organ failure or multiple organ
3   failures who are usually in an intensive care unit
4   and usually dependent on very intensive drug
5   therapy, life support equipment, ventilator care,
6   drugs to maintain blood pressure and increase
7   cardiac output. They're the sickest patients in
8   the hospital.
9       Q   You're not an emergency room physician,
10  right?
11      A   No, sir.
12      Q   Your opinions with regards to the need
13  for ventilation would be based upon your expertise
14  as a pulmonary care or critical care physician?
15      A   Pulmonary and critical care, yes.
16      Q   If you were in fact called in on this
17  patient at 1740 and the presentation that's set
18  forth in the records was provided to you by Dr.
19  Ilouyomade what would you have done? What would
20  have been the appropriate thing in your opinion to
21  do?
22      A   I think he needs immediate assistance

Page 99

1   with his breathing and that would be done in an
2   emergency room setting by using an Ambu bag. Then
3   you call respiratory therapy and ask them to bring
4   a ventilator so that could continue after your
5   hands got tired.
6       Q   With an Ambu bag you basically squeeze
7   as fast as you can, right?
8       A   You have to use the Ambu bag with the
9   size of each breath and with a rate that's
10  appropriate for the patient. Mr. Magbie was a
11  small person so he didn't need huge breaths but
12  much bigger than what he was getting on his own.
13      Q   As far as your prior forensic
14  background is concerned I see you supplied a list
15  of cases you've been involved in.
16      A   Yes.
17      Q   Have you updated that at all with
18  regards to cases that you might have been involved
19  in within the last year?
20      A   This is the most up-to-date version.
21  I'm not sure whether the version you have is a
22  match to this. This one is correct.

Page 100

1       MR. GUZIAK: This is a record of
2   depositions and trial testimony. Why don't we
3   mark this as the next exhibit.
4
5       (Cooper Exhibit No. 9 Marked for
6   Identification.)
7
8   BY MR. GUZIAK:
9       Q   Doctor, it looks like you testify for
10  plaintiffs and defendants about equally.
11      A   Actually defendants more often. I
12  would estimate probably 85 percent of the time on
13  behalf of the defendants, about 15 percent on
14  behalf of plaintiffs.
15      Q   How often do you unfortunately get to
16  be deposed like this during the course of a year?
17      A   Probably five or six times a year.
18      Q   And for trial testimony?
19      A   Trial testimony is usually once or
20  twice a year.
21      Q   Have you ever been involved in a case
22  involving a quadriplegic like Mr. Magbie before?

Page 101

1       A   I don't recall ever being involved in a
2   case like this, no.
3       Q   You're going to send your bill for your
4   deposition to Mr. Connor and I'm going to pay it.
5   What would that be per hour?
6       A   $250 an hour.
7       Q   In preparing for this deposition did
8   you consult with any other physicians?
9       A   No.
10      Q   Do you happen to know any of the
11  physicians that are named as experts in this case?
12      A   No, I don't.
13      Q   Is there anything in the way of an
14  exhibit or a medical article or a medical text or
15  some kind of a graph that you intend to rely upon
16  to explain your opinions in any way or emphasize
17  some points?
18      A   I haven't thought of anything or
19  prepared anything. That would be up to Mr. Connor
20  to decide whether he thought something like that
21  would be appropriate.
22      Q   You haven't done anything like that

26 (Pages 98 to 101)

Kevin R. Cooper, MD

Page 102

1  prior to today; you haven't prepared anything or
2  have anything there in that pile of documents that
3  you extrapolated from someplace?
4      A    No.
5      Q    The trach mask that was supplied from
6  the beginning on the 24th, why was that not
7  effective?
8      A    A trach mask covers the tracheostomy
9  tube and it blows oxygen over it so that when the
10  patient sucks in air he gets mostly oxygen.  It
11  does not push the air in with any pressure so the
12  patient is still doing all the breathing on his
13  own but the trach mask assures that when he does
14  breathe in he breathes in oxygen.
15      MR. GUZIAK:  Let's take five minutes.
16
17      (Recess.)
18
19      MR. GUZIAK:  I think I'm done.
20      MR. CONNOR:  Do you want to waive
21  reading?
22      THE WITNESS:  Whatever you want me to

Page 103

1  do.
2      MR. CONNOR:  You don't need to read it.
3  Usually people waive.
4      THE WITNESS:  That's fine.
5
6      (Signature waived.)
7
8      (Deposition adjourned at 12:45 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Page 104

1  COMMONWEALTH OF VIRGINIA AT LARGE, to wit:
2
3      I, Joseph C. Spontarelli, CCR, Notary Public
4  in and for the Commonwealth of Virginia at Large,
5  and whose commission expires October 31, 2007, do
6  certify that the aforementioned appeared before
7  me, was sworn or affirmed by me, and was thereupon
8  examined by counsel; and that the foregoing is a
9  true and correct transcript taken to the best of
10  my ability.
11      I further certify that I am neither related
12  to nor associated with any counsel or party to
13  this proceeding, nor otherwise interested in the
14  event thereof.
15      Given under my hand and notarial seal at
16  Richmond, Virginia, this 24th day of May
17  2007.
18
19
20      _____
        Joseph C. Spontarelli,
        Court Reporter/Notary Public
21      Va. CCR #0315028
22

27 (Pages 102 to 104)