**Mary R. Scott, et al. V. District of Columbia, et al.**
**United States District Court for the District of Columbia**

**05CV01853**

**Exhibit No. 2**

204040.txt

0001
```
1           IN THE UNITED STATES DISTRICT COURT
2            FOR THE DISTRICT OF COLUMBIA
3                  CIVIL DIVISION
4  MARY SCOTT, individually and )
5  as personal representative    )
6  of the Estate of JONATHAN     )
7  MAGBIE,                       )
8                  Plaintiff,    )
9          vs.                   ) Civil Action No.:
10 DISTRICT OF COLUMBIA,         )  1:05-CV-01853 RWR
11 et al.,                       )
12                  Defendants.  )
13
14          The deposition of FRANK J. BAKER, II,
15 M.D., called for examination, taken pursuant to
16 the Federal Rules of Civil Procedure of the United
17 States District Courts pertaining to the taking of
18 depositions, taken before NANCY A. GUIDOLIN, CSR
19 No. 84-2531, a Notary Public within and for the
20 County of DuPage, State of Illinois, and a
21 Certified Shorthand Reporter of said state, at HQ
22 Global Workspace, Tower Floor, 415 West 22nd
23 Street, Oak Brook, Illinois, on the 16th day of
24 May, A.D. 2007, at 11:38 a.m.
```
0002
```
1  PRESENT:
2
3
4       MR. EDWARD J. CONNOR,
5       (5210 Auth Road, Suite 304,
6       Camp Springs, Maryland 20746,
7       301-899-7801),
8            appeared on behalf of the Plaintiff,
9
10                 -and-
11
12      MR. DONALD TEMPLE,
13      (1229 15th Street, NW,
14      Washington, D.C. 20005,
15      202-234-8778),
16           appeared via telephonic communication
17           on behalf of the Plaintiff;
18
19
20
21
22
23
24
```
0003
```
1  PRESENT:   (Continued)
2
3       BONNER KIERNAN TREBACH & CROCIATA, LLP,
4       (1233 20th Street, N.W., Suite 800,
5       Washington, D.C. 20036,
6       202-712-7100), by:
7       MR. RONALD G. GUZIAK,
8            appeared via telephonic communication
9            on behalf of Defendants
10           William S. Vaughn, M.D.,
11           Rotini A. Ilouyomade, M.D., and
12           National Emergency Services District of
```

204040.txt

```
13              Columbia.
14
15
16
17
18   REPORTED BY:  NANCY A. GUIDOLIN, C.S.R.,
19                 Certificate No. 84-2531.
20
21
22
23
24
0004
1                    (WHEREUPON, the witness was duly
2                    sworn.)
3                    FRANK J. BAKER, II, M.D.,
4    called as a witness herein, having been first duly
5    sworn, was examined and testified as follows:
6                    EXAMINATION
7    BY MR. GUZIAK:
8         Q.   Doctor, Ron Guziak.  I am sorry for the
9    technical mess up that we have had, but why don't
10   we begin by getting your full name and your
11   present professional address on the record,
12   please.
13        A.   Sure.  It's Dr. Frank Baker, and my
14   address is 89 Timber Court, Oak Brook, Illinois.
15        Q.   Doctor, I have been provided a copy of
16   a report that you issued on August 1, 2005.  Do
17   you have that in front of you?
18        A.   Yes.
19        Q.   Okay.  There has been a lot that has
20   gone on in this case since the time that you have
21   rendered that report.
22             Since then have you received or
23   reviewed any other materials, depositions, reports
24   or records?
0005
1         A.   Yes.  I have.  Let's see.  Let me find
2    that report here, because I was just reading it.
3    Let's see.  I have since that time received the
4    depositions of three individuals.  They would be a
5    Dr. Vaughn, a Dr. Rotini Ilouyomade, a report of
6    the District of Columbia Inspector General, a
7    report of Jeffrey Smith, a report of Kevin Cooper,
8    and the deposition of Dr. Malekghasemi.  Let's
9    see.  Were those the two defense experts?  I have
10   received reports from two defense experts.
11        Q.   That's Smith and Cooper I think.
12   Right?
13        A.   That would be doctor --
14        Q.   I mean, you got it from --
15        A.   Dr. Roger Johns and Dr. Philip
16   Buttaravoli.
17        Q.   All right.
18        A.   That's it.
19        Q.   Why don't we do this.  If you can, I
20   would like you to hand over the report that you
21   had issued on August 1, 2005, and we will mark
22   that as Deposition Exhibit No. 1.
23                   (WHEREUPON, a certain document was
24                   marked Baker Deposition Exhibit
0006
```

Page 2

204040.txt

```
 1              No. 1, for identification, as of
 2         5-16-07.)
 3    BY MR. GUZIAK:
 4         Q.    All right.  The next thing that I would
 5    like to ask you is this:  Since you have rendered
 6    that report of August 1, 2005, and reviewed this
 7    other material that you just discussed, have you
 8    amended your report in any way, that August 1,
 9    2005?
10              That is, have you drafted another
11    report?  Have you issued another report?  Do you
12    intend to change or amend any of the opinions that
13    you have in the report of August 1, 2005?
14         A.    Well, I haven't issued another report.
15    I haven't amended this report, but I think that
16    there are some additional opinions relative to the
17    visit on 9/20/04.
18         Q.    Okay.  New opinions rendered 9/20/04.
19    And for purposes of this I will try to clarify
20    this.  I believe that involves -- one of the
21    doctors that I represent is Dr. Vaughn.  Are you
22    aware of that?
23         A.    Yes.
24         Q.    Okay.  So Vaughn would be for the 20th,
0007
 1    and I think Ilouyomade, I think that's how you
 2    pronounce his name, he is involved in a subsequent
 3    admission on the 24th, correct?
 4         A.    Yes.  You are correct.
 5         Q.    All right.  What new opinions do you
 6    have as to Vaughn so that I can go through those
 7    today as well?
 8         A.    Well, the new opinion is really this,
 9    that -- I mean, it doesn't change what should have
10    been done.  It's just that I believe that there is
11    evidence that the patient had pneumonia on the
12    20th, and that evidence would be in the form that
13    on physical examination the patient had rales when
14    they listened -- when Dr. Vaughn listened to his
15    lungs, and that he had an elevated white count,
16    which I think was 12.8000, and it is well-known
17    that -- and he carried the diagnosis of
18    dehydration, which had been made by Dr. Vaughn,
19    and it is well-known that in patients who are
20    dehydrated, the chest x-ray may be negative for
21    pneumonia until the patient is rehydrated, and I
22    think that is what occurred in this case, that
23    there is physical evidence, namely rales, that the
24    patient had pneumonia, there is evidence of an
0008
 1    infection, the elevated white count, and a
 2    negative chest x-ray means nothing in that
 3    circumstance.  So it's just another reason for
 4    admitting this patient.
 5         Q.    Is there anything else that you would
 6    like to add to the opinions that you set forth on
 7    the initial report with regards to Dr. Vaughn?
 8         A.    No, sir.
 9         Q.    Okay.  Now, with regards to
10    Dr. Ilouyomade and the second admission, you also
11    have, I think, beginning on Page 2 talked about
12    that admission.
13              Is there anything that you would like
```

Page 3

204040.txt
14    to add or tend to add or to testify to at trial if
15    called with regard to the second admission and/or
16    Dr. Ilouyomade?
17          A.    Only this point, and maybe you would
18    like to reference that chart, and that is this,
19    that although my opinion regarding his management
20    is fundamentally correct, I believe based on the
21    patient's blood gas that was done at 10:55 in the
22    morning where the patient was acidotic with a pH
23    of 7.297 and an elevated PCO2 of 56, despite the
24    fact that he was adequately oxygenated, the
0009
1     acidosis and the elevated PCO2 indicates
2     ventilatory failure, and that is an indication for
3     active airway management, meaning intubation and
4     placement on a ventilator.
5           So as early as 10:55 in the morning the
6     patient should have been placed on a ventilator.
7           Q.    Anything else?
8           A.    No, sir.
9           Q.    Okay.  Had you added -- have you
10    written down any kind of notes or made any type of
11    outlines of your opinions in preparation for today
12    based upon your review of these other records and
13    depositions that you have mentioned?
14          A.    No, sir.
15          Q.    Okay.  All right.  Let's see.  We
16    should probably do this.  Why don't we -- I think
17    that I have sent you through counsel a copy of the
18    medical records that involve the first admission
19    of Dr. Vaughn, have we not?
20          A.    Yes.
21          Q.    I think there is a packet, and I think
22    is starts out with WMVA 0001?
23          A.    Yes.
24          Q.    Okay.  Why don't we mark that as
0010
1     Exhibit No. 2, and the next packet with regard to
2     Dr. R, or I guess that's Ilouyomade -- I guess
3     that's supposed to be RI.  That will be for the
4     second admission of the 24th.  We will mark that
5     as Exhibit 3.
6                       (WHEREUPON, certain documents were
7                       marked Baker Deposition Exhibit
8                       Nos. 2 and 3, for identification, as
9                       of 5-16-07.)
10    BY THE WITNESS:
11          A.    Okay.  We got them.
12    BY MR. GUZIAK:
13          Q.    Okay.  When we go through them, I am
14    sure there will be references, and we can go
15    Exhibit No. 2 or 3 page such and such.  All right?
16          A.    I got it.
17          Q.    I think that I have got a copy of your
18    CV as well.  It's about 30-some pages.
19          A.    Let's see.  I brought an updated one
20    here.
21          Q.    Why don't we mark the updated one as
22    Exhibit 4.
23          A.    Okay.
24                       (WHEREUPON, a certain document was
0011
1                       marked Baker Deposition Exhibit
                         Page 4

204040.txt

2          No. 4, for identification, as of
3      5-16-07.)
4   BY MR. GUZIAK:
5          Q.    Tell me the date of the one that I was
6   e-mailed compared to the updated one, and what
7   changes there might have been between the two.
8          A.    Well, let's see.  I will tell you in
9   just a minute.
10         Q.    Okay.
11         A.    There really is not -- there aren't any
12  changes.
13         Q.    Okay.  We will get to that later.  I
14  won't spend too much time on that.  Let me go
15  through some other preliminaries.
16             Let's see.  With regards to rendering
17  the opinions that you have rendered and updated
18  today, did you do any type of research or going
19  through, you know, medical articles, any text
20  authorities with regard to your opinions?
21         A.    No, sir.  This is really basic stuff.
22  The only actual additional item that I brought
23  with me was a graph of the relationship between
24  oxygen saturation and PO2.  It's called the Oxy
0012
1   Hemoglobin Dissociation Curve.
2          Q.    Okay.  Can you repeat that?  Graph
3   of --
4          A.    The relationship between oxygen
5   saturation and PO2, which is dissolved oxygen that
6   we measure with a blood gas, and that graph is out
7   of the Rosen textbook in emergency medicine.
8   Emergency Medicine Concepts and Clinical Practice
9   is the name of the text.
10         Q.    What edition?  What year do you have on
11  that?
12         A.    You know, I think the graph actually
13  came out of the second edition, which would have
14  been 1987.
15         Q.    And how many pages is that?
16         A.    Just one page.
17         Q.    Oh, that's it.
18         MR. GUZIAK:  Why don't we mark that as
19  Exhibit 5.
20                   (WHEREUPON, a certain document was
21                   marked Baker Deposition Exhibit
22                   No. 5, for identification, as of
23                   5-16-07.)
24  BY MR. GUZIAK:
0013
1          Q.    Can you give me a head's up, Doc, as to
2   why you brought that and how you intend to use it?
3          A.    Oh, sure, because there is a
4   considerable misunderstanding about what is a
5   normal oxygen saturation and how it relates to
6   PO2.
7              Basically an oxygen saturation of 95
8   percent is a PO2 of 75.  That's a borderline low.
9   I mean, that's right on the margin between, you
10  know, when you start oxygen and when you don't.
11             A normal oxygen saturation is actually
12  98 or 99, and that corresponds to a PO2 that's
13  about 90, but 95 -- 95 is borderline.
14             95, if you can do that on room air, you
Page 5

204040.txt

15  are okay.  At 94 I would put you on oxygen, and,
16  of course, in this patient we have oxygen
17  saturations that were measured significantly lower
18  than that.  We have one that is measured at 80,
19  and we are talking about on the 24th, and another
20  one that is measured, I think, at 60.  Let me look
21  here.
22       Q.    He might be at 50 I think there is at
23  the very end there.
24       A.    There is one at 80 and there is one at
0014
1   50.  You are right.
2        Q.    Okay.  But at 95 that is borderline,
3   right, for the oxygen saturation?  What is that?
4        A.    SAO2, and at 95 it means that you are
5   just barely making it.  You are okay, but, you
6   know, you haven't got a lot to spare.
7             In this case at 14:05 hours this
8   patient had an oxygen saturation of 95 percent,
9   but the patient was on 5 liters of O2 and was
10  breathing 24 times a minute.
11            So it's clear that this patient had
12  evidence certainly by 14:05 that the patient
13  needed to be intubated or put on a ventilator,
14  but, like I say, looking at the blood gas it's
15  very apparent that sometime before eleven a.m. in
16  the morning this patient needed to be placed on a
17  ventilator because the patient had ventilatory
18  failure as evidenced by a respiratory acidosis.
19       Q.    But basically it can get a 95 at room
20  air, which is without any trach, mask, without any
21  oxygen, without a nasal cannula.  That would be, I
22  guess, okay?
23       A.    Yeah.  It's acceptable.  It's not
24  normal, but it means that I don't need to put you
0015
1   on oxygen.
2        Q.    All right.  I got you.  Anything else
3   that you can think of how you are going to use
4   this graph?  Is that just to support these
5   opinions that you just gave, or were there some
6   other things?
7        A.    No, no.  That's just to support the
8   opinions that I gave, and the graph points out,
9   for instance, that the normal venous oxygen level,
10  that is the PVO2, is actually an oxygen saturation
11  of about 75 percent.
12            So if you have an oxygen saturation of
13  75 percent, you may as well be pumping venous
14  blood into your brain.  I mean, you are really
15  extremely low, and clearly need active airway
16  management.
17       Q.    So when we had, I think that you
18  mentioned, 80 as the pulse ox -- would that be a
19  way to measure the saturation level, a pulse ox?
20       A.    Yes.  And a saturation level is
21  measured by pulse ox, and a saturation level of 80
22  percent is roughly a PO2 of 50.  You clearly need
23  active airway management or you are in deep
24  trouble.
0016
1        Q.    Okay.
2        A.    So this graph allows us to take and
                        Page 6

204040.txt

3  convert oxygen saturations as determined by pulse
4  oximetry to PO2 levels.
5        Q.    Okay.  So at a pulse ox of 80, and I
6  know that we will get there, I guess is about an
7  hour or so before he dies, right?
8        A.    Yes.
9        Q.    That is the time when you clearly need
10 active airway management.  What do you mean by
11 active airway management?
12       A.    I mean that you need to insure that the
13 airway is open and you are going to need to use
14 some sort of positive pressure ventilation, which
15 means an Ambu bag, a ventilator.  Something that
16 is going to be pumping air in -- oxygen in.
17       Q.    Okay.  We have marked that as -- I take
18 it there is no other additional medical articles,
19 texts, or references to texts that you intend to
20 use or rely upon at least as of this time, right?
21       A.    Yes.  You are correct.
22       Q.    Okay.  Have you consulted with any
23 other experts in any of the hospital's medically
24 related fields that may be involved in this type
0017

1  of case, or would this type of patient -- we have
2  a quadriplegic, we have a guy with a tracheotomy.
3  Have you consulted with any other people in I
4  guess wherever you work, in your hospital, or
5  friends of yours with regard to any aspects of
6  this case?
7        A.    No, sir.  I mean, this is really bread
8  and butter emergency medicine.  We are trained to
9  do this.  We do this on a routine basis.  We
10 routinely do active airway management.  We
11 routinely put patients on ventilators.  We
12 routinely deal with patients who have trachs.  We
13 routinely replace those trachs.  We routinely
14 suction them.
15             This is not an unusual problem at all
16 in terms of a patient with a trach becoming
17 hypoxic.
18       Q.    Do you know any of the other experts
19 that have been, you know, involved in this case?
20 There is listed a guy named Cooper, a guy named
21 Smith, the two guys that our side has are Johns
22 and Buttaravoli.  I can't pronounce his name.  The
23 Italian guy.
24       A.    No, sir.  I don't know any of them.
0018

1        Q.    Okay.  All right.  When were you first
2  retained in this case?
3        A.    Well, let's see.  I have a group of
4  cover letters here, and it looks like June 13,
5  2005, was the first time that I was contacted, and
6  shortly thereafter on June 27th I was sent
7  records.
8        Q.    All right.  Have you been -- well, let
9  me ask you this:  How did you come to be retained
10 by Mr. Connor or Mr. Temple?
11       A.    Well, the first letter is from
12 Mr. Connor.  I don't believe that I know
13 Mr. Temple, and I don't know how or where they
14 obtained my name.
15       Q.    All right.  I guess the follow-up
                        Page 7

204040.txt

16   question would be:  Have you ever worked for
17   either Mr. Temple or Mr. Connor before?
18         A.    No, sir.
19         Q.    Okay.  Have you since been sent any
20   cases for review by anybody on the plaintiff's
21   side, any of the attorneys?
22         A.    I am sorry?
23         Q.    Any of the attorneys, Mr. Connor,
24   Mr. Temple, and I believe there is another
0019
1    attorney who is involved, Elizabeth Andersen.
2          A.    No.  I have not worked with any of
3    those individuals before.
4          Q.    Okay.
5          A.    Or subsequently.
6          Q.    Have you had any prior cases in this
7    DC metropolitan area, in the District of Columbia
8    itself, or, perhaps, in Maryland or in Northern
9    Virginia?
10         A.    Well, the short answer is yes.  I can
11   remember two of them.  One was a case by the name
12   of Jaffee.
13         Q.    Okay.  I know Dr. Jaffee.  Okay.
14         A.    No.  Not Dr. Jaffee.  The deceased.
15         Q.    Oh, the deceased was named Jaffee?
16         A.    A long distance runner was a young
17   woman by the name of Jaffee.
18         Q.    Okay.
19         A.    And I am trying to think.  I think a
20   man from the firm of Peter Angelos was the
21   attorney, but off of the top of my head I just
22   don't remember his name.
23         Q.    Now, I guess we are required at the
24   Federal court case to provide a list of all cases
0020
1    that you have testified in in the last five years.
2    I don't think that I have seen anything like that.
3    Have you provided something like that?
4          A.    I don't think that I have, but I have a
5    list of the last four years.
6          Q.    Okay.  Do you have that in front of
7    you?
8          A.    No, but I can have it faxed to you or,
9    you know, mailed to you or whatever.
10         Q.    All right.
11         A.    But I do have a list.
12         Q.    Is there a way that we can mark that as
13   Exhibit 6 and for it to be provided?
14         A.    We can do that.
15         Q.    How extensive of a list would that be,
16   Doctor, for the last four years?
17         A.    What do you mean?
18         Q.    Well, how many cases have you listed as
19   being involved in as far as being retained?
20         A.    The list is a list of sworn testimony
21   by deposition or in court.
22         Q.    Right.
23         A.    And it lists the name of the case, and
24   I think it lists -- I think it lists whether I was
0021
1    working for the plaintiff or defense.  I think it
2    lists state, but I am not sure.  I know it does
3    not list case number, and on the average I give
                        Page 8

204040.txt

```
 4    about two depositions a month, but it is what it
 5    is.  I mean, you will be able to count it whatever
 6    it is.
 7          Q.    Okay.  So that just gives me some
 8    parameter.  So about two depositions a month.  And
 9    how long have you been involved in this forensic
10    type of work?
11          A.    Basically 30 years.
12          Q.    All right.  You mentioned two cases
13    that you had in the District of Columbia.  One was
14    Jaffee.  Is that with Peter Angelos's firm, or was
15    that another?
16          A.    No.  I think that is with Peter
17    Angelos's firm, and it had to do with something
18    called Aids Ride or something.  It was a lady who
19    died after doing a hundred mile ride every day for
20    five days.
21          Q.    Right.
22          A.    And the other case I don't remember the
23    name of it, but I can tell you the attorney's
24    name.  It was a fellow by the name of Rick Silber,
0022
 1    and it was a celebrated matter in Washington,
 2    D.C., because it was a guy who was either
 3    transsexual or a transvestite or something who
 4    was, as I recall, a pedestrian and he was hit by a
 5    car and the EMS folks thought that this was funny
 6    and didn't approach his care as if he was very
 7    ill, and it turned out that he was very ill.
 8                He had a pneumothorax, he was taken
 9    to the hospital and he died in the ER, and his
10    treatment both in the pre-hospital sector and in
11    the ER was the issue.
12          Q.    Now, both of those cases were plaintiff
13    cases, right?
14          A.    Yes.
15          Q.    And both of those cases -- at least the
16    second one, that sounds fairly recent, the last
17    five years?
18          A.    Yes.  I think so.
19          Q.    Okay.  I take it, then, that you have
20    testified at a trial in that case?
21          A.    I testified in the trial in that case,
22    and in the Jaffee case that was settled.
23          Q.    That was settled.  Okay.
24                Those two cases probably some more
0023
 1    information would appear on this list that you are
 2    going to provide me, correct?
 3          A.    Yes.
 4          Q.    More likely than not?
 5          A.    Yes.  I think so.
 6          Q.    Okay.  Have you -- you indicated that
 7    you have been doing this forensic work for 30
 8    years.
 9                Where does the -- let me ask you this:
10    Do you have any type of referrals or service or
11    are you a member of any of the expert witness
12    referral agencies that you get work from?
13          A.    No, sir.
14          Q.    Okay.  Do you have any idea as to how
15    you get these two cases a month generally?  From
16    what sources, or how those cases come to you?
```

Page 9

204040.txt

17        A.    Yeah, sure.  Actually, really two ways.
18  One is that in 1983 I was one of the associate
19  editors and the author on the chapter on cardiac
20  arrest of the Rosen textbook in emergency
21  medicine, which was Emergency Medicine Concepts
22  and Clinical Practice.
23              I was an associate editor on the first
24  two editions, the second one being in 1987, and
0024
1   when the 1983 edition was published, the phone
2   sort of started to ring off of the hook, and so
3   that's a source of numerous referrals, and the
4   other one happens to be that, you know, after you
5   have been doing this work for ten years, your name
6   gets around, and so most of the other referrals
7   are directly from other attorneys who either I
8   have worked with or through things like the Jury
9   Verdict Reporter.
10        Q.    Okay.  With regards to -- let's talk in
11  broad terms.  These are typical questions.  You
12  said that you get deposed about twice a month,
13  right?
14        A.    Yes.
15        Q.    Expanding upon that, how many cases do
16  you get referred to review a year, and let's say
17  in the last year or so or the last two years?
18        A.    You know, I get asked about maybe two
19  to four times a month to look at a matter, and if
20  I have a conflict of interest, I won't look at it
21  at all, and if people don't like my opinion,
22  obviously, then it never proceeds to deposition.
23        Q.    So during the course of, let's say --
24  let's expand on it.  During the course of the last
0025
1   five years do you get, you know, as many as 30 to
2   40 cases a year to review?
3         A.    Yes.  That's possible.
4         Q.    Okay.  And how many of those cases
5   are -- when you actually get retained, how many of
6   those cases are you retained on the side of the
7   plaintiff versus the defendant?
8         A.    The vast majority of reviews are on the
9   side of the plaintiff.  Probably 80 plus percent.
10  By the time that it gets to deposition or court
11  testimony, it's more than 95 percent.
12        Q.    Okay.  And how many presently open
13  cases do you have that you are reviewing or
14  involved in some form or fashion at the present
15  time besides this case?
16        A.    Well, you know, I estimate there is
17  maybe 20 or 30 active cases which means that, you
18  know, I have actually done some work on them in
19  the last, whatever, six months.  You know, I have
20  cases that are open for ten years that Lord knows
21  what happens to them.  I mean, you know how that
22  goes.
23        Q.    Yep.  As far as the rates that you
24  charge, I think that's going to be sent through
0026
1   Mr. Connor, but for purposes of this deposition,
2   what kind of rate are we going to see from you on
3   this?
4         A.    Well, you know, I charge $2,500 to
                          Page 10

204040.txt

```
 5   review a case in terms of the medical record.
 6      Q.    Yeah.
 7      A.    And I charge $600 an hour for reviewing
 8   depositions and writing reports and that sort of
 9   thing.  For an in-town deposition I charge $1,400
10   for the first hour, $1,000 for the second hour,
11   and $600 an hour after that, and when I am
12   out-of-town or on trial, I charge an eight-hour
13   day at the $600 rate.  So it's $4,800 a day plus
14   expenses.
15      Q.    And I guess there is like a form that
16   you send out after somebody contacts you and you
17   say if you want to retain me, this is my standard
18   fees, and that goes out?
19      A.    Yeah.  I send out basically a letter of
20   engagement so there is no misunderstanding.
21      Q.    Okay.  How much time -- well, perhaps,
22   if you can do it this way.  Either by time or by
23   fee, how much time and/or fees have you generated
24   thus far up until this morning with regards to
0027
 1   review of this case and preparation for this
 2   deposition?
 3      A.    Well, let's see.  Actually, I have two
 4   statements here somewhere.  Let me find them.  The
 5   original $2,500 and then some time to write the
 6   report, and then I didn't review those depositions
 7   until just the past couple of days, and I haven't
 8   added that up or sent an invoice regarding that
 9   yet.
10      Q.    I was thinking -- what is the total
11   hours or billing?  Can you provide that, or do you
12   have that there in front of you, and you can read
13   it into the record if you already haven't done
14   that?
15      A.    Well, I haven't added up the recent
16   work yet.  So I can't really tell you that off of
17   the top of my head.
18      Q.    Are we talking about 50 hours?
19      A.    Oh, no, no.  Each one of these
20   depositions is like a hundred pages long.  So
21   that's like, you know, an hour and a half or
22   something like that, and, you know, I got up this
23   morning at 5:00 and worked until about 9:30.  So
24   whatever that comes to.  Maybe six or seven hours
0028
 1   or something like that.
 2      Q.    But prior to that work that you just
 3   mentioned, what was the total hours or bills to
 4   date?
 5      A.    Let's see.  Give me a minute, and we
 6   will find it here.  Here.  I got it.  Oh, let's
 7   see.  It looks like I only billed the original
 8   $2,500.  That's all that I can see here.
 9      Q.    Okay.  And another bill will be
10   forthcoming I guess after this though, correct,
11   for what you mentioned?
12      A.    Yes, yes.
13      Q.    All right.  What is -- let's try it
14   another way.  These cases that you get in and
15   review during the course of the year, over the
16   last five years have you ever -- or can you tell
17   me what the total fees from start to finish are on
```

Page 11

204040.txt

18  average for your involvement in a case?
19      A.    Oh, gosh.  That would be a guess.  I
20  just -- I don't know.  Sort of a lot depends on
21  how many depositions somebody sends me and whether
22  I get deposed or whether I testify at trial.  I
23  mean, it's extremely variable.
24      Q.    Do you have a separate way to account
0029
1   for all of this -- the review of cases, a separate
2   accounting, a separate way to account for that on
3   your income tax form?
4       A.    Well, I have a sub chapter S
5   corporation in Illinois called, "Professional
6   Medical Consultants."  However, the sources of
7   funds that go into that include a number of
8   things.  I mean, it includes honorary.  It
9   includes actually the last -- I have to think
10  about this for a minute.
11          The last two hospitals that I have been
12  at I have been an independent contractor, and
13  because they don't withhold, I have had those
14  funds wire transferred actually into the account
15  of Professional Medical Consultants so that we can
16  keep track of it for tax purposes.
17      Q.    Well, in doing that, and I guess from
18  your -- I guess preparing that and talking to your
19  accountant about that, I guess that you have got
20  some idea as to how much money you make
21  approximately per year from being involved in this
22  forensic work, do you not?
23      A.    Not very good, because I don't keep
24  track of it.  I have somebody else to do that.  I
0030
1   can tell you that in general it is probably 60 to
2   70 percent of my earned income, and during years
3   when I have been off for medical reasons, it can
4   approach a hundred percent of my earned income if
5   that's all that I am doing.
6       Q.    Okay.  I don't want to pry too much
7   into that.  You had some medical issues which kept
8   you from working as, you know, an emergency room
9   physician?
10      A.    Yeah.  Actually several.  I am a
11  diabetic since age ten.  So I have had diabetes
12  for 50 years.  I have had a six-vessel coronary
13  artery bypass graft.  I got bit by a brown recluse
14  spider and almost died.  And then I have a
15  recurrent wound on my foot that when it breaks
16  down, I can't work until it heals.
17      Q.    Okay.
18      A.    From the spider bite, you know.
19      Q.    And all of those four things you
20  mentioned have been something that has been
21  affecting you within the last ten years?
22      A.    Yes.
23      Q.    Okay.
24      A.    The spider bite was --
0031
1       Q.    That resulted in your having some
2   difficulty with regards to employability because
3   of medical reasons?
4       A.    Yes.
5       Q.    All right.  Have you lost -- what was
                        Page 12

204040.txt
```
 6   the longest period of time that you were out of
 7   work because of what problem?
 8        A.    Well, I was out of work for about nine
 9   months associated with a six-vessel coronary
10   bypass graft and a subsequent cardiac arrest, and
11   I have -- the last shift that I worked seeing
12   patients was the last day of February of 2005 when
13   I showed up for a shift, turned out to have an
14   acute osteomyelitis, and ended up having a fairly
15   severe medical problem for which we are still
16   doing skin transplants, skin grafts.
17        Q.    I am sorry to hear all of this.
18             If you have any tips on how we can
19   avoid seeing troubles, just let me know.
20        A.    Yeah, right.  Don't get bit by a
21   spider.
22        Q.    Don't get bit by a spider.  All right.
23             Let's see.  Prior to I guess the time
24   that some of these medical problems affected your
```
0032
```
 1   ability to work actively in an ER, had you treated
 2   quadriplegics in emergency rooms on any kind of a
 3   regular basis?
 4        A.    Oh, sure.  I can tell you that the last
 5   time that I regularly saw paraplegics and
 6   quadriplegics actually was when I was at Rush.  So
 7   between 1998 and 2001.
 8             The reason for that is that Rush
 9   Presbyterian-St. Luke's and Rush University
10   Medical School or tertiary care center that get
11   these kind of patients in -- in many metropolitan
12   jurisdictions these kind of patients don't go to
13   community hospitals.  They go to university
14   hospitals where they are followed on a long-term
15   basis, and, you know, you get to the point where
16   you know these people by first names, because they
17   come in with very predictable complications of
18   urinary tract infections, because most of them
19   have indwelling Foley catheters and pneumonia.
20   That's what these people get, and, you know, we
21   would see them on a regular basis.
22        Q.    And I guess what are the reasons
23   physically because of their disability that they
24   get pneumonia more often than normal people?
```
0033
```
 1        A.    Well, you and I don't get pneumonia
 2   because we cough.  We breathe deeply and we cough,
 3   and these people basically don't do either.  They
 4   don't cough or at least don't cough well, and even
 5   if they are breathing, they don't breathe well.
 6        Q.    And the urinary tract infection is
 7   because they may be paralyzed on catheters?
 8        A.    Correct.  They have neurogenic bladders
 9   and they have indwelling catheters, and anybody
10   that has an indwelling Foley catheter is going to
11   get a urinary tract infection at some point in
12   time.
13        Q.    Those two, the urinary tract infections
14   and pneumonia being the two most common problems
15   that they run into, but are there others?
16        A.    Sure.  The one other that one sees
17   quite frequently are decubitus ulcers, and these
18   almost always are infected.  I mean virtually a
```
                              Page 13

204040.txt

19  hundred percent of the time decubitus ulcers are
20  affected, and, in fact, that's what Christopher
21  Reeves died of was an infected decubitus ulcer.
22      Q.    I didn't know that.  These three things
23  that you mentioned, the urinary tract infection,
24  pneumonia and decubitus ulcer, I believe I saw
0034
1   something to the effect that Mr. Magbie had all
2   three of those conditions at or near the time of
3   his death or during the last couple of days, did
4   he not?
5       A.    Yes.  That's true.
6       Q.    Have you had any other cases that you
7   have been retained as an expert involving, you
8   know, the treatment or the mismanagement of a
9   quadriplegic like Magbie?
10      A.    You know, not that I recall.
11      Q.    Look through your CV.  I notice that
12  you published a lot at a point in time.  Did you
13  publish anything related to treatment of quads or
14  related to tracheal tube management, airway
15  management?  Maybe I will broaden it to which
16  might be relevant in any way to the issues in this
17  case.
18      A.    Well, no.  I mean, if you look in the
19  Rosen text, obviously, there is a chapter on
20  active airway management.  I didn't write it.  I
21  probably edited it in the first two editions.  I
22  have never personally written about active airway
23  management in this kind of a patient, although I
24  have lectured on active airway management, which I
0035
1   have done quite frequently actually.
2       Q.    I take it that chapter in Rosen's text
3   on airway management dealt with people without the
4   disabilities and the quadriplegia that Mr. Magbie
5   had.
6             Because of his quadriplegic condition,
7   what additional -- what changes or what -- how
8   does that airway management article vary or should
9   it vary because of the -- let's say a patient like
10  Mr. Magbie would come in?
11      A.    Well, the answer -- you know, there are
12  sort of several issues that you have to look at.
13  One is that -- I am going to talk about these
14  people being quadriplegics.
15            These people get pneumonia, and so then
16  the question is:  Is there something special about
17  pneumonia in this group of patients?  And the
18  answer is yes, there is.
19            First of all, they tend to get
20  pneumonia because they are exposed to hospitals.
21  This is generally not community acquired
22  pneumonia.  It's frequently antibiotic resistant.
23  It's frequently due to unusual organisms, and
24  because quadriplegics tend not to be well
0036
1   nourished, that is, they tend not to eat normally,
2   they tend not to keep up on their fluids, these
3   patients are frequently dehydrated, and that is
4   the group of patients in whom you may only find
5   physical evidence of pneumonia when you listen to
6   the chest; that is, you hear rales, but the chest
                        Page 14

204040.txt
```
 7   x-ray is negative until you rehydrate them, and
 8   then the next day the chest x-ray, you know, shows
 9   that the patient has pneumonia.
10              So that's sort of one of the issues
11   that you see in these patients.  The other issue
12   is this:  That in this case this patient has a
13   high cervical lesion to the point where he needs a
14   diaphragmatic stimulator, that is, a frenetic
15   nerve stimulator, and he is operating right at the
16   margin.
17              Under the best of circumstances he is
18   able to get along, but he has no reserve, which
19   means that at the point of time when he gets
20   bronchitis or gets pneumonia, he is going to
21   deteriorate rather rapidly and require active
22   airway management in terms of placement on a
23   ventilator, the institution of a tracheal toilet,
24   the institution of antibiotics and so on.
0037
 1              These patients at best are in a very
 2   tenuous circumstance, and, you know, at the
 3   slightest evidence that they are sick, you really
 4   have to hop on the wagon and get these patients
 5   quickly and aggressively treated.
 6        Q.   Okay.  All right.  Let me -- before I
 7   move on, you said a high cervical lesion.  What do
 8   you mean by that?  That would be the preexisting
 9   problem from the auto accident?
10        A.   Yes, and I actually don't know the
11   level of the lesion.  I only know it's a high
12   cervical lesion for two reasons; one, there is
13   reference to it in some of these charts
14   specifically, I think the ones from the jail, but,
15   in addition, obviously we know that he needs a
16   frenetic nerve stimulator.
17              So, you know, if you have a C7 lesion,
18   you are able to breathe okay, but if you have a C4
19   lesion, you are obviously in deep trouble, and so
20   he was obviously a patient who had a higher rather
21   than a lower cervical lesion, but I don't know the
22   precise level.
23        Q.   Let me follow-up on this need for a
24   frenetic nerve stimulator.  Is that the pacemaker
0038
 1   that I see mentioned in this case?
 2        A.   Yes.
 3        Q.   Or is that something different?
 4        A.   No, no.  That's it.
 5        Q.   That's it.  Okay.  All right.
 6              And I believe that was already -- had
 7   been implanted, and he was using this as a
 8   frenetic nerve pacemaker or stimulator?  The same
 9   thing, right?
10        A.   Yes.
11        Q.   And just so I can understand what that
12   is used for, can you tell me why in your opinion
13   it was installed, I guess, or implanted is a
14   better word in Mr. Magbie and what its function
15   was at the time of his death or prior to the time
16   of his death?
17        A.   Sure.  A frenetic nerve stimulator
18   basically stimulates the frenetic nerve so that
19   the diaphragm contacts.  When the diaphragm
```
Page 15

204040.txt

20  contacts, that causes inspiration. So he brings
21  air into his lungs when it contacts and when it
22  relaxes he exhales, and, obviously, somebody along
23  the line someplace decided that he was more likely
24  to be independent in terms of not being ventilator
0039
1   dependent.
2            He was likely to have the independent
3   ability to breathe if they had implanted a
4   diaphragmatic pacemaker or a frenetic nerve
5   stimulator.
6        Q.    Okay. Is it like a heart pacemaker
7   where it kicks in at a certain level so that it
8   assists the patient only at a certain time of
9   need?
10       A.    No. Actually, I think this one
11  probably was constant, although, you know, they
12  are regulated by a control box.
13       Q.    Yeah.
14       A.    But I get the impression that this was
15  regularly operating, and I think there is
16  electrocardiographic evidence on the 24th actually
17  that it was working.
18       Q.    Yes. I guess the reference that you
19  and I are thinking about is that was some evidence
20  of it spiking on the monitor?
21       A.    Yes.
22       Q.    And that would be evidence that it was
23  working, right?
24       A.    Well, that's -- well, that's not quite
0040
1   true. What it means is that there is evidence
2   that it's delivering an electrical stimulus. It
3   doesn't mean that the electrical stimulus is
4   causing the diaphragm to contact. That would be
5   something that one, obviously, would have to
6   evaluate.
7        Q.    What do you mean by "evaluate"? Is
8   that something that we don't know?
9        A.    Well, for instance, if you put a
10  stethoscope on the chest and you look at these
11  pacer spikes, every time there is a pacer spike,
12  you should hear some inhalation, or should move
13  some air in, and if you are not hearing that, you
14  sort of are going to reach the conclusion that
15  there is a malfunction, and at some point in time
16  during this hospitalization that needs to be done.
17  It doesn't need to be done in the emergency
18  department because we have some other things that
19  we've got to deal with first.
20       Q.    So your understanding would be that
21  this would be something that was working
22  constantly to assist his ability to breathe in and
23  out?
24       A.    Yes.
0041
1        Q.    Respirate?
2        A.    Yes.
3        Q.    All right. And how does that -- how
4   does the diaphragm tie in with the airway that we
5   are probably going to talk about here? He has to
6   have a breathable airway, does he not?
7        A.    He has to have an open airway, right.
                         Page 16

204040.txt
```
 8          Q.    An open airway.  Okay.  And the
 9     diaphragm would help, I guess, to open the access
10     from outside room air into the airway and then
11     cause him to respirate, to breathe in and then to
12     expel the air?
13          A.    Well, what the diaphragm does -- it
14     doesn't open the airway.  What the diaphragm does
15     is it increases the relative size of the chest
16     cavity when it contracts, and when the size of the
17     chest cavity increases and the airway is open, one
18     sucks in air.  The air moves in to fill that
19     additional space, and then when the diaphragm
20     relaxes, the size of the chest cavity decreases
21     and the extra air gets exhaled or pushed out.
22          Q.    Okay.  Where is the diaphragm located
23     in reference to his tracheal tube?
24          A.    Well, if you take -- the area between
0042
 1     the nipple line and a line drawn across the lowest
 2     portion of the ribs, that area is considered both
 3     chest and abdomen, and that's because the
 4     diaphragm is shaped like a dome, and the lowest
 5     part of the dome goes down to the lowest edge of
 6     your lateral ribs, and the highest part of the
 7     dome is basically up near your nipple line.
 8          And so that dome occurs when the
 9     diaphragm -- that is the muscles of the diagram
10     are relaxed.  When the muscles of the diaphragm
11     contract, that dome becomes more shallow.
12          Think of it as the shortest distance
13     between two points is a straight line.  If the
14     diaphragm contracted maximally, theoretically you
15     could have a straight line, it would be the
16     diaphragm, and what happens then is the dome of
17     the diaphragm goes inferiorly thus increasing the
18     relative size of the chest and sort of sucking air
19     into the chest basically.
20          Now, how that relates to the trachea --
21     well, the part of the trachea that we are talking
22     about is the part of the trachea that is in the
23     neck; that is, the trachea splits in the mid-chest
24     underneath your breast bone into a right and left
0043
 1     main stem bronchus, but the part we are talking
 2     about is the part where he had a tracheostomy,
 3     which would have been in the neck.
 4          Q.    Clearly this frenetic nerve stimulator
 5     was needed by Mr. Magbie to assist in his ability
 6     to ventilate and breathe, was it not?
 7          A.    Yes.
 8          Q.    And do you have any idea as to how much
 9     of assistance it provided him on a regular daily
10     basis in addition to his, I guess, trach?
11          A.    Well, no.  I mean, there is no -- we
12     have no data of that.  Certainly a pulmonologist
13     could do studies to tell you that, but I am not
14     aware that any such studies are done or certainly
15     they are not available, and that sort of thing is
16     kind of irrelevant to what I do in the emergency
17     department, because we would almost never have
18     access to that kind of data.
19          Q.    But your reference to the spiking, from
20     your past experience have you seen these frenetic
```
                              Page 17

204040.txt

```
21   nerve stimulators fail on occasion?
22        A.    I have seen a few patients with them.
23   I have not ever seen one that failed.
24        Q.    Is there anything that suggests that by
0044
 1   indications of its spiking that it was
 2   malfunctioning at the time that that injury was
 3   made on the monitor?
 4        A.    Well, we know that electrically it was
 5   functioning.  We don't know whether it was
 6   psychologically functioning in terms of actually
 7   stimulating the diaphragm to contract.
 8        Q.    You agree that if it wasn't doing it's
 9   job, it wasn't functioning properly, that could
10   have had an affect upon his ability to breathe
11   that day, correct?
12        A.    Oh, sure.
13        Q.    If that was not functioning, what would
14   he be -- what else is available to him as a
15   vehicle to breathe?  Just his tracheostomy tube?
16        A.    Well, you know, regardless of whether
17   that is working or not, the air comes through the
18   trach tube.  So sort of -- those questions
19   regarding function are really not connected.  If
20   the diaphragmatic stimulator is working but the
21   trach is plugged, he is not going to get air in
22   because he is not going to have an open airway.
23             If the stimulator fails to work and he
24   is not able to contract his diaphragm without it,
0045
 1   which apparently is the case, because somebody put
 2   it in, obviously, years previous, the only way to
 3   ventilate the man, if he can't ventilate himself,
 4   is with some sort of positive pressure apparatus,
 5   and they come in really two forms.  One is the bag
 6   valve mask, or so called Ambu bag, which I
 7   manually use to inflate his lungs, and the other
 8   is, of course, a positive pressure ventilator.
 9        Q.    But neither one of those would be
10   effective if, in fact, there was some obstruction,
11   right?
12        A.    And neither one of those would be
13   effective if there was obstruction; that's
14   correct.
15        Q.    All right.  So we are jumping around,
16   but we will save time later.  Just a couple of
17   questions about your CV.
18             Presently what is your status?  Are you
19   working now or trying to work or --
20        A.    No.  My status --
21        Q.    Or what is happening?
22        A.    My status is that we are doing graphs
23   with some stuff called Oasis, which is a porcine
24   small intestine submucosa that every couple of
0046
 1   days we put another patch on my wound, and every
 2   so often it gets a millimeter smaller, and I am
 3   thinking that within a month it should be totally
 4   healed if we continue to progress the way that we
 5   are.
 6             We had a little setback about a month
 7   ago, and it became secondarily infected but, you
 8   know, that happens.
```

                              Page 18

204040.txt

```
 9        Q.     Just looking at your CV on Page 3, I
10   guess, you indicate that you are from present to
11   September of 2004 attending physician at Wuesthoff
12   Medical Center in Melbourne, Florida.
13        A.     That's correct.  I actually still am
14   officially on staff there.  I am on a medical
15   leave of absence, but I probably won't go back
16   there, because since hurricane season, and I've
17   worked through hurricanes, I think my wife has
18   decided that we are not moving there.
19        Q.     So you still live in Chicago?
20        A.     Yes, yes.
21        Q.     All right.  Correct me if I am wrong,
22   but I thought that you said that the last time
23   that you were actually doing a shift was 2005?
24        A.     The last day of February.  Yes.
0047
 1        Q.     Would that be at this medical center in
 2   Melbourne, Florida?
 3        A.     Yes, sir.
 4        Q.     And then prior to that you were the
 5   senior attending physician at St. Mary's Hospital
 6   and Medical Center in Streator, Illinois?
 7        A.     Yes.
 8        Q.     Okay.  And you were there for like
 9   three years it looks like.  Why did you leave
10   there, that position?
11        A.     Because I had gotten a Florida license.
12   I got -- I knew some people down in Florida who
13   ran an ER, and they called me up and said that
14   they had an opening, and I said that I will be
15   down because my wife and -- we are getting tired
16   of the cold up here and decided that it was time
17   to move south.
18        Q.     I would keep both places.  You don't
19   want to be down there in hurricane season.  Go
20   back to Chicago.
21        A.     I worked through Frances and Jean, and
22   that's when I decided that I probably wasn't going
23   to move down there, and both of those hurricanes
24   came directly over Melbourne.
0048
 1        Q.     Is that right.  I guess then you were
 2   at Rush before that for three years, and my
 3   obvious question is:  Why did you leave there?
 4        A.     I left Rush because the chairman who
 5   hired me retired, and, you know, most of the time
 6   in medicine when somebody retires and they bring
 7   in a new chairman, most of the people leave to go
 8   out elsewhere, and the new guy brings in his own
 9   crew, and basically that's what happened.
10        Q.     Going way back to '87, you are the
11   chairman of the emergency room department at the
12   University of Chicago and that says, "Hospitals."
13   I guess that's more than one, right?  What
14   happened there?  Why did you leave the
15   chairmanship?
16        A.     Sure.  I had been chairman for ten
17   years.  I was up for a five-year reappointment as
18   the department chairman.  At the time that I was
19   up for reappointment, the University had made a
20   decision to pull out of the City of Chicago trauma
21   system.
```

Page 19

204040.txt

22          At that time I was the physician
23 advisor to the City Council, and, in fact, was one
24 of the individuals who was instrumental in
0049
1 starting the trauma program in the City of
2 Chicago, which got up and running in 1986, and it
3 just I thought would leave me in an untenable
4 position with both my medical and political
5 colleagues if my own institution pulled out and
6 it, therefore, became a convenient time to leave
7 after I had finished my tenth year as the
8 department chairman.
9          So I informed the dean and the
10 president of the university that I was withdrawing
11 my name for consideration for reappointment and
12 would be leaving at the end of my term.
13          Q.     And then it says that you were founder
14 and project medical director at Chicago South
15 Mobile Intensive Care Program, and then later the
16 University of Chicago Aeromedical Network.  What
17 are those?  Is that what you are referring to?
18          A.     Well --
19          Q.     What are those two organizations?
20          A.     Well, in 1975 the City of Chicago
21 decided that it was going to get rid of its
22 Cadillac ambulances and hire paramedics rather
23 than ambulance drivers.
24          They divided the City into four
0050
1 regions, and I was the medical director from the
2 region on the south side of Chicago, which
3 actually is about half of the City.
4          So I was the project medical director
5 for Mobile Intensive Care, and then in 1983 I
6 established the University's Hospital based
7 helicopter.  If you watch ER on NBC, that's the
8 maroon aircraft that they fly around on that
9 program or used to fly around, I guess, until they
10 blew it up during one episode.
11          Q.     Okay.  And how long did that -- did you
12 continue in that -- with that organization or
13 doing that particular type of work?
14          A.     Sure.  My department ran that and, you
15 know, I continued to be the director of that from
16 1983 until I left in 1987.
17          Q.     And then you became the attending
18 physician again at MacNeal Memorial Hospital?
19          A.     Yes.  That's a 437-bed community
20 teaching hospital in west suburban Chicago.
21          Q.     All right.  I see.  You went over in
22 Russia a lot giving seminars.  What were you doing
23 over in Russia?  What was that about?
24          A.     I was contacted in -- oh, I guess
0051
1 around 1990 by a colleague from the University of
2 Chicago who asked if I could help her put together
3 a program specifically to discuss the design of
4 the Russian health care system.
5          I have an MBA in health administration
6 and policy from the University of Chicago graduate
7 school of business, and I helped this individual
8 put together a conference that actually occurred
9 in 1991.

Page 20

204040.txt

```
10          We helped them redesign their health
11 care system to a market-based economy, and then
12 subsequently I made many return visits relative to
13 providing medical education programs for actually
14 the Russians and some of the former Soviet
15 Republics such as Uzbekistan and Kazakhstan.
16          Q.    What is micro-hospital event?  Is that
17 what we are talking about?
18          A.    Yeah.  Actually, we took the abandoned
19 wing of an art museum and turned it into a small
20 hospital.  It took us about six weeks to do it,
21 and when we went over and gave a conference, it
22 lasted about a week.  We did gastroscopy.  We
23 actually did arthroscopy.  We brought surgeons
24 over.  They went to some of the local hospitals in
0052
1 Moscow and other places and did surgery, and we
2 opened up a clinic, saw thousands of walk-in
3 patients.  It was a very interesting experience
4 both for them and us.
5          Q.    All right.  But during the time frame
6 that you were working at Rush and St. Mary's and
7 even at Melbourne, there were times when you were
8 also overseas, correct?
9          A.    Yes.  That's true.
10          Q.    All right.  How much time out of the
11 year were you overseas?  Is that set forth on the
12 CV here?
13          A.    No.  It's not, but I will tell you that
14 most of those trips over lasted about a week.
15          Q.    But it just talks about your
16 involvement rather than your actual placement in
17 Russia or these other Soviet countries, right?
18          A.    Yes.  That's true.
19          Q.    I see your board certifications are all
20 on your CV, are they not?
21          A.    Yes.
22          Q.    When you talk about being a diplomate
23 of the American Board of Forensic Medicine, what
24 does that mean?  What does forensic medicine mean?
0053
1          A.    The American Board of Forensic Medicine
2 is a group of people whose medical practice and
3 interest bring them into contact with our legal
4 system.
5              That's a group that includes a wide
6 range -- virtually every specialty has some people
7 that deal with our legal system.  I think it's
8 particularly pertinent for emergency physicians
9 since we see the victims of a lot of crimes, and
10 you need to know how to deal with the chain of
11 evidence.
12              Unless you have had some specific
13 instruction, the average doctor wouldn't know how
14 to mark a bullet without ruining the ballistics on
15 it, and, you know, it's an interesting
16 organization, although they have a journal and I
17 read their journal, but I have not yet actually
18 been to one of their medical meetings.
19          Q.    I was going to ask you have you ever
20 held any positions there or attended any of their
21 organizational meetings?
22          A.    No.
```

Page 21

204040.txt
```
23          Q.     I am just curious as to what type of
24     test do you have to take to become a diplomat, or
0054
1      do you take any board or test?
2          A.     The problem is, of course, that there
3      is not a body of knowledge that they can test you
4      on.  Originally they had an ethics exam, which was
5      a take-home test, you know, and I was in the
6      middle of taking it when I first applied for that
7      board, and I got this letter that said basically
8      because of your preeminent qualifications, we will
9      waive the ethics test, and they certified me.
10         Q.     All right.  Let me wrap up with pretty
11     much the standard questions.  Doctor, have you
12     ever had your -- your license is where?  In
13     Illinois?
14         A.     Illinois, Indiana and Florida.
15         Q.     And Florida.  Okay.  Have you ever had
16     any of your licenses in any of those jurisdictions
17     suspended or revoked?
18         A.     No.
19         Q.     Okay.  Do you still have any privileges
20     at any hospitals currently other than the one in
21     Melbourne?  Do you have privileges there?
22         A.     Well, you know, I still have privileges
23     at St. Therese's -- actually, it's now called the
24     Vista Health Group up in Waukegan, although I have
0055
1      actually never taken care of a patient there and
2      never done an ER shift.
3                 I was going to join that group and
4      actually went through the whole process prior to
5      my getting a call from these people that I knew in
6      Florida.  So I never did complete the process,
7      although, like I say, officially I am on the
8      attending staff.
9          Q.     But that would be the only hospital
10     presently?
11         A.     Yes.
12         Q.     Have you ever had any -- have you ever
13     applied for privileges and not had them -- and not
14     had them granted?
15         A.     No, sir.
16         Q.     Have you ever had any privileges that
17     you had suspended or revoked?
18         A.     No.
19         Q.     Have you had the unfortunate experience
20     of being on the other side of cases like this,
21     medical malpractice cases?
22         A.     Twice.
23         Q.     Anything current or pending?
24         A.     No.  Actually, both cases were
0056
1      dismissed by the court.
2          Q.     Okay.  Good for you.
3                 All right.  How are you doing?  Do you
4      want to take a break or do you want to keep
5      plowing away?
6          A.     How about if we take a break for ten
7      minutes or something like that?
8          MR. TEMPLE:  How much more time do you think
9      you are going to need?
10         MR. GUZIAK:  I don't know.  We have got a lot
```
Page 22

204040.txt

```
11   to cover.
12        MR. TEMPLE:  Two hours, an hour?
13        MR. GUZIAK:  I would say more like at least
14   an hour for each physician I would think, although
15   we have covered some, I guess, background or
16   related issues, but I still think that we have to
17   probably just find out exactly what is in his
18   report and why he says what he says.
19        MR. TEMPLE:  Okay.
20        MR. GUZIAK:  Off the record.
21             (WHEREUPON, a recess was had.)
22        MR. GUZIAK:  Let's go back on the record.
23   BY MR. GUZIAK:
24        Q.   Doctor, let me ask you -- my initial
0057
1    question is this: In your report you have an
2    opinion as to the cause of death.  On the last
3    page you indicated that, "He would not have
4    succumbed from hypoxia, which was the immediate
5    cause of his cardiac arrest, and which was a
6    direct result of dislodgement of his tracheostomy
7    tube."
8        A.   Yes.
9        Q.   All right.  Is that still your opinion
10   as to the cause of death --
11       A.   Yes.
12       Q.   -- based upon present information and
13   the updated information that you were provided?
14       A.   Yes.
15       Q.   Okay.  Have you read the autopsy
16   report?
17       A.   Yes.
18       Q.   All right.  Have you seen any evidence
19   of any dislodgement of the tracheostomy tube in
20   the autopsy report?
21       A.   NO.  Not per se.  In fact, I think
22   there is a statement, let me find it here, that --
23   and actually an endotracheal tube was in place.
24       Q.   Yes.  I think that's exactly right.
0058
1    Let's go back to your opinion anyway.  If, in
2    fact, that is the opinion as to the cause of his
3    death, a dislodgement of the tracheostomy tube,
4    can you tell me how this dislodgement occurred?
5        A.   I think that we don't really know.  I
6    don't think that we really know.  I mean, there is
7    no evidence that any individual, either
8    intentionally or accidentally, dislodged it.
9        Q.   Do you know -- let's just start with
10   you give me some background so I can try to learn
11   the medicine through you, unfortunately.  I will
12   admit that's what I am doing.
13            How does that dislodgement cause
14   hypoxia in your opinion?  That's the thing that
15   causes the cardiac arrest, right, hypoxia?
16       A.   Yes.
17       Q.   So we don't know how it occurred, but
18   if it did occur, what would -- how would it cause
19   this hypoxia to start occurring?
20       A.   Well, because hypoxia -- the reason
21   that you have a tracheostomy tube in is so that a
22   patient who is moving a minimal amount of air can
23   get the air into their lungs because the airway is
```

Page 23

204040.txt
24   shorter; in other words, the distance from my
0059
1    functioning lung to the tracheal opening is much
2    shorter than the distance from my functioning lung
3    to my mouth or nose.
4             So basically you have decreased
5    something that is called dead space, and by
6    decreasing the dead space you are able to
7    functionally improve the lung; in other words, you
8    don't need to move quite as much air because the
9    airway is shorter, and what happens is that when a
10   trach tube moves, the airway can either close off
11   or you can suddenly now increase the dead space;
12   that is, now your air has to come in from the
13   mouth or the nose rather than through the trach
14   opening, and the result is, obviously, progressive
15   hypoxia.
16            Sometimes when a trach tube moves, it
17   actually moves into the subcutaneous tissue and
18   the airway actually closes off.  One of the
19   problems in the neck is that there are tissue
20   planes, and imagine a tissue plane as being -- you
21   know, you have got a group of paper clipped papers
22   and then you have a second group of paper clipped
23   papers, and you have a third group of paper
24   clipped papers, and those represent -- the space
0060
1    between each of those packs is a different tissue
2    plane, and one of the problems is that these
3    tissue planes tend to move back and forth over
4    each other and tend to close off such that, in
5    fact, when you are actually doing a tracheostomy
6    or a cricothyrotomy, once you get in, you insert
7    something into the inside of the trachea, because
8    if you take something out of the trachea without
9    inserting something else in it simultaneously, it
10   may sometimes close over.
11            So, you know, it gets a little dicey,
12   but it does happen, and so you can lose your
13   airway, and when you lose your airway, then you
14   lose your ability to actually get air in your
15   lungs.
16        Q.    All right.  Well, we know that there
17   was an observation of this dislodgement reported
18   at 17:40 on the 24th, right?
19        A.    Yes.  That's true.
20        Q.    Okay.  And at that point in time it
21   looks like Dr. Ilouyomade was, I guess, first
22   notified of this and brought over to see
23   Mr. Magbie, correct?
24        A.    Yes.
0061
1         Q.    Now, as I understand in reading his
2    deposition and I guess the records, Dr. Ilouyomade
3    at that point in time simply pushed the trach tube
4    back in, did he not?
5         A.    Yes.
6         Q.    Okay.  Now that would have been
7    appropriate for him to do, would it not?
8         A.    Sure.
9         Q.    And that should have put the tracheal
10   tube back into the proper position and allowed him
11   to have a completed and available airway, correct?
                              Page 24

204040.txt

12      A.    Well, it may, and that's the problem
13  that if it has actually come completely out of the
14  airway and it has now slipped into one of these
15  tissue planes, you will know that because when the
16  patient either breathes or when you try to
17  ventilate the patient with a bag valve mask or
18  Ambu bag, you won't improve their oxygenation.
19          So the patient continues to
20  deoxygenate, and when you push the trach tube
21  back, you have to make sure that it is actually in
22  the right place, and, obviously, if the patient is
23  not improving, you know that you are not in the
24  right place.
0062
1       MR. GUZIAK:  All right.  I just got a note.
2   Is Don Temple on this line?  Don?  Don called us.
3   He wants to get back on this call.  Ed, are you
4   there?
5       MR. CONNOR:  Yeah.  I am here.
6       MR. GUZIAK:  He said to call him at 628-1101.
7       THE WITNESS:  You have to hang up with us and
8   do that all over again.
9       MR. GUZIAK:  That's right.  I do have to do
10  that.  I will do that now.
11              (WHEREUPON, there was a short
12              interruption.)
13  BY MR. GUZIAK:
14      Q.    Okay.  Doctor, following up on that
15  last question that I asked you, if, in fact, the
16  medical examiner's autopsy report indicates that
17  the tracheal tube is properly placed in place
18  and Dr. Ilouyomade had put the tracheal tube back
19  in place at 17:40, how do we explain the -- how
20  was there any dislodgement of the tracheal tube?
21          What evidence is there after that time
22  when he put it back into place between 17:40 and
23  the time of the autopsy?
24      A.    Well, look.  The autopsy says, I think,
0063
1   that there is now an endotracheal tube in the
2   tracheostomy opening, and that is different than a
3   trach tube.
4       Q.    Okay.  How do we know that?  Isn't that
5   just the common term --
6       A.    No, because the --
7       Q.    -- that the medical examiner would have
8   used interchangeably?
9       A.    No.  Let's look at the chart here.  He
10  shouldn't, but let's look at the chart here for a
11  minute.  I am looking for -- I am looking at the
12  code blue sheet.
13      Q.    Yeah.  I looked at it, too, and I
14  didn't see where they had -- there was any
15  indication that they put an endotracheal tube in.
16      A.    Well, all it says is -- and I am sure
17  that you are familiar with the chart.  It says,
18  "Ventilated by respiratory therapist.  Time:
19  18:15."
20      Q.    And she put the Ambu bag on at that
21  time?
22      A.    It says, "bag trach."
23      Q.    I read that as she started using the
24  Ambu bag to ventilate him at that point?
                                    Page 25

204040.txt

0064
```
1        A.    Right.
2        Q.    Okay.  Well, getting back to my
3   question, assuming that we don't have any evidence
4   that there was an endotracheal tube put in at any
5   point in time and that the medical examiner is
6   referring to the tracheal tube when she uses the
7   term endotracheal tube, would you agree that there
8   is no evidence of any dislodgement of the
9   tracheostomy tube?
10       A.    Well, at the point that the postmortem
11  was done, that is apparently the case; however,
12  you are sort of -- we know that he deteriorated
13  rather rapidly, and we know that the
14  endotracheal -- or the tracheostomy tube was
15  moving around, but we also know that when the
16  pathologist did the postmortem exam, there was no
17  evidence of a mucus plug or some physical
18  obstruction to the airway.
19              That is, if this patient's progressive
20  hypoxia had been due to an obstruction of the
21  airway below the trach tube, A, the pathologist
22  would have found it, and we know that there is
23  some evidence -- at least there is some testimony
24  that this physician on the 4th had a difficult
```
0065
```
1   time bagging the patient which suggests one of two
2   things:  Either the airway is obstructed due to
3   mucus secretions or a mucus plug, or that the
4   airway has moved; that is, that the tracheostomy
5   tube is no longer inside of the trachea.
6        Q.    I missed that.  Where did you see there
7   was a difficult time in bagging the airway?
8        A.    That testimony actually comes from
9   Dr. Malek, I believe, who says in his deposition
10  that he was told that they had a difficult time
11  bagging the patient.  That testimony is here
12  somewhere.  Actually, it may be -- it actually may
13  come out of the investigation done by the -- the
14  legal folks who were looking at this.
15              There is some testimony in some of
16  these materials that I read that -- in fact, I
17  think -- I think it's in the -- just give me a
18  second here.  I think it's in -- there is an AOIG
19  report here somewhere.  Let me see if I can find
20  it here.  Oh, yeah.  Right.
21       Q.    I think there was a difficult time in
22  doing the blood gases, arterial blood gases.  I
23  don't think that was about bagging.  That's two
24  different things, is it not?
```
0066
```
1        A.    It is two different things.
2        Q.    I think that you are referencing the
3   difficult time in getting the arterial blood gases
4   about that point in time, but I didn't read
5   anything about any problem with the bagging, but,
6   you know, if you find it, let me know.
7        A.    Yeah.  I will.
8        Q.    But certainly there is nothing that was
9   testified to by Dr. Ilouyomade, or I don't think
10  there is any testimony of anybody who was actually
11  present there concerning difficulty bagging.
12  There is nothing in the record that you have
```
                        Page 26

204040.txt
```
13   before you marked as Exhibit No. 2 concerning that
14   admission and the treatment for that 9/24/04 date,
15   is there?
16        A.    Yes.  You are correct.  You are
17   correct.
18        Q.    All right.  So let's go back to where
19   we were -- what we were talking about.  You
20   indicated that there was no evidence of any lung
21   obstruction based on the autopsy report, correct?
22        A.    Yes.  That's true.
23        Q.    And I also understand from looking at
24   it I don't see any evidence of any lung pathology
0067
 1   either that would explain how he died, is there?
 2        A.    That's exactly true.  There is no
 3   explanation by the pathologist in looking at lung
 4   tissue that would explain why this individual
 5   became so hypoxic.
 6        Q.    So she had -- as I understand it, and I
 7   think that you referred to the investigative
 8   report done by the District of Columbia, and in
 9   there I think that she, that is the medical
10   examiner, was interviewed and she indicated
11   basically that as a result of her autopsy
12   examination, she really didn't understand or
13   couldn't find a cause of death, and, therefore,
14   she requested the medical records to assist her in
15   that regard, right?
16        A.    Yes.
17        Q.    And in looking at the medical records,
18   she saw where there was evidence of a
19   dislodgement, and I guess by process of
20   elimination assumed there must be some connection
21   between the dislodgement and the death, but had no
22   real findings that would prove that or support
23   that based upon her examination, correct?
24        A.    I think that's exactly right.
0068
 1        Q.    So we have, you know, your opinion and
 2   I assume it's -- I think it's to a reasonable
 3   degree of medical certainty.  Without something in
 4   the medical reports to support the cause of death,
 5   how do you -- or what is the reasonable certainty
 6   basis for your opinions that the dislodgement was
 7   the cause of the death?
 8        A.    Because there is no other cause.
 9        Q.    Okay.  It's by process of elimination?
10        A.    Yes, sir.
11        Q.    But no objective findings or nothing
12   medically supporting that except there seems to be
13   no other reason?
14        A.    Yes, sir.
15        Q.    And inconsistent with that opinion,
16   however, would be the endotracheal tube being
17   found in a proper position, and that, in fact, is
18   the tracheostomy tube, that would be inconsistent
19   with that opinion that the tracheostomy tube was
20   dislodged, right?
21        A.    That's true if you made the presumption
22   that there was no attempt to replace it, that's
23   true.
24        Q.    So what we have, and I guess I go back
0069
```
                          Page 27

204040.txt

1  to the original question, Dr. Ilouyomade notified
2  at 17:40 about the dislodgement, and he pushed it
3  back in, which I believe you said that would be
4  the appropriate thing to do, right?
5      A.    Yeah.  At some point what you need to
6  do then -- I mean, the first thing that you are
7  going to do is push it back in.  No question about
8  it.
9      Q.    We know up until that point in time,
10 the last time they are on the record, that he had
11 seen this patient probably about three or four
12 hours earlier, although he may have seen the
13 patient in between but he didn't document it?
14     A.    Yes.  You are correct.
15     Q.    So now he comes over to -- he is
16 advised of the pulse ox drop.  I think it's down
17 to 80 percent as of that time, 17:40, correct?
18     A.    Right.
19     Q.    And would it be fair to assume that if
20 he is told that and he sees the trach tube
21 protruding, that it would be logical to assume
22 that that is the reason why you are -- that the
23 monitor is showing the pulse ox dropping?
24     A.    Yes.  That's a first -- a reasonable
0070
1  first assumption.  Yes.
2      Q.    And the reasonable first thing to do
3  thereafter would be to push it back in?
4      A.    Yes.  That's true.
5      Q.    And then wait and see what kind of
6  pulse ox they would get thereafter?
7      A.    Yes.  That's true, and it only takes
8  about a minute.
9      Q.    Okay.
10     A.    I mean literally a minute.  If your
11 oxygen hasn't come back to normal in a minute, you
12 have got another problem.
13     Q.    So assuming that the pulse ox is at 80
14 percent when the -- when Dr. Ilouyomade is
15 notified at 17:40, assuming that he pushes it in
16 and assuming that it's in the proper position as
17 set forth in the autopsy report, if that's the
18 right tool, then how does one explain the drop in
19 the pulse ox to 71 percent at 6:00?
20     A.    Because you either have got -- you have
21 got a continued inability to ventilate the
22 patient, and that inability to ventilate the
23 patient -- what time did you say that oxygen
24 saturation was?
0071
1      Q.    6:00, at 18:00.
2      A.    Right.  You obviously have a
3  continued -- in fact, the 18:00 note says, "pulse
4  ox continued decreasing."
5           Obviously, the patient is not getting
6  enough oxygen in his lungs, and they have -- they
7  are giving the patient a hundred percent oxygen by
8  trach mask.
9           So you have got one of three problems
10 here.  You either have an obstructed trachea due
11 to a mucus plug or something on that order, or the
12 trach tube is in the wrong place, or the patient
13 is unable to ventilate because of his respiratory

Page 28

204040.txt

14  problem -- I mean because of his paralysis, but
15  either way the approach is going to be the same.
16          The approach is basically going to be
17  suction the airway after you try to push the trach
18  tube back in, and begin ventilations with a bag
19  valve mask device, an Ambu bag, and if your
20  problem is due to a mucus plug, suctioning should
21  relieve that unless it's an inspissated plug,
22  which doesn't make a lot of sense.
23          In fact, we know it didn't happen,
24  because the pathologist didn't find it, or the
0072
1  patient is inadequately breathing, in which case
2  the bag valve mask is going to relieve the
3  problem, and we know that, in fact, eventually
4  they did ventilate him.  The respiratory therapist
5  did it.  She bagged him through the trach tube and
6  that didn't change anything.
7          So the only presumption can be that the
8  trach tube wasn't in the right place.  You've got
9  to get there by process of elimination.
10       Q.    And by not being in the right place, it
11  came out again or it wasn't put in and somehow --
12  how can it not be in the right place?
13       A.    Well, I mean, one or the other.  We
14  just simply don't know.  I wasn't there to really
15  observe it, but, yeah, how it can be in the wrong
16  place is that it partially comes out, and when you
17  push it back in, if you don't push it back in
18  directly to the trachea, it ends up in one of
19  these tissue planes.
20       Q.    Again, there is no evidence on the
21  medical examiner's report that indicates that it
22  was pushed into a tissue plane, was there?
23       A.    You are correct.
24       Q.    Well, let's go back to the other
0073
1  possibility, because I was kind of thinking the
2  same way that you were, and let's go through it.
3          The first option you said that would
4  make sense is if, in fact, the trachea was pushed
5  in and pushed back into the airway, would be that
6  there was some obstruction.  I think it would be
7  below where the trach tube was on the lungs, yes?
8       A.    Yes.  Correct.
9       Q.    Okay.  But there was evidence that
10  there was a trach toilet done as part of, I guess,
11  the airway management that occurred at 17:40?
12       A.    Yes.  That's true.
13       Q.    Okay.  Now, my question is this:
14  Assuming that -- and let's start with that.  The
15  trach toilet at that point in time, as I recall
16  your testimony, would have been certainly
17  appropriate, right?
18       A.    Yes.
19       Q.    And that would have been one of the --
20  pushing that tube back in and doing a trach toilet
21  would probably be the second thing to do in the
22  order of, I guess, emergency?
23       A.    Yes.
24       Q.    Okay.  So a trach toilet, how does
0074
1  one -- how long does that take, and how does a
                        Page 29

204040.txt

```
 2   patient -- I guess that's the first question, and
 3   the second question would be:  How does the
 4   patient breathe while that is being done?
 5        A.    Well, the short answer is they don't.
 6   Don't forget that this patient is supposedly
 7   breathing spontaneously; that is, we are not
 8   ventilating him with a bag valve mask.  He is
 9   breathing on his own even if he does require a
10   frenetic nerve stimulator.
11        Q.    He has got a trach mask on, right?
12        A.    Right.  He is getting oxygen through a
13   mask that is basically placed over his trach.
14        Q.    Right.
15        A.    So now he is getting a hundred percent
16   oxygen, and despite that his oxygen saturations
17   are really dropping.
18              Now, ordinarily you would think that
19   that is due to mucus accumulating in his trach,
20   which is why I say that you then, you know,
21   suction him, and if that doesn't work, you squirt
22   a little saline down, at which time you then
23   suction him again, and usually that works, and if
24   that doesn't work and the patient is breathing on
0075
 1   his own, you have to presume that the trach tube
 2   is in the wrong place.
 3              If the patient is not breathing on his
 4   own, then that's a different issue, and you are
 5   breathing him with a bag valve mask, and, you
 6   know, there is no evidence that when they did
 7   that, that he actually improved.
 8        Q.    Yeah.  I know.  I guess my question
 9   was:  How long does the trach toilet take?
10        A.    Oh, I am sorry.  Yes.  Gosh, 10, 15
11   seconds.
12        Q.    Okay.
13        A.    In fact, they warn the nursing staff
14   not to suction them too long, because the patients
15   become hypoxic when you do that.  They are not
16   sucking in air, and, in fact, you are sucking air
17   out of them.
18        Q.    Air out of them.  Yeah.
19        A.    So they can become hypoxic during
20   suctioning.
21        Q.    Okay.  So it appears based upon the
22   autopsy report that without any -- without any, I
23   guess, mucus found in there or blockage that that
24   trach toilet was done, or at least there is
0076
 1   nothing to indicate that one wasn't done as
 2   indicated in the record, is there?
 3        A.    Yes.  I think that's true.
 4        Q.    Okay.  Now, then we have the
 5   replacement of the trach tube, and then we still
 6   have -- at 15 minutes after or 20 minutes after
 7   that is done we have a pulse ox dropping to 71
 8   percent, which I guess now is getting to the
 9   dangerous territory, right?
10        A.    Yes, but -- wait a minute.  You said
11   that we replaced the trach tube.  You didn't mean
12   that.  You mean that we just pushed it back in?
13        Q.    Right.  We pushed it back in.  We
14   pushed it back in and we talked about that.
```

                          Page 30