**Mary R. Scott, et al. V. District of Columbia, et al.**
**United States District Court for the District of Columbia**

**05CV01853**

**Exhibit No. 2 Part II**

204040.txt

15          Now, there should be with the trach --
16  with the trach toilet being done and with the
17  trach tube in place this should have resulted in
18  the pulse ox -- if he is getting -- you know,
19  ventilating properly, it should result in the
20  pulse ox starting to jump back up beyond 80
21  percent, right?
22          A.    Oh, very quickly.  Don't forget that
23  you are giving him a hundred percent oxygen, and
24  we know that earlier in the day when they gave him
0077
1   a hundred percent oxygen, his oxygen -- his PO2
2   was 400 plus.  It was 429, I think.
3           Q.    Going back in time, it looks like at
4   about 1:20 he is fairly stable and Dr. Ilouyomade
5   is actually indicating that he put in an order for
6   his being admitted to the floor, right?
7           A.    Let's see.  1:20?  Let me get there for
8   a minute here.
9           Q.    I will get you there.  Look at 00:29,
10  Doc, on Exhibit 2.
11          A.    Exhibit 2?
12          Q.    Yes.
13          A.    Right.
14          Q.    That's the emergency department
15  progress notes, and that kind of has all of the
16  vital signs during the time that he came in up
17  until the time of death, does it not, at least up
18  until 18:16 when they went code blue?
19          A.    Yes.
20          Q.    Okay.  Looking at the first entry at
21  09:50 about 10 of 10, the pulse ox is at 100
22  percent, right?
23          A.    On room air.  Yes.
24          Q.    On room air.  That's pretty -- that's
0078
1   good, right?
2           A.    That's good.
3           Q.    And then at 12:15 he still has a pulse
4   ox at a hundred percent but he is on a trach mask
5   I guess, but that's not -- I believe that's good
6   management to have him on a trach mask anyway; is
7   it not?
8           A.    Well, the problem with that is this:
9   First of all, they have got a blood gas before
10  that, and the blood gas shows --
11          Q.    Now, we talked about that.  I am going
12  to get to that.  I understand that, and that's one
13  of your -- that's the new opinion that you talked
14  about, right?
15          A.    Right.
16          Q.    I was trying to get back to where -- to
17  get back to the other issue that we were talking
18  about.
19          In looking at the pulse ox after that,
20  it drops to 95 percent at 4:05, and he is on 5
21  liters of -- what is that?  By nasal cannula?  What
22  is that, 5L?
23          A.    They don't really tell us.  It could
24  have been by nasal cannula, but it doesn't make
0079
1   any sense, because they had a trach mask on
2   earlier.  So, you know, why would you change from

Page 31

204040.txt
```
 3   one to the other.  It makes no sense.
 4        Q.    So that drop is -- along with the drop
 5   in the blood pressure and the respiration and the
 6   pulse, those are like three or four vital signs
 7   there which kind of suggest something -- you know,
 8   to start being concerned about what is happening
 9   here?
10        A.    Absolutely.  Yes.
11        Q.    Okay.  Now, we got nurses there.  Those
12   nurses should have probably brought this to the
13   attention of the doctor right then and there,
14   should they not?
15        A.    Yes.  That's true.
16        Q.    And especially now they come back -- I
17   think the next entry is -- I think at 16:00 we
18   have a continuing drop in all of the vitals except
19   for the pulse, correct?  That pulse ox is now down
20   92 percent?
21        A.    Yes.  And he is on a hundred percent by
22   a trach mask and his blood pressure is now
23   dropping down to 91 over 54.
24        Q.    Now, you know, we talked about this
0080
 1   dislodgement of the nasal -- I am sorry, of the
 2   trach tube.  I mean, it's not noted here, but
 3   would that trach tube being extruded or out at
 4   that point in time, is that -- would that explain
 5   the drop in the pulse ox, or is that just a --
 6        A.    No.  That would explain it.  I mean,
 7   you have to explain it somehow, and we know that
 8   this wasn't due to a mucus plug.  So you are sort
 9   of left with what is it, and the answer is --
10        Q.    Well, let me stop you there, because
11   you said it could be due to a mucus plug.
12        MR. GUZIAK:  Counsel, you are cutting him
13   off.  Let him finish his answer, please.
14   BY THE WITNESS:
15        A.    All that I am saying is this, that when
16   you see this patient in real time, you are going
17   to say, "Oh, my gosh, he needs suctioning."  So
18   you are going to suction him, but retrospectively
19   the pathologist tells you that was not the
20   problem.
21   BY MR. GUZIAK:
22        Q.    Okay.  Well, but we don't know what
23   happened or what type of -- what type of
24   obstruction because of mucus buildup existed
0081
 1   before the trach toilet was done at 17:40, though,
 2   do we?
 3        A.    Well, but what we do know is that the
 4   trach toilet that was done didn't improve his
 5   condition.  If his problem was due to secretions,
 6   then the tracheal toilet should have improved his
 7   oxygenation, and it didn't.
 8        Q.    Okay.  My question simply is this:  Is
 9   it fair to say that the -- that a buildup of
10   secretions between the initial trach toilet that
11   morning and 17:40 could be one explanation for the
12   drop in the pulse ox?
13        A.    In real time it could be.  Yes.
14        Q.    Okay.  Because that would have caused
15   some accumulation and start causing a blockage of
```
Page 32

204040.txt

```
16   his airway, correct?
17        A.     Right, which is exactly way I said in
18   my letter, you know, one of the first things that
19   you do after you push the trach tube in is to
20   suction the patient.
21        Q.     Okay.  All right.
22               And this gets us back to the fact that
23   suctioning the patient and doing the trach toilet
24   at 17:40 and putting the tube back in apparently
0082
 1   does not result in any change in pulse ox.  It
 2   continues to drop, right?
 3        A.     Yes.
 4        Q.     Okay.  So getting back to your
 5   possibilities, the one that is left is that the
 6   patient was not able to ventilate on his own?
 7        A.     Right.
 8        Q.     Okay.  Now --
 9        A.     And all along we should have been
10   ventilating him with positive pressure
11   ventilation.
12        Q.     Okay.  Now, at 16:00 we have -- you
13   know, we have the indication that -- what
14   percentage does he have?
15        A.     He is at 92.
16        Q.     71 percent.  And I guess we get back to
17   15 minutes later he drops down to 50 pulse ox.
18        A.     Oh, you are talking about at 18:00,
19   right?
20        Q.     18:16, right.
21        A.     Right.
22        Q.     And that's when he goes code?
23        A.     Correct.
24        Q.     All right.  And that's when they do
0083
 1   the -- the Ambu bag is being used at that point in
 2   time by the respiratory therapist, correct?
 3        A.     Yes.
 4        Q.     Is there a point in time when, for
 5   whatever reason, he starts to code and goes into
 6   cardiac arrest that there is a point of no return
 7   here?
 8        A.     Let's look at the electrocardiograms,
 9   because that will tell the story.  What he has is
10   a hypoxia induced brady asystolic arrest; that is,
11   he has a bradycardia followed by -- let's see
12   here.  I am looking for the code sheet.
13               At 18:39 when he is asystolic, he is
14   certainly beyond resuscitation.  If you look at
15   the cardiograms, there is a couple above the 18:39
16   one which shows CPR artifact.  He is probably
17   asystolic there, but I don't have a timing.  About
18   18:37 actually is the one.
19               As late at 18:35 there is a collection
20   of electrocardiograms, the very first page.
21        Q.     Okay.
22        A.     Do you want me to give you your number?
23        Q.     What is the page number?
24        A.     Let's see here.  It would be your
0084
 1   Page 33.
 2        Q.     Yeah.
 3        A.     Well, the very first one at the top it
                         Page 33
```

204040.txt

```
 4   would appear that those multiple spikes -- those
 5   multiple spikes you have to assume are ventricular
 6   tachycardia, and that deteriorates into
 7   ventricular fibrillation, which is the irregular
 8   lines after that.
 9        Q.    That's the next block down?
10        A.    No, no.  The same block.
11        Q.    Okay.
12        A.    After those about 15 really sharp
13   spikes, then there is a wiggly line that doesn't
14   have any clear spikes.  That's ventricular
15   fibrillation, and subsequent to that the next one
16   down is a bradycardia, the next one down is a
17   ventricular tachycardia, and the next one down is
18   a ventricular tachycardia, and that deteriorates
19   into a bradycardia, and then we have CPR, and the
20   bottom one shows these spikes of this frenetic
21   nerve stimulated and the simultaneous CPR.
22             As late as 18:35 he might have been
23   resuscitated if you would have managed to improve
24   his oxygenation.  That is a bradycardia, and let
0085
 1   me explain that just for a minute.
 2             In the setting of an airway problem if
 3   a patient develops a fast heart rate, you are
 4   worried because that is one of the earlier
 5   responses to acute hypoxia is you speed up your
 6   heart.
 7             When you suddenly slow your heart rate
 8   down, like he did on both the second and the fifth
 9   strip on that page that we are talking about,
10   which is Page 33, that truly is the, oh, expletive
11   deleted, sign in emergency medicine.
12             It literally means that you have less
13   than a minute to reverse the hypoxia.  If you do
14   not reverse the hypoxia in less than a minute, one
15   of two things is going to happen:  The most
16   frequent thing is that the patient has an
17   asystolic arrest, and that the survival rate from
18   asystole is maybe one percent.  It's a terrible
19   rhythm in comparison to ventricular fibrillation
20   which you can defibrillate.  You can't
21   defibrillate an asystolic heart.
22             It's a lot of technical jargon, but
23   what it means is when you go flat line, you are in
24   a lot deeper trouble than if you just had one of
0086
 1   these wiggly lines.
 2        Q.    Five minutes after that approximately
 3   was he not at least pronounced?
 4        A.    Yes.  And it's not surprising, because,
 5   like I say, 99 percent of the time those people
 6   are not resuscitated.  So when the patient has a
 7   slow heart rate, a low heart rate that goes down
 8   less than 60, you know, you are literally seconds
 9   to a minute away from the patient going flat line,
10   and flat line means that you are probably going to
11   die.
12        Q.    Now, he went into code blue half an
13   hour before that point was reached, did he not.
14        A.    Yes.
15        Q.    And according to the code blue sheet,
16   which is 0005, the respiratory therapist writes at
```

Page 34

204040.txt
17  18:15, like 30 minutes before, that she has got
18  him on a bag, and I guess assuming that we talked
19  about this, the bag trach means that she is doing
20  ventilation by Ambu bag, right?
21      A.    Right.  And he is still becoming more
22  hypoxic.
23      Q.    And, in fact, we went through
24  everything else.  We talked about that he had a
0087
1   trach toilet.  There is no incidence of any
2   obstruction.  He has got his trach tube in proper
3   position, and let's assume that that is in proper
4   position.  Then why is he not responding to the
5   Ambu bag at 8:15?
6       A.    Well, the point is he should be.
7       Q.    I agree.  What explanation do you have
8   for that?
9       A.    Well, the only explanation is either a
10  mucus plug or the trach is in the wrong place.
11  That's the only two possibilities.
12      Q.    You said that you read the recent
13  report of April 29th of our expert, Dr. Roger A.
14  Johns.
15      A.    Yeah.
16      Q.    Do you have that handy?
17      A.    Yes.  I do.
18      Q.    The last page, Page 3.
19      A.    Yes.
20      Q.    It says here, and I will read it.  It
21  says, "It is quite possible that Mr. Magbie was
22  exhausted from several days during his
23  imprisonment where he was forced to go without a
24  period of ventilation in the evening to provide
0088
1   sufficient rest and recovery so that he could
2   breathe properly during the day.  The further
3   stress of pneumonia and urinary tract sepsis,
4   which likely were progressing during the delayed
5   admission and treatment as an in-patient, could
6   have added very significantly to the respiratory
7   failure."  Do you agree with that?
8       A.    Well, that certainly is possible, but
9   then that should have all been reversed when you
10  started to actively ventilate him with an Ambu
11  bag.
12      Q.    Okay.  If, in fact, it was not reversed
13  by Ambu bag, is there a way that the body just
14  cannot respond even to the Ambu bag because of
15  this sheer exhaustion that existed before he was
16  brought into the hospital --
17      A.    No.
18      Q.    -- for the three days at the jail where
19  he was not properly treated?
20      A.    No.
21      Q.    So the only explanation that you have,
22  then, would be that there must have been some
23  other type of obstruction that prevented his being
24  ventilated, and somehow the airway was blocked?
0089
1       A.    Yes.
2       Q.    Okay.
3       A.    Remember at 18:16, which is literally
4   one minute after this respiratory therapist was
                        Page 35

204040.txt

```
 5    bagging him, his O2 sat had dropped from 80 to 50.
 6    So his O2 sat continues to get worse despite the
 7    fact that he is being bagged.
 8         Q.    Okay.
 9         A.    So although when you reoxygenate the
10    patient who is in an arrest, that is, and who is
11    in, let's say, ventricular fibrillation, you still
12    may not be able to bring the patient back.
13              If you are measuring oxygen saturation,
14    your oxygen saturation should go up if you are
15    doing good CPR. So, you know, the fact at 18:16
16    the oxygen saturation is continuing to drop simply
17    means that we are, obviously, not getting oxygen
18    into his lungs despite the fact that we are
19    bagging the patient.
20         Q.    All right. Let's go back over the care
21    before that period of time and discuss, perhaps,
22    some of the things that were done properly. Okay?
23         A.    Okay.
24         Q.    And see if you can agree with some of
0090
 1    the things that were done initially, and, if not,
 2    why not.
 3              It looks like he was -- Mr. Magbie was
 4    transferred to the emergency room at about 10:10
 5    a.m., and you have the records there beginning --
 6    I guess we are talking about Exhibit 2.
 7         A.    Well, actually the first pulse oximetry
 8    and set of vital signs is at 09:50.
 9         Q.    Yes. And he was at -- we talked about
10    that. He was at a hundred percent on room air?
11         A.    Right.
12         Q.    But when he came in, he
13    wasn't -- he was in respiratory distress, was he
14    not; unresponsive?
15         A.    Well, he was unresponsive, and the best
16    evidence of whether he was in respiratory distress
17    or not would actually be from the ambulance record
18    in which I think that he was breathing at six
19    times a minute, and that's from my memory, but
20    let's see what we got here.
21              Do we have that ambulance record? I
22    recall from testimony that he was breathing at 60
23    times a minute from one of these reports, but I
24    don't actually see that I have that ambulance
0091
 1    record. Now, wait, wait.
 2         Q.    I don't know if it's important. I
 3    don't have it either. I would help you, but I was
 4    just trying to go through some of the things that
 5    were done, and ask you whether, in fact, they
 6    were, you know, appropriate care that should have
 7    been provided by an emergency room physician.
 8         A.    Okay. Shoot.
 9         Q.    As I understand it, when Magbie came
10    under Dr. Ilouyomade's care, he ordered a chest
11    x-ray?
12         A.    Yes.
13         Q.    That would have been appropriate,
14    right?
15         A.    Yes.
16         Q.    And he had a head CT scan done. Also
17    appropriate?
```

Page 36

204040.txt

```
18        A.    Yes.
19        Q.    Arterial blood gas we talked about, and
20  we will have to pick up on this, but that was
21  certainly appropriate, right?
22        A.    Yes.
23        Q.    That he ordered them?
24        A.    Yes.
0092
1         Q.    Okay.  Then he ordered a complete blood
2   count, CBC, correct?
3         A.    Yes.
4         Q.    Serum chemistry and electrolytes were
5   done and urinalysis was also done?
6         A.    Yes.
7         Q.    And because he was unresponsive, I
8   think that they did a urinary drug screening,
9   correct?
10        A.    Yes.
11        Q.    All of that stuff would have been
12  standard of care type of things that should have
13  been done, right?
14        A.    Yes, sir.
15        Q.    Okay.  He ordered a trach toilet and it
16  looks as if -- by the records I know there is some
17  controversy, but it appears by 11:40 that had been
18  done, the trach toilet?
19        A.    Yes, but, you know, I don't actually
20  believe that that is an issue, because I will tell
21  you that emergency department nurses -- this is
22  bread and butter emergency department nursing.
23        These people know how to do trach
24  toilet, they know how to do suctioning.  They
0093
1   don't need an order to do it.  They do not need an
2   order to do it, and if a nurse didn't do it, she
3   would be negligent.
4         Q.    Well, that's what my doctor said, and I
5   was going there, but you saved me 20 questions.
6         A.    Right.
7         Q.    Because he said that he ordered it and,
8   in fact, they should have done that without -- you
9   don't have to renew an order to do it every time,
10  do you?
11        A.    Right.
12        Q.    And they were -- you know, they were
13  monitoring this patient, I think, after
14  Dr. Ilouyomade had ordered his admission, and, you
15  know, I guess there is an issue as to whether
16  there is -- there is no evidence of any trach
17  toilet being done for like three or four hours at
18  least, correct?
19        A.    Yes, but, you know, in all honesty, it
20  just simply may not be in the record.  I mean,
21  there are a lot of things that we do in the ER
22  that just simply we don't write down every time
23  that we do them.
24        Q.    Okay.
0094
1         A.    And I am just telling you that
2   competently staffed ER nurses do this, it happens,
3   they do it regularly.  They don't need an order to
4   do it even the first time, and frequently they
5   will just tell the patient that -- you know, I
```

Page 37

204040.txt

```
 6   suctioned the patient and got some mucus out, and
 7   that is sort of the end of it.
 8        Q.    Okay.  All right.  He was given fluids?
 9        A.    Yes.
10        Q.    And that would have been appropriate to
11   get up his blood volume and blood pressure, right?
12        A.    Yes, yes.
13        Q.    I think it is on 0029, if you are
14   looking for that.
15        A.    I got it.
16        Q.    Okay.  So he should have been given
17   fluids.  It was apparently ordered and he was
18   given fluids, correct?
19        A.    Yes.
20        Q.    And he was given Narcan and Thiamine,
21   and those are for -- Narcan is for drug reversal,
22   possible drug reversal?
23        A.    Yeah.  They are presuming that because
24   of his small pupils and he was not ventilating
0095
 1   adequately, he is unconscious, that he has got
 2   some sort of opiate on board and that this will
 3   reverse the respiratory depression produced by
 4   opiates.
 5        Q.    There was some -- I guess the urinary
 6   drug screen did show that he was on some type of
 7   what?
 8        A.    We know that he was on Valium.
 9        Q.    Valium.  Okay.
10        All right.  He was put on an
11   antibiotic, right?  Levaquin at 13:25 because of
12   the -- I guess the white blood count, right?
13        A.    Yes.
14        Q.    And that would have been appropriate,
15   right?
16        A.    Well, that and the chest x-ray showed
17   that he had pneumonia, yes.
18        Q.    And they also had him on a trach mask,
19   and the trach mask looks like it was consistently
20   on from 12:15 through all of the way to his death
21   or close to the code blue at least, right?
22        A.    Well, yeah.  That's inappropriate in
23   that he should have been intubated and put on a
24   ventilator by the time that they started putting
0096
 1   him on a trach mask.
 2        Q.    Okay.  I am going to talk about that in
 3   a second, but the last thing that the doctor did
 4   here was put him on three monitors; a cardiac, a
 5   pulse pressure and pulse ox?
 6        A.    Yes.
 7        Q.    And that would have been good
 8   procedure?
 9        A.    Yes.
10        Q.    Now, you talked about the arterial
11   blood gases coming back, and they were concerning?
12   Is that a good word?
13        A.    Yes.
14        Q.    Okay.  And the new opinion that you had
15   was that as a result of the arterial blood gas
16   readings, he should have been put on a ventilator?
17        A.    Yes.
18        Q.    Now, I would assume that he would first
```

Page 38

204040.txt
```
19   have to stabilize the patient first, would he not,
20   or would that be appropriate to do all of these
21   tests, give him fluids and then ventilate him?
22        A.    You are going to do all of these things
23   simultaneously.
24        Q.    When did his blood gases come back?
0097
1         A.    Well, the blood gases they say
2    September 24th at 10:55.
3         Q.    Okay.
4         A.    Now, whether that was the time that
5    they were actually back or the time that they were
6    drawn, I can't tell you, but ordinarily you get
7    blood gases back in about five to ten minutes.
8         Q.    Let me go off track.  There are some
9    problems in getting the blood gases, you know, at
10   or near 16:00?
11        A.    Yes.
12        Q.    What caused that by the way?
13        A.    The problem was actually finding an
14   artery and sticking a needle in the artery.
15        Q.    Who is doing that?  Is that something
16   that the nurses do or physicians?
17        A.    No.  That was done by the respiratory
18   therapist.
19        Q.    All right.  These blood gases come back
20   at some point in time.  11:00 is when they were
21   taken or at least -- or returned, one or the
22   other, but sometimes two hours or so after he
23   was -- approximately an hour and a half, two hours
24   after he was admitted to the emergency room,
0098
1    right?
2         A.    Well, I think that we agree that the
3    doctor saw him at about 10:10, and the blood gases
4    were done at 10:55, which is about 45 minutes
5    later.
6         Q.    Okay.  And so what was his status as
7    far as his vitals are concerned, though, at or
8    about the time when the arterial blood gas report
9    came back?
10        A.    Well, let's see.
11        Q.    I would look at 00029 and look at the
12   vital signs there at 12:15.  Are you there?
13        A.    Yes.
14        Q.    Okay.  With the pulse ox at a hundred
15   percent as of 12:15, would you not agree that
16   there was some -- you know, that's a normal
17   reading, is it not?
18        A.    Well, yes.  And as a matter of fact, if
19   you look at the blood gas result -- do you have
20   that page?
21        Q.    Probably.  What is it that you have in
22   front of you?
23        A.    Let's see.  I am looking at my record.
24   It will be back -- let's see.
0099
1         MR. CONNOR:  13.
2    BY THE WITNESS:
3         A.    13, right.  Actually, 13 is a different
4    piece of paper than mine, but that's okay.
5    BY MR. GUZIAK:
6         Q.    There you go.
```
                         Page 39

204040.txt

```
 7        A.     If you look at 13 --
 8        Q.     Yeah.
 9        A.     -- what you see -- actually, my blood
10  gas report is actually in a different format than
11  that.  Oh, my blood gas -- hang on a minute.
12  Strange.
13               Anyhow, the blood gas report shows that
14  his PO2 was 429.  Well, anything above, let's say,
15  a PO2 of 90 is going to be -- or a hundred is
16  going to be an oxygen saturation of a hundred
17  percent.
18               So what we can say is that when they
19  looked at his -- let's see.  What page were we on?
20  Page 2?
21        Q.     Page 29.
22        A.     When they did his oxygen saturation at
23  both 9:50 and 12:15, a hundred percent.  All that
24  means is his PO2 is above a hundred, but that
0100
 1  doesn't tell us the whole story, because what we
 2  know from his blood gas is that his PCO2 was 56.1.
 3  That means that he is not moving enough air to get
 4  rid of his carbon dioxide, his CO2, and that has
 5  resulted in the fact that he has an acidosis.
 6               So let me explain that just for a
 7  minute.  Ordinarily your pH is somewhere between
 8  7.35 and 7.45.  Let's just say 7.4 for the
 9  purposes of discussion, and your PCO2 is somewhere
10  between 35 and 45.  So let's just say that it is
11  40, and that would be sort of average, normal.
12               Well, for every ten points that you go
13  up in your PCO2 --
14        Q.     Yeah?
15        A.     -- your H should drop .08.  So he has
16  gone from 40 to 56.  That's up 15 points.  So he
17  should have gone from a normal pH of 7.4 down to a
18  pH of about .08 times 1.5 or about .12.
19               So 7.4 minus .12 gets us down to 7.82,
20  and, lo and behold, we are at 7.29.
21               So what you can say about this is he is
22  acidotic, and it's all respiratory.  And how do I
23  correct it?  Well, I correct it by getting rid of
24  CO2, getting the CO2 back down to what it should
0101
 1  be.  Well, how do you do that?  Well --
 2        Q.     I am sorry.  This can't be due to
 3  metabolic?
 4        A.     No.
 5        Q.     Why not?
 6        A.     Because the PCO2 explains why it is all
 7  respiratory.
 8        Q.     Okay.
 9        A.     Now, how do you correct that?  Well,
10  you have got to get your PCO2 from 56 back to 40,
11  and how do you do that?  You got to move more air.
12               Well, if the man can't breathe fast
13  enough or deep enough that in a minute's time he
14  has ended up moving more air, a combination of his
15  rate times the amount of air that he is moving
16  with each breath, then the only other way to do it
17  is by doing it yourself by using either a bag
18  valve device or a ventilator.
19               Acidosis of a respiratory nature, the
```

Page 40

204040.txt

20  term that describes that is ventilator failure,
21  and 99 percent of the time it means that you would
22  have to intubate the patient.
23      Q.    You said what, 98 percent of the time?
24      A.    99 percent of the time it means that
0102
1   you would have to intubate the patient and put him
2   on a ventilator.
3       Q.    Okay.  And is this a stat or is this
4   something that you could take another reading on
5   to see after you put him on a trach mask and get
6   him stabilized that this might -- this might come
7   down and get resolved?
8       A.    Well, this patient by definition is
9   unstable.  Anybody with respiratory acidosis based
10  on the fact that they are not moving enough air is
11  in critical condition.  I mean, there is nothing
12  stable about this patient at all.
13          Now, if you want to tell me that --
14  well, listen, I am going to stand by his bed and
15  repeat the blood gas, which takes another five
16  minutes, okay, I will buy that, but short of that
17  we are not going to waste 20 or 30 minutes seeing
18  whether we can get this man who has basically
19  paralyzed respiratory muscles to see whether we
20  can get him to breathe faster and deeper.  It just
21  isn't going to happen.
22      Q.    Now, if that is the case, why is
23  there -- you know, he is just -- is there any --
24  you look at these nursing progress notes and they
0103
1   are not reporting anything indicating any type of
2   respiratory distress or --
3       A.    Well, because he is not in respiratory
4   distress.  What he has is he is not moving enough
5   air, but his ventilatory rate is acceptable.  So
6   he is moving -- he is breathing at 24 times a
7   minute, maybe 28, but he is not moving enough air
8   in a minute's time to get rid of all of his carbon
9   dioxide.
10          They are not going to detect that.  You
11  only detect that because you have the blood gas,
12  and he is not going to be anxious due to a low
13  blood oxygen.
14          You know, hypoxia makes you anxious,
15  but his blood oxygen level is quite fine.  It's
16  429.  In fact, it's great.  But he is still not
17  moving enough air -- he is moving enough air to
18  get his oxygen level up to 429, but that's because
19  you are giving him a hundred percent oxygen, but
20  he is not moving enough air to get rid of his
21  carbon dioxide that his body is excreting.
22          The only option to correct that
23  respiratory acidosis is to put him on a
24  ventilator.
0104
1       Q.    You say that he is not moving enough
2   air.  Isn't that stimulator supposed to be doing
3   that?  Isn't that supposed to be assisting him to
4   do that?
5       A.    Well, the problem is this, that that
6   device stimulates the diaphragm, but,
7   nevertheless, you have a man who is malnourished.

Page 41

204040.txt
```
 8   He is dehydrated.  He is malnourished to the point
 9   of time where he has actually come in -- he came
10   in with a low blood sugar on the 20th.  This is a
11   man -- in fact, I don't know what his weight is,
12   but I will bet it's -- I will bet he is as skinny
13   as a rail.
14        Q.    About 90 something pounds?
15        A.    Right.  Exactly.  The guy was
16   malnourished, and to some extent one of your
17   experts explained it.  Here is a guy who is
18   chronically ill, he is malnourished, he doesn't
19   have the reserve capacity to ventilate himself
20   normally, and so there is no question that his
21   underlying disease is contributing to his
22   inability to, obviously, ventilate normally.  He
23   clearly can't ventilate normally.
24        Q.    Even later when they put him on the
0105
 1   Ambu bag, that didn't do anything -- that didn't
 2   improve his condition.  What --
 3        A.    Well, but later on is after we noticed
 4   his trach tube had moved.  In fact, I think that
 5   it had moved twice and had been pushed back in,
 6   and other things were happening then.  At this
 7   point in time the trach tube clearly was working
 8   and he was ventilating just fine in terms of
 9   getting his oxygen up.  Something happened after
10   this point.
11        Q.    All right.  So he should have been
12   ventilated at some point in time reasonably after
13   this report came back to Dr. Ilouyomade; that's
14   your opinion, right?
15        A.    Yes, sir.
16        Q.    Okay.  All right.  Now, I think that
17   you also have the opinion that even though that
18   didn't happen, during the course of the afternoon
19   there was some indication for problems developing
20   probably because of maybe he wasn't ventilated,
21   and this was something that the nurses should have
22   brought to Dr. Ilouyomade's attention, correct?
23        A.    Yes.
24        Q.    I see that these changes began on the
0106
 1   vitals on Page 0029 as early as 2:00 and certainly
 2   by 16:00 there were some significant drops I guess
 3   in the pulse ox which should have been sufficient
 4   for nurse involvement and Dr. Ilouyomade's
 5   advisement, correct?
 6        A.    Yes.
 7        Q.    All right.  Would you agree that had
 8   that occurred, that there would have been more
 9   time, perhaps, for Dr. Ilouyomade to reverse the
10   situation and, perhaps, get this man on a
11   ventilator prior to his -- I guess his code blue
12   at 6:18?
13        A.    Let me look at Page 29 again.  Let's
14   see.  Dr. Ilouyomade was called at 17:40, right.
15        Q.    Yes.
16        A.    And his pulse ox then was --
17        Q.    92.
18        A.    Okay.
19        Q.    And at 2:00 it was at 95, dropping down
20   from 100 earlier.
```
Page 42

204040.txt
```
21        A.    Yeah.  The reason that I am looking is
22  your chart has a hole punch there.
23        Q.    I think that we can agree that that's a
24  hole punched in right over the 17:40.
0107
1         A.    17:40.  I got it.  Okay.  And the 92 is
2   at 16:00?
3         Q.    Yes.  That's --
4         A.    And they notified him at 17:40?
5         Q.    They basically -- you know, if he
6   started with 16:00, there is almost, what, an hour
7   and 40 minutes of delay.  Would you agree?
8         A.    Yes.
9         Q.    I take it there is a -- from your
10  experience you would know what would have been
11  appropriate management and monitoring of a patient
12  like this by nurses, would you not?
13        A.    Yes.
14        Q.    You believe that given this condition
15  of the patient that he should have been monitored
16  every 30 minutes at least by the nurse?
17        A.    Well, don't -- we know that he was
18  monitored.  What we -- they didn't record the
19  values, but we know that he was continuously
20  electrocardiographically monitored, and the pulse
21  ox is a continuous -- is a continuous monitoring
22  situation as it was.  They should have done vital
23  signs and recorded them every 30 minutes.
24        Q.    The record indicates that as of -- on
0108
1   00031 Dr. Ilouyomade had admitted the patient, and
2   he was waiting for a bed as of 13:25, or 1:25 in
3   the afternoon?
4         A.    Yes.
5         Q.    Do you see that?
6         A.    Yes.
7         Q.    And at that point in time I think that
8   we talked about this briefly, but he would have
9   been transferred to another doctor's care
10  upstairs, right?
11        A.    Oh, sure.
12        Q.    And based on your experience as an
13  emergency room physician of a hospital, you would
14  agree that a patient should not be allowed to sit
15  in the emergency room waiting for a transfer for
16  four hours, right?
17        A.    Well, ideally not, but, I mean, let's
18  be real.  It happens a lot, and it's something a
19  bit out of our control.  The people outside of the
20  ER control when patients move out of the ER and
21  where they move to in terms of bed control.  There
22  is a bed control nurse and a bed control
23  administrator, and if there aren't beds, there
24  aren't beds, and there is nothing that you can do
0109
1   about it.
2         Q.    When you say it's out of our control,
3   you are referring to an emergency room physician
4   like yourself?
5         A.    And nurses.  Anybody in the ER can
6   control when the patient moves upstairs.  It just
7   doesn't, you know, happen.
8         Q.    Is it the nurse's responsibility to
```
Page 43

204040.txt

```
 9  continue to check with the admission people to see
10  what is going on or, you know, how do you speed up
11  this delay?
12       A.    Yes.  The short answer to that is that
13  the nursing staff hassles the bed control
14  department.
15       Q.    All right.  I am going over my notes.
16  I think that we have been jumping around.  I think
17  that I covered a lot.  We are moving on.
18            You indicate on Page 2 of your report
19  that there was inadequate monitoring between 15:30
20  and 17:40 hours, at which time he was noted by the
21  respiratory therapist to have oxygen saturation of
22  80 percent on room air.
23            Is that in reference to the nurses and
24  the failure to monitor that we just discussed?
0110
 1       A.    Yes.  That's specifically a reference
 2  to the nursing note.
 3       Q.    Dr. Ilouyomade testified should have
 4  had him on a ventilator earlier today, but the
 5  patient is still alive and kicking.  Probably
 6  not -- probably deteriorated significantly over
 7  the four hours between eleven, twelve o'clock when
 8  he got the arterial blood gases back and sat
 9  around waiting for admission, but between when he
10  finally was notified at 17:40, what do you see
11  Dr. Ilouyomade failing to do?
12            I think that we talked about a couple
13  of things, and I think that's the one thing that
14  we have not discussed in detail yet.  First of
15  all, you indicated I think on your report that he
16  should have suctioned him, right?
17       A.    Yes.
18       Q.    Failed to treat him -- I think it's on
19  Page 2 of your report.
20       A.    Yes, sir.  It is.
21       Q.    And he should have suctioned the trach,
22  but, as I recall, that was done, at least
23  according to the testimony of Dr. Ilouyomade at
24  his deposition.  You read that, right?
0111
 1       A.    Yes.
 2       Q.    And given the medical examiner's
 3  report, would you agree that there is no
 4  evidence -- objective evidence to prove that or
 5  deny that that actually -- that suctioning of the
 6  trach actually occurred?
 7       A.    You are correct.
 8       Q.    Okay.  Then you say, number two, if
 9  unsuccessful, saline and suction again.  I guess
10  the question that I have there is -- it's arguable
11  that it was unsuccessful, but my question then is:
12  How long do you wait until after the first trach
13  was done before you suction again?
14       A.    A minute.
15       Q.    And how do you know if it was
16  unsuccessful?  I mean, is that something that
17  would appear on the monitors, on the pulse ox
18  immediately?
19       A.    Well, you would know for two reasons.
20  Number one, you didn't get any sputum out, you
21  didn't get any mucus out, you didn't get any
                    Page 44
```

204040.txt

```
22  secretions out, and, number two, the pulse ox
23  didn't improve.
24       Q.    Okay.  So now you are confused I guess.
0112
 1  You are sitting here wondering what is happening
 2  to this patient at that point?
 3       A.    Well, there is a systematic approach,
 4  and the systematic approach is, you know, you
 5  presume that the mucus is too thick to suction out
 6  with your catheter.  So you squirt some saline
 7  down.
 8       Q.    Okay.  All right.  The next thing you
 9  say that he should have done was remove the inner
10  cannula that was present.  It should have been
11  removed?
12       A.    Yes.
13       Q.    Why do you do that?
14       A.    Because you want to inspect it.
15       Q.    What do you inspect it for?
16       A.    Again, you are looking for mucus.  You
17  are looking for it to be plugged.
18       Q.    Okay.  So there could be actually some
19  plugging of the cannula itself, right?
20       A.    Yes.
21       Q.    Okay.  That would have shown up on the
22  autopsy, though, wouldn't it, if that was the
23  case?
24       A.    You are correct.
0113
 1       Q.    So I think that he was asked -- I don't
 2  think that he did that, but would that -- do you
 3  have an opinion whether that mattered given the
 4  fact that there wasn't anything found in the trach
 5  tube?
 6       A.    Well, ultimately that wouldn't have
 7  improved this patient's condition.
 8       Q.    Okay.  Why not?
 9       A.    Well, because we don't believe in the
10  end that it was obstructed.
11       Q.    These things that you are mentioning
12  here was really based upon the -- I guess the
13  assumption that there was some type of an
14  obstruction by mucus or secretions, right?
15       A.    Yes.  What I am outlining here is the
16  systematic approach of a patient with a trach who
17  is becoming acutely hypoxic, and in this case, at
18  least as far as I have gone so far, I don't think
19  that it would have made any difference, but you
20  don't know that at the time that you are doing it,
21  you know.
22       Q.    Yeah.  So I guess given the fact that
23  this would have been the steps that you would have
24  had him take, or he should have taken talking
0114
 1  about suctioning the trach, doing it again with
 2  saline, and if it didn't work, then looking in the
 3  inner cannula and taking that out and inspecting
 4  it, and then take out the trach tube itself and
 5  put in a smaller tube, a small rubber catheter --
 6       A.    Well, I guess what I --
 7       Q.    -- if that still didn't work, those
 8  were all steps that would have been taken assuming
 9  that there was some type of mucus or blockage or
```

Page 45

204040.txt

10  congestion or obstruction of the airway because of
11  mucus or congestion, right?
12      A.    You know, I guess I was assuming some
13  things that I shouldn't have been assuming, and,
14  that is, that when you first see this patient who
15  is hypoxic, the first thing that you are going to
16  do is put a bag valve mask on his trach tube and
17  ventilate him.
18          So when I say that you should do these
19  things sequentially, actually you are doing them
20  sequentially, but in between you are putting an
21  Ambu bag on him and seeing whether you can
22  ventilate him and get his oxygen levels up.
23      Q.    Okay.
24      A.    I mean, I am so familiar with this
0115
1   that, you know, when you come along to a hypoxic
2   patient who has got a trach tube, you know, you
3   can ventilate him.  You are going to ventilate him
4   and you are going to suction him and then you are
5   going to ventilate him and then you are going to
6   put some saline down and resuction him and so on
7   and so forth.
8       Q.    But I guess in light of the medical
9   examiner's report or the lack of any obstruction,
10  I know all of these actions that you say he should
11  have taken based upon what we know now probably
12  would not have been of any -- would not have
13  resulted in any change or resulted in the ultimate
14  result here, correct?
15      A.    Yes.  I think that's true, except that
16  under the circumstances -- if you presume that
17  this patient's condition was due simply to what is
18  described by your expert, namely that this was his
19  muscle weakness, he was debilitated and couldn't
20  ventilate himself, just the simple act of
21  breathing into an Ambu bag would have brought him
22  back.
23          The problem with that argument is that
24  we know at 18:16 hours when a respiratory
0116
1   therapist tried to do that that, in fact, that
2   didn't help, and, in fact, his oxygen saturation
3   continued to drop, and we know that he wasn't yet
4   in a cardiac arrest at 18:16 because he had a
5   measurable blood pressure.
6           That page, which I think was 29 --
7   yeah.  Page 29 indicates that at 18:16 when his
8   oxygen saturation was 50, he had a blood pressure
9   that was measured at -- I am not sure whether it
10  was 52 over 16 or 32 over 16, but clearly his
11  heart was still beating.  So he hadn't yet
12  arrested.
13      Q.    Okay.  It's an interesting complicated
14  issue here.  I think that we have covered
15  everything I think that we need to cover with the
16  first -- I mean the second admission with
17  Dr. Ilouyomade.  Do you want to wrap up with
18  Dr. Vaughn, or do you want to take another quick
19  break?
20      A.    No.  Let's wrap it up.
21      Q.    Good.
22      A.    Mr. Connor has an airplane, and he
                        Page 46

204040.txt

```
23   wasn't happy with you about cancelling his other
24   airplane, or was that --
0117
 1          MR. CONNOR:   That was Don.
 2   BY MR. GUZIAK:
 3          Q.    We could have used that 40 minutes that
 4   we lost trying to get this thing started.
 5               Dr. Vaughn --
 6          MR. TEMPLE:   We are moving into another
 7   segment here, right?
 8          MR. GUZIAK:   Yes.
 9          MR. TEMPLE:   Does the Doctor need a break?
10          THE WITNESS:   No.  We are fine.
11          MR. TEMPLE:   How long do you expect this to
12   go?
13          MR. GUZIAK:   I think this should be the
14   shorter of -- this shouldn't be much.  I don't --
15   I think, and maybe Dr. Baker will agree, that
16   hopefully this won't last an hour.
17          MR. TEMPLE:   Okay.  Thank you.
18   BY MR. GUZIAK:
19          Q.    You talk in your report about
20   Dr. Vaughn, and I've got notes all over here, but
21   you have another new opinion and we talked about
22   that.
23               Let me see if there are some things
24   that we can't agree upon with Dr. Vaughn.  This is
0118
 1   the -- of course the care and treatment that was
 2   provided a couple of days earlier on the 20th?
 3          A.    Yes, sir.
 4          Q.    When he arrived in the emergency room,
 5   I think that he arrived like at about 11:00 at
 6   night, 10:00 at night; is that right?
 7          A.    Yes.
 8          Q.    At that point in time he was not in any
 9   acute respiratory distress, mild at best, would
10   you agree?
11          A.    Let me find the chart here.  Okay.  I
12   got the chart.
13          Q.    I have him arriving at 9:45 p.m.
14   Dr. Vaughn sees him at 11:00.
15          A.    Yes.  You are correct.
16          Q.    Presented with trouble breathing?
17          A.    Yes.
18          Q.    Presented with wheezing and rales and
19   cough?
20          A.    Yes.
21          Q.    Okay.  Rales you thought would have
22   been some indication of the possible beginning of
23   sepsis?
24          A.    Pneumonia.
0119
 1          Q.    Pneumonia rather.  Sorry.
 2          A.    Rales are a sound that you hear that
 3   are described as crackling Rice Krispies, and you
 4   hear them over areas where you have fluid in the
 5   alveoli of your lungs, and you would not have
 6   fluid in the alveoli of your lungs if you were
 7   dehydrated.
 8               You would if you were in pulmonary
 9   edema, but the only other cause that one commonly
10   sees is pneumonia; in other words, you have some
```

Page 47

204040.txt

11   pus in your lungs somewhere.
12       Q.   Okay.  He also had wheezing.  Any
13   significance?  What is wheezing?
14       A.   Well, wheezing is caused by
15   bronchiospasm.  You know, you can see it in
16   patients who have bronchitis.  You can see it in
17   patients who have pneumonia.  You see it in
18   patients who have asthma.
19       Q.   His O2 sats were 90 percent at room air
20   which is kind of borderline, right, problematic?
21       A.   It is problematic.  At 90 percent a
22   patient needs oxygen.
23       Q.   Okay.  And I think what they did was
24   they got him on -- they got his blood volume up
0120
1   and gave him two liters -- a liter of saline for
2   low blood volume?
3       A.   Yes.
4       Q.   For hypovolemia?
5       A.   Yes.
6       Q.   And they placed him on two liters of
7   nasal oxygen, nasal cannula, and they gave him an
8   IV glucose for his low blood sugar.  I think it
9   was a D50 ampule, right?
10       A.   You are correct.
11       Q.   And I thought that he responded to all
12   of those measures after a couple of hours and was
13   in much better shape approximately at about 1:30
14   or certainly about 3:20, but I am moving quickly
15   because I want to go home and send the lawyers
16   home, too.
17       You know, you thought that he should
18   have been admitted, right?
19       A.   Sure.  And there are several things
20   going on here.  First of all, he correctly made
21   the diagnosis of dehydration.  You don't correct
22   that in a matter of a couple of hours and send
23   somebody home.
24       Secondly, you have to ask yourself why
0121
1   is he dehydrated, and the answer is because he has
2   got poor nutrition, he is not eating, he is all
3   but starving, and that's the reason why he has a
4   low blood sugar, and just correcting the low blood
5   sugar all that is going to do is temporarily bring
6   his blood sugar up, but the question is why does
7   he have a low blood sugar.  If you correct it
8   today, what is going to prevent that from
9   happening tomorrow?
10       Thirdly, you have got this issue of his
11   blood pressure after fluid at 09:50 in the
12   morning, and he came in at about 1:00 a.m., his
13   blood pressure drops to 68 over 48, and you have
14   to scratch your head and say, "What is going on
15   there?"
16       And, in fact, he actually had normal
17   saline prior to that happening I think at 09:00.
18   So, you know, you are scratching your head saying,
19   you know, why is this man hypotensive?  If you are
20   so dehydrated that you are hypotensive, you
21   clearly need to come into the hospital.
22       Let's see.  What else did I say?  He
23   clearly was in respiratory distress.  I mean, he
                     Page 48

204040.txt
```
24    came in with an oxygen saturation of 90 percent.
0122
1     That needs treatment, and we know that he has told
2     us that he uses a ventilator at night.
3                 Well, you can't send that guy back to
4     jail. They haven't got a ventilator, and they
5     knew it at the time and -- you know, the operative
6     word in Dr. Vaughn's deposition is, you know, I
7     couldn't admit the guy because -- I am sorry, the
8     patient because he might need a ventilator.
9                 Well, you know, that's the operative
10    word. You can't send a man back to a jail ward if
11    he might need a ventilator, because you know that
12    they haven't got one. So, you know, you have
13    reasons to admit, and you don't have to say, well,
14    you know, he might need a ventilator is the only
15    one.
16                You have got the issue of dehydration.
17    You have got issue of hypovolemia, you have got
18    the issue of hypoglycemia, and on top of it I
19    think that Mr. Magbie had pneumonia based on the
20    fact that he has rales, which are never normal,
21    and he has a cough, which ordinarily he shouldn't
22    have.
23                If anything, he should have a difficult
24    time coughing, and he is hypoxic, significantly
0123
1     hypoxic, and he has a white count that, as I
2     recall, was 12,800.
3          Q.    Well, you know, I understand all of
4     that, but let's just talk about the big picture.
5     He did not send him back, you know, after an hour
6     and a half, did he?
7          A.    No.
8          Q.    And as I read this record, he had him
9     come in and he had Mr. Magbie in the emergency
10    room and was treating him and observing him and
11    checking on him, monitoring him, until he went off
12    shift the next morning?
13         A.    That's true.
14         Q.    And clearly, although we have all of
15    these problems, he did things which were
16    appropriate to stabilize all of the problems and,
17    in fact, at the time that he was discharged he
18    looks -- you know, his vitals look pretty normal,
19    don't they, looking at the vitals at the time of
20    discharge?
21         A.    Yes.
22         Q.    You have talked about rales and that
23    being a significant -- potentially significant,
24    but the record truly indicates that he has no
0124
1     rales at discharge, did he? No signs of rales?
2          A.    Let's see. Can you point me to your
3     reference?
4          Q.    Okay. I can't really -- let's see if
5     we can look on Page 21. It's a good place to
6     start. That's the discharge, isn't it?
7          A.    Let's see here.
8          Q.    I think he's discharged at 11:40 a.m.,
9     Page 00021.
10         A.    Yes.
11         Q.    Okay. At the bottom of the page of
```
                              Page 49

204040.txt

```
12  this document it looks like he was discharged and
13  signed off at 11:40; is that right?
14        A.    Yes.
15        Q.    Pulse ox a hundred percent.  That would
16  be on room air, right?
17        A.    Yes.
18        Q.    That's absolutely normal, isn't it?
19        A.    Yes.  It is.
20        Q.    Okay.  Blood pressure 107/68.  That's
21  okay, isn't it?
22        A.    Yes.  All of the vital signs are okay.
23        Q.    The vital signs are good and the
24  conditional discharge according to whoever
0125
1   discharged is stable, right?
2         A.    Yes.
3         Q.    There is something about -- I am
4   looking for rales, and I know that I found that
5   that had been resolved.  Let's see.  I'm looking
6   at 0011.  Do you have that?
7         A.    Yeah.
8         Q.    Okay.  You mentioned that he had a
9   problem with rales, and I don't see anything
10  indicating that he still had that at the time of
11  discharge.  Could that have been improved by the
12  administration of a bowl of fluid or saline?
13        A.    No.  If you look on the pages -- the
14  page that I found it on, you know, was the
15  physician's history and physical, which is your
16  page -- hang on a minute.  It's your Page 0007.
17        Q.    Yeah.
18        A.    Where he has checked off, "Wheezing and
19  rales."  Rales are fluid in the alveoli.  You
20  don't see it in dehydrated patients unless they
21  have pneumonia.  You can see it in overhydrated
22  patients such as people with pulmonary edema and
23  congestive failure, and it only goes away in those
24  circumstances after you diurese the patient.
0126
1               Giving a patient with rales who is
2   dehydrated fluid is not going to make the rales go
3   away.
4         Q.    Okay.
5         A.    There is no circumstance under which I
6   can create a hypothetical that would explain why
7   Mr. Magbie's rales, which were discovered by
8   Mr. Vaughn, would have cleared.
9         Q.    Okay.  Looking at the entries on Page
10  10, and this is at the morning.
11        A.    I got it.
12        Q.    The patient is without acute distress,
13  negative respiratory distress or shortness of
14  breath noted, and, again, later when they
15  discharged him, no respiratory or shortness of
16  breath noted.
17              You would think, in fact, if there were
18  any rales noted that they would be -- they would
19  not indicate that there is no respiratory distress
20  or shortness of breath, wouldn't you?
21        A.    No.  They are not directly related.
22  You can have rales indicating you have pneumonia
23  and not have respiratory distress.  As a matter of
24  fact, that's walking pneumonia.  You know, people
                              Page 50
```

204040.txt

0127
1  are discharged with pneumonia depending upon their
2  oxygen saturations and their ability to take their
3  medicine and hydrate themselves and do the usual
4  sorts of things.
5          Q.    You realize that Dr. Vaughn did not --
6  was not involved in the care and treatment after
7  about 7:15 that morning, right?
8          A.    Yes.
9          Q.    Okay.  And one of the other things that
10 you were concerned about was the drop in blood
11 pressure to 68?
12         A.    Yes.
13         Q.    You realized that was not on
14 Dr. Vaughn's watch, correct?
15         A.    I guess that's true, yes.  You are
16 correct.
17         Q.    So Dr. Vaughn basically would not
18 have -- that would not have been -- I take it it's
19 significant to you that that was not addressed and
20 would not have been something that should have
21 been looked into, right?
22         A.    Well, it was actually.  If you read the
23 nurse's note that corresponds to that at 09:50
24 about roughly, it says patient's blood pressure
0128
1  dropped to 68 over 42.  They gave 500 mils of
2  normal saline as ordered.  The blood pressure came
3  up to 92 over 55, and they continued to infuse
4  saline at 150 cc's an hour as ordered.
5          Q.    What does that mean?  He basically
6  continued to be dehydrated?
7          A.    No, no, no.  What it means is that they
8  continue to give him fluid -- well, yeah.  They
9  were treating his dehydration.
10         Q.    And the dehydration could explain the
11 drop in the blood pressure?
12         A.    Oh, sure.
13         Q.    So that was corrected by giving him
14 fluids, right?
15         A.    Yes.
16         Q.    And would you expect if he went back to
17 jail all they had to do was give him fluids, and
18 that should not have been a foreseeable problem,
19 correct?
20         A.    Except they were giving him IV fluids,
21 and, you know, here is a man who has managed to
22 decrease his oral intake of food and fluid to the
23 point where he actually went into shock.  That's
24 pretty severe.
0129
1          Q.    Well, I think we are just -- getting
2  back to Dr. Vaughn, he basically got talked out of
3  or, perhaps, overruled as far as his decision to
4  admit Mr. Magbie that day, correct?
5          A.    Yes.  I think that's true.
6          Q.    All right.  I mean, I take it that you
7  have been in a position, perhaps, in the past
8  where you have been overruled with regards to a
9  patient that perhaps is in a gray area where he
10 may have been admitted in your opinion, but not
11 enough beds, we don't have in this case a
12 ventilator, the patient only as far as I can tell

Page 51

204040.txt

```
13   why -- you know, he's isn't on a PRN basis.  Why
14   admit him?  I mean, that's --
15        A.    Well, time out, though.  The short
16   answer is the hospital has enough ventilators to
17   take care of its ventilator patients.  If they
18   don't, they send people out to find ventilators.
19   The issue of there is not a ventilator or there
20   may not be a ventilator is just total rubbish.  I
21   mean, that just doesn't happen.  I have never been
22   to a hospital where there was not enough
23   ventilators.
24            I think that he let himself be talked
0130
 1   out of it, and I think that he admits that, you
 2   know, how can I admit for just this problem.
 3        Q.    Yeah, and I think there was an issue --
 4   I think there is a question about whether Magbie
 5   was ventilator dependent at night or whether he
 6   was on on some nights ventilators or in need of a
 7   ventilator, right?
 8        A.    Yes.  I understand that is what
 9   Dr. Vaughn was thinking, but he still has not
10   resolved the other issues that we have talked
11   about, the hypovolemia, the dehydration.  You
12   know, those issues have not been handled
13   correctly.
14        Q.    Okay.  Well, let's get back to the
15   other issue.  As far as the issue of being
16   ventilator dependent or not, he had Mr. Magbie
17   firsthand under his observation and in his -- I
18   guess under his maintenance and control as a
19   physician for an entire night, right?
20        A.    Yes.
21        Q.    And the nighttime is when he allegedly
22   needed to be on a ventilator?
23        A.    Yes.
24        Q.    And according to Dr. Vaughn, Mr. Magbie
0131
 1   said, "Well, I don't need to be on a ventilator
 2   every night.  Just as needed," right?
 3        A.    Yes.
 4        Q.    And during the course of the evening I
 5   guess Dr. Vaughn did not have him on the
 6   ventilator but simply had him on a nasal cannula,
 7   correct?
 8        A.    Yes.
 9        Q.    And, in fact, the nasal cannula seemed
10   to be able to -- he survived the night and, in
11   fact, he improved, and by 3:20 they are talking
12   about getting -- whether, in fact, he should go
13   back to the hospital, because he had been
14   stabilized, correct, on just a nasal cannula?
15        A.    Yes.  That's true.
16        Q.    Okay.  So, obviously, you know, the
17   necessity to be on a ventilator may have been
18   something that was at issue, but based upon the
19   firsthand observation and treatment with nasal
20   cannula only that night, Dr. Vaughn saw that he,
21   in fact, could be treated and ventilated
22   throughout the night just on a nasal cannula,
23   right?
24        A.    Well, the answer to that is this:  He
0132
```

Page 52

204040.txt
```
 1   came in short of breath and was hypoxic with an 02
 2   sat of 90 percent.  So we know there is a
 3   circumstance under which he is not able to
 4   adequately oxygenate himself.  An oxygen
 5   saturation of 90 percent is problematic.
 6            Now, what they did to maybe get him
 7   over the hump is not entirely clear why they were
 8   able to, but remember that Dr. Vaughn said in his
 9   deposition that he can't admit the patient because
10   he may need a ventilator.
11            Well, you know, the analogy is this:
12   Ten percent of the patients who actually have
13   heart attacks, which makes up about half of the
14   people with chest pain who come into the ER, may
15   die.
16            So five percent of everybody walking
17   through the door may die, but you don't send them
18   home because they may die.  I mean, why would you
19   ever send a patient back to a facility that
20   doesn't have a ventilator knowing full well that
21   he may require a ventilator and you had evidence
22   earlier in the day that, in fact, he did require
23   some acute respiratory care?  It just doesn't make
24   any sense.
```
0133
```
 1       Q.       If, in fact, he had evidence that
 2   during the day that he required acute respiratory
 3   care, what did the facility that he was returning
 4   to do?
 5       A.       What can they do?
 6       Q.       What did they?  What can they do?  What
 7   did they do?  The jail, the facility, that
 8   Mr. Magbie was in for that time period noticed
 9   that he was having trouble breathing and they sent
10   him over to the emergency room, right?
11       A.       Yes.  That's true.
12       Q.       And, in fact, is there was any reason
13   that you know of if, in fact, he was returned to
14   the jail and, in fact, he had some other problem
15   develop, that he could not have been -- or that
16   the jail would not have for some reason returned
17   him right back to see Dr. Vaughn or
18   Dr. Ilouyomade or whoever was on duty?
19       A.       Sure, because the problem is this:
20   They don't have the ability to temporize.  If,
21   indeed, he requires a ventilator acutely in the
22   middle of the night, they don't have one, and they
23   don't have the staff to do the patient's
24   ventilator management.
```
0134
```
 1       Q.       Yeah, but based on what Dr. Vaughn
 2   discovered and what was done, he did not return
 3   the patient back to the jail until after he had
 4   spent hours with him and on a nasal cannula and
 5   confirmed that, in fact, his respiratory problems,
 6   though, would be managed and/or relieved simply by
 7   a nasal cannula, correct?
 8       A.       Well, that's apparently what his
 9   decision was, yeah.  I just believe that was the
10   wrong decision, and I don't believe that that is
11   in the best interest of a patient.  I mean, you
12   know, what we do in life is to define and
13   stabilize the life threat, and I don't think that
```
                          Page 53

204040.txt

14  that was appropriately done.
15       Q.    Well, you know, I understand that, but
16  based upon the improvement in the patient's
17  condition and especially his respiratory problem,
18  he is only on a nasal cannula, at least there was
19  a basis upon which Dr. Vaughn could reassess his
20  initial decision to admit the patient, right?
21       A.    Well, like I say, that's what he
22  thinks.  I just happen to disagree with him.
23       Q.    Okay.  What other options did he have?
24       A.    Well, the other option he has is that
0135
1   he has two other reasons to admit the patient.  He
2   has actually three.  He has the issue of
3   hypovolemia to the point of a patient being
4   shocky.
5             Why would you -- you know, how did this
6   patient become shocky?  Well, he clearly didn't
7   have enough fluid intake.  So, you know, you don't
8   simply reverse that and send the patient back to
9   the same situation that caused the problem.
10            You have the same issue with
11  hypoglycemia.
12       Q.    Well, let me stop you there.  Let's
13  talk about each one of them.  He had other
14  problems.  One of them would be the hypovolemia.
15  And he did reverse that problem, did he not?
16       A.    Did he reverse it?  Yes.  Sure.
17       Q.    He was basically stabilized by the time
18  he left the patient's care that morning, correct?
19       A.    Was he immediately stable at the
20  moment?  The answer is yes.  The question is:  Was
21  he suffering from a condition which would lead him
22  back into the same situation, and I think that the
23  answer to that is also yes.
24       Q.    Okay.  And how do you know that?  What
0136
1   is the basis for that?
2        A.    Well, because, you know, an individual
3   who is hypotensive and hypovolemic and dehydrated
4   has to get there somehow, and what have you
5   changed to insure that he is not going to just
6   relapse into that circumstance?
7             And the answer is you have done nothing
8   to insure that anything is going to be different
9   and that tomorrow or the next day he is not going
10  to bounce back with the same thing.
11       Q.    Well, what is your understanding of
12  what type of care, if any, he was going to get if
13  he, in fact, returned him?
14       A.    Well, he was going to go back to
15  basically a medical ward called the CTF, I think,
16  or something.
17       Q.    In fact, before he returned him, he did
18  discuss the patient's care and the situation with
19  Dr. Bastien, I believe, that's the CTS, that night
20  at 3:20, did he not?
21       A.    Yes.  That is correct.
22       Q.    In fact, he had not one but two
23  conversations with Dr. Bastien I believe, right?
24       A.    That's also correct.
0137
1        Q.    In fact, he discussed, I guess, the
                         Page 54

204040.txt

```
 2   patient's condition and the situation on his
 3   ventilation but also his other conditions
 4   presumably with Dr. Bastien with regard to whether
 5   Dr. Bastien felt as if -- given the results that
 6   he was able to achieve with the nasal cannula
 7   whether the doctor had any concerns with returning
 8   Mr. Magbie to Dr. Bastien's care or the care and
 9   treatment of the facilities at the jail, correct?
10        A.    Yes.  They did have that discussion.
11        Q.    And certainly Dr. Bastien gave no
12   indication that, well, I can't treat him for any
13   of these other conditions.  He didn't say no, he
14   didn't say that you keep him there.  He basically
15   said that we can take care of him if he is
16   stabilized under a nasal cannula, correct?
17        A.    Yes.
18        Q.    Okay.  Now, if, in fact, he goes over
19   there, aren't they going to be doing vitals with
20   regards to his hypovolemia over there and should
21   not they check him at least hourly at the jail?
22        A.    Should they?  Yes.
23        Q.    Sure.  And is there anything that
24   Dr. Vaughn knew or should have known or expected
0138
 1   that jail wouldn't properly treat this man for his
 2   hypovolemia if, in fact, it returned?
 3        A.    Well, I think there is one thing that
 4   he clearly knew, and that was that if the patient
 5   deteriorated and acutely needed a ventilator, they
 6   wouldn't have it, which means that we now would be
 7   forced to deal with a patient who at that point
 8   would be unstable and would have to be transferred
 9   back to a hospital.
10        Q.    And that happened, but only after three
11   days, correct?
12        A.    That's true.
13        Q.    And, in fact, I think it's clearly your
14   opinion that that should have -- that should not
15   have happened or been delayed that long, correct?
16        A.    That's true.
17        Q.    If, in fact, he had started to
18   deteriorate after he returned to the jail, he
19   should have been returned right back to the
20   emergency room as soon as he started to show signs
21   of deterioration, correct?
22        A.    Also true.
23        MR. CONNOR:  Ron, excuse me.  I am going to
24   have to miss this flight if we don't wrap it up
0139
 1   real quick.  I hope that you are near the end.  It
 2   sounds like you are.
 3   BY MR. GUZIAK:
 4        Q.    The hypovolemia is not the proximate
 5   cause of Mr. Magbie's death, is it?
 6        A.    No.  I mean, ultimately we believe that
 7   his malnutrition and general poor health was the
 8   ultimate causative factor in leading to the point
 9   where he was unable to cough, he was unable to
10   breathe, he was unable to ventilate himself.  I
11   mean --
12        Q.    Dr. Vaughn treated him for eight hours,
13   if not longer, and during that time he certainly
14   stabilizing the patient, the patient was in much
```

Page 55

204040.txt

15 better shape and in much better general health and
16 condition than he was when doctor -- before he saw
17 Dr. Vaughn. Would you agree with that?
18      A.    Well, at the point that Dr. Vaughn
19 left, that's true, but subsequently, a couple of
20 hours later, at 9:15 his blood pressure dropped to
21 68 other 42, thus proving that the man really
22 wasn't stable.
23      Q.    But Dr. Vaughn wouldn't know that and
24 wouldn't have any control over that decision to
0140
1 then discharge him after that point, would he?
2      A.    You are correct.
3      Q.    And basically at the time that
4 Dr. Vaughn last saw him, he was not in any -- he
5 was not in danger of death, was he?
6      A.    Not immediately.  No.
7      Q.    And you say, "not immediately."  Why do
8 you say "not immediately"?
9      A.    Well, because obviously we know that he
10 had some underlying conditions which led him to be
11 hypoxic.  We knew that he had a metabolic
12 acidosis.  They had actually done a routine
13 chemistry on the patient, and he had a blood
14 bicarbonate of 17.
15           So, you know, he clearly had some
16 problems.  You know, he has got a metabolic
17 acidosis.  He was hypoglycemic.  I mean, he has
18 all sorts of things going on.
19      Q.    Yeah.  But the hypoglycemia was not a
20 factor in his death?
21      A.    No.  It wasn't?
22      Q.    What?
23      A.    No.  It wasn't.
24      Q.    It wasn't.  Okay.  And, in fact, I
0141
1 think that they did an AccuCheck later on, and
2 even three days later it was really not a major
3 problem as far as his health status or
4 contributing to his death, was it?
5      A.    That's true.
6      Q.    Okay.  And so we are talking about the
7 respiratory distress, the hypoxia was resolved,
8 and he was at room air one hundred percent when
9 Dr. Vaughn last saw him, and he was -- I mean,
10 basically his vitals were pretty much normal when
11 Dr. Vaughn last saw him, were they not?
12      A.    That's true.
13      Q.    So if, in fact -- would you not expect
14 if, in fact, they were normal and they returned
15 him to the hospital -- pardon me, returned him to
16 the jail, and if, in fact, anything
17 deteriorated -- I mean, it's reasonable for the
18 doctor to assume that the physicians at the jail
19 who were then overseeing his condition would react
20 appropriately and return him to the emergency room
21 if his condition deteriorated, right?
22           MR. CONNOR:  Ron, that's been asked and
23 answered.
24           MR. GUZIAK:  Asked and answered.  Okay.
0142
1           MR. CONNOR:  Yeah.  I hope that we can wrap
2 this up soon, please.
                        Page 56

204040.txt

```
 3   BY MR. GUZIAK:
 4        Q.    Is there anything that Dr. Vaughn did
 5   that you feel now based upon what happened
 6   subsequently over this last three days between the
 7   time that Dr. Vaughn saw him and the time of his
 8   death that you feel could possibly be related
 9   approximately causing his death?
10        A.    I think that the best way to answer
11   that is to say that I do believe had he been
12   admitted and treated that actually he wouldn't
13   have died, that they would have rehydrated him,
14   that his x-ray the following day or two days later
15   would have shown an early pneumonia, that they
16   would have treated his pneumonia before it got to
17   the point where it did, that he wouldn't have then
18   been marginally hypoxic, and, in fact, wouldn't
19   have been hypoxic to the point of becoming
20   unconscious, and that he would have been in better
21   physical shape to ventilate himself, you know, had
22   he been admitted, given IV hydration, given IV
23   nutrition.
24             So I think ultimately had Dr. Vaughn
0143
 1   done what I think the standard of care requires,
 2   that the patient wouldn't have gone on to
 3   deteriorate and return on the 24th in the
 4   condition that he was.
 5        Q.    Okay.  But you indicated that -- in
 6   fact, on the 24th you indicated that he still
 7   could have been salvaged if, in fact, he had been
 8   properly monitored, right?
 9        A.    That's true, too.
10        Q.    what, if anything, given the situation
11   that Dr. Vaughn apparently found presenting to
12   himself that he requested admission of the patient
13   and then was told that by the hospital
14   administrator who was in charge of the admission
15   that he was not permitted to admit the patient,
16   what, if anything, could he have done or did do at
17   that point in time?
18        A.    Well, the problem is this:  The problem
19   is that he presented this only as a case of a
20   patient who may need a ventilator.
21             what he should have done is presented
22   this as a patient who is dehydrated, who needs to
23   be admitted for rehydration.
24             We do this all of the time.  We have
0144
 1   people who come in with a viral gastroenteritis,
 2   and we admit them for rehydration.  You don't
 3   rehydrate somebody in eight hours.  You take, you
 4   know, 24 to 48 hours to rehydrate somebody, and I
 5   have never had anyone give me a hard time about
 6   admitting a patient for dehydration.
 7        Q.    Okay.  Do you feel as if Dr. Vaughn had
 8   a sufficient basis to make that recommendation
 9   given the fact that he had stabilized the patient
10   and he was no longer dehydrated?
11        A.    Sure.
12        Q.    Okay.  So basically your response to
13   what Dr. Vaughn faced was even though he had been
14   rejected for admission with the ventilator issue,
15   he should have switched gears and argued the other
```

Page 57

204040.txt

16    issues as the basis for admission, right?
17        A.    Yes.
18        Q.    Do you feel as if there is standard of
19    care with regard to that, or don't you feel that
20    that's an area where you can have some difference
21    of opinion in a differential diagnosis?
22        MR. CONNOR:  Objection to the form of the
23    question.
24    BY THE WITNESS:
0145
 1        A.    That's a standard of care regarding two
 2    issues; one we have a patient who is so dehydrated
 3    that he is hypotensive, and, number two, is we
 4    have a patient who clinically has pneumonia.
 5    Dehydration and pneumonia kills people.  I mean,
 6    you need to admit those people.
 7    BY MR. GUZIAK:
 8        Q.    And the only basis that you believe
 9    that he has pneumonia is based upon what, Doctor,
10    again, the rales?
11        A.    He has a cough, he has the rales, he
12    has a white count, and he is dehydrated with a
13    clear chest x-ray.
14        MR. GUZIAK:  All right.  Ed, how much more
15    time do I have?
16        MR. CONNOR:  That's your call, but I would
17    love it if you wrap it up soon.
18        MR. TEMPLE:  How much time do you need, man?
19        MR. GUZIAK:  I don't know yet, because when
20    you get that pressure on you, and I feel so bad
21    for somebody who has got to get out of town and
22    catch a plane, and you want to rush and you miss
23    things.
24        MR. CONNOR:  I think that you pretty much
0146
 1    covered this ground a couple of times already,
 2    Ron.  I mean, he is not going to agree with you.
 3    I know that you would like that, but that's why we
 4    have these experts.
 5        MR. TEMPLE:  Do you want another two days?
 6        MR. GUZIAK:  No.  I would like another hour
 7    down the road some day.  Will you give me that?
 8        Nobody is responding.  Okay.
 9        Give me 30 seconds here to look over.
10    Maybe I can hit one or two things that I obviously
11    missed that might be of somewhat significance.
12        MR. CONNOR:  You are on the clock.
13    BY MR. GUZIAK:
14        Q.    Doctor, let me ask you this:  If, in
15    fact, he was returned to jail, would you have
16    expected that he would have some additional
17    symptoms related to pneumonia if, in fact, he had
18    pneumonia?
19        A.    No, because he may not develop a fever.
20    He is malnourished.  He is dehydrated.  He may not
21    spike a fever.  He does not really have the
22    ability to cough.  So he is not going to develop
23    the typical cough that's productive of sputum that
24    you and I would develop.
0147
 1        So, you know, this man can die of
 2    pneumonia without having much other than the fact
 3    that at some point in time he is going to become
                            Page 58

204040.txt

```
 4   hypoxic and may become cyanotic.
 5        MR. GUZIAK:  Doctor, thanks very much.  It
 6   has been a pleasure.
 7        THE WITNESS:  You are welcome.
 8        MR. GUZIAK:  I take it you have no questions?
 9        MR. CONNOR:  I have no questions.  How do you
10   do reading and signing when you are not here?
11        MR. GUZIAK:  Ask him if he wants to read and
12   sign, and suggest that he should waive it, but I
13   am sure that he knows that.
14        THE WITNESS:  I will waive.
15                  FURTHER DEPONENT SAITH NOT.
16
17
18
19
20
21
22
23
24
0148
 1   STATE OF ILLINOIS )
 2                    )
 3   COUNTY OF DU PAGE )
 4        I, NANCY A. GUIDOLIN, a Notary Public
 5   within and for the County of DuPage, State of
 6   Illinois, and a Certified Shorthand Reporter of
 7   said state, do hereby certify:
 8        That previous to the commencement of
 9   the examination of the witness herein, the witness
10   was duly sworn to testify the whole truth
11   concerning the matters herein;
12        That the foregoing deposition
13   transcript was reported stenographically by me,
14   was thereafter reduced to typewriting under my
15   personal direction and constitutes a true record
16   of the testimony given and the proceedings
17   had;
18        That the said deposition was taken
19   before me at the time and place specified;
20        That I am not a relative or employee or
21   attorney or counsel, nor a relative or employee of
22   such attorney or counsel for any of the parties
23   hereto, nor interested directly or indirectly in
24   the outcome of this action.
0149
 1        IN WITNESS WHEREOF, I do hereunto set
 2   my hand and affix my seal of office at Chicago,
 3   Illinois, this 23rd day of May, 2007.
 4
 5
 6                  Notary Public
 7                  DuPage County, Illinois
 8
 9
10   C.S.R. Certificate No. 84-2531.
11
12
13
14
15
16
```

Page 59