**Mary R. Scott, et al. V. District of Columbia, et al.**
**United States District Court for the District of Columbia**

**05CV01853**

**Exhibit No. 3**

# MEMORANDUM OF UNDERSTANDING
# FOR
# INTRA-DISTRICT FUNDING
# FOR
# CORRECTIONAL HEALTH SERVICES
# AND
# CORRECTIONAL ADMINISTRATIVE SERVICES
# PERFORMED PURSUANT TO
# CONTRACT NO. DCFRA#-00-C-39

## October 1, 2003 to September 30, 2004

This Memorandum of Understanding for Intra-District Funding ("MOUIDF") is made by and between the District of Columbia Department of Health ("DOH"), the District of Columbia Department of Corrections ("DOC"), and the District of Columbia Office of Contracting and Procurement ("OCP").

Whereas, the District of Columbia Financial Responsibility and Management Assistance Authority ("Authority") previously executed a Master Agreement designated as Contract No. DCFRA#-00-C-39 with Greater Southeast Community Hospital Corporation I ("GSCHC") regarding health services;

Whereas, the Authority assigned Contract No. DCFRA#-00-C-39 to OCP effective October 1, 2003;

Whereas, Contract No. DCFRA#-00-C-39 requires GSCHC to provide health care services and administrative services for persons in the custody of DOC consistent with the requirements established by DOC;

Whereas, provisions of Section 8 of Exhibit A and second revised Exhibit G (See Attached) of the Agreement, as modified, shall apply to Corrections Health Care Services.

Whereas, GSCHC has provided, is providing and will provide Correctional Health Care Services and Corrections Administrative Services to persons in the custody of DOC;

Whereas, the District of Columbia has paid, is paying and will pay GSCHC the sum for Correctional Health Care Services and corresponding Corrections Administrative Services as stated in the Disbursing Agreement per month from DOH's funds;

Whereas, DOC is required to reimburse DOH for the payments for Correctional Health Care Services and the corresponding Corrections Administrative Services;

Therefore, DOC, DOH and OCP agree as follows:

## General Provisions

1.  Monthly Review: Pursuant to the Financial Review Process ("FRP") mandated by the Office of the Chief Financial Officer of the District of Columbia ("OCFO"), all services provided by GSCHC for which DOH seeks reimbursement through intra-district funding shall be reported monthly in DOH's FRP submission to the Office of Budget and Planning.

2.  Resolution of Financial Disputes: The District of Columbia Office of Financial Operations and Systems shall resolve all financial adjustments and/or financial disputes arising from this MOUIDF.

1

3.    **Resolution of Health Care Disputes:** If a disagreement arises between GSCHC and DOC regarding the provision of health care services for patients in the custody of DOC, such as patient care issues, patient care complaints and/or patient care problems, DOH, through the Health Care Safety Net Administration, and in conjunction with DOC, shall expeditiously resolve the disagreement with GSCHC.

## Obligations of DOH

1.    DOH, through OCFO, shall confirm that GSCHC is paid the appropriate monthly amount for Correctional Health Care Services and Corrections Administrative Services and that DOC reimburses DOH for the same amount.

2.    DOH shall fulfill its legislative mandates to administer and monitor compliance with DCFRA#-00-C-39 and to exercise oversight regarding the health of the persons in custody of DOC.

## Obligation of DOC

1.    DOC shall pay DOH the sum of $ 2,665,000 for the fiscal year starting October 1, 2003 and continuing until September 30, 2004.

2.    Within fifteen days of the execution of this MOUIDF by all signatories, DOC shall pay DOH all sums due from October 1, 2003 to the date of execution of this MOUIDF by all signatories.

## Obligations of OCP

1.    OCP shall continue DCFRA#-00-C-39 so that persons in the custody of DOC receive the Correctional Health Care Services and corresponding Corrections Administrative Services.

## Effective Date

This MOUIDF shall be effective October 1, 2003.

IN WITNESS WHEREOF, authorized signatories executed and dated this MOUIDF.


Dated   5-27- 2004

_____
Herbert Tillery
Interim Director
D.C. Department of Health


Dated: _____ 2004

_____
Odie Washington
Director
D.C. Department of Corrections


Dated  6-21- 2004

_____
Jacques Abadie, III
Director
D.C. Office of Contracting and Procurement


DO417 Z:\tanejas\Corrections\MOU for Health Services-2004

## Second Revised Exhibit G

### Corrections Services

### General

1. The provisions of Section 8 of **Exhibit A** of the Agreement, as modified, shall apply to Corrections Health Care Service. As required by Section 8.1 of this Agreement, as modified, GSCHC shall be responsible for providing, or causing to be provided, health care services for persons in the custody of the District of Columbia Department of Corrections ("Corrections Health Care Services") and providing administrative services related thereto ("Corrections Administrative Services").

### Corrections Health Care Services

2. Corrections Health Care Services shall be provided consistent with the requirements established by the District of Columbia Department of Corrections ("DCDC").

3. GSCHC shall provide Corrections Health Care Services at Greater Southeast Community Hospital, 1310 Southern Avenue, S.E., Washington, DC 20032 and at D.C. General Urgent Care Center and Ambulatory Care Center, D.C. General Health Campus, 1900 Massachusetts Avenue, S.E., Washington, DC 20003.

4. GSCHC shall be the provider of inpatient hospital services except in those cases where treatment must be obtained at another hospital and shall utilize the hospital unit specifically equipped by or on behalf of the District at Greater Southeast Community Hospital to house persons in the custody of DCDC who require Corrections Health Care Services on an inpatient basis.

5. GSCHC shall provide or caused to be provided all Corrections Health Care Services. At no expense to the District, GSCHC may utilize the services of Chartered, as the administrative service organization, for coordination of Corrections Health Care Services. Should GSCHC elect to utilize Chartered' services, GSCHC shall remain responsible for the coordination of Corrections Health Care Services and may not delegate such responsibility to Chartered.

6. If GSCHC makes a referral for specialty care or services not provided by GSCHC at Greater Southeast Community Hospital, 1310 Southern Avenue, S.E., Washington, DC 20032 and at D.C. General Urgent Care Center and Ambulatory Care Center, D.C. General Health Campus, 1900 Massachusetts Avenue, S.E., Washington, DC 20003, the referral shall be coordinated by GSCHC and approved by DCDC.

### Corrections Administrative Services

7. GSCHC shall provide the following Corrections Administrative Services:

    a.   Assure access to care;
    b.   Assure quality of care;
    c.   Monitor utilization of services;
    d.   Make appropriate projection plans;
    e.   Ensure that funding for the next Contract Year is appropriate; and,
    f.   Review utilization of high-cost services, average lengths of stay and one-day admissions.

8. GSCHC and the District shall meet at least once per quarter year to review issues surrounding Corrections Services, including utilization, projections, and other components to coordinate the care. For the purpose of the quarterly meeting, the term "District" shall mean at least representatives from Health Care Safety Net Administration of the Department of Health and DCDC. Issues to be addressed at the quarterly meetings include the following:

3

a. Utilization of Corrections Health Care Services;
b. Access to Corrections Health Care Services;
c. Quality of Corrections Health Care Services;
d. Formulating and/or revising appropriate projection plans for Corrections Health Care Services;
e. Review the appropriateness of current funding and future funding;
f. Review utilization of high-cost services, average length of stays, and one-day admissions; and,
g. Any other issues raised by GSCHC or the District.

9.   GSCHC shall continuously and carefully monitor the contracted payment rates and utilization of Corrections Health Care Services.

10.   GSCHC shall advise the Health Care Safety Net Administration at the Department of Health when reaching seventy-five percent (75%) of the Corrections Health Care Service Amount for the Third Contract Year or the Fourth Contract Year.

11.   GSCHC shall provide to the Health Care Safety Administration at the Department of Health a report by the tenth business day of each month showing all DCDC patients (1) receiving Corrections Health Care Services at Greater Southeast Community Hospital, 1310 Southern Avenue, S.E., Washington, DC 20032 and at D.C. General Urgent Care Center and Ambulatory Care Center, D.C. General Health Campus, 1900 Massachusetts Avenue, S.E., Washington, DC 20003 and (2) referred for Correctional Health Care Services pursuant to paragraph 6 of this **Second Revised Exhibit G**.

## Monthly Reconciliation

12.   By the tenth business day of each month, GSCHC shall provide to the DOH/HCSNA, for the purpose of monthly claim reconciliation, a listing of all patients receiving Correctional Health Care Services at Greater Southeast Community Hospital and at D.C. General Urgent Care Center and Ambulatory Care Center, D.C. General Health Campus. The list shall include the Patient's Name, DCDC Number, Date of Service, Date of Discharge, Claim Type, Length of Stay, Diagnosis Code, Billed Charges, Adjustments and the Reimbursement Received.

13.   By the tenth business day of each month, DCDC shall provide to the DOH/HCSNA, for the purpose of the monthly claim reconciliation, a listing of all patients who received Correctional Health Care Services during the prior month. The list shall include the Patient's Name, DCDC Number, Date of Service, Date of Discharge, Length of Stay, and Type of Service received.

14.   Chartered, as the administrative service organization for the D.C. HealthCare Alliance, shall provide for the purpose of the monthly claim reconciliation. A summary report shall include all claims received, paid and denied by Providers, monthly. A detailed report shall be inclusive of Patient name, DCDC number, Type of Claim, Diagnosis code, Amount Billed and Amount Paid by Provider.

## Semi-Annual Reconciliations

15.   GSCHC and the District shall perform semi-annual reconciliation between the actual level and the budgeted level for Corrections Health Care Services and Corrections Administrative Services.

16.   The actual level of Corrections Health Care Services provided during any six (6) month period shall be determined by multiplying the Payment Rates, as adjusted for the applicable Contract Year, by the actual level of utilization for such six (6) month period. GSCHC shall be paid for any Corrections Health Care Services provided in excess of expected utilization, if any, at the same rates, within thirty (30) days of the completion of the Mid-Year Reconciliation or Final Reconciliation. If actual utilization was less than expected utilization, GSCHC shall refund any excess payments to the Department of Corrections of the District of Columbia within thirty (30) days of the completion Mid-Year Reconciliation or Final Reconciliation.

17. For the purposes of reconciliation activities, the term "District" shall mean at least representatives from Health Care Safety Net Administration of the Department of Health and DCDC.

18. The Corrections Services Amount will be reconciled separately from the Budget Reconciliations that are prescribed by the Agreement for Health Care Services and Administrative Services that are covered by **Exhibit E**, of the Master Agreement, as modified.

19. The "Mid-Year Reconciliation" for the Third Contract Year shall occur within sixty (60) days after the close of the second quarter of the Third Contract Year. The "Final Reconciliation" for the Third Contract Year shall occur within one hundred twenty (120) days after the end of the Third Contract Year.

20. The "Mid-Year Reconciliation" for the Fourth Contract Year shall occur within sixty (60) days after the close of the second quarter of the Fourth Contract Year. The "Final Reconciliation" for the Fourth Contract Year shall occur within one hundred twenty (120) days after the end of the Fourth Contract Year.

21. The reconciliations will be performed by comparing the Corrections Services Amount to the Actual Costs of Corrections Health Care Services provided by the Contractor (which is computed by multiplying the Payment Rates specified by Actual Utilization) without application of the fifty percent (50%) adjustments or negotiations that are called for in the Budget Reconciliations that apply to **Exhibit E** services.

**Reimbursement**

22. Effective October 1, 2003, the Corrections Services Amount is the sum of the Corrections Health Care Services Amount and the Corrections Administrative Services Amount.

23. GSCHC shall not be required to provide Corrections Health Care Services or Corrections Administrative Services in excess of the amounts set forth in this **Second Revised Exhibit G**.

24. For the Third Contract Year, the Corrections Health Care Services Amount is Four Million, Four Hundred Eight-Five Thousand, Eight Hundred Forty-Four and no/100 Dollars ($4,485,844.00). The Corrections Health Care Services Amount applies to GSCHC and all other entities providing Corrections Health Care Services Amount.

25. The Corrections Health Care Services Amount shall be disbursed as specified in the Disbursing Agreement, as modified, based on advance monthly payments as specified in this **Second Revised Exhibit G**.

26. For the Fourth Contract Year, the Corrections Health Care Services Amount is Four Million, Three Hundred Ninety-Seven Thousand, Four Hundred Thirty-Six and no/100 Dollars ($4,397,436.00). The Corrections Health Care Services Amount shall be disbursed as specified in the Disbursing Agreement, as modified, based on clean claims for Corrections Health Care Services as adjudicated by Chartered, as the administrative services organization for the D.C. HealthCare Alliance.

27. For the Third Contract Year, the Corrections Administrative Services Amount is an amount equal to two percent (2%) of the Corrections Health Care Services Amount and equals Eighty Seven Thousand, Nine Hundred Forty-Eight and 72/100 Dollars ($87,948.72) payable in monthly disbursement of Seven Thousand, Three Hundred Twenty-Nine and 06/100 Dollars ($7,329.06) per month from October 2003 to September 2004.

28. The payment to GSCHC for Corrections Services and Corrective Administrative Services for each of the months of October 2003 and November 2003 in the amount of One Hundred Twenty-One Thousand, Nine Hundred Fifty-Three and 72/100 Dollars ($121,953.72) per month included the monthly disbursement for Corrections Administrative Services in the amount of Seven Thousand,

5

Three Hundred Twenty-Nine and 06/100 Dollars ($7,329.06) and a periodic interim payment of One Hundred Fourteen Thousand, Six Hundred Twenty-Four and 66/100 Dollars ($114,624.66) per month for Corrections Health Care Services. The periodic interim payments in the monthly amount of One Hundred Fourteen Thousand, Six Hundred Twenty-Four and 66/100 ($114,624.66) per month for Corrections Health Care Services for October 2003 and November 2003 shall be offset by Health Care Claims submitted by GSCHC for Corrections Health Care Services during the Third Contract Year and, if not so offset, shall be returned to the District through Final Reconciliation for the Third Contract Year.

29.    For the Fourth Contract Year, the Corrections Administrative Services Amount is an amount equal to two percent (2%) of the Corrections Health Care Services Amount and equals Eighty Seven Thousand, Nine Hundred Forty-Eight and 72/100 Dollars ($87,948.72) payable in monthly disbursement of Seven Thousand, Three Hundred Twenty-Nine and 06/100 Dollars ($7,329.06) per month from October 2004 to September 2005.

30.    During the Third Contract Year, the following payment rates, which includes any applicable Index Factor for the Third Contract Year, shall apply and GSCHC shall be paid the Amount per month:

1.    Inpatient Hospital Services (excluding Physician Services fees)
    a.    Base Rate (Medical) = $6,479.00
    b.    Base Rate (Surgical) = $8,400.00
    c.    Expected Number of Discharge/Month = 30.5
    d.    Amount per month = $212,019.00
    e.    Amount per year = $2,544,204.00
2.    Emergency Room ("ER") Services
    a.    All-Inclusive Payment Rate Per ER Visit = $295.02
    b.    Expected Number of ER Visits/Month = 51
    c.    Amount per Month = $15,046.02
    d.    Amount per Year = $180,552.24
3.    Ambulatory Surgery
    a.    All-Inclusive Payment Rate Per Ambulatory Surgery Visit = $617.00
    b.    Expected Number of Ambulatory Surgery Visits/Month = 40
    c.    Amount per Month = $24,680.00
    d.    Amount per Year = $296,160.00
4.    Urgent Care
    a.    All-Inclusive Payment Rate Per Visit = $185.00
    b.    Expected Number of Visits/Month = 10
    c.    Amount per Month = $1,850.00
    d.    Amount per Year = $22,200.00
5.    Other Hospital Outpatient Visits
    a.    All-Inclusive Payment Rate Per Outpatient Visit = $156.00
    b.    Expected Number of Outpatient Visits/Month = 265
    c.    Amount per Month = $ 41,340.00
    d.    Amount per Year = $ 496,080.00
6.    Outpatient Dialysis Visits
    a.    All-Inclusive Payment Rate Per Outpatient Visit = $156.75
    b.    Expected Number of Outpatient Visits/Month = 50
    c.    Amount per Month = $7,387.00
    d.    Amount per Year = $94,050.00
7.    Community Clinic Services
    a.    All-Inclusive Payment Rate Per Comm. Clinic Visit = $156.75
    b.    Expected Number of Comm. Clinic Visits/Month = 0
    c.    Amount per Month = $ 0
    d.    Amount per Year = $ 0
8.    Physician Services as classified:
    a.    Primary Care Services
        1.    Primary Care Payment Rate Per Visit = $45.00
        2.    Expected Number of Visits Per Month = 223

6

3. Amount Per Month = $10,035
4. Amount Per Year = $120,420

b. Specialty Care Services
1. Payment Rate Per Visit = $65.00
2. Expected Number of Visits Per Month = 334
3. Amount Per Month = $21,710.00
4. Amount Per Year = $260,520.00

c. Inpatient Surgery Services
1. Payment Rate Per Visit = $550.00
2. Expected Number of Visits Per Month = 7.5
3. Amount Per Month = $4,125.00
4. Amount Per Year = $49,500.00

d. Ambulatory Surgery Services
1. Payment Rate Per Visit = $483.00
2. Expected Number of Visits Per Month = 40
3. Amount Per Month = $19,320.00
4. Amount Per Year = $231,840.00

e. Hospital Based Physician Services
1. Payment Rate Per Visit = $35.00
2. Expected Number of Visits Per Month = 208
3. Amount Per Month = $7,280.00
4. Amount Per Year = $87,360.00

9. Dental Services
a. All-Inclusive Payment Rate Per Visit = $125.00
b. Expected Number of Visits/Month = 10
c. Amount per Month = $1,250.00
d. Amount per Year = $15,000.00

31. In exchange for the District's commitment on funding levels for the Fourth Contract Year in Modification #12, GSCHC and the District expressly agree that the Index Factor for Corrections Health Care Services for the Fourth Contract is zero percent (0.00%), notwithstanding any other provision in this Agreement as modified, specifying directly or otherwise a different Index Factor for the Fourth Contract Year.

32. Effective with the commencement of the Fifth Contract Year on October 1, 2005, the Payment Rates for Corrections Health Care shall be adjusted by the Index Factor, as set forth in the Agreement, and are stated in section 1.7.1.11 of the Master Agreement.

33. GSCHC shall submit Health Care Claims to Chartered, as the administrative service organization for the D.C. HealthCare Alliance, for all Corrections Health Care Services. The District shall render or cause to be rendered payments to GSCHC for such Health Care Claims in accordance with the Disbursing Agreement, as modified.

34. GSCHC shall cause all contractors and providers providing Corrections Health Care Services to submit Health Care Claims to Chartered, as the administrative service organization for the D.C. HealthCare Alliance, for all Corrections Health Care Services. The District shall render or cause to be rendered payments directly to such contractors and providers in accordance with the Disbursing Agreement, as modified.

35. GSCHC shall submit a bill to Chartered, as the administrative service organization for the D.C. HealthCare Alliance, for all Corrections Administrative Services. The District shall render or cause to be rendered payments to GSCHC for such Administrative Services in accordance with the Disbursing Agreement, as modified.

36. Claims for Corrections Health Care Service must be submitted to and adjudicated by D.C. Chartered Health Plan, Inc. ("Chartered"), the administrative service organization for the D.C. HealthCare Alliance program, before the District is obligated to make payment for Corrections Health Care Service.

7

37.  Claims for Corrections Health Care Service shall not be "clean claims" that can be adjudicated for payment if the a copy of the Trip Ticket issued by the D.C. Department of Corrections for the health services accompanies the claims indicating the D.C. Department of Corrections authorized health services for the patient.

38.  Persons appearing with the Trip Ticket issued by the D.C. Department of Corrections are not persons entitled to receive Corrections Health Care Services. Persons not appearing with the Trip Ticket issued by DCDC are not persons entitled to receive Corrections Health Care Services.

39.  Persons appearing with guards from the D.C. Department of Corrections are persons eligible to receive Corrections Health Care Services. Person not appearing with guards from DCDC are not persons eligible to receive Corrections Health Care Services.

40.  Chartered shall submit all adjudicated claims for Corrections Health Care Service on a requisition containing only Corrections Health Care Service.

The requisition shall include all the elements required for Health Care Services required by this Agreement, as modified, and the Disbursing Agreement, as modified.

In addition to the elements required by this Agreement, as modified, and the Disbursing Agreement, as modified, the requisition for Corrections Health Care Service shall include the District of Columbia Department of Corrections ("DCDC") number for each patient and shall attach a copy of the Trip Ticket required to accompany each Claim for Corrections Health Care Service.

Three copies of the Requisition must be submitted simultaneously as follows:

Deputy Director
Health Care Safety Net Administration
D.C. Department of Health
825 North Capitol Street, N.E., Room 4112
Washington, DC 20002

Agency Chief Financial Officer
D.C. Department of Health
825 North Capitol Street, N.E., Room 5100
Washington, DC 20002

Health Services Administrator
D.C. Department of Corrections
1923 Vermont Avenue, N.W., Room N207
Washington, DC 20001

41.  By the fifteenth day of each month starting December 1, 2003, the D.C. Department of Corrections shall advise Chartered, the Health Care Safety Net Administration, and the Agency's Chief Financial Officer of any persons shown on the list of claims that were not in the custody of the Department of Corrections on the date of service.

**GSCHC Privileges for DCDC Physicians**

42.  At no cost to the District or its employed physicians, physicians employed by the D.C. Department of Corrections shall be eligible for clinical privileges to admit, follow and treat persons in the custody of the D.C. Department of Corrections while such persons are hospitalized at Greater Southeast Community Hospital."

## Utilization Review

43.    GSCHC shall allow for the incorporation of a well-defined utilization management system (UM) that ensures adequate control over high cost and high-risk services and coordination of care of high cost Corrections inmates within the Corrections Unit at Greater Southeast Community Hospital and at the DC General Health Campus (Urgent Care and Ambulatory Care Centers). The UM system will be administered through the ASO and shall be a part of the larger Care Management Program as directed by the Health Care Safety Net Administration.

44.    GSCHC shall grant admitting privileges to a DOC physician as appointed by DOC to oversee the UM system at GSCHC and DCG campus facilities for healthcare services provided to corrections inmates.

45.    The UM systems shall be funded by the Department of Corrections (DOC). The DOC shall participate in UM and Care Management Meetings as determined by the Health Care Safety Net Administration.

# MEMORANDUM OF UNDERSTANDING
## FOR
## INTRA-DISTRICT FUNDING
## FOR
## CORRECTIONAL HEALTH SERVICES
## AND
## CORRECTIONAL ADMINISTRATIVE SERVICES
## PERFORMED PURSUANT TO
## CONTRACT NO. DCFRA#-00-C-39

### Addendum to the MOU for Additional Funds
### October 1, 2003 to September 30, 2004

This Memorandum of Understanding for Intra-District Funding ("MOUIDF") is made by and between the District of Columbia Department of Health ("DOH"), the District of Columbia Department of Corrections ("DOC"), and the District of Columbia Office of Contracting and Procurement ("OCP").

Whereas, the District of Columbia Financial Responsibility and Management Assistance Authority ("Authority") previously executed a Master Agreement designated as Contract No. DCFRA#-00-C-39 with Greater Southeast Community Hospital Corporation I ("GSCHC") regarding health services;

Whereas, the Authority assigned Contract No. DCFRA#-00-C-39 to OCP effective October 1, 2001;

Whereas, GSHC has executed a follow-on contract No. POHC#-2004-C-0081;

Whereas, Contract No. POHC#-2004-C-0081 requires GSCHC to provide health care services and administrative services for persons in the custody of DOC consistent with the requirements established by DOC;

Whereas, provisions of Section 8 of Exhibit A and second revised Exhibit G (See Attached) of the Agreement, as modified, shall apply to Corrections Health Care Services.

Whereas, GSCHC has provided, is providing and will provide Correctional Health Care Services and Corrections Administrative Services to persons in the custody of DOC;

Whereas, the District of Columbia has paid, is paying and will pay GSCHC the sum for Correctional Health Care Services and corresponding Corrections Administrative Services as stated in the Disbursing Agreement per month from DOH's funds;

Whereas, DOC is required to reimburse DOH for the payments for Correctional Health Care Services and the corresponding Corrections Administrative Services;

Therefore, DOC, DOH and OCP agree as follows:

## General Provisions

1. <u>Monthly Review</u>: Pursuant to the Financial Review Process ("FRP") mandated by the Office of the Chief Financial Officer of the District of Columbia ("OCFO"), all services provided by GSCHC for which DOH seeks reimbursement through intra-district funding shall be reported monthly in DOH's FRP submission of the Office of Budget and Planning.

2. <u>Resolution of Financial Disputes</u>: The District of Columbia Office of Financial Operations and Systems shall resolve all financial adjustments and/or financial disputes arising from this MOUIDF.

<u>Resolution of Health Care Disputes</u>:  If a disagreement between GSCHC and DOC regarding the provision of health care services for patients in the custody of DOC, such as patient care issues, patient care complaints and/or patient care problems, DOH, through the Health Care Safety Net Administration, and in conjunction with DOC, shall expeditiously resolve the disagreement with GSCHC.

## Obligations of DOH

DOH, through OCFO, shall confirm that GSCHC is paid the appropriate monthly amount for Correctional Health Care Services and Corrections Administrative Services and that DOC reimburses DOH for the same amount.

DOH shall fulfill its legislative mandates to administer and monitor compliance with POHC#-2004-C-0081 and to exercise oversight regarding the health of the persons in custody of DOC.

## Obligation of DOC

DOC shall pay DOH the sum of $900,000 for the fiscal year starting October 1, 2003 and continuing until September 30, 2004.

Within fifteen days of the execution of this MOUIDF by all signatories, DOC shall pay DOH all sums due from October 1, 2003 to the date of execution of this MOUIDF by all signatories.

### Obligations of OCP

OCP shall continue POHC#-2004-C-0081 so that persons in the custody of DOC receive the Correctional Health Care Services and corresponding Corrections Administrative Services.

### Effective Date

This MOUIDF shall be effective October 1, 2003.

IN WITNESS WHEREOF, authorized signatories executed and dated this MOUIDF.

Approved as to Legal Sufficiency:

Dated: 9/30 2004

_____
Kenneth Campbell, General Counsel

Dated: 9/29/04 2004

_____
Gregg A. Pane, M.D., Acting Director
D.C. Department of Health

Dated: 11/5/04 2004

_____
Odie Washington
Director
D.C. Department of Corrections

Dated: _____ 2004

_____
Herbert R. Tillery
Interim Director
D.C. Office of Contracting and Procurement

## INTRA-DISTRICT STANDARD REQUEST FORM
### Government of the District of Columbia

### PART I
### GENERAL

MOU NUMBER: _____    DATE OF MOU: 4/14/2004

### SELLER INFORMATION

AGENCY:    Department of Health              AGENCY CODE:    HC0

NAME OF CONTACT:  Delores Shepard, Assoc. Chief Financial Officer

ADDRESS :        Department of Health

            825 North Capitol St., Suite 5100

            Washington, DC 20002

TELEPHONE # :   202 442-9069

FAX # : (202)   442-4811

AUTHORIZING OFFICER _____    DATE:  /  /2004

### BUYER INFORMATION

AGENCY:    Department of Corrections          AGENCY CODE:    FL0

NAME OF CONTACT:  Michael Williams

ADDRESS :     1923 Vermont Ave. N.W.

         Suite NB 11

         Washington, DC 20001

TELEPHONE # : (202) 671-2172

FAX # : (202) 671-3274

AUTHORIZING OFFICER _____    DATE: 04/14/2004

*PLEASE SEE NEXT PAGE FOR FUNDING INFORMATION*

## PART II

MOU NUMBER: _____                          2   OF   _____2

### SERVICE INFORMATION AND FUNDING CODES

GOOD/ SERVICE:   DC Health Alliance Medical Services ($4,485,844.00)

DATE: 04 / 14 / 2004                    TOTAL:   $   2,500,000.00

|        | AGY | YR | ORG CODE | FUND | INDEX | PCA | OBJ | AOBJ | GRANT/PH | PROJ/PH |
|--------|-----|----|----------|------|-------|-----|-----|------|----------|---------|
| SELLER | HCO | 2004 |        |      |       |     |     |      |          |         |
| BUYER  | FLO | 2004 | 3080   | 0100 | APPRO | 30600 |   | 0409 |          |         |

GOOD/ SERVICE:              DC Health Alliance Medical Services

DATE: 04 / 14 / 2004                    TOTAL:   1,985,844.00

|        | AGY | YR | ORG CODE | FUND | INDEX | PCA | OBJ | AOBJ | GRANT/PH | PROJ/PH |
|--------|-----|----|----------|------|-------|-----|-----|------|----------|---------|
| SELLER | HCO | 2004 |        |      |       |     |     |      |          |         |
| BUYER  | FLO | 2004 | 2002   | 1130 | RESER | 20002 |   | 0409 |          |         |

GOOD/ SERVICE: _____

DATE: ____ / ____ / ____                TOTAL: _____

|        | AGY | YR | ORG CODE | FUND | INDEX | PCA | OBJ | AOBJ | GRANT/PH | PROJ/PH |
|--------|-----|----|----------|------|-------|-----|-----|------|----------|---------|
| SELLER |     |    |          |      |       |     |     |      |          |         |
| BUYER  |     |    |          |      |       |     |     |      |          |         |

GOOD/ SERVICE: _____

DATE: ____ / ____ / ____                TOTAL: _____

|        | AGY | YR | ORG CODE | FUND | INDEX | PCA | OBJ | AOBJ | GRANT/PH | PROJ/PH |
|--------|-----|----|----------|------|-------|-----|-----|------|----------|---------|
| SELLER |     |    |          |      |       |     |     |      |          |         |
| BUYER  |     |    |          |      |       |     |     |      |          |         |

Revised 9/15/98

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

Office of Health Services
Administration



## MEMORANDUM

TO:        Odie Washington, Director

FROM:    Lorella B. Willis
           Health Services Administrator

DATE:    April 9, 2004

SUBJECT:    **DOH/HCSNA MOU – FY2004**

---

Attached for your final review and signature is a hard copy of the MOU for medical care for the inmate population of the DOC. The MOU has been through the appropriate levels of review and includes input from DOC staff. I will also send the MOU electronically, should you desire to sign electronically.

I am available to respond to your questions and to hear your comments. Do not hesitate to call me at (202) 671-2066.

LBW

Attachments

OK ow

# MEMORANDUM OF UNDERSTANDING
## FOR
## INTRA-DISTRICT FUNDING
## FOR
## CORRECTIONAL HEALTH SERVICES
## AND
## CORRECTIONAL ADMINISTRATIVE SERVICES
## PERFORMED PURSUANT TO
## CONTRACT NO. DCFRA#-00-C-39

### October 1, 2003 to September 30, 2004

This Memorandum of Understanding for Intra-District Funding ("MOUIDF") is made by and between the District of Columbia Department of Health ("DOH"), the District of Columbia Department of Corrections ("DOC"), and the District of Columbia Office of Contracting and Procurement ("OCP").

Whereas, the District of Columbia Financial Responsibility and Management Assistance Authority ("Authority") previously executed a Master Agreement designated as Contract No. DCFRA#-00-C-39 with Greater Southeast Community Hospital Corporation I ("GSCHC") regarding health services;

Whereas, the Authority assigned Contract No. DCFRA#-00-C-39 to OCP effective October 1, 2003;

Whereas, Contract No. DCFRA#-00-C-39 requires GSCHC to provide health care services and administrative services for persons in the custody of DOC consistent with the requirements established by DOC;

Whereas, provisions of Section 8 of Exhibit A and second revised Exhibit G (See Attached) of the Agreement, as modified, shall apply to Corrections Health Care Services.

Whereas, GSCHC has provided, is providing and will provide Correctional Health Care Services and Corrections Administrative Services to persons in the custody of DOC;

Whereas, the District of Columbia has paid, is paying and will pay GSCHC the sum for Correctional Health Care Services and corresponding Corrections Administrative Services as stated in the Disbursing Agreement per month from DOH's funds;

Whereas, DOC is required to reimburse DOH for the payments for Correctional Health Care Services and the corresponding Corrections Administrative Services;

Therefore, DOC, DOH and OCP agree as follows:

### General Provisions

1.  <u>Monthly Review</u>:  Pursuant to the Financial Review Process ("FRP") mandated by the Office of the Chief Financial Officer of the District of Columbia ("OCFO"), all services provided by GSCHC for which DOH seeks reimbursement through intra-district funding shall be reported monthly in DOH's FRP submission to the Office of Budget and Planning.

2.  <u>Resolution of Financial Disputes</u>:  The District of Columbia Office of Financial Operations and Systems shall resolve all financial adjustments and/or financial disputes arising from this MOUIDF.

Resolution of Health Care Disputes:  If a disagreement arises between GSCHC and DOC regarding the provision of health care services for patients in the custody of DOC, such as patient care issues, patient care complaints and/or patient care problems, DOH, through the Health Care Safety Net Administration, and in conjunction with DOC, shall expeditiously resolve the disagreement with GSCHC.

## Obligations of DOH

1.  DOH, through OCFO, shall confirm that GSCHC is paid the appropriate monthly amount for Correctional Health Care Services and Corrections Administrative Services and that DOC reimburses DOH for the same amount.

2.  DOH shall fulfill its legislative mandates to administer and monitor compliance with DCFRA#-00-C-39 and to exercise oversight regarding the health of the persons in custody of DOC.

## Obligation of DOC

1  DOC shall pay DOH the sum of $ 2,665,000 for the fiscal year starting October 1, 2003 and continuing until September 30, 2004.

2.  Within fifteen days of the execution of this MOUIDF by all signatories, DOC shall pay DOH all sums due from October 1, 2003 to the date of execution of this MOUIDF by all signatories.

## Obligations of OCP

1  OCP shall continue DCFRA#-00-C-39 so that persons in the custody of DOC receive the Correctional Health Care Services and corresponding Corrections Administrative Services.

## Effective Date

This MOUIDF shall be effective October 1, 2003.

IN WITNESS WHEREOF, authorized signatories executed and dated this MOUIDF.


Dated: _____ 2004    _____
                          Herbert Tillery
                          Interim Director
                          D.C. Department of Health


Dated: _____ 2004    _____
                          Odie Washington
                          Director
                          D.C. Department of Corrections


Dated _____ 2004     _____
                          Jacque Abadie, III
                          Director
                          D.C. Office of Contracting and Procurement


DOH:7.Z.file:last\Corrections\MOU for Health Services-2004

## Second Revised Exhibit G

Corrections Services

### General

1. The provisions of Section 8 of **Exhibit A** of the Agreement, as modified, shall apply to Corrections Health Care Service. As required by Section 8.1 of this Agreement, as modified, GSCHC shall be responsible for providing, or causing to be provided, health care services for persons in the custody of the District of Columbia Department of Corrections ("Corrections Health Care Services") and providing administrative services related thereto ("Corrections Administrative Services").

### Corrections Health Care Services

2. Corrections Health Care Services shall be provided consistent with the requirements established by the District of Columbia Department of Corrections ("DCDC").

3. GSCHC shall provide Corrections Health Care Services at Greater Southeast Community Hospital, 1310 Southern Avenue, S.E., Washington, DC 20032 and at D.C. General Urgent Care Center and Ambulatory Care Center, D.C. General Health Campus, 1900 Massachusetts Avenue, S.E., Washington, DC 20003.

4. GSCHC shall be the provider of inpatient hospital services except in those cases where treatment must be obtained at another hospital and shall utilize the hospital unit specifically equipped by or on behalf of the District at Greater Southeast Community Hospital to house persons in the custody of DCDC who require Corrections Health Care Services on an inpatient basis.

5. GSCHC shall provide or caused to be provided all Corrections Health Care Services. At no expense to the District, GSCHC may utilize the services of Chartered, as the administrative service organization, for coordination of Corrections Health Care Services. Should GSCHC elect to utilize Chartered' services, GSCHC shall remain responsible for the coordination of Corrections Health Care Services and may not delegate such responsibility to Chartered.

6. If GSCHC makes a referral for specialty care or services not provided by GSCHC at Greater Southeast Community Hospital, 1310 Southern Avenue, S.E., Washington, DC 20032 and at D.C. General Urgent Care Center and Ambulatory Care Center, D.C. General Health Campus, 1900 Massachusetts Avenue, S.E., Washington, DC 20003, the referral shall be coordinated by GSCHC and approved by DCDC.

### Corrections Administrative Services

7. GSCHC shall provide the following Corrections Administrative Services:

    a.    Assure access to care;
    b.    Assure quality of care;
    c.    Monitor utilization of services;
    d.    Make appropriate projection plans;
    e.    Ensure that funding for the next Contract Year is appropriate; and,
    f.    Review utilization of high-cost services, average lengths of stay and one-day admissions.

8. GSCHC and the District shall meet at least once per quarter year to review issues surrounding Corrections Services, including utilization, projections, and other components to coordinate the care. For the purpose of the quarterly meeting, the term "District" shall mean at least representatives from Health Care Safety Net Administration of the Department of Health and DCDC. Issues to be addressed at the quarterly meetings include the following:

a. Utilization of Corrections Health Care Services;
b. Access to Corrections Health Care Services;
c. Quality of Corrections Health Care Services;
d. Formulating and/or revising appropriate projection plans for Corrections Health Care Services;
e. Review the appropriateness of current funding and future funding;
f. Review utilization of high-cost services, average length of stays, and one-day admissions; and,
g. Any other issues raised by GSCHC or the District.

9.    GSCHC shall continuously and carefully monitor the contracted payment rates and utilization of Corrections Health Care Services.

10.    GSCHC shall advise the Health Care Safety Net Administration at the Department of Health when reaching seventy-five percent (75%) of the Corrections Health Care Service Amount for the Third Contract Year or the Fourth Contract Year.

11.    GSCHC shall provide to the Health Care Safety Administration at the Department of Health a report by the tenth business day of each month showing all DCDC patients (1) receiving Corrections Health Care Services at Greater Southeast Community Hospital, 1310 Southern Avenue, S.E., Washington, DC 20032 and at D.C. General Urgent Care Center and Ambulatory Care Center, D.C. General Health Campus, 1900 Massachusetts Avenue, S.E., Washington, DC 20003 and (2) referred for Correctional Health Care Services pursuant to paragraph 6 of this **Second Revised Exhibit G**.

## Monthly Reconciliation

12.    By the tenth business day of each month, GSCHC shall provide to the DOH/HCSNA, for the purpose of monthly claim reconciliation, a listing of all patients receiving Correctional Health Care Services at Greater Southeast Community Hospital and at D.C. General Urgent Care Center and Ambulatory Care Center, D.C. General Health Campus. The list shall include the Patient's Name, DCDC Number, Date of Service, Date of Discharge, Claim Type, Length of Stay, Diagnosis Code, Billed Charges, Adjustments and the Reimbursement Received.

13.    By the tenth business day of each month, DCDC shall provide to the DOH/HCSNA, for the purpose of the monthly claim reconciliation, a listing of all patients who received Correctional Health Care Services during the prior month. The list shall include the Patient's Name, DCDC Number, Date of Service, Date of Discharge, Length of Stay, and Type of Service received.

14.    Chartered, as the administrative service organization for the D.C. HealthCare Alliance, shall provide for the purpose of the monthly claim reconciliation, monthly, a listing of all claims adjudicated. A summary report shall include all claims received, paid and denied by Providers, monthly. A detailed report shall be inclusive of Patient name, DCDC number, Type of Claim, Diagnosis code, Amount Billed and Amount Paid by Provider.

## Semi-Annual Reconciliations

15.    GSCHC and the District shall perform semi-annual reconciliation between the actual level and the budgeted level for Corrections Health Care Services and Corrections Administrative Services.

16.    The actual level of Corrections Health Care Services provided during any six (6) month period shall be determined by multiplying the Payment Rates, as adjusted for the applicable Contract Year, by the actual level of utilization for such six (6) month period. GSCHC shall be paid for any Corrections Health Care Services provided in excess of expected utilization, if any, at the same rates, within thirty (30) days of the completion of the Mid-Year Reconciliation or Final Reconciliation. If actual utilization was less than expected utilization, GSCHC shall refund any excess payments to the Department of Corrections of the District of Columbia within thirty (30) days of the completion Mid-Year Reconciliation or Final Reconciliation.

17.     For the purposes of reconciliation activities, the term "District" shall mean at least representatives from Health Care Safety Net Administration of the Department of Health and DCDC.

18.     The Corrections Services Amount will be reconciled separately from the Budget Reconciliations that are prescribed by the Agreement for Health Care Services and Administrative Services that are covered by **Exhibit E**, of the Master Agreement, as modified.

19.     The "Mid-Year Reconciliation" for the Third Contract Year shall occur within sixty (60) days after the close of the second quarter of the Third Contract Year. The "Final Reconciliation" for the Third Contract Year shall occur within one hundred twenty (120) days after the end of the Third Contract Year.

20.     The "Mid-Year Reconciliation" for the Fourth Contract Year shall occur within sixty (60) days after the close of the second quarter of the Fourth Contract Year. The "Final Reconciliation" for the Fourth Contract Year shall occur within one hundred twenty (120) days after the end of the Fourth Contract Year.

21.     The reconciliations will be performed by comparing the Corrections Services Amount to the Actual Costs of Corrections Health Care Services provided by the Contractor (which is computed by multiplying the Payment Rates specified by Actual Utilization) without application of the fifty percent (50%) adjustments or negotiations that are called for in the Budget Reconciliations that apply to **Exhibit E** services.

**Reimbursement**

22      Effective October 1, 2003, the Corrections Services Amount is the sum of the Corrections Health Care Services Amount and the Corrections Administrative Services Amount.

23      GSCHC shall not be required to provide Corrections Health Care Services or Corrections Administrative Services in excess of the amounts set forth in this **Second Revised Exhibit G**.

24      For the Third Contract Year, the Corrections Health Care Services Amount is Four Million, Four Hundred Eight-Five Thousand, Eight Hundred Forty-Four and no/100 Dollars ($4,485,844.00). The Corrections Health Care Services Amount applies to GSCHC and all other entities providing Corrections Health Care Services Amount.

25.     The Corrections Health Care Services Amount shall be disbursed as specified in the Disbursing Agreement, as modified, based on advance monthly payments as specified in this **Second Revised Exhibit G**.

26.     For the Fourth Contract Year, the Corrections Health Care Services Amount is Four Million, Three Hundred Ninety-Seven Thousand, Four Hundred Thirty-Six and no/100 Dollars ($4,397,436.00). The Corrections Health Care Services Amount shall be disbursed as specified in the Disbursing Agreement, as modified, based on clean claims for Corrections Health Care Services as adjudicated by Chartered, as the administrative services organization for the D.C. HealthCare Alliance.

27      For the Third Contract Year, the Corrections Administrative Services Amount is an amount equal to two percent (2%) of the Corrections Health Care Services Amount and equals Eighty Seven Thousand, Nine Hundred Forty-Eight and 72/100 Dollars ($87,948.72) payable in monthly disbursement of Seven Thousand, Three Hundred Twenty-Nine and 06/100 Dollars ($7,329.06) per month from October 2003 to September 2004.

28.     The payment to GSCHC for Corrections Services and Corrective Administrative Services for each of the months of October 2003 and November 2003 in the amount of One Hundred Twenty-One Thousand, Nine Hundred Fifty-Three and 72/100 Dollars ($121,953.72) per month included the monthly disbursement for Corrections Administrative Services in the amount of Seven Thousand,

Three Hundred Twenty-Nine and 06/100 Dollars ($7,329.06) and a periodic interim payment of One Hundred Fourteen Thousand, Six Hundred Twenty-Four and 66/100 Dollars ($114,624.66) per month for Corrections Health Care Services. The periodic interim payments in the monthly amount of One Hundred Fourteen Thousand, Six Hundred Twenty-Four and 66/100 ($114,624.66) per month for Corrections Health Care Services for October 2003 and November 2003 shall be offset by Health Care Claims submitted by GSCHC for Corrections Health Care Services during the Third Contract Year and, if not so offset, shall be returned to the District through Final Reconciliation for the Third Contract Year.

29    For the Fourth Contract Year, the Corrections Administrative Services Amount is an amount equal to two percent (2%) of the Corrections Health Care Services Amount and equals Eighty Seven Thousand, Nine Hundred Forty-Eight and 72/100 Dollars ($87,948.72) payable in monthly disbursement of Seven Thousand, Three Hundred Twenty-Nine and 06/100 Dollars ($7,329.06) per month from October 2004 to September 2005.

30    During the Third Contract Year, the following payment rates, which includes any applicable Index Factor for the Third Contract Year, shall apply and GSCHC shall be paid the Amount per month:

1.  Inpatient Hospital Services (excluding Physician Services fees)
    a. Base Rate (Medical) = $6,479.00
    b. Base Rate (Surgical) = $8,400.00
    c. Expected Number of Discharge/Month = 30.5
    d. Amount per month = $212,019.00
    e. Amount per year = $2,544,204.00
2.  Emergency Room ("ER") Services
    a. All-Inclusive Payment Rate Per ER Visit = $295.02
    b. Expected Number of ER Visits/Month = 51
    c. Amount per Month = $15,046.02
    d. Amount per Year = $180,552.24
3.  Ambulatory Surgery
    a. All-Inclusive Payment Rate Per Ambulatory Surgery Visit = $617.00
    b. Expected Number of Ambulatory Surgery Visits/Month = 40
    c. Amount per Month = $24,680.00
    d. Amount per Year = $296,160.00
4.  Urgent Care
    a. All-Inclusive Payment Rate Per Visit = $185.00
    b. Expected Number of Visits/Month = 10
    c. Amount per Month = $1,850.00
    d. Amount per Year = $22,200.00
5.  Other Hospital Outpatient Visits
    a. All-Inclusive Payment Rate Per Outpatient Visit = $156.00
    b. Expected Number of Outpatient Visits/Month = 265
    c. Amount per Month = $41,340.00
    d. Amount per Year = $496,080.00
6.  Outpatient Dialysis Visits
    a. All-Inclusive Payment Rate Per Outpatient Visit = $156.75
    b. Expected Number of Outpatient Visits/Month = 50
    c. Amount per Month = $7,387.00
    d. Amount per Year = $94,050.00
7.  Community Clinic Services
    a. All-Inclusive Payment Rate Per Comm. Clinic Visit = $156.75
    b. Expected Number of Comm. Clinic Visits/Month = 0
    c. Amount per Month = $ 0
    d. Amount per Year = $ 0
8.  Physician Services as classified:
    a. Primary Care Services
        1. Primary Care Payment Rate Per Visit = $45.00
        2. Expected Number of Visits Per Month = 223

        3.   Amount Per Month = $10,035
        4.   Amount Per Year =$120,420
   b.   Specialty Care Services
        1.   Payment Rate Per Visit =  $65.00
        2.   Expected Number of Visits Per Month = 334
        3.   Amount Per Month = $21,710.00
        4.   Amount Per Year =$260,520.00
   c.   Inpatient Surgery Services
        1.   Payment Rate Per Visit = $550.00
        2.   Expected Number of Visits Per Month = 7.5
        3.   Amount Per Month = $4,125.00
        4.   Amount Per Year = $49,500.00
   d.   Ambulatory Surgery Services
        1.   Payment Rate Per Visit = $483.00
        2.   Expected Number of Visits Per Month = 40
        3.   Amount Per Month =$19,320.00
        4.   Amount Per Year =$231,840.00
   e.   Hospital Based Physician Services
        1.   Payment Rate Per Visit = $35.00
        2.   Expected Number of Visits Per Month = 208
        3.   Amount Per Month = $7,280.00
        4.   Amount Per Year = $87,360.00
9   Dental Services
   a.   All-Inclusive Payment Rate Per Visit = $125.00
   b.   Expected Number of Visits/Month = 10
   c.   Amount per Month = $1,250.00
   d.   Amount per Year = $15,000.00

31.    In exchange for the District's commitment on funding levels for the Fourth Contract Year in Modification #12, GSCHC and the District expressly agree that the Index Factor for Corrections Health Care Services for the Fourth Contract is zero percent (0.00%), notwithstanding any other provision in this Agreement as modified, specifying directly or otherwise a different Index Factor for the Fourth Contract Year.

32.    Effective with the commencement of the Fifth Contract Year on October 1, 2005, the Payment Rates for Corrections Health Care shall be adjusted by the Index Factor, as set forth in the Agreement, and are stated in section 1.7.1.11 of the Master Agreement.

33.    GSCHC shall submit Health Care Claims to Chartered, as the administrative service organization for the D.C. HealthCare Alliance, for all Corrections Health Care Services. The District shall render or cause to be rendered payments to GSCHC for such Health Care Claims in accordance with the Disbursing Agreement, as modified.

34.    GSCHC shall cause all contractors and providers providing Corrections Health Care Services to submit Health Care Claims to Chartered, as the administrative service organization for the D.C. HealthCare Alliance, for all Corrections Health Care Services. The District shall render or cause to be rendered payments directly to such contractors and providers in accordance with the Disbursing Agreement, as modified.

35.    GSCHC shall submit a bill to Chartered, as the administrative service organization for the D.C. HealthCare Alliance, for all Corrections Administrative Services. The District shall render or cause to be rendered payments to GSCHC for such Administrative Services in accordance with the Disbursing Agreement, as modified.

36.    Claims for Corrections Health Care Service must be submitted to and adjudicated by D.C. Chartered Health Plan, Inc. ("Chartered"), the administrative service organization for the D.C. HealthCare Alliance program, before the District is obligated to make payment for Corrections Health Care Service.

37. Claims for Corrections Health Care Service shall not be "clean claims" that can be adjudicated for payment if the a copy of the Trip Ticket issued by the D.C. Department of Corrections for the health services accompanies the claims indicating the D.C. Department of Corrections authorized health services for the patient.

38. Persons appearing with the Trip Ticket issued by the D.C. Department of Corrections are not persons entitled to receive Corrections Health Care Services. Persons not appearing with the Trip Ticket issued by DCDC are not persons entitled to receive Corrections Health Care Services.

39. Persons appearing with guards from the D.C. Department of Corrections are persons eligible to receive Corrections Health Care Services. Person not appearing with guards from DCDC are not persons eligible to receive Corrections Health Care Services.

40. Chartered shall submit all adjudicated claims for Corrections Health Care Service on a requisition containing only Corrections Health Care Service.

The requisition shall include all the elements required for Health Care Services required by this Agreement, as modified, and the Disbursing Agreement, as modified.

In addition to the elements required by this Agreement, as modified, and the Disbursing Agreement, as modified, the requisition for Corrections Health Care Service shall include the District of Columbia Department of Corrections ("DCDC") number for each patient and shall attach a copy of the Trip Ticket required to accompany each Claim for Corrections Health Care Service.

Three copies of the Requisition must be submitted simultaneously as follows:

Deputy Director
Health Care Safety Net Administration
D.C. Department of Health
825 North Capitol Street, N.E., Room 4112
Washington, DC 20002

Agency Chief Financial Officer
D.C. Department of Health
825 North Capitol Street, N.E., Room 5100
Washington, DC 20002

Health Services Administrator
D.C. Department of Corrections
1923 Vermont Avenue, N.W., Room N207
Washington, DC 20001

41. By the fifteenth day of each month starting December 1, 2003, the D.C. Department of Corrections shall advise Chartered, the Health Care Safety Net Administration, and the Agency's Chief Financial Officer of any persons shown on the list of claims that were not in the custody of the Department of Corrections on the date of service.

### GSCHC Privileges for DCDC Physicians

42. At no cost to the District or its employed physicians, physicians employed by the D.C. Department of Corrections shall be eligible for clinical privileges to admit, follow and treat persons in the custody of the D.C. Department of Corrections while such persons are hospitalized at Greater Southeast Community Hospital."

Utilization Review

43    GSCHC shall allow for the incorporation of a well-defined utilization management system (UM) that ensures adequate control over high cost and high-risk services and coordination of care of high cost Corrections inmates within the Corrections Unit at Greater Southeast Community Hospital and at the DC General Health Campus (Urgent Care and Ambulatory Care Centers). The UM system will be administered through the ASO and shall be a part of the larger Care Management Program as directed by the Health Care Safety Net Administration.

44    GSCHC shall grant admitting privileges to a DOC physician as appointed by DOC to oversee the UM system at GSCHC and DCG campus facilities for healthcare services provided to corrections inmates.

45.    The UM systems shall be funded by the Department of Corrections (DOC). The DOC shall participate in UM and Care Management Meetings as determined by the Health Care Safety Net Administration.



# District of Columbia
## Department of Corrections
## Health Services Administration

DATE: *April 12, 2004 / april 21, 2004*

FAX #    **(202) 673-2311**
PHONE #    **(202) 671-2066**

To: *Mr. Desmond Yorke / Seema T.*
*202·535·2220/*

From: *Lorella B. Willis, MPH CHE*

Subject: *DOH/ HCSNA MOU / Intra-District funding Doc.*

Total Number of Pages: *11, including cover*

Comments/Message: *11*

# PART II

MOU NUMBER: _____    2    OF    ____2

## SERVICE INFORMATION AND FUNDING CODES

GOOD/ SERVICE:    **DC Health Alliance Medical Services ($4,485,844.00)**

DATE: 04 / 14 / 2004    TOTAL:  $    2,500,000.00

|  | AGY | YR | ORG CODE | FUND | INDEX | PCA | OBJ | AOBJ | GRANT/PH | PROJ/PH |
|---|-----|-----|----------|------|-------|-----|-----|------|----------|---------|
| SELLER | HC0 | 2004 | | | | | | | | |
| BUYER | FL0 | 2004 | 3060 | 0100 | APPR0 | 30600 | | 0409 | | |

GOOD/ SERVICE:    **DC Health Alliance Medical Services**

DATE: 04 / 14 / 2004    TOTAL:    1,985,844.00

|  | AGY | YR | ORG CODE | FUND | INDEX | PCA | OBJ | AOBJ | GRANT/PH | PROJ/PH |
|---|-----|-----|----------|------|-------|-----|-----|------|----------|---------|
| SELLER | HC0 | 2004 | | | | | | | | |
| BUYER | FL0 | 2004 | 2002 | 1130 | RESER | 20002 | | 0409 | | |

GOOD/ SERVICE:    _____

DATE: __ __ / __ __ / __ __    TOTAL: _____

|  | AGY | YR | ORG CODE | FUND | INDEX | PCA | OBJ | AOBJ | GRANT/PH | PROJ/PH |
|---|-----|-----|----------|------|-------|-----|-----|------|----------|---------|
| SELLER | | | | | | | | | | |
| BUYER | | | | | | | | | | |

GOOD/ SERVICE:    _____

DATE: __ __ / __ __ / __ __    TOTAL: _____

|  | AGY | YR | ORG CODE | FUND | INDEX | PCA | OBJ | AOBJ | GRANT/PH | PROJ/PH |
|---|-----|-----|----------|------|-------|-----|-----|------|----------|---------|
| SELLER | | | | | | | | | | |
| BUYER | | | | | | | | | | |

*Revised 9/15/98*

## INTRA-DISTRICT STANDARD REQUEST FORM
### Government of the District of Columbia

### PART I
### GENERAL

MOU NUMBER: _____          DATE OF MOU:  4/14/2004

### SELLER  INFORMATION

AGENCY:     **Department of Health**                    AGENCY CODE:          **HC0**

NAME OF CONTACT:   **Delores Shepard, Assoc. Chief Financial Officer**

ADDRESS :  _____   **Department of Health** _____

                      **825 North Capitol St., Suite 5100**

                      **Washington, DC 20002**

TELEPHONE # :   **202 442-9069**

FAX # :  **(202)    442-4811** _____

*AUTHORIZING OFFICER* _____ DATE:  /  /2004

### BUYER  INFORMATION

AGENCY:     **Department of Corrections**                    AGENCY CODE:          **FL0**

NAME OF CONTACT:   **Michael Williams**

ADDRESS :      **1923 Vermont Ave. N.W.**

                      **Suite NB 11**

                      **Washington, DC 20001**

TELEPHONE # :  **(202) 671-2172**

FAX # :  **(202) 671-3274**

*AUTHORIZING OFFICER* _____  DATE: 04/14/2004

*PLEASE SEE NEXT PAGE FOR FUNDING INFORMATION*