Mary R. Scott, et al. V. District of Columbia, et al.
United States District Court for the District of Columbia

**05CV01853**

**Exhibit No. 8**

VIDEOTAPED DEPOSITION OF MARY R. SCOTT
CONDUCTED ON WEDNESDAY, SEPTEMBER 6, 2006

1 (Pages 1 to 4)

```
  1    IN THE UNITED STATES DISTRICT COURT
  2       FOR THE DISTRICT OF COLUMBIA
  3       Civil Action: 1:05-CV-01853-RWR
  4
  5  MARY R. SCOTT, Individually      )
     and as Personal Representative   )
  6  of the Estate of Jonathan Magbie,)
     Deceased,                        )
  7      Plaintiff,                   )
         vs.                          )Volume I
  8  DISTRICT OF COLUMBIA,            )Pages 1-312
     ODIE WASHINGTON                  )
  9  JOSEPH BASTIEN, M.D.             )
     T. WILKINS DAVIS, M.D.           )
 10  CENTER FOR CORRECTIONAL HEALTH AND )
     POLICY STUDIES, INC.             )
 11  CORRECTIONS CORPORATION OF AMERICA )
     MALEK MALEKGHASEMI, M.D.    )
 12  SUNDAY NWOSU, M.D.               )
     PAULINE OJELFO, L.P.N.           )
 13  GBENGA OGUNDIPE, L.P.N.          )
     OFFICER SINGLEY                  )
 14  GREATER SOUTHEAST COMMUNITY    )
     HOSPITAL CORPORATION, d/b/a GREATER)
 15  SOUTHEASTERN COMMUNITY HOSPITAL  )
     WILLIAM S. VAGHAN, M.D.          )
 16  ROTIMI A. ILUYOMADE, M.D.,       )
         Defendants.                  )
 17           - - - - -
 18        VIDEOTAPED DEPOSITION OF MARY R. SCOTT
 19              Washington, D.C.
                 September 6, 2006
 20  Job No.: 1-83947
 21  Pages: 1-312
 22  Reported By: Paula G. Satkin
```

```
  1        The videotaped deposition of MARY R. SCOTT was
  2    convened on Wednesday, September 6, 2006,
  3    commencing at 9:58 a.m., at the offices of
  4    LeClair Ryan, 1701 Pennsylvania Avenue, N.W.,
  5    Washington, D.C., before Paula G. Satkin,
  6    Registered Professional Reporter and Notary
  7    Public.
  8    Job No. 1-83947
  9              - - - - -
```

```
  1                  APPEARANCES
  2
  3    ON BEHALF OF THE PLAINTIFF:
  4    DONALD M. TEMPLE, ATTORNEY AT LAW
  5    TEMPLE LAW OFFICE
  6    1229 15th Street, N.W.
  7    Washington, D.C. 20005
  8    (202) 628-1101
  9       and
 10    EDWARD J. CONNOR, ATTORNEY AT LAW
 11    5210 Auth Road, Suite 304
 12    Camp Springs, MD 20746
 13    (301) 899-7801
 14
 15    ON BEHALF OF THE DISTRICT OF COLUMBIA:
 16    STEVEN J. ANDERSON, ATTORNEY AT LAW
 17    OFFICE OF CORPORATION COUNSEL
 18    441 4th Street, N.W., Suite 600 S
 19    Washington, D.C. 20001
 20    (202) 724-6607
 21       and
 22
```

```
  1    DANA K. DeLORENZO, ATTORNEY AT LAW
  2    OFFICE OF THE ATTORNEY GENERAL FOR D.C.
  3    441 4th Street, N.W.
  4    6th Floor South
  5    Washington, D.C.
  6
  7    ON BEHALF OF THE CORRECTIONS CORPORATION OF
  8    AMERICA AND OFFICER SINGLEY:
  9    DANIEL P. STRUCK, ATTORNEY AT LAW
 10    JONES, SKELTON & HOGHULL, P.L.C.
 11    2901 North Central Avenue, Suite 800
 12    Phoenix, Arizona 85012
 13    (602) 263-1700
 14
 15    ON BEHALF OF GREATER SOUTHEAST COMMUNITY
 16    HOSPITAL:
 17    CATHERINE A. HANRAHAN, ATTORNEY AT LAW
 18    WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
 19    1341 G Street, N.W.
 20    5th Floor
 21    Washington, D.C. 20005-3105
 22    (202) 626-7660
```

VIDEOTAPED DEPOSITION OF MARY R. SCOTT
CONDUCTED ON WEDNESDAY, SEPTEMBER 6, 2006

2 (Pages 5 to 8)

Page 5

1  ON BEHALF OF WILLIAM S. VAGHAN, M.D. AND ROTIMI
2  A. ILUYOMADE, M.D.
3  D'ANA E. JOHNSON, ATTORNEY AT LAW
4  BONNER KIERNAN TREBACH & CROCIATA, LLP
5  1233 20th Street, N.W.
6  Suite 800
7  Washington, D.C. 20036
8  (202) 712-7000
9
10 ON BEHALF OF CORRECTIONS CORPORATION OF AMERICA,
11 MEDICAL ISSUES ONLY:
12 E. LOUISE PHILLIPS, ATTORNEY AT LAW
13 OFFICE OF THE ATTORNEY GENERAL
14 441 4th Street, N.W.
15 Sixth Floor South
16 Washington, D.C. 20001

Page 6

CONTENTS

MARY R. SCOTT                    EXAMINATION

BY MR. STRUCK......................8
BY MS. HANRAHAN..................301

EXHIBITS

SCOTT EXHIBIT NO:              PAGE NO:

1...................37

Page 7

PROCEEDINGS
  THE VIDEOGRAPHER: Here begins tape number one in the deposition of Mary R. Scott, in the matter of Mary R. Scott versus District of Columbia et al., in the United States District Court for the District of Columbia, Civil Action Number 1:05-CV-01853-RWR. Today's date is September 6, 2006. The time is 9:58 a.m.
  The video operator today is Cali Day of L.A.D. Reporting.
  This deposition is taking place at LeClair Ryan, 1701 Pennsylvania Avenue, Northwest, Washington, D.C., 20006.
  Would counsel please identify themselves and state whom they represent.
  MR. TEMPLE: Good morning. Donald Temple. I represent the plaintiff.
  MR. CONNOR: Edward Connor, co-counsel for plaintiff.
  MR. STRUCK: Dan Struck. I represent Corrections Corporation of America and

Page 8

Patricia Singley.
  MS. JOHNSON: D'Ana Johnson on behalf of William Vaghan and Dr. Rotimi Iluyomade.
  MR. ANDERSON: For the District of Columbia, Steven Anderson and Dana DeLorenzo.
  MS. HANRAHAN: Cathy Hanrahan for Greater Southeast Community Hospital.
  MS. PHILLIPS: Louise Phillips for CCA, medical issues only.
  THE VIDEOGRAPHER: The court reporter today is Paula Satkin of L.A.D. Reporting. Would the reporter please swear in the witness.
  Whereupon--

  MARY R. SCOTT
a witness, called for examination, having been first duly sworn, was examined and testified as follows:

  EXAMINATION BY COUNSEL FOR CORRECTIONS

33

1  that you had to pay?
2      A.  I think in 2004 it was probably
3  like $5,000.
4      Q.  Was that a family deductible?
5      A.  Yeah, but then it was just
6  Jonathan and myself, so.
7      Q.  In 2004 would that have been
8  something that you paid or that Jonathan's trust
9  paid?
10     A.  I guess, the trust.
11     Q.  So after the $5,000 deductible was
12 met did they provide 100 percent coverage?
13     A.  Yes.
14     Q.  Do you know whether there were any
15 extra expenses for medical equipment or anything
16 like that?
17     A.  There was at one time.  I don't
18 know when my insurance company -- at one point
19 when we made -- my insurance company, we had to
20 negotiate an agreement for them to cover
21 Jonathan's care, because ordinarily they don't
22 cover 100 percent of nursing care.  He needed

34

1  24-hour nursing care at that time and they don't
2  generally cover 100 percent, and they don't
3  provide 24-hour care.  So my attorney at the
4  time negotiated an agreement with the insurance
5  company that they would pay for his nursing care
6  and we would provide everything else, his
7  wheelchair -- any of his medical equipment and
8  supplies or anything else that we needed for
9  him.
10     Q.  All right.  When was that
11 agreement entered into?
12     A.  When he first came home in '86.
13     Q.  Did that agreement stay in force?
14     A.  It stayed in force until probably
15 '90 -- in the '90s, late '90s.
16     Q.  What happened in the late '90s?
17     A.  Then the insurance company started
18 picking up everything.
19     Q.  Including medical equipment?
20     A.  Including medical equipment.
21     Q.  Now, we've heard some testimony in
22 this case about Jonathan being somewhat

35

1  ventilator dependent or ventilator dependent at
2  certain times?
3      A.  Jonathan was -- Jonathan was a
4  C1C2 quad who was ventilator dependent.  The
5  only thing the phrenic nerve pacer did was to
6  enable him to be off of the ventilator for a
7  certain amount of time.  The ventilator was his
8  main support system.
9      Q.  And did he use the ventilator
10 every day?
11     A.  Every day.
12     Q.  When would he use the ventilator
13 typically during the day, say in 2004?
14     A.  He used the ventilator -- if he
15 were home he used the ventilator during the
16 daytime.  Whenever he -- he slept on the vent at
17 night.  If he were home he was on the
18 ventilator.  If he were going out he would go on
19 his pacer.  It was just a comfort thing for him.
20     Q.  Okay.  So if he was at home he was
21 on the ventilator?
22     A.  He was on the ventilator also,

36

1  yes.
2      Q.  There weren't times when he was at
3  home when he was off the ventilator for any
4  period of time?
5      A.  It was a personal choice for him.
6  You know, the ventilator was more comfortable,
7  but he would use the pacer.  If he were home he
8  would be on the pacer or the ventilator.
9          You understand what I'm saying?
10     Q.  Okay.  Can you describe what the
11 pacer is for me?
12     A.  The pacer is just a little -- I
13 should have brought it.  I thought about
14 bringing it.  It's just a little box, a
15 little -- can I draw it?
16     Q.  Sure.
17     A.  I can show you a picture if I can.
18 It's about this -- that's it.  A little -- this
19 is the depth, probably, a little box.
20     Q.  How large is the box?
21     A.  Probably four-by-six, maybe.
22     Q.  All right.

**Page 37**

1   A.   Yeah. Probably four-by-six. Not
2   very big at all. It had two little knobs on it,
3   two little knobs that you adjust -- each side
4   works independently so they have one side for
5   your right lung, one side for the left lung, and
6   a little antenna that comes from the box that
7   attaches -- he had electrodes implanted under
8   his skin and you could feel -- you could see
9   them because it would just be like a little lump
10  underneath his skin that you fit the little
11  antenna wires over the top of them and just tape
12  them down and that's it. Operated by a nine
13  volt battery.
14      Q.   Why don't you go ahead and sign
15  that and why don't you write "pacer"?
16      A.   It's not true to form you know.
17      Q.   That's okay. We'll go ahead and
18  mark that as Exhibit 1.
19          (Scott Exhibit Number 1 was marked
20  for identification.)
21  BY MR. STRUCK:
22      Q.   Make sure I understand your

**Page 38**

1   testimony.
2           When he would go out he would
3   typically take the pacer with him?
4       A.   Yes.
5       Q.   But when he was at home he was
6   always on the ventilator?
7       A.   Not always, but most of the time.
8   Not always.
9       Q.   About what percent of the time
10  when he was home would he be on the ventilator?
11      A.   It was Jonathan's choice, so
12  whenever he wanted to be on.
13      Q.   Okay. Based on your observations
14  can you give us a percentage of how much time he
15  spent on the ventilator when he was home as
16  opposed to off the ventilator?
17      A.   75 percent.
18      Q.   75 percent on the ventilator?
19      A.   On the ventilator.
20      Q.   Now, was that true during the
21  entire time that he lived at home with you?
22      A.   Yeah.

**Page 39**

1       Q.   I take it he lived with you from
2   1986 to 2004; is that correct?
3       A.   That's correct.
4       Q.   Between 1986 and 2004 was he ever
5   taken to the hospital for any kind of an
6   emergency, other than what we're here about
7   today?
8       A.   Yeah.
9       Q.   How many times?
10      A.   Once. Just that one time, in
11  January.
12      Q.   So January 2004?
13      A.   Yeah.
14      Q.   Can you tell us what happened?
15      A.   He had pneumonia, he was having
16  problems breathing.
17      Q.   And how long had you noticed he
18  was having problems breathing?
19      A.   Not -- not -- it wasn't long.
20  He -- probably just a couple hours, maybe.
21      Q.   Was it -- what time of day or
22  night was it?

**Page 40**

1       A.   He went through the night and then
2   when his nurses -- he had nurses at home, so
3   usually they know what to do, but when they
4   couldn't get him comfortable and they were
5   noticing other signs that it wasn't improving,
6   they were doing what they were supposed to do
7   and he wasn't improving, then they suggested we
8   take him to the hospital.
9       Q.   Did you take him to the emergency
10  room?
11      A.   We took him to the emergency room,
12  yeah.
13      Q.   Which hospital?
14      A.   He went through Southern Maryland
15  then.
16      Q.   Southern Maryland?
17      A.   Yes.
18      Q.   Do you remember when in January,
19  what day that was?
20      A.   I don't remember what day.
21      Q.   How long was he in the hospital?
22      A.   He was probably in there for about