**Mary R. Scott, et al. V. District of Columbia, et al.**
**United States District Court for the District of Columbia**

**05CV01853**

**Exhibit No. 9 Part I**

#19

Rec'd @ cpf

**U.S. Department of Justice**
*United States Marshals Service*

**PRISONER REMAND OR ORDER TO DELIVER AND RECEIPT FOR UNITED STATES PRISONERS**

1 NEW MALE

UNITED STATES MARSHAL

DC _____ DISTRICT OF ____ SC

TO: ____ CCA / CDF
*(Name & Title)*

(1) NEW

DATE: _____ 09-20-04

☑ are herewith remanded to your custody

☐ are to be delivered to representative presenting and signing this order

THE FOLLOWING NAMED UNITED STATES PRISONER(S):

1  JONATHAN MAGBIE  F2055-03

2  DC# 302426

3 _____

4 _____

5 _____

6 _____

---

**RECEIPT**

THE ABOVE NAMED UNITED STATES PRISONER(S) WERE RECEIVED.

BY: _____

TITLE: ____ CPL / Booker Corr Office

DISTRICT OR ORGAN. ADDRESS _____

S. CONROY
United States Marshal

S. HARRIS
BY: ____ Deputy U. S. Marshal

Form USM-41
(REV. 11/83)
(Supersedes USM
[Short Form])

*(PRIOR EDITIONS MAY BE USED)*



## MASTER PROBLEM LIST

### MAJOR PROBLEMS

| PROBLEM NUMBER | DATE ONSET | DATE ENTERED | PROBLEM | DATE RESOLVED |
|---|---|---|---|---|
| 1. | 213 year age 9/21 | | Respiratory distress | |
| 2. | 28 year | | Immobility | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |

### TEMPORARY (MINOR) PROBLEMS

| PROBLEM LETTER | PROBLEM | DATES OF OCCURRENCES | | |
|---|---|---|---|---|
| A. | | | | |
| B. | | | | |
| C. | | | | |
| D. | | | | |

| | VACCINATIONS | DATE | ANNUAL EVALUATIONS | CXR | PPD | RPR (smear only) | PHYSICAL |
|---|---|---|---|---|---|---|---|
| I. | | | | | | | |
| II. | | | DATE/RESULT | | | | |
| III. | | | DATE/RESULT | | | | |
| IV. | | | DATE/RESULT | | | | |

| PATIENT'S IDENTIFICATION | ALLERGIES |
|---|---|
| NAME  Magbie Jonathan | 1. NKDA |
| SEX  M   DOB  2/10/77 | 2. |
| CDC#  30 2 426 | 3. |
| | (PENDING CONSULTS AND LABS, SEE REVERSE) |

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

Page 1
Chart Summary

JONATHAN MAGBIE
Male DOB 02/10/19     302426

302426

## Patient Information

| | | | |
|---|---|---|---|
| **Name:** | JONATHAN MAGBIE | **Home Phone:** | 302426 |
| **Address:** | 2206 PARKSIDE DRIVE | **Office Phone:** | |
| | MITCHELLVILLE, MD   USA | | |
| **Patient ID:** | 53683-0134001 | **Fax:** | |
| **Birth Date:** | 02/10/1977 | **Status:** | Deceased |
| **Gender:** | Male | **Marital Status:** | |
| **Contact By:** | | **Race:** | Black |
| **Soc Sec No:** | 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 | **Language:** | |
| **Resp Prov:** | | **Unit/Cell:** | |
| **Referred by:** | | **Emp. Status:** | |
| **Email:** | | **Sens Chart:** | No |
| **Home LOC:** | DC JAIL MMHS | **DCDC:** | 302426 |

## Problems

## Medications

## Directives

## Allergies

This patient has no known allergies.

## Services Due

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

JONATHAN MAGBIE
Male |DOB 07/10/1977                                                    302426
302426

**09/20/2004 - Intake Vitals: ppd**
**Provider: Grace Ndifor  LPN**
**Location of Care: DC JAIL MMHS**

Intake Processing_Vital Signs
Height: 65 inches
Weight: 130 pounds
Temperature(oral): 98.7 degrees F
Temperature site: oral
Pulse: 85
Respirations: 20
Blood pressure: 90/55 mm Hg

TUBERCULOSIS SCREENING
Reason for PPD: Intake
TB_PPD: Done

inmate received ppd planted to the left upper arm.

**Signed by Grace Ndifor  LPN on 09/22/2004 at 8:26 AM**

---

**09/20/2004 - Intake Processing: INTK-MED**
**Provider: Chantal Perrier-Taylor PA-C**
**Location of Care: Urgent Care**

Comprehensive Intake Encounter
Is there an old record? no
Are there court alerts? no
Needs interpreter? no
CC: none
Detail CC: HIT BY A CAR 23YRS AGO  AND HAS BEEN  PARALYZED  SINCE THE AGE OF 4
  PT HAS DIAPHGRAM PACEMAKER- BATTERY OPERATED
  URINE  LEG BAG
  NEEDS SUCTION AT TIMES
  +MUSCLE SPASMS OCC
Habits: none
On Methadone? no

Detail current Rx: VALIUM 5 MG QID
DITROPAN 10 MG TID
DANTRIUM 10MG TID
Hx Asthma: no

Hx Diabetes: no

**DC JAIL MMHS**
Case 1:05-cv-01853-RWR    Document 171-14    Filed 03/25/2008    Page 6 of 27
1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010
Page 2
Chart Document

**JONATHAN MAGBIE**
Male DOB 02/10/1977                    302426                    302426

Hx HTN: no
Hx Seizures: no
Ever treated for TB: no
Ever had positive skin test for TB: no
HIV+: no
Hx Heart Disease: no
Hx Hepatitis no
Hx Endocarditis: no
Hx Anemia: no
Hx Pneumonia: yes
Hx Ulcers: no
Hx STD: no
Hx GSW: no
Details: 1-04 WHC FOR PNEUMONIA
Surgeries: yes
Hospital 1: WHC
Surgery 1: RIGHT LEG OSTEOMYELITIS
Hospitalizations: yes
Detail additional hospitalizations: POST MVA IN HOSPITAL FOR 4 YRS AT CHILDREN'S HOSPITAL

Physical Exam
Head: abnormal
Details Head: ASYMMETRICAL FACE
Eyes: normal
Ears: abnormal
Details Ears: RIGHT EAR INC CERUMEN
Mouth: abnormal
Noted: poor dental hygiene
Neck: abnormal
Details Neck: ANT TRACH SOOPY
Chest: abnormal
Noted: boney irregularity
Details Chest: PURPOSEDFUL BREATHING
UPPER CHEST BIL WITH SURGICAL SCAR
PACEMAKER RIGHT AND LEFT SENSOR NOTED
Heart: normal
Abdomen: abnormal
Noted: obese
Details Abdomen: SUPRAPUBIC CATH  SOOPY
Back: abnormal
Details Back: RIGHT UPPER BACK DRESSING
Extremities: abnormal
Details Ext: RIGHT ELBOW DRESSING
UPPER AND LOWER EXT FLEXION CONTRACTURE
MUSCLES WASTING
Lymphatics: normal
Neuro: abnormal
Details Neuro: +SPASTICITYI WITH MOTION OF BIL UPPER EXT'S
AND LEFT LOWER EXT
RIGHT LOWER EXT PASSIVE MOTION IMPROVED WITH PALPABLE BONY RESECTION DEFECT
+ SENSATION UPPER EXT
DECREASED SENSATION BIL LOWER EXT

DC JAIL MMHS
1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

January 10, 2005
Page 3
Chart Document

JONATHAN MAGBIE
Male  DOB 02/10/1977                    302426                    302426

New Medications:
VALIUM 5 MG TABS (DIAZEPAM) 1 P.O QID X 7 DAYS
FLEXERIL 10 MG TABS (CYCLOBENZAPRINE HCL) 1 P.O TID X 7 DAYS

Currently receiving MH services in community: no
Received MH services in the past: no
Experienced a significant loss within 6 months? no
Very worried about 'major' problems other than legal: no
Family or significant other attempted suicide: no
Holds position of respect in community and/or charged with crime of notoriety: no
Thinking about killing him/her self: no
Has made previous suicide attempt(s) or self-injury: no
Lacks close family or friends in the community: no
Apparently under influence of alcohol or drugs: no
First incarceration: yes
Returning from JHP: no
Referred for forensic evaluation: no
Referred to Comprehensive Assessment because of a positive response to screening questions: yes
Minor assessments: QUADRAPLEGIC
IST INCARCERATION
Plan: CTF TRANSFER- SEE ADMIT ORDERS
MH REFERRAL
SEE MEDS

Diet: regular
Disposition: CTF

Signed by Fozia Abdulwahabe  MD on 09/21/2004 at 11:35 AM
Signed by Chantal Perrier-Taylor PA-C on 09/21/2004 at 11:58 AM

_____

09/20/2004 - Imaging Report: CHEST PA
Provider: T. Wilkins Davis  MD
Location of Care: RADIOLOGY

RADIOLOGY PROCESSING
*

X-ray Type: Intake
X-ray Group: CXR
X-ray Ordered: CHEST PA
Date Requested: 09/20/2004
Exam Status: Complete
Date of Exam: 09/20/2004
Technologist: R. Douglas

RADIOGRAPHIC REPORT

1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

**JONATHAN MAGBIE**
Male  DOB 02/10/1977                    302426                    302426

Radiologist: Dr. T. Wilkins Davis
Report Date: 09/21/2004
Findings: Other Findings
Other Findings: CXR:
1. This is a limited study - AP, recumbent taken from stretcher.
2. The following abnormalities are noted:
(a) Surgical sutures in lower neck on (R) and in the upper chest bilaterally.
(b) Tracheostomy tube in place.
(c) Marked scoliosis of dorsal spine.
(d) Findings suggestive of a diaph. hernia.
(e) Coiled metallic objects over lower chest bilaterallly.
(f) Ill-defined radiodensity in base of (L) lung.  R/o infiltrate.
3. Recommend: F/u CXR in 5 - 7 days.
Report Status: Complete


**Signed by T. Wilkins Davis  MD on 09/22/2004 at 12:42 PM**

_____


**09/20/2004 - MH Clinician: MH-INTK**
**Provider: Bruce Reid**
**Location of Care: INTAKE MENTAL HEALTH**


COMPREHENSIVE MENTAL HEALTH ASSESSMENT
Intake




Mental Health History

Current History
MH Tx: no

Previous History
MH Tx: no

Suicide History:
Attempts: no

Surgeries & Injuries:
Details: PT. was in a car accident 23 years ago at the age of 4.  As a result of the accident, he is a Quadriplegic and does not have use of his arms or legs, He has multiple medical problems as a result of the accident.

Case 1:06-cv-01853-RWR   Document 171-14   Filed 03/25/2008   Page 9 of 27

1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445 Fax: (202) 673-8010

**JONATHAN MAGBIE**
Male DOB 02/10/1977                                    302426

Drug History
marijuana: 1st preference
usage: weekly
Hx of IDU: no
Shared needles: n/a

Personal History
Eating disorder: none
Significant Relationships: yes
Details: Mother is important to him.
Job Hx: none
Job details: Pt. on Disability

Mental Health Status Exam
Hallucinations: none
Delusions: no abnormality
Speech: no abnormality
Thought: no abnormality
Mood: cooperative
Affect: appropriate to thought, cooperative
Appearance or Hygiene: physical impairment
Attitude: cooperative
Insight: fair
Judgment: fair

Orientation
To time: yes
To place: yes
To person: yes
To situation: yes

Potential For Harm
Self-Injurious: no
Suicidal Ideation: no

Clinician Assessment
Summary: Mr. Magbie has no current or past mental health history. This is his first incarceration. He is
alert and oriented x 4 with no signs or symptoms indicative of MH unit placement. He is a quadriplegic
with multiple medical problems but no history of mental health problems. Stated that he was sentenced
to 10 days which he stated that he can handle.
Recommended housing: Other

**Signed by Bruce Reid on 09/20/2004 at 4:27 PM**

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

JONATHAN MAGBIE
Male DOB:02/10/1977                02426                            302426

---

**09/20/2004 - Urgent Care: Hosp Transfer**
**Provider: Risikat Gbajabiamila  RN**
**Location of Care: Mental Health SO3**


URGENT CARE _ RN
2 Orders

Vital Signs
Temperature(oral): 97.2 degrees F
Temperature site: oral
Pulse: 95
Respirations: 24
Blood pressure: 96/65 mm Hg

Orders Completed
Other Orders: SPO2-96%
Inmate's vital sigs as noted above, he was met in urgent care awaiting transfer to CCA upon taken over
thie shift.during this waiting period, inmate exhibits difficulty breathing, tracheostomy patent. Patient claims
that he does not receive Oxygen via his trache, he states that he needs continous breathing treatment-
ventilator at night. Dr's. Abdulwahab and Doh notified about inmate's condition, evaluation done and
recommendation given to transfer inmate to Hosp . Inmate was transferred to GSEH via 911 at 9:00pm,
he was alert and oriented x3 upon transfer.

**Signed by Risikat Gbajabiamila  RN on 09/20/2004 at 10:57 PM**

---

**09/20/2004 - Office Visit: MD NOTE**
**Provider: Mohammed M. Abdulwahab MD**
**Location of Care: NO1**


THE PT COMPLAINING OF DIFFICULTYIN BREATHING,HE STATED THAT HE IS VENTILATOR
DEPENDENT AT NIGHT THERE FORE SEND HIM TO GSEH AND INFORMED THE ER DOCTOR

**Signed by Mohammed M. Abdulwahab MD on 09/21/2004 at 3:45 PM**

---

**09/21/2004 - Office Visit: ADM/ NEW SICK CALL**
**Provider: Sunday Nwosu**
**Location of Care: Correctional Treatment Facility**

January 10, 2005
Page 7
Chart Document

1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

JONATHAN MAGBIE
Male  DOB 02/10/1977                              302426                    302426

ROUTINE SICK CALL
CC & HPI: 27 YO QUADRIPLEGIC WAS SENT TO GSECH YESTERDAY FROM CDF FOR BREATHING
PROBLEM. HE RETURNED THIS EVEINING FROM HOSPITAL  HIS PROBLEM WAS AS A RESULT
OF MVA HE HAD 23 YRS AGO AT AGE OF 4. HAS TRACHEOSTOMY IN PLACE, NEEDS REGULAR
BREATHING RX. HE WEARS VENT. DIAPHRAM PACEMAKER OPERATED BY A NINE VOLT
BATTERY.HE CLAIMS HE IS VENTILATOR DEPENDENT AT NIGHT.

Vital Signs
Temperature(): 98.6 degrees F
Pulse: 86
Respirations: 20
Blood pressure: 99/62 mm Hg
*
*
*
General: well developed, thin, wasting
Head: normal
Noted: other
Details: bulgy anicteric
Details: no cerumen, tm intact glistening
Nose: normal
Details tracheostomy in place
Details: hooked up on diaphragmatic pacer, dove shaped chest wall
Breasts: normal
Details: rsr
Noted: surgical scars
Details: nabs
Details: crppled from accident at age 4
upper exts crippled / disfigured and flaccid
Details: alaert , oriented x 3,
on mechanical voice transducer
Details: decubitus present
Lymph.: normal

Assessment: 1 ) quadriplegia from mva at age 4
2) total care, on trach,mechanicalvoice trans ducer, wheel chair bound( mechanised) ,
diaphragmaticpacer.
Plan: ADMIT
 TO L-82
SUCTION PATIENT TRACH EOSTOMY Q 8 HRS
CHECK HIS OXYGEN SAT  Q SHIFT
Diet: 1. Regular
VALIUM 5 MG TABS (DIAZEPAM) 1 TAB PO Q I D X 10DAYS  ( MUST HAVE AVAILABLE  TO NITE)
DITROPAN XL 10 MG TBCR (OXYBUTYNIN CHLORIDE) 10 MG PO TID   X 10 DAYS
DULCOLAX 10 MG SUPP (BISACODYL) 1 SUPPOSITORY RECTALLY Q DAY PRN CONSTIPATION (
PLSE MAKE ALLHIS MEDS AVAILABLE TO NITE X 10 DAYS
* TRACHEOSTOMY SUCTION TRACHEOSTOMY  Q 8 HRS  2)    CHECK OXYGEN SAT  EVERY
SHIFT  3) PLSE DO NOT WAIT FOR THIS PATIENT TO USE CALL BELL BEC HE  CNNOT. CHECK Q
30 MINUTES.
* SIGN OF SERIOUS DIFFICULTY BREATHING REFER PATIENT VIA AMBULANCE TO GSECH ON

1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445 Fax: (202) 673-8010

JONATHAN MAGBIE
M-16  DOS-0240/19??                    302426                    302426

STAT BASIS AFTER CONSULTATION WITH MD COVERING YOU
note:  no valium available at pharmacy. Instead change to  ativan 1 mg po qid

**Signed by Sunday Nwosu on 09/24/2004 at 10:36 AM**

---

**09/21/2004 - Nursing Note**
**Provider: Alexander Ebiringa  LPN**
**Location of Care: Correctional Treatment Facility**

A 27 year old  black male brought to medical 82 for admission.  Admitted by Dr Nwosu  with admission orders.  NAD noted. V/s 72.9, 96, 18, 94/60.  Pt is a quadraplegic who only moves his neck and converses very well.  Has motorized wheel chair which he controls  with his mouth.  Ate his dinner 75%.  Said he weighs 125lbs with a height of 5ft.  Has old treach which gets suctioned q8hrs and prn.  No congestoin noted.  Sat o2  98% .  Will cont with care plan.

**Signed by Alexander Ebiringa  LPN on 09/21/2004 at 8:44 PM**

---

**09/21/2004 - Nursing Note**
**Provider: Alexander Ebiringa  LPN**
**Location of Care: Correctional Treatment Facility**

Alert and oriented.  Remains stable in condition.  No respiratory difficulty noted.  Medicated as ordered.  Refused to be put in bed for sleep;  said the bed is too hard for him.  Preferred to sleep in his wheel chair.  Performed other hs care as needed.  Will continue with care plan.

**Signed by Alexander Ebiringa  LPN on 09/21/2004 at 11:19 PM**

---

**09/22/2004 - Nursing Note**
**Provider: Pauline Ojeifo LPN**
**Location of Care: Correctional Treatment Facility**

S: GOOD MORNING NURSE."WHAT TIME IS IT."
O:A/OX3.SLEPT WELL IN HIS MOTORISED WHEELCHAIR."STATED THAT HE FEEL MORE COMFORTABLE IN HIS W/C.REQUESTED FOR PO FLUID CONSANTLY.FOLEY CATH WITH AN OUTPUT OF ONE THOUNSAND AND SEVEN HUNDRED AND FIFTY EMPTIED.A:M CARE GIVEN.A:M MEDS ADMINISTERED PER ORDER.REFUSED BREAKFAST.NO RESPIRATORY DISTRESS NOTED.NO MUCUS NOTED FROM TRACH.NO SUCTIONING NEEDED.ORAL CARE DONE.NO BOWEL MOVEMENT.PT WHEEL SELF AROUND.UNABLE TO USE HIS HAND.ABLE TO VERBALISED

DC JAIL/MMHS
1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445 Fax: (202) 673-8010

JONATHAN MAGBIE
Male  DOB 02/10/1977                    302426                                    302426

HIS NEEDS.V/S 97.1,94,22,AND B/P98/57.
A:POTENTIAL FOR INFECTION AND RESPIRATORY DISTRESS RELATED TO TRACH.
P:CONTINUE WITH CURRENT CARE PLAN

**Signed by Pauline Ojeifo LPN on 09/22/2004 at 6:54 AM**

---

**09/22/2004 - Intake PPD: ppd-trans**
**Provider: Gloria Robertson LPN**
**Location of Care: INTAKE MEDICAL**

RECORD OF PPD READING

PPD READ
TB-PPD: Done (09/20/2004 2:15:04 PM)

NOT READ - MOVEMENT
Transferred
Notes: cca 9/21/04
Provider: 7603

**Signed by Gloria Robertson LPN on 09/22/2004 at 12:50 PM**

---

**09/22/2004 - Nursing Note**
**Provider: Martha Brown LPN**
**Location of Care: Correctional Treatment Facility**

S thanks for helping me it is my mother visiting me.
O alert and orientated x3 goes to of unit visitation vs 100/56 80 97.2 sitting
   ate very little food at lunch ,
A Total care is needed.  No respirator distress.
P suctioned x1 small amount colorless secretion returned no respiratory distress
   bed bath in chair and dressed .equipment working well.battery and transmitter changed
   400 cc urine emptied leg bag amber no odor.

**Signed by Martha Brown LPN on 09/22/2004 at 4:07 PM**

---

**09/22/2004 - Intake Processing**
**Provider: Jacquelyn Green RN**

1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445 Fax: (202) 673-8010

**JONATHAN MAGBIE**                                                          302426
Male DOB:02/10/1977                    302426

Location of Care: Correctional Treatment Facility

RECORD OF PPD READING

PPD READ
TB-PPD: Done (09/20/2004 2:15:04 PM)
PPD RESULT: 0

Signed by Jacquelyn Green RN on 09/22/2004 at 4:39 PM

---

**09/22/2004 - Nursing Note**
**Provider: Chioma Okeke LPN**
**Location of Care: Correctional Treatment Facility**

S:No complaint.
O:Alert and returned from legal visit.Food fed ate 25% dinner. Urinary catheter 475cc output emptied.Suctioned wirh moderate mucus. Medicated as ordered.No acute distress noted.
A:Potential for infection R/T to Trach.
P:Will provide care as needed.

**Signed by Chioma Okeke LPN on 09/22/2004 at 10:41 PM**

---

**09/23/2004 - Nursing Note**
**Provider: Deborah Stevens  LPN**
**Location of Care: Correctional Treatment Facility**

S: Are you my nurse?
O: Pt. is alert and oriented x3, received breakfast meal, with extra liquids,
    urine foley 250cc,urine was light yellow, no odor present. Pt. was suctioned
    without diffilculty,  moderate amount of secretion, whitish in color.
    v/s  pulse ox. 95%., v/s 107/66, p93, t98.6,r18
A: Risk for aspiration R/T trach.
P: continue to monitor v/s qshift, provide total pt. care per Dr. orders:

**Signed by Deborah Stevens  LPN on 09/23/2004 at 7:45 AM**

---

**09/23/2004 - Nursing Note**

DC JAIL MMHS
Case 1:06-cv-01853-RWR    Document 171-14    Filed 03/25/2008    Page 15 of 27
1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445 Fax: (202) 673-8010
January 10, 2005
Page 11
Chart Document

**JONATHAN MAGBIE**
Male DOB:02/10/1977                    302426                                302426

**Provider: Martha Brown LPN**
**Location of Care: Correctional Treatment Facility**

S pull me up in the chair, I am sliding down.
O alert and orientated x3. No respiratory problems.Activity to day room short time.
  refused food am and pm, trach intact and patent. no suctioning needed. In chair complete shift
  continue sliding down in chair 3 nurses pulled him up in chair. Reposition in comfortable position.  After
  finishing total care as needed.  He stated you are a nasty old nurse( jgreen,RN).
  vs 102/74 20 104 98.6 tolorated med and nutrition well
A alteration in comfort r/t pain and discomfort.  Mood arrogant
P medicated x1 tylenol xs  as per Dr. orders  . 1 can nutritional drank VHC.

**Signed by Martha Brown LPN on 09/23/2004 at 1:57 PM**

---

**09/23/2004 - Nursing Note**
**Provider: Ifeoma Ajemba, LPN**
**Location of Care: Correctional Treatment Facility**

S : "suction me".
O : alert and oriented x 3.gurgling sounds heard when inmate was speaking.Inmate suctioned and given
VHC to drink when he refused his dinner.
A : potential for developing decubitus ulcers r/t chair bound status.
P : continue to follow nursing care plan.

**Signed by Ifeoma Ajemba, LPN on 09/23/2004 at 9:32 PM**

---

**09/24/2004 - Nursing Note**
**Provider: Gbenga Ogundipe LPN**
**Location of Care: Correctional Treatment Facility**

a&ox3,constant monitoring,no distress or discomfort noted.trach   site intact,no secretion or congestion
observed,fluid encourage,ate 25% breakfast,remain in his wheel chair for ambulation.to contonue to be
monitored constantly.v/s 98.3,112/68,22,88,po2 96%.

**Signed by Gbenga Ogundipe LPN on 09/24/2004 at 7:45 AM**

---

**09/24/2004 - Nursing Note**
**Provider: Janice Herring-Long RN**
**Location of Care: Nursing CTF**

DC JAIL MMHS
1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

Case 1:06-cv-01853-RWR    Document 171-14    Filed 03/25/2008    Page 16 of 27
Page 12
Chart Document

JONATHAN MAGBIE
Male  DOB:02/10/1977                          302426

S: INMATE WAS MOVING ELECTRIC WHEELCHAIR- TRYING TO MOUTH WORDS, COULD NOT UNDERSTAND.
O: ALERT- SKIN -CLAMMY. V/S 97.4 B/P 78/51 P- 43 @0840
pox was done26%, STARTED AMBU INMATE- SUCTIONED LARGE AMT WHITISH SECRETIONS.@ 0855- 911 called. DR DESTA ARRIVED, CONT TO AMBU PT UNTIL POX 99 AND ABOVE. FACE MASK APPLIED @ 4 LITERS  HR 105- POX 96%. CONT TO MONITOR INMATE UNTIL 911 ARRIVED. POX99% WITH HR 105.
A: RESPIRATORY DISTRESS.
P:PT TO GSEH FOR EVALU- TREATMENT.


**Signed by Janice Herring-Long RN on 09/24/2004 at 10:12 AM**

---

**09/24/2004 - Office Visit: MEDICAL EMERGENCY ON THE PATIENT**
**Provider: Sunday Nwosu**
**Location of Care: Correctional Treatment Facility**


PATIENT WAS STABLE IN THE EARLY AM WITH VITAL SIGNS OF TEMP 98.3, BP  112/ 68, P 88, OXYGEN SATURATION OF 96%. AROUND 7.45 AM. THEN ACCORDING TO THE NURSE, ABOUT 840 AM THE NURSE WALKED INTO HIS ROOM AND NOTED THE PATIENT WAS MOVING HIS WHEEL -CHAIR TOWARDS THE DOOR ATTEMPTING TO MOUTH SOMETHING WHICH WAS NOT CLEAR TO THE NURSE,. THE NURSE NOTED HE WAS ALERT  BUT THE SKIN APPEARED CLAMY. HIS VITAL SIGNS TAKEN IMMEDIATELY SHOWEDTEMP -97.4, BP--78/51, P 43 OXYGEN SAT -- 26%
AMBUBAG INITIATED STAT,SUCTIONED LARGE AMOUNT OF WHITISH SECRETIONS FROM TRACHEOSTOMY TUBE AT 8.55 AM  AND CODE BLUE WAS CALLED, 911-AMBULANCE UNIT WAS ACTIVATED AS BAGGING CONTINUED. THE OXYGEN SAT ROSE TO 99% WITH SUCTION AND BAGGING, . FACE MASK WAS APPLIED AT  4 L/ M
HR 105B/M, OXYGEN SAT--96%, BY THE TIME AMBULANCE  MOVED HIM TO HOSPITAL PATIENT WAS ON ATIVAN 1MG AS ANXIOLYTIC AND HE ALSO WAS ON DITROPAN FOR HIS BLADDER.
IMP:ACUTE RESPIRATORY DISTRESS
PLAN: TRANSFERED TO HOSPITAL ER BY AMBULANCE, WITH OXYGEN RX CONTINUED ON ROUTE.

**Signed by Sunday Nwosu on 09/24/2004 at 11:28 AM**

---

**10/01/2004 - External Correspondence: Medical Records Request**
**Provider: Willie Cain _ MRT**
**Location of Care: Infirmary 3FL**

**JONATHAN MAGBIE**    302426
Male. DOB 02/10/1977    302426

Copy of Medical Information faxed to Medical Examiner, to the att: of C.T. Jamison

**Signed by Willie Cain _ MRT on 10/01/2004 at 3:46 PM**

---

**01/03/2005 - External Correspondence: Medical Recorsd request**
**Provider: Maria B. Wood**
**Location of Care: Records CTF**

Subpoena request for medical records on Johnathan Magbie were picked up by Investigator Gregory Scurlock on 12/29/04. Has been placed on Hippa Stats for Mr. Obebe

**Signed by Maria B. Wood on 01/03/2005 at 2:13 PM**

---

**01/05/2005 - External Correspondence: Medical records request**
**Provider: Maria B. Wood**
**Location of Care: Records CTF**

Subdoena recieved from brenda Baldwin-White @General Counsel Office has been prcoessed and the office of Investigator Mark Donatelli was called for pick-up.

Medical records were picked-up by Investigator Gregory Scorlock on 12/23/04.

**Signed by Maria B. Wood on 01/05/2005 at 3:39 PM**

---

Subpoena recieved from Brenda Baldwin-White @ General Counsel Office has been processed. The office of Investigator Mark Donatelli was called for pick -up, Gregory  Scurlock of General Counsel Office picked-up the medical records on 12/23/04.

**Appended by Maria B. Wood on 01/05/2005 at 4:34 PM**

---

Late Entry

**Appended by Maria B. Wood on 01/05/2005 at 4:37 PM**

---

**01/06/2005 - External Correspondence: Medical Records Request**

**DC JAIL MMHS**
January 10, 2005
1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
Page 14
(202) 673-8445  Fax: (202) 673-8010
Chart Document

JONATHAN MAGBIE                                                        302426
Male, DOB 02/10/1977                              302426

**Provider: Pat Olds, Med Records Mgr.**
**Location of Care: DC JAIL MMHS**

Per Court Order Subpoena, copy of record sent to Ms. L. Willis, DOC Health Administrator. for review .

**Signed by Pat Olds, Med Records Mgr. on 01/06/2005 at 12:29 PM**

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR, WASHINGTON, DC, USA 20003
(202) 673-8445    Fax: (202) 673-8010

01/10/05
Page    1
**Flowsheet**

**JONATHAN MAGBIE**                                                                 Home: 302426
27 Year Old Male    DOB: 02/10/1977                    302426

[All]

| Date | 09/22/2004 | 09/21/2004 | 09/20/2004 | | | | |
|---|---|---|---|---|---|---|---|
| ABDOMEN EXAM | | | abnormal | | | | |
| BACK EXAM | | | abnormal | | | | |
| BP DIASTOLIC (mm Hg) | | 62 | 65 | | | | |
| BP SYSTOLIC (mm Hg) | | 99 | 96 | | | | |
| CHEST EXAM | | | abnormal | | | | |
| CXR | | | Other Fi | | | | |
| EAR EXAM | | | abnormal | | | | |
| EXTREMITIES | | | abnormal | | | | |
| EYE EXAM | | | normal | | | | |
| HEAD EXAM | | | abnormal | | | | |
| HEART EXAM | | | normal | | | | |
| HEIGHT (in) | | | 65 | | | | |
| HPI | | 27 YO QU | | | | | |
| LYMPH NODES | | | normal | | | | |
| NECK EXAM | | | abnormal | | | | |
| NEURO EXAM | | | abnormal | | | | |
| NKA | | | T | | | | |
| ORAL EXAM | | | abnormal | | | | |
| PROVIDER # | 7603 | | | | | | |
| PULSE RATE (/min) | | 86 | 95 | | | | |
| RESP RATE (/min) | | 20 | 24 | | | | |
| TB PPD RSULT (mm) | 0 | | | | | | |
| TB-PPD | | | Done | | | | |
| TEMP SITE | | | oral | | | | |
| TEMPERATURE (deg f) | | 98.6 | 97.2 | | | | |
| WEIGHT (lb) | | | 130 | | | | |

Abnormal conditions are flagged with one of the following characters in the first column:

» - Panic High    › - High    • - Abnormal    : -Very Abnormal    ‹ - Low    ! - Panic Low    * -Other



October 9, 2004

1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

Page 1
Chart Summary

**JONATHAN MAGBIE**
**Male DOE 02/10/1977**    **302426**

## Patient Information

| | | | |
|---|---|---|---|
| **Name:** | JONATHAN MAGBIE | **Home Phone:** | 302426 |
| **Address:** | 2206 PARKSIDE DRIVE | **Office Phone:** | |
| | MITCHELLVILLE, MD    USA | | |
| **Patient ID:** | 53683-0134001 | **Fax:** | |
| **Birth Date:** | 02/10/1977 | **Status:** | Active |
| **Gender:** | Male | **Marital Status:** | |
| **Contact By:** | | **Race:** | Black |
| **Soc Sec No:** | 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 | **Language:** | |
| **Resp Prov:** | | **Unit/Cell:** | |
| **Referred by:** | | **Emp. Status:** | |
| **Email:** | | **Sens Chart:** | No |
| **Home LOC:** | DC JAIL MMHS | **DCDC:** | 302426 |

## Problems

## Medications

* TRACHEOSTOMY SUCTION TRACHEOSTOMY Q 8 HRS  2)   CHECK OXYGEN SAT  EVERY SHIFT 3)
PLSE DO NOT WAIT FOR THIS PATIENT TO USE CALL BELL BEC HE HE CNNOT. CHECK Q 30 MINUTES.
    Last Refill: 09/21/2004 #WT x 0 : Sunday Nwosu

## Directives

## Allergies

This patient has no known allergies.

## Services Due

FORM NO. 2.311

# DEPARTMENT OF CORRECTION
## HEALTH SERVICES TRANSPORTATION REQUEST

*2 OFCS w/Full Restraints*

*911*

Memorandum To :   Administrator _____Smith_____          Date _9/30/04_

Subject          :   Medical Transportation Request

It is recommended that the following inmate be transferred to :

| | | |
|---|---|---|
| ☐ _____Infirmary | ☑ Immediately | ☐ By Ambulance |
| ☐ D.C. Gen. Hospital | ☐ Morning of_____ | ☐ By Bus |
| | Date | |
| ☑ Other  GSECH | ☐ Afternoon of_____ | ☐ By Special Conveyance |
| | Date | |

☐ Dialysis Treatment at_____

for:            ☐ Consultation      ☐ X-Ray        ☐ Treatment

at_____(time) in the _____(name of clinic)

and returned to _D.C Jail_____ facility

NAME _Magbie Jonathan_ DCDC NO _303426_          PF NO. _____

DOB _2/10/77_____ SEX _Male_ SECURITY CUSTODY LEVEL :

MAX

MED _____
MIN _____
SPECIAL HANDLING _____

Requested by _____
MEDICAL OFFICER

Approved _____
(TITLE)

☐ Medical Records Jacket Secured          ☐ Consultation sheet in Record Jacket

☐ Record Office Notified          ☐ Jail Infirmary Notified          ☐ Complex Infirmary Notified

cc:  Inmate Medical Jacket
     Infirmary File
     Transport Unit (2)
     Facility Control Center
     DOC-DCGH Appointment Coordinator

IS REFERRAL IS VALID FOR    DAYS

**DC HealthCare Alliance**

# PATIENT REFERRAL

DATE 09 / 20 / 04

| ID NUMBER | | |
|---|---|---|
| 302426 | | |
| PATIENT NAME (Last, First) | | |
| Magbie    Jonathan | | |
| DATE OF BIRTH | SEX | |
| 02 / 10 / 77 | ☒ M  ☐ F | |
| SOCIAL SECURITY NUMBER | | |
| ADDRESS (Street & City) | | |
| (State & Zip) | PHONE ( ) | |

**REFERRAL INFORMATION**

SPECIALIST'S NAME

SPECIALIST'S ADDRESS

DIAGNOSIS (ICD-9-CM)

1.

2.

AUTH #

☐ Initial Consultation

APPOINTMENT DATE / /

NUMBER OF VISITS AUTHORIZED
☐ 1  ☐ 2  ☐ ____

PHONE ( )

☐ Follow-up Evaluation

APPOINTMENT TIME  ☐ AM  ☐ PM

COMMENTS (Laboratory Studies, Radiology Reports, etc.) Please include CPT/HCPCS codes.

Inmate is a 27 y/o male AA with hx of Quadriplegic, with tracheostomy in place. Requires regular breathing tx- Vent. Diaphragm Pacemaker Battery Operated is in place. Inmate having difficult breathing at this time. T 97², P 95, R 26, B/P 96/65 (O₂ Sat) - SPO₂ - 95%.

REFERRING SIGNATURE

PRINT NAME
Thomas McLaughlin

SITE/CLINIC NAME

**Services must be provided within 60 days of the referral being issued.**

**CONSULTING SPECIALIST'S REPORT**

Medications
Ditropan 10mg P.O TID
Dantrium 10mg P.O TID
Valium 5mg P.O QID
Dulcolax Sup ĩ P.R Qd PRN

DIAGNOSIS (ICD-9-CM)

SIGNATURE

PROVIDER #

DATE / /

GOLD COPY - PCP FILE



**CORRECTIONS CORPORATION OF AMERICA**

# Level 82
## Admission Checklist

| | | |
|---|---|---|
| 1. | Admission Physician's Order | *None* |
| 2. | Soft Chart | *None* |
| 3. | History & Physical (in the chart) | *None* |
| 4. | PPD status | |
| 5. | RPR status | |
| 6. | Height | 5' |
| 7. | Weight | 125 lbs |
| 8. | Diet Form Completed (if ordered by physician) | Pending/Reg diet |
| 9. | Consent for Treatment (signed and witnessed) | unable to sign |
| 10. | Release of Information (signed and witnessed) | unable to sign |
| 11. | Nursing Care Plan | ✓ |
| 12. | Medication Transcribed and Faxed | Yes |
| 13. | Physician's Name | Dr. Nwosu |
| 14. | Nurse Manager's Name | Ms Gray/ms Holt |
| 15. | Nursing Admission Note to include:<br>-orientation to unit and room<br>-call light<br>-meal times<br>-shower times | Yes |
| 16. | Orientation to Commissary & Recreation:<br>(Restrict according to Dr.'s orders & diagnosis) | Yes |

Admitting Nurse _[signature]_ 9/21/04    9/21/07
                  (signature)              (date)

*Magbie Jonathan*

FORM 13-49A

# Consent to Operation, Diagnostic, or Special Treatment Procedure

Inmate/Resident Name: _Maghie Jonathan_      302-426

Date: _9/21/04_                    Time: _8pm._

1.    I consent to the performance of the following procedure upon the patient named above:

_Medical Treatment_

(State nature of procedure)

_Level 82_

to be performed by or under the supervision of: _Dr. Nwosu._

(Medical Staff Member)

2.    A physician has explained the procedure to me and informed me of the risks involved in this procedure. I was informed of the risks involved if the patient named above did not undergo this procedure. I was also informed of possible alternative methods of treatment and of risks involved in these alternative methods. I have had an opportunity to discuss this procedure with a physician and have received answers to all questions I asked.

3.    The possible outcomes of this procedure have been explained to me and I understand that there is NO GUARANTEE that any particular results will be obtained.

4.    Any tissue or foreign body removed in the operation or procedure will be disposed of at the discretion of the physician.

5.    Dr. _____ the attending physician(s), will perform or supervise the performance of this procedure. I authorize the physician performing this procedure to obtain the assistance of other health care professionals, as they consider advisable. In addition, I authorize the physician performing this procedure or their assisting physician to administer anesthesia to the patient named above as required during the course of the procedure.

6.    I realize that I have the right to refuse the recommended operation, treatment, examination or special procedure.

I have read and fully understand the Consent to Operation, Diagnostic or Special Treatment Procedure.

_Unable to Sign._                              _9/21/04_

Signature of Patient                                                    Date and Time

I have explained this operation, treatment, examination or other risks thereof to the above signed inmate/resident and the inmate/resident indicated understanding.

_Alexandru Ebrioforn_                              _9/21/04_

Signature of Practitioner                                              Date and Time

| Use This Part If Patient is Incompetent Only |
| --- |

Signature of Person Authorized to Consent for Incompetent Person                    Date and Time

Property of Corrections Corporation of America

# Request for Records – Inmate/Resident

TO: _____

This is authorization for you to convey to Corrections Corporation of America (CCA), or its representative, any and all information which you possess. This information includes, but is not limited to, HIV test results, substance abuse, psychiatric history, physical examination, treatment records, and any other information contained in my medical records files while I have been confined to any institution, center, hospital, or any other facility for psychiatric, medical, or substance abuse treatment. It also includes any information obtained as a result of any treatment I may have received as an outpatient. There are no limitations placed on history of illness or diagnostic and therapeutic information, including any treatment of alcohol and/or drug abuse. This authorization is effective for a two- (2) year period following the date set out below and a photocopy is as valid as the original.

Date: _____ 9/21/04

Inmate/Resident Signature: _____ Unable to Sign

Inmate/Resident Name: _____ Magbre Jonathan    302 426

(Print)

Inmate/Resident Address: _____

_____

Inmate/Resident Date of Birth: _____ 2/15/1977

Inmate/Resident SS # _____

_____

Witness _____    _____

Date & T___

## Prescriptions

| Order Date 9/21/04 | Tracheostomy suction q 8 hrs |
| Exp. Date | |
| RX # | |

| Order Date 9/21/04 | Check SAT q @ shift. |
| Exp. Date | |
| RX # | |

| Order Date 9/21/04 | Check PL @ 30 mins. unable to use call bell. |
| Exp. Date | |
| RX # | |

| Order Date 9/21/04 | Transfer via ambulance to GSBCH for any sign of serious breathing difficulty after consultation with covering Physician |
| Exp. Date | |
| RX # | |

**Documentation Codes:** H - Hold   R - Refused   DC - Discontinued Order   S - Self Administered   NS - No Show   O - Other

**DOB:** 5/10/1977   **HT:**   **WT:**

**Unit:** Medical 92   **Allergies:**

**Pill Line#:**   **Pt. Name:** JONATHAN MAGBIE   **Registration #:** 302436

**Diagnosis:**

**Physician:** Nurse

Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar

Date: Hour    Medication and Dosage

Initials    Full Signature

BOP 31-DAY MAR