**Mary R. Scott, et al. V. District of Columbia, et al.**
**United States District Court for the District of Columbia**

**05CV01853**

**Exhibit No. 9 Part II**

Facility:

**Prescriptions**

| Order Date / Exp. Date / RX # | Prescription | Time |
|---|---|---|
| Order Date 4/21/04 / Exp. Date | VALIUM 5mg  T tab po Q1,5  x 10 days | 6AM |
| Exp.Date 09/21/04 / Exdate 10/20/04 / RX# 60672 | 302426  LORAZEPAM 1MG TAB  TAKE ONE TABLET FOUR TIMES A DAY BY MOUTH. X 10 DAYS  (1)Refills  #28 | 6A 12N 6PM |
| Exdate 09/21/04 / Exdate 10/20/04 / Tx# 33408 | 302426  OXYBUTYNIN 5 MG TAB  TAKE TWO TABLET THREE TIMES A DAY BY MOUTH X 10 DAYS  (1)Refills  #42 | 10PM 6AM 2pm |
| Exp.Date 09/21/04 / Exp.Date 10/20/04 / RX# 33407 | 302426  BISACODYL 10MG SUPP  INSERT ONE SUPPOSITORY INTO RECTUM EACH DAY AS NEEDED FOR CONSTIPATION X 10 DAYS  (1)Refills  #7 | 10 hrs #5 |
| Order Date 9/22/04 / Exp. Date 9/20/04 / RX # 7/20/04 | Lorazepam 1MG Tab PO Q1D  X 10 days | 12N 6A 6P |
| Order Date 9-22-04 / Exp. Date 9-20-04 / RX # | VltC T po  po B.id X 10 days | 6A 6P |
| Order Date 9-22-04 / Exp. Date | MV 1 T po po  X 10 days | 6A |

**Medication Administration Record**

| Time | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month/Year:

**Documentation Codes:**  H - Hold    R - Refused    DC - Discontinued Order    S - Self Administered    NS - No Show    O -

DOB: 2/05/977

Unit: Medical

Pill Line#:

Pt. Name: JONATHAN MAGGIE

HT:    WT:

Allergies:

Registration #: 302 426

Diagnosis:

Physician: NWEN

DOCTOR'S ORDERS

THE DOCTOR SHALL RECORD DATE, TIME AND SIGN EACH SET OF ORDERS. IF PROBLEM ORIENTED MEDICAL RECORD SYSTEM IS USED, WRITE PROBLEM NUMBER IN COLUMN INDICATED BY ARROW BELOW.

| PATIENT IDENTIFICATION | DATE OF ORDER / TIME OF ORDER | LIST TIME ORDER NOTED AND SIGN |
|---|---|---|
| NAME Jonathon Magbie  DOB  DCDC# 302426  2/10/77 | 9/20/04    2:45 Pm HOURS  Admit to level 82  x - Quadraplegia  - Pressure Ulcers  Condition - Guarded  Vital - q 4°  q | Pen Av |
| PATIENT IDENTIFICATION  NAME Jonathon Magbie  DOB  DCDC# 302426  2/10/77 | DATE OF ORDER    TIME OF ORDER  Allergy - NKDA    HOURS  Diet -  Activity - WC bound  Meds - Ditropan 10mg PTID x 7d  Dantrium 10mg TID x 7d  Valium 5mg ID x 7d  Dulcolax supp PR q d  PRN x 5 days | Dr J Av |
| PATIENT IDENTIFICATION  NAME Jonathon Magbie  DOB  DCDC# 302426  2/10/77 | DATE OF ORDER    TIME OF ORDER    HOURS  Nursing - Right elbow     (ulcer)  Right upper back  W-D dressing q d c̄ NS.  tracheostomy Arbel cleansing  c̄ NS q day  suprapubic cath cleansing  c̄ NS q day | Dr J Av |
| PATIENT IDENTIFICATION  NAME  DOB  DCDC# | DATE OF ORDER    TIME OF ORDER    HOURS  Dr J Av | MD Av |

| NURSING UNIT | ROOM NO. | BED NO. |
|---|---|---|
|  |  |  |

09/21/2004  17:22    2026730010            CCHPS                    PAGE  01

# DEPARTMENT OF RADIOLOGY
# CENTRAL DETENTION FACILITY

| DCDC (DC Jail) | Last Name (DC Jail) | First Name (DC Jail) | DOB (DC Jail) | Sex (DC Jail) |
|---|---|---|---|---|
| 302426 | Magbie | Jonathan | 02/10/1977 | Male |

| Referring Physician | Xray Location | Date of Request |
|---|---|---|
| Ronald Shansky, M.D.  8300 | 1. CDF | 09/20/2004 |

| Exam Requested | Clinical History |
|---|---|
| 1.  Chest PA | Intake Screening: R/O Tuberculosis |

| Date of Procedure | Shift | Technologist |
|---|---|---|
| 09/20/2004 | Day | Douglas, R. |

| Type of Exam | Exam Group |
|---|---|
| Intake | Thorax |

**Exam Status**
Completed

**Technologist's Comments:**

**Results**

_____ NEGATIVE CXR

_____ NEGATIVE FOR PARENCHYMAL INFILTRATES

___✓___ OTHER:

1. This is a limited study — AP, recumbent taken from stretcher!

2. The following abnormalities are noted:
   (a) surgical sutures in lower neck on (R) and in the upper chest bilaterally.
   (b) Tracheostomy tube in place.
   (c) marked scoliosis of dorsal spine
   (d) findings suggestive of a diaph. hernia
   (e) coiled metallic objects over lower chest bilaterally
   (f) Ill-defined radiodensity in base of (L) lung. R/O infiltrate

3. Recommend: f/u CXR in 5-7 days.

Received 9/

**Radiologist**          **Report Date**



**GREATER SOUTH    COMMUNITY HOSPITAL**
1310 Southern Avenue, S.E., Washington, D.C. 20032

JOINFO,MAGBIE JONATHAN
M00933038    V00000513398
NAME:    02/10/77  27    M  B
Phys: ILUYOMADE,ROTIMI A.
DOS: 09/20/04

# DISCHARGE PATIENT INSTRUCTIONS

UNIT NUME

## ☐ WOUND AND SUTURE CARE
1. Call for appointment for wound check and/or suture removal as instructed below.
2. Keep the area clean, dry and covered. Wash daily with soapy water.
3. Change dressing daily, more often if soiled, or as instructed.
4. If the area becomes red, swollen, more painful, red streaks, fever, or drainage of pus occurs, contact your doctor or the Emergency Department.
5. Limit activity if sutures are near a joint.
6. Tetanus-diptheria Toxoid given.   ☐ Yes   ☐ No

## ☐ EYE INJURIES
1. Rest eyes, stay in a darkened room. No reading or watching TV.
2. If eye patch used, leave on for _____ hours, or until seen by Eye Doctor (Ophthalmologist).
3. No driving or operating machinery while one eye is patched.
4. Return to Emergency Room immediately if: increase eye pain, loss of vision, or worsening symptoms.

## ☐ SPRAIN AND BRUISE CARE
1. As long as pain or discomfort is present, limit use of involved area.
2. Keep the injured part elevated above the level of the heart as much as possible for the first 48 hours.
3. Place cold compresses or ice bags to the involved are 20 min. on the injury then 20 min. off, for the first 48 hours.
4. If pain or swelling is present longer than 3-5 days you should be rechecked by your doctor.
5. No jewelry on injured hand or arm.
6. Use crutches for _____ days.

## ☐ HEAD INJURY CASE
*No serious brain injury was found at the time of examination. Sometimes swelling of the brain or bleeding may occur hours after the injury. For this reason:*
1. You may allow the patient to sleep. However, you should wake patient every 4 hours during the night of an injury.
2. Nausea and occasional vomiting are often present, especially in children. Do not give solid food if this is present.
3. Patient may take nothing stronger than Tylenol for headache. No alcohol drinks or drugs that alter behavior should be used.
4. Return to the Emergency Department or call 911 if:
   • You cannot arouse (wake) the patient.
   • The patient has persistent nausea and vomiting.
   • The patient has unequal pupils.
   • The patient appears confused or has decreasing alertness.
   • The patient has a seizure (convulsion or fit).
   • The patient is unable to keep balance.
   • Unusual behavior or not acting normal.

## ☐ X-RAYS
X-rays taken have been read by the emergency physicians and you have been given TEMPORARY emergency room reading of them. All films are later examined by Radiologist and there will be occasional difference of opinion as to the final results of the x-rays. You will be notified by emergency room personnel if there are any later findings that might require a change in care.

## ☐ OTHER INSTRUCTIONS:
*Nasal O2 at night time as needed*

## ☐ VOMITING - DIARRHEA - FLUID CARE
1. Drink clear liquids for one/two days. Pedialyte, Gatorade, juice or flat soda.
2. Progress to semi-solid foods, if clear liquids are well tolerated. This includes applesauce, bananas, rice, cereal, mashed potatoes. Chicken soup with noodles may be tried.
3. For children on formula, once improved on clear liquids begin with half strengthen soy formula (dilute formula with equal amounts of water). Use 1-2 days and then progress to full strength.
4. Return to Emergency Room of call your doctor if: (see ABDOMINAL PAIN CARE)

## ☐ ABDOMINAL PAIN CARE
1. Return to the Emergency Room or follow up with your doctor if:
   A. Pain becomes more severe.
   B. Vomiting persists.
   C. Blood appears in vomitus, urine or stool.
   D. Fever develops or increases.
   E. Abdomen becomes distended or swollen.
   F. Discoloration of skin, eyes, urine, or stool.
   G. Bowel movements are too frequent or absent.
   H. Urine output decreases.
   I. If child cries without reason.
   J. Condition fails to improve as expected.

## ☐ FEVER CARE
When your child has a fever you can do several things to decrease the fever and to make your child more comfortable. Always remember that a fever is a sign that your child is ill. You should contact your doctor if your child's fever is high (greater than 102 degrees Fahrenheit) or persists for several days, if your child is under 6 months of age or if your child appears ill to you.
1. Dress lightly while indoors. Encourage fluids ie: Pedialtye, juice, Gatorade and jello. No heavy fluids such as milk.
2. Normal temperature bath for 10 to 15 minutes will also help lower fever. No cold water or rubbing alcohol.
3. Tylenol every 4 hours for control of fever. No ASPIRIN.

Recommended dosage and preparation of "Tylenol" (Acetaminophen) are as follows:

| Patient's Wt. | Tylenol Drops | Elixir | Chewable | Regular Adult |
|---|---|---|---|---|
| 6-11 lbs. | 0.4 ml. | no | no | no |
| 12-17 lbs. | 0.8 ml | 1/2 tsp. | no | no |
| 18-23 lbs. | 1.2 ml | 3/4 tsp. | no | no |
| 24-35 lbs. | 1.8 ml | 1 tsp. | no | no |
| 36-47 lbs. | no | 1 & 1/2 tsp. | no | no |
| 48-59 lbs. | no | 2 tsps. | 2 | no |
| 60-71 lbs. | no | 2 & 1/2 tsp. | 2 & 1/2 | 1 & 1/2 |
| 72-95 lbs. | no | 3 tsps. | 3 | 1 & 1/2 |
| 96 lbs & over | no | no | 4 | 2 |

## ☐ YOUR DIAGNOSIS: *Hypoglycemia resolved*
*Hypotension - resolved*

## ☐ MEDICATIONS GIVEN IN ED: *Breathing ---*
*Normal Saline / Gluc...*

## ☐ PRESCRIPTIONS:
*Plenty of fluid*

☐ This medication may cause drowsiness. No driving or operating machinery.

CONTACT DR. _Tayl (JF)_    TELEPHONE _____
☐ Examination of Wound/Sutures    ☐ Suture Removal in ___ Days   ☐ Dressing Change   ☐ Recheck of Your Condition   ☐ Continuation of Care    WITHIN / __ DAYS FOR:

THE EXAMINATION AND TREATMENT THAT YOU HAVE RECEIVED HAS BEEN ON AN EMERGENCY BASIS ONLY, AND IS NOT INTENDED TO BE A SUBSTITUTE FOR COMPLETE MEDICAL CARE. SOME CONDITIONS CANNOT BE DEFINITELY DIAGNOSED IN THE EMERGENCY DEPARTMENT, AND MANY CONDITIONS CAN CHANGE RAPIDLY. HOWEVER, IF THE CONDITION FAILS TO IMPROVE OR WORSENS AFTER LEAVING THE EMERGENCY DEPARTMENT CONTACT THE ABOVE REFERRAL PHYSICIAN OR RETURN TO THE EMERGENCY DEPARTMENT.

DATE: _9/1_  TIME: _1125_  NURSE: _Adolepue_  DOCTOR/PA: _Tayl_

I HAVE RECEIVED AND UNDERSTAND THE DISCHARGE FOLLOW-UP INSTRUCTIONS GIVEN TO ME AT THE GREATER SOUTHEAST COMMUNITY HOSPITAL EMERGENCY DEPARTMENT.
SIGNED: _H = Guardian/dee_    RELATIONSHIP: _____

PAGE 01

# DEPARTMENT OF RADIOLOGY
## CENTRAL DETENTION FACILITY

| DCDC (DC Jail) | Last Name (DC Jail) | First Name (DC Jail) | DOB (DC Jail) | Sex (DC Jail) |
|---|---|---|---|---|
| 302426 | Magbie | Jonathan | 02/10/1977 | Male |

| Referring Physician | Xray Location | Date of Request |
|---|---|---|
| Ronald Shansky, M.D. 8300 | 1. CDF | 09/20/2004 |

| Exam Requested | Clinical History |
|---|---|
| 1. Chest PA | Intake Screening: R/O Tuberculosis |

| Date of Procedure | Shift | Technologist |
|---|---|---|
| 09/20/2004 | Day | Douglas, R. |

| Type of Exam | Exam Group |
|---|---|
| Intake | Thorax |

**Exam Status**
Completed

**Technologist's Comments:**

**Results**

_____ NEGATIVE CXR

___✓__ NEGATIVE FOR PARENCHYMAL INFILTRATES

_____ OTHER:

1. This is a limited study — AP, recumbent taken from stretcher!

2. The following abnormalities are noted:
   (a) Surgical Sutures in lower neck on (R) and in the upper chest bilaterally.
   (b) Tracheostomy tube in place
   (c) Marked Scoliosis of dorsal spine
   (d) Findings suggestive of a diaph. hernia
   (e) Coiled metallic objects over lower chest bilaterally
   (f) Ill-defined radiodensity in base of (R) lung. R/o infiltrate

3. (?) Recommend: f/u CXR in 5-7 days.

**Radiologist**        **Report Date**

Reviewed 9/20

1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

Case 1:05-cv-01853-RWR   Document 171-15   Filed 03/25/2008   Page 7 of 21

October 1, 2004
Page 1
Chart Summary

JONATHAN MAGBIE
Male DOB 02/10/1977                                    302426                    302426

## Patient Information

**Name:** JONATHAN MAGBIE
**Address:** 2206 PARKSIDE DRIVE
MITCHELLVILLE, MD   USA
**Patient ID:** 53683-0134001
**Birth Date:** 02/10/1977
**Gender:** Male
**Contact By:**
**Soc Sec No:** 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
**Resp Prov:**
**Referred by:**
**Email:**
**Home LOC:** DC JAIL MMHS

**Home Phone:** 302426
**Office Phone:**

**Fax:**
**Status:** Active
**Marital Status:**
**Race:** Black
**Language:**
**Unit/Cell:**
**Emp. Status:**
**Sens Chart:** No
**DCDC:** 302426

## Problems

## Medications

* TRACHEOSTOMY SUCTION TRACHEOSTOMY Q 8 HRS  2)   CHECK OXYGEN SAT  EVERY SHIFT  3)
PLSE DO NOT WAIT FOR THIS PATIENT TO USE CALL BELL BEC HE HE CNNOT. CHECK Q 30 MINUTES.
Last Refill: 09/21/2004 #WT x 0 : Sunday Nwosu

## Directives

## Allergies

This patient has no known allergies.

## Services Due

FORM NO. 2.311

**DEPARTMENT OF CORRECTIONS**
**HEALTH SERVICES TRANSPORTATION REQUEST**

*2 OFCS W/FULL RESTRAINTS*                                    *7/1*

Memorandum To :  Administrator  _Smith_                Date _9/20/04_

Subject       :  Medical Transportation Request

It is recommended that the following inmate be transferred to :

☐ _____ Infirmary          ☑ Immediately          ☐ By Ambulance

☐ D.C. Gen. Hospital            ☐ Morning of _____          ☐ By Bus
                                      Date

☑ Other  _GSECH_                ☐ Afternoon of _____          ☐ By Special
                                      Date                           Conveyance

☐ Dialysis Treatment at _____

   for:        ☐ Consultation      ☐ X-Ray      ☐ Treatment

   at _____ (time) in the _____ (name of clinic)

   and returned to _DC Jail_ facility

NAME _Magbie Jonathan_  DCDC NO _303426_          PF NO.

DOB _2/10/77_      SEX _Male_  SECURITY CUSTODY LEVEL :      MAX _____
                                                            MED _____
                                                            MIN _____
                                                            SPECIAL HANDLING _____

                                      Requested by _____
                                                        MEDICAL OFFICER

Approved _____
              (TITLE)

☑ Medical Records Jacket Secured          ☐ Consultation sheet in Record Jacket

☐ Record Office Notified          ☐ Jail Infirmary Notified          ☐ Complex infirmary Notified

cc:  Inmate Medical Jacket
     Infirmary File
     Transport Unit (2)
     Facility Control Center
     DOC-DCGH Appointment Coordinator

**DC HealthCare Alliance**

# PATIENT REFERRAL

DATE: 09 / 20 / 04

| | |
|---|---|
| ID NUMBER | 302426 |
| PATIENT NAME (Last, First) | Magbie Jonathan |
| DATE OF BIRTH | 02 / 10 / 77 |
| SEX | ☒ M ☐ F |
| SOCIAL SECURITY NUMBER | |
| ADDRESS (Street & City) | |
| (State & Zip) | |
| PHONE ( ) | |

## REFERRAL INFORMATION

| | |
|---|---|
| SPECIALIST'S NAME | |
| AUTH # | - |
| NUMBER OF VISITS AUTHORIZED | ☐ 1 ☐ 2 ☐ _____ |
| SPECIALIST'S ADDRESS | |
| PHONE ( ) | |

DIAGNOSIS (ICD-9-CM)

1. _____

2. _____

☐ Initial Consultation    ☐ Follow-up Evaluation

| APPOINTMENT DATE | / / |
| APPOINTMENT TIME | ☐ AM ☐ PM |

COMMENTS (Laboratory Studies, Radiology Reports, etc.) Please include CPT/HCPCS codes.

Inmate ≈ a 27 y/o male AA with hx of Quadraplegia, with tracheostomy in place. Requires regular breathing tx - Vent. Diaphragm pacemaker Battery operated is in place. Inmate having difficult breathing at this time. T 97³, P 95, R 26, B/P 96/65 (O₂ Sat) SPO₂ - 95%.

REFERRING SIGNATURE _____    PRINT NAME: Thomas McLaughlin J    SITE/CLINIC NAME

*Services must be provided within 60 days of the referral being issued.*

## CONSULTING SPECIALIST'S REPORT

Medications

Ditropan 10mg P.O TID

Dantrium 10mg P.O TID

Valium 5mg P.O QID

Dulcolax Sup T P.R Qd PRN

DIAGNOSIS (ICD-9-CM)

| SIGNATURE ▶ | PROVIDER # | DATE / / |

6/2001



**CORRECTIONS CORPORATION OF AMERICA**

# Level 82
# Admission Checklist

| | | |
|---|---|---|
| 1. | Admission Physician's Order | _None_ |
| 2. | Soft Chart | _None_ |
| 3. | History & Physical (in the chart) | _None_ |
| 4. | PPD status | |
| 5. | RPR status | |
| 6. | Height | _5'_ |
| 7. | Weight | _125 lbs_ |
| 8. | Diet Form Completed (if ordered by physician) | _Pending/Reg diet_ |
| 9. | Consent for Treatment (signed and witnessed) | _unable to sign_ |
| 10. | Release of Information (signed and witnessed) | _unable to sign_ |
| 11. | Nursing Care Plan | _✓_ |
| 12. | Medication Transcribed and Faxed | _Yes_ |
| 13. | Physician's Name | _Dr. Nwosu_ |
| 14. | Nurse Manager's Name | _Ms Gray/Ms Hott_ |
| 15. | Nursing Admission Note to include:<br>-orientation to unit and room<br>-call light<br>-meal times<br>-shower times | _Yes_ |
| 16. | Orientation to Commissary & Recreation:<br>(Restrict according to Dr.'s orders & diagnosis) | _Yes_ |

Admitting Nurse _____ 9/24/04     9/24/04
                        (signature)                    (date)


Magbie Jonathan
202-4426

FORM 13-49A

# Consent to Operation, Diagnostic, or Special Treatment Procedure

Inmate/Resident Name: _Magbie Jonathan        302-426_

Date: _9/21/04_                                    Time: _8pm._

1.   I consent to the performance of the following procedure upon the patient named above:

_Medical Treatment_
(State nature of procedure)
_Level 82_

to be performed by or under the supervision of: _Dr. Nwosu._
(Medical Staff Member)

2.   A physician has explained the procedure to me and informed me of the risks involved in this procedure. I was informed of the risks involved if the patient named above did not undergo this procedure. I was also informed of possible alternative methods of treatment and of risks involved in these alternative methods. I have had an opportunity to discuss this procedure with a physician and have received answers to all questions I asked.

3.   The possible outcomes of this procedure have been explained to me and I understand that there is NO GUARANTEE that any particular results will be obtained.

4.   Any tissue or foreign body removed in the operation or procedure will be disposed of at the discretion of the physician.

5.   Dr. _____ the attending physician(s), will perform or supervise the performance of this procedure. I authorize the physician performing this procedure to obtain the assistance of other health care professionals, as they consider advisable. In addition, I authorize the physician performing this procedure or their assisting physician to administer anesthesia to the patient named above as required during the course of the procedure.

6.   I realize that I have the right to refuse the recommended operation, treatment, examination or special procedure.

I have read and fully understand the Consent to Operation, Diagnostic or Special Treatment Procedure.

_Unable to Sign._
Signature of Patient                                      _9/21/04_
                                                         Date and Time

I have explained this operation, treatment, examination or special procedure an other risks thereof to the above signed inmate/resident and the inmate/resident indicated understanding.

_Alexander Chnufon_
Signature of Practitioner                                 _9/21/04_
                                                         Date and Time

| Use This Part If Patient Is Incompetent Only |

_____                    _____
Signature of Person Authorized to Consent for Incompetent Person          Date and Time

Property of Corrections Corporation of America

FORM 13-58A

# Request for Records – Inmate/Resident

TO: _____

This is authorization for you to convey to Corrections Corporation of America (CCA), or its representative, any and all information which you possess. This information includes, but is not limited to, HIV test results, substance abuse, psychiatric history, physical examination, treatment records, and any other information contained in my medical records files while I have been confined to any institution, center, hospital, or any other facility for psychiatric, medical, or substance abuse treatment. It also includes any information obtained as a result of any treatment I may have received as an outpatient.  There are no limitations placed on history of illness or diagnostic and therapeutic information, including any treatment of alcohol and/or drug abuse. This authorization is effective for a two- (2) year period following the date set out below and a photocopy is as valid as the original.

Date: _____ 9/21/04 _____

Inmate/Resident Signature: ____ Unable to Sign _____

Inmate/Resident Name: ___ Magbie  Jonathan ___ 302 426 ___
                                          (Print)

Inmate/Resident Address: _____

Inmate/Resident Date of Birth: _____ 2/15/ 1977 _____

Inmate/Resident SS # _____

_____        _____
        Witness                                Date & Time

**Property of Corrections Corporation of America**

# CCHPS

Center For Correctional
Health & Policy Studies

## NOTIFICATION OF NEXT OF KIN

In the event of a serious injury or illness, I request the following person be notified:

Mary Scott

**Name**

mother

**Relationship**

2206 Parkside Drive

**Street Address**

Mitchesville        MD

**City**              **State**

Phone Number (301) 218
0076

25721

**Zip Code**

**Inmate Signature**      **DCDC #**        **Soc Sec. #**        **Date**

Unable to sign

**Witness**

| Last Name, First, MI | | DCDC # | Sex | DOB | Facility |
|---|---|---|---|---|---|
| Jonathan | Magbie | 302426 | m. | 2/16/1877 | CCA /CTF |

**Facility:** CCA/CTF

## Prescriptions / Medication Administration Record

Month/Year: Sept 2004

| Order Date / Exp. Date / RX # | Prescription | Time | 2 | 4 | 6 | 8 | 10 | 12 | 14 | 16 | 18 | 20 | 22 | 24 | 26 | 28 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/21/04 | Tracheostomy Suction @ 8 hrs | | | | | | | | | | | | | | | | |
| 9/21/04 | Check Sat @ shift. | | | | | | | | | | | | | | | | |
| 9/21/04 | Check P1 @ 8:30 mins, Use S/e to use call bell. | | | | | | | | | | | | | | | | |
| | Transfer via ambulance to GWCH for any sign of serious breathing difficulty after consultation with covering physician | | | | | | | | | | | | | | | | |

**Documentation Codes:** H - Hold   R - Refused   DC - Discontinued Order   S - Self Administered   NS - No Show   O - Other

**DOB:** 3/10/1977

**Pill Line #:**  **Unit:** Medical #2

**Pt. Name:** JONATHAN MAGBIE   **HT:**   **WT:**   **Registration #:** 302426

**Allergies:**   **Diagnosis:**   **Physician:** NWSV

Temperature
Pulse Rate
Respiration
Blood Pressure
Blood Sugar
Date / Hours
Medication/Dose/Directions
Initials
Full Signature

**Facility:**

## Medication Administration Record

**Month/Year:**

### Prescriptions

| Order Date / Exp. Date / RX # | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/21/04 Exp Date 09/30/04 RX # 66872 | 302428 LORAZEPAM 1MG TAB TAKE ONE TABLET FOUR TIMES A DAY BY MOUTH X 10 DAYS (1)Refills #28 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 09/21/04 Exp Date 09/30/04 RX # 68406 | 302428 OXYBUTYNIN 5 MG TAB TAKE TWO TABLET THREE TIMES A DAY BY MOUTH X 10 DAYS (1)Refills #42 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 09/21/04 Exp Date 09/30/04 RX # 63407 | 302428 BISACODYL 10MG SUPP INSERT ONE SUPPOSITORY INTO RECTUM EACH DAY AS NEEDED FOR CONSTIPATION X 10 DAYS (1)Refills #7 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Handwritten orders:

- 4/2/04 — VALIUM 5mg T tab po Q.D x 10 days
- 9/2/04 Exp Date 9/30/04 — Lorazepam 1MG Tab PO QID x 10 days
- 9/22/04 Exp Date 9/30/04 — VHC T on po B.i.d x 10 days
- MVI T po QD x 10 days

**Documentation Codes:**

| H - Hold | R - Refused | DC - Discontinued Order | S - Self Administered | NS - No Show | O - Other |
|---|---|---|---|---|---|

**Pill Line#:** _____

**DOB:** 2/18/1977

**Unit:** Medical

**Pt. Name:** JONATHAN MAGBIE

**HT:** _____   **WT:** _____

**Allergies:** _____

**Registration #:** 302 426

**Diagnosis:** _____

**Physician:** NWOBY

DOCTOR'S ORDERS

THE DOCTOR SHALL RECORD DATE, TIME AND SIGN EACH SET OF ORDERS. IF PROBLEM ORIENTED MEDICAL RECORD SYSTEM IS USED, WRITE PROBLEM NUMBER IN COLUMN INDICATED BY ARROW BELOW.

**PATIENT IDENTIFICATION**

NAME Jonathon Magbie
DOB
DCDC # 302426
2/10/77

**DATE OF ORDER** 9/20/04    **TIME OF ORDER** 245 Pm HOURS

LIST TIME ORDER NOTED AND SIGN

Admit To level 82
Dx - Quadraplegia
- Pressure Ulcers
Condition - Guarded
Vital - q 4°
q

NURSING UNIT | ROOM NO. | BED NO.

**PATIENT IDENTIFICATION**

NAME Jonathon Magbie
DOB
DCDC # 302426
2/10/77

**DATE OF ORDER**    **TIME OF ORDER**

Allergy - NKDA HOURS
Diet -
Activity - WC bound
Meds - Ditropan 10mg TID x 7d
Dantrium 10mg TID x 7d
Valium 5mg TID x 7d
Silvadex supp PR qd
PRN x 5days

NURSING UNIT | ROOM NO. | BED NO.

**PATIENT IDENTIFICATION**

NAME Jonathon Magbie
DOB
DCDC # 302426
2/10/77

**DATE OF ORDER**    **TIME OF ORDER** HOURS

Nursing - Right elbow (right upper back) ulcers
W-D dressing qd c̄ NS
tracheostomy Arbel cleansing c̄ NS qday
suprapubic cath cleansing c̄ NS q day

NURSING UNIT | ROOM NO. | BED NO.

**PATIENT IDENTIFICATION**

NAME
DOB
DCDC #

**DATE OF ORDER**    **TIME OF ORDER** HOURS

NURSING UNIT | ROOM NO. | BED NO.

"USE BALL POINT PEN—PRESS FIRMLY I NO CARBON PAPER REQUIRED"

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445 Fax: (202) 673-8010

*January 10, 2005*
Page 11
Chart Document

**JONATHAN MAGBIE**
Male DOB:02/10/1977                                    302426                                    302426

**Provider: Martha Brown LPN**
**Location of Care: Correctional Treatment Facility**

S pull me up in the chair, I am sliding down.
O alert and orientated x3. No respiratory problems.Activity to day room short time.
   refused food am and pm, trach intact and patent. no suctioning needed. In chair complete shift
   continue sliding down in chair 3 nurses pulled him up in chair. Reposition in comfortable position.  After
   finishing total care as needed.  He stated you are a nasty old nurse( jgreen,RN).
   vs 102/74 20 104 98.6 tolorated med and nutrition well
A alteration in comfort r/t pain and discomfort.  Mood arrogant
P medicated x1 tylenol xs  as per Dr. orders  . 1 can nutritional drank VHC.

**Signed by Martha Brown LPN on 09/23/2004 at 1:57 PM**

---

**09/23/2004 - Nursing Note**
**Provider: Ifeoma Ajemba, LPN**
**Location of Care: Correctional Treatment Facility**

S : "suction me".
O : alert and oriented x 3.gurgling sounds heard when inmate was speaking.Inmate suctioned and given
VHC to drink when he refused his dinner.
A : potential for developing decubitus ulcers r/t chair bound status.
P : continue to follow nursing care plan.

**Signed by Ifeoma Ajemba, LPN on 09/23/2004 at 9:32 PM**

---

**09/24/2004 - Nursing Note**
**Provider: Gbenga Ogundipe LPN**
**Location of Care: Correctional Treatment Facility**

a&ox3,constant monitoring,no distress or discomfort noted.trach   site intact,no secretion or congestion
observed,fluid encourage,ate 25% breakfast,remain in his wheel chair for ambulation.to contonue to be
monitored constantly.v/s 98.3,112/68,22,88,po2 96%.

**Signed by Gbenga Ogundipe LPN on 09/24/2004 at 7:45 AM**

---

**09/24/2004 - Nursing Note**
**Provider: Janice Herring-Long RN**
**Location of Care: Nursing CTF**

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445 Fax: (202) 673-8010

*January 10, 2005*
Page 12
Chart Document

JONATHAN MAGBIE                                                    302426
Male  DOB 02/10/1977                          302426

S: INMATE WAS MOVING ELECTRIC WHEELCHAIR- TRYING TO MOUTH WORDS, COULD NOT UNDERSTAND.
O: ALERT- SKIN -CLAMMY. V/S 97.4 B/P 78/51 P- 43 @0840
pox was done26%, STARTED AMBU INMATE- SUCTIONED LARGE AMT WHITISH SECRETIONS.@ 0855- 911 called. DR DESTA ARRIVED, CONT TO AMBU PT UNTIL POX 99 AND ABOVE. FACE MASK APPLIED @ 4 LITERS HR 105- POX 96%. CONT TO MONITOR INMATE UNTIL 911 ARRIVED. POX99% WITH HR 105.
A: RESPIRATORY DISTRESS.
P:PT TO GSEH FOR EVALU- TREATMENT.


**Signed by Janice Herring-Long RN on 09/24/2004 at 10:12 AM**

---

**09/24/2004 - Office Visit: MEDICAL EMERGENCY ON THE PATIENT**
**Provider: Sunday Nwosu**
**Location of Care: Correctional Treatment Facility**


PATIENT WAS STABLE IN THE EARLY AM WITH VITAL SIGNS OF TEMP 98.3, BP 112/ 68, P 88, OXYGEN SATURATION OF 96%. AROUND 7.45 AM. THEN ACCORDING TO THE NURSE, ABOUT 840 AM THE NURSE WALKED INTO HIS ROOM AND NOTED THE PATIENT WAS MOVING HIS WHEEL -CHAIR TOWARDS THE DOOR ATTEMPTING TO MOUTH SOMETHING WHICH WAS NOT CLEAR TO THE NURSE,. THE NURSE NOTED HE WAS ALERT  BUT THE SKIN APPEARED CLAMY. HIS VITAL SIGNS TAKEN IMMEDIATELY SHOWEDTEMP -97.4, BP--78/51, P 43 OXYGEN SAT -- 26%
AMBUBAG INITIATED STAT,SUCTIONED LARGE AMOUNT OF WHITISH SECRETIONS FROM TRACHEOSTOMY TUBE AT 8.55 AM  AND CODE BLUE WAS CALLED, 911-AMBULANCE UNIT WAS ACTIVATED AS BAGGING CONTINUED. THE OXYGEN SAT ROSE TO 99% WITH SUCTION AND BAGGING, . FACE MASK WAS APPLIED AT  4 L/ M
HR 105B/M, OXYGEN SAT--96%, BY THE TIME AMBULANCE  MOVED HIM TO HOSPITAL PATIENT WAS ON ATIVAN 1MG AS ANXIOLYTIC AND HE ALSO WAS ON DITROPAN FOR HIS BLADDER.
IMP:ACUTE RESPIRATORY DISTRESS
PLAN: TRANSFERED TO HOSPITAL ER BY AMBULANCE, WITH OXYGEN RX CONTINUED ON ROUTE.

**Signed by Sunday Nwosu on 09/24/2004 at 11:28 AM**

---

**10/01/2004 - External Correspondence: Medical Records Request**
**Provider: Willie Cain _ MRT**
**Location of Care: Infirmary 3FL**

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*January 10, 2005*
Page 13
Chart Document

**JONATHAN MAGBIE**
Male  DOB:02/10/1977                            302426

Copy of Medical Information faxed to Medical Examiner, to the att: of C.T. Jamison

**Signed by Willie Cain _ MRT on 10/01/2004 at 3:46 PM**

---

**01/03/2005 - External Correspondence: Medical Recorsd request**
**Provider: Maria B. Wood**
**Location of Care: Records CTF**

Subpoena request for medical records on Johnathan Magbie were picked up by Investigator Gregory Scurlock on 12/29/04. Has been placed on Hippa Stats for Mr. Obebe

**Signed by Maria B. Wood on 01/03/2005 at 2:13 PM**

---

**01/05/2005 - External Correspondence: Medical records request**
**Provider: Maria B. Wood**
**Location of Care: Records CTF**

Subdoena recieved from brenda Baldwin-White @General Counsel Office has been prcoessed and the office of Investigator Mark Donatelli was called for pick-up.

Medical records were picked-up by Investigator Gregory Scorlock on 12/23/04.

**Signed by Maria B. Wood on 01/05/2005 at 3:39 PM**

---

Subpoena recieved from Brenda Baldwin-White @ General Counsel Office has been processed. The office of Investigator Mark Donatelli was called for pick -up, Gregory Scurlock of General Counsel Office picked-up the medical records on 12/23/04.

**Appended by Maria B. Wood on 01/05/2005 at 4:34 PM**

---

Late Entry

**Appended by Maria B. Wood on 01/05/2005 at 4:37 PM**

---

**01/06/2005 - External Correspondence: Medical Records Request**

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

JONATHAN MACBIE                                                                 302426
Male, DOB 02/40/1977                         302426

**Provider: Pat Olds, Med Records Mgr.**
**Location of Care: DC JAIL MMHS**

Per Court Order Subpoena, copy of record sent to Ms. L. Willis, DOC Health Administrator. for review.

**Signed by Pat Olds, Med Records Mgr. on 01/06/2005 at 12:29 PM**