**Mary R. Scott, et al. V. District of Columbia, et al.**
**United States District Court for the District of Columbia**

**05CV01853**

**Exhibit No. 11**

# DEATH NOTIFICATION REPORT

**Case #:  04-02339**

CASE OVERVIEW

**DC CORRECTIONS/UNRESPONSIVE**

NEXT OF KIN: _____

    RELATIONSHIP: _____

    CONTACT NUMBER (S): _____

    ADDRESS: _____

    NOTIFIED? _____  NOTIFIED BY: _____

MLI/ME NOTIFIED: _____  DATE/TIME NOTIFIED: **9/24/2004 20:26**

    NOTIFIED BY: **Esther L. Harris**

DISPOSITION:

    JURISDICTION: **Accepted**

    ACCEPTED/DECLINED BY: **Mary Beth Petrasek, PA-C**  DATE/TIME: **9/24/2004 20:44**

    DISPOSITION NOTED BY: _____



# Government of the District of Columbia
## Office of the Chief Medical Examiner

### AUTOPSY REPORT

**CASE NUMBER:**  04-2339

**NAME OF DECEDENT:**  JONATHAN MAGBIE

**AGE:**  27 YEARS      **RACE:**  BLACK      **GENDER:**  MALE

**DATE OF DEATH:** SEPTEMBER 24, 2004  **AUTOPSY DATE:** SEPTEMBER 25, 2004

**AUTOPSY PERFORMED BY:**  MARIE-LYDIE Y. PIERRE-LOUIS, MD

**FINAL DIAGNOSES**

I.     Remote Blunt Impact Trauma
     A.     Fracture of cervical spine and injury to cervical cord
          1.     Cystic formation upper cervical cord
          2.     Quadriplegia
          3.     Respiratory insufficiency
              a)  Acute respiratory failure following dislodgement of tracheostomy tube

II.    Acute Bronchopneumonia

III.   Hypertensive Cardiovascular Disease
     A.     Cardiomegaly
     B.     Benign nephrosclerosis

**CAUSE OF DEATH:**     ACUTE RESPIRATORY FAILURE FOLLOWING DISLODGEMENT OF TRACHEOSTOMY TUBE PLACED FOR TREATMENT OF RESPIRATORY INSUFFICIENCY DUE TO REMOTE UPPER CERVICAL SPINAL CORD INJURY WITH QUADRIPLEGIA DUE TO BLUNT IMPACT TRAUMA

**MANNER OF DEATH:**     ACCIDENT

## EXTERNAL EXAMINATION

The body is presented nude.  The body is that of a normally developed black male appearing the stated age of 27.  The extremities are in flexion contraction and there is deviation of the torso to the right (scoliosis).  The body weighs 90 pounds and is 50 inches tall.  The scalp hair is black, curly, ¼ inch in length.  The irides are brown.  The palpebral conjunctivae are pale and show no petechial hemorrhages.  The external nares and auditory canals are patent.  The mouth contains natural teeth in a fair state of repair.  Facial hair consists of black mustache, black beard, braided, and short goatee.  The neck shows no furrows and no finger markings.  The abdomen is flat.  The external genitalia are those of a normally developed, circumcised, adult male.  Rigor mortis is fully developed in the cold body.  Livor mortis is posterior and purple.

## SCARS/TATTOOS

Several scars are noted over the chest measuring from 3½ to 5 inches, the hips, the back, the buttocks and the upper and lower extremities.  A 1 x ½ inch ovoid depressed scar is present over the occipital region of the head.  The posterior surface of the neck shows a stellate scar left of the midline that is continued across the spine and to the right of it.  A vertical surgical scar extends from the occipital region over the posterior surface of the neck along the cervical spine.  Several scars are present over the extremities.  A wide partially healing lesion is present on the right side of the back.

Numerous complex tattoos are present: over the lower eyelids, blue, representing teardrops (2 each); over the anterior surface of the chest, multicolored, representing a mask and the inscription "JAMES"; over the left arm, multicolored, mask and flames and the inscription "PAIN"; over the dorsal surfacee of the left forearm, palm tree and flames, and the inscription "TOL" and "BE STRONG"; over the right arm, black dog and the inscription "RIP" and three illegible letters; and over the anterior surface of the right forearm, the inscription "THUG" and a gun.

## MEDICAL TREATMENT

An endotracheal tube is inserted through the tracheostomy incision.  The incision shows healing borders.  The tube is followed above the carina.  The mucosal lining of the treachea below the tracheostomy site is polypoid.  Electrocardiographic pads are present over the torso.  A "loaner transmitter" in a black bag is lying over the body.  A 1 inch suprapubic incision is present with a tan drain attached to a collection bag with a small amount of light yellow urine. There is an intravascular access line at the left

forearm. Two subcutaneous leads are followed to the pleural surface of the left upper pulmonary lobe. One right subcutaneous lead is followed to the pleural surface of hilar region of the right lung. There has been reparative surgical intervention of the cervical spine with scarring and metallic sutures present.

## DESCRIPTION OF INJURIES

There is a scar to the occipital region of the head with shaving of the calvarial surface of the skull and 5 x 2 x 1 cm cortical defect of the inferior surface of the right cerebellar lobe.

There is also a scar to the neck with reparative surgery to the cervical spine and scar with cystic formation of the upper cervical cord (C1-C3).

## INTERNAL EXAMINATION

BODY CAVITIES: They contain neither effusion nor hemorrhage. The internal organs have their usual anatomic relationships.

CARDIOVASCULAR SYSTEM: The heart weighs 320 grams. The coronary arteries arise normally, follow normal courses, and display no significant atherosclerotic changes. Serial coronal sections through the myocardium reveal neither old scars nor recent infarcts. The left ventricular myocardium is 1 cm thick. The left ventricular cavity measures 2.5 x 3 cm. The cardiac valves and chambers are unremarkable. The aorta is of usual circumference throughout its length. The abdominal aorta shows a few patchy atherosclerotic plaques.

RESPIRATORY SYSTEM: The combined weight of the lungs is 800 grams. The external surface is smooth. On section, the pulmonary parenchyma is mildly edematous and shows no foci of consolidation. There are no mucus plugs of the small or the large airways. The mucosal lining of the airways is congested and bloody mucoid material of a small amount is present in the main bronchi. There are no pulmonary emboli.

HEPATOBILIARY SYSTEM: The liver weighs 1150 grams. Its borders are sharp. Its capsule is intact. On section, the parenchyma is dark brown and shows no fibrotic and no cirrhotic changes. The gallbladder contains approximately 30 cc of thick green bile. No stones are found.

PANCREAS: The pancreas is grossly unremarkable.

_____

GASTROINTESTINAL SYSTEM:  The stomach contains approximately 200 cc of bloody fluid in which neither tablets nor pills are found.   After washing, the esophageal, gastric and duodenal mucosae present neither ulcers nor tumors but are congested. The small bowel mucosa is also congested and its content is blood stained up to the cecum.  The colorectal mucosa is unremarkable.  There is no blood in the colon.

GENITOURINARY SYSTEM:  The combined weight of the kidneys is 310 grams. Their capsules strip with slight difficulty to reveal coarsely granular cortical surfaces.  On section, the corticomedullary tissue and the calyceal system are unremarkable, bilaterally.  The ureters follow normal courses and open into the bladder which is empty. Prostate is grossly unremarkable.  The testes are atrophic.

HEMIC AND LYMPHATIC SYSTEMS:  The spleen weighs 130 grams.

ENDOCRINE SYSTEM:  The pituitary, thyroid, and adrenal glands are unremarkable.

NECK:  Sections through the tongue reveal no focal contusion.  The neck is dissected in a layer-by-layer fashion.  There are no focal hemorrhages of the strap muscles of the neck nor of the intrinsic muscles of the larynx.  The hyoid bone, the thyroid and the cricoid cartilages are intact.  The larynx is opened posteriorly.  The laryngeal mucosa below the tracheostomy and above the carina is focally polypoid.  The vocal cords are thin and pliable.

HEAD AND CENTRAL NERVOUS SYSTEM:  The scalp is reflected in the usual manner.  There are no focal subcutaneous nor subaponeurotic hemorrhages.  Upon opening the skull, no epidural, subdural nor subarachnoid hemorrhages are noted. After stripping the dura off the base of the skull and off the calvarium, no fracture lines are found.  The brain weighs 1340 grams.  Serial coronal sections through the cerebral hemispheres, serial transverse sections through the brainstem and the cerebellum reveal no other abnormalities.

MUSCULOSKELETAL SYSTEM:  The skeleton is intact.  The red-brown musculature is unremarkable.  There is scoliotic deviation of the thoracolumbar spine.

**MICROSCOPIC EXAMINATION**

Lungs:  Acute bronchopneumonia.  Passive congestion.

Section of Trachea (Polypoid Region):  Granulation tissue with acute and chronic inflammatory infiltrate and focal recent hemorrhage.

04-2339
JONATHAN MAGBIE

Liver:  Congested sinusoids.  Some hepatocytes contain brown pigment.

Kidney:  Few sclerotic glomeruli.  Congested blood vessels.  Arteriosclerosis.

Heart:  Mild perivascular and interstitial fibrosis.

## TOXICOLOGIC EXAMINATION

Samples of blood, bile, urine, vitreous fluid, gastric contents and sections of liver and brain are submitted.

_Marie-Lydie Y. Pierre C. 70_                    _12·07·04_

Marie-Lydie Y. Pierre-Louis, MD                    Date Signed
Deputy Medical Examiner

MPL:vnv



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
1910 Massachusetts Avenue, S.E., Bldg. 27
Washington, D.C. 20003

Toxicology Laboratory

## TOXICOLOGY REPORT

### CASE IDENTIFICATION

| | | | |
|---|---|---|---|
| Agency: | OCME | Report Date: | 10-06-2004 |
| Agency Number: | **04-02339** | Toxicology Number: | TX04-0922 |
| Name: | MAGBIE, Jonathan | ME: | MPL |

### SPECIMEN(S) RECEIVED

Subclavian blood (2), heart blood (2), urine, bile, vitreous, liver, brain, gastric
Date Received:        09-28-2004

### RESULTS

Subclavian blood and vitreous were analyzed by headspace gas chromatography for the presence of ethanol, acetone, methanol, and isopropanol. The following volatile(s) were detected:

**Acetone**                **Blood 0.010 g/100 mL**                **Vitreous 0.012 g/100 mL**

Subclavian blood was screened by enzyme immunoassay for the presence of amphetamines, barbiturates, benzodiazepines, cocaine metabolites, methadone, methamphetamines, opiates, phencyclidine and propoxyphene. The following drug(s) were detected:
**Blood was presumptive positive for *benzodiazepines* and *cannabinoids*[1]**

Subclavian blood was screened by gas chromatography-mass spectrometry for the presence of basic drugs. The following drug(s) were detected:
**Diazepam**
**Nordiazepam**
**Atropine**

RORY M. DOYLE, M.Sc.
Deputy Chief Toxicologist, OCME

FIONA J. COUPER, Ph.D.
Chief Toxicologist, OCME

---

[1] Confirmation of the cannabinoid presumptive positive was not performed.



**OFFICE OF THE CHIEF MEDICAL EXAMINER**
**Government of the District of Columbia**
**1910 Massachusetts Avenue, S.E., Building #27**
**Washington, D.C. 20003**

## SUPPLEMENTAL REPORT

**CASE NUMBER:**   04-02339
**DECEDENT:**   **JONATHAN MAGBIE**

9/28/04

Received a call from Dr. Burkman's associate Dr. Boumgo. This physician states that he saw the decedent during several admissions. He provides the following information.

Reasons for Hospitalizations: Pneumonia, UTI/Urosepsis, and débridement of decubitus ulcers.

The physician states that the only trach issues were that he was prone to plugging his trach, thus the 24 hour nursing.

MB Petrasek PA-C/MLI

SIGNATURE: _____ TITLE: _____

9/28/2004 2:45 PM                                                Page 8 of 8



**OFFICE OF THE CHIEF MEDICAL EXAMINER**
**Government of the District of Columbia**
**1910 Massachusetts Avenue, S.E., Building #27**
**Washington, D.C. 20003**

## SUPPLEMENTAL REPORT

**CASE NUMBER:**   04-02339
**DECEDENT:**       **JONATHAN MAGBIE**

9/27/04

Peter Burkman 291-1645
    F/U call to the physician.  Per the staff the Dr. Burkman has attended the decedent for 5 yrs.  The physician is out of the office until 10/6/04.  A message is left to contact this investigator at that time.

MB Petrasek PA-C/MLI

SIGNATURE: _____  TITLE: _____



**OFFICE OF THE CHIEF MEDICAL EXAMINER**
Government of the District of Columbia
1910 Massachusetts Avenue, S.E., Building #27
Washington, D.C. 20003

## SUPPLEMENTAL REPORT

**CASE NUMBER:**   **04-02339**
**DECEDENT:**      **JONATHAN MAGBIE**

26 Sept. 2004

Contact                Rhodina Magbie-decedent's sister
                       301-574-9898

0922HRS
This informant has been made aware the decedent will be ready for pick up after she presents to OCME for ID.

Jurisdiction→pending ID
C.T.Jamison PA-C/MLI

SIGNATURE: _____     TITLE: _____



**OFFICE OF THE CHIEF MEDICAL EXAMINER**
**Government of the District of Columbia**
**1910 Massachusetts Avenue, S.E., Building #27**
**Washington, D.C. 20003**

## SUPPLEMENTAL REPORT

**CASE NUMBER:**   04-02339
**DECEDENT:**      **JONATHAN MAGBIE**

9/25/04

2148 Rhodina Magbie  sister 301-574-9898
     Ms Magbie contacts this investigator with a 3 way call to the decedent's mother Mary Scott.  The following information is obtained.
The decedent was struck by a drunk driver at the age of 4 as he crossed the street,  resulting in his quadriplegia and dependence on the ventilator.  The family states the driver was arrested.

The decedent has been cared for by 24 hour nurses at his mother's home.  On 9/20/04 the decedent was incarcerated for 10 days for position of Marijuana. The family states he had no problems with his trach prior to his incarceration, he was doing well. The mother states his "accident has nothing to do with his death" and is reluctant to give information re the circumstances of the accident.
**The decedent had a phrenic nerve stimulator.**
 Current physician is Dr. Burkham at WHC.

**Circumstances of the accident.**

Date:  June 10, 1981
Time: unkn
Location:  3rd St. SE WDC
Occurred while crossing the street. Struck by drunk driver.

This offices policies and procedures are explained to the family.  They state that the decedent was Muslim and will be having a funeral in the Muslim faith.  They request viewing at OCME, they are informed that this can not be done.  They are made aware the ID will be done by photo only.


Will F/U with Dr. Burkhart on 9/27/04.

1013 Major Crash 698-7426
     VM left re the decedent.  Asked to F/u with either myself or Inv. Jamison

  1027  WHC Medical Records 877-6838
     The most recent admission 3/11/04 to 3/12/04  for chronic cystitis and an admit for pneumonia in Jan 04 per Matthew.  Records from these admissions are requested.


MB Petrasek PA-C/MLI

SIGNATURE:_____  TITLE:_____



**OFFICE OF THE CHIEF MEDICAL EXAMINER**
**Government of the District of Columbia**
**1910 Massachusetts Avenue, S.E., Building #27**
**Washington, D.C. 20003**

## SUPPLEMENTAL REPORT

**CASE NUMBER:**  04-02339
**DECEDENT:**    JONTHAN MAGBIE

**CONTACT DATE/TIME:  25 Sept. 2004**          **ENTERED BY: CTJ**

**INFORMANT: Don Paul of CCA**
                (INCLUDE NAME, TITLE, RANK, AGENCY, FACILITY)

**CONTACT NUMBER(S):202-547-7822 ext.2208**
                    (INDICATE: WORK, HOME, MOBILE, AND PAGER)

A voicemail message is left for this informant.

Jurisdiction→previously accepted
C.T.Jamison PA-C/MLI

**SIGNATURE:**_____ **TITLE:** _____



# OFFICE OF THE CHIEF MEDICAL EXAMINER
### Government of the District of Columbia
#### 1910 Massachusetts Avenue, S.E., Building #27
#### Washington, D.C. 20003

## SUPPLEMENTAL REPORT

**CASE NUMBER:** 04-02339
**DECEDENT:** JONATHAN MAGBIE

9/25/04

1800 CTF Level 82 Medical Unit  202-547-7822 ext 2245
　　　No return call from CTF as of this writing, f/u call made.  Per Ms Long, the commander in charge contacted the Medical Director Dr. Melekghasemi, contact number 547-2241,  was made aware that this agency was requesting information.  Ms. Long states that the Request for Records fax is in the commanders office and neither the commander or the physician will be available until Monday 9/27/04.

MB Petrasek PA-C/MLI

**SIGNATURE:** _MB Petrasek PAC MLI_  **TITLE:** _____



**OFFICE OF THE CHIEF MEDICAL EXAMINER**
**Government of the District of Columbia**
**1910 Massachusetts Avenue, S.E., Building #27**
**Washington, D.C. 20003**


## SUPPLEMENTAL REPORT


**CASE NUMBER:**    04-02339
**DECEDENT:**    **JONTHAN MAGBIE**

    25 Sept. 2004


Contact                              **CCA Medical Unit**
                                     **202-547-7822 ext. 2237**

**1125HRS**
 A voicemail message is left by this MLI.


Contact                              **Officer Haynes of CCA**

**1350HRS**
This MLI presented to the gate of CCA to obtain telephone numbers to inquire on the circumstances leading up to the decedent's death. This informant gives me the numbers to the warden's office (202-698-3000 ext. 2201, 2202, and 202-547-7822) This informant states Deputy Warden King is present in the building.

Contact                              **Deputy Warden Figuroa**
                                     **202-698-3000 ext 2201**

**1402HRS**
A voicemail message is left for this informant.

Contact                              Deputy Assistant Warden- Ms. King
                                     **202-698-3000 ext 2202**

**1403HRS**
A voicemail message is left for this informant.

**1430HRS**
A voicemail message is left for this informant.

Contact                              **Level 82 Medical Unit**
                                     **202-547-7822 ext 2245**

**1435HRS**
Nurse Okoro requests a request to give information pertaining to the decedent. This MLI fax a request to 202-698-3296.

SIGNATURE: _____    TITLE: _____



**OF.ICE OF THE CHIEF MEDICAL EXAMINER**
**Government of the District of Columbia**
**1910 Massachusetts Avenue, S.E., Building #27**
**Washington, D.C. 20003**

## SUPPLEMENTAL REPORT

**CASE NUMBER:**    04-02339
**DECEDENT:**        **JONTHAN MAGBIE**

**1456HRS**

Nurse Okoro states he has forwarded the request to the Commander in Charge and a return telephone call will be forwarded to OCME.

**Jurisdiction→previously accepted**
**C.T. Jamison PA-C/MLI**

**SIGNATURE:** _____    **TITLE:** _____

9/25/2004 4:02 PM                                                    Page 3 of 3



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
1910 Massachusetts Ave., S.E., Bldg. 27
Washington, D.C. 20003

202-698-9000 (Office)                                                                202-698-9100 (Fax)

## MEDICAL EXAMINER FINAL CASE REVIEW

| | |
|---|---|
| Case #: | 04-02339 |
| Decedent's Name: | JONATHAN  MAGBIE |
| PD 120? | ☑ |
| Fingerprints? | ☑ |
| FP Completed By: | |
| FP Completed Date: | 9/25/2004 |
| X-Rays? | ☑ |
| X-Rays Completed By: | |
| X-Rays Completed Date: | 9/25/2004 |
| Exam Completed By: | Marie Pierre-Louis, M.D. |
| Exam Date: | 9/25/2004 |
| ID Completed By: | |
| Method of ID: | ID By Fingerprints |
| Death Certificate Ready for ME Signature Date: | 9/26/2004 |

_____                    9.26.04
Medical Examiner                                          Date



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
1910 Massachusetts Ave., S.E., Bldg. 27
Washington, D.C. 20003

202-698-9000 (Office)                                        202-698-9100 (Fax)

## RECEIPT OF REMAINS

Case #:    **04-02339**                          **Personal Property** ☐

Decedent's Name:    **JONATHAN MAGBIE**

Age: **27 Years**            Sex: **Male**            Race/Ethnicity: **Black**

I,    **PAUL N. AL-MATEEN**    ,    **FUNERAL DIRECTOR**    representing

**Universal Funeral Home**                          Funeral Home / Service,

acknowledge receipt of the remains of the above named decedent.

Received by: _____
                                Signature

License Number:    **FD860**

OCME:

Released on    9/28/04    at    13:45    hours.

Released by _____

_____    _____
            Signature                              Title

*Tuesday, September 28, 2004 1:41:49 PM*                          *Page 1 of 1*



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
1910 Massachusetts Ave., S.E., Bldg. 27
Washington, D.C. 20003

202-698-9000 (Office)                                             202-698-9100 (Fax)

## PROPERTY RELEASED TO FUNERAL HOME

Case #: ___
Decedent's Name: ___
Age: ___
Sex: ___
Race/Ethniticy: ___

ME Case#:04-02339
NAME: MAGBIE, JONTHAN
AGE:27 Years        RACE: Black
SEX: Male          DATE: 9/24/2004
MD:

| NONE RECEIVED: (Signature) *D Bell*    Date: 9/24/04   Time: 2300 |
|---|

| Item | Description | Quantity |
|---|---|---|
|  |  |  |

### CHAIN OF CUSTODY

| Action | Date/Time | From(Signature) | To (Signature) |
|---|---|---|---|
| Submitted |  |  |  |
| Released |  |  |  |



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
1910 Massachusetts Ave., S.E., Bldg. 27
Washington, D.C. 20003

202-698-9000 (Office)                                    202-698-9100 (Fax)

## PERSONAL PROPERTY

Case #:                 04-02339

Decedent's Name:   JONATHAN MAGBIE

Age:                    27 Years

Sex:                    Male

Race/Ethnicity:       Black

| NONE RECEIVED:  (Signature) | Date: | Time: |
|---|---|---|

| Item | Description | Quantity |
|---|---|---|
| medical device | transmitter | 1 |

### CHAIN OF CUSTODY

| Action | Date/Time | From(Signature) | To (Signature) |
|---|---|---|---|
| Submitted | 9/26/04 1500 | *[signature]* | |
| Released | 11/9/04 1608 | *[signature]* | *[signature]* |

*Release to Family*

_Sunday, September 26, 2004 2:56:51 PM_                    _Page 1 of 1_



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
1910 Massachusetts Ave., S.E., Bldg. 27
Washington, D.C. 20003

202-698-9000 (Office)                                          202-698-9100 (Fax)

## PERSONAL PROPERTY

Case #:               04-02339

Decedent's Name:      JONATHAN MAGBIE

Age:                  27 Years

Sex:                  Male

Race/Ethnicity:       Black

| NONE RECEIVED: (Signature) | Date: | Time: |
|---|---|---|

| Item | Description | Quantity |
|---|---|---|
| medical device | transmitter | 1 |

### CHAIN OF CUSTODY

| Action | Date/Time | From(Signature) | To (Signature) |
|---|---|---|---|
| Submitted | 9/26/04 | w all  1500 | |
| Released | | | |

*Release to Family*

#04-2339
9/28/04
13:40



GOVERNMENT OF THE DISTRICT OF COLUMBIA
OCCUPATIONAL AND PROFESSIONAL LICENSING ADMINISTRATION
BOARD OF FUNERAL DIRECTORS

This is to certify that
PAUL N AL-MATEEN
UNIVERSAL II MORTUARY SERVICE
411 KENNEDY ST NW
WASHINGTON DC 20011

Is licensed as a(n) Funeral Director FD560
Issue Date: 01/01/2004          Exp Date: 12/31/2005

Director
Department of Consumer and Regulatory Affairs

Sep 28 04 09:35a   F. L AL-MATEEN   202 829-4773   p.1

**UNIVERSAL II MORTUARY INC., INTAKE SHEET**
411 KENNEDY ST., N.W., WASHINGTON, D.C. 20011
(202) 723-1075 OFFICE (202) 829-4773 FAX
DATE

NAME OF DECEASED  Jonathan   Eric   Magbie
FIRST   MIDDLE   LAST

DATE OF DEATH 9/24/2004 TIME OF DEATH 640 p.m REMOVED FROM

NEXT OF KIN/INFORMANT  Mary Rhadina Scott RELATIONSHIP  Mother

ADDRESS  2206 Parkside Drive, Mitchellville MD 20721

HOME PHONE 301 218 0076   CELL PHONE 240 893 3071

## VITAL STATISTICS

| | | |
|---|---|---|
| DECEASED'S ADDRESS 2206 Parkside Dr | CITY Mitchellville STATE MD | COUNTY PG |
| PLACE OF DEATH Greater Southeast Hosp | CITY Washington STATE DC | COUNTY |
| SEX M  RACE Black | MARITAL STATUS Single | CITIZEN US |
| BIRTHPLACE Washington DC | DATE OF BIRTH February 10, 1977 | AGE 27 |
| FATHER'S NAME John Thomas Magbie | MOTHER'S MAIDEN NAME Mary BUSH | |
| OCCUPATION — | BUSINESS/INDUSTRY | EDUCATION Some College |
| SOCIAL SECURITY NO. 577 06 6921 | SURVIVING SPOUSE (IF WIFE, GIVE MAIDEN NAME) N/A | |
| IF VETERAN NAME AND BRANCH OF SERVICE N/A | RANK AND SERVICE NO. | |
| CEMETERY | PLACE OF WORSHIP | |
| CERTIFICATE SIGNED BY | TELEPHONE | ADDRESS |

DATE: 28 Sept 2004

THIS IS TO CERTIFY THAT I, Mary R. Scott ____ BEING
THE NEXT OF KIN AND/OR AN OFFICIAL REPRESENTATIVE OF THE DECEASED
Jonathan Eric Magbie , HEREBY GIVE PERMISSION TO
UNIVERSAL II MORTUARY SERVICE, INC. TO REMOVE, EMBALM, AND PREPARE AS NEEDED
THE HUMAN REMAINS OF Jonathan Eric Magbie FOR BURIAL OR SHIPMENT.

SIGNED BY: Mary R. Scott
RELATIONSHIP TO DECEASED: Mother
ADDRESS: 2206 Parkside Dr, Mitchellville, MD 20721
TELEPHONE: 301 218 0076

WITNESS: ____ ADDRESS: SAME AS ABOVE

Sep. 28 2004 10:44PM P1   FAX NO. :   FROM :

11/5/04
1605 HM



04-2339

**DISTRICT OF COLUMBIA**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
**1910 Massachusetts Avenue, SE, Bldg. 27**
**Washington, D.C. 20003**
**202/698-9000**

## DECEDENT SURVIVOR INFORMATION

**Decedent Information:**

Jonathan Maghie _____ 9/24/04 _____ 04-2339

Name of Deceased _____ Date of Death _____ M.E. Case Number

**Your Information (Person Filling out this Form):**

Maghie _____ John _____ J.

Last Name _____ First Name _____ Middle Initial

1101 Clovis Ave

Address _____ Apt. No.

Capitol Heights _____ MD _____ 20743

City _____ State _____ Zip Code

3/735-0467 _____ 2/538-7611

Area Code and Day Telephone Number _____ Area Code and Evening Telephone Number

**Your Relationship to the Deceased Person:**

Brother

**Additional Decedent Survivors:**

Mary Scott _____ mother

Name _____ Relationship to the Deceased



**OFFICE OF THE CHIEF MEDICAL EXAMINER**
**Government of the District of Columbia**
**1910 Massachusetts Avenue, S.E., Building #27**
**Washington, D.C. 20003**

## INVESTIGATIVE REPORT

**CASE NUMBER:**  04-02339
**DECEDENT:**    **JONATHAN MAGBIE**

**CONTACT DATE/TIME: 9/24/04**                    **ENTERED BY: MBP**

**INFORMANT: see below**
          (INCLUDE NAME, TITLE, RANK, AGENCY, FACILITY)

**CONTACT NUMBER(S):**
          (INDICATE: WORK, HOME, MOBILE, AND PAGER)

2025 GSECH ED 574-6545

Kathy Williams-Young RN reports the death of Mr. Magbie, a 27 y/o black man with a PMHx of quadriplegia with tracheostomy/ventilator dependant ( can be closed for the decedent to speak) due to a GSW, at this time the circumstances of the GSW incident is unkn. **The decedent is under the care and custody of the DC Dept of Corrections.** The informant states she accepted care of the decedent at approx. 1500 hours. The following information is given

The dept. of corrections reported to GSECH that the decedent was found in respiratory distress and unresponsive.

Per the nurse the trach appeared to be approx 1 ½ inches out and when the staff spoke with the physician from DC Corrections he reported they received the decedent "that way". It is unclear when the trach was noted to be in that position or from what "they received him" means.

When the decedent's Pulse ox readings began to fall, the trach was "pushed in" with out much change. While the RN and Resp. Therapist were attempting to obtain a blood gas the decedent coded and could not be resuscitated.

Sgt. Evans of the Dept. of Corrections is present in the ED. He provides the following information:

The decedent is in his own cell and is wheel chair bound

A medical emergency was called at 0820

EMS arrived at CTF at 0910

Arrived at GSECH at 0950.

At the time of this writing, the informant states that the fingerprint tech is Enroute and he will be fingerprinted at the hospital. This investigator requests a copy of the fingerprint verification be faxed to this office when final.

The informant does NOT know the decedent's NOK but states Dept. of Corrections will in form the NOK. Sgt. Evans is given this investigator's name and phone number as well as OCME main number and asked the family to contact this office after notification has been made.

**SIGNATURE:** _____  **TITLE:** _____



**OFFICE OF THE CHIEF MEDICAL EXAMINER**
Government of the District of Columbia
1910 Massachusetts Avenue, S.E., Building #27
Washington, D.C. 20003

## INVESTIGATIVE REPORT

**CASE NUMBER:**   04-02339
**DECEDENT:**      **JONATHAN MAGBIE**

F/U questions can bee addressed to Don Paul at 547-7822 ext 2208.

Det. Brooks made aware of the case

2045 GSECH Medical Records 574-6521
        no answer
2100 F/U call, spoke with Ms Kenner will fax records when available.

Jurisdiction→ ACCEPTED        E. Harris made aware via phone at 2035
MB Petrasek PA-C/MLI

SIGNATURE: _____ TITLE: _____

Rhodina Smallwood
Name

Sister
Relationship to the Deceased

Regina Maghie
Name

Sister
Relationship to the Deceased

Christopher Scott
Name

Brother
Relationship to the Deceased

_____
Name

_____
Relationship to the Deceased

_____
Name

_____
Relationship to the Deceased

Signature of Person Filling
out this Form

X 9/26/04
Date



04- 2339
09-2604



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
1910 Massachusetts Ave., S.E., Bldg. 27
Washington, D.C. 20003

202-698-9000 (Office)                                                     202-698-9100 (Fax)

## TRANSPORT NOTIFICATION

Date: **9/24/2004**     Time: **20:27**                    Case #: **04-02339**

Decedent's Name:    **JONTHAN  MAGBIE**

Age: **27 Years**        Sex: **Male**     Race/Ethnicity: **Black**        Weight: 90 Ht:

Date of Death:                 **9/24/2004**        Time of Death:                **18:40**

Medical Record #:  **M00933038**

Location:   **GSECH--1310 Southern Ave. SE**
                      **Washington              DC**

Notes:

## RELEASE ACKNOWLEDGEMENT

The above decedent was released from _____ GSECH _____
                                                                        Facility Name

to the Office of the Chief Medical Examiner by _____ Roy Tucker  SPO _____
                                                                                 Print Name and Title

on _9/24/04_ at _10:25 pm_ hours.
      Date               Time

Roy Tucker  SPO                                    Dennis Bell (OCME)
Signature of Facility Representative          Signature of DC OCME Representative



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
1910 Massachusetts Ave., S.E., Bldg. 27
Washington, D.C. 20003

202-698-9000 (Office)                                                                    202-698-9100 (Fax)

## DEATH CERTIFICATE ADDENDUM

Case #:    **04-02339**

Decedent:  **JONATHAN  MAGBIE**

Date of Death:  **9/24/2004**                         Time of Death:  **18:40**

Sex:    **Male**

Cause of Death:    **Acute Respiratory Failure following dislodgement of tracheostomy tube placed for treatment of respiratory insufficiency due to remote upper cervical spinal cord injury with quadriplegia due to blunt impact trauma**

Other Significant Conditions:

Autopsy?    ☑

If Yes, Were Findings Considered in Determining Cause of Death?    ☑

Operation Performed?    ☐

Date of Operation:

Conditions for Which Operation Was Performed:


Manner of Death:  **Accident**

Date of Injury:  **6/10/1981**                         Time of Injury:  **unknown**

Injury at Work?  **No**

Place of Injury  **Street**

How Injury Occured:

**Pedestrian struck by car**

Location of Injury:    **3rd Street SE**

**Washington**                   **DC**

Reason for Addendum:

**Pended**

Date Amended:    **11/5/2004**

2nd Date Amended:

# GOVERNMENT OF THE DISTRICT OF COLUMBIA

## Department of Human Services

### DELAYED REPORT OF DIAGNOSIS

File No.

| 1. NAME OF DECEASED (Type or Print) | First | Middle | Last | 2a. DATE OF DEATH | Month | Day | Year | 3. SEX |
|---|---|---|---|---|---|---|---|---|
| | Jonathan | | Magbie | | September | 24, | 2004 | Male |

1b. CAUSE OF DEATH: (Enter only one cause per line for (a), (b), and (c).)

IMMEDIATE CAUSE OF DEATH WAS CAUSED BY:

Conditions, if any, which gave rise to above cause (a), stating the underlying cause last.

PART I. DEATH WAS CAUSED BY:
dislodgement of tracheostomy tube placed for treatment of respiratory insufficiency due to remote upper cervical spinal cord injury with quadriplegia due to blunt impact trauma

19a. AUTOPSY? Yes OR NO    Yes
19b. If Yes, Were Findings Considered in Determining Cause of Death?    Yes

Interval Between Onset and Death:

PART II. OTHER SIGNIFICANT CONDITIONS. contributing to death but not related to the terminal condition given in part I(a)

20b. CONDITION FOR WHICH OPERATION WAS PERFORMED

IF OPERATION WAS PERFORMED COMPLETE ITEMS 20a and 20b

20a. DATE OF OPERATION

21c. DESCRIBE HOW INJURY OCCURRED (Enter nature of injury in Part I or Part II)
Pedestrian struck by car

21a. Specify if accident, suicide, homicide, or manner undetermined
Accident

21b. INJURY AT WORK (Specify Yes or No)

21a. HOUR AND DATE OF INJURY: Month, Day, Year.
Unknown - June 10, 1981

21d. PLACE OF INJURY: (at Home, Farm, Factory, Street or Office Building, Etc.)
Street

21e. LOCATION    CITY    COUNTY    STATE
3rd Street, S.E. Washington, D.C.

22. I HEREBY CERTIFY THAT DECEASED DIED FROM THE CAUSE STATE ABOVE. THE COMPLETE CAUSE OF DEATH COULD NOT BE DETERMINED WITHIN 72 HOURS AFTER DEATH AND ENTERED ON THE CERTIFICATE OF DEATH FOR THE FOLLOWING REASON:

Pending

Case #04-2339

SIGNATURE
Marie-Lydie A. Pierre-Louis, MD

DATE
November 5, 2004

**CAUSE OF DEATH**

**MEDICAL CERTIFICATION**

D[rm]-799

## DEATH CERTIFICATE ADDENDUM

Case #:     04-02339
_____
                Signature



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
1910 Massachusetts Ave., S.E., Bldg. 27
Washington, D.C. 20003

202-698-9000 (Office)                                                                     202-698-9100 (Fax)

## CAUSE OF DEATH DETERMINATION

Exam Completed Date:   **9/25/2004**

Case #:    **04-02339**

Decedent:   **JONTHAN MAGBIE**

Date of Death: **9/24/2004**                          Time of Death:   **18:40**

Place of Death:   **Greater South East Community Hospital**

Medical Examiner:   **Marie Pierre-Louis, M.D.**

Exam Type:    **Autopsy**

Cause of Death:    **Pending**

Due to:

Due to:

Due to:

Other Significant Conditions:


Manner of Death:    **Pending**              Pending?   ☐

How Injury Occured:


Date of Injury:                              Time of Injury:

Place of Injury:

Injury Location:


Did Injury Occur at Work?

If Female, was there a pregnancy in the past three (3) months?

Special Requests/Comments:


_____
                Signature


*Saturday, September 25, 2004 3:37:44 PM*                          *Page 1 of 1*

# GOVERNMENT OF THE DISTRICT OF COLUMBIA DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH
File Number 08-

| 1. DECEDENT'S NAME (First, Middle, Last) | | 2. SEX | 3a. DATE OF DEATH (Month, Day, Year) | 3b. HOUR OF DEATH |
|---|---|---|---|---|
| JONATHAN MAGBIE | | MALE | SEPTEMBER 24, 2004 | 6:40 PM |

| 4. SOCIAL SECURITY NUMBER | 5a. AGE–Last Birthday (Years) | 5b. UNDER 1 YEAR Months / Days | 5c. UNDER 24 HOURS Hours / Minutes | 6. DATE OF BIRTH (Month, Day, Year) | 7. BIRTHPLACE (City and State or Foreign Country) |
|---|---|---|---|---|---|
| | | | | | |

| 8. WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or no) | 9a. PLACE OF DEATH (Check only one; see instructions on other side) |
|---|---|
| | HOSPITAL: ☐ Inpatient ☒ ER/Outpatient ☐ DOA OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify) |

| 9b. FACILITY NAME (If not institution, give street and number) | 9c. CITY, TOWN, OR LOCATION OF DEATH | 9d CITIZEN OF WHAT COUNTRY |
|---|---|---|
| GREATER SOUTHEAST COMMUNITY HOSPITAL | WASHINGTON, D. C. | |

| 10. MARITAL STATUS – Married, Never Married, Widowed, Divorced (Specify) | 11. SURVIVING SPOUSE (If wife, give maiden name) | 12a. DECEDENT'S USUAL OCCUPATION (Give kind of work done during most of working life. Do not use retired.) | 12b. KIND OF BUSINESS/INDUSTRY |
|---|---|---|---|
| | | | 12c. MANUFACTURER ☐ WHOLESALER ☐ RETAILER ☐ |

| 13a. RESIDENCE – STATE | 13b. COUNTY | 13c. CITY, TOWN, OR LOCATION | 13d. STREET AND NUMBER |
|---|---|---|---|
| | | | |

| 13e. INSIDE CITY LIMITS? (Yes or no) | 13f. ZIP CODE | 14. WAS DECEDENT OF HISPANIC ORIGIN? (Specify No or Yes—If yes, specify Cuban Mexican, Puerto Rican, etc.) ☐ No ☐ Yes Specify: | 15. RACE—American Indian, Black, White, etc. (Specify) | 16. DECEDENT'S EDUCATION (Specify only highest grade completed) Elementary/Secondary (0-12) / College (1-4 or 5 +) |
|---|---|---|---|---|
| | | | | |

| 17. FATHER'S NAME (First, Middle, Last) | 18. MOTHER'S NAME (First, Middle, Maiden Surname) |
|---|---|
| | |

| 19a. INFORMANT'S NAME | 19b. RELATIONSHIP TO DECEDENT | 19c. MAILING ADDRESS (Street and Number or Rural Route Number, City or Town, State, Zip Code) |
|---|---|---|
| | | |

| 20a. METHOD OF DISPOSITION ☐ Burial ☐ Cremation ☐ Removal from State ☐ Donation ☐ Other (Specify) | 20b. DATE OF DISPOSITION | 20c. PLACE OF DISPOSITION (Name of cemetery, crematory, or other place) | 20d. LOCATION – City or Town, State |
|---|---|---|---|
| | | | |

| 21a. SIGNATURE OF FUNERAL DIRECTOR | 21b. LICENSE NUMBER (of Licensee) | 22. NAME AND ADDRESS OF FACILITY |
|---|---|---|
| | | |

| 23a. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? (Yes or No) If Yes, Type Med. Ex. Number | 23b. DATE | 24. IF DECEDENT WAS MARRIED WOMAN, ENTER MAIDEN NAME (First, Middle, Last) |
|---|---|---|
| LOIS R. GOSLINOSKI, D.C. | 09-24-04 | |

**25. PART I.** Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest shock, or heart failure. List only one cause on each line.

Approximate Interval Between Onset and Death

IMMEDIATE CAUSE (Final disease or condition resulting in death)

A. PENDING

DUE TO (OR AS A CONSEQUENCE OF):

B. _____

Sequentially list conditions, if any, leading to immediate cause. Enter the UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST

DUE TO (OR AS A CONSEQUENCE OF):

C. _____

DUE TO (OR AS A CONSEQUENCE OF):

D. _____

**PART II.** Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

| 26a. WAS AN AUTOPSY PERFORMED? (Yes or no) | 26b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? (Yes or no) |
|---|---|
| YES | |

| 27. MANNER OF DEATH ☐ Natural ☐ Pending Investigation ☐ Accident ☐ Suicide ☐ Could not be Determined ☐ Homicide | 28a. DATE OF INJURY (Month, Day, Year) | 28b. TIME OF INJURY | 28c. INJURY AT WORK? (Yes or no) | 28d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|---|
| | 28e. PLACE OF INJURY – At home, farm, street, factory, office building, etc. (Specify) | | 28f. LOCATION (Street and Number or Rural Route Number, City or Town State) | |

29. I certify that (I)(this hospital) attended the deceased from _____ 20 _____ to _____ 20 _____ that (I)(we) last saw the deceased alive on _____ and that death occurred from the causes and on the date and hour stated above.

| 30a. SIGNATURE | ATTENDING PHYS. ☐ | MEDICAL DIRECTOR ☐ | STAFF PHYS. ☐ | 30b DATE SIGNED |
|---|---|---|---|---|
| 30c. PHYSICIAN'S NAME (Type) MARIE-LYDIE Y. PIERRE-LOUIS, M.D. | | **MEDICAL EXAMINER, D.C.** | | |

| 31. WAS DECEDENT PREGNANT IN PAST 12 MOS.? ☐ YES ☐ NO | REMARKS: 04-02339 | Authority For Cremation Granted By: |
|---|---|---|
| * IF UNDER 4 YEARS, ENTER PLACE OF BIRTH—HOSPITAL OR ADDRESS IF NOT IN HOSPITAL | | Medical Examiner _____ Date |

4 - COPY HOSPITAL/PHYSICIAN'S OR CHIEF MEDICAL EXAMINER'S



**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**OFFICE OF THE CHIEF MEDICAL EXAMINER**
1910 Massachusetts Ave., S.E., Bldg. 27
Washington, D.C. 20003

202-698-9000 (Office)                                                        202-698-9100 (Fax)

## DEATH NOTIFICATION REPORT

**Case #:**  04-02339

DATE/TIME OF NOTIFICATION:  9/24/2004 20:22

OCME OFFICIAL NOTIFIED:  Esther L. Harris          TITLE:  **Intake Assistant**

NOTIFICATION BY:  **KATHY WILLIAMS-YOUNG**          BADGE:

AGENCY / FACILITY:  Greater South East Community Hospital

CONTACT NUMBER (S):  (202) 574-6545

DECEDENT:  **MAGBIE**          **JONTHAN**
           LAST             FIRST           MIDDLE       SUFFIX

SEX: **Male**     AGE: **27 Years**     RACE/ETHNICITY: **Black**          DATE OF BIRTH: **2/10/1977**

ORGAN DONOR? ☐     MRDDA? ☐     FETUS? ☐     BODY DECOMPOSED:

DECEDENT'S ADDRESS:

    **Washington**          **DC**

LOCATION OF DEATH/TRANSPORTED FROM:  **GSECH--1310 Southern Ave. SE**

    **Washington**          **DC**

CROSS STREET(S) / MARKER(S):

SCENE CONTACT NUMBER(S):

PRONOUNCEMENT OF DEATH DATE / TIME:  **9/24/2004 18:40**

PRONOUNCED BY:  **DR. ILUYOMADE**          TITLE:

MEDICAL RECORD #:  **M00933038**          DATE/TIME OF ADMISSION:  **9/24/2004 09:50**

PHYSICIAN(S):

CONTACT NUMBER (S):

MPD DETECTIVE:          BADGE:

DISTRICT:          CONTACT NUMBER (S):

*Friday, September 24, 2004 8:45:58 PM*          *Page 1 of 2*