**Mary R. Scott, et al. V. District of Columbia, et al.**
**United States District Court for the District of Columbia**

**05CV01853**

**Exhibit No. 13**

LAW OFFICES

**EDWARD J. CONNOR**
**5210 AUTH ROAD**
**SUITE 304**
**CAMP SPRINGS, MARYLAND 20746**

EDWARD J. CONNOR, (MD, DC)

OF COUNSEL

JACK T. BURGESS, (VA, DC)
G. RICHARD COLLINS (MD, DC)
DONALD M. TEMPLE, (DC, PA)

TELEPHONE
(301) 899-7801

FAX
(301) 423-1372

March 20, 2008

Donald M. Temple, Esquire
1229 15th Street, NW
Washington, DC 20005

Elizabeth Alexander, Esquire
ACLU National Prison Project
915 15th Street, NW
7th Floor
Washington, DC 20005                    RE: Jonathan Magbie

Dear Counsel:

Enclosed is a Declaration from Dr. Baker, to be included in Elizabeth's Opposition. Also enclosed is Dr. Baker's C.V.

By copy of this letter to Hernan, I am requesting reimbursement from the client trust account for the following:

| | |
|---|---|
| Dr. Baker - review of additional records | $830.00 |
| LAD Reporting - transcript of Mary Scott Depo. | 795.75 |
| TOTAL....... | $ 1,625.75 |

Very truly yours,

Edward J. Connor

EJC/ns

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to the provisions 28 U.S.C. § 1746, I hereby make the following declaration under penalty of perjury.

1. I have been retained by Plaintiff Mary Scott to provide an expert opinion regarding medical issues related to the death of Jonathan Magbie.

2. The attached *curriculum vitae* truly and accurately sets forth my experience and training related to my qualifications to express expert opinions on medical issues, including emergency care and related issues. The attached report also truly and accurately reflects my expert opinions.

. 3. As my expert report in this case states, it is my opinion, to a reasonable degree of medical certainty, that had Mr. Magbie been admitted on September 21, 2004, or had his airway been reestablished on September 24, 2004, he would not have succumbed from hypoxia which was the immediate cause of his cardiac arrest and which was a direct result of dislodgement of his tracheostomy tube.

4. Dr. Vaughn s discharge of Mr. Magbie to the Jail, where ventilatory support was not available, deviated from the standard of care, and foreseeably placed Jonathan Magbie at great risk of a respiratory crisis that could kill him within a short period of time. One of the foreseeable risks that Dr. Vaughn s decision posed was that, during the likely respiratory crisis that would ensue if Mr. Magbie did not have a ventilator available, attempts at treatment would require manipulation of his tracheostomy tube and accidentally dislodge it. In particular, the use of an ambu bag to ventilate a patient with an indwelling tracheostomy tube can place pressure on the tube, causing the tube to move, resulting in a blocked airway for the patient.

FRANK J. BAKER, M.D.

March 17, 2008

## FRANK J. BAKER II, M.D.
**89 TIMBER COURT**
**OAKBROOK, IL 60523**
**630-941-9096**
**Facsimile 630-941-0044**

Diplomate
American College of Emergency Physicians
Diplomate
American Board of Internal Medicine
Diplomate
American Board of Forensic Examiners
Diplomate
American Board of Forensic Medicine

Life Fellow
American College of Emergency
Physicians
Life Fellow
American College of Forensic Examiners

TELEPHONE NUMBER:     (HM) 630-941-9099
DATE OF BIRTH:              30 OCTOBER, 1945
MARITAL STATUS:          MARRIED

## EDUCATION

1963 - 1967          **Bachelor of Arts (Chemistry)**
                     Elmhurst College
                     Elmhurst, Illinois

1967 - 1971          **Doctor of Medicine**
                     Loyola Stritch School of Medicine
                     Maywood, Illinois

1982 - 1984          **Masters Business Administration**
                     **Health Administration and Policy**
                     Executive Program (XP52)
                     University of Chicago, M.B.A.
                     Chicago, Illinois

1971 - 1972          **Internship, Straight Medicine**
                     University of Chicago Hospitals
                     Chicago, Illinois

1972 - 1974          **Resident, Internal Medicine**
                     University of Chicago Hospitals
                     Chicago, Illinois

*1FJ BAKER CV*

## EMPLOYMENT

| | |
|---|---|
| 1974 - 1978 | **Assistant Professor**<br>Division of Emergency Medicine and<br>Department of Medicine<br>University of Chicago<br>Pritzker School of Medicine |
| 1978 - 1984 | **Associate Professor**<br>Department of Emergency Medicine and<br>Department of Medicine<br>University of Chicago<br>Pritzker School of Medicine |
| 1984 - Dec. 1987 | **Professor**<br>Department of Emergency Medicine and<br>Department of Medicine<br>University of Chicago<br>Pritzker School of Medicine |
| April 1977 - June 1978 | **Acting Director**<br>Division of Emergency Medicine<br>University of Chicago Hospitals |
| July 1978 - July 1987 | **Chairman**<br>Department of Emergency Medicine<br>University of Chicago Hospitals |
| 1976 - 1987 | **Founder and Project Medical Director**<br>Chicago South Mobile Intensive Care Program |
| November 1982 - July 1987 | **Founder and Director**<br>University of Chicago Aeromedical Network |
| May 1988 - December 1997 | **Attending Physician, Emergency Department,**<br>MacNeal Memorial Hospital<br>Berwyn, Illinois |

*2FJ BAKER CV*

| September 1998 – July 2001 | **Senior Attending Physician, Department of Medicine,** Rush Presbyterian - St. Luke's Medical Center Rush Medical College Chicago, Illinois |
|---|---|
| July 2001 – August 2004 | **Senior Attending Physician** Emergency Medicine Specialists of Streator St. Mary's Hospital & Medical Center Streator, Illinois |
| Sept 2004-Present | **Attending Physician** Wuesthoff Medical Center Melborne, Florida |

## CORPORATE BOARD DIRECTORSHIPS

| Universal Health Foundation | January 1996 |
|---|---|
| Emergency Healthcare Solutions | July 2006 |

## LICENSES AND BOARD CERTIFICATIONS

| State of Florida License # ME 84759 | 2002 |
|---|---|
| State of Indiana License # 01034427A | 1985 |
| DEA Registration | 1972 |
| State of Illinois License # 036-045798 | 1972 |
| **Diplomate**, National Board of Medical Examiners Part 1 June 1969 Part 2 April 1970 Part 3 March 1972 | 1972 |
| **Diplomate**, American Board of Internal Medicine | June 19, 1974 |
| **Diplomate**, American Board of Emergency Medicine (Initial Certification) | Sep. 11, 1980 |
| **Diplomate**, American Board of Emergency Medicine Emergency Medicine Continuous Certification | 1992, 2001, 2004 & 2005 |
| **Life Fellow**, American College of Emergency Physicians | 1982 |

*3FJ BAKER CV*

| | |
|---|---|
| **Diplomate**, American Board of Forensic Examiners | 1996 |
| **Diplomate**, American Board of Forensic Medicine | 1996 |
| **Life Fellow**, American College of Forensic Examiners | 1996 |
| National Affiliate Faculty, American Heart Association | 1978 |
| Advanced Cardiac Life Support, American Heart Association | 1977 |
| Basic Life Support, American Heart Association | 1977 |
| Instructor, Advanced Trauma Life Support, American College of Surgeons | 1981 |

## HONORS AND AWARDS

Beta Beta Beta, Blue Key
Illinois Chapter of the American College of Emergency Physicians,
   "Bill B. Smiley, M.D., Meritorious Service Award"
1988 Aerospatiale Helicopter Corporation, Aeromedical Achievement Award
Walther Lutheran High School, Melrose Park, IL
   "Top 10 Graduates in Past 50 Years"

## COMMUNITY ACTIVITIES

| | |
|---|---|
| AFS Intercultural Programs *USA*<br>St. Paul, MN.<br>Departure Day<br>Student Medical Clearance Officer | <br><br>July 1999<br>July 2000 |
| Finance Committee Chairman<br>St. John Lutheran Church<br>LaGrange, Illinois | <br><br>1990-1993 |
| Member, Coordinating Council<br>St. John Lutheran Church<br>LaGrange, Illinois | <br><br>1990-1993 |
| Member, Senior & Men's Choirs<br>St. John Lutheran Church<br>LaGrange, Illinois | <br><br>1988-present |

| | |
|---|---|
| Member, Hinsdale Choral Society<br>Hinsdale, IL | 2003-3005 |
| Member, West Suburban Symphony Chorus<br>Hinsdale, IL | 2004-present |
| Member, Elmhurst Choral Union<br>Elmhurst, IL | 2005-present |
| Member, Wheaton Symphony Chorus<br>Wheaton, IL | 2005-present |
| Member, Concordia Festival Chorus<br>Chicago, IL | 2006-present |
| Vice President of Church Board<br>St. John's Lutheran Church Board<br>LaGrange, IL | 2005-2007 |
| Chairman, Ad Hoc Committee<br>Oak Brook Performing Arts Center<br>Oak Brook, IL | 2006-present |

## MACNEAL HOSPITAL ACTIVITIES

| | |
|---|---|
| **Member**, Department of Family Practice, Quality Assurance Committee | 1990-1998 |

## PROFESSIONAL ASSOCIATIONS

| | |
|---|---|
| Associate, American College of Physicians | 1973-1975 |
| Member, American College of Emergency Physicians | 1975-present |
| Member, Illinois Chapter, American College of Emergency Physicians | 1975-present |
| Member, American College of Physicians | 1975-present |
| Member, Undersea Medical Society | 1975-1984 |
| Fellow, Institute of Medicine of Chicago | 1977-1982 |
| Member, Society of Teachers of Emergency Medicine | 1977-1987 |
| Member, Chicago Foundation for Medical Care | 1978-1981 |
| Member, International Civil Defense, Geneva | 1978-1985 |
| Member, University Association for Emergency Medicine | 1978-1987 |
| Member, International Society of Disaster Medicine | 1979-1981 |
| Member, Club of Mainz Emergency Association<br>(world-wide membership limited to 100) | 1981-1987 |
| Member, World Assoc. of Emergency & Disaster Medicine | 1987-present |

*5FJ BAKER CV*

(formerly Club of Mainz, as above)

| | |
|---|---|
| Executive Committee Member, World Association of Emergency & Disaster Medicine | 1987-1992 |
| Member, American Society of Hospital Based Emergency Aeromedical Services (ASHBEAMS) | 1983-1988 |
| Member, Helicopter Association International | 1983-1989 |
| Member, ASTM | 1987-1988 |
| Member, American Medical Association | 1988-present |
| Member, Chicago Medical Society | 1988-present |
| Member, Advisory Board, Saudi Arabian Anaesthetic Association | 1990-present |
| Member, American Board of Forensic Examiners | 1994-present |
| Vanguard Member, American College of Physician Executives | 1995-present |
| Member, American Society for Healthcare Engineering | 2006-present |

## UNIVERSITY OF CHICAGO
## PRITZKER SCHOOL OF MEDICINE & HOSPITALS AND CLINICS ACTIVITIES

| | |
|---|---|
| Alternate, Clinical Faculty Advisory Committee | 1974-1975 |
| Member, Internship Rotating Committee | 1974-1987 |
| Faculty Secretary, Division of Emergency Medicine | 1974-1975 |
| Delegate, Clinical Faculty Advisory Committee | 1976-1977 |
| Member, Task Force on Graduate Medical Education | 1976-1977 |
| Member, Cardiopulmonary Resuscitation Committee | 1977-1987 |
| Chairman, Cardiopulmonary Resuscitation Committee | 1978-1987 |
| Preceptor, Physical Diagnosis Class | 1978-1979 |
| Interviewer, Committee on Admissions | 1978-1987 |
| Member, Executive Committee of the Medical Staff | 1978-1987 |
| Member, Nursing Director Search Committee | 1980 |
| Member, Ambulatory Care Task Force | 1980-1981 |
| Alternate Councilor, Council of the University Senate | 1980-1981 |
| Chairman, Hospital Disaster Plan Committee | 1980-1987 |
| Member, Hospital Admission and Consultation Policy Committee | 1981 |
| Member, Ad Hoc Committee on IBX | 1982 |
| Councilor, Council of the University Senate | 1984-1985 |
| Member, Strategic Planning Committee | 1986-1987 |
| Member, Management Utilization Review Committee | 1986-1987 |

## UNIVERSITY OF CHICAGO
## GRADUATE SCHOOL OF BUSINESS ACTIVITIES

| | |
|---|---|
| Chairman, 52nd Group of the Executive Program | 1982-1983 |
| Preceptor, Graduate School of Business, Health Administration Program | 1983-1987 |

*6FJ BAKER CV*

| | |
|---|---|
| Judge, Touche Ross & University of Chicago, Graduate School of Business Consulting Challenge | January 1988 January 1989 |
| Candidate Interviewer | 1996-Present |

## PROFESSIONAL ACTIVITIES (outside the University of Chicago)

| | |
|---|---|
| Special Advisor, Department of Emergency Medical Services, Illinois Department of Public Health | 1977-1988 |
| Consultant, Trauma Severity Index Project Center for Health Systems Research and Analysis University of Wisconsin, Madison, Wisconsin | 1978 |
| Assistant Editor, Abstract Section: *Annals of Emergency Medicine* | 1978-1982 |
| Consultant, *The Physician's Underwater and Hyperbaric Handbook* Published by the Undersea Medical Society Bethesda, Maryland | 1978 |
| Review Editor, *Journal of the American Medical Association* | 1978-1996 |
| Official Representative for the American College of Emergency Physicians to the 3rd International Congress on Disaster Medicine Monte Carlo, Monaco | April 1979 |
| Associate Editor, *Emergency Department News*, New York | 1979-1982 |
| Member, Long Range Subcommittee for Mobile Intensive Care and Paramedic Education, Chicago | 1980 |
| Co-Chairman, Board of Physicians for Mobile Intensive Care and Paramedic Education, Chicago | 1981 |
| Consultant, *"CPR: To Save a Life,"* film for Encyclopedia Britannica Corporation, Chicago, Illinois | 1981 |
| Editorial Board, *Journal of Emergency Medicine* | 1982-1983 |
| Preceptor, Health Systems Management Program, Rush University, Chicago | 1983 |
| Adjunct Faculty, Chicago City-Wide Paramedic Program | 1983-1984 |

| | |
|---|---|
| Member, EMS Committee, Helicopter Association International | 1984-1987 |
| Reviewer, Residency Review Committee<br>American College of Emergency Medicine | May 1984 |
| Member, Research Committee, American Society of Hospital Based<br>Emergency Aeromedical Services | 1984-1987 |
| Reviewer, *"CHEST,"* The Official Journal of the<br>American College of Chest Physicians | 1986-1996 |
| Member, Editorial Board, *"Ambulatory Medicine Alert"* | 1987-1988 |
| Coordinating Consultant Physician, *Universal Health Conference '91,*<br>A Joint Venture between the USSR State Committee for Science and<br>Technology, The Ministry of Public Health of the Moscow City Council,<br>and the Ministry of Public Health of the Russian Federation | April 1991-<br>October 1991 |
| United States Co-Chairman Scientific Committee, *Second Universal Health*<br>*Conference, Exhibition and "Micro-Hospital"* (TM)<br>Sponsored by the Ministry of Public Health, Republic of Uzbekistan, C.I.S.,<br>Ministry of Science, Higher Education and Technology Policy, Russia, C.I.S.,<br>and the Khokimiyat (Mayor) of the City of Samarkand, Uzbekistan, C.I.S. | October 1991-<br>Sept. 1993 |
| Medical Director, *"Micro-Hospital"*(TM)<br>*Second Universal Health Conference*, Samarkand, Uzbekistan, C.I.S. | October 1991-<br>Sept. 1993 |
| United States Co-Track Leader Scientific Committee, *Third Universal Health*<br>*Conference, "Micro-Hospital"* (TM) *Workshop & Exhibition 1995*<br>Sponsored by the Ministry of Public Health, Republic of Kazakhstan, C.I.S.,<br>Ministry of Science, Higher Education and Technology Policy, Russia, C.I.S. | Sept. 1993-<br>April 1995 |
| United States Co-Medical Director, *"Micro-Hospital"* (TM)<br>*Third Universal Health Conference, "Micro-Hospital"* (TM) *&*<br>*Exhibition 1995*, Almaty, Kazakhstan, C.I.S. | Sept. 1993-<br>April 1995 |
| United States Co-Track Leader Scientific Committee, *Fourth Universal Health*<br>*Conference, "Micro-Hospital"* (TM) *Workshop & Exhibition 1996*<br>Sponsored by the Ministry of Sciency & Technology Policy, Russia, C.I.S.,<br>Universal Health Association, Chicago, Illinois, U.S.A. | May 1995-<br>Sept. 1996 |
| United States Co-Medical Director, *"Micro-Hospital"* (TM)<br>*Fourth Universal Health Conference, "Micro-Hospital"* (TM) *&*<br>*Exhibition 1996*, Moscow, Russia, C.I.S. | May 1995-<br>Sept. 1996 |

| | |
|---|---|
| Chairman, Scientific Committee, *Fifth Universal Health Conference, "Micro-Hospital"* (TM) *Workshop & Exhibition 1997* Sponsored by the All-Russian Center on Disaster Medicine; Ministry of Health of Russia, Ministry of the Russian Federation for Civil Defense, Emergencies and Elimination of Consequences of Natural Disasters (EMERCON); Ministry of Science and Technology, Russia, C.I.S.; The World Association of Disaster and Emergency Medicine (WADEM), Safar Center for Resuscitation Research, Pittsburg, Pennsylvania, U.S.A.; and the Universal Health Association, Chicago, Illinois, U.S.A. | May 1996- Sept. 1997 |
| Medical Director, *"Micro-Hospital"* (TM) *Fifth Universal Health Conference, "Micro-Hospital"* (TM) *& Exhibition 1997*, Moscow, Russia, C.I.S. | May 1996- Sept. 1997 |

## AMERICAN BOARD OF EMERGENCY MEDICINE (ABEM)

| | |
|---|---|
| Examiner, Test Committee | 1981-1983 |

## AMERICAN COLLEGE OF EMERGENCY PHYSICIANS (ACEP)

| | |
|---|---|
| Faculty/Councilor ACEP/EDNA, Innovations in Emergency Medicine | 1975 |
| Councilor (Illinois), National Council Meeting | 1975-1978 |
| Member, Continuing Education Committee | 1976-1979 |
| Member, Council Tellers, Credentials and Elections | 1978-1979 |
| Member, National Scientific Meetings Committee | 1978-1979 |
| Member, Scientific Assembly Program Committee | 1978-1979 |
| Coordinator, Advances in Emergency Medicine Series | 1978-1979 |
| Chairman, Scientific Assembly Abstracts, Atlanta | 1979 |
| Member, Symposium Committee | 1980 |
| Fellow, American College of Emergency Physicians | 1982-present |
| Liaison Representative, American Heart Association Subcommittee on Emergency Cardiac Care | 1982-1987 |
| Participant, ACEP's Pilot Course on Disaster Management & Planning for Emergency Physicians, Emmitsburg, Maryland | 1983 |
| Member, Disaster Committee | 1984-1985 |

## ILLINOIS CHAPTER, AMERICAN COLLEGE OF EMERGENCY PHYSICIANS

| | |
|---|---|
| Member, Scientific Assembly Committee | 1975-1977 |
| Member, Board of Directors | 1975-1979 |
| Member, Executive Committee | 1975-1979 |
| Co-Coordinator, Scientific Assembly Committee | 1975-1979 |
| Faculty, Illinois/Missouri Chapters ACEP/EDNA | 1975-1976 |

*9FJ BAKER CV*

| | |
|---|---|
| Chairman, Education Committee and Scientific Assembly Committee | 1996-1977 |
| Chairman, Emergency Medical Services Committee | 1976-1977 |
| President-Elect | 1976-1977 |
| President | 1977-1978 |
| Chairman, Ad Hoc Committee on Liaisons with Professional Organizations | 1977-1978 |
| Chairman, Structure and Reorganization Committee | 1977-1978 |
| Chairman, Executive Committee | 1977-1978 |
| Member, Nominating Committee | 1978-1979 |
| Member, ACLS Committee | 1978-1979 |
| Chairman, Ad Hoc Committee on Awards | 1978-1979 |
| Immediate Past-President | 1978-1979 |

## UNIVERSITY ASSOCIATION FOR EMERGENCY MEDICINE

| | |
|---|---|
| Member, Site Selection Committee | 1978-1987 |
| Official Liaison between the University Association for Emergency Medicine and the Emergency Department Nurses Association | 1978-1980 |

## SOCIETY OF TEACHERS OF EMERGENCY MEDICINE

| | |
|---|---|
| Member, Board of Directors | 1978-1981 |
| Coordinator, STEM Advanced Cardiac Life Support Instructor Course for Faculty in Emergency Medicine | 1979 |
| President-Elect | 1979-1980 |
| Editor, *STEM LETTER* | 1979-1980 |
| President | 1980-1981 |
| Representative, Council of Academic Societies/Association of American Medical Colleges, Washington, D.C. | 1978-1980 |
| Member, Consultation Committee | 1981-1987 |

## AMERICAN HOSPITAL ASSOCIATION

| | |
|---|---|
| Faculty, Institute for Disaster Preparedness | 1975 |
| Faculty, National Joint Conference on Improving Hospital Emergency Medical Services, Chicago | 1977 |
| Faculty, National Joint Conference on Improving Hospital Emergency Medical Services, New Orleans | 1978 |

*10FJ BAKER CV*

## CHICAGO HEART ASSOCIATION

| | |
|---|---|
| Member, Emergency Care Committee | 1977-1990 |
| Chairman, Advanced Cardiac Life Support Committee | 1977-1980 |
| Co-Chairman, Emergency Care Committee | 1978-1980 |
| Chairman, Emergency Care Committee | 1980-1983 |
| Member, Board of Governors | 1982-1987 |
| Member, Advanced Cardiac Life Support TAG Committee | 1977-1987 |
| Member, Public Policy & Government Relations Committee | 1986 |

## AMERICAN HEART ASSOCIATION

| | |
|---|---|
| Member, National Faculty, Training Network for ACLS and BLS | 1982-1987 |
| Liaison Representative, American Heart Association Subcommittee on Emergency Cardiac Care | 1982-1989 |
| Member, Subcommittee on Standards for Cardiopulmonary and Emergency Cardiac Care | 1983-1987 |
| Review and Revision of the Standards and Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiac Care, Dallas, Texas | July 1985 |

## EMERGENCY MEDICAL SERVICES COMMISSION OF METROPOLITAN CHICAGO

| | |
|---|---|
| Mid-South Area Wide Health Organization Representative to Committee on Communications and Transportation | 1974-1987 |
| Member, Executive Committee | 1975-1987 |
| Member, Mobile Intensive Care Committee | 1975-1987 |
| Member, Drug and Paramedic Education Subcommittee, MICU Committee | 1975-1976 |
| Vice-Chairman, Disaster Committee | 1975-1976 |
| Chairman, Area Wide Hospital Emergency Services | 1975-1977 |
| Co-Chairman and Keynote Speaker, Disaster Workshop | 1976 |
| Moderator and Panelist, Workshop on Alcohol Abuse | 1976 |
| Chairman, Disaster Preparedness Committee | 1977-1987 |
| Disaster Critique Chairman, American Airlines Flight 191, Horween Leather Factory Cyanide Incident, Chicago Loop L Crash | 1977-1987 |
| Chairman of On-Site Medical Management for Visit of Pope John Paul II | 1979 |
| Member, Hospitals Committee of the Emergency Medical Commission | 1982-1987 |
| Voting Member, Areawide Emergency Hospital Services Committee | 1983-1987 |

*11FJ BAKER CV*

## DISASTER DRILLS

| | |
|---|---|
| Senior Physician, Medical Command, Mid-South Disaster Drill | 1974 |
| Senior Physician Observer, Lincoln Park-Lakeview Disaster Drill | 1974 |
| Senior Physician Observer, Northside Commission Disaster Drill | 1975 |
| Coordinator, Mid-South Disaster Drill | 1976 |
| Co-Coordinator, Mid-South Disaster Drill | 1977 |

## COURSES TAUGHT

1. CPR Preceptor, Basic Emergency Medical Technician Course, Archdiocese of Chicago School, Chicago, June 1977.
2. Orientation program for entering medical students, Pritzker School of Medicine, University of Chicago, September 1977.
3. CPR Elective, Pharmacology of Depressive Illness, Continuing Education Symposium University of Chicago, Center for Continuing Education, Chicago, October 1977
4. CPR Instructor's Course, Cook County Sheriff's Department, Maywood, Illinois, March 1978
5. Chicago Federal Executive Board, CPR Program, Chicago, May 1978
6. Chicago Federal Executive Board, CPR Program, Chicago, June 1978
7. *"Introduction to Cardiopulmonary Resuscitation,"* University of Chicago Pritzker School of Medicine, Orientation Program for entering medical students, September 1979
8. Twentieth International Conference on Legal Medicine, American College of Legal Medicine, Houston, Texas, May 1980
9. Physician Base Station Course, CHRIST HOSPITAL, Oak Lawn, Illinois, October 1981
10. *"Abdominal Trauma"* and *"Extremity Trauma,"* Advanced Trauma Life Support Course (ATLS), Chicago Committee on Trauma, American College of Surgeons, Evanston, Illinois May 1982
11. Physician Base Station Course, Department of Emergency Medicine, University of Chicago, July 1982
12. American College of Emergency Physicians Disaster Course, Los Angeles, California, February 1984
13. *"Abdominal Trauma"* and *"PASG Application/Removal,"* ATLS Course, Chicago Committee on Trauma of the American College of Surgeons, Evanston, Illinois May 1984

14. American College of Emergency Physicians Disaster Course, Chicago, Illinois July 1984
15. "Abdominal Trauma" ATLS Course, Chicago Committee on Trauma of the American College of Surgeons, Evanston, Illinois November 1984
16. **Faculty, Oral Board Review Course**, Illinois College of Emergency Physicians, Chicago, Illinois, August 2000, August 2003, March 2005, April 2006, and August 2006.

## ADVANCED CARDIAC LIFE SUPPORT COURSES

1. *"Adjuncts to Airway Management,"* Lutheran General Hospital, Park Ridge, Illinois, Aug. 1977
2. *"Arrhythmia Identification,"* South Chicago Community Hospital, Chicago, Ill., Dec. 1977
3. *"Essential Drugs in Cardiac Care,"* University of Chicago Hospitals, February 1978
4. *"Stabilization and Transportation,"* University of Chicago Hospitals, February 1978
5. *"Useful Drugs in Advanced Cardiac Life Support,"* University of Chicago Hospitals Feb. 1978
6. *"Useful Drugs in Advanced Cardiac Life Support,"* Michigan Heart Association, Grand Rapids, Michigan, March 1978
7. *"Adjuncts to Circulation,"* Airway Station, Lake Forest Hospital, Lake Forest, Ill., March 1978
8. *"Defibrillation,"* Airway Station, South Chicago Hospital, Chicago, Illinois, June 1978
9. *"Intravenous Techniques,"* American Medical Association Meeting, St. Louis, Missouri, June 1978
10. *"Useful Drugs in Advanced Cardiac Life Support,"* University of Chicago Hospitals, July 1978
11. *"Introduction to Advanced Cardiac Life Support,"* Therapy for Dysrhythmia Station, Illinois Masonic Medical Center, Chicago, Illinois, July 1978
12. *"Acid Base Balance,"* Therapy for Dysrhythmia Station, Northwest Community Hospital, Arlington Heights, Illinois, January 1979
13. *"Defibrillation,"* Therapy for Dysrhythmia Station, Ingalls memorial Hospital, Harvey, Illinois, March 1979
14. Affiliate Faculty, Rush-Presbyterian-St. Luke's Medical Center, Chicago, Illinois, March 1980
15. *"Advances in Basic Life Support,"* Rush-Presbyterian-St. Luke's Medical Center, Chicago, Illinois, March 1980
16. *"Defibrillation,"* Rush-Presbyterian-St. Luke's Medical Center, Chicago, Illinois, March 1980
17. *"Acid Base Balance,"* University of Chicago, Department of Emergency Medicine, July 1980
18. *"IV's,"* Michael Reese Medical Center course for physicians, September, 1980
19. *"Monitoring and Dysrhythmia,"* University of Chicago, Department of Emergency Medicine, Center for Continuing Education, November 1980

20. *"Defibrillation Cardioversion,"* University of Chicago, Department of Emergency Medicine Center for Continuing Education, November 1980
21. ACLS Affiliate Faculty Update, Chicago and Illinois Heart Affiliates, Northwestern University Hospital, Chicago, Illinois, January 1982
22. ACLS Affiliate Faculty, Senior Medical Students, Pritzker School of Medicine, April 1982
23. ACLS Affiliate Faculty, Senior Medical Students, Pritzker School of Medicine, May 1982
24. ACLS Affiliate Faculty, Department of Medicine Faculty, University of Chicago, June 1982
25. *"Acid Base Balance"* and *"Patient Management,"* University of Chicago, June 1982
26. ACLS Instructor Affiliate Faculty, Department of Emergency Medicine, April 1983
27. ACLS Affiliate Faculty, Senior Medical Students, Pritzker School of Medicine, April 1983
28. *"Acid Base Balance"* and *"IV Techniques,"* University of Chicago Hospitals, June 1983
29. Faculty Sponsor, St. Catherine's Hospital, East Chicago, Indiana, June 1986.

## PANEL DISCUSSIONS

1. *"Mobile Intensive Care and Radiotelemetry,"* Symposium for Emergency Nurses, Chicago, Illinois 1977
2. *"Stump the Experts,"* Illinois Combined Scientific Assembly, American College of Emergency Physicians, Emergency Department Nurses Association, April 1977
3. *"In the Pit or in the Pulpit-Emergency Department v. Traditional Services as Training Sites,"* Society of Teachers of Emergency Medicine, Scientific Assembly, Atlanta, Georgia, October 1979
4. *"Slave Shop or Training Ground,"* Second Annual Society of Teachers of Emergency Medicine Silver Tongue Orators Debate, American College of Emergency Physicians/Society of Teachers of Emergency Medicine Scientific Paper Presentation, Las Vegas, Nevada, September 1980
5. *"The Impact of Emergency Medical Specialists on Surgical Care in the Emergency Room,"* Committee of Issues of the Association for Academic Surgery, The University of Alabama, November, 1980
6. *"Organizational and Physiological Problems in Airplane and Airport Disasters,"* Chairman, International Symposium on Airplane and Airport Disasters, Mainz, Germany, March 1981
7. *"Management of Complex Cases in Emergency Medicine,"* Illinois Combined Scientific Assembly, Chicago, Illinois, April 1982
8. *"Scientific Paper Discussion,"* 1982 Scientific Assembly, San Francisco, California, September 1982
9. *"Do Trauma Centers Make a Difference?"* American College of Surgeons, 68th Annual Clinical Congress, Chicago, Illinois, October 1982
10. *"Ethics and Morals in Emergency Medical Services,"* Tenth Annual Combined Scientific Assembly, Itasca, Illinois, May 1984
11. *"Trauma Score Concept and Patient Treatment,"* Northern Illinois Medical Center Trauma Center, McHenry, Illinois, May 1984

12. *"Aeromedical Transport Teams,"* Emergency Medical Services Symposium, St. Mary of Nazareth Hospital, Chicago, Illinois, September 1985

13. *"Cardiology Update,"* Porter Memorial Hospital, Valparaiso, Indiana, November 1985

14. *"Changing Times, Changing Opinions: How Should Trauma Centers be Designated and How Should the Trauma Center System be Integrated with the Existing EMS System?"* Illinois Chapter, American College of Emergency Physicians Winter Symposium, Lake Geneva, Wisconsin, February 1986

15. *"Can You Top This One?"* Illinois Emergency Nurses Association Thirteenth Annual Scientific Assembly, Oakbrook, Illinois, April 1986

## PUBLICATIONS

## TEXTBOOK

*EMERGENCY MEDICINE:  Concepts and Clinical Practice,* P. Rosen, F. Baker, G. Braen, R. Dailey, R. Levy, The C.V. Mosby Co., St. Louis, MO., First Edition, March, 1983

*EMERGENCY MEDICINE:  Concepts and Clinical Practice,* P. Rosen, F. Baker, R. Barkin, G. Braen, R. Dailey, R. Levy, The C.V. Mosby Co., St. Louis, MO., Second Edition, Oct. 1987

## JOURNAL ARTICLES

1. Kohn, M., Baker F.: *Hyperbaric Therapy for CO Intoxication (letter).* JACEP 4(2):161, Mar/April, 1975

2. Fauman, B., Baker, F., Coppleson, L., Rosen, P., et al.: *Psychosis Induced by Phencyclidine.* JACEP 4(3):223, May/June, 1975

3. Baker, F., Rosen, P., et al.: *Diabetic Emergencies: Hypoglycemia and Ketoacidosis.* JACEP 5(2):119, February, 1976

4. Sternbach, G., Baker, F.: *The Emergency Joint: Arthrocentesis and Synovial Fluid Analysis.* JACEP 5(10):787, October, 1976

5. Gerschke, G., Baker, F., Rosen, P.: *Pulsus Paradoxus as a Parameter in the Treatment of the Asthmatic.* JACEP 6(5):191, May 1977

6. Baker, F., Sternbach, G., Rosen, P.: *Case Reports in Emergency Medicine, 1974-1976.* Technomic Publishing Company, Westport, Connecticut, 1977. Participant in Case Report Discussions.

7. Rothstein, R., Baker, F: *Tetanus: Prevention and Treatment.* JAMA 240(7):675, 1978

8. Baker, F., Franaszek, J.: *Coordination and Cooperation of Public and Private Agencies in the Design and Operation of a Major Metropolitan Disaster Plan.* Proceedings of the First International Conference in Israel on Mass Casualty Management, Safad, Israel, Sept.1978

9. Baker, F: *Regional Disaster Planning.* In the Organization and Administration of Emergency Medical Care (Sternbach, G. Editor), Technomic Publishing Company, Westport, Connecticut, 1978

*15FJ BAKER CV*

10. Baker, F.: *Radio Telemetry and Mobile Intensive Care*. In the Organization and Administration of Emergency Medical Care. (Sternbach, G. Editor), Technomic Publishing Company, Westport, Connecticut, 1978
11. Lumpkin, J., Baker, F., Franaszek, J.: *Alcoholic Ketoacidosis in a Pregnant Woman*. JACEP 8(1):21, January 1979.
12. Baker, F: *Management of Mass Casualty Disasters*. Topics in Emergency Medicine 1(1), March 1979
13. Baker, F: *Management of Crash Site: City of Chicago Disaster Plan*. Pulse 6: Summer 1979
14. Baker, F: *Hospital Physician's Role in Disaster Planning and in the Management of the Disaster Site: The City of Chicago Disaster Plan*. Disaster Medicine: Types and Events of disasters, Organization in Various Disaster Situations. (Frey, R., Safar, P.: Editors), Springer-Verlag, Berlin, Germany, 1980
15. Graber, T., Yee, A., Baker, F: *Magnesium: Physiology, Clinical Disorders and Therapy*. Annals of Emergency Medicine 10(1):49, January, 1981
16. Baker, F., Strauss, R., Walter, J.: *Cardiac Arrest,* Chapter 4, EMERGENCY MEDICINE: Concepts and Clinical Practice (Rosen, P., et al., editors) St. Louis, MO., The C.V. Mosby Co., March 1983, First Edition
17. Janson, C., Birnbaum, G., Baker, F: *Hypophosphatemia*. Annals of Emergency Medicine 12:107, February, 1983
18. Baker, F. Strauss, R., Walter, J: *Cardiac Arrest,* Chapter 4, EMERGENCY MEDICINE: Concepts and Clinical Practice (Rosen, P. et al., Editors) St. Louis, MO., The C.V. Mosby Co., March, 1983, Second Edition
19. Springer, G.F., Baker, F: *Cranial Burr Hole Decompression in the Emergency Department.* The American Journal of Emergency Medicine, November, 1988. W.B. Saunders, Vol. 6, Number 6
20. Baker, F: *Narcotic Poisoning, Conn's Current Therapy,* W.B. Saunders Company, 1990

## LECTURES AND SCIENTIFIC PRESENTATIONS
1. *"Obesity,"* Hyde Park Community Health Organization, Chicago, Illinois, September 1973
2. *"Diabetic Emergencies,"* Illinois Regional American College of Emergency Physicians Meeting, Chicago, Illinois, April 1974
3. *"Diabetic Emergencies,"* National American College of Emergency Physicians Scientific Assembly, Washington, D.C., November, 1974
4. *"Malignant Hypertension/Hypertensive Emergencies,"* Illinois Missouri Regional American College of Emergency Physicians Scientific Assembly, St. Louis, MO., April, 1975
5. *"Diabetic Emergencies,"* Illinois/Missouri Regional American College of Emergency Physicians Scientific Assembly, St. Louis, Mo., April, 1975
6. *"Carbon Monoxide Poisoning,"* Illinois/Missouri Regional American College of Emergency Physicians Scientific Assembly, St. Louis, Mo., April 1975

7. ***"Regional Disaster Planning, Components of Urban Disaster Planning,"*** Institute of Disaster Preparedness Workshop, American Hospital Association, Chicago, Illinois, May, 1975

8. ***"Carbon Monoxide Poisoning,"*** Paramedic Continuing Education Program, North Suburban Association of Health Resources, September, 1975

9. ***"Malignant Hypertension/Hypertensive Emergencies,"*** National American College of Emergency Physicians Scientific Assembly, Las Vegas, Nevada, October, 1975

10. ***"Carbon Monoxide Poisoning,"*** Frontiers of Medicine, Chicago, Illinois, November, 1975

11. ***"Metabolic Causes of Shock,"*** Emergency Department Nurses Association Symposium on Shock, Chicago, Illinois, January, 1976

12. ***"Care of Hypertensive Emergencies,"*** Chicago Medical Society, Midwest Clinical Conference, March, 1976

13. ***"Diabetic Emergencies,"*** Chicago Medical Society, Midwest Clinical Conference, Chicago, Illinois, March, 1976

14. ***"General Guidelines for Disaster Mobilization,"*** Illinois Chapter of the American College of Emergency Physicians Scientific Assembly, Chicago, Illinois, April, 1976

15. ***"Electrocardiography for the Emergency Physician,"*** Illinois Chapter of the American College of Emergency Physicians Scientific Assembly, Chicago, Illinois, April, 1976

16. ***"Carbon Monoxide Poisoning,"*** Illinois State Medical Society's Annual Meeting, Chicago, Illinois, April, 1976

17. ***"Pneumonia,"*** Emergency Medicine: Theory and Procedure, University of Chicago Division of Emergency Medicine, Continuing Education Symposium, July, 1976

18. ***"Malignant Hypertension/Hypertensive Emergencies,"*** Emergency Medicine, Theory and Procedure, University of Chicago Hospitals and Clinics, Division of Emergency Medicine, Continuing Education Symposium, July 1976

19. ***"Regional Disaster Planning,"*** Keynote presentation , Disaster Preparedness Workshop, Chicago Hospital Council, Chicago, Illinois, July, 1976

20. ***"Metabolic Causes of Shock,"*** Pre-Hospital and Emergency Medical Technician Symposium, Northwestern Memorial Hospitals/American Association of Trauma Specialists, Chicago, Illinois, August, 1976

21. ***"Shock,"*** Pre-Hospital and Emergency Medical Technician Symposium, Northwestern Memorial Hospital, August, 1976

22. ***"Carbon Monoxide Poisoning,"*** Christ Hospital, Trauma Day, Oak Lawn, Illinois, October, 1976

23. ***"Pulsus Paradoxus in Asthma,"*** American College of Emergency Physicians Scientific Assembly, New Orleans, Louisiana, October, 1976

24. ***"Mobile Intensive Care Radiotelemetry,"*** Christ Hospital Public Relations Society, Oak Lawn, Illinois, November, 1976

25. ***"Diabetic Emergencies,"*** Holy Cross Hospital, Chicago, Illinois, January, 1977

26. ***"Use and Interpretation of Arterial Blood Gases,"*** Symposium for Emergency Nurses, Chicago, Illinois, February, 1977

27. ***"Treatment of Multi-System Injuries in the Community Hospital Emergency Department,"*** The Swedish Covenant Hospital, Chicago, Illinois, February, 1977
28. ***"Post-Operative Complication in Diabetes,"*** Riverside Hospital, Kankakee, Illinois, March, 1977
29. ***"Salicylate Poisoning,"*** Illinois Combined Scientific Assembly, Illinois Chapter, American College of Emergency Physicians, Chicago, Illinois, April, 1977
30. ***"Mobile Intensive Care and Radiotelemetry,"*** The Organization and Administration of Emergency Medical Care, Chicago, Illinois, May, 1977
31. ***"Regional Disaster Planning,"*** The Organization and Administration of Emergency Medical Care, Chicago, Illinois, May, 1977
32. ***"Carbon Monoxide Poisoning,"*** The Organization and Administration of Emergency Medical Care, Chicago, Illinois, May, 1977
33. ***"Metabolic Causes of Confusion and Coma,"*** Emergency Medicine: Theory and Procedure, University of Chicago, Division of Emergency Medicine, Continuing Education Symposium, June, 1977
34. ***"Mobile Intensive Care and Radiotelemetry,"*** Emergency Medicine Theory and Procedure, University of Chicago, Division of Emergency Medicine, Continuing Education Symposium, June, 1977
35. ***"Malignant Hypertension/Hypertensive Emergencies,"*** Emergency Medicine: Theory and Procedure, University of Chicago, Division of Emergency Medicine, Continuing Education Symposium, June 1977
36. ***"Carbon Monoxide Poisoning,"*** Emergency Medicine: Theory and Procedure, University of Chicago Hospitals and Clinics, August, 1977
37. ***"The Chicago Disaster Plan,"*** Grand Rounds, Division of Emergency Medicine, University of Chicago, August, 1977
38. ***"Hospital Physicians Role in Disaster Planning and Management of the Disaster Site - The City of Chicago Disaster Plan,"*** International Conference on Disaster Medicine, Mainz, Germany, September, 1977
39. ***"The Emergency Medical Care System,"*** National Joint Conference on Improving Hospital Emergency Services, American Hospital Association, Chicago, Illinois, November, 1977
40. ***"Chest Pain,"*** Grand Rounds, Division of Emergency Medicine, University of Chicago, January, 1978
41. ***"Use and Interpretation of Arterial Blood Gases,"*** Symposium for Emergency Nurse, Chicago, Illinois, January, 1978
42. ***"Emergency Care for Heart Attacks - CPR,"*** taped demonstration WBBM-TV Channel 2, Chicago, Illinois, February, 1978
43. ***"Use of Nitronox Analgesia in the Emergency Department,"*** Grand Rounds, Division of Emergency Medicine, University of Chicago, March, 1978
44. ***"Organization and Implementation of Hospital Disaster Care Plan,"*** Disaster Symposium, Emergency Department Nurses Association, Champaign Chapter, Champaign, Illinois, March, 1978
45. ***"Regional Disaster Planning,"*** Freshman Course, Emergency Medicine, Pritzker School of Medicine, Chicago, Illinois, April, 1978

46. ***"Regional Disaster Planning,"*** Emergency Care: Fighting for Life, Fourth Annual Illinois Combined Scientific Assembly, Chicago, Illinois, April, 1978
47. ***"The Emergency Medical Care System,"*** National Joint Conference on Improving Hospital Emergency Services, American Hospital Association, New Orleans, Louisiana, May, 1978
48. ***"Approach to Emergency Medicine,"*** Grand Rounds, Division of Emergency Medicine, University of Chicago, July, 1978
49. ***"Malignant Hypertension/Hypertensive Emergencies,"*** Grand Rounds, Department of Emergency Medicine, University of Chicago, October, 1978
50. ***"The Emergency Department: The Weakest Link,"*** Hospital Administration Students, Graduate School of Business, University of Chicago, November, 1978
51. ***"Environmental Emergencies and Mass Casualty Disaster,"*** Frontiers of Medicine Program, 1978-1979 (Coordinator) Chicago, Illinois, November, 1978
52. ***"Differential Diagnosis and Therapy: Pulmonary Embolism, Myocardial Infarction: Emergency Department Challenge,"*** Symposium Co-Sponsored by the West Virginia University School of Medicine, West Virginia Chapter of the American College of Emergency Physicians, West Virginia, November, 1978
53. ***"Regional Disaster Planning,"*** Freshman Course, Emergency Medicine, Pritzker School of Medicine, Chicago, Illinois, December, 1978
54. ***"Diabetes,"*** Practical Reviews in Emergency Medicine, Chicago, Illinois, January, 1979
55. ***"Diabetic Ketoacidosis,"*** Grand Rounds, Department of Emergency Medicine, Illinois Masonic Medical Center, Chicago, Illinois, March, 1979
56. ***"Assessment of the Multiply Traumatized Patient,"*** Trauma Day, St. James Hospital, Chicago Heights, Illinois, April, 1979
57. ***"Directions in Emergency Care,"*** Keynote Address for Emergency Care: Stayin' Alive. Fifth Annual Illinois Combined Scientific Assembly, Illinois Chapters of: Emergency Department Nurses Association, American College of Emergency Physicians, American Association of Trauma Specialists, Illinois Emergency Medical Technician Association, Lincolnshire, Illinois, April, 1979
58. ***"Directions in Emergency Care,"*** Grand Rounds, Department of Emergency Medicine, University of Chicago, May, 1979
59. ***"Environmental Emergencies and Mass Casualty Disasters,"*** Pritzker School of Medicine, Freshman Medical Students, May, 1979
60. ***"Initial Management of the Acutely Ill Patient,"*** Highland Park Hospital, Highland Park, Illinois, September, 1979
61. ***"Current Trends in Emergency Medicine,"*** Mercy Hospital and Medical Center, Chicago, Illinois, September, 1979
62. ***"Load and Go vs. Field Stabilization,"*** Scientific Assembly, American College of Emergency Physicians, Atlanta, Georgia, October, 1979
63. ***"Abdominal Trauma,"*** Emergency Medicine Lecture Series, St. Luke's Family Practice Center, Milwaukee, Wisconsin, December, 1979
64. ***"Adult Pulmonary Infection,"*** Comprehensive Review in Emergency Medicine, Chicago, Illinois, December, 1979
65. ***"Respiratory Physiology,"*** Comprehensive Review in Emergency Medicine, Chicago, Illinois, December 1979

66. *"A Panoply of Emergency Care,"* Second Combined Continuing Education, American College of Emergency Physicians/Emergency Department Nurses Association, Chicago, Illinois, May, 1980
67. *"Directions in Emergency Care,"* Keynote Opening Address, Illinois Chapter of the American College of Emergency Physicians Combined Scientific Assembly, Chicago, Illinois, May, 1980
68. *"Diabetic Ketoacidosis,"* Emergency Medicine Departmental Meeting, Medical Services Incorporated, Chicago, Illinois, May, 1980
69. *"Tricyclic Ingestions,"* Wisconsin Chapter American College of Emergency Physicians Fall Symposium, Wisconsin Chapter, ACEP, Milwaukee, Wisconsin, October, 1980
70. *"Adult Pulmonary Infection,"* Comprehensive Review in Emergency Medicine, Chicago, Illinois, November, 1980
71. *"The Impact of Emergency Medicine Specialists on Surgical Care in the Emergency Department,"* Debate with Donald D. Trunkey, M.D., The Association for Academic Surgery, 14th Annual Meeting, University of Alabama Medical School, Birmingham, Alabama, November 1980
72. *"Respiratory Physiology,"* Comprehensive Review in Emergency Medicine, Chicago, Illinois, November, 1980
73. *"Acid Base Balance,"* Comprehensive Review in Emergency Medicine, Chicago, Illinois, November, 1980
74. *"Carbon Monoxide Poisoning,"* Christ Hospital, Oak Lawn, Illinois, February, 1981
75. *"Decision Making in the Emergency Department,"* Grand Rounds, Department of Emergency Medicine, University of Chicago, February, 1981
76. *"Lessons from a Jumbo Jet Crash in a Major Metropolitan Area: American Airlines Flight 191,"* International Symposium on Airplane and Airport Disasters, Mainz, Germany, March, 1981
77. *"Airplane and Airport Disasters,"* Video-tape demonstration, International Symposium on Airplane and Airport Disasters, Mainz, Germany, March, 1981
78. *"New Developments in Artificial Blood Substitutes,"* 7th Annual Combined Scientific Assembly, Illinois Chapter, American College of Emergency Physicians, April, 1981
79. *"Respiratory Physiology,"* Comprehensive Review in Emergency Medicine, Chicago, Illinois, May, 1981
80. *"Pulmonary Infections in Adults,"* Comprehensive Review in Emergency Medicine, Chicago, Illinois, May, 1981
81. *"Artificial Blood Substitutes,"* Annual Clinic Day, Northern Illinois Medical Associates, May, 1981
82. *"Acid Base Balance,"* Comprehensive Review in Emergency Medicine, Chicago, Illinois, May, 1981
83. *"Artificial Blood Substitutes,"* McHenry Hospital Annual Clinic Day, McHenry, Illinois, May 1981

84. *"General Trauma Management,"* Specialty Review in Emergency Medicine, Cook County Graduate School of Medicine, Chicago, Illinois, July, 1981

85. *"Physician Base Station Course,"* Christ Hospital, Oak Lawn, Illinois, October, 1981

86. *"New Development in the Emergency Treatment of Asthma,"* Scientific Assembly, American College of Emergency Physicians, New Orleans, Louisiana, September, 1981

87. *"Lessons from a Jumbo Jet Crash in a Major Metropolitan Area: American Airlines Flight 191,"* Rush-Presbyterian St. Luke's' Hospital, Disaster Committee, Chicago, Illinois, December, 1981

88. *"Respiratory Physiology,"* Comprehensive Review in Emergency Medicine, American College of Emergency Physicians, Chicago, Illinois, March, 1982

89. *"Pulmonary Infections in Adults,"* Comprehensive Review in Emergency Medicine, American College of Emergency Physicians, Chicago, Illinois, March, 1982

90. *"Acid Base,"* Comprehensive Review in Emergency Medicine, American College of Emergency Physicians, Chicago, Illinois, March, 1982

91. *"Regional Disaster Planning,"* Freshman Course in Emergency Medicine, Pritzker School of Medicine, Chicago, Illinois, April, 1982

92. *"Artificial Blood Substitutes,"* Cardiology Grand Rounds, Department of Medicine, University of Chicago, April, 1982

93. *"Evaluating the Multi-Trauma Patient,"* American College of Osteopathic Emergency Physicians, Chicago, Illinois, May, 1982

94. *"Chest Auscultation,"* Nursing Telemetry Course, Department of Emergency Medicine, June, 1982

95. *"Endocrine and Metabolic Emergencies,"* Cook County Graduate School of Medicine Chicago, Illinois, June, 1982

96. *"Respiratory Physiology,"* Comprehensive Review in Emergency Medicine, Chicago, Illinois, June 1982

97. *"Pulmonary Infections in Adults,"* Comprehensive Review in Emergency Medicine, American College of Emergency Physicians, Chicago, Illinois, June, 1982

98. *"Acid Base,"* Comprehensive Review in Emergency Medicine, Chicago, Illinois, June, 1982

99. *"Decision Making in the Emergency Department,"* Grand Rounds, Department of Emergency Medicine, University of Chicago, July, 1982

100 *"Approach to Trauma,"* Grand Rounds, Department of Emergency Medicine, University of Chicago, July, 1982

101 *"General Trauma Management,"* Cook County Graduate School of Medicine, Chicago, Illinois, August, 1982

102. *"Decision Making: The Key Question,"* Symposium on Decision Making in the Field, Department of Emergency Medicine, University of Chicago, August, 1982

103. *"Diabetic Emergencies,"* Grand Rounds, Department of Emergency Medicine, University of Chicago, October, 1982

104 *"Diabetic Emergencies,"* Grand Rounds, Department of Emergency Medicine, University of Chicago, January, 1983

105  ***"Hospital Based Emergency Aeromedical Services,"*** Cardiology Grand Rounds, Department of Medicine, University of Chicago, March, 1983

106  ***"Hyperbaric Oxygen,"*** Grand Rounds, Department of Emergency Medicine, University of Chicago, April, 1983

107  ***"Nitrous in the Emergency Department,"*** Illinois Combined Scientific Assembly, Chicago, Illinois, April, 1983

108  ***"Adult and Pediatric Shock,"*** Paramedic Recertification Review, Illinois Masonic Medical Center, April, 1983

109  ***"Cooperation Between the Public and Private Sectors in EMS Design and Implementation: The Chicago Consortial Approach,"*** First International Urban Emergency Medical Services System Symposium/Workshop, New York City, New York, June, 1983

110  ***"Hospital Based Emergency Aeromedical Services,"*** Perinatal Group, University of Chicago Hospitals and Clinics, June, 1983

111  ***"Decision Making in the Emergency Department,"*** Grand Rounds, Department of Emergency Medicine, University of Chicago, July, 1983

112  ***"Emergency Medical Helicopter Transport,"*** Department of Emergency Medicine, University of Chicago, March, 1984

113  ***"Disasters,"*** Grand Rounds, Department of Emergency Medicine, University of Chicago, March, 1984

114  ***"Aeromedical Transport Issues in Disaster Preparedness,"*** Disaster Committee, Rush-Presbyterian-St. Luke's Medical Center, Chicago, Illinois, April, 1984

115  ***"Introduction to Emergency Medicine,"*** Department of Emergency Medicine, University of Chicago, July, 1985

116  ***"Trauma and the Elderly,"*** City of Chicago, Department of Health, Chicago, Illinois, October, 1984

117  ***"Uses and Abuses of the Air Ambulance,"*** EMS Exposition, Porter Memorial Hospital, Valparaiso, Indiana, November, 1984

118  ***"Helicopters in EMS,"*** Eleventh Annual Scientific Assembly, Chicago, Illinois, May, 1985

119  ***"Assessment Tools for Trauma Scoring,"*** Twelfth Annual Scientific Assembly, Chicago, Illinois, April, 1985

120  ***"Pre-Hospital Care:  Aeromedical Systems,"*** Scientific Assembly, Las Vegas, Nevada, October, 1985

121  ***"Use of Helicopters for Disaster Scene Response,"*** American Trauma Society-Wisconsin Division Annual Meeting, Milwaukee, Wisconsin, November, 1985

122  ***"Organization of Disaster Medical Response:  Lessons from Practice,"*** Disaster Management and Planning for Physicians, Wright State University School of Medicine, Dayton, Ohio, May, 1986

123  ***"The Impact of Hospital-Based Aeromedical Service, The Changing Role of the Emergency Department:  New Challenges for the '80's,"*** New England Hospital Assembly, Framingham, Mass., September, 1983.

124  ***"Management of Thoracic Injury,"*** Emergency Care Seminar, December, 1983

125 *"Multiple Trauma,"* Department of Education, Beloit Memorial Hospital, Beloit, Wisconsin, July, 1986

126 *"Introduction to Emergency Medicine,"* Department of Emergency Medicine, University of Chicago, July, 1986

127 *"EMS: Aeromedical Systems,"* Scientific Assembly, American College of Emergency Physicians, Atlanta, Georgia, September, 1986

128 *"Innovative Diabetic Management,"* Illinois Emergency Nurses Association, 13th Annual Scientific Assembly, Oakbrook, Illinois, April, 1987

129 *"The Use of an Aeromedical Service for the Transport of Patients on Intra-Aortic Balloon Pumps in the Regionalization of Medical Care,"* Fifth World Congress on Emergency and Disaster Medicine, Rio de Janeiro, Brazil, May, 1987

130 *"Crash of a Helicopter on a Hospital Roof: Prevention and Damage Control,"* Fifth World Congress on Emergency and Disaster Medicine, Rio de Janeiro, Brazil, May, 1987

131 *"The Effects of Aeromedical Transport on the Survival of Burn Patients,"* Fifth World Congress on Emergency and Disaster Medicine, Rio de Janeiro, Brazil, May, 1987

132 *"Aeromedical Crashes in the United States: An Epidemic of Recklessness or the Cost of Doing Business?"* Fifth World Congress on Emergency and Disaster Medicine, Rio de Janeiro, Brazil, May, 1987

133 *"Crash of a Helicopter on a Hospital Roof: Lessons for Hospital Evacuation,"* Fifth World Congress on Emergency and Disaster Medicine, Rio de Janeiro, Brazil, May 1987

134 *"Field Treatment and Evacuation Modalities,"* Disaster and Mass Casualty Symposium of the Canadian Trauma Society, Montreal, Canada, February, 1988

135 *"Multi-Hospital Disaster Preparedness,"* Disaster and Mass Casualty Symposium of the Canadian Trauma Society, Montreal, Canada, February, 1988

136 *"Medical Care on Commercial Aircraft: Is It or Is It Not Available?"* Sixth World Congress on Emergency and Disaster Medicine, Hong Kong, September, 1989

137 *"Emergency Medicine in the U.S.A.: An Overview,"* Universal Health Conference, Moscow, Russia, October, 1991

138 *"Technological Advances in Hospital Emergency Care- The United States Experience,"* Universal Health Conference, Moscow, Russia, October, 1991

139 *"Emergency Medicine in the U.S.A.: An Overview,"* Second Universal Health Conference, Exhibition and "Micro-Hospital"(TM), Samarkand, Uzbekistan, C.I.S., September, 1993

140 *☐Technological Advances in Hospital Emergency Care: The United States Experience,"* Second Universal Health Conference, Exhibition and "Micro-Hospital"(TM), Samarkand, Uzbekistan, C.I.S., September, 1993

141 *Healthcare Education and Delivery in Russia,☐*Interphase EMS National Conference 1999, Edmonton Alberta, Canada, May 1999