UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**MARY R. SCOTT,**

    **Plaintiff,**

v.                                    No. 05-cv-1853 (RWR)

**DISTRICT OF COLUMBIA,** *et al.*,

    **Defendants.**

_____

### ORDER

Upon consideration of the Motion for Summary Judgment filed by William S. Vaughn, MD, Defendant, as well as Plaintiff's Opposition thereto, it is, this _____ day of_____, 2008, by the United States District Court for the District of Columbia,

    ORDERED, that the Motion for Summary Judgment is denied.

_____                                              _____
Date                                                                                Richard W. Roberts, HON. UNITED STATES DISTRICT JUDGE