UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**MARY R. SCOTT,**

    **Plaintiff,**

v.                                                              No. 05-cv-1853 (RWR)

**DISTRICT OF COLUMBIA,** *et al.***,**

    **Defendants.**

---

DECLARATION OF ELIZABETH ALEXANDER

District of Columbia:

ELIZABETH ALEXANDER, pursuant to 28 U.S.C. §1746, hereby makes the following declaration under penalty of perjury:

1. I am one of the counsels for Plaintiff in this case. I make this declaration in connection with Plaintiff's Reply to Defendants' Motion For Partial Summary Judgment as to Civil Rights Claims and Defendants' Motion For Summary Judgment as to all claims.

2. Exhibit 9, attached to Plaintiff's Reply, is Mr. Magbie's medical records from the District of Columbia Correctional Facility. These documents were furnished by the Department of Corrections as Mr. Magbie's medical records while in its facilities in response to a discovery request by Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

                                                  /s/ELIZABETH ALEXANDER
                                                        Elizabeth Alexander

Executed on March 25, 2008.