**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | | |
|---|---|---|
| MARY SCOTT, Individually and as Personal Representative of the Estate of JONATHAN MAGBIE, | * | |
| | * | |
| Plaintiff | * | Civil Action No. 1:05-CV-01853-RWR |
| Vs. | * | |
| DISTRICT OF COLUMBIA, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO EXTEND DEFENDANT'S TIME TO RESPOND
TO OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT**

On February 20, 2008, the Defendants filed two separate Motions for Summary Judgment. The Plaintiffs subsequently requested an extension of time to respond to those Motions to which the Defendants consented. As a result, the Plaintiff's time to respond was extended until March 25, 2008.

On or about March 25, 2008, the Plaintiffs filed their Oppositions to the Defendants' Motions for Summary Judgment. Those pleadings, the extensive Memorandum of Law in Support of the Oppositions and the extensive exhibits attached to the Motions comprise hundreds of pages. As a result, the Defendants have requested an extension of time to file a Reply to those Oppositions until April 25, 2008. The Plaintiff, through her counsel, Edward J. Connor, has consented to this request.

Accordingly, the Defendants, pursuant to Fed. R. Civ. P. 6(b)(1) respectfully request an extension of time to file a Reply to the Oppositions to the Defendants' Motions for Summary Judgment until April 25, 2008.

        Respectfully submitted,

        */s/ Thomas V. Monahan, Jr.*
        Thomas V. Monahan, Jr. (04471)
        Goodell, DeVries, Leech & Dann, LLP
        One South Street, 20th Floor
        Baltimore, Maryland   21202
        (410) 783-4000
        tvm@gdldlaw.com
        **Attorneys for Defendants William S. Vaughn, M.D., Rotimi A. Iluyomade, M.D. and National Emergency Services District of Columbia**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of April, 2008, I caused to be served *via* electronic filing a true and correct copy of the Consent Motion to Extend Defendant's Time to Respond to Oppositions to Motions for Summary Judgment was served *via* electronic mail upon the following:

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*

                                           */s/ Thomas V. Monahan, Jr.*
                                           Thomas V. Monahan, Jr.

4851-4488-6274