UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| MARY SCOTT, Individually and<br>As Personal Representative of the Estate of<br>JONATHAN MAGBIE,<br><br>        Plaintiff,<br><br>   v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>        Defendants. | )<br>)<br>)<br>) Civil Action No. 1:05-CV-01853-RWR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PRAECIPE WITHDRAWING APPEARANCE OF COUNSEL**

THE CLERK OF THE COURT will please enter the withdrawal of the law firm of BONNER KIERNAN TREBACH & CROCIATA, LLP and attorneys, D'Ana E. Johnson, Esquire and Ronald G. Guziak, Esquire, as counsel for Defendants William S. Vaughn, M.D., Rotimi Iluyomade, M.D., and National Emergency Services District of Columbia. These Defendants will continue to be represented by the law firm GOODELL, DeVRIES LEECH & DANN, LLP and its counsel Thomas V. Monahan, Jr., Esquire.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

*/s/ Ronald G. Guziak*
D'Ana E. Johnson, #927913
Ronald G. Guziak, #233940
1233 20th Street, N.W., Suite 800
Washington, D.C. 20036
djohnson@bktc.net
rguziak@bktc.net
Attorneys for Defendants William S. Vaughn, MD, Rotimi A.
   *Iluyomade, MD and National Emergency Services*
   *District of Columbia*

190435-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2008, I caused to be served *via* electronic filing a true and correct copy of the PRAECIPE WITHDRAWING APPEARANCE OF COUNSEL was served *via* electronic mail upon the following:

Donald M. Temple, Esquire
Temple Law Office
1229 15th Street, NW
Washington, DC  20005
*Counsel for Plaintiff*

Edward J. Connor, Esquire
5210 Auth Road, Suite 304
Camp Springs, Maryland  20746-4341
*Counsel for Plaintiff*

Elizabeth Alexander, Director
National Prison Project of the ACLU
    Foundation
915 15th Street, NW, 7th Floor
Washington, DC  20005-2302
*Counsel for Plaintiff*

Thomas V. Monahan, Jr.
Goodell, DeVries, Leech & Dann, LLP
One South Street, Suite 2000
Baltimore, Maryland  21202

　　　　　　　　　　　　　　　　　　　　　/s/ *Ronald G. Guziak*
　　　　　　　　　　　　　　　　　　　Ronald G. Guziak

190435-1